ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Emails: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor / debtor-in-possession

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Mordechai Koka,<br><br>          Debtor / debtor-in-possession. | Case No.: 20-50469 SLJ<br>Chapter 11<br><br>**EX-PARTE APPLICATION OF DEBTOR FOR ORDER AUTHORIZING EMPLOYMENT OF BROKER / REALTOR**<br><br>Judge: Honorable Stephen L. Johnson |

      Comes now before this Court, Mordechai Koka, the Debtor/ debtor-in-possession in the instant case, by and through his counsel, Farsad Law Office, P.C., in filing the instant EX-PARTE APPLICATION OF DEBTOR FOR ORDER AUTHORIZING EMPLOYMENT OF BROKER / REALTOR.

      1. On March 10, 2020, the Debtor filed the subject Chapter 11 petition for relief.

      2. The Debtor remains in possession of his assets, and continues to manage his assets, as a debtor-in-possession pursuant to 11 U.S.C. 1101 (1), 11047, and 1108.

      3. Debtor currently owns the following three (3) real properties:

    a. 858 Acalanes Road, Lafayette, CA 94549 ("Acalanes");
    b. 1702 Paru Street, Alameda, CA 94501 ("Paru"); and
    c. 3190 Vichy Avenue, Napa, CA 94558 ("Vichy").

4. The Debtor's plan in the instant Chapter 11 is to sell Paru and Vichy to pay all of his claims and debts with interest.

5. The Debtor has two liens attached to Paru: a 1st mortgage with Select Portfolio Servicing with a balance of approximately $822,770.00; a 2nd mortgage with CitiMortgage, Inc, with a balance of approximately $150,000.00

6. The Debtor has one lien attached to Vichy: a 1st mortgage with FCI Lender Services, Inc. with a balance of approximately $528,00.00.

7. In order to sell the two properties, the Debtor has contacted a local Broker / Realtor to assist him: Mr. Richard Dahnken, (CA DRE License No. 01225792) of the real estate brokerage of Castlemont Realty whose contact information is: Richard Dahnken, Castlemont Realty, 2760 Camino Diablo, Suite B, Walnut Creek, CA 94597, telephone number 1-925-786-0825. Mr. Dahnken was retained by the Debtor to sell Paru and Vichy (described in paragraph number three (3) above).

8. Richard Dahnken has agreed to provide the necessary services to Debtor and the Debtor believes it is necessary to have Richard Dahnken employed in this Chapter 11 case to provide him with appropriate services. Such employment will include, without limitation, providing listing services for the sale of the subject real properties (on the multiple listing service or "MLS"), holding open houses, negotiations with prospective purchasers of the properties, and preparation of all necessary documents to effect the sale of the properties.

9. Debtor proposes, upon the granting of this application, to employ Richard Dahnken of Castlemont Realty as his real estate listing agent. Mr. Dahnken has an in-depth knowledge of the Alameda and Napa County real estate markets, is an expert and experienced in the matters for which he is to be employed, and is well-qualified to provide the Debtor with the requested necessary services. (Mr. Dahnken's most recent resume is attached hereto as **Exhibit A**.)

10. Richard Dahnken understands and agrees to accept such amounts as payment for his services as may be awarded by this Court. No compensation has been or will be paid post-petition by the Debtor to Richard Dahnken and any fees / costs will only be paid to Mr. Dahnken after the Debtor files a proper application before this Court and gets an order allowing for payment.

11. The listing agreements between the Debtor and Castlemont Realty/ Richard Dahnken for services to be provided in the sale of Paru and Vichy are attached hereto as **Exhibits B and C** respectively and are incorporated herein by this reference.

12. To the best of the Debtor's knowledge, information, and belief, Richard Dahnken of Castlemont Realty, is disinterested as that term is defined in 11 U.S.C. 101(14), and none of the partners or other professionals of Castlemont Realty are connected with the Debtor, any creditor, or any other party in interest, or their respective attorneys.

13. To the best of the Debtor's knowledge, information, and belief, neither Richard Dahnken nor Castlemont Realty represent any creditor or other party in this Chapter 11 case.

14. It is in the best interests of the Debtor that Richard Dahnken of Castlemont Realty continue to render real estate listing services to the Debtor.

15. The Debtor is satisfied from the attached resume (**Exhibit A**) and Declaration of Richard Dahnken that he represents no interest adverse to the Debtor or the estate, any creditors, or employees of the Region 17 United States Trustee's Office, and that the employment of Richard Dahnken of Castlemont Realty would be in the best interests of the Chapter 11 estate. Richard Dahnken, as stated in his concurrently filed declaration, understands that no dual agency is allowed.

CONCLUSION

WHEREFORE, the Debtor respectfully requests that he be authorized, pursuant to 11 U.S.C. §327(a) and 11 U.S.C. §1107(a), and in accordance with Rule 2014(a) of the Federal rules of Bankruptcy Procedure, to employ Richard Dahnken of Castlemont Realty as his real estate listing agent, as set forth above, and at the expense of the Chapter 11 estate.

Respectfully submitted,

/s/ Mordechai Koka
Mordechai Koka
Debtor / debtor-in possession

**FARSAD LAW OFFICE, P.C.**

/s/ Nancy Weng
Nancy Weng, Esq.
Attorney for Debtor

Executed in **San Jose**, California on **May 12, 2020**, by Debtor and Counsel.