ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Emails: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor / debtor-in-possession

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Mordechai Koka,<br><br>        Debtor / debtor-in-possession. | Case No.: 20-50469 SLJ<br>Chapter 11<br><br>**DECLARATION OF DEBTOR IN SUPPORT OF EX-PARTE APPLICATION OF DEBTOR FOR ORDER AUTHORIZING EMPLOYMENT OF BROKER / REALTOR**<br><br>Judge: Honorable Stephen L. Johnson |

I, Mordechai Koka, the Debtor / debtor-in-possession in the instant case, have personal knowledge of the information contained herein, and if called upon to testify, I could and would competently testify to the same. I hereby declare as follows:

1. On March 10, 2020, I filed the subject Chapter 11 petition for relief.

2. I remain in possession of my assets, and continue to manage my assets, as a debtor-in-possession pursuant to 11 U.S.C. 1101 (1), 11047, and 1108.

3. I currently own the following three (3) real properties:

    a. 858 Acalanes Road, Lafayette, CA 94549 ("Acalanes");
    b. 1702 Paru Street, Alameda, CA 94501 ("Paru"); and
    c. 3190 Vichy Avenue, Napa, CA 94558 ("Vichy").

4. I have two liens attached to Paru: a 1st mortgage with Select Portfolio Servicing with a balance of approximately $822,770.00; a 2nd mortgage with CitiMortgage, Inc, with a balance of approximately $150,000.00.

5. I have one lien attached to Vichy: a 1st mortgage with FCI Lender Services, Inc. with a balance of approximately $528,00.00.

6. Paru is worth approximately $1,752,013.00 and it accordingly has a significant amount of equity; Vichy is worth approximately $879,000.00 and, likewise, has a significant amount of equity as well.

7. My plan in the instant Chapter 11 is to sell these two properties to pay all of my claims and debts with interest and to walk with any left-over equity / funds.

8. To that end, I contacted a local Broker / Realtor to assist me with selling Paru and Vichy: Richard Dahnken, CA DRE License No. 01225792, of the real estate brokerage firm of Castlemont Realty, whose contact information is: Richard Dahnken, Castlemont Realty, 2760 Camino Diablo, Suite B, Walnut Creek, CA 94597, telephone number 1-925-786-0825. Mr. Dahnken was retained by me to prospectively sell Paru and Vichy (described in paragraph number three (3) above).

9. I understand that the retention of Mr. Dahnken is subject to Court approval and the resolution of any objections from any creditors or the U.S. Trustee's Office. Mr. Dahnken is aware of this as well.

10. Richard Dahnken has agreed to provide real estate services to me and I believe it necessary to have Richard Dahnken employed in this Chapter 11 case to provide me with his services. Such employment will include, without limitation, providing listing services for the sale of the subject real properties (on the multiple listing service or "MLS"), holding open houses, negotiations with prospective purchasers of the properties, and preparation of all necessary documents to effect the sale of the properties.

11. I propose, upon the granting of this Application, to employ Richard Dahnken of Castlemont Realty as my real estate listing agent. He is extremely knowledgeable about the Alameda and Napa County real estate markets. He is experienced in the matters for which he is to be employed and is well-qualified to provide me with the requested, necessary services.

DECLARATION OF DEBTOR IN SUPPORT OF EX-PARTE APPLICATION OF DEBTOR FOR ORDER AUTHORIZING EMPLOYMENT OF BROKER / REALTOR -2- Case No. 20-50469 SLJ

Case: 20-50469    Doc# 42    Filed: 05/12/20    Entered: 05/12/20 12:53:06    Page 2 of 4

12. Richard Dahnken understands and agrees to accept such amounts as payment for his services as may be awarded by this Court. No compensation has been or will be paid post-petition by me to Richard Dahnken and only after upon proper application to and approval by the bankruptcy Court, after notice and a hearing.

13. The listing agreements between Castlemont Realty / Richard Dahnken and I for services to be provided for the sales of Paru and Vichy are attached to the Ex Parte Application as **Exhibit B and C,** respectively.

14. To the best of my knowledge, information, and belief, Richard Dahnken of Castlemont Realty is "disinterested", as that term is defined in 11 U.S.C. 101(14), and none of the partners or other professionals of Castlemont Realty are connected with me, any creditor, or any other party in interest, or their respective attorneys.

15. To the best of the Debtor's knowledge, information, and belief, neither Richard Dahnken nor Castlemont Realty represent any creditor or other party in this Chapter 11 case.

16. It is my best interest that Richard Dahnken of Castlemont Realty continue to render real estate listing services to me.

17. I am satisfied from the resume and Declaration of Richard Dahnken that he represents no interest adverse to me or the estate, any creditors, or employees of the Region 17 United States Trustee's Office, and that the employment of Richard Dahnken of Castlemont Realty would be in the best interests of the Chapter 11 estate.

18. Richard Dahnken, as stated in his concurrently filed declaration, understands that no dual agency is allowed whatsoever.

19. WHEREFORE, I respectfully request that I be authorized, pursuant to 11 U.S.C. §327(a) and 11 U.S.C. §1107(a), and in accordance with Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, to employ Richard Dahnken of Castlemont Realty as my real estate listing agent, as set forth above, and at the expense of the Chapter 11 estate.

I declare under penalty of perjury that the foregoing is true and correct.

DECLARATION OF DEBTOR IN SUPPORT OF EX-PARTE APPLICATION OF DEBTOR FOR ORDER AUTHORIZING EMPLOYMENT OF BROKER / REALTOR -3- Case No. 20-50469 SLJ

Case: 20-50469    Doc# 42    Filed: 05/12/20    Entered: 05/12/20 12:53:06    Page 3 of 4

Executed on May 12, 2020 in San Jose, CA.

Respectfully submitted,

*/s/ Mordechai Koka*
Mordechai Koka
Debtor / debtor-in possession

DECLARATION OF DEBTOR IN SUPPORT OF
EX-PARTE APPLICATION OF DEBTOR FOR
ORDER AUTHORIZING EMPLOYMENT
OF BROKER / REALTOR

-4-

Case No. 20-50469 SLJ