ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Emails: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor / debtor-in-possession

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Mordechai Koka,<br><br>　　　　Debtor / debtor-in-possession. | Case No.: 20-50469 SLJ<br>Chapter 11<br><br>**DECLARATION OF RICHARD DAHNKEN IN SUPPORT OF EX-PARTE APPLICATION OF DEBTOR FOR ORDER AUTHORIZING EMPLOYMENT OF BROKER / REALTOR**<br><br>Judge: Honorable Stephen L. Johnson |

　　　　I, Richard Dahnken of Castlemont Realty, have personal knowledge of the information contained herein, and if called upon to testify, I could competently testify to the same. I declare as follows:

　　　　1. I am a licensed Broker / Realtor in the State of California. My Broker license number is # 01225792. My office is located at Castlemont Realty, 2760 Camino Diablo, Suite B, Walnut Creek, CA 94597; my office telephone number is 1-925-786-0825.

　　　　2. The Debtor Mordechai Koka has retained me (with full notice to me that he needs Court Approval before this retention becomes permanent) to sell the following two (2) real properties:

DECLARATION OF RICHARD DAHNKEN IN SUPPORT OF EX-PARTE APPLICATION OF DEBTOR FOR ORDER AUTHORIZING EMPLOYMENT OF BROKER / REALTOR

Case No. 20-50469 SLJ

Case: 20-50469　　Doc# 43　　Filed: 05/12/20　　Entered: 05/12/20 12:54:40　　Page 1 of 3

1

1702 Paru Street, Alameda, CA 94501 ("Paru"); and 3190 Vichy Avenue, Napa, CA 94558 ("Vichy").

3. I am an experienced Real Estate Broker with more than 20 years of experience. I have extensive knowledge of the Alameda and Napa County real estate markets. In my professional opinion, Paru can be conservatively valued for $1,600,000.00; Vichy for right around $860,000.00.

4. My proposed commission for the subject proposed transactions will be no more than 2.5%, with a total transaction commission of 5%, as I will be offering 2.5% to any buyer's agents. **Note: I know that I am NOT allowed to double end either listing and the total compensation that I can receive is 2.5% no matter what. I will likely agree to less than 2.5% as discussed between Moti and I since he is offering me two listings.**

5. The Debtor proposed to employ my professional services as soon as possible to provide him a competent and professional analysis of the two properties and to market them for sale. I know that the Court needs to approve my employment before I can actually transact and that is why the Debtor is filing an application that the instant Declaration is in support of.

6. I intend to list / sell Paru and Vichy as soon as possible in light of COVID-19. (One of the properties does need some work. The Debtor is working on this himself.)

7. To my knowledge, I have no connection with any creditor, their respective attorneys or accountants, or any United States Trustee, or any such person. To my knowledge, no other members or employees of my firm, Castlemont Realty, represent or have any connection with any creditor or any other party in interest this case, their respective attorneys or accountants, or any United States Trustee, or any person.

8. **I understand that dual agency is not permitted.**

9. I understand that the Court must approve all sale orders and compensation.

10. Neither I, nor my firm, Castlemont Realty, nor its members or employees, have any interest adverse to the Debtor or the Debtor's Estate.

11. I am not aware of any facts that would lead me to conclude that I may not be a "disinterested person" as that term is defined by the Bankruptcy Code.

DECLARATION OF RICHARD DAHNKEN IN SUPPORT OF EX-PARTE APPLICATION OF DEBTOR FOR ORDER AUTHORIZING EMPLOYMENT OF BROKER / REALTOR

Case No. 20-50469 SLJ

Case: 20-50469    Doc# 43    Filed: 05/12/20    Entered: 05/12/20 12:54:40    Page 2 of 3

12. I am not aware of any facts that would lead me to conclude that anyone in my firm, Castlemont Realty, would **not** be a "disinterested person" as that term is defined by the Bankruptcy Code. I have read the application of the Debtor and, to the best of my knowledge, all the facts stated therein are true and correct.

13. Neither I, nor my firm, Castlemont Realty, nor its members or employees, have any prepetition claim against the Debtor or his estate.

14. Neither I, nor my firm, Castlemont Realty, nor its members or employees, have been employed by the Debtor prior to the commencement of this Chapter 11 case.

15. Neither I, nor my firm, Castlemont Realty, nor its members or employees, plan to represent any related debtors or principals of the Debtor. To date, neither I, nor my firm, Castlemont Realty, have received any payment from the Debtor.

16. I am familiar with the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and the Guidelines of the Office of the United States Trustee with respect to the employment and compensation of professionals in Chapter 11 cases. **I intend to comply with such requirements**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on **May 12, 2020**, in **San Jose CA**.

/s/ Richard Dahnken
Richard Dahnken
Castlemont Realty

DECLARATION OF RICHARD DAHNKEN IN SUPPORT OF EX-PARTE APPLICATION OF DEBTOR FOR ORDER AUTHORIZING EMPLOYMENT OF BROKER / REALTOR

Case No. 20-50469 SLJ