

ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Emails:
farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor

**The following constitutes the order of the Court.
Signed: June 1, 2020**

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Mordechai Koka,<br><br>Debtor / debtor-in-possession. | Case No.: 20-50469 SLJ<br>Chapter 11<br><br>ORDER GRANTING EX-PARTE APPLICATION OF DEBTOR FOR ORDER AUTHORIZING EMPLOYMENT OF BROKER/REALTOR<br><br>Judge: Honorable Stephen L. Johnson |

Upon the Ex Parte Application of Debtor, MORDECHAI KOKA, for an order employing Richard Dahnken of Castlemont Realty (CA DRE License No. 01225792) as the Broker / Realtor to market, list, and sell Debtor's two real properties located at: 1) 1702 Paru Street, Alameda, CA 94501; and 2) 3109 Vichy Avenue, Napa CA 94558 (hereinafter, "Properties"), and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

Richard Dahnken of Castlemont Realty is employed as the listing agent for the Properties on the terms set forth in the Ex Parte Application and the proposed listing agreement.

IT IS FURTHER ORDERED THAT Richard Dahnken of Castlemont Realty shall not take any compensation or fees without a separate order from this Court.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST
***No Mail Service Required***