

1  JaVonne M. Phillips, Esq. SBN 187474
2  Kelly Kaufmann, Esq. SBN 249195
   **McCarthy & Holthus, LLP**
3  411 Ivy Street
   San Diego, CA 92101
4  Phone (877) 369-6122
5  Fax (619) 685-4811

The following constitutes the order of the Court.
Signed: June 15, 2020

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

6  Attorneys for Secured Creditor, Deutsche Bank
7  National Trust Company, as Indenture Trustee for the Impac CMB Trust Series 2007-A, its
8  assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 20-50469 SLJ |
| Mordechai Koka, aka Moti Koka, dba Green Bay Builders, Inc., | Chapter 11 |
| Debtor. | **ORDER GRANTING MOTION TO APPROVE STIPULATION FOR PLAN TREATMENT ON FIRST LIEN SECURED BY REAL PROPERTY LOCATED AT 1702 PARU STREET, ALAMEDA, CA 94501** |
| | [no hearing] |
| | Judge: Stephen L. Johnson |

The parties having agreed to the terms set forth in the Stipulation for Plan Treatment On First Lien Secured by Real Property Located At 1702 Paru Street, Alameda, CA 94501, filed on 4/27/2020 as document #38, are bound by the terms of their stipulation which shall be the Order of this Court.

**END OF ORDER**

**COURT SERVICE LIST**

3     File No. CA-20-161454
Order on Adequate Protection Stipulation, Case No. 20-50469 SLJ
Case: 20-50469    Doc# 54    Filed: 06/15/20    Entered: 06/15/20 15:07:48    Page 3 of 3