ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Telephone: 408-641-9966
Fax: 408-866-7334
Email addresses: nancy@farsadlaw.com;
farsadlaw1@gmail.com

Attorneys for Debtor / debtor-in-possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

In re:

Mordechai Koka,

       Debtor / debtor-in-possession.

Case No.: 20-50469 SLJ
Chapter 11

**NOTICE OF WITHDRAWAL OF DOCUMENT**

Judge: Hon. Stephen L. Johnson

**TO THE HONORABLE JUDGE STEPHEN L. JOHNSON, THE UNITED STATES TRUSTEE FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSEL(S) OF RECORD:**

**PLEASE TAKE NOTICE THAT** the Debtor / debtor-in-possession herein, MORDECHAI KOKA ("Debtor"), hereby withdraws the Notice and Opportunity for Hearing (Docket 64) as it was filed incorrectly.

Executed on **July 6, 2020** in **San Jose**, California.

Respectfully submitted,

FARSAD LAW OFFICE, P.C.

*/s/ Nancy Weng*

Nancy Weng, Esq.
Attorneys for Debtor

CERTIFICATE OF SERVICE
**No Mail Service Required**