ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Emails: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor / debtor-in-possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MORDECHAI KOKA,<br><br>Debtor / debtor-in-possession. | Case No.: 20-50469 SLJ<br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY; CERTIFICATE OF SERVICE**<br><br>Date: August 5, 2020<br>Time: 2:00 p.m.<br>Place: 280 South 1st St., Courtroom 9<br>San Jose, CA 95113<br><br>Before: Hon. Stephen L. Johnson |

  **TO THE HONORABLE JUDGE STEPHEN L. JOHNSON, THE UNITED STATES TRUSTEE'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL CREDITORS / PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSEL(S) OF RECORD:**

  <u>**PLEASE TAKE NOTICE THAT**</u> there will be a hearing on a Motion for Order Authorizing Sale of Real Property ("Motion") on **August 5, 2020** at **2:00 p.m.** before the

1 - Notice of Hearing; Certificate of Service

**Honorable Judge Stephen L. Johnson. The hearing will not be conducted in the presiding Judge's Courtroom but, instead, will be conducted by telephone or video.**

All interested parties should consult the Bankruptcy Court's website at **www.canb.uscourts.gov** **for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 1-888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.**

The Motion is based on the Motion, the Declarations in Support of the Motion filed concurrently herewith, all other pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by the parties at the hearing.

**PLEASE TAKE FURTHER NOTICE** that any party opposing the Motion may file written opposition, if any, to the granting of the Motion in writing and any opposition (or response) shall be served and filed with the Court by the opposing / responding party at least fourteen (14) calendar days preceding the date or continued date of the hearing. Opposition shall be accompanied by evidence establishing its factual allegations.

Without good cause, no party shall be heard in opposition to a Motion at oral argument if written opposition to the Motion was not timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the Motion and absent timely opposition, the court **may** grant the Motion without a hearing.

Respectfully submitted,

Dated: July 6, 2020, at San Jose, California.

FARSAD LAW OFFICE, P.C.

By: /s/ Nancy Weng
Nancy Weng, Esq.
Attorneys for Debtor-in-possession

# CERTIFICATE OF SERVICE

I am at least 18 years of age and not a party to the within action; my business address is FARSAD LAW OFFICE, P.C., 1625 The Alameda, Suite 525, San Jose, CA 95126. On **July 6, 2020**, I served the interested parties with the documents described as follows:

1. **NOTICE OF HEARING ON MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY; CERTIFICATE OF SERVICE;**
2. **MORDECHAI KOKA'S MOTION FOR AUTHORITY TO: (I) ENTER INTO PURCHASE AND SALE AGREEMENT FOR REAL PROPERTY, SUBJECT TO OVERBID; (II) PAY FEES, COSTS, TAXES AND COMMISSIONS RELATED TO SALE OF REAL PROPERTY; AND (III) STRIKE THE DEFAULT INTEREST FROM THE PRIMARY LIENHOLDER'S PAYOFF QUOTE;**
3. **EXHIBITS A-C IN SUPPORT OF MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY;**
4. **DECLARATION OF RICHARD DAHNKEN IN SUPPORT OF MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY; and**
5. **DECLARATION OF DEBTOR IN SUPPORT OF MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY.**

**BY USPS FIRST CLASS MAIL:** By placing TRUE COPIES thereof enclosed in a sealed envelope addressed to all addresses on the attached **Court Creditor Matrix**. The envelope was deposited in the United States Post Office in **San Jose, California**.

**BY NOTICE OF ELECTRONIC FILING:** I caused to be served the above-described document(s) by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the following parties and/or counsel who are registered ECF users: **All CM/ECF registered participants**.

I declare under penalty of perjury that the above statements are true and correct.

Executed on **July 6, 2020**, in **San Jose**, California.

FARSAD LAW OFFICE, P.C.

