**LAW OFFICES OF CRAIG V. WINSLOW**
CRAIG V. WINSLOW, Cal. Bar No. 73196
630 N. San Mateo Drive
San Mateo, California 94401
Telephone:   (650) 347-5445
Facsimile:   (650) 347-4411
Email:         craig@cvwlaw.com

**MEYER LAW GROUP LLP**
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone:   (415) 765-1588
Facsimile:   (415) 762-5277
Email:         brent@meyerllp.com

Attorneys for Creditors
DALE GARDNER and
MELISSA GARDNER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA,<br><br>    Debtor. | BK Case No.: 20-50469-SLJ<br><br>Chapter 11<br><br>**LIMITED OPPOSITION TO MOTION FOR AUTHORITY TO: (I) ENTER INTO PURCHASE AND SALE AGREEMENT FOR REAL PROPERTY, SUBJECT TO OVERBID; (II) PAY FEES, COSTS, TAXES AND COMMISSIONS RELATED TO SALE OF REAL PROPERTY; AND (III) STRIKE THE DEFAULT INTEREST FROM THE PRIMARY LIENHOLDER'S PAYOFF QUOTE** |

- 1 -

BK CASE NO. 20-50469-SLJ

MOTION FOR AUTHORITY TO: (I) ENTER INTO PURCHASE AND SALE AGREEMENT FOR REAL PROPERTY, SUBJECT TO OVERBID; (II) PAY FEES, COSTS, TAXES AND COMMISSIONS RELATED TO SALE OF REAL PROPERTY; AND (III) STRIKE THE DEFAULT INTEREST FROM THE PRIMARY LIENHOLDER'S PAYOFF QUOTE

Case: 20-50469   Doc# 67   Filed: 07/22/20   Entered: 07/22/20 13:43:49   Page 1 of 3

|   |   |   |
|---|---|---|
| Date: | August 5, 2020[1] | |
| Time: | 2:00 p.m. | |
| Location: | 280 S. First Street | |
|   | Courtroom 9 (3rd Floor) | |
|   | San Jose, California 95113 | |
| Judge: | Honorable Stephen L. Johnson | |

Creditors Dale Gardener and Melissa Gardner ("Creditors") hereby submit this limited opposition (the "Opposition") to the *Motion for Authority to: (I) Enter Into Purchase and Sale Agreement for Real Property, Subject to Overbid; (II) Pay Fees, Costs, Taxes and Commissions Related to Sale of Real Property; and (III) Strike the Default Interest from the Primary Lienholder's Payoff Quote* (the "Motion") [Dkt. No. 60] filed by Debtor in Possession Mordechai Koka ("Debtor") in the above-captioned matter.

Creditors do not oppose the sale of real property commonly known as 3190 Vichy Avenue, Napa, California 94558 (the "Property") as set forth in the Motion. However, given the serious and significant allegations against Debtor and his related business (Green Bay Builders, Inc.), as set forth in the adversary proceeding <u>Gardner v. Koka</u>, AP Case No. 20-5030-SLJ, related to embezzlement, conversion, and financial elder abuse, there are legitimate concerns with allowing Debtor to retain possession, custody, and control of the net procceds of sale for the Property (approximately $209,618.24), even if those net proceeds of sale are deposited in the Debtor in Possession (DIP) bank accounts and reported on the Monthly Operating Reports.

As such, assuming *argumentum* that the Court is inclined to grant the relief requested by Debtor in the Motion, Creditors respectfully request that the order specifically provide that:

---

[1] Paragraph 8 of *General Order 38 (Third Amended)* provides that "[u]nless otherwise ordered by the presiding judge, all notices of any motion or application filed with the court and served on any party which sets a hearing date for the motion or application must state that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video, and include the following language: 'All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.'" See https://www.canb.uscourts.gov/sites/default/files/general-orders/ThirdAmendedGeneral Order38%20SJ%20hours%20Change%206%2015%2020.pdf



BK CASE NO. 20-50469-SLJ

- 2 -

MOTION FOR AUTHORITY TO: (I) ENTER INTO PURCHASE AND SALE AGREEMENT FOR REAL PROPERTY, SUBJECT TO OVERBID; (II) PAY FEES, COSTS, TAXES AND COMMISSIONS RELATED TO SALE OF REAL PROPERTY; AND (III) STRIKE THE DEFAULT INTEREST FROM THE PRIMARY LIENHOLDER'S PAYOFF QUOTE

1 (1) all net proceeds of sale for the Property (approximately $209,618.24) be deposited in the
2 IOLTA attorney-client trust account for Debtor's counsel, or such other blocked account where
3 Debtor does not have access to the funds; and (2) prohibit Debtor and Debtor's counsel from
4 disbursing, using, or otherwise accessing any net proceeds of sale for the Property
5 (approximately $209,618.24) without further order of the Court.

Dated: July 22, 2020            **MEYER LAW GROUP LLP**

By: /s/ BRENT D. MEYER
    Brent D. Meyer
    Attorneys for Plaintiffs
    DALE GARDNER and
    MELISSA GARDNER

BK CASE NO. 20-50469-SLJ                    - 3 -

MOTION FOR AUTHORITY TO: (I) ENTER INTO PURCHASE AND SALE AGREEMENT FOR REAL PROPERTY, SUBJECT TO OVERBID; (II) PAY FEES, COSTS, TAXES AND COMMISSIONS RELATED TO SALE OF REAL PROPERTY; AND (III) STRIKE THE DEFAULT INTEREST FROM THE PRIMARY LIENHOLDER'S PAYOFF QUOTE

Case: 20-50469    Doc# 67    Filed: 07/22/20    Entered: 07/22/20 13:43:49    Page 3 of 3