| | |
|---|---|
| 1 | Arasto Farsad, Esq. (SBN # 273118)<br>Nancy Weng, Esq. (SBN # 251215) |
| 2 | **FARSAD LAW OFFICE, P.C.**<br>1625 The Alameda, Suite 525 |
| 3 | San Jose, CA 95126<br>Tel: (408) 641-9966 |
| 4 | Fax: (408) 866-7334<br>Email addresses: farsadlaw1@gmail.com; |
| 5 | nancy@farsadlaw.com |
| 6 | Attorneys for Debtor /<br>debtor-in-possession |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Mordechai Koka,<br><br>　　　　　　Debtor. | Case No. 20-50469 SLJ<br>Chapter 11<br><br>**STATUS CONFERENCE STATEMENT**<br><br>Date: August 6, 2020<br>Time: 10:00 a.m.<br>Place: **Hearing will be conducted by Telephone or Video Conference**<br><br>**JUDGE: HON. STEPHEN L. JOHNSON** |

**TO THE HONORABLE JUDGE STEPHEN L. JOHNSON, THE UNITED STATES TRUSTEE'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSEL(S):** Now comes the Debtor / debtor-in-possession herein, MORDECHAI KOKA, by and through his counsel of record, Farsad Law Office, P.C., to provide the Court with the following case update(s) since the last Status Conference on May 7, 2020.

**NEW DEVELOPMENTS IN CASE SINCE
PRIOR STATUS CONFERENCE OF 5-7-2020**
　　(Please see the attached prior-filed Status Conference Statement, attached hereto as **Exhibit 1,** for the Court's convenience).

1. The Debtor has been filing monthly operating reports as they come due.

2. The Debtor filed a Motion to sell his real property located at 3190 Vichy Avenue, Napa, CA 94558 which is set to be heard on August 5, 2020. If the Court approves / confirms the sale, the estate should net approximately $210,000, that will be put in the Debtor's counsel's IOLTA account as it'll be later provided to the Debtor's creditor's upon Plan confirmation.

3. The claims bar date in this case has run. The Debtor will be filing an objection to claim number 7 of Dale and Melissa Gardner. Dale and Melissa Gardner have also filed an adversary proceeding re: their claims of non-dischargeability. (AP Case # 20-05030, Gardner v. Koka.) The Debtor has filed an Answer to the adversary complaint.

4. The Debtor intends to ask the Court for permission to sell his real property located at 1702 Paru Street, Alameda, CA 94501, as the Debtor and his employed Broker (Rick Dahnken) are getting the property ready for sale. The sale of the above two properties should net enough to pay all claims in the case.

5. Once the objection to claim number 7 is resolved / settled, the Debtor intends to file a tentative Chapter 11 Disclosure Statement and Plan for Court approval.

6. The Debtor accordingly respectfully requests that the Court continue the status conference for 75-90 days from today to hopefully have further updates and possibly a Disclosure Statement and Plan.

DATED: July 29, 2020          Respectfully submitted,

                              By: */s/ Nancy Weng*
                              ARASTO FARSAD (SBN: 273118)
                              NANCY WENG (SBN: 251215)
                              **FARSAD LAW OFFICE, P.C.**

# EXHIBIT 1

```
1   Arasto Farsad, Esq. (SBN #273118)
    Nancy Weng, Esq. (SBN #251215)
2   FARSAD LAW OFFICE, P.C.
    1625 The Alameda, Suite 525
3   San Jose, CA 95126
    Tel: (408) 641-9966
4   Fax: (408) 866-7334
    Email addresses: farsadlaw1@gmail.com;
5   nancy@farsadlaw.com

6   Attorneys for Debtor / debtor-in-possession
```

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| In re: | Case No. 20-50469 SLJ |
| --- | --- |
| | Chapter 11 |
| Mordechai Koka, | **STATUS CONFERENCE STATEMENT; CERTIFICATE OF SERVICE** |
| Debtor. | Date: May 7, 2020 |
| | Time: 10:00 a.m. |
| | Place: 280 S. 1st Street, **Courtroom 9** |
| | San Jose, CA 95113 |
| | **JUDGE: HON. STEPHEN L. JOHNSON** |

**TO THE HONORABLE JUDGE STEPHEN L. JOHNSON, THE UNITED STATES TRUSTEE'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSEL(S) OF RECORD:**

Now comes the Debtor-in-possession herein, Mordechai Koka, by and through his counsel of record, Farsad Law Office, P.C., and hereby submits the instant Status Conference Statement.

