JULYN M. PARK (CSB No. 213429)
DEIRDRE M. DIGRANDE (CSB No. 199766)
**LOCKHART PARK LLP**
4655 Old Ironsides Drive, Suite 250
Santa Clara, CA 95054-1854
Tel: (408) 416-2929
Fax: (855) 368-1020
Email: jpark@lockhartpark.com
ddigrande@lockhartpark.com

Attorneys for Creditors
JEFF and AMALIA HANNA

# UNITES STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA,<br><br>Debtor | Bk. No. 20-50469-SLJ<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR, AND ALL OTHER INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firm of Lockhart Park, LLP appears in this action as attorneys of record for creditors JEFF and AMALIA HANNA and requests that all pleadings, motions, orders, notices, and any other action for which notice must be given according to the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court be served upon the following:

Julyn M. Park
Deirdre M. Digrande
Lockhart Park LLP
4655 Old Ironsides Drive, Suite 250
Santa Clara, CA 95054-1854
Tel: (408) 416-2929
Fax: (855) 368-1020
jpark@lockhartpark.com
ddigrande@lockhartpark.com

- 1 -

| | | |
|---|---|---|
| 1 | Dated: July 30, 2020 | LOCKHART PARK LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | JuLyn M. Park<br>Attorneys for Creditors<br>JEFF and AMALIA HANNA |