ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Emails: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor / debtor-in-possession

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:

MORDECHAI KOKA,

Debtor / debtor-in-possession.

) Case No.: 20-50469 SLJ
) Chapter 11
)
) **NOTICE OF HEARING ON OBJECTION**
) **TO CLAIM NUMBER 7; CERTIFICATE**
) **OF SERVICE**
)
) Date: October 21, 2020
) Time: 2:00 p.m.
) Place: **<u>Hearing to be conducted by</u>**
) **<u>Telephone or Video Conference</u>** (see page 2
) below for instructions on how to arrange your
) appearance)
)
) **Before: Hon. Stephen L. Johnson**
)

TO THE HONORABLE JUDGE STEPHEN L. JOHNSON, THE UNITED STATES TRUSTEE'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL CREDITORS / PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSEL(S) OF RECORD:

<u>**PLEASE TAKE NOTICE THAT**</u> there will be a hearing on Debtor's concurrently filed Objection to Claim Number 7 (hereinafter, the "Objection" or "Motion") on **<u>October 21, 2020</u>** at **<u>2:00 p.m.</u>** before the **<u>Honorable Judge Stephen L. Johnson</u>**.

1 - Notice of Hearing; Certificate of Service

**The hearing** on this Application will not be conducted in the presiding Judge's Courtroom but, instead, **will be conducted by telephone or video.** All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 1-888-821- 7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Unless a party in interest desires to contest this Application, no appearance is required. If you do wish to contest this Application, you must file written opposition with this Court at least fourteen (14) days prior to the hearing date and you must appear at the Court on the day of the hearing pursuant to LBR 9014; otherwise, the Court may enter an order granting the Application without further consideration.

Respectfully submitted,

Dated: July 31, 2020, at San Jose, California.

FARSAD LAW OFFICE, P.C.

By: /s/ Nancy Weng
Nancy Weng, Esq.
Attorneys for Debtor-in-possession

# **CERTIFICATE OF SERVICE**

I am at least 18 years of age and not a party to the within action; my business address is FARSAD LAW OFFICE, P.C., 1625 The Alameda, Suite 525, San Jose, CA 95126. On **July 31, 2020**, I served the interested parties with the documents described as follows:

1. **NOTICE OF HEARING ON OBJECTION TO CLAIM NUMBER 7; CERTIFICATE OF SERVICE; AND**
2. **OBJECTION TO CLAIM NUMBER 7; DECLARATION OF DEBTOR IN SUPPORT.**

**BY USPS FIRST CLASS MAIL:** By placing TRUE COPIES thereof enclosed in a sealed envelope addressed to all addresses on the attached **Court Creditor Matrix**. The envelope was deposited in the United States Post Office in **San Jose, California**.

**BY NOTICE OF ELECTRONIC FILING:** I caused to be served the above-described document(s) by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the following parties and/or counsel who are registered ECF users: **All CM/ECF registered participants.**

I declare under penalty of perjury that the above statements are true and correct.

Executed on **July 31, 2020**, in **San Jose**, California.

FARSAD LAW OFFICE, P.C.

