

ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Emails: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor

The following constitutes the order of the Court.
Signed: August 7, 2020

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Mordechai Koka,<br><br>Debtor / debtor-in-possession. | Case No.: 20-50469 SLJ<br>Chapter 11<br><br>ORDER AUTHORIZING<br>SALE OF REAL PROPERTY<br><br>Date: August 5, 2020<br>Time: 2:00 p.m.<br>Place: 280 South 1st St., Courtroom 9 San Jose, CA 95113 **(Hearing held Telephonically)**<br><br>Judge: Honorable Stephen L. Johnson |

A hearing on MORDECHAI KOKA'S MOTION FOR AUTHORITY TO: (I) ENTER INTO PURCHASE AND SALE AGREEMENT FOR REAL PROPERTY, SUBJECT TO OVERBID; (II) PAY FEES, COSTS, TAXES AND COMMISSIONS RELATED TO SALE OF REAL PROPERTY; AND (III) STRIKE THE DEFAULT INTEREST FROM THE PRIMARY LIENHOLDER'S PAYOFF QUOTE ( the "Motion"), filed by the debtor in the above-captioned Chapter 11 bankruptcy case (the "Debtor")[1], was held before this Court on August 5, 2020 at 2:00 p.m.; appearances were as noted on the record.

---

[1] The order also applies to any sale by a trustee in a chapter 11 or chapter 7 case.

Having considered the Motion and all related pleadings, any opposition thereto, and the arguments of counsel,

THE COURT FINDS THAT:

A. Notice of the Motion was proper and adequate.

B. The Buyer has acted good faith and is entitled to the protections of Section 363(m) of the Bankruptcy Code.

Based on the foregoing and the findings and conclusions stated orally in the record, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The notice of the Motion and the hearing thereon is approved as proper and adequate under the circumstances.

2. The Motion is granted and the sale to JAMES NEAD and ISABELLA STRAKA ("Buyer") is approved as the highest and best offer.

3. The Debtor is authorized to sell 3190 Vichy Avenue, Napa, CA 94558 ("Sale Assets") to Buyer for the purchase price of $790,000.00 (minus a $2,100.00 credit for a loan closing date extension), and in accordance with the terms and conditions that are set forth in the Purchase Agreement which is attached to the Motion.

4. The Debtor is authorized to pay the following undisputed liens or claims at closing of the sale: *Please refer to the Final Closing Statement / HUD-1 as attached to the Motion*. (Please note that Primary Lienholder FCI Lender Services, Inc. will be paid pursuant to their updated demand into escrow.)

5. Unless the holders of the liens, claims or interests identified in paragraph 4 above have agreed to other treatment, their liens, claims or interests shall attach to the proceeds of the sale with the same force, effect, validity and priority that previously existed against the Sale Assets.

6. Buyer has not assumed any liabilities of the Debtor.

7. The Debtor is authorized to execute any such releases, termination statements, assignments, consents or instruments on behalf of any third party, including the holders of any

liens, claims or interests identified in paragraph 6 of this Order, that are necessary or appropriate to effectuate or consummate the sale.

8. The Debtor, and any escrow agent upon the Debtor's written instruction, shall be authorized to make such disbursements on or after the closing of the sale as are required by the purchase agreement or order of this Court, including, but not limited to, all delinquent real property taxes and outstanding post-petition real property taxes pro rated as of the closing with respect to the real property included among the purchased assets; and (b) closing costs, broker's fees / commissions.

9. The Debtor and its officers, employees and agents be and they hereby are authorized to execute the purchase agreement, or other related documents that are reasonably necessary or appropriate to complete the sale, and to undertake such other actions as may be reasonably necessary or appropriate to complete the sale.

10. Except as otherwise provided in the Motion, the Sale Assets shall be sold, transferred, and delivered to Buyer on an "as is, where is" or "with all faults" basis.

11. Buyer is approved as a buyer in good faith in accordance with Section 363(m) of the Bankruptcy Code, and Buyer shall be entitled to all protections of Section 363(m) of the Bankruptcy Code.

12. This Order shall be effective immediately upon entry. No automatic stay of execution, pursuant to Rule 62(a) of the Federal Rules of Civil Procedure, or Bankruptcy Rules 6004(h) or 6006(d), applies with respect to this Order.

13. This Court retains jurisdiction to enforce and implement the terms and provisions of this Order and the purchase agreement, all amendments thereto, any waivers and consents thereunder, and each of the documents executed in connection therewith in all respects, including retaining jurisdiction to (a) compel delivery of the Sale Assets to the Buyer, (b) resolve any disputes arising under or related to the purchase agreement, and (c) resolve any disputes regarding liens, claims, or interests asserted against the Sale Assets.

14. The purchase agreement and any related documents or other instruments may be modified, amended or supplemented by the parties thereto, in a writing signed by both parties

without further order of the Court, provided that any such modification, amendment or supplement does not have a material adverse effect on the Debtor's bankruptcy estate.

15. Finally, after payment of all claims, fees, commissions, and expenses authorized by Paragraph 4 of this Order, the Title Company shall remit all net proceeds of the sale for the Sale Assets directly to Farsad Law Office, P.C., to be held in its IOLTA attorney-client trust account, and Farsad Law Office, P.C. shall not distribute these funds to the Debtor or any other person or entity without further order of this Court.

**END OF ORDER**

APPROVED AS TO FORM AND CONTENT:

Dated:_____8/5/2020_____                                  MEYER LAW GROUP

                                                            */s/ Brent Meyer*_____
                                                            Brent Meyer, Esq.
                                                            Attorneys for Dale and Melissa Gardner

COURT SERVICE LIST

***NO MAIL SERVICE REQUIRED***