

The following constitutes the order of the Court.
Signed: August 7, 2020

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 20-50469 SLJ |
|---|---|
| MORDECHAI KOKA, | Chapter 11 |
| Debtor(s). | |

## ORDER AFTER STATUS CONFERENCE AND SETTING DEADLINES

On August 6, 2020, the Court held a status conference in the above-entitled matter. Appearances were as noted on the record. As indicated at the hearing, the court notes the following problems with the monthly operating reports:

(A) In the March report, the Statement of Cash Receipts and Disbursements shows a cash balance of $7,342 for the beginning of March and an identical cash balance of $7,342 for the end of March, despite a net increase of $1,508 in cash during this period.

(B) In the April report, the Statement of Cash Receipts and Disbursements shows a cash balance of $7,338 for the beginning of April and a cash balance of $8,805 for the end of April, reflecting an *increase* in cash of $1,467. However, the itemization of receipts and expenses actually shows a net *decrease* in cash of $1,516. Thus, it is unclear if the ending cash balance of $8,805 is accurate.

(C) Although the subsequent May and June reports are correct in and of themselves, the cash balances may not be accurate if the carryover amounts of the cash balance from March and April are incorrect.

The Court having reviewed the status conference statements and other pleadings filed in this case and having heard the arguments of counsel, good cause appearing,

IT IS HEREBY ORDERED as follows:

(1) The Debtor(s) shall amend the monthly operating reports, to the extent necessary, by September 24, 2020.

(2) The Debtor(s) shall remain current on all monthly operating reports.

(3) If the Debtor(s) fails to abide by the deadlines established in Paragraph (1) above or to remain current on monthly operating reports, the Court sua sponte or the United States Trustee ("UST"), by filing and serving a declaration indicating non-compliance by the Debtor(s) and submitting and serving an order, may dismiss or convert the case, at the UST's discretion. The court may also dismiss or convert the case if a disclosure statement and plan has not been filed or a disclosure statement approved with sufficient time to confirm a plan by the deadline above under applicable bankruptcy and local rules. See 11 U.S.C. § 1112(b)(4)(E) & (J).

(4) If the case has not been converted or dismissed under Paragraph (3), a continued status conference shall be held on October 1, 2020, at 10:00 a.m., at the United States Bankruptcy Court, 280 South First Street, Courtroom 9, San Jose, California.

**\* \* \* END OF ORDER \* \* \***

**COURT SERVICE LIST**

[ECF recipients only]