JULYN M. PARK (CSB No. 213429)
DEIRDRE M. DIGRANDE (CSB No. 199766)
**LOCKHART PARK, LLP**
4655 Old Ironsides Drive, Suite 250
Santa Clara, CA 95054-1854
Tel: (408) 416-2929
Fax: (855) 368-1020
Email: jpark@lockhartpark.com
ddigrande@lockhartpark.com

SELWYN D. WHITEHEAD, ESQ. (CSB No. 236391)
**LAW OFFICES OF SELWYN D. WHITEHEAD**
4650 Scotia Avenue
Oakland, CA 94605
Tel: (510) 632-7444
Fax: (510) 856-5180.
Email: selwyn@selwynwhitehead.com

Attorneys for Creditors
JEFF and AMALIA HANNA

ARASTO FARSAD (CSB No. 273118)
NANCY WENG (CSB No. 251215)
**FARSAD LAW OFFICE, P.C**.
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: (408) 641-9966
Fax: (408) 866-7334
Emails: farsadlaw1@gmail.com
nancy@farsadlaw.com

Attorneys for Debtor/Debtor-in-Possession
MORDECHAI KOKA

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re: | Bk. No. 20-50469-SLJ |
| MORDECHAI KOKA, | Chapter 11 |
| Debtor/Debtor-in-Possession. | **JOINT STIPULATION TO CLAIM AMOUNT AND REMOVAL OF HEARING ON DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 9 [DKT. NO. 73] FROM CALENDAR** |
| | The Hon. Stephen L. Johnson<br>Bankruptcy Court Judge |

**TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR, AND ALL OTHER INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

Debtor/Debtor-in-Possession MORDECHAI KOKA ("Debtor") and creditors JEFF HANNA and AMALIA HANNA ("Creditors"; collectively "the Parties"), by and through their respective counsel of record, request that the Court approve their joint stipulation to the following terms:

(1) Debtor agrees to amend Item 4.11 on Schedule F (Dkt. No. 57) to read "Undisputed";

(2) Debtor agrees to withdraw his Objection to Proof of Claim No. 9 [Dkt. No. 73];

(3) The Parties agree and request that Proof of Claim No. 9 be deemed timely filed;

(4) Creditors agree to file an amended proof of claim in the amount of $84,941.50;

(5) The Parties agree to treatment of an amendment to Proof of Claim No. 9 in the amount of $84,941.50;

(6) The Parties agree and request that the hearing on Debtor's Objection to Proof of Claim No. 9, currently set for Wednesday, October 21, 2020 at 2:00 p.m., be vacated and removed from the Court's calendar.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: October 21, 2020     FARSAD LAW OFFICE, P.C.


/s/ *Nancy Weng*
Nancy Weng
Attorneys for Debtor/Debtor-in-Possession
MORDECHAI KOKA


Dated: October 21, 2020     LOCKHART PARK, LLP


/s/ *Julyn M. Park*
Julyn M. Park
Attorneys for Creditors
JEFF HANNA and AMALIA HANNA

## CERTIFICATION

I, Deirdre M. Digrande, am the ECF user whose identification and password are being used to file this Joint Stipulation to Claim Amount and Removal of Hearing on Debtor's Objection to Proof of Claim No. 9 [Dkt. No. 73] from Calendar. In compliance with Local Rule 5005-2(c), I hereby attest that Nancy Weng has concurred in this filing.

Dated: October 21, 2020                  LOCKHART PARK, LLP

/s/ *Deirdre M. Digrande*
Deirdre M. Digrande
Attorneys for Creditors
JEFF HANNA and AMALIA HANNA