CHANGES MADE BY COURT

The following constitutes
the order of the court. Signed October 22, 2020

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

JULYN M. PARK (CSB No. 213429)
DEIRDRE M. DIGRANDE (CSB No. 199?)
**LOCKHART PARK, LLP**
4655 Old Ironsides Drive, Suite 250
Santa Clara, CA  95054-1854
Tel:  (408) 416-2929
Fax:  (855) 368-1020
Email:  jpark@lockhartpark.com
        ddigrande@lockhartpark.com

SELWYN D. WHITEHEAD, ESQ. (CSB No. 236391)
**LAW OFFICES OF SELWYN D. WHITEHEAD**
4650 Scotia Avenue
Oakland, CA  94605
Tel:  (510) 632-7444
Fax:  (510) 856-5180.
Email:  selwyn@selwynwhitehead.com

Attorneys for Creditors
JEFF and AMALIA HANNA

ARASTO FARSAD (CSB No. 273118)
NANCY WENG (CSB No. 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA  95126
Tel:  (408) 641-9966
Fax:  (408) 866-7334
Emails: farsadlaw1@gmail.com
        nancy@farsadlaw.com

Attorneys for Debtor/Debtor-in-Possession
MORDECHAI KOKA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re: | Bk. No. 20-50469-SLJ |
| MORDECHAI KOKA, | Chapter 11 |
| Debtor/Debtor-in-Possession. | **ORDER APPROVING JOINT STIPULATION TO CLAIM AMOUNT AND REMOVING HEARING ON DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 9 FROM CALENDAR** |
| | The Hon. Stephen L. Johnson<br>Bankruptcy Court Judge |

- 1 -

Having considered the Joint Stipulation to Claim Amount and Removal of Hearing on Debtor's Objection to Proof of Claim No. 9 [Dkt. No. 90] ("Stipulation") between Debtor-in-Possession MORDECHAI KOKA ("Debtor") and creditors JEFF HANNA and AMALIA HANNA and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is APPROVED.

***END OF ORDER***

**COURT SERVICE LIST**

NONE – ALL ECF