| | |
|---|---|
| 1 | Arasto Farsad, Esq. (SBN #273118)<br>Nancy Weng, Esq. (SBN #251215) |
| 2 | **FARSAD LAW OFFICE, P.C.**<br>1625 The Alameda, Suite 525 |
| 3 | San Jose, CA 95126<br>Tel: (408) 641-9966 |
| 4 | Fax: (408) 866-7334<br>Email addresses: farsadlaw1@gmail.com; |
| 5 | nancy@farsadlaw.com |
| 6 | Attorneys for Debtor / debtor-in-possession |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Mordechai Koka,<br><br>Debtor. | Case No. 20-50469 SLJ<br>Chapter 11<br><br>**STATUS CONFERENCE STATEMENT**<br><br>Date: December 3, 2020<br>Time: 10:00 a.m.<br>Place: Held via Tele / Video Conference<br><br>**JUDGE: HON. STEPHEN L. JOHNSON** |

**TO THE HONORABLE JUDGE STEPHEN L. JOHNSON, THE UNITED STATES TRUSTEE'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSEL(S):** Now comes the Debtor / debtor-in-possession, MORDECHAI KOKA, by and through his counsel, Farsad Law Office, P.C., to provide the Court with the following updates since the last conference in this case on October 1, 2020.

**NEW DEVELOPMENTS IN CASE SINCE**
**PRIOR STATUS CONFERENCE OF 10-1-2020**

(Please see attached prior-filed Status Conference Statement, attached hereto as <u>Exhibit 1</u> for the Court's convenience).

1. The Debtor has been filing monthly operating reports as they come due and is up to date.

2. The Debtor entered into a settlement agreement with Dale and Melissa Gardner re: claim no. 7 and an order was entered approving said settlement by the Honorable Court on November 19, 2020 (Docket No. 97).

3. The Debtor also entered into a settlement agreement (stipulation) with Jeff and Amalia Hanna re: claim no. 9 and an order was entered by the Court on October 22, 2020 (Docket No. 91).

4. The Debtor intends to ask the Court for permission to sell 1702 Paru St., Alameda, CA 94501 very soon. The Debtor is getting the property ready for sale now and should have on the market by the end of the December 2020. Once that sale is completed, the Debtor should have enough funds to pay off the Gardner settlement agreement as well all other claims / creditors in the case.

5. <u>Timing for filing a Plan</u>: The Debtor intends to file a combined chapter 11 disclosure statement and plan no later than February 15, 2020 as the settlement agreement with the Gardners requires an effective date payment of April 15, 2021

6. Debtor respectfully requests that the status conference be continued for 60-90 days and the Debtor will likely take that date for tentative approval of the disclosure statement and plan (so long as the timing works out). The case is going well / as planned and the Debtor is sincere in wanting to resolve all of his creditor claims via a confirmed Chapter 11 Plan.

Respectfully submitted,

FARSAD LAW OFFICE, P.C.

<u>/s/ Nancy Weng</u>
Nancy Weng
Attorneys for Debtor

# EXHIBIT 1

Arasto Farsad, Esq. (SBN #273118)
Nancy Weng, Esq. (SBN #251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: (408) 641-9966
Fax: (408) 866-7334
Email addresses: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor / debtor-in-possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Mordechai Koka,<br><br>　　　　　Debtor. | Case No. 20-50469 SLJ<br>Chapter 11<br><br>**STATUS CONFERENCE STATEMENT**<br><br>Date: October 1, 2020<br>Time: 10:00 a.m.<br>Place: **\*\*Hearing to be conducted by Telephone / Video Conference**<br><br>**JUDGE: HON. STEPHEN L. JOHNSON** |

**TO THE HONORABLE JUDGE STEPHEN L. JOHNSON, THE UNITED STATES TRUSTEE'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSEL(S):** Now comes the Debtor / debtor-in-possession herein, Mr. MORDECHAI KOKA, by and through his counsel of record, Farsad Law Office, P.C., to provide the Court with the following updates since the last conference in this case on August 6, 2020.

**NEW DEVELOPMENTS IN CASE SINCE
PRIOR STATUS CONFERENCE OF 8-6-2020**

　　(Please see attached prior-filed Status Conference Statement, attached hereto as **Exhibit 1** for the Court's convenience).

1. The Debtor has continued filing monthly operating reports as they come due. The Debtor notes that the operating reports for the months of March and April of 2020 were amended in June at case docket numbers 52 and 53. The Debtor has filed his July 2020 and August 2020 operating reports at case docket numbers 78 and 80.

