ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Emails: farsadlaw1@gmail.com; nancy@farsadlaw.com

Attorneys for Debtor / debtor-in-possession

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No.: 20-50469 SLJ<br>Chapter 11 |
| MORDECHAI KOKA, | **DEBTOR'S REPORT OF SALE OF REAL PROPERTY (RULE 6004); CERTIFICATE OF SERVICE** |
| Debtor / debtor-in-possession. | Before: Hon. Stephen L. Johnson |

**TO THE HONORABLE COURT AND ALL PARTIES IN INTEREST:**

COMES NOW the Debtor herein, MORDECHAI KOKA, by and through his general bankruptcy counsel, to report the following sale of real property of the estate, pursuant to the Court's Order Authorizing Sale of Real Property (Dkt. No. 76) (the "Sale Order"): The Debtor sold the real property commonly known as 3190 Vichy Ave., Napa, CA 94558. The settlement and/or disbursement date was August 24, 2020.

Furthermore, a true and correct copy of the Final Seller Settlement Statement is attached hereto as Exhibit A. Pursuant to the Court's Order, the net proceeds were placed in the Debtor's general bankruptcy counsel's IOLTA account.

Respectfully submitted,

FARSAD LAW OFFICE, P.C.

By:*/s/ Nancy Weng*          Dated: December 10, 2020
NANCY WENG
Attorneys for the Debtor

1 - DEBTOR'S REPORT OF SALE OF
REAL PROPERTY (RULE 6004); CERTIFICATE OF SERVICE

# EXHIBIT A

| | Seller | |
|---|---|---|
| **Description** | **Debit** | **Credit** |
| **Financial** | | |
| Sale Price | | 790,000.00 |
| | | |
| **Prorations/Adjustments** | | |
| County Taxes 07/01/20 to 08/24/20 @$6,004.80/semi | 1,768.08 | |
| Credit buyer for 50% of rate lock extension | 2,100.00 | |
| | | |
| **Title Charges & Escrow / Settlement Charges** | | |
| Title - Notary Fee S<br>Notary Fee S to First American Title Company | 100.00 | |
| | | |
| **Commission** | | |
| Real Estate Commission to Castlemont Realty | 11,850.00 | |
| | | |
| **Government Recording and Transfer Charges** | | |
| County Documentary Transfer Tax to Napa County Recorder | 869.00 | |
| | | |
| **Payoff(s) and Payment(s)** | | |
| FCI Lender Services, Inc. | | |
| Principal Balance to FCI Lender Services, Inc. | 528,000.00 | |
| Interest on Payoff Loan 08/14/20 to 08/26/20 @$146.670000/day to FCI Lender Services, Inc. | 1,906.71 | |
| Interest 2/1/20 to 8/14/2020 to FCI Lender Services, Inc. | 28,600.00 | |
| Late Charges to FCI Lender Services, Inc. | 2,669.34 | |
| Unpaid Interest Due to FCI Lender Services, Inc. | 6,160.00 | |
| Recording Fee to FCI Lender Services, Inc. | 258.00 | |
| | | |
| **Miscellaneous** | | |
| Seller's Proceeds to Farsad Law Office, P.C. | 198,502.31 | |
| Tax Installment: to Napa County Tax Collector | 6,392.06 | |
| Tax Installment - Supplemental to Napa County Tax Collector | 824.50 | |

American Land Title Association

ALTA Settlement Statement - Seller
Adopted 05-01-2015

File No.: 2103-6227028
Printed: 08/26/2020, 2:34 PM
Officer/Escrow Officer: Lynn Serchia/LS
Settlement Location:
189 Sir Francis Drake Blvd, Suite B, Greenbrae, CA 94904

**First American Title Company**

189 Sir Francis Drake Blvd, Suite B • Greenbrae, CA 94904
Phone: (415)461-7570 Fax: (866)875-4903
**Final Settlement Statement**



Property Address: 3190 Vichy Avenue, Napa, CA 94558
Buyer: James Nead, Isabelle C. Straka
Seller: Moti Koka
Lender: CrossCountry Mortgage, LLC ISAOA as their respective interests may appear
Settlement Date: 08/24/2020
Disbursement Date: 08/24/2020

This is a summary of the closing transaction prepared by First American Title Company. This document is not intended to replace the Closing Disclosure form.

Copyright 2015 American Land Title Association.
All rights reserved
Page **1** of **2**
File # 2103-6227028
Printed on 08/26/2020 at 2:34 PM

Case: 20-50469   Doc# 105   Filed: 12/10/20   Entered: 12/10/20 10:54:05   Page 4 of 5

| Description | Seller Debit | Seller Credit |
|---|---|---|
| | | |
| **Subtotals** | 790,000.00 | 790,000.00 |
| Due From/To Seller | | |
| Totals | 790,000.00 | 790,000.00 |

This is a summary of the closing transaction prepared by First American Title Company. This document is not intended to replace the Closing Disclosure form.

Copyright 2015 American Land Title Association.
All rights reserved
Page **2** of **2**
File # 2103-6227028
Printed on 08/26/2020 at 2:34 PM

Case: 20-50469    Doc# 105    Filed: 12/10/20    Entered: 12/10/20 10:54:05    Page 5 of 5