ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Emails: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor / debtor-in-possession

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MORDECHAI KOKA,<br><br>Debtor / debtor-in-possession. | Case No.: 20-50469 SLJ<br>Chapter 11<br><br>**WITHDRAWAL OF OBJECTION TO CLAIM NUMBER # 7; CERTIFICATE OF SERVICE**<br><br>**Before: Honorable Stephen L. Johnson** |

TO THE HONORABLE JUDGE STEPHEN L. JOHNSON, THE UNITED STATES TRUSTEE'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL CREDITORS / PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSEL(S) OF RECORD:

Comes now Mordechai Koka, by and through his counsel of record, Farsad Law Office, P.C., and hereby withdraws the Objection to Claim Number 7 filed on July 30, 2020 under Docket No. 71. The Debtor further requests that the Honorable Court cancel the hearing on this Objection set for January 12, 2021, at 2:00 pm based on the instant withdrawal.

Respectfully submitted,

Executed on January 4, 2021, at San Jose, California.

*/s/ Nancy Weng*
Nancy Weng, Esq.
Attorney for Debtor in possession

Withdrawal of Objection to Claim Number # 7; Certificate of Service - 1

COURT SERVICE LIST
**No Mail Service Required**