Arasto Farsad, Esq. (SBN #273118)
Nancy Weng, Esq. (SBN #251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: (408) 641-9966
Fax: (408) 866-7334
Email addresses: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor / debtor-in-possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 20-50469 SLJ<br>Chapter 11 |
| Mordechai Koka, | **STATUS CONFERENCE STATEMENT; CERTIFICATE OF SERVICE** |
| Debtor. | Date: March 4, 2021<br>Time: 10:00 a.m.<br>Place: **\*\*Hearing to be conducted by Telephone / Video Conference**<br><br>**JUDGE: HON. STEPHEN L. JOHNSON** |

**TO THE HONORABLE JUDGE STEPHEN L. JOHNSON, THE UNITED STATES TRUSTEE'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSEL(S):** Now comes the Debtor / debtor-in-possession herein, Mr. MORDECHAI KOKA, by and through his counsel of record, Farsad Law Office, P.C., to provide the Court with the following updates since the last conference in this case on December 3, 2020.

STATUS CONFERENCE STATEMENT;
CERTIFICATE OF SERVICE

## NEW DEVELOPMENTS IN CASE SINCE
## PRIOR STATUS CONFERENCE OF 8-6-2020

1. The Debtor is managing his affairs and timely filing MOR's.

2. The Debtor just finished getting the property located at 1702 Paru Street in Alameda ready for sale. It will be listed in the first week of March. It should also sell fairly quickly as the market is hot in the area. The property is in great condition and will be priced correctly, per the Debtor's employed Broker, Mr. Rick Dahnken.

3. The Debtor and his counsel are also 80% done with an initial disclosure statement and plan for tentative court review / approval which they hope to have up by the first week of March as well. (Duly noticed per the local rules.)

4. Other than these developments, there are no updates at this time. The Debtor and Debtor's counsel appreciate the Court's assistance to date.

DATED: February 26, 2021   Respectfully submitted,

By: */s/ Nancy Weng*
ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**

## CERTIFICATE OF SERVICE
**No Mail Service Required**