

The following constitutes the order of the Court.
Signed: March 4, 2021

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

MORDECHAI KOKA,

Debtor(s).

Case No. 20-50469 SLJ

Chapter 11

**ORDER AFTER STATUS CONFERENCE AND SETTING DEADLINES**

On March 4, 2021, the Court held a status conference in the above-entitled matter. Appearances were as noted on the record. The Court having reviewed the status conference statements and other pleadings filed in this case and having heard the arguments of counsel, good cause appearing,

IT IS HEREBY ORDERED as follows:

(1)  The Debtor(s) shall have a plan of reorganization confirmed by August 5, 2021.

(2)  The Debtor(s) shall remain current on all monthly operating reports.

(3)  If the Debtor(s) fails to abide by the deadlines established in Paragraph (1) above or to remain current on monthly operating reports, the Court sua sponte or the United States Trustee ("UST"), by filing and serving a declaration indicating non-compliance by the Debtor(s) and submitting and serving an order, may dismiss or convert the case, at the UST's discretion. The court may also dismiss or convert the case if a disclosure statement and plan has not been

ORDER AFTER STATUS CONFERENCE AND SETTING DEADLINES   1/3

filed or a disclosure statement approved with sufficient time to confirm a plan by the deadline above under applicable bankruptcy and local rules.  See 11 U.S.C. § 1112(b)(4)(E) & (J).

(4) If the case has not been converted or dismissed under Paragraph (3), a continued status conference shall be held on August 5, 2021, at 10:00 a.m., at the United States Bankruptcy Court, 280 South First Street, Courtroom 9, San Jose, California.[1]

**\* \* \* END OF ORDER \* \* \***

---

[1] Due to the pandemic, please check the court's website and posted calendar closer to the hearing for information on whether the hearing will be held in the courthouse, by telephone or by video.

**COURT SERVICE LIST**

[ECF recipients only]