**MEYER LAW GROUP LLP**
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone:  (415) 765-1588
Facsimile:   (415) 762-5277
Email:        brent@meyerllp.com

Attorney for Creditor
DALE GARDNER and
MELISSA GARDNER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | BK Case No.: 20-50469-SLJ |
| MORDECHAI KOKA, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

I, Brent D. Meyer, hereby declare as follows:

I am an active member of the State Bar of California and I am not a party to the above-captioned action; my business mailing address is 268 Bush Street #3639, San Francisco, California, 94104.

On April 16, 2021, I served copies of the following document(s):

**DALE GARDNER AND MELISSA GARDNER'S PROPOSED COMBINED PLAN OF REORGANIZATIONAND DISCLOSURE STATEMENT (APRIL 16, 2021)**

**NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT CONTAINED IN DALE GARDNER AND MELISSA GARDNER'S PROPOSED COMBINED PLAN OF REORGANIZATIONAND DISCLOSURE STATEMENT (APRIL 16, 2021)**

in the following manner on the parties listed below:

CASE NO. 20-50469-SLJ
CERTIFICATE OF SERVICE
- 1 -

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

Case: 20-50469   Doc# 114-2   Filed: 04/16/21   Entered: 04/16/21 10:00:02   Page 1 of 3

☐ **BY FEDERAL EXPRESS**: I enclosed said document(s) in an envelope or package provided by Federal Express and addressed to the persons at the address(es) listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of Federal Express or delivered such document(s) to a courier or driver authorized by Federal Express to receive documents.

☒ **BY FIRST CLASS MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(b), I enclosed said document(s) in a sealed envelope addressed to the persons at the address(es) listed below, placed first class postage fully prepaid thereon, and deposited said envelope in a United States mailbox.

**DEBTOR**
Mordechai Koka
1409 Enderby Way
Sunnyvale, California 94087

☐ **BY CERTIFIED MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(h), I enclosed said document(s) in a sealed envelope addressed to the persons at the address(es) listed below, transported said envelope to a United States Post Office, placed first class postage fully prepaid thereon with certified and return receipt requested, and deposited said envelope with an agent of the United States Postal Service. The Certified Mail Receipt Number for each party served with the document(s) is as specified below.

☒ **BY NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to Bankruptcy Local Rule 9013-3(c), service of the document(s) was also effective on the following persons whom are registered participants of the Court's CM/ECF system, consented to electronic service, and received an electronic copy of the document(s) by the Clerk of the Court via Notice of Electronic Filing.

- **Jared A. Day**   jared.a.day@usdoj.gov, ankey.to@usdoj.gov
- **Deirdre M. Digrande**   ddigrande@lockhartpark.com
- **Arasto Farsad**   farsadecf@gmail.com, farsadecf@ecf.courtdrive.com
- **David S. Hoffman**   dshoffmanesq@aol.com
- **Kelly Marie Kaufmann**   bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- **Brent D. Meyer**   brent@meyerllp.com
- **Office of the U.S. Trustee / SJ**   USTPRegion17.SJ.ECF@usdoj.gov
- **Edward A. Treder**   ndcaecf@BDFGroup.com
- **Nancy Weng**   nancy@farsadlaw.com
- **Selwyn D. Whitehead**   selwynwhitehead@yahoo.com
- **Craig V Winslow**   craig@cvwlaw.com

///
///
///

CASE NO. 20-50469-SLJ
CERTIFICATE OF SERVICE
- 2 -

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on April 16, 2021 at San Francisco, California.

          /s/ BRENT D. MEYER
          Brent D. Meyer