ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
FARSAD LAW OFFICE, P.C.
1625 The Alameda, Suite 525
San Jose, CA 95126
Telephone: 408-641-9966
Fax: 408-866-7334
Emails: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

In re:

MORDECHAI KOKA,

Debtor / debtor-in-possession.

Case No. 20-50469 SLJ
Chapter 11

**NOTICE OF SUBSTITUTION OF ATTORNEY**

**Judge: Hon. Stephen L. Johnson**

TO THE HONORABLE JUDGE STEPHEN L. JOHNSON, THE UNITED STATES TRUSTEE'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSEL(S) OF RECORD:

COMES NOW the Debtor-in-possession herein, MORDECHAI KOKA, and hereby substitutes in the FULLER LAW FIRM, P.C., 60 N. Keeble Avenue, San Jose, CA 95126, (408) 295-5595 in place of FARSAD LAW OFFICE, P.C., 1625 The Alameda, Suite 525, San Jose, CA 95126, 408-641-9966 as attorney of record in the subject Chapter 11 case. (New counsel will of course seek Court approval of employment.)

I accept this substitution:

Dated: April 19, 2021                FULLER LAW FIMR, P.C.

                                     */s/ Lars Fuller*
                                     Lars Fuller, Esq., Managing Partner

1

I concur with this substitution:

Dated: April 19, 2021            FARSAD LAW OFFICE, P.C.

*/s/ Arasto Farsad*
Arasto Farsad, Esq., Managing Partner

I concur with this substitution:

Dated: April 19, 2021            */s/ Mordechai Koka*
Mordechai Koka
Debtor in Possession herein

1

COURT SERVICE LIST
**No Mail Service Required**