# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Mordechai Koka | **Case No.** _____20-50469 SLJ_____ |
| | **CHAPTER 11**<br>**MONTHLY OPERATING REPORT**<br>**(SMALL REAL ESTATE/INDIVIDUAL CASE)** |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** ____03/31/21____      **PETITION DATE:** ____03/10/20____

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in ___$1___

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $152,347 | $11,048 | |
| | b. Total Assets | $4,289,093 | $4,147,794 | $4,147,794 |
| | c. Current Liabilities | $0 | $0 | |
| | d. Total Liabilities | $2,470,706 | $2,470,706 | $2,470,706 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $9,045 | $9,645 | $922,418 |
| | b. Total Disbursements | $15,638 | $7,649 | $772,954 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($6,593) | $1,996 | $149,464 |
| | d. Cash Balance Beginning of Month | $152,347 | $152,304 | $304,651 |
| | e. Cash Balance End of Month (c + d) | $154,654 | $152,347 | $307,001 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6. | **Post-Petition Liabilities** | $0 | | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

**At the end of this reporting month:**

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13. | Are a plan and disclosure statement on file? | x | |
| 14. | Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes __x__ ;      U.S. Trustee Quarterly Fees __x__ ;  Check if filing is current for: Post-petition tax reporting and tax returns: __x__ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: ____4/21/2021 0:00____          /s /Mordechai  Koka
                                       Responsible Individual

Revised 1/1/98

|  | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
|  | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | x | $152,347 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $152,347 |
|  | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | |
| 8 | Real property (rental or commercial) | | $4,106,345 |
| 9 | Furniture, Fixtures, and Equipment | x | $7,400 |
| 10 | Vehicles | x | $23,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | x | $1 |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: | | |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $4,136,746 |
| 18 | **Total Assets** | | $4,289,093 |
|  | **Liabilities** | | |
|  | **Post-Petition Liabilities** | | |
|  | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
|  | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | $2,463,061 |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | $7,645 |
| 32 | **Total Pre-Petition Liabilities** | | $2,470,706 |
| 33 | **Total Liabilities** | | $2,470,706 |
|  | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | |
| 35 | **Total Liabilities and Equity (Deficit)** | | $2,470,706 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | **Property 1** | **Property 2** | **Property 3** |
|---|---|---|---|---|
| 1 | **Description of Property** | 1702 Paru Alameda | 858 Acalanes Road | 3190 Vichy |
| 2 | **Scheduled Gross Rents** | $7,645 | | |
| | **Less:** | | | |
| 3 | **Vacancy Factor** | | | |
| 4 | **Free Rent Incentives** | | | |
| 5 | **Other Adjustments** | | | |
| 6 | **Total Deductions** | $0 | $0 | $0 |
| 7 | **Scheduled Net Rents** | $7,645 | $0 | $0 |
| 8 | **Less: Rents Receivable (2)** | | | |
| 9 | **Scheduled Net Rents Collected (2)** | $7,645 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | **Account 1** | **Account 2** | **Account 3** |
|---|---|---|---|---|
| 10 | **Bank** | Wells Fargo | Wells Fargo | Wells Fargo |
| | | 2053 | 2061 | |
| 11 | **Account No.** | Paru account | Savings | Attorney IOLTA |
| 12 | **Account Purpose** | | | |
| 13 | **Balance, End of Month** | $4,461 | $1,691 | $148,502 |
| 14 | **Total Funds on Hand for all Accounts** | $154,654 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended     03/31/21

| | | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | $7,645 | $95,932 |
| 2 | Cash Received from Sales | $0 | $790,000 |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Deposits from odd jobs cash | $0 | $20,555 |
| 8 | Transfers | | $14,250 |
| 9 | Returns | $0 | $281 |
| 10 | IRS | $1,400 | $1,400 |
| 11 | | | |
| 12 | **Total Cash Receipts** | $9,045 | $922,418 |
| **Cash Disbursements** | | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | $50,000 |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $5,075 | $65,225 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | living expenses | $9,889 | $18,629 |
| 33 | CLSB FINES/ withdrawals /expenses for Paru property fix | $674 | $25,604 |
| 34 | insurance /DMV | $0 | $2,467 |
| 35 | Quarterly UST fees | $0 | $6,181 |
| 36 | Transfers to other account | $0 | $604,848 |
| 37 | **Total Cash Disbursements:** | $15,638 | $772,954 |
| 38 | **Net Increase (Decrease) in Cash** | $1,996 | $149,464 |
| 39 | **Cash Balance, Beginning of Period** | $152,347 | $7,342 |
| 40 | **Cash Balance, End of Period** | $154,654 | $154,654 |

