Entered on Docket
April 28, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: April 27, 2021

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No.: 20-50469 SLJ |
| | Chapter 11 |
| MORDECHAI KOKA, | |
| Debtor. | |

## ORDER ON SUBSTITUTION OF ATTORNEY AND ESTATE FUNDS HELD BY DEBTOR'S COUNSEL

Debtor filed a Notice of Substitution of Attorney on April 20, 2021, indicating that Debtor is replacing his current counsel, Farsad Law Office, with the Fuller Law Firm. As of April 27, 2021, the Fuller Law Firm has not filed an application for approval of its employment. Notwithstanding the Notice of Substitution of Attorney, Farsad Law Office remains Debtor's counsel of record until either the Fuller Law Firm has been approved for employment or Farsad Law Office obtains court approval to withdraw as counsel. *See* CLR 11-5(a), as incorporated by BLR 1001-2(a).

Pursuant to the Order Authorizing Sale of Real Property (DKT 76), Farsad Law Office is currently holding in its attorney-client trust account the proceeds from the sale of the real

property located at 3190 Vichy Avenue, Napa, California. Paragraph 15 of the Order Authorizing Sale of Real Property remains in full force and effect and such proceeds shall remain in Farsad Law Office's trust account unless ordered otherwise.

IT IS SO ORDERED.

*** END OF ORDER***

ORDER ON SUBSTITUTION OF ATTORNEY

Case: 20-50469    Doc# 118    Filed: 04/27/21    Entered: 04/28/21 08:45:53    Page 2 of 3

**COURT SERVICE LIST**

ECF Notifications

ORDER ON SUBSTITUTION OF ATTORNEY

Case: 20-50469    Doc# 118    Filed: 04/27/21    Entered: 04/28/21 08:45:53    Page 3 of 3