MARTA E. VILLACORTA (NY SBN 4918280)
Assistant United States Trustee
United States Department of Justice
Office of the U.S. Trustee
280 South First Street, Suite 268
San Jose, CA 95113-3000
Telephone: (408) 535-5525
Facsimile: (408) 535-5532
Email: marta.villacorta@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re | Case No. 20-50469 SLJ |
| MORDECHAI KOKA, | Chapter 11 |
| Debtor. | |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

>Christopher Hayes
>23 Railroad Avenue, #1238
>Danville, CA 94526
>Phone: (925) 854-2311
>Email: chayestrustee@gmail.com

Dated: May 6, 2021                    TRACY HOPE DAVIS
                                      UNITED STATES TRUSTEE


                                      /s/ Marta E. Villacorta
                                      Assistant United States Trustee

Notice of Appointment of Subchapter V Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE:                                                CASE NO. 20-50469 SLJ

MORDECHAI KOKA,                            CHAPTER 11

Debtor(s)

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $410.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: May 6, 2021                                   /s/ **_Christopher Hayes_**
                                                                        Christopher Hayes

1

Case: 20-50469    Doc# 128    Filed: 05/06/21    Entered: 05/06/21 12:57:02    Page 2 of 2