

1  LARS T. FULLER (No. 141270)
   SAM TAHERIAN (No. 170953)
2  JOYCE K. LAU (No. 267839)
   THE FULLER LAW FIRM, PC
3  60 No. Keeble Ave.
   San Jose, CA 95126
4  Telephone: (408)295-5595
   Facsimile: (408) 295-9852
5

The following constitutes the order of the Court.
Signed: May 7, 2021

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

6  Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

In re

MORDECHAI KOKA

Debtor

CASE NO.: 20-50469-SLJ

**ORDER APPROVING EMPLOYMENT AND RETENTION OF THE FULLER LAW FIRM, P.C. AS ATTORNEYS FOR DEBTOR**

CHAPTER 11

Date:  None Set
Time:  None Set
Ctrm.: 9

Upon the Application of debtor seeking an order authorizing the employment and retention of The Fuller Law Firm, P.C. as its attorney and upon the declaration of Lars Fuller in support thereof, and it satisfactorily appearing that none of the attorneys of The Fuller Law Firm, P.C. nor The Fuller Law Firm, P.C. represent or hold any interest adverse to the debtor or the estate in the matters upon which The Fuller Law Firm, P.C. is to be engaged and that the employment will be in the best interest of the estate and no adverse interest being represented, it is

ORDERED that debtor be and hereby is authorized to employ The Fuller Law Firm, P.C. as debtor's Chapter 11 bankruptcy attorney (including the herein case if re-designated as a Subchapter V) under the terms set forth in the Application for Employment to perform the following services through the earlier of the date of confirmation, dismissal or conversion to another chapter:

a. Advise the debtor with respect to his powers and duties as debtor-in-possession in the continued management and operation of his assets;

b. Attend meetings and negotiate with representatives of creditors and other parties in interest and advise and consult on the conduct of the case, including all of the legal and administrative requirements of operating in Chapter 11.

c. Take all necessary actions to protect and preserve the debtor's estate including the defense of any actions commenced against the debtor, negotiations concerning all litigation in which the debtor is involved and objections to claims filed against the estate.

d. Prepare on behalf of debtor all motions, applications, answers, orders, reports, and papers necessary to the administration of the estate and to review but not prepare the monthly operating reports prepared by the debtor.

e. Negotiate and prepare on debtor's behalf a plan of reorganization, disclosure statement, all related agreements and/or documents and take any necessary action on behalf of the debtor to obtain confirmation of such plan.

f. Advise the debtor with respect to the retention of assets;

g. Appear before this Court and the U.S. Trustee to protect the interests of the debtor's estate;

h.  Perform all other necessary legal services and provide all other necessary legal advice to the debtor in connection with this Chapter 11 through the date of confirmation but not in any converted case.

IT IS FURTHER ORDERED that employment shall be effective as of the date The Fuller Law Firm, P.C. substituted into the case.

IT IS FURTHER ORDERED that The Fuller Law Firm, P.C. shall file a separate noticed motion if it seeks a retainer from estate funds and Farsad Law Firm, P.C. is not authorized to disburse any retainer to The Fuller Law Firm, P.C. absent further order from this Court.

***END OF ORDER***

**COURT SERVICE LIST**

No parties to be served

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95125
(408) 295-5595