# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971–5 | User: admin | | Date Created: 5/7/2021 |
| Case: 20–50469 | Form ID: 309E2 | | Total: 68 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| reqntc | Nicole Hulgan |
| reqntc | Allan Hulgan |
| cr | Amalia Hanna |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Mordechai Koka   1409 Enderby Way   Sunnyvale, CA 94087 |
| ust | Office of the U.S. Trustee / SJ   U.S. Federal Bldg.   280 S 1st St. #268   San Jose, CA 95113–3004 |
| cr | HSBC Bank USA, National Association   c/o BDFTW, LLP   4004 Belt Line Rd Ste. 100   Addison, TX 75001 |
| reqntc | Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series 2007–A   c/o McCarthy & Holthus, LLP   2763 Camino Del Rio South   San Diego, CA 92108 |
| cr | Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series 2007–A   c/o McCarthy & Holthus, LLP   2763 Camino Del Rio South   San Diego, CA 92108 |
| br | Richard Dahnken   Castlemont Realty   2760 Camino Diablo, Suite B   Walnut Creek, CA 94597 |
| cr | Dale Gardner   442 Fulton Court   Santa Clara, CA 95051 |
| cr | Jeff Hanna   161 Cherry Avenue   Campbell, CA 95008 |
| tr | Christopher Hayes   23 Railroad Avenue #1238   Danville, CA 94526 |
| aty | Brent D. Meyer   Meyer Law Group, LLP   268 Bush St. #3639   San Francisco, CA 94104 |
| aty | David S. Hoffman   David S. Hoffman, Attorney at Law   1500 E. Hamilton Ave. #118   Campbell, CA 95008 |
| aty | David S. Hoffman   Law Offices of David S. Hoffman   1500 E. Hamilton Ave. #118   Campbell, CA 95008 |
| aty | Deirdre M. Digrande   Lockhart Park, LLP   4655 Old Ironsides Drive, Suite 250   Santa Clara, CA 95054–1854 |
| aty | Edward A. Treder   Barrett Daffin Frappier Treder and Weiss   20955 Pathfinder Rd. #300   Diamond Bar, CA 91765 |
| aty | Jared A. Day   Office of the U.S. Trustee   300 Booth St. #3009   Reno, NV 89509 |
| aty | Kelly Marie Kaufmann   McCarthy and Holthus LLP   2763 Camino Del Rio South   San Diego, CA 92108 |
| aty | Lars T. Fuller   The Fuller Law Firm   60 N Keeble Ave.   San Jose, CA 95126 |
| aty | Selwyn D. Whitehead   Law Offices of Selwyn D. Whitehead   4650 Scotia Ave.   Oakland, CA 94605 |
| aty | Selwyn D. Whitehead   Law Offices of Selwyn D. Whitehead   4650 Scotia Ave.   Oakland, CA 94605 |
| smg | IRS   P.O. Box 7346   Philadelphia, PA 19101–7346 |
| smg | State Board of Equalization   Attn: Special Procedures Section, MIC:55   P.O. Box 942879   Sacramento, CA 94279 |
| smg | CA Employment Development Dept.   Bankruptcy Group MIC 92E   P.O. Box 826880   Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board   Attn: Special Procedures   P.O. Box 2952   Sacramento, CA 95812–2952 |
| smg | IRS   P.O. Box 7346   Philadelphia, PA 19101–7346 |
| 15144869 | Alexander & Scott Beuscher   1702 Paru St.   Alameda, CA 94501 |
| 15181448 | Allan and Nicole Hulgan   549 Papac Way   San Jose, CA 95117 |
| 15144882 | Arnaldo Catolos and Tate Arron Catolos   1702 Paru St.   Alameda, CA 94501 |
| 15144872 | CBA Collection Bureau   25954 Eden Landing Rd.   Hayward, CA 94545 |
| 15136580 | Citi Visa (Costco)   P.O. Box 6217   Sioux Falls, SD 57117 |
| 15136581 | CitiMortgage, Inc.   1000 Technology Dr.   MS 504A   O Fallon, MO 63368–2240 |
| 15144873 | Contractors State License Board   Sacramento Intake/Mediation Center   P.O. Box 269116   Sacramento, CA 95826–9116 |
| 15144874 | Credit Collection   P.O. Box 607   Norwood, MA 02062 |
| 15181093 | Dale Gardener and Melissa Gardner   442 Fulton Court   Santa Clara, California 95051 |
| 15174166 | Daniel Morgan   c/o Philip C. Zvonicek   1880 Century Park East, Suite 1200   Los Angeles, CA 90067 |
| 15136585 | Department of the Treasury   Internal Revenue Service   P.O. Box 7346   Philadelphia PA 19101–7346 |
| 15174560 | Deutsche Bank National Trust Company   c/o Select Portfolio Servicing, Inc.   P.O. Box 65250   Salt Lake City, UT 84165–0250 |
| 15136582 | Employment Development Department   P.O. Box 826880   Sacramento, CA 94280–0001 |
| 15136583 | FCI Lender Services, Inc.   P.O. Box 272370   Anaheim, CA 92809–0112 |
| 15144813 | FRANCHISE TAX BOARD   BANKRUPTCY SECTION MS A340   PO BOX 2952   SACRAMENTO CA 95812–2952 |
| 15136584 | Franchise Tax Board   Bankruptcy Section MS A340   P.O. Box 2952   Sacramento, CA 95812–2952 |
| 15144875 | Francois X. Sorba, Esq.   1611 Borel Place, #7   San Mateo, CA 94402 |
| 15144876 | HOUZZ   285 Hamiltgon Ave., 4th Floor   Palo Alto, CA 94301 |
| 15140480 | HSBC Bank USA, National Association   c/o Barrett Daffin Frappier Treder & Weiss LLP   4004 Belt Line Rd Ste. 100   Addison, TX 75001 |
| 15174520 | HSBC Bank USA, National Association   c/o Nationstar Mortgage LLC   Attention: Bankruptcy Department   PO Box 619096   Dallas, TX 75261–9741 |

| ID | Name | Address | | |
|---|---|---|---|---|
| 15179540 | Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101–7346 | |
| 15144877 | Jeff and Amalia Hanna | 161 Cherry Ave. | Campbell, CA 95008 | |
| 15144870 | Julia Mackenzie; Lauren Mackenzie | Tammy Le; Elliott Allan | 1702 Paru St. | Alameda, CA 94501 |
| 15191127 | Julyn M. Park | Deirdre M. Digrande | Lockhart Park LLP | 4655 Old Ironsides Drive, Suite 250  Santa Clara, CA 95054–1854 |
| 15181015 | Mai T. Hoang | 9814 Davona Dr. | San Jose, CA 94583 | |
| 15181014 | Mai T. Hoang | 9814 Davona Drive | San Ramon, CA 94583 | |
| 15144871 | Manolo & Erlina Penaranda | Arnaldo Catolos & Tate Arron Catolos | 1702 Paru St. | Alameda, CA 94501 |
| 15144878 | Melissa Gardner | 442 Fulton Ct. | Santa Clara, CA 95051 | |
| 15171184 | Meyer Law Group, LLP | Attn: Brent D. Meyer, Esq. | 268 Bush Street #3639 | San Francisco, California 94104 |
| 15136586 | Mr. Cooper | 8950 Cypress Waters Blvd. | Coppell, TX 75019 | |
| 15179541 | Nicole and Alan Hulgan | 549 Papac Way | San Jose, CA 95117 | |
| 15138789 | Office of the United States Trustee | Attn: Terri H. Didion | 2500 Tulare Street, Suite 1401 | Fresno, CA 93721 |
| 15144879 | SALES FORCE | 415 Missioni St., 3rd Floor | San Francisco, CA 94105 | |
| 15136587 | Select Portfolio Servicng | Attn: Legal Dept. | P.O. Box 65250 | Salt Lake City, UT 84165–0250 |
| 15179542 | Shimon Bouganim | c/o Michael D. Kolodzi, Esq. | 433 North Camden Drive, #600 | Beverly Hills, CA 90210 |
| 15179543 | Steve Frankel | 315 Bryan Ct. | Palo Alto, CA 94301 | |
| 15144891 | Tenant #1 | 1702 Paru St. | Alameda, CA 94501 | |
| 15144892 | Tenant #2 | 1702 Paru St. | Alameda, CA 94501 | |
| 15144893 | Tenant #3 | 1702 Paru St. | Alameda, CA 94501 | |
| 15144880 | Thanh–Tam Morgan and Daniel Morgan | 1040 W. Edmundson Ave. | Ceres, CA 95307 | |
| 15144881 | United Site Services | P.O. Box 53267 | Phoenix, AZ 85072 | |

TOTAL: 65