LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA<br><br>Debtor | CASE NO.: 20-50469-SLJ<br><br>**MOTION FOR TRANSFER OF ESTATE FUNDS FOR A RETAINER**<br><br>CHAPTER 11<br><br>Date: June 9, 2021<br>Time: 2:00 PM<br>Ctrm.: Telephonic or Video Only*** |

Comes now Debtor Mordechai Koka and respectfully requests an order directing Farsad Law Offices, P.C. to transfer $30,000 of estate funds held by it in its attorney –client trust account to The Fuller Law Firm, P.C. to be deposited into The Fuller Law Firm attorney – client trust account as and for a retainer pending further order of the Court.

1
Motion to Transfer Estate Funds for a Retainer

## I. CASE BACKGROUND

1. Debtor, represented by Farsad Law Office, P.C. filed the herein case on March 10, 2020 to stay the non-judicial foreclosure sale of his real property at 858 Acalanes Rd. Lafayette, CA.

2. At the time of the filing of the petition, Debtor was the owner of three properties as follows:

<u>1702 Paru St., Alameda, CA</u>

| | | |
|---|---|---|
| Value | | $1,752,013 |
| 1st Deutsche Bank | 824,544 | |
| 2nd-Citibank | 150,000 | |
| Gross Equity | | $974,544 |

<u>858 Acalanes Rd., Lafayette, CA</u>

| | | |
|---|---|---|
| Value | | 1,475,332 |
| 1st – Mr. Cooper | 965,096 | |
| Gross Equity | | $510,236 |

<u>3190 Vicky Lane, Napa, CA</u>

| | | |
|---|---|---|
| Value | | $790,000 |
| 1st- FCI Lender Services, Inc. | $528,000 | |
| Gross Equity | | $262,000 |

3. Debtor was a contractor and owner of Green Bay Builders, Inc. The business failed.

4. Debtor seeks to sell some of his real property and from his proceeds of sale and his projected disposable income, pay back a generous dividend to general unsecured creditors.

5. Though Debtor scheduled the Gardners as being owed $80,000, on July 5, 2020 the Gardners' filed a proof of claim in the amount of $1,335,810.91 asserting damages for breach of

contract, embezzlement, intentional infliction of emotional distress and elder abuse seeking punitive and treble damages and attorney's fees.

6. Further, or June 6, 2020 the Gardners filed an adversary complaint to determine dischargeability of debt.

7. Debtor and the Gardners proceeded to BDRP before Michael Sweet and achieved a settlement which provided, in pertinent part that the Gardners' claim would be allowed in the amount of $1,335,810.91 but that upon payment of the sum of $450,000 by April 15, 2020 (sic) [1]the Gardner's proof of claim would be reduced to $450,000;

8. Debtor sold his Vichy Ave. Napa property for $790,000. The net sale proceeds of $198,502.31 were remitted to Farsad Law Office, P.C. to be held in trust. From said funds, pursuant to an order on Farsad Law Offices, P.C. Interim Application for Compensation, $26,670 in fees and $100.00 in expenses were withdrawn leaving a balance of $171,732.31.

9. Debtor listed but was unable to timely sell his Alameda Property.

10. Hence, Debtor defaulted to the terms of the settlement agreement resulting in the $1,335,810.91 claim being allowed.

11. On April 16, 2021, one day after the deadline to pay the $450,000, Creditors Dale and Melissa Gardner filed a creditor plan.

12. On April 20, 2021, The Fuller Law Firm, P.C. substituted into represents the debtor. The Fuller Law Firm, P.C. did not take any retainer be it from estate funds or outside funds.

13. On May 3, 2021, Debtor filed an amended petition re-designating the case to a case under Subchapter V.

---

[1] The parties clearly intended that the date be April 15, 2021.

3
Motion to Transfer Estate Funds for a Retainer

Case: 20-50469    Doc# 134    Filed: 05/10/21    Entered: 05/10/21 12:01:40    Page 3 of 4

II. REQUEST

14. The Fuller Law Firm, P.C. has successfully represented corporate and individual debtors in numerous Chapter 11 cases, including cases filed under Subchapter V and confirmed as both consensual and non-consensual plans.

15. This appears to be a contentious case where, in all likelihood, the Gardners will oppose most motions and requests.

16. Hence estimated Chapter 11 fees for The Fuller Law Firm, P.C. are no less than $30,000.

17. The Fuller Law Firm, P.C. agrees that all funds would be deposited into The Fuller Law Firm, P.C.'s attorney-client trust account pending further order from this Court.

WHEREFORE Debtor Mordechai Koka respectfully requests an order directing that the Farsad Law Offices, P.C. transfer $30,000 of the amount held by it in its Attorney-client trust account to The Fuller Law Firm, P.C.'s attorney client trust account.

DATED: May 3, 2021                    THE FULLER LAW FIRM, PC

                                      By: /s/ Lars T. Fuller
                                          LARS T. FULLER
                                          Attorney for Debtor