LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Tel: (408)295-5595

Attorneys for Debtor

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MORDECHAI KOKA<br><br>Debtor | Case No.: 20-50469-SLJ<br><br>CHAPTER 11<br><br>**NOTICE OF HEARING ON MOTION FOR TRANSFER OR ESTATE FUNDS FOR A RETAINER**<br><br>Date:    June 9, 2021<br>Time:   10:00 AM<br>Court:  Telephonic or Video Only*** |

TO: ALL CREDITORS AND THE OFFICE OF THE UNITED STATES TRUSTEE

    PLEASE TAKE NOTICE that a hearing on Debtor's motion for transfer of estate funds for a retainer will be heard on June 9, 2021 at 2:00 PM before the Honorable Stephen Johnson. The hearing will not be held in Courtroom 9 but rather will be held by telephone or video.

    This motion is based on this Notice, the Motion for Transfer of Estate Funds for a Retainer, and the Memorandum of Points and Authorities filed in support of the motion and the entire court file in this matter.

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website

This motion is brought pursuant to BLR 9014-1(b)(2)

Your opposition to the motion, if any, should be filed at least 7 days prior to the scheduled hearing date.

Dated: May 6, 2021

THE FULLER LAW FIRM, P.C.

By: /s/ *Lars T. Fuller*
Lars T. Fuller
Attorney for Debtor