LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA<br><br>Debtor | CASE NO.: 20-50469-SLJ<br><br>**EX-PARTE APPLICATION TO SET PLAN REVIEW CONFERENCE**<br><br>CHAPTER 11<br>(Subchapter V)<br><br>Date:<br>Time:<br>Ctrm.:   Telephonic or Video Only*** |

Comes now Debtor Mordechai Koka and respectfully requests that a plan review conference be set in the herein case.

1. Debtor, represented by Farsad Law Office, P.C. filed the herein case on March 10, 2020 to stay the non-judicial foreclosure sale of his real property at 858 Acalanes Rd. Lafayette, CA.

2. On April 16, 2021 Creditors Dale and Melissa Gardner filed a creditor plan.

3. On April 20, 2021, The Fuller Law Firm, P.C. substituted in to represent the debtor.

1
Ex-parte Application to Set Plan Review Conference

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95125
(408) 295-5595

4. On May 3, 2021 Debtor filed an amended petition re-designating the herein case to a case under Subchapter V.

5. On May 7, 2021 this Court entered an order approving the employment of The Fuller Law Firm, P.C.

6. On May 13, 2021 Debtor filed his Subchapter V plan.

7. This case has been pending for over a year. It is in the best interest of creditors and the estate to expedite the case towards confirmation.

8. Debtor has been admonished to secure employment and to push for the sale of the Alameda Property so that the proposed plan is feasible at the time of confirmation.

WHEREFORE Debtor respectfully requests that the Plan be set for a plan review conference at the earliest available date convenient to the Court.

DATED: May 13, 2021                    THE FULLER LAW FIRM, PC

                                       By:  /s/ Lars T. Fuller
                                            LARS T. FULLER
                                            Attorney for Debtor