Entered on Docket
May 19, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Not Signed: May 19, 2021

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

This motion is premature. Neither the 341 meeting nor a status conference with Subchapter V trustee has occurred. Debtor needs to file a noticed motion served on all parties, with applicable legal authority, to extend the time for a Subchapter V status conference and to file plan, both of which expired. Per judge's procedures, Debtor may request the Plan Review Conference to be held at the same time as the status conference in the motion.

LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA<br><br>Debtor | CASE NO.: 20-50469-SLJ<br><br>**ORDER SETTING PLAN REVIEW CONFERENCE**<br><br>CHAPTER 11<br>(Subchapter V)<br><br>Date:<br>Time:<br>Ctrm.:   Telephonic or Video Only*** |

On the ex-parte application of Debtor for setting a plan review conference, good cause appearing,

IT IS ORDERED THAT a plan review conference shall be held on _____ ___, 2021 at __:__.

***END OF ORDER***

## Court Service List

All electronic service.