Case: 20-50469   Doc# 146   Filed: 05/25/21   Entered: 05/25/21 19:28:59   Page 1 of 3

**LAW OFFICES OF CRAIG V. WINSLOW**
CRAIG V. WINSLOW, Cal. Bar No. 73196
630 N. San Mateo Drive
San Mateo, California 94401
Telephone:  (650) 347-5445
Facsimile:  (650) 347-4411
Email:  craig@cvwlaw.com

**MEYER LAW GROUP LLP**
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone:  (415) 765-1588
Facsimile:  (415) 762-5277
Email:  brent@meyerllp.com

Attorneys for Creditors
DALE GARDNER and
MELISSA GARDNER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA,<br><br>Debtor in Possession. | BK Case No.: 20-50469-SLJ<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON OBJECTION TO DEBTOR'S CLAIM OF HOMESTEAD EXEMPTION, AND IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE TO OAKLAND DIVISION**<br><br>Date:  June 22, 2021<br>Time:  2:00 p.m.<br>Location:  Telephonic / Videoconference[1] |

---

[1] Paragraph 9 of General Order 38 (Sixth Amended) provides that "[u]nless otherwise ordered by the presiding judge, all notices of any motion or application filed with the court and served on any party which sets a hearing date for the motion or application must state that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video, and include the following language: 'All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court



|  | Judge: | Hon. Stephen L. Johnson |

**TO: THE HONORABLE STEPHEN L. JOHNSON, DEBTOR MORDECHAI KOKA, ALL PARTIES IN INTEREST, AND COUNSEL OF RECORD (IF ANY):**

**PLEASE TAKE NOTICE** that on June 22, 2021 at 2:00 p.m., or as soon thereafter as the matter may be heard, before the Honorable Stephen L. Johnson of the United States Bankruptcy Court, creditors Dale Gardner and Melissa Gardner ("Creditors") will move the Court to disallow the exemption pursuant to California Code of Civil Procedure § 704.730(a) (the "Homestead Exemption") claimed by debtor Mordechai Koka ("Debtor") in real property commonly known as 858 Acalanes Road, Lafayette, California 94549 (the "Lafayette Property) in the above-captioned matter (collectively, the "Objection").

In the alternative, Creditors also move (the "Motion") the Court to transfer venue for this Bankruptcy Case to the Oakland Division.

**PLESAE TAKE FURTHER NOTICE** that notwithstanding the location of the hearing set forth above, Paragraph 9 of *General Order 38 (Sixth Amended)* provides that "[u]nless otherwise ordered by the presiding judge, all notices of any motion or application filed with the court and served on any party which sets a hearing date for the motion or application must state that **the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video, and include the following language**: 'All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website

---

operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.'" See *https://www.canb.uscourts.gov/sites/default/files/generalorders/SixthAmended GO38March521corrected.pdf*.

BK CASE NO. 20-50469-SLJ

- 2 -

NOTICE OF HEARING ON OBJECTION TO DEBTOR'S CLAIM OF HOMESTEAD EXEMPTION, AND IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE TO OAKLAND DIVISION

provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.'"
See *https://www.canb.uscourts.gov/sites/default/files/generalorders/SixthAmendedGO38 March521corrected.pdf.*

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Local Rule 9014-1(c)(1), <u>any opposition shall be filed and served on the initiating party at least fourteen (14) days prior to the hearing on the Objection and the Motion</u>. Any opposition must set forth all relevant facts and any relevant legal authority, must be supported by affidavits or declarations that conform to the provisions of Bankruptcy Local Rule 9013-1(d), and must be filed with the Bankruptcy Court and served on counsel for Debtor, MEYER LAW GROUP LLP, Attn: Brent D. Meyer, Esq., 268 Bush Street #3639, San Francisco, California 94014.

**PLEASE TAKE FURTHER NOTICE** that failure to file and serve a written objection to the Objection or Motion in a timely manner may result in entry of an order granting the requested relief by default, and the Court may preclude oral opposition to the Objection and the Motion at the hearing.

Dated: May 25, 2021                     **MEYER LAW GROUP, LLP**

By: /s/ BRENT D. MEYER
Brent D. Meyer
Attorneys for Creditors
DALE GARDNER and
MELISSA GARDNER

BK CASE NO. 20-50469-SLJ    - 3 -
NOTICE OF HEARING ON OBJECTION TO DEBTOR'S CLAIM OF HOMESTEAD EXEMPTION, AND IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE TO OAKLAND DIVISION

Case: 20-50469    Doc# 146    Filed: 05/25/21    Entered: 05/25/21 19:28:59    Page 3 of 3