LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>MORDECHAI KOKA<br><br>Debtor | Case No.: 20-50469-SLJ<br><br>**EX-PARTE APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF FARSAD LAW OFFICE, P.C. AS SPECIAL COUNSEL**<br><br>CHAPTER 11<br>[SUBCHAPTER V]<br><br>Date: None Set<br>Time: None Set<br>Court: None Set |

Comes now Debtor Mordechai Koka as Debtor and Debtor in possession in the above reference proceeding ("Debtor" hereinafter) and submits to the Court an Application under 11 U.S.C. § 327 (a),(e) to employ Farsad Law Office, P.C. to represent debtor as a defendant in criminal matter.

**I. BACKGROUND**

Debtor, represented by Farsad Law Office, P.C. filed the herein case on March 10, 2020. Pursuant to the Farsad Law Offices, P.C. ex-parte application, this court issued an order

employing Farsad Law Offices, P.C. on March 30, 2020. The Fuller Law Firm, P.C. substituted in to represent Debtor in the main case on April 20, 2021. The Fuller Law Firm, P.C.'s application for employment without a retainer, was approved by order entered on May 7, 2021.

Debtor and Ryan George, the responsible managing officer for Green Bay Builders, Inc. face charges in a criminal complaint which alleges violation of (1) Insurance Code Section 11880(a) [False statement for purpose of reducing worker's compensation premium]; (2) Section 484(b) [Diverting $2,350 of money received from Morgan to another use]; (3) B&P Code 7159(a)(3) [take a down payment of more than $1,000]; and (4) B&P Code 7159(a)(5) [accepting payment in excess of value of the work performed].

Arasto Farsad, while attending law school, worked at the Santa Clara County Public Defender's Office and was mentored by a Santa Clara County Superior Court Judge. Under supervision, he participated in handling hundreds of felony cases from start to finish. In private practice, Artasto Farsad handled approximately 50 misdemeanor and 30 felony cases.

Farsad Law Offices, P.C. continues to represent Debtor as a Defendant in an adversary proceeding filed by Dale Gardner and Melissa Gardner.

## II. RELIEF REQUESTED AND SERVICES TO BE RENDERED

1. This Court has jurisdiction over this Motion under 28 U.S.C. §§157 and 1334. Venue is proper under 28 U.S.C. §§1408 and 1409. This Motion is a core proceeding under 28 U.S.C. §157(b)(2(B)). The statutory predicates for the relief requested in this Motion are Sections 105(a), 331, 503(b) and 507(a) of the Bankruptcy Code.

2. Debtor in possession may seek court approval to employ professionals including attorneys. 11 U.S.C. § 327

3. By this Application, Debtor seeks to employ Farsad Law Offices, P.C. for the limited purpose of representing Debtor as a defendant in a criminal complaint filed in Santa Clara County Superior Court as Case No. 201020178. No retainer is requested.

### III. DISINTERESTEDNESS OF PROFESSIONALS

4. Pursuant to the declaration of Arasto Farsad filed herewith, to the best of his knowledge and belief:

a) Neither Farsad Law Offices, P.C., Arasto Farsad nor any attorneys employed by it hold or represent an interest adverse to the Debtor's estate except Farsad Law Offices P.C. may be owed an estimated amount of $12,500 in fees for representation in the Chapter 11 case through the date The Fuller Law Firm, P.C. substituted in to represent Debtor.

b) Neither Farsad Law Offices, P.C., Arasto Farsad nor any attorneys employed by it is a creditor, an equity security holder, or an insider of the Debtor except as noted above.

c) Neither Farsad Law Offices, P.C., Arasto Farsad nor any attorneys employed by it have any interest materially adverse to the interest of the estate nor of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in the Debtor or for any other reason.

d) Neither Farsad Law Offices, P.C., Arasto Farsad nor any attorneys employed by is related in any way to any United States Bankruptcy Judge, any District Court Judge nor to anyone within the office of the United States Trustee.

### IV. PROFESSIONAL COMPENSATION

5. Farsad Law Offices, P.C. will charge a flat fee of $10,000 for the representation of Defendant Koka before trial.

6. By this application, Farsad Law Offices, P.C. is not requesting any retainer. It reserved the right to make an application for compensation to the Court at a future time.

7. Debtor contends that his defense is beneficial to the estate. Debtor has secured employment commencing in June 2021 earning $15,000/month. Such income is necessary to fund any non-liquidating plan and to the benefit of creditors and the estate. Defense of the criminal case is necessary so that Debtor may remain free to work.

Wherefore, Debtor requests that (1) The Court enter an order authorizing the employment of Arasto Farsad of Farsad Law Offices, P.C. on the terms set forth above; and (2) that Farsad Law Offices must filed an application for compensation if it seeks any compensation from the estate.

Respectfully submitted,

Dated: June 1, 2021

THE FULLER LAW FIRM, P.C.

By: /s/Lars T. Fuller
LARS T. FULLER
Attorney for Debtor