

LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

**Not Signed: June 9, 2021**

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

\* see reasons below

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MORDECHAI KOKA<br><br>Debtor | Case No.: 20-50469-SLJ<br><br>**ORDER AUTHORIZING EMPLOYMENT OF FARSAD LAW OFFICES AS SPECIAL COUNSEL**<br><br>CHAPTER 11<br><br>Date: None Set<br>Time: None Set<br>Court: None Set |

On the Application of Debtor to employ Farsad Law Offices as special counsel to represent debtor as a defendant in a criminal proceeding now pending in Santa Clara County Superior Court, no retainer having been requested,

IT IS ORDERED THAT Debtor is authorized to employ Farsad Law Office as special counsel for the purposes set forth in the application,

IT IS FURTHER ORDERED THAT Farsad law Offices shall make application to this court before receiving any compensation from the estate.

***END OF ORDER***

\* 1. The application seeks to employ Farsad Law Office under both sections 327(a) and (e). Application p. 1:22. These two subsections have different requirements for different purposes of employment. Debtor needs to clarify whether the employment is pursuant to section 327(a) OR section 327(e).

Continued on next page...

COURT SERVICE LIST

All electronic service.

2. Courts have generally held that criminal defense does not benefit the estate. See In re Kearney, 609 B.R. 383, 387-88 (Bankr. D.N.M. 2019)(listing cases). Debtor needs to provide legal and factual arguments that employment here benefits the estate.

3. Debtor shall file a reply addressing the aforementioned issues (and other issues raised in the objections as Debtor deems necessary). Debtor shall set this matter for hearing on at least 7 days notice AFTER he has filed his reply brief.

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95125
(408) 295-5595