**LAW OFFICES OF CRAIG V. WINSLOW**
CRAIG V. WINSLOW, Cal. Bar No. 73196
630 N. San Mateo Drive
San Mateo, California 94401
Telephone: (650) 347-5445
Facsimile: (650) 347-4411
Email: craig@cvwlaw.com

**MEYER LAW GROUP LLP**
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone: (415) 765-1588
Facsimile: (415) 762-5277
Email: brent@meyerllp.com

Attorneys for Creditors
DALE GARDNER and
MELISSA GARDNER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA,<br><br>Debtor in Possession. | BK Case No.: 20-50469-SLJ<br><br>Chapter 11<br><br>**SECOND SUPPLEMENTAL DECLARATION OF COUNSEL BRENT D. MEYER IN SUPPORT OF OBJECTION TO DESIGNATION UNDER SUB-CHAPTER V PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1020(B), AND IN THE ALTERNATIVE, MOTION TO: (1) REMOVE DEBTOR IN POSSESSION PURSUANT TO 11 U.S.C. § 1185; (2) CONVERT CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(B)**<br><br>Date: June 22, 2021<br>Time: 2:00 p.m.<br>Location: Telephonic / Videoconference<br>Judge: Hon. Stephen L. Johnson |

- 1 -

BK CASE NO. 20-50469-SLJ
SECOND SUPPLEMENTAL DECLARATION OF COUNSEL BRENT D. MEYER IN SUPPORT OF OBJECTION TO DESIGNATION UNDER SUB-CHAPTER V PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1020(B), AND IN THE ALTERNATIVE, MOTION TO: (1) REMOVE DEBTOR IN POSSESSION PURSUANT TO 11 U.S.C. § 1185; (2) CONVERT CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(B)

Case: 20-50469    Doc# 170    Filed: 06/20/21    Entered: 06/20/21 14:10:13    Page 1 of 13

I, Brent D. Meyer, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and I am admitted to practice in the above-referenced Court. I am an attorney in the law firm Meyer Law Group, LLP, counsel for creditors Dale Gardener and Melissa Gardner ("Creditors"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto, except with respect to those matters stated to be on information and belief, and as to those matters, I believe them to be true.

2. I make this second supplemental declaration in support of the *Objection to Designation Under Sub-Chapter V Pursuant to Federal Rule of Bankruptcy Procedure 1020(B), and in the Alternative, Motion to: (1) Remove Debtor in Possession Pursuant to 11 U.S.C. § 1185; (2) Convert Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(B)* (the "Objection") [Dkt. No. 143] filed in the above-captioned matter.

3. On June 18, 2021, and in response to requests from the Office of the United States Trustee and Sub-Chapter V Trustee Christopher Hayes at the original First Meeting of Creditors conducted on June 1, 2021, I personally received an email from attorney Lars Fuller, in which he provided certain requested documents, including statements from Bank of America, N.A. (Account No. x4321) for the period of November 2, 2020 to June 1, 2021, true and correct copies of which are attached hereto as **Exhibit A** (collectively, the "BofA Statements").

4. According to the BofA Statements, debtor Mordechai Koka ("Debtor") personally received funds from the California Educational Employment Department ("EDD") on account of unemployment benefits in the aggregate amount of $27,586.00 as follows:

| Statement Date | Amount |
|---|---|
| December 1, 2020 | $ 15,900.00 |
| January 1, 2021 | $ 2,100.00 |
| February 1, 2021 | $ 2,267.00 |
| March 1, 2021 | $ 0.00 |
| April 1, 2021 | $ 3,269.00 |
| May 1, 2021 | $ 2,700.00 |
| June 1, 2021 | $ 1,350.00 |
| **TOTAL** | **$ 27,586.00** |

BK CASE NO. 20-50469-SLJ

SECOND SUPPLEMENTAL DECLARATION OF COUNSEL BRENT D. MEYER IN SUPPORT OF OBJECTION TO DESIGNATION UNDER SUB-CHAPTER V PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1020(B), AND IN THE ALTERNATIVE, MOTION TO: (1) REMOVE DEBTOR IN POSSESSION PURSUANT TO 11 U.S.C. § 1185; (2) CONVERT CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(B)

Case: 20-50469    Doc# 170    Filed: 06/20/21    Entered: 06/20/21 14:10:13    Page 2 of 13

5. According to the BofA Statements, Debtor personally withdrew cash from the account at Bank of America, N.A. (Account No. x4321) in the aggregate amount of $26,980.00 as follows:

| Statement Date | Amount |
|---|---|
| December 1, 2020 | $ 8,000.00 |
| January 1, 2021 | $ 9,900.00 |
| February 1, 2021 | $ 1,360.00 |
| March 1, 2021 | $ 900.00 |
| April 1, 2021 | $ 2,800.00 |
| May 1, 2021 | $ 1,460.00 |
| June 1, 2021 | $ 2,560.00 |
| **TOTAL** | **$ 26,980.00** |

6. The Monthly Operating Reports filed by Debtor in the above-captioned matter for the period ending November 31, 2020 through and including April 30, 2021 <u>do not</u>: (a) identify the account at Bank of America, N.A. (Account No. x4231); (b) attach copies of any statements for the account at Bank of America, N.A. (Account No. x4231); (c) identify the income that Debtor received from EDD for unemployment benefits; (d) disclose the cash withdraws that Debtor personally received from the account at Bank of America, N.A. (Account No. x4231); and (e) identify or disclose the use of the cash that Debtor personally withdrew from the account at Bank of America, N.A. (Account No. x4231). <u>See</u> CM/ECF *generally*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 20th day of June, 2021 at Alamo, California.

By: /s/ BRENT D. MEYER
Brent D. Meyer

BK CASE NO. 20-50469-SLJ
- 3 -
SECOND SUPPLEMENTAL DECLARATION OF COUNSEL BRENT D. MEYER IN SUPPORT OF OBJECTION TO DESIGNATION UNDER SUB-CHAPTER V PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1020(B), AND IN THE ALTERNATIVE, MOTION TO: (1) REMOVE DEBTOR IN POSSESSION PURSUANT TO 11 U.S.C. § 1185; (2) CONVERT CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(B)

Case: 20-50469    Doc# 170    Filed: 06/20/21    Entered: 06/20/21 14:10:13    Page 3 of 13

# EXHIBIT A



# BANK OF AMERICA

Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

## Statement for December 01, 2020

**EDD Debit Card**

**Forward Service Requested**

MOTI KOKA
858 ACALANES RD
LAFAYETTE, CA 94549-3302

| | |
|---|---|
| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 4321 |
| Period Start Date: | 11/02/2020 |
| Period End Date: | 12/01/2020 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ 0.00 | $ 15,900.00 | $ -8,099.43 | $ 7,800.57 |

## Account Transaction Activity

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| CA EDD DEPOSIT CO.ENTDESC | 11/30/2020 | 463437586573 | ACH Load Credit | $ 300.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 11/30/2020 | 463437568152 | ACH Load Credit | $ 300.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 11/30/2020 | 463437484127 | ACH Load Credit | $ 300.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 11/30/2020 | 463437465393 | ACH Load Credit | $ 300.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 11/30/2020 | 463437448517 | ACH Load Credit | $ 900.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 11/30/2020 | 463437428048 | ACH Load Credit | $ 1,500.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 11/30/2020 | 463437410775 | ACH Load Credit | $ 300.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 11/30/2020 | 463437372864 | ACH Load Credit | $ 300.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 11/30/2020 | 463437353944 | ACH Load Credit | $ 300.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 11/30/2020 | 463437324814 | ACH Load Credit | $ 300.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 11/30/2020 | 463437287290 | ACH Load Credit | $ 1,500.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 11/30/2020 | 463437260866 | ACH Load Credit | $ 1,500.00 | |
| BANK OF AMERICA *SOUTH SHORE ALAMEDA, California United States of America | 11/23/2020 | 03287074 | ATM Cash Withdrawal | | $ -1,000.00 |
| BANK OF AMERICA *SOUTH SHORE ALAMEDA, California United States of America | 11/20/2020 | 03252428 | ATM Cash Withdrawal | | $ -1,000.00 |
| BANK OF AMERICA *ALAMEDA LANDING ALAMEDA, California United States of America | 11/16/2020 | 03212294 | ATM Cash Withdrawal | | $ -1,000.00 |
| BANK OF AMERICA *DANVILLE DANVILLE, California United States of America | 11/15/2020 | 03202883 | ATM Cash Withdrawal | | $ -1,000.00 |
| BANK OF AMERICA *LAFAYETTE LAFAYETTE, California United States of America | 11/14/2020 | 03191987 | ATM Cash Withdrawal | | $ -1,000.00 |
| PEET'S #28302 ALAMEDA, California 94501 United States of America | 11/14/2020 | 031922100828 | Purchase of Goods or Services | | $ -6.30 |
| FOODMAXX #481 CONCO CONCORD, California 94520 United States of America | 11/13/2020 | 031827710031 | Purchase of Goods or Services | | $ -93.13 |

Scanned with CamScanner

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| BANK OF AMERICA *SOUTH SHORE ALAMEDA, California United States of America | 11/13/2020 | 03183632 | ATM Cash Withdrawal | | $ -1,000.00 |
| BANK OF AMERICA *SOUTH SHORE ALAMEDA, California United States of America | 11/12/2020 | 03179911 | ATM Cash Withdrawal | | $ -1,000.00 |
| BANK OF AMERICA *SOUTH SHORE ALAMEDA, California United States of America | 11/11/2020 | 03169495 | ATM Cash Withdrawal | | $ -1,000.00 |
| CA EDD DEPOSIT CO.ENTDESC | 11/04/2020 | 290308505686 | ACH Load Credit | $ 1,500.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 11/04/2020 | 290308449758 | ACH Load Credit | $ 1,500.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 11/03/2020 | 124567496311 | ACH Load Credit | $ 1,500.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 11/03/2020 | 124567467347 | ACH Load Credit | $ 1,500.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 11/03/2020 | 124567449046 | ACH Load Credit | $ 1,500.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 11/03/2020 | 124567432726 | ACH Load Credit | $ 300.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 11/03/2020 | 124567409028 | ACH Load Credit | $ 300.00 | |
| | | | Totals | $ 15,900.00 | $ -8,099.43 |

## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $ 0.00 | $ 0.00 |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**CARDHOLDERS WHO DO NOT RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think in your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after the earlier of the date you electronically access your Account, if the error could be viewed in your electronic history, or the date we sent the FIRST written history on which the error appeared; but in any event you must report the error no more than 120 days after the transaction allegedly in error was credited or debited to your Account:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**eCommunications**

Scanned with CamScanner



# BANK OF AMERICA

Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

# Statement for January 01, 2021

**EDD Debit Card**

**Forward Service Requested**

MOTI KOKA
858 ACALANES RD
LAFAYETTE, CA 94549-3302

| | |
|---|---|
| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 4321 |
| Period Start Date: | 12/02/2020 |
| Period End Date: | 01/01/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ 7,800.57 | $ 2,100.00 | $ -9,900.00 | $ 0.57 |

## Account Transaction Activity

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| BANK OF AMERICA *MCCARTHY RANCH MILPITAS, California United States of America | 12/23/2020 | 03587192 | ATM Cash Withdrawal | | $ -300.00 |
| BANK OF AMERICA *ORINDA ORINDA, California United States of America | 12/22/2020 | 03571116 | ATM Cash Withdrawal | | $ -600.00 |
| CA EDD DEPOSIT CO.ENTDESC | 12/18/2020 | 095160682179 | ACH Load Credit | $ 300.00 | |
| BANK OF AMERICA *LAFAYETTE LAFAYETTE, California United States of America | 12/18/2020 | 03534439 | ATM Cash Withdrawal | | $ -1,000.00 |
| BANK OF AMERICA *SOUTH SAN FRANCISCO S SAN FRANCIS, California United States of America | 12/16/2020 | 03517628 | ATM Cash Withdrawal | | $ -1,000.00 |
| BANK OF AMERICA *PLEASANT HILL PLEASANT HILL, California United States of America | 12/15/2020 | 03502605 | ATM Cash Withdrawal | | $ -1,000.00 |
| BANK OF AMERICA *LAFAYETTE LAFAYETTE, California United States of America | 12/11/2020 | 03467687 | ATM Cash Withdrawal | | $ -1,000.00 |
| BANK OF AMERICA *LAFAYETTE LAFAYETTE, California United States of America | 12/10/2020 | 03453565 | ATM Cash Withdrawal | | $ -1,000.00 |
| BANK OF AMERICA *LAFAYETTE LAFAYETTE, California United States of America | 12/08/2020 | 03436941 | ATM Cash Withdrawal | | $ -1,000.00 |
| CA EDD DEPOSIT CO.ENTDESC | 12/07/2020 | 085813648509 | ACH Load Credit | $ 300.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 12/07/2020 | 085813631380 | ACH Load Credit | $ 300.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 12/07/2020 | 085813613146 | ACH Load Credit | $ 300.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 12/07/2020 | 085813596121 | ACH Load Credit | $ 300.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 12/07/2020 | 085813580451 | ACH Load Credit | $ 300.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 12/07/2020 | 085813558367 | ACH Load Credit | $ 300.00 | |
| BANK OF AMERICA *LAFAYETTE LAFAYETTE, California United States of America | 12/05/2020 | 03407265 | ATM Cash Withdrawal | | $ -1,000.00 |
| BANK OF AMERICA *PLEASANT HILL PLEASANT HILL, California United States of America | 12/03/2020 | 03384869 | ATM Cash Withdrawal | | $ -1,000.00 |

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| BANK OF AMERICA *LAFAYETTE LAFAYETTE, California United States of America | 12/02/2020 | 03376545 | ATM Cash Withdrawal | | $ -1,000.00 |
| | | | Totals | $ 2,100.00 | $ -9,900.00 |

## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $ 0.00 | $ 0.00 |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**CARDHOLDERS WHO DO NOT RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think in your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after the earlier of the date you electronically access your Account, if the error could be viewed in your electronic history, or the date we sent the FIRST written history on which the error appeared; but in any event you must report the error no more than 120 days after the transaction allegedly in error was credited or debited to your Account:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**eCommunications**
You may request that rather than receiving your monthly Account statement or notices by mail, you can review them on this website. Monthly Account statements posted to this website will be available for at least 12 months.

You can withdraw this request to not receive your monthly Account statement or notices by mail by calling us at (866) 692-9374. You may also obtain copies of your statements by calling us at (866) 692-9374. A fee may apply for copies.

Scanned with CamScanner


**BANK OF AMERICA**

Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

## Statement for February 01, 2021

**EDD Debit Card**

**Forward Service Requested**

MOTI KOKA
858 ACALANES RD
LAFAYETTE, CA 94549-3302

| Customer Service: | 866-692-9374 |
| --- | --- |
| Card Number: | **** **** **** 4321 |
| Period Start Date: | 01/02/2021 |
| Period End Date: | 02/01/2021 |

### Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
| --- | --- | --- | --- |
| $ 0.57 | $ 2,267.00 | $ -1,360.00 | $ 907.57 |

### Account Transaction Activity

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
| --- | --- | --- | --- | --- | --- |
| CA EDD DEPOSIT CO.ENTDESC | 01/29/2021 | 719619328640 | ACH Load Credit | $ 900.00 | |
| BANK OF AMERICA *LAFAYETTE LAFAYETTE, California United States of America | 01/26/2021 | 10268864 | ATM Cash Withdrawal | | $ -360.00 |
| BANK OF AMERICA *CONCORD MAIN CONCORD, California United States of America | 01/21/2021 | 10215488 | ATM Cash Withdrawal | | $ -1,000.00 |
| CA EDD DEPOSIT CO.ENTDESC | 01/20/2021 | 863767621788 | ACH Load Credit | $ 450.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 01/20/2021 | 863767590476 | ACH Load Credit | $ 617.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 01/04/2021 | 562686274843 | ACH Load Credit | $ 300.00 | |
| | | | Totals | $ 2,267.00 | $ -1,360.00 |

### Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
| --- | --- |
| $ 0.00 | $ 0.00 |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account



**Bank Of America, N. A.**
101 South Tryon Street
Charlotte, North Carolina 28255

# Statement for March 01, 2021

**EDD Debit Card**

**Forward Service Requested**

MOTI KOKA
858 ACALANES RD
LAFAYETTE, CA 94549-3302

| Customer Service: | 866-692-9374 |
| --- | --- |
| Card Number: | **** **** **** 4321 |
| Period Start Date: | 02/02/2021 |
| Period End Date: | 03/01/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
| --- | --- | --- | --- |
| $ 907.57 | $ 0.00 | $ -900.00 | $ 7.57 |

## Account Transaction Activity

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
| --- | --- | --- | --- | --- | --- |
| BANK OF AMERICA *ALAMEDA LANDING ALAMEDA, California United States of America | 02/26/2021 | 10574838 | ATM Cash Withdrawal | | $ -300.00 |
| BANK OF AMERICA *SOUTH SHORE ALAMEDA, California United States of America | 02/02/2021 | 10339407 | ATM Cash Withdrawal | | $ -600.00 |
| | | | Totals | $ 0.00 | $ -900.00 |

## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
| --- | --- |
| $ 0.00 | $ 0.00 |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**CARDHOLDERS WHO DO NOT RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Scanned with CamScanner


**BANK OF AMERICA**

Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

# Statement for April 01, 2021

**EDD Debit Card**

**Forward Service Requested**

MOTI KOKA
858 ACALANES RD
LAFAYETTE, CA 94549-3302

| Customer Service: | 866-692-9374 |
| --- | --- |
| Card Number: | **** **** **** 4321 |
| Period Start Date: | 03/02/2021 |
| Period End Date: | 04/01/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
| --- | --- | --- | --- |
| $ 7.57 | $ 3,269.00 | $ -2,800.00 | $ 476.57 |

## Account Transaction Activity

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
| --- | --- | --- | --- | --- | --- |
| CA EDD DEPOSIT CO.ENTDESC | 03/29/2021 | 739393960928 | ACH Load Credit | $ 467.00 | |
| BANK OF AMERICA *LAFAYETTE LAFAYETTE, California United States of America | 03/17/2021 | 10769194 | ATM Cash Withdrawal | | $ -800.00 |
| BANK OF AMERICA *ORINDA ORINDA, California United States of America | 03/11/2021 | 10704506 | ATM Cash Withdrawal | | $ -1,000.00 |
| BANK OF AMERICA *LAFAYETTE LAFAYETTE, California United States of America | 03/10/2021 | 10697912 | ATM Cash Withdrawal | | $ -1,000.00 |
| CA EDD DEPOSIT CO.ENTDESC | 03/09/2021 | 091005596041 | ACH Load Credit | $ 934.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 03/09/2021 | 015909409940 | ACH Load Credit | $ 934.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 03/09/2021 | 015909386338 | ACH Load Credit | $ 934.00 | |
| | | | Totals | $ 3,269.00 | $ -2,800.00 |

## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
| --- | --- |
| $ 0.00 | $ 0.00 |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more

Scanned with CamScanner



**BANK OF AMERICA**

Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

## Statement for May 01, 2021

**EDD Debit Card**

**Forward Service Requested**

MOTI KOKA
858 ACALANES RD
LAFAYETTE, CA 94549-3302

| Customer Service: | 866-692-9374 |
| --- | --- |
| Card Number: | **** **** **** 4321 |
| Period Start Date: | 04/02/2021 |
| Period End Date: | 05/01/2021 |

### Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
| --- | --- | --- | --- |
| $ 476.57 | $ 2,700.00 | $ -1,460.00 | $ 1,716.57 |

### Account Transaction Activity

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
| --- | --- | --- | --- | --- | --- |
| BANK OF AMERICA *SOUTH SHORE ALAMEDA, California United States of America | 05/01/2021 | 11219574 | ATM Cash Withdrawal | | $ -1,000.00 |
| CA EDD DEPOSIT CO.ENTDESC | 04/27/2021 | 323347704399 | ACH Load Credit | $ 450.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 04/26/2021 | 239930734247 | ACH Load Credit | $ 900.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 04/26/2021 | 160024183751 | ACH Load Credit | $ 450.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 04/26/2021 | 160024149039 | ACH Load Credit | $ 900.00 | |
| BANK OF AMERICA *LAFAYETTE LAFAYETTE, California United States of America | 04/02/2021 | 10926277 | ATM Cash Withdrawal | | $ -460.00 |
| | | | Totals | $ 2,700.00 | $ -1,460.00 |

### Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
| --- | --- |
| $ 0.00 | $ 0.00 |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account

Scanned with CamScanner



**BANK OF AMERICA**

Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

## Statement for June 01, 2021

EDD Debit Card

**Forward Service Requested**

MOTI KOKA
858 ACALANES RD
LAFAYETTE, CA 94549-3302

| | |
|---|---|
| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 4321 |
| Period Start Date: | 05/02/2021 |
| Period End Date: | 06/01/2021 |

### Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ 1,716.57 | $ 1,350.00 | $ -2,560.00 | $ 506.57 |

### Account Transaction Activity

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| CA EDD DEPOSIT CO.ENTDESC | 05/18/2021 | 137206920119 | ACH Load Credit | $ 450.00 | |
| BANK OF AMERICA *LAFAYETTE LAFAYETTE, California United States of America | 05/17/2021 | 11378631 | ATM Cash Withdrawal | | $ -400.00 |
| CA EDD DEPOSIT CO.ENTDESC | 05/10/2021 | 449423883819 | ACH Load Credit | $ 450.00 | |
| BANK OF AMERICA *LAFAYETTE LAFAYETTE, California United States of America | 05/09/2021 | 11296647 | ATM Cash Withdrawal | | $ -160.00 |
| BANK OF AMERICA *LAFAYETTE LAFAYETTE, California United States of America | 05/07/2021 | 11274295 | ATM Cash Withdrawal | | $ -1,000.00 |
| CA EDD DEPOSIT CO.ENTDESC | 05/04/2021 | 927744850060 | ACH Load Credit | $ 450.00 | |
| BANK OF AMERICA *CONCORD MAIN CONCORD, California United States of America | 05/04/2021 | 11245770 | ATM Cash Withdrawal | | $ -1,000.00 |
| | | | Totals | $ 1,350.00 | $ -2,560.00 |

### Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $ 0.00 | $ 0.00 |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more

Scanned with CamScanner