LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA<br><br>Debtor | CASE NO.: 20-50469-SLJ<br><br>**SUPPLEMENTAL DECLARATION OF DEBTOR RE DEBT LIMITS**<br><br>CHAPTER 11<br>[Subchapter V]<br><br>Date: June 22, 2021<br>Time: 2:00 PM<br>Ctrm.: Telephonic or Video Only***<br>Judge: Honorable Stephen Johnson |

I Mordechai Koka, declare and say:

1. I am the debtor herein.

2. The Gardner's objected to the motion to transfer funds to The Fuller Law Firm, P.C. as a retainer in part, on the basis that the proceeds of the sale of my Napa Property being held

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95125
(408) 295-5595

in the Farsad Law Offices, P.C.'s IOLTA account, emanated from "stolen funds" from the customers.

3. In my declaration in response to this assertion, I traced the down payment to my own funds, to $121,018,74 from Miguel Trujillo and a wire in the amount of $124,794 from Rahe Haviv, my cousin's daughter living in Israel.

4. Miguel is a long-time friend that I helped years ago.

5. There are no written notes.

6. Both Miguel and Rahe told me and I understood our agreement to be that if I can pay them back, they will take it but if I am unable, I do not need to worry about it. This is consistent with interfamily financial assistance in my culture.

7. On that basis, I did not schedule the obligations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

June 21, 2021                            /s/ Mordechai Koka_____

2
Supplemental Declaration of Debtor re Debt limits