LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
joyce@fullerlawfirm.net

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA<br><br><br>Debtor | CASE NO. 20-50469-SLJ<br><br>**NOTICE OF HEARING ON DEBTOR'S MOTION FOR ORDER AUTHORIZING DEBTOR TO ENCUMBER REAL PROPERTY**<br><br>Chapter 11<br>[Subchapter V]<br><br>Date:　August 17, 2021<br>Time:　2:00 PM<br>Court:　Telephone or Video Only*** |

TO THE U.S. TRUSTEE, AND ALL CREDITORS:

　　NOTICE IS HEREBY GIVEN that on August 17, 2021, at 2:00 PM before the Honorable Stephen Johnson, Debtor Mordechai Koka will and hereby does move the Court for an order authorizing him to encumber real property commonly known as 858 Acalanes Rd. Lafayette, CA (hereinafter "Property") in the amount of not more than $550,000 with the proceeds of refinance used to cure pre-petition and post-petition arrears to the existing senior lender. This motion is based on this Notice of Hearing on Motion for Order Authorizing Debtor to Encumber Real Property, and the Declaration of Debtor filed in support of the Motion and the entire court file in this case.

Notice of Hearing on Debtor's Motion for Order Authorizing Debtor to Encumber Real Property

If you oppose the motion, you should file a written opposition with the Court. A copy of the opposition should be served upon Debtor and Debtor's counsel. You should also appear at the hearing. Failure to file an opposition or appear at the hearing may result in the motion being granted.

This motion is brought pursuant to BLR 9014-1(b)(2). Your opposition to the motion, if any, should be filed at least 7 days prior to the scheduled hearing date.

PLEASE TAKE FURTHER NOTICE that notwithstanding the location of the hearing set forth above, Paragraph 9 of General Order 38 (Sixth Amended) provides that "[u]nless otherwise ordered by the presiding judge, all notices of any motion or application filed with the court and served on any party which sets a hearing date for the motion or application must state that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video, and include the following language:

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website

DATED: June 21, 2021          THE FULLER LAW FIRM, P.C.


                              By:  /s/ *Lars T. Fuller*
                                   LARS T. FULLER
                                   Attorney for Debtor

Notice of Hearing on Debtor's Motion for Order Authorizing Debtor to Encumber Real Property