LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, PC
60 North Keeble Avenue
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA<br><br>Debtor | CASE NO.: 20-50469-SLJ<br><br>**NOTICE OF DEBTOR'S CHANGE OF ADDRESS**<br><br>CHAPTER 13 |

**PLEASE TAKE NOTICE** that Debtor, MORDECHAI KOKA, has changed his address. The new address is:

**858 Acalanes Rd.**

**Lafayette, CA 94549**

DATED: June 22, 2021        THE FULLER LAW FIRM, PC


By:  /s/ *Lars T. Fuller*
       LARS T. FULLER
       Attorneys for Debtor

Notice of Debtor's Change of Address