LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
Lars@fullerlawfirm.net

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA<br><br><br>Debtor | CASE NO. 20-50469-SLJ<br><br>**MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY ON 1702 PARU STREET, ALAMEDA, CA**<br><br>Chapter 11<br>[Subchapter V]<br><br>Date:   Aug. 3, 2021<br>Time:  2:00 PM<br>Court:  Telephone or Video Only*** |

COMES NOW Debtor Mordechai Koka by and through The Fuller Law Firm, P.C. his attorneys of record and respectfully requests that the Court authorize Debtor to sell his real property at 1702 Paru St., Alameda, CA ("Alameda Property" hereinafter) as follows:

### I.     Background

Procedural Background

1.     Debtor, represented by Farsad Law Office, P.C. filed the herein case on March 10, 2020 to stay the foreclosure sale of his Lafayette home.

FULLER LAW FIRM, P.C.
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

2. The Fuller Law Firm, P.C. substituted into this case on April 20, 2021.

3. Debtor had incurred business debt relating to his business operating rental properties, as a contractor as well as personal debt.

4. On June 6, 2020 Mr. and Mrs. Gardner commenced an adversary complaint as Case No. 20-05030 asserting that Debtor owed them $1,335,810.91 and seeking an order that the debt is non-dischargeable.

5. The parties proceeded to BDRP and entered into a settlement agreement which provided, among other things, that if the sum of $450,000 is paid on or before April 15, 2020 (sic), the Gardner proof of claim would be reduced to $450,000, else the claim would stand as filed. The issue of non-dischargeability was not addressed and remains unresolved.

6. Debtor in fact sold the Napa property with the proceeds of sale being held in the Farsad Law Office, P.C. attorney client trust account, subject to various withdrawals per order from this Court.

7. Though Debtor listed his Alameda property, because it did not timely sell, Debtor was unable to generate the $450,000 pursuant to the terms of the settlement agreement.

8. On April 16, 2021, the Gardner's filed a creditor plan.

9. Debtor contends that this is a small business case that qualifies under Subchapter V. On May 3, 2021 Debtor filed an amended petition and a Notice of re-designation of case as a Subchapter V case. The re-designation is being contested by creditors.

10. Debtor now has an offer on The Alameda Property.

Debtor's Plan Summary

11. On May 12, 2021 Debtor filed his Subchapter V Plan. It provides in pertinent part:

    a. Debtor sell his real property at 1702 Paru St. Alameda

Motion for Order Authorizing Sale of Real Property on 1702 Paru Street, Alameda, CA

b. Debtor refinance his residence at 858 Acalanes Rd. Lafayette CA (Lafayette Residence) by placing a private money second loan on the Property using the proceeds to cure the arrears on the existing 1st loan to Mr. Cooper.

c. Debtor fund the plan from projected employment of $10,000/month[1], rental income from the ADUs on the Lafayette Property of $3,500/month and, to the extent necessary family assistance of $2,000/month.

The Property

12. Debtor is the owner of property at 1702 Paru St. Alameda, CA. The Property is a Victorian style multi-family property built in 1923. It consists of 13 bedrooms and 5 bathrooms in a total of 5,033 square feet on a 6,011 square foot lot.

13. With approval from this Court, Debtor employed Premier Agent Network ("Premier") as broker to market and sell the Alameda Property.

14. Premier listed the Property on March 11, 2021 for $2,075,000. The price was reduced on March 27, 2021 to $1,975,000 and on April 13, 2021 to $1,899,000.

15. Debtor's real estate agent opines that The Alameda Property was not quick to sell for the following reasons:

(1) Before June 15, 2021, the upstairs tenants became belligerent when the property was shown screaming at prospective purchasers;

(2) The Alameda Property does not present well compared to comparable properties (albeit smaller) in pristine condition;

(3) listing was delayed because of minor deferred maintenance;

---

[1] In fact, debtor secured employment commencing in late June 2021 of $15,000/month

Motion for Order Authorizing Sale of Real Property on 1702 Paru Street, Alameda, CA

(4) The fair market rents are $12,700/month but the contract rents are about $7,645/month presenting a low capitalization rate;

(5) With Covid 19, it was difficult to evict tenants.

(6) Alameda has rent control allowing rents to only be increased 10% per annum;

(7) Over 1.5 million is a high price point for rental properties;

16. Premier procured White Alder Asset Group, LLC that offered to purchase the Alameda Property for $1,650,000, subject to inspections. The offer provides for a $15,000 deposit with alternative financing on closing. From California Secretary of State records, White Alder Asset Group, LLC was formed on Jan. 14, 2019 and is in good standing. A copy of the offer is attached as Exhibit 1.

17. The Alameda Property remains open for backup offers.

18. Premier Properties opines that given all the factors enumerated above, the offer is fair but not great. Given time, Premier Properties opines that the Alameda Property could sell for $50,000-$100,000 more. This is especially true if the tenant in the middle unit were to vacate allowing the unit to be available to re-rent at fair market value.

19  As customary in Alameda County and per the purchase offer, the Buyer is to pay the escrow and title charges. However, the Seller pays for county and city transfer taxes estimated as follows:

   CountyTransfer Taxes       743
   City Transfer taxes        19,800

20. The listing agreement approved by this Court provides for 6% in commissions or $99,000.

FULLER LAW FIRM, P.C.
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

21. Other closing costs are not yet known but estimated at $3,000. Once these are ascertained from the escrow holder, these will be set forth in a declaration in support of this motion.

22. The Alameda Property is encumbered by a first deed of trust in favor of Deutsche Bank in the amount of $824,544 and a 2nd deed of trust in favor of Citibank in the amount of $150,000.

23. The estimated proceeds of sale, before any property taxes that may have come due, are:

| | | |
|---|---:|---:|
| Sales Price | | $1,650,000 |
| Encumbrances | | 974,544 |
| Closing costs | | |
|    Commissions | 99,000 | |
|    Transfer taxes | 20,543 | |
|    Misc. closing costs | 3,000 | |
| | | 122,543 |
| Estimated Proceeds | | $ 552,913 |

WHEREFORE, Debtor prays for an order: (1) authorizing debtor to sell the Alameda Property to White Alder Asset Group, LLC for $1,650,000 unless a higher and better offer is obtained before the hearing date; (2) to allow ordinary closing costs, including commissions, as set forth above and in any declarations to be filed in support of this motion; (3) for such other and further relief as is just.

DATED: June 22, 2021               THE FULLER LAW FIRM, P.C.

                         By:  /s/ *Lars T. Fuller*
                               LARS T. FULLER
                               Attorney for Debtor