Is this transcript for an appeal?
If yes, an Expedited transcript is required. ☐ Yes ☐ No

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
## TRANSCRIPT ORDER FORM

**Name of Debtor (Case Name):** Mordechai Koka

**Chapter:** 11

**Case Number:** 20-50469 SLJ

**Adversary Proceeding Name:**

vs. Plaintiff(s),

Defendant(s).

**Adversary Proceeding Number:**
(or Miscellaneous Proceeding Number)

**Date of Hearing:** 6/22/2021

**Time of Hearing:** 2:00 pm

(Complete a SEPARATE form for EACH hearing date)

**Hearing Judge:** Johnson

**Hearing Location:**

**Transcriber:** Josephine McCall Court Transcribing

**Alternate Transcriber:** Janice Russell Transcripts

**Type of Transcript:**
- ☐ Ordinary (30 Days)
- ☒ Entire Hearing
- ☐ Ruling/Opinion Portion Only
- ☑ 14 Days
- ☐ Testimony of Witness
- ☐ Expedited (7 Days)
- ☐ Other/Special Instructions: Name of Witness
- ☐ Daily (24 Hours)

Objection to Subchapter V Designation

**Name of Person(s) Ordering Transcript:** Jared Day, Trial Attorney

**Contact Person:** Ianthe del Rosario

**Phone Number:** (415) 705-3309

**Mailing Address (include law firm name, if any):**
Office of the U.S. Trustee
450 Golden Gate Avenue, Room 05-0153
San Francisco, CA 94102

**Email Address:** ianthe.v.rosario@usdoj.gov

---

### THIS SECTION FOR COURT USE ONLY

**Transcript Order Number:** _____

**Transcription Information Sent to Transcriber By:** ☐ TDS ☐ Other: _____

Time Start: _____ Time End: _____ Time Start: _____ Time End: _____

Time Start: _____ Time End: _____ Time Start: _____ Time End: _____

ECRO: _____ Court Division: _____ Processed By: _____

---

This Form is mandatory and approved for use by the U.S. Bankruptcy Court for the Northern District of California. If the transcript you want is already ordered or on file, contact the transcriber to obtain a copy. Do not use this Form to order a §341 Meeting of Creditors recording. To order a Meeting of Creditors recording visit the U.S. Trustee website.

3/2019

Case: 20-50469    Doc# 178    Filed: 06/23/21    Entered: 06/23/21 13:10:41    Page 1 of 1