

The following constitutes the order of the Court.
Signed: June 23, 2021

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No.: 20-50469 SLJ |
| | Chapter 11 |
| MORDECHAI KOKA, | |
| Debtor. | Date: June 22, 2021 |
| | Time: 2:00 p.m. |
| | Ctrm: 9 (remote) |

**ORDER SUSTAINING OBJECTION TO DESIGNATION UNDER SUBCHAPTER V AND SETTING BRIEFING SCHEDULE**

The Objection to Designation under Subchapter V ("Objection"), filed by Dale and Melissa Gardner and joined by Jeff and Amalia Hanna, came on for hearing at the above-referenced date and time. Appearances were noted on the record. For reasons stated on the record,

IT IS HEREBY ORDERED as follows:

1. The Objection is SUSTAINED and Debtor may not proceed under Subchapter V.

2. This case is re-designated as a traditional Chapter 11 case.

3. The amended petition filed on May 3, 2021 (DKT 121) is STRICKEN.

4. Christopher Hayes, the Subchapter V Trustee, is relieved from any further duties, except for any remaining administrative acts as required by the United States Trustee.

5. The request by Jeff and Amalia Hanna in the joinder that a chapter 11 trustee be appointed is DENIED without prejudice.

6. Debtor expressed the intention to file a motion to dismiss or convert. That motion shall be filed by July 7, 2021, and notice the matter for hearing on August 3, 2021, at 2:00 p.m. To the extent creditors request an appointment of a chapter 11 trustee, they may file a motion using the same schedule and hearing date.

7. If there is no motion by either Debtor or creditors to dismiss, convert, or appoint a chapter 11 trustee by July 7, 2021, the court will issue its own order to show cause for August 3, 2021.

*** END OF ORDER***

**COURT SERVICE LIST**

ECF Notifications

ORDER SUSTAINING OBJECTION TO SUBCHAPTER V ELECTION
AND SETTING BRIEFING SCHEDULE

-3-