LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA<br><br>Debtor | CASE NO.: 20-50469-SLJ<br><br>**JOINT EX-PARTE APPLICATION EXTENDING BRIEFING SCHEDULE**<br><br>CHAPTER 11<br>(Subchapter V)<br><br>Date:<br>Time:<br>Ctrm.:   Telephonic or Video Only*** |

Come now Debtor Mordechai Koka ("Debtor") by and through The Fuller Law Firm, P.C. and Dale and Melissa Gardner (the "Gardners"), by and through Meyer Law Group, LLP and jointly request that the briefing schedule set forth in this Court's Order filed on June 23, 2021 as Docket No. 179 be modified as follows:

1
Joint Ex-parte Application Extending Briefing Schedule

## Background

1. Debtor, represented by Farsad Law Office, P.C. filed the herein case on March 10, 2020 to stay the non-judicial foreclosure sale of his real property at 858 Acalanes Rd. Lafayette, CA.

2. On April 16, 2021, the Gardners filed a creditor plan.

3. On April 20, 2021, The Fuller Law Firm, P.C. substituted in to represent Debtor.

4. On May 3, 2021, Debtor filed an amended petition re-designating the herein case to a case under Subchapter V.

5. On May 7, 2021, this Court entered an order approving the employment of The Fuller Law Firm, P.C.

6. On May 13, 2021, Debtor filed his Subchapter V plan.

7. On May 25, 2021, the Gardners filed: (i) an objection to designation under Subchapter V, and in the alternative, a motion to remove Debtor in Possession or to convert the case to a Chapter 7; and (ii) an objection to debtor's claim of homestead exemption (collectively, the "Objections").

9. On June 22, 2021, the Court held a hearing on the Objections.

10. On June 23, 2021, the Court issued an order sustaining the Gardners' objection to re-designate the case as a traditional Chapter 11 case, directing Debtor to file a motion to dismiss or convert by July 7, 2021, and for creditors to file any request for an appointment of a Chapter 11 trustee by the same date.

## Agreement

11. Counsel for the Gardners and counsel for Debtor have extended olive branches, have negotiated, in concept, a potential joint Chapter 11 Plan that gives Debtor an opportunity to

2
Joint Ex-parte Application Extending Briefing Schedule

retain his residence while paying the Gardners at least as much as they would receive in liquidation and minimizes future administrative costs to the estate for the benefit of all creditors.

12. However, more time is needed to run calculations, confirm feasibility, and draft a joint combined Chapter 11 Plan.

WHEREFORE, the parties respectfully request that the order entered on June 23, 2021 vacate the deadlines imposed in Paragraphs 6 and 7, directs Debtor and the Gardners to file a joint Combined Plan and Disclosure Statement on or before July 23, 2021, if no joint Combined Plan is filed, set July 30, 2021 as the deadline to file any motion to convert or have a trustee appointed, or an Order to Show Cause to be heard on August 3, 2021, and unless the disclosure statement aspects of a Joint Combined Plan has been set for hearing, set a status conference on August 3, 2021, or such other date as is convenient to the Court.

Respectfully submitted,

DATED: June 29, 2021   THE FULLER LAW FIRM, PC

By: /s/ Lars T. Fuller_____
LARS T. FULLER
Attorney for Debtor Mordechai Koka

DATED: June 29, 2021   MEYER LAW GROUP LLP

By: /s/ Brent D. Meyer_____
BRENT D. MEYER
Attorneys for Crediors Dale Gardner
and Melissa Gardner