# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–5 | User: admin | Date Created: 7/5/2021 |
| Case: 20–50469 | Form ID: TRANSC | Total: 5 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| aty | Brent D. Meyer | brent@meyerllp.com |
| aty | Lars T. Fuller | Fullerlawfirmecf@aol.com |
| aty | Selwyn D. Whitehead | selwynwhitehead@yahoo.com |
| aty | Selwyn D. Whitehead | selwynwhitehead@yahoo.com |

TOTAL: 5