

**Entered on Docket**
**July 06, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**The following constitutes the order of the Court.**
**Signed: July 6, 2021**

Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
for the Northern District of California

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA,<br><br>Debtor. | Case No.: 20-50469 SLJ<br><br>Chapter 11 |

**ORDER GRANTING IN PART AND DENYING IN PART JOINT EX PARTE APPLICATION EXTENDING BRIEFING SCHEDULE**

On June 23, 2021, the court entered an order that, *inter alia,* set a deadline of July 7, 2021, for the filing of a motion to dismiss, convert, and/or appoint a chapter 11 trustee, for hearing on August 3, 2021, and further provided that the court may issue an order to show cause if no such motion is filed. Debtor and Dale and Melissa Gardner filed a Joint Ex Parte Application Extending Briefing Schedule ("Application"), indicating that Debtor and the Gardners may file a joint reorganization plan and requesting the court to (1) vacate the deadline of July 7, 2021, (2) set a deadline of July 23, 2021, for the filing of a joint plan, (3) if no joint plan is timely filed, set a deadline of July 30, 2021, for the filing of a motion or order to show cause to dismiss, convert, and/or appoint a chapter 11 trustee for hearing on August 3, 2021,

and (4) if a joint plan is timely filed, set a status conference on August 3, 2021. Creditors Jeff and Amalia Hanna filed an opposition to the Application.[1]

Nothing in the Bankruptcy Code or Rules prevents Debtor from filing a joint reorganization with a creditor in this case. To the extent Debtor requests the court to approve a self-imposed deadline of July 23, 2021 to file such a plan and the Gardners agree to an extension of the deadline to file a motion, the request is granted.

However, the remaining relief requested in the Application is denied. The relief essentially imposes a bar on all parties from filing a motion to dismiss, convert, and/or appoint a chapter 11 trustee so long as Debtor and the Gardners file a joint plan by July 23, 2021, regardless of the cause(s) for such a motion. An agreement between Debtor and the Gardners does not bind other parties and cannot restrict their rights.

As the court explained at the hearing on June 22, 2021, in setting the briefing schedule, the Gardners have made substantial and serious allegations that Debtor has violated provisions of the Bankruptcy Code and is unfit to be a debtor-in-possession. Whether Debtor has the ability to propose and confirm a plan is wholly different and distinct from these allegations which may constitute cause(s) to dismiss or convert this case under § 1112(b)(4) or to appoint a chapter 11 trustee under § 1104(a).

Lastly, the schedule proposed in the Application simply does not work. If no joint plan is filed, Debtor and the Gardners proposed a deadline of July 30, 2021, to file a motion or order to show cause, for hearing on August 3, 2021, which is only one business day of notice.[2] Even if Debtor does not intend to oppose such a motion, other parties in interest must be given sufficient notice and an opportunity to file a written response.

For the foregoing reasons,

---

[1] The Hannas argued that the court already decided that Debtor acted in bad faith under § 1129(a)(3) and therefore the law of the case doctrine precludes Debtor from proposing a plan. To be clear, the court concluded that Debtor *made the Subchapter V election* in bad faith. The court makes no determination regarding Hannas' argument as it is not necessary for the disposition of the Application.

[2] July 31 is a Saturday and August 1 is a Sunday.



UNITED STATES BANKRUPTCY COURT
for the Northern District of California

Case: 20-50469 Doc# 189 Filed: 07/06/21 Entered: 07/06/21 16:21:39 Page 2 of 4

IT IS HEREBY ORDERED as follows:

1. The Application is GRANTED in part and DENIED in part.
2. The request to set a deadline of July 23, 2021, for Debtor and the Gardners to file a joint reorganization plan is GRANTED.
3. The request to extend the deadline to July 30, 2021, to file a motion to dismiss, convert, and/or appoint a chapter 11 trustee is GRANTED as to the Gardners only but is DENIED as to all other creditors and parties in interest. If such a motion is filed by the Gardners, they may set it on regular notice on an appropriate calendar.
4. All other relief requested in the Application is DENIED.

*** END OF ORDER***

UNITED STATES BANKRUPTCY COURT
for the Northern District of California

**COURT SERVICE LIST**

ECF Notifications

ORDER GRANTING IN PART AND DENYING IN PART APPLICATION TO EXTEND BRIEFING SCHEDULE

-4-

Case: 20-50469 Doc# 189 Filed: 07/06/21 Entered: 07/06/21 16:21:39 Page 4 of 4