SELWYN D. WHITEHEAD, ESQ. (CSB No. 236391)
**LAW OFFICES OF SELWYN D. WHITEHEAD**
4650 Scotia Avenue
Oakland, CA 94605
Tel: (510) 632-7444
Fax: (510) 856-5180
Email: selwynwhitehead@yahoo.com

JULYN M. PARK (CSB No. 213429)
DEIRDRE M. DIGRANDE (CSB No. 199766)
**LOCKHART PARK, LLP**
4655 Old Ironsides Drive, Suite 250
Santa Clara, CA 95054-1854
Tel: (408) 416-2929
Fax: (855) 368-1020
Email: jpark@lockhartpark.com
ddigrande@lockhartpark.com

Attorneys for Creditors
JEFF HANNA and AMALIA HANNA

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re: | Bk. Case No. 20-50469-SLJ |
| MORDECHAI KOKA, | Chapter 11 |
| Debtor. | **NOTICE OF HEARING ON THE MOTION OF CREDITORS JEFF AND AMALIA HANNA FOR APPOINTMENT OF A LIQUIDATING CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. § 1104(a) AND FRBP 2007.1(a) AND 9014; CERTIFICATE OF SERVICE** |
| | **HEARING:**<br>Date: August 3, 2021<br>Time: 2:00 p.m.<br>Location: Videoconference/Teleconference<br>Judge: The Hon. Stephen L. Johnson |

**TO THE HONORABLE STEPHEN L. JOHNSON, JUDGE OF THE UNITED STATES BANKRUPTCY COURT DEBTOR MORDECHAI KOKA, HIS COUNSEL, AND ALL PARTIES IN INTEREST AND THEIR COUNSEL OF RECORD:**

-1-

NOTICE OF HEARING ON THE MOTION OF CREDITORS JEFF AND AMALIA HANNA FOR APPOINTMENT OF LIQUIDATING CHAPTER 11 TRUSTEE; CERTIFICATE OF SERVICE
KOKA/CASE NO.: 20-50469

Case: 20-50469  Doc# 191  Filed: 07/08/21  Entered: 07/08/21 17:44:26  Page 1 of 4

Creditors Jeff Hanna and Amalia Hanna ("the Hannas"), by and through their counsel of record, hereby move the Court for the appointment of a liquidating Chapter 11 trustee pursuant to 11 U.S.C. § 1104(a) and Rules 2007.1(a) and 9014 of the Federal Rules of Bankruptcy Procedure. Cause exists for, and the interests of creditors would be served by, such an appointment for the reasons set forth below

**PLEASE TAKE NOTICE** that on August 3, 2021 at the hour of 2:00 P.M. or as soon thereafter as they may be heard, creditors **JEFF AND AMALIA HANNA** (hereinafter, "**The Hannas**" or "the **Creditors**") through their counsel of record **via Tele/Videoconference** shall appear before the Honorable Stephen L. Johnson, Bankruptcy Judge, for the United States Bankruptcy Court for the Northern District of California, San Jose Division, or before any other bankruptcy judge who may be sitting in his place and stead and shall then and there move the Court for the appointment of a liquidating Chapter 11 trustee to act as the fiduciary of the Bankruptcy Estate of debtor Mordechai Koka (hereinafter, "the **Debtor**") pursuant to 11 U.S.C. § 1104(a) and Rules 2007.1(a) and 9014 of the Federal Rules of Bankruptcy Procedure a copy of which was filed with this court and severed upon all Interested Parties on July 7, 2021 as Dkt. No. 190;

**AT WHICH TIME AND PLACE YOU MAY APPEAR AS YOU SEE FIT**

**PLESAE TAKE FURTHER NOTICE** that notwithstanding the location of the hearing set forth above, Paragraph 9 of General Order 38 (Sixth Amended) provides that "[u]nless otherwise ordered by the presiding judge, all notices of any motion or application filed with the court and served on any party which sets a hearing date for the motion or application must state that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video, and include the following language: 'All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.'" See https://www.canb.uscourts.gov/sites/default/files/generalorders/SixthAmendedGO38 March521corrected.pdf.

///

-2-

NOTICE OF HEARING ON THE MOTION OF CREDITORS JEFF AND AMALIA HANNA FOR APPOINTMENT OF LIQUIDATING CHAPTER 11 TRUSTEE; CERTIFICATE OF SERVICE
KOKA/CASE NO.: 20-50469

Case: 20-50469    Doc# 191    Filed: 07/08/21    Entered: 07/08/21 17:44:26    Page 2 of 4

LAW OFFICES OF SELWYN D. WHITEHEAD
4650 Scotia Avenue
Oakland, CA 94605
Phone: 510.632.7444

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Local Rule 9014-1(c)(1), any opposition shall be filed and served on the initiating party at least **fourteen (14) days** prior to the hearing on the Motion. Any opposition must set forth all relevant facts and any relevant legal authority, must be supported by affidavits or declarations that conform to the provisions of Bankruptcy Local Rule 9013-1(d), and must be filed with the Bankruptcy Court and served on counsel for **The Hannas**: Selwyn D. Whitehead, Esq. **LAW OFFICES OF SELWYN D. WHITEHEAD**, 4650 Scotia Avenue, Oakland, CA 94605 and Deirdre M. Digrande, Esq. **LOCKHART PARK, LLP,** 4655 Old Ironsides Drive, Suite 250 Santa Clara, CA 95054-1854

**PLEASE TAKE FURTHER NOTICE** that if there is not a timely opposition to the motion, the court may enter an order granting the requested relief by default.

Dated: July 8, 2021          Respectfully submitted by,

**LAW OFFICES OF SELWYN D. WHITEHEAD**

By:   /s/ Selwyn D. Whitehead
      SELWYN D. WHITEHEAD
      Attorneys for Creditors
      JEFF HANNA and AMALIA HANNA

# CERTIFICATE OF SERVICE

I, Selwyn D. Whitehead the undersigned, declare:

 I am employed in the City of Oakland, County of <u>Alameda</u>, California. I am over the age of 18 years and not a party to this action. My business address is 4650 Scotia Avenue Oakland, CA 94605. On the date stated below, I served the following document(s):

 1. **NOTICE OF HEARING ON THE MOTION OF CREDITORS JEFF AND AMALIA HANNA FOR APPOINTMENT OF A LIQUIDATING CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. § 1104(a) AND FRBP 2007.1(a) AND 9014; AND,**
 2. **THIS CERTIFICATE OF SERVICE**

on each party listed below requesting or requiring special notice in the manner or manners described below:

***VIA THE COURT'S ECF SYSTEM (NOTICE OF ELECTRONIC FILING-NEF) ONLY:***
- Jared A. Day jared.a.day@usdoj.gov, ankey.to@usdoj.gov
- Deirdre M. Digrande ddigrande@lockhartpark.com
- Arasto Farsad farsadecf@gmail.com, farsadecf@ecf.courtdrive.com
- David S. Hoffman dshoffmanesq@aol.com
- Kelly Marie Kaufmann bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- Brent D. Meyer brent@meyerllp.com
- Office of the U.S. Trustee / SJ USTPRegion17.SJ.ECF@usdoj.gov
- Edward A. Treder ndcaecf@BDFGroup.com
- Nancy Weng nancy@farsadlaw.com
- Selwyn D. Whitehead selwynwhitehead@yahoo.com
- Craig V Winslow craig@cvwlaw.com
- Lars T. Fuller Fullerlawfirmecf@aol.com, Larsfullerecf@aol.com
- Christopher Hayes chayestrustee@gmail.com, ecf.alert+Hayes@titlexi.com
- Christopher M. McDermott ecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com

 I am readily familiar with the business practices of the Law Offices of Selwyn D. Whitehead, for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail and/or electronic service via personal or business email and/or via the Court's ECF System.

 I declare under penalty of perjury that the foregoing is true and correct. Executed this <u>8th</u> day of July 2021 at Oakland, Alameda County, California.

            /s/ Selwyn D. Whitehead, Esq.
            SELWYN D. WHITEHAD, ESQ.

-4-

NOTICE OF HEARING ON THE MOTION OF CREDITORS JEFF AND AMALIA HANNA FOR APPOINTMENT OF LIQUIDATING CHAPTER 11 TRUSTEE; CERTIFICATE OF SERVICE
KOKA/CASE NO.: 20-50469