# EXHIBIT 1

to Motion of Creditors Jeff and
Amalia Hanna for Appointment
of a Liquidating Chapter 11
Trustee Pursuant to 11 U.S.C. §
1104(a) and FRBP 2007.1(a) and 9014

SELWYN D. WHITEHEAD, ESQ. (CSB No. 236391)
**LAW OFFICES OF SELWYN D. WHITEHEAD**
4650 Scotia Avenue
Oakland, CA 94605
Tel: (510) 632-7444
Fax: (510) 856-5180
Email: selwynwhitehead@yahoo.com

JULYN M. PARK (CSB No. 213429)
DEIRDRE M. DIGRANDE (CSB No. 199766)
**LOCKHART PARK, LLP**
4655 Old Ironsides Drive, Suite 250
Santa Clara, CA 95054-1854
Tel: (408) 416-2929
Fax: (855) 368-1020
Email: jpark@lockhartpark.com
ddigrande@lockhartpark.com

Attorneys for Creditors
JEFF HANNA and AMALIA HANNA

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re: | Bk. Case No. 20-50469-SLJ |
| MORDECHAI KOKA, | Chapter 11 |
| Debtor. | **[PROPOSED] ORDER AFTER HEARING GRANTING CREDITORS JEFF AND AMALIA HANNA'S MOTION FOR APPOINTMENT OF A LIQUIDATING CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. § 1104(a) AND FRBP 2007.1(a) AND 9014** |
| | **HEARING HELD:**<br>Date: August 3, 2021<br>Time: 2:00 p.m.<br>Location: Videoconference/Teleconference<br>Judge: The Hon. Stephen L. Johnson |

Having considered the motion of creditors Jeff Hanna and Amalia Hanna for an order appointing a liquidating trustee pursuant to 11 U.S.C. § 1104(a) filed on July 7, 2021 [Dkt. No. 190] and finding that (1) cause exists therefore and (2) the best interests of creditors would be

served by such an appointment, the Court hereby ORDERS as follows:

1. The motion is GRANTED.

2. The Office of the United States Trustee shall propose an individual to serve as a liquidating Chapter 11 trustee for the Court's approval.

IT IS SO ORDERED.

**\*\*\*END OF ORDER\*\*\***

LAW OFFICES OF SELWYN D. WHITEHEAD
4650 Scotia Avenue
Oakland, CA 94605
Phone: 510.632.7444

-2-

PROPOSED ORDER GRANTING MOTION FOR APPOINTMENT OF A LIQUIDATING TRUSTEE
KOKA//CASE NO.: 20-50469

Case: 20-50469   Doc# 192   Filed: 07/09/21   Entered: 07/09/21 11:41:43   Page 3 of 4

# COURT SERVICE LIST

**ALL ECF USERS**