LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
Lars@fullerlawfirm.net

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA<br><br><br>Debtor | CASE NO. 20-50469-SLJ<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY ON 1702 PARU STREET, ALAMEDA, CA**<br><br>Chapter 11<br>[Subchapter V]<br><br>Date: Aug. 3, 2021<br>Time: 2:00 PM<br>Court: Telephone or Video Only*** |

COMES NOW Debtor Mordechai Koka by and through The Fuller Law Firm, P.C. his attorneys of record and withdraws his motion authorizing sale as follows:

1. Debtor is the owner of property at 1702 Paru St. Alameda, CA. The Property is a Victorian style multi-family property built in 1923. It consists of 13 bedrooms and 5 bathrooms in a total of 5,033 square feet on a 6,011 square foot lot.

2. With approval from this Court, Debtor employed Premier Agent Network ("Premier") as broker to market and sell the Alameda Property.

Notice of Withdrawal of Motion for Order Authorizing Sale of Real Property

FULLER LAW FIRM, P.C.
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

3. Premier listed the Property on March 11, 2021 for $2,075,000. The price was reduced on March 27, 2021 to $1,975,000 and on April 13, 2021 to $1,899,000.

4. Premier procured White Alder Asset Group, LLC that offered to purchase the Alameda Property for $1,650,000, subject to inspections.

5. A motion to authorize sale was filed as Docket No. 177.

6. White Alder Asset Group, LLC withdrew its offer based on contingencies.

7. Premier has secured a new offer for more money. It is being countered to clarify procedural aspects relating to the displacement of the upstairs tenant and the costs associated therewith.

8. I addition, the undersigned received a call from another buyer that is interested in submitting an offer at a price that exceeds the White Alder Asset Group, LLC offer.

9. A new motion will be filed once written offers are under contract subject to approval from this Court.

WHEREFORE, it is respectfully requested that the motion to authorize sale be withdrawn and the hearing be taken off calendar.

DATED: July 29, 2021          THE FULLER LAW FIRM, P.C.


By:  /s/ *Lars T. Fuller*
     LARS T. FULLER
     Attorney for Debtor

Notice of Withdrawal of Motion for Order Authorizing Sale of Real Property