1  LARS T. FULLER (No. 141270)
   SAM TAHERIAN (No. 170953)
2  JOYCE K. LAU (No. 267839)
3  **THE FULLER LAW FIRM, P.C.**
   60 No. Keeble Avenue
4  San Jose, California 95126
   Telephone: (408)295-5595
5  Facsimile: (408) 295-9852
6  Lars@fullerlawfirm.net

7  Attorneys for Debtor
   MORDECHAI KOKA
8

9  **MEYER LAW GROUP LLP**
     A Limited Liability Partnership
10 BRENT D. MEYER, Cal. Bar No. 266152
   268 Bush Street #3639
11 San Francisco, California 94104
12 Telephone:   (415) 765-1588
   Facsimile:   (415) 762-5277
13 Email:       brent@meyerllp.com

14
   Attorneys for Creditors
15 DALE GARDNER and
   MELISSA GARDNER
16

17                UNITED STATES BANKRUPTCY COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                        SAN JOSE DIVISION

| | |
|---|---|
| In re | BK Case No.: 20-50469-SLJ |
| MORDECHAI KOKA, | Chapter 11 |
| Debtor in Possession. | ***EX PARTE* APPLICATION TO EXTEND DEADLINE TO CONFIRM CHAPTER 11 PLAN** |
| | Date:     [NONE SCHEDULED]<br>Time:<br>Location:<br>Judge:    Hon. Stephen L. Johnson |

Debtor Mordechai Koka ("Debtor") and creditors Dale Gardner and Melissa Gardner (the "Gardners") hereby jointly submit this *ex parte* application (the "Application") to extend the deadline to confirm a Chapter 11 Plan of Reorganization in the above-referenced matter based on the following.

1. On March 10, 2020, debtor Mordechai Koka commenced a voluntary petition for relief under Title 11, Chapter 11 of the United States Code. See Dkt. No. 1.

2. On March 11, 2021, the Court entered an order that Debtor shall "have a plan of reorganization confirmed by August 5, 2021" (the "Confirmation Deadline"). See Dkt. No. 112.

3. On July 20, 2021, Debtor and the Gardners filed a *Joint Proposed Combined Plan of Reorganization and Disclosure Statement (July 20, 2021)* (the "Joint Plan"), which is currently set for hearing before this Court on September 2, 2021 at 1:30 p.m. to consider approval of those disclosures set forth in the Joint Plan. See Dkt. Nos. 193, 195.

4. On August 3, 2021, the Court issued an oral ruling denying the *Motion of Creditors Jeff and Amalia Hanna for Appointment of a Liquidating Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(A) and FRBP 2007.1(A) and 9014* [Dkt. No. 190]. See CM/ECF *generally*.

5. Debtor and the Gardners request that the Court extend the Confirmation Deadline to December 5, 2021, in order to provide sufficient time to seek confirmation of the Joint Plan.

Based on the foregoing, Debtor and the Gardners respectfully request that the Court enter an order granting the Application in its entirety, set December 5, 2021 as the deadline for Debtor to confirm a Chapter 11 Plan of Reorganization, and for such other further relief as necessary.

Dated: August 3, 2021        **THE FULLER LAW FIRM, P.C.**
                             By: /s/ LARS FULLER
                             Lars T. Fuller
                             Attorneys for Debtor
                             MORDECHAI KOKA

Dated: August 3, 2021        **MEYER LAW GROUP, LLP**
                             By: /s/ BRENT D. MEYER
                             Brent D. Meyer
                             Attorneys for Creditors DALE
                             GARDNER and MELISSA GARDNER