

The following constitutes the order of the Court.
Signed: August 4, 2021

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA,<br><br>          Debtor. | Case No.: 20-50469 SLJ<br>Chapter 11<br><br>Date: August 3, 2021<br>Time: 2:00 p.m.<br>Ctrm: 9 (remote) |

## ORDER DENYING MOTION FOR APPOINTMENT OF TRUSTEE

The Motion for Appointment of a Liquidating Trustee ("Motion"), filed by Jeff and Amalia Hanna, came on for hearing at the above-referenced date and time. Appearances were noted on the record. For reasons stated on the record,

IT IS HEREBY ORDERED that the Motion is DENIED.

*** END OF ORDER***

**COURT SERVICE LIST**

ECF Notifications

ORDER DENYING MOTION FOR APPOINTMENT OF TRUSTEE
-2-

Case: 20-50469    Doc# 205    Filed: 08/04/21    Entered: 08/04/21 11:29:39    Page 2 of 2