

The following constitutes the order of the Court.
Signed: August 4, 2021

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
**THE FULLER LAW FIRM, P.C.**
60 No. Keeble Avenue
San Jose, California 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
Lars@fullerlawfirm.net

Attorneys for Debtor
MORDECHAI KOKA

**MEYER LAW GROUP LLP**
 A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone:   (415) 765-1588
Facsimile:    (415) 762-5277
Email:        brent@meyerllp.com

Attorneys for Creditors
DALE GARDNER and
MELISSA GARDNER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA,<br><br>Debtor in Possession. | BK Case No.: 20-50469-SLJ<br><br>Chapter 11<br><br>**ORDER APPROVING *EX PARTE* APPLICATION TO EXTEND DEADLINE TO CONFIRM CHAPTER 11 PLAN**<br><br>Date:      [NO HEARING HELD]<br>Time:<br>Location:<br>Judge:     Hon. Stephen L. Johnson |

- 1 -

BK CASE NO. 20-50469-SLJ
ORDER APPROVING *EX PARTE* APPLICATION TO EXTEND DEADLINE TO CONFIRM CHAPTER 11 PLAN

On August 3, 2021, debtor Mordechai Koka ("Debtor") and creditors Dale Gardner and Melissa Gardner (the "Gardners") jointly filed an *Ex Parte Application to Extend the Deadline to Confirm Chapter 11 Plan* (the "Application") [Dkt. No. 204] in the above-captioned matter.

Upon due consideration, and for good cause shown, the Court hereby orders as follows:

(1) The Application is **APPROVED** in its entirety.

(2) Paragraph (1) set forth in the *Order After Status Conference and Setting Deadline* [Dkt. No. 112] shall be modified to provide as follows: "The Debtor(s) shall have a plan of reorganization confirmed by December 5, 2021."

(3) The extension of the deadline set forth in Paragraph (2) of this Order is *without* prejudice to Debtor, the Gardners, or any other party in interest seeking a further extension of time to confirm a plan of reorganization.

*** END OF ORDER ***

## COURT SERVICE LIST

None