JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811
jwong@mccarthyholthus.com

Attorneys for
Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series 2007-A, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>Mordechai Koka,<br>aka Moti Koka,<br>dba Green Bay Builders, Inc.,<br><br>    Debtor. | ) Case No. 20-50469 SLJ<br>)<br>) Chapter 11<br>)<br>)<br>) **NON-OPPOSITION TO MOTION FOR**<br>) **ORDER AUTHORIZING**<br>) **SALE OF REAL PROPERTY ON 1702**<br>) **PARU STREET, ALAMEDA, CA [Dkt 202]**<br>)<br>) Date: 9/07/2021<br>) Time: 2:00PM<br>) Court: Telephone or Video Only<br>)<br>) Judge: Stephen L. Johnson |

1

File No. CA-20-161454
Response to Motion to Sell, Case No. 20-50469 SLJ
Case: 20-50469   Doc# 208   Filed: 08/06/21   Entered: 08/06/21 13:47:13   Page 1 of 2

Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series 2007-A, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc. ("SPS") hereby submits the following Non-Opposition to the Motion for Order Authorizing Sale of Real Property on 1702 Paru Street, Alameda, CA [Dkt 202] ("Motion") filed by Mordechai Koka ("Debtor").

SPS is entitled to receive payments per the terms of a Promissory Note dated 11/21/2003 in the original principal amount of $672,000.00 which is secured by a First Deed of Trust for the real property commonly known as 1702 Paru Street, Alameda, CA 94501 ("Property").

Pursuant to 11 U.S.C. §363(f), a Secured Creditor is entitled to the full payment of their claim. SPS has no opposition to Debtor's Motion so long as the lien of SPS is paid off in full satisfaction of the debt. The total payoff as of 08/03/2021 is approximately $805,342.02.

Based upon the foregoing, SPS respectfully requests any Order granting Debtor's Motion include the below language:

> *The loan secured by a first lien on real property located at 1702 Paru Street, Alameda, CA 94501 will be paid in full as of the date of the closing of the sale, and the sale will be conducted through an escrow and based on a non-expired contractual payoff statement received directly from Select Portfolio Servicing, Inc., servicing agent for, Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series 2007-A.*

Dated: 8/06/2021

Respectfully submitted,
McCarthy & Holthus, LLP

By: /s/ Jennifer C. Wong
Jennifer C. Wong, Esq.
Attorneys for Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series 2007-A, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.