LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
Lars@fullerlawfirm.net

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA<br><br>Debtor | CASE NO. 20-50469-SLJ<br><br>**DECLARATION OF DEBTOR IN SUPPORT OF MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY AT 1702 PARU STREET, ALAMEDA, CA TO KREM**<br><br>Chapter 11<br><br>Date: Sept. 7, 2021<br>Time: 2:00 PM<br>Court: Telephone or Video Only*** |

I, Mordechai Koka declare and say:

1. I filed the herein case on March 10, 2020 to stay the foreclosure sale of my property at 858 Acalenes Rd., Lafayette, CA.

2. The Fuller Law Firm, P.C. substituted into this case on April 20, 2021.

3. I am the owner of property at 1702 Paru St. Alameda, CA ("Alameda Property"). The Alameda Property is a Victorian style multi-family property built in 1923. It consists of 13 bedrooms and 5 bathrooms in a total of 5,033 square feet on a 6,011 square foot lot.

FULLER LAW FIRM, P.C.
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

4. With approval from this Court, I employed Premier Agent Network ("Premier") as broker to market and sell the Alameda Property.

5. Premier listed the Alameda Property on March 11, 2021 for $2,075,000. The price was reduced on March 27, 2021 to $1,975,000 and on April 13, 2021 to $1,899,000.

6. My agent contends and I agree that the Alameda Property was not easy to sell because of a problem upstairs tenant, rent control, below market rents and deferred maintenance. I believe that the offer is fair under the circumstances.. The proceeds from the sale belong to the estate rather than to me. I am therefore deferential to creditors whether creditors wish that the Court approve the sale.

7. Premier procured Alex Krem that offered to purchase the Alameda Property for $1,750,000, subject to inspections. The offer provides for a $17,500 deposit. The Buyer is to obtain a $875,000 new loan. A copy of the offer is attached as Exhibit 1.

8. Debtor is to deliver the Property vacant. Debtor is to negotiate a tenant buyout. Buyer will advance any buyout and be credited in escrow for the amount advanced.

9. If any tenant vacates prior to close of escrow, Buyer will Credit Seller the per diem rent to the date of closing.

10. I am un-related to the Buyer or to the listing or selling agent.

11. I understand from my agent that there are two other buyers interested in the Alameda Property but none have been willing to put in a written backup offer.

12. As is customary in Alameda County and per the purchase offer, the Buyer is to pay the escrow and title charges. I will incur transfer charges as follows:

```
CountyTransfer Taxes     1,925
City Transfer taxes     10,500
```

13. The listing agreement approved by this Court provides for 6% in commissions or $105,000

Declaration of Debtor in Support of Motion Authorizing Sale of Real Property at 1702 Paru St. Alameda, CA

FULLER LAW FIRM, P.C.
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

14. Escrow will be opened at Orange Coast Title.

13. The Alameda Property is encumbered by a first deed of trust in favor of Deutsche Bank in the amount of $824,544 and a 2nd deed of trust in favor of Citibank in the amount of $150,000.

15. The estimated proceeds of sale, before any property taxes that may have come due, and before any cash for keys to tenants are:

| | | |
|---|---:|---:|
| Sales Price | | $1,750,000 |
| Encumbrances | | 974,544 |
| Closing costs | | |
|    Commissions | 105,000 | |
|    Transfer taxes | 12,425 | |
|    Misc. closing costs | 3,000 | |
| | | 1,120,425 |
| Estimated Proceeds | | $  655,031 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: Aug. 5, 2021

                                                            By: /s/ *Mordechai Koka*
                                                                 MORDECHAI KOKA

# EXHIBIT 1

DocuSign Envelope ID: 03176949-574B-4910-9ACD-C016F6E1BBBB



# SELLER COUNTER OFFER No. 1
**May not be used as a multiple counter offer.**
(C.A.R. Form SCO, Revised 11/14)

Date **August 1, 2021**

This is a counter offer to the: [X] Purchase Agreement, [ ] Buyer Counter Offer No. ___, or [ ] Other _____ ("Offer"), dated **July 26, 2021**, on property known as **1702 Paru St, Alameda, CA 94501-1273** ("Property"), between **Alex Krem and or Assignees** ("Buyer") and **Moti Koka** ("Seller").

1. **TERMS:** The terms and conditions of the above referenced document are accepted subject to the following:
   A. **Paragraphs in the Offer that require initials by all parties, but are not initialed by all parties, are excluded from the final agreement unless specifically referenced for inclusion in paragraph 1C of this or another Counter Offer or an addendum.**
   B. **Unless otherwise agreed in writing, down payment and loan amount(s) will be adjusted in the same proportion as in the original Offer, but deposit amount(s) shall remain unchanged from the original Offer.**
   C. **OTHER TERMS:** _____

   D. The following attached addenda are incorporated into this Seller Counter offer: [X] Addendum No. **One**

2. **EXPIRATION:** This Seller Counter Offer shall be deemed revoked and the deposits, if any, shall be returned:
   A. Unless by 5:00pm on the third Day After the date it is signed in paragraph 4 (if more than one signature then, the last signature date)(or by _____ [ ] AM [X] PM on **08/02/2021** (date)) (i) it is signed in paragraph 5 by Buyer and (ii) a copy of the signed Seller Counter Offer is personally received by Seller or **Premier Agent Network, Inc.**, who is authorized to receive it.
   B. OR If Seller withdraws it anytime prior to Acceptance (CAR Form WOO may be used).
   C. OR If Seller accepts another offer prior to Buyer's Acceptance of this counter offer.

3. **MARKETING TO OTHER BUYERS:** Seller has the right to continue to offer the Property for sale. Seller has the right to accept any other offer received, prior to Acceptance of this Counter Offer by Buyer as specified in 2A and 5. In such event, Seller is advised to withdraw this Seller Counter Offer before accepting another offer.

4. **OFFER: SELLER MAKES THIS COUNTER OFFER ON THE TERMS ABOVE AND ACKNOWLEDGES RECEIPT OF A COPY.**
   Seller _[signature]_ **Moti Koka** Date 8/2/2021
   Seller _____ Date _____

5. **ACCEPTANCE: I/WE** accept the above Seller Counter Offer **(If checked [X] SUBJECT TO THE ATTACHED COUNTER OFFER)** and acknowledge receipt of a Copy.
   Buyer _[signature]_ **Alex Krem and or Assignees** Date 8/2/2021 Time ____ [ ] AM/[ ] PM
   Buyer _____ Date ____ Time ____ [ ] AM/[ ] PM

**CONFIRMATION OF ACCEPTANCE:**

(_____ / _____) (Initials) **Confirmation of Acceptance:** A Copy of Signed Acceptance was personally received by Seller, or Seller's authorized agent as specified in paragraph 2A on (date) _____ at _____ [ ] AM/[ ] PM. **A binding Agreement is created when a Copy of Signed Acceptance is personally received by Seller or Seller's authorized agent whether or not confirmed in this document.**

© 2019, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats.
THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS® (C.A.R.). NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
a subsidiary of the California Association of REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020

SCO Revised 11/14 (PAGE 1 OF 1)

**SELLER COUNTER OFFER (SCO PAGE 1 OF 1)**

Premier Agent Network Inc 27315 Jefferson Ave. Ste.J10 Temecula, CA 92591  Phone: (925)786-0825  Fax: (877)700-5547  1702 Paru St -
Rick Dahnken  Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5  www.lwolf.com

DocuSign Envelope ID: 03176949-574B-4910-9ACD-C016F6E1BBBB



# ADDENDUM
(C.A.R. Form ADM, Revised 12/15)

No. *1*

The following terms and conditions are hereby incorporated in and made a part of the: ☐ Purchase Agreement, ☐ Residential Lease or Month-to-Month Rental Agreement, ☐ Transfer Disclosure Statement (Note: An amendment to the TDS may give the Buyer a right to rescind), ☒ Other *Seller Counter Offer One*,
dated *July 28, 2021*, on property known as *1702 Paru St, Alameda, CA 94501-1273*
in which *Alex Krem and or Assignees* is referred to as ("Buyer/Tenant")
and *Moti Koka* is referred to as ("Seller/Landlord").

*1. The Buyer is made aware that this sale is part of a Chapter 11 Bankruptcy process. The Court has final approval authority for the ability to close of escrow. If for any unforseen reason(s) the Court should not approve this sale, the Buyer's earnest money deposit is to be refunded as soon as allowed after Notice (or Motion) given for cancellation of the escrow by the Court in writing or via an official official letter via the participating Attorneys of record with the court.*

*2. The property is being sold "as-disclosed" subject to the Buyer's investigative rights.*

*3. Deposit to be $17,500 or 1% of sales price*

*4. In order to meet the terms of Section 6 of the R.P.A., Seller will negotiate a cash for keys for possession of the property from current top and bottom floor Tenants by close of escrow. Payment to said Tenants to be forwarded via sale proceeds at the close of escrow.*

*5. If top or bottom floor Tenants should find other replacement housing before the close of escrow, cash for keys to still be in effect. Buyer to pay for said Tenant's cash for keys agreed upon costs. However, all procees forwarded by Buyer before the close of escrow to top floor Tenants to be reimbursed by Seller at close of escrow from the sale proceeds.*

*6. If either of the aforementioned Tenants vacate their respective units prior to the close of escrow, Buyer to credit Seller the per diem rent rate of either of the current Lease terms applicable that the Seller would have otherwise received to close of escrow.*

The foregoing terms and conditions are hereby agreed to, and the undersigned acknowledge receipt of a copy of this document.

Date 8/2/2021     Date 8/2/2021
Buyer/Tenant *Alex Krem* / *Assignees*     Seller/Landlord *Moti Koka*

Buyer/Tenant     Seller/Landlord

© 1986-2015, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats.
THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS® (C.A.R.). NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
*a subsidiary of the California Association of REALTORS®*
525 South Virgil Avenue, Los Angeles, California 90020

**ADM REVISED 12/15 (PAGE 1 OF 1)**

ADDENDUM (ADM PAGE 1 OF 1)

Premier Agent Network Inc 27315 Jefferson Ave. Ste.J10 Temecula, CA 92591    Phone: (925)786-0825    Fax: (877)700-5547    1702 Paru St -
Rick Dahnken    Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5    www.lwolf.com

Case: 20-50469    Doc# 209    Filed: 08/06/21    Entered: 08/06/21 16:52:51    Page 6 of 6