LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>MORDECHAI KOKA<br><br>Debtor | CASE NO.: 20-50469-SLJ<br><br>**NOTICE OF HEARING ON MOTION AUTHORIZING SALE OF REAL PROPERTY AT 1702 PARU STREET, ALAMEDA, CA TO KREM**<br><br>CHAPTER 11<br><br>Date: Sept. 7, 2021<br>Time: 2:00 PM<br>Court: Telephone or Video Only*** |

TO: Deutsche Bank National Trust Company, as Indenture Trustee for Impac CMB Trust Series 2007-A ("Deutsch Bank), Citibank West, FSB. the Office of the United States Trustee and all creditors:

Please take notice that Debtor MORDECHAI KOKA. will and hereby does move the Court to sell his real property commonly known as 1702 Paru St., Alameda, CA 94501 ("Alameda Property" hereinafter) to Alex Krem for $1,750,000. A hearing on the motion will be held on Sept. 7, 2021 at 2:00 PM or as soon thereafter as it may be heard before the Honorable Stephen L. Johnson,

Bankruptcy Judge. This motion is brought pursuant to 11 U.S.C. 363, BLR 9014-1 (b)(2) and notice is pursuant to BLR 9014-1(c) (2).

**Furthermore, please take NOTICE that the hearing shall be held telephonically or by Zoom, in the Judge's discretion. No hearings will be conducted in person. All attendees must appear remotely.**

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. Instructions for appearing can be found on each individual judge's calendar page on the Bankruptcy Court's website: https://www.canb.uscourts.gov/calendars/judges. There is no cost to these services. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

If you oppose the motion, you must file a written opposition at least 7 days before the actual scheduled hearing date and serve a copy thereof on the following parties and entities:

| | |
|---|---|
| THE BANKRUPTCY COURT: | UNITED STATES BANKRUPCY COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>280 South First Street, 3rd Floor<br>San Jose, CA 95113 |
| DEBTOR'S COUNSEL: | LARS T. FULLER, ESQ.<br>THE FULLER LAW FIRM, P.C.<br>60 N. Keeble Avenue<br>San Jose, CA 95126 |
| DEBTOR: | MORDECHAI KOKA<br>858 Acalanes Road<br>Lafayette, CA 94549 |

Respectfully Submitted,

Dated: Aug. 5, 2021

                                               THE FULLER LAW FIRM, P.C.

                                               By: _Lars T. Fuller_
                                                  LARS T. FULLER
                                                  Attorney for Debtor