1  SELWYN D. WHITEHEAD, ESQ. (CSB No. 236391)
   **LAW OFFICES OF SELWYN D. WHITEHEAD**
2  4650 Scotia Avenue
   Oakland, CA  94605
3  Tel:    (510) 632-7444
   Fax:   (510) 856-5180.
4  Email:  selwynwhitehead@yahoo.com

5  JULYN M. PARK (CSB No. 213429)
   DEIRDRE M. DIGRANDE (CSB No. 199766)
6  **LOCKHART PARK, LLP**
   4655 Old Ironsides Drive, Suite 250
7  Santa Clara, CA  95054-1854
   Tel:    (408) 416-2929
8  Fax:   (855) 368-1020
   Email: jpark@lockhartpark.com
9           ddigrande@lockhartpark.com

10 Attorneys for Creditors
   JEFF and AMALIA HANNA

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MORDECHAI KOKA,<br><br>Debtor/Debtor-in-Possession. | Bk. No. 20-50469-SLJ<br><br>Chapter 11<br><br>**DECLARATION OF VALUATION EXPERT EMAIA REGARDING THE FAIR MARKET VALUES OF THE DEBTOR'S ALAMEDA AND LAFAYETTE PROPERTIES, *AND* IN SUPPORT OF THE CHAPTER 11 PLAN OF CREDITORS AMALIA AND JEFF HANNA; EXHIBITS A - F**<br><br>**DISCLOSURE ASPECTS HEARING**:<br><br>Date:        September 7, 2021<br>Time:       2:00 p.m.<br>Location:  Videoconference/Teleconference<br>Judge:     The Hon. Stephen L. Johnson |

**I, EMAIA,** do Declare,

### I.    MY BACKGROUND, EXPERIENCE, EXPERT OPINION, AND FEES

Declaration of Valuation Expert Emaia Regarding the Fair Market Values of Debtor's Alameda and Lafayette
Properties, And In Support of the Chapter 11 Plan of Creditors Amalia and Jeff Hanna; Exhibits A - F
KOKA/CASE NO.: 20-50469
Page 1

Case: 20-50469    Doc# 213    Filed: 08/10/21    Entered: 08/10/21 23:18:08    Page 1 of 4

1. My name is Emaia. *A true and correct copy of my Bio is attached as Exhibit A.*

2. For more than 38 years, I have held responsible positions with major real estate and property management firms in both California and Hawaii, focusing on the areas of residential and commercial valuations and sales, as well as furnished and unfurnished long- and short-term rentals and compressive property management services. My employers have included Condo Rentals of Waikiki and the American Marketing System, Inc. (hereinafter "AMSI"). Since 1987, I have been employed as a licensed real estate agent at the real estate firm AMSI.

3. Throughout my career, I have been involved with all aspects of the management and valuation of real property as well as recruiting and mentoring new agents. I have preformed real estate valuations using several methods, including the square footage cash flow model and the market value sales model. In addition, I have performed valuations on residential properties for and provided my valuation opinions to numerous sellers, buyers, and other real estate professionals since on or about January 1984. I have performed theses services for the Law Offices of Selwyn D. Whitehead since on or about January 2005.

4. In this matter, I have agreed to provide my services to the Law Offices of Selwyn D. Whitehead, Esq., gratis. However, it is my hope that if the Bankruptcy Court sees fit to approve the Plan of Reorganization put forth by Amalia and Jeff Hanna, I may have the opportunity to market the real property commonly known as and located at 858 Acalanes Road, Lafayette, California 94549 or at the very least provide several ready, willing and able potential buyers to whomever the court has or will appoint as the broker of record.

II. **MY ASSIGNMENT AND SUMMARY OF MY OPINIONS**

5. I have agreed to provide my opinion of the current fair market values of 1702 Paru Street, Alameda, California 94501 ("the Alameda Property") and 858 Acalanes Road, Lafayette, California 94549 ("the Lafayette Property").

6. As to the Lafayette Property; it is my observation, in accord with my research (see the CMA Report, of which a true and correct copy is attached hereto as **Exhibit B**) that within the last 6 months in a 1-mile radius of the Lafayette Property there actual sales of real property

Declaration of Valuation Expert Emaia Regarding the Fair Market Values of Debtor's Alameda and Lafayette Properties, And In Support of the Chapter 11 Plan of Creditors Amalia and Jeff Hanna; Exhibits A - F
KQKA/CASE NO.: 20-50469
Page 2

Case: 20-50469    Doc# 213    Filed: 08/10/21    Entered: 08/10/21 23:18:08    Page 2 of 4

between **$3,115,000** and **$1,600,000,** with the average being **$2,301.000,** and the median being **$2,184,000**. And within that same time period, within a 1/2-mile radius of the Lafayette Property there were actual sales of between **$2,675,000** and **$1,600,000,** with an average sale being **$2,160,750,** and the median being **$2,184,000** (see the CMA Report, of which a true and correct attached hereto as **Exhibit C**). As such, it is my opinion that the fair market value of the Lafayette Property is at least **$2,184,000**.

7. As to the Alameda Property; it is my observation, in accord with my research (the CMA Report, of which a true and correct copy attached hereto as **Exhibit D**) that the Alameda Property, within the last 6 months in a 1-mile radius there were actual sales of real property between **$2,150,000** and **$1,150,000,** with the average being **$1,626,429,** and the median being **$1,600,000**. And within that same time period, in a 1/2-mile radius of the Alameda Property there were actual sales of between **$1,630,000** and **$1,150,000,** with an average sale being **$1,430,000,** and the median being **$1,510,000** (see the CMA Report, of which a true and correct copy is attached hereto as **Exhibit E**).

8. However, I want to point out to the court that the properties within the ½-mail radius were/are much smaller than the Alameda Property. For example, the property that closed on July 26, 2021, (1914 Buena Vista Avenue) was only 2509 square feet, which is half the square footage of the Alameda Property. Nonetheless the Buena Vista Property sold in only 13 days on the market for $1,510,000, which is only $490,000, less that $2,000,000 for half the size of the Alameda Property. As such, I have informed Ms. Whitehead that it would not be inappropriate to use **$1,624,833** as the media value for the Alameda Property, which as of today has been updated to **$1,626,429** because of a new sale.

9. That being said, based on what is being said in the realtor and buyer communities, the Alameda Property could if properly marketed command a price of **$2,000,000** or more. However, before I could make that determination, I would have to have access to each of the three units to view each unit's layout and characteristics. Nonetheless, my instincts inform me that the Alameda Property is likely much closer to the current listing price of at least **$1,899.000** than the $1,624,429 valuation stated above. Attached hereto as **Exhibit F** is a true and correct

1  copy of the existing listing of the Alameda Property.

10. Also, when I spoke to the Listing Agent of the Alameda Property last week on behalf of one of my own clients, he, Mr. Rick Dahnken, informed me that the middle unit, which is a 5-bedroom 2-bath apartment that had last being rented for **$2,750.00**, was currently vacant. He mentioned that the tenant had vacated the apartment 2-3 weeks ago. That means that the fair market value of the real property may be higher, especially since the 5bed/2bath unit would be more attractive and gain better financing terms from a bank if the purchaser-owner moved in. Or, on the other hand, the property would be worth more where one or more units were vacant and the rents could immediately be bought to their fair market rate rents of say $4,500 for the 5bed/2bath, based on the fair market rents of such units in Alameda.

11. As such, it is my opinion that of the two properties, based on the fact available to me today; the Lafayette Property shows the greater value and would, between it and the Alameda Property likely return the most equity to the Debtor's Bankruptcy Estate.

**III. CONCLUSION**

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement of my opinions and the supporting facts and that this declaration was executed on the 10th day of August 2021 at the City of Oakland, Alameda County, California.

/s/ *Emaia*_____

**EMAIA , Real Estate Agent, AMSI**