**Entered on Docket**
**August 12, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Not Signed: August 12, 2021**

______________________________________

**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

**An application to shorten time is governed by BLR 9006-1(c), which requires a supporting declaration from counsel addressing the listed items. For purpose of BLR 9006-1(c)(4), respondents include, at a minimum, counsel for Debtor and the Gardners. Applicant may file a declaration consistent with BLR 9006-1(c) and resubmit order.**

SELWYN D. WHITEHEAD, ESQ. (CSB No. 236391)
**LAW OFFICES OF SELWYN D. WHITEHEAD**
4650 Scotia Avenue
Oakland, CA 94605
Tel: (510) 632-7444
Fax: (510) 856-5180
Email: selwynwhitehead@yahoo.com

JULYN M. PARK (CSB No. 213429)
DEIRDRE M. DIGRANDE (CSB No. 199766)
**LOCKHART PARK, LLP**
4655 Old Ironsides Drive, Suite 250
Santa Clara, CA 95054-1854
Tel: (408) 416-2929
Fax: (855) 368-1020
Email: jpark@lockhartpark.com
ddigrande@lockhartpark.com

Attorneys for Creditors
JEFF HANNA and AMALIA HANNA

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>MORDECHAI KOKA,<br><br>Debtor. | Bk. Case No. 20-50469-SLJ<br><br>Chapter 11<br><br>**PROPOSED ORDER SHORTENING TIME AND SETTING HEARING ON APPROVAL OF THE DISCLOSURE STATEMENT CONTAINED IN CREDITORS JEFF AND AMALIA HANNA PROPOSED COMBINED PLAN OF REORGANIZATION** |

Having considered the Ex Parte Application for Order Shortening Time [Dkt. No. 215] filed by filed by creditors Jeff and Amalia Hanna for a hearing on approval of the Disclosure Statement contained in their Proposed Combined Plan of Reorganization ("the Hannas' Plan") [Dkt. No. 212] and finding good cause therefore, the Court hereby orders as follows:

////

////

Case: 20-50469 Doc# 216 Filed: 08/12/21 Entered: 08/12/21 15:05:12 Page 1 of 2

1. The Ex Parte Application is GRANTED;

2. The hearing on the approval of the Disclosure Statement contained in the Hannas' Plan shall take place on September 2, 2021 at 1:30 p.m. before the undersigned.

3. Creditors Jeff and Amalia Hanna shall file and serve a notice of hearing in compliance with the provisions of Bankruptcy Local Rule 3017(a).

IT IS SO ORDERED.

*****END OF ORDER*****

Case: 20-50469 Doc# 216 Filed: 08/12/21 Entered: 08/12/21 15:05:12 Page 2 of 2