SELWYN D. WHITEHEAD, ESQ. (CSB No. 236391)
**LAW OFFICES OF SELWYN D. WHITEHEAD**
4650 Scotia Avenue
Oakland, CA 94605
Tel: (510) 632-7444
Fax: (510) 856-5180
Email: selwynwhitehead@yahoo.com

JULYN M. PARK, ESQ. (CSB No. 213429)
DEIRDRE M. DIGRANDE, ESQ. (CSB No. 199766)
**LOCKHART PARK, LLP**
4655 Old Ironsides Drive, Suite 250
Santa Clara, CA 95054
Tel: (408) 416-2929
Fax: (855) 368-1020
Email: jpark@lockhartpark.com
ddigrande@lockhartpark.com

Attorneys for Creditors
JEFF HANNA and AMALIA HANNA

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>MORDECHAI KOKA,<br><br>    Debtor. | Bk. Case No. 20-50469-SLJ<br><br>Chapter 11<br><br>**DECLARATION OF DEIRDRE M. DIGRANDE IN SUPPORT OF CREDITORS JEFF AND AMALIA HANNA'S RENEWED EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON APPROVAL OF THE DISCLOSURE STATEMENT CONTAINED IN THEIR PROPOSED COMBINED PLAN OF REORGANIZATION FILED ON AUGUST 10, 2021** |

I, Deirdre M. Digrande, declare as follows:

    1.    I am an attorney at law admitted to practice in all courts in the State of California and co-counsel of record for creditors Jeff Hanna and Amalia Hanna ("the Hannas"). I make this declaration in support of the ex parte application for an order shortening time for hearing on approval of the Disclosure Statement contained their Proposed Combined Plan of Reorganization

- 1 -

filed on August 10, 2021 ("the Hannas' Plan") [Dkt. No. 212]. Unless otherwise stated, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify to them.

2. <u>Reason for the Request to Shorten Time</u>. The Hannas request that their Disclosure Statement be heard on shortened time – September 2, 2021 specifically – so that it will coincide with the hearing on the Disclosure Statement contained in the Joint Proposed Combined Plan of Reorganization ("Joint Plan") submitted by Debtor and creditors Dale and Melissa Gardner ("the Gardners") [Dkt. No. 193].

3. <u>Previous Time Modifications Related to the Subject Request</u>. None.

4. <u>The Effect of the Request to Shorten Time on the Case Schedule</u>. I am informed and believe that holding one hearing on the parties' respective Disclosure Statements will advance the case schedule.

5. <u>Efforts to Meet and Confer With Counsel for Debtor and the Gardners</u>. On August 13, 2021 at approximately 3:00 p.m., I telephoned Debtor's counsel, Lars T. Fuller, and the Gardners' counsel, Brent D. Meyers, about stipulating to the relief requested in this Application. As of the filing of this Application, Mr. Meyers has agreed to stipulate and Mr. Fuller has not yet responded.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of August, 2021 at San Francisco, California.

/s/ *Deirdre M. Digrande*
Deirdre M. Digrande

- 2 -
Decl. in Support of Ex Parte Application for Order Shortening Time for Hearing on Disclosure Statement
Case No. 20-50469-SLJ

Case: 20-50469    Doc# 217-1    Filed: 08/13/21    Entered: 08/13/21 18:31:22    Page 2 of 2