*/s/ Arasto Farsad*
Arasto Farsad, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 20-50469<br>California Northern Bankruptcy Court<br>San Jose<br>Fri Jul  3 17:34:06 PDT 2020 | Deutsche Bank National Trust Company, as Ind<br>c/o McCarthy & Holthus, LLP<br>411 Ivy Street<br>San Diego, CA 92101-2108 | HSBC Bank USA, National Association<br>c/o BDFTW, LLP<br>4004 Belt Line Rd Ste. 100<br>Addison, TX 75001-4320 |
| U.S. Bankruptcy Court<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113-3099 | Alexander & Scott Beuscher<br>1702 Paru St.<br>Alameda, CA 94501-1273 | Arnaldo Catolos and Tate Arron Catolos<br>1702 Paru St.<br>Alameda, CA 94501-1273 |
| CBA Collection Bureau<br>25954 Eden Landing Rd.<br>Hayward, CA 94545-3837 | Citi Visa (Costco)<br>P.O. Box 6217<br>Sioux Falls, SD 57117-6217 | CitiMortgage, Inc.<br>1000 Technology Dr.<br>MS 504A<br>O Fallon, MO 63368-2240 |
| Contractors State License Board<br>Sacramento Intake/Mediation<br>Center<br>P.O. Box 269116<br>Sacramento, CA 95826-9116 | Credit Collection<br>P.O. Box 607<br>Norwood, MA 02062-0607 | Daniel Morgan<br>c/o Philip C. Zvonicek<br>1880 Century Park East, Suite 1200<br>Los Angeles, CA 90067-1621 |
| Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Deutsche Bank National Trust Company<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | Employment Development Department<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| FCI Lender Services, Inc.<br>P.O. Box 272370<br>Anaheim, CA 92809-0112 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Francois X. Sorba, Esq.<br>1611 Borel Place, #7<br>San Mateo, CA 94402-3504 |
| HOUZZ<br>285 Hamiltgon Ave., 4th Floor<br>Palo Alto, CA 94301-2540 | HSBC Bank USA, National Association<br>c/o Barrett Daffin Frappier<br>Treder & Weiss LLP<br>4004 Belt Line Rd Ste. 100<br>Addison, TX 75001-4320 | HSBC Bank USA, National Association<br>c/o Nationstar Mortgage LLC<br>Attention: Bankruptcy Department<br>PO Box 619096<br>Dallas, TX 75261-9096 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jeff and Amalia Hanna<br>161 Cherry Ave.<br>Campbell, CA 95008-3415 | Julia Mackenzie; Lauren Mackenzie<br>Tammy Le; Elliott Allan<br>1702 Paru St.<br>Alameda, CA 94501-1273 |
| Mai T. Hoang<br>9814 Davona Dr.<br>San Jose, CA 94583-2910 | Mai T. Hoang<br>9814 Davona Drive<br>San Ramon, CA 94583-2910 | Manolo & Erlina Penaranda<br>Arnaldo Catolos & Tate Arron<br>Catolos<br>1702 Paru St.<br>Alameda, CA 94501-1273 |
| Melissa Gardner<br>442 Fulton Ct.<br>Santa Clara, CA 95051-6307 | Meyer Law Group, LLP<br>Attn: Brent D. Meyer, Esq.<br>268 Bush Street #3639<br>San Francisco, California 94104-3503 | Mr. Cooper<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019-4620 |

| | | |
|---|---|---|
| Nicole and Alan Hulgan<br>549 Papac Way<br>San Jose, CA 95117-1567 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | Office of the United States Trustee<br>Attn: Terri H. Didion<br>2500 Tulare Street, Suite 1401<br>Fresno, CA 93721-1326 |
| SALES FORCE<br>415 Missioni St., 3rd Floor<br>San Francisco, CA 94105-2504 | Select Portfolio Servicng<br>Attn: Legal Dept.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | Shimon Bouganim<br>c/o Michael D. Kolodzi, Esq.<br>433 North Camden Drive, #600<br>Beverly Hills, CA 90210-4416 |
| Steve Frankel<br>315 Bryan Ct.<br>Palo Alto, CA 94301-1401 | Tenant #1<br>1702 Paru St.<br>Alameda, CA 94501-1273 | Tenant #2<br>1702 Paru St.<br>Alameda, CA 94501-1273 |
| Tenant #3<br>1702 Paru St.<br>Alameda, CA 94501-1273 | Thanh-Tam Morgan and Daniel<br>Morgan<br>1040 W. Edmundson Ave.<br>Ceres, CA 95307 | United Site Services<br>P.O. Box 53267<br>Phoenix, AZ 85072-3267 |
| Arasto Farsad<br>Farsad Law Office, P.C.<br>1625 The Alameda ,Suite 525<br>San Jose, CA 95126-2224 | Dale Gardner<br>442 Fulton Court<br>Santa Clara, CA 95051-6307 | Mordechai Koka<br>1409 Enderby Way<br>Sunnyvale, CA 94087-4014 |
| Nancy Weng<br>Farsad Law Office, P.C.<br>1625 The Alameda, Suite 525<br>San Jose, CA 95126-2224 | Richard Dahnken<br>Castlemont Realty<br>2760 Camino Diablo, Suite B<br>Walnut Creek, CA 94597-3906 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

End of Label Matrix
Mailable recipients    46
Bypassed recipients     1
Total                  47