### STATEMENT OF THE CASE

This case was commenced with the filing of a petition under Chapter 11 on March 10, 2020. The Debtor filed the instant case to stop the non-judicial foreclosure of his real property located at 858 Acalanes Road, Lafayette, CA 94549 ("Acalanes"). In addition to the Property, the Debtor

owns 1702 Paru Street, Alameda, CA 94501 ("Paru") and 3190 Vichy Avenue, Napa, CA 94558 ("Vichy"). All three properties have equity in them. A summary of the equity is as follows:

1. Acalanes: one mortgage loan with a ~$963K balance. Value: $1.35 million.
2. Paru: one mortgage loan with a ~$822K balance. Value: $1.4 million.
3. Vichy: one mortgage loan with a $528K balance. Value $865K.

The Debtor's plan is to sell two or all three properties to pay off his personal debts owed. He has personally guaranteed business debt (from his FORMER construction business, Green Bay Builders, Inc.), as well as personal debts / bills. Fortunately, the equity in Acalanes alone should cover all bills in this case.

Furthermore, the Debtor is only behind on the Acalanes mortgage; the other two properties are up to date. **This will more than likely be a 100% Plan**. The Debtor accordingly seeks to liquidate his assets in order to pay his creditors off and move on / retire. The Debtor will seek to employ a Realtor (Mr. Rick Dahnken) to assist in the sale(s) of his properties.

## STATUS OF MONTHLY OPERATING REPORTS AND DEBTOR-IN-POSSESSION ACCOUNTS

The Debtor already obtained the requisite Chapter 11 EIN number and was able to open the requisite DIP account(s). The Debtor is current on monthly operating reports through March 2020. (Dkt. No. 35.)

## STATEMENT REGARDING INSURANCE

The Debtor's property, both real and personal, is insured and proof of said insurance has been provided to the Office of the United States Trustee ("OUST"). The OUST has also been added to the policies for noticing purposes.

## STATUS OF REQUIRED POST-PETITION PAYMENTS TO TAXING AUTHORITIES

The Debtor believes that he is current on all tax returns. The returns have been provided to the OUST as well. The filing date for the Debtor's 2019 returns has been extended due to

Case: 20-50469 Doc# 69 Filed: 04/29/20 Entered: 04/29/20 14:03:46 Page 5 of 9

COVID-19 and that return shall be filed when due.

### WHETHER THE DEBTOR HAS MET REQUIREMENTS FOR RETAINING PROFESSIONALS IN THE CASE

An ex parte application to employ the instant Firm as General Bankruptcy Counsel was filed on March 16, 2020 (Dkt. No. 20) and an Order granting employment was entered on March 30, 2020 (Dkt. No. 33) by the Honorable Court.

### WHETHER THE DEBTOR HAS MET THE REQUIREMENTS FOR USING CASH COLLATERAL AND OBTAINING CREDIT

Only Paru is generating rental income for the Debtor. The Debtor is current on his mortgage payments for Paru and, therefore, need not seek the Court's approval to use cash collateral. The Debtor's two other properties-Vichy and Ascalanes-are vacant and, hence, no issue of cash collateral arises.

### ANY ORDERS IN THE CASE THAT HAVE GRANTED RELIEF FROM THE AUTOMATIC STAY, THAT HAVE EXTENDED OR REFUSED TO EXTEND THE AUTOMATIC STAY OR THAT HAVE DETERMINED THAT THERE IS NO AUTOMATIC STAY IN EFFECT AS TO ANY OR ALL CREDITORS

There have been no Motions for Relief from Stay filed and the Debtor did not need to file a Motion to Extend or Impose the Automatic Stay.

### WHETHER ANY MOTIONS TO ASSUME OR REJECT EXECUTORY CONTRACTS OR UNEXPIRED LEASES HAVE BEEN FILED OR ARE EXPECTED TO BE FILED

None / not applicable at the moment.

### ANY UNUSUAL DEVELOPMENTS OR EVENTS THAT HAVE OCCURRED OR ARE EXPECTED TO OCCUR IN THIS CASE

The Debtor shall seek approval to employ a Realtor shortly to sell the Vichy Avenue / Napa property as the sale of that property will likely occur first. The Debtor has a buyer for full fair market value lined up and would like to transact as quickly as possible to avoid losing the deal. (And so a Motion to Authorize the Sale will be filed in conjunction with the Application to

1 | Employ the Realtor.)

2

3 | DATED: April 27, 2020          Respectfully submitted,

4 |                                FARSAD LAW OFFICE, P.C.

5 |                                By: */s/ Nancy Weng*
                                       Nancy Weng, Esq.
6 |                                    Attorneys for Debtor

CERTIFICATE OF SERVICE
**No Mail Service Required**

CERTIFICATE OF SERVICE
**No Mail Service Required**