*/s/ Arasto Farsad*
Arasto Farsad, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 20-50469<br>California Northern Bankruptcy Court<br>San Jose<br>Fri Jul  3 17:34:06 PDT 2020 | Deutsche Bank National Trust Company, as Ind<br>c/o McCarthy & Holthus, LLP<br>411 Ivy Street<br>San Diego, CA 92101-2108 | HSBC Bank USA, National Association<br>c/o BDFTW, LLP<br>4004 Belt Line Rd Ste. 100<br>Addison, TX 75001-4320 |
| U.S. Bankruptcy Court<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113-3099 | Alexander & Scott Beuscher<br>1702 Paru St.<br>Alameda, CA 94501-1273 | Arnaldo Catolos and Tate Arron Catolos<br>1702 Paru St.<br>Alameda, CA 94501-1273 |
| CBA Collection Bureau<br>25954 Eden Landing Rd.<br>Hayward, CA 94545-3837 | Citi Visa (Costco)<br>P.O. Box 6217<br>Sioux Falls, SD 57117-6217 | CitiMortgage, Inc.<br>1000 Technology Dr.<br>MS 504A<br>O Fallon, MO 63368-2240 |
| Contractors State License Board<br>Sacramento Intake/Mediation<br>Center<br>P.O. Box 269116<br>Sacramento, CA 95826-9116 | Credit Collection<br>P.O. Box 607<br>Norwood, MA 02062-0607 | Daniel Morgan<br>c/o Philip C. Zvonicek<br>1880 Century Park East, Suite 1200<br>Los Angeles, CA 90067-1621 |
| Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Deutsche Bank National Trust Company<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | Employment Development Department<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| FCI Lender Services, Inc.<br>P.O. Box 272370<br>Anaheim, CA 92809-0112 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Francois X. Sorba, Esq.<br>1611 Borel Place, #7<br>San Mateo, CA 94402-3504 |
| HOUZZ<br>285 Hamiltgon Ave., 4th Floor<br>Palo Alto, CA 94301-2540 | HSBC Bank USA, National Association<br>c/o Barrett Daffin Frappier<br>Treder & Weiss LLP<br>4004 Belt Line Rd Ste. 100<br>Addison, TX 75001-4320 | HSBC Bank USA, National Association<br>c/o Nationstar Mortgage LLC<br>Attention: Bankruptcy Department<br>PO Box 619096<br>Dallas, TX 75261-9096 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jeff and Amalia Hanna<br>161 Cherry Ave.<br>Campbell, CA 95008-3415 | Julia Mackenzie; Lauren Mackenzie<br>Tammy Le; Elliott Allan<br>1702 Paru St.<br>Alameda, CA 94501-1273 |
| Mai T. Hoang<br>9814 Davona Dr.<br>San Jose, CA 94583-2910 | Mai T. Hoang<br>9814 Davona Drive<br>San Ramon, CA 94583-2910 | Manolo & Erlina Penaranda<br>Arnaldo Catolos & Tate Arron<br>Catolos<br>1702 Paru St.<br>Alameda, CA 94501-1273 |
| Melissa Gardner<br>442 Fulton Ct.<br>Santa Clara, CA 95051-6307 | Meyer Law Group, LLP<br>Attn: Brent D. Meyer, Esq.<br>268 Bush Street #3639<br>San Francisco, California 94104-3503 | Mr. Cooper<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019-4620 |

| | | |
|---|---|---|
| Nicole and Alan Hulgan<br>549 Papac Way<br>San Jose, CA 95117-1567 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | Office of the United States Trustee<br>Attn: Terri H. Didion<br>2500 Tulare Street, Suite 1401<br>Fresno, CA 93721-1326 |
| SALES FORCE<br>415 Missioni St., 3rd Floor<br>San Francisco, CA 94105-2504 | Select Portfolio Servicng<br>Attn: Legal Dept.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | Shimon Bouganim<br>c/o Michael D. Kolodzi, Esq.<br>433 North Camden Drive, #600<br>Beverly Hills, CA 90210-4416 |
| Steve Frankel<br>315 Bryan Ct.<br>Palo Alto, CA 94301-1401 | Tenant #1<br>1702 Paru St.<br>Alameda, CA 94501-1273 | Tenant #2<br>1702 Paru St.<br>Alameda, CA 94501-1273 |
| Tenant #3<br>1702 Paru St.<br>Alameda, CA 94501-1273 | Thanh-Tam Morgan and Daniel<br>Morgan<br>1040 W. Edmundson Ave.<br>Ceres, CA 95307 | United Site Services<br>P.O. Box 53267<br>Phoenix, AZ 85072-3267 |
| Arasto Farsad<br>Farsad Law Office, P.C.<br>1625 The Alameda ,Suite 525<br>San Jose, CA 95126-2224 | Dale Gardner<br>442 Fulton Court<br>Santa Clara, CA 95051-6307 | Mordechai Koka<br>1409 Enderby Way<br>Sunnyvale, CA 94087-4014 |
| Nancy Weng<br>Farsad Law Office, P.C.<br>1625 The Alameda, Suite 525<br>San Jose, CA 95126-2224 | Richard Dahnken<br>Castlemont Realty<br>2760 Camino Diablo, Suite B<br>Walnut Creek, CA 94597-3906 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

End of Label Matrix
Mailable recipients    46
Bypassed recipients     1
Total                  47