2. The Debtor completed the sale of his real property located at 3190 Vichy Ave., Napa, CA 94558 and the proceeds have been deposited into his counsel's IOLTA account, where it shall remain until further court order.

3. The Debtor is preparing the property at 1702 Paru St., Alameda, CA 94501 for sale as well. It should be listed within the next 30 days per the Debtor's employed Realtor.

4. In addition, the Debtor and creditors, Dale and Melissa Gardner (through their respective counsels), have started BDRP with mediator, Mr. Michael Sweet. Mediation is set for October 9, 2020. The Debtor is hoping to resolve the adversary case / claim via mediation.

5. The Debtor has an objection to an untimely filed claim on calendar set for October 21, 2020, regarding the claim of creditors, Jeff and Amalia Hanna.

6. The Debtor now respectfully requests that the Court continue the instant status conference to a date convenient for the Court, 60-120 days out.

DATED: September 25, 2020        Respectfully submitted,

                By: */s/ Nancy Weng*
                    ARASTO FARSAD (SBN: 273118)
                    NANCY WENG (SBN: 251215)
                    **FARSAD LAW OFFICE, P.C.**

# CERTIFICATE OF SERVICE
**No Mail Service Required**

Case: 20-50469    Doc# 100   Filed: 09/25/20   Entered: 09/25/20 14:13:50   Page 4 of 11

# EXHIBIT 1

1  Arasto Farsad, Esq. (SBN # 273118)
   Nancy Weng, Esq. (SBN # 251215)
2  **FARSAD LAW OFFICE, P.C.**
   1625 The Alameda, Suite 525
3  San Jose, CA 95126
   Tel: (408) 641-9966
4  Fax: (408) 866-7334
   Email addresses: farsadlaw1@gmail.com;
5  nancy@farsadlaw.com

6  Attorneys for Debtor /
   debtor-in-possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 20-50469 SLJ<br>Chapter 11 |
| Mordechai Koka, | **STATUS CONFERENCE STATEMENT** |
| Debtor. | Date: August 6, 2020<br>Time: 10:00 a.m.<br>Place: **Hearing will be conducted by Telephone or Video Conference**<br><br>**JUDGE: HON. STEPHEN L. JOHNSON** |

**TO THE HONORABLE JUDGE STEPHEN L. JOHNSON, THE UNITED STATES TRUSTEE'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSEL(S):** Now comes the Debtor / debtor-in-possession herein, MORDECHAI KOKA, by and through his counsel of record, Farsad Law Office, P.C., to provide the Court with the following case update(s) since the last Status Conference on May 7, 2020.

### NEW DEVELOPMENTS IN CASE SINCE PRIOR STATUS CONFERENCE OF 5-7-2020

(Please see the attached prior-filed Status Conference Statement, attached hereto as **Exhibit 1,** for the Court's convenience).

1. The Debtor has been filing monthly operating reports as they come due.

2. The Debtor filed a Motion to sell his real property located at 3190 Vichy Avenue, Napa, CA 94558 which is set to be heard on August 5, 2020. If the Court approves / confirms the sale, the estate should net approximately $210,000, that will be put in the Debtor's counsel's IOLTA account as it'll be later provided to the Debtor's creditor's upon Plan confirmation.

3. The claims bar date in this case has run. The Debtor will be filing an objection to claim number 7 of Dale and Melissa Gardner. Dale and Melissa Gardner have also filed an adversary proceeding re: their claims of non-dischargeability. (AP Case # 20-05030, Gardner v. Koka.) The Debtor has filed an Answer to the adversary complaint.

4. The Debtor intends to ask the Court for permission to sell his real property located at 1702 Paru Street, Alameda, CA 94501, as the Debtor and his employed Broker (Rick Dahnken) are getting the property ready for sale. The sale of the above two properties should net enough to pay all claims in the case.

5. Once the objection to claim number 7 is resolved / settled, the Debtor intends to file a tentative Chapter 11 Disclosure Statement and Plan for Court approval.

6. The Debtor accordingly respectfully requests that the Court continue the status conference for 75-90 days from today to hopefully have further updates and possibly a Disclosure Statement and Plan.

DATED: July 29, 2020                Respectfully submitted,

                                    By: */s/ Nancy Weng*
                                        ARASTO FARSAD (SBN: 273118)
                                        NANCY WENG (SBN: 251215)
                                        **FARSAD LAW OFFICE, P.C.**

# CERTIFICATE OF SERVICE
**No Mail Service Required**

CERTIFICATE OF SERVICE
**No Mail Service Required**