Revised 1/1/98

# Wells Fargo Combined Statement of Accounts



MORDECHAI KOKA
DEBTOR IN POSSESSION
CH11 CASE #20-50469 (NCA)
1409 ENDERBY WAY
SUNNYVALE CA 94087-4014

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**  (1-800-869-3557)

 *En español:* 1-877-727-2932

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

 IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

(114)
Sheet Seq = 0332217
Sheet 00001 of  00003



# Summary of accounts

## *Checking/Prepaid and Savings*

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Everyday Checking | 2 | 2061 | 1,279.33 | 1,690.52 |
| Wells Fargo Everyday Checking | 4 | 2053 | 2,565.50 | 4,461.05 |
| | **Total deposit accounts** | | **$3,844.83** | **$6,151.57** |

# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $1,279.33 |
| Deposits/Additions | 1,400.00 |
| Withdrawals/Subtractions | - 988.81 |
| **Ending balance on 3/31** | **$1,690.52** |

Account number: **2061**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

# Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/1 | | Purchase authorized on 02/28 Safeway #0783 Lafayette CA P00381060061304070 Card 6361 | | 15.77 | 1,263.56 |
| 3/2 | | Recurring Payment authorized on 03/01 Kaiser/Hps 844-524-7370 CA S461060340357335 Card 6361 | | 77.58 | 1,185.98 |
| 3/3 | | Purchase authorized on 03/01 Metropcs Mobile 888-863-8768 WA S301061119083231 Card 6361 | | 110.00 | |
| 3/3 | | Recurring Payment authorized on 03/02 Sling.Com 888-388-6210 CO S461062141012861 Card 6361 | | 40.00 | 1,035.98 |
| 3/4 | | Purchase authorized on 03/04 Foodmaxx #481.C Concord CA P00000000779889552 Card 6361 | | 63.93 | 972.05 |
| 3/8 | | Purchase authorized on 03/08 Safeway #0783 Lafayette CA P00301068002139881 Card 6361 | | 7.18 | 964.87 |
| 3/15 | | Purchase authorized on 03/15 Safeway #3281 Alameda CA P00301074606063345 Card 6361 | | 4.68 | 960.19 |
| 3/17 | | IRS Treas 310 Taxeip3 031721 xxxxxxxxx00989 Koka, Moti | 1,400.00 | | |
| 3/17 | | Purchase authorized on 03/17 Safeway #0783 Lafayette CA P00461076807340637 Card 6361 | | 67.15 | 2,293.04 |
| 3/19 | | Recurring Payment authorized on 03/17 Apple.Com/Bill 866-712-7753 CA S461076546699024 Card 6361 | | 2.99 | |
| 3/19 | | Purchase authorized on 03/19 Foodmaxx #481.C Concord CA P00000000130052007 Card 6361 | | 67.91 | 2,222.14 |
| 3/22 | | Recurring Payment authorized on 03/17 Comcast California 800-Comcast CA S581077157033129 Card 6361 | | 103.11 | |



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|------|------|------|
| 3/22 | | Recurring Payment authorized on 03/17 Comcast California 800-Comcast CA S381077183688590 Card 6361 | | 178.11 | 1,940.92 |
| 3/24 | | Purchase authorized on 03/24 Safeway #0783 Lafayette CA P00581083826547109 Card 6361 | | 15.26 | 1,925.66 |
| 3/25 | | Purchase authorized on 03/25 Trader Joe's # 115 Lafayette CA P00461084837873783 Card 6361 | | 42.09 | 1,883.57 |
| 3/26 | | Purchase authorized on 03/26 Foodmaxx #481.C Concord CA P0000000384558349 Card 6361 | | 85.23 | 1,798.34 |
| 3/31 | | Purchase authorized on 03/29 Outback 0511 925-687-2225 CA S461089004539661 Card 6361 | | 107.82 | 1,690.52 |
| **Ending balance on 3/31** | | | | | **1,690.52** |
| **Totals** | | | **$1,400.00** | **$988.81** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2021 - 03/31/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| The bank has waived the fee for this fee period. | | |

| How to avoid the monthly service fee Have any **ONE** of the following account requirements | Minimum required | This fee period |
|------|------|------|
| · Minimum daily balance | $500.00 | $960.19 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $1,400.00 ☑ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

 # IMPORTANT ACCOUNT INFORMATION

Effective on or after April 1, 2021, the ATM Access Code feature will no longer be available to access your accounts at Wells Fargo ATMs. You may continue to access Wells Fargo ATMs using your Wells Fargo Debit, ATM or EasyPay Card, or with a Wells Fargo-supported digital wallet on your mobile device. For more information about adding your card to a digital wallet, please visit wellsfargo.com/mobile/payments. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. Some ATMs within secure locations may require a physical card for entry. Note: After the ATM Access Code feature for accessing Wells Fargo accounts is discontinued, the "Use an Access Code" button may continue to be displayed on Wells Fargo ATMs to support other services.

## Can we reach you when it's really important?

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

Case: 20-50469   Doc# 117   Filed: 04/22/21   Entered: 04/22/21 10:41:52   Page 7 of 10



# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $2,565.50 |
| Deposits/Additions | 7,645.00 |
| Withdrawals/Subtractions | - 5,749.45 |
| **Ending balance on 3/31** | **$4,461.05** |

Account number: **2053**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/1 | | Deposit Made In A Branch/Store | 3,000.00 | | |
| 3/1 | | Edeposit IN Branch/Store 03/01/21 04:23:47 Pm 2260 Otis Dr Alameda CA | 2,750.00 | | 8,315.50 |
| 3/2 | | Edeposit IN Branch/Store 03/02/21 01:54:25 Pm 2260 Otis Dr Alameda CA 8191 | 1,895.00 | | 10,210.50 |
| 3/9 | | Purchase authorized on 03/09 USPS PO 05007201 1415 Web Alameda CA P00461068816846368 Card 8191 | | 29.05 | 10,181.45 |
| 3/10 | | Purchase authorized on 03/09 Davis Street Trans San Leandro CA S381068750015976 Card 8191 | | 89.77 | 10,091.68 |
| 3/16 | | Loan Srvc Cntr Auto Draft 031421 0019551159 Moti Koka | | 5,075.14 | 5,016.54 |
| 3/17 | | Purchase authorized on 03/15 Pagano's Hardware Alameda CA S581074707410902 Card 8191 | | 20.85 | 4,995.69 |
| 3/22 | | Purchase authorized on 03/19 State Farm Insura 800-956-6310 IL S381078818964237 Card 8191 | | 311.94 | 4,683.75 |
| 3/29 | | Purchase authorized on 03/25 State Farm Insura 800-956-6310 IL S581084761081216 Card 8191 | | 151.69 | |
| 3/29 | | Purchase authorized on 03/26 Chevron 0090289 Berkeley CA S301085849033260 Card 8191 | | 71.01 | 4,461.05 |
| **Ending balance on 3/31** | | | | | **4,461.05** |
| **Totals** | | | **$7,645.00** | **$5,749.45** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2021 - 03/31/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $4,461.05 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |



---

*Monthly service fee summary (continued)*

**How to avoid the monthly service fee**                                    Minimum required          This fee period
· The fee is waived when the account is linked to a Wells Fargo Campus ATM or
   Campus Debit Card
RC/RC

Sheet Seq = 0332219
Sheet 00003 of  00003



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.    $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

**C** **Add A and B** to calculate the subtotal.    = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

**E** **Subtract D from C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801



Member FDIC.