CHANGES MADE BY COURT

The following constitutes
the order of the court. Signed August 16, 2021

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

SELWYN D. WHITEHEAD, ESQ. (CSB No. 236391)
**LAW OFFICES OF SELWYN D. WHITEHEAD**
4650 Scotia Avenue
Oakland, CA 94605
Tel: (510) 632-7444
Fax: (510) 856-5180
Email: selwynwhitehead@yahoo.com

JULYN M. PARK (CSB No. 213429)
DEIRDRE M. DIGRANDE (CSB No. 199763)
**LOCKHART PARK, LLP**
4655 Old Ironsides Drive, Suite 250
Santa Clara, CA 95054-1854
Tel: (408) 416-2929
Fax: (855) 368-1020
Email: jpark@lockhartpark.com
　　　　ddigrande@lockhartpark.com

Attorneys for Creditors
JEFF HANNA and AMALIA HANNA

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>MORDECHAI KOKA,<br><br>　　　Debtor. | Bk. Case No. 20-50469-SLJ<br><br>Chapter 11<br><br>**ORDER SHORTENING TIME AND SETTING HEARING ON APPROVAL OF THE DISCLOSURE STATEMENT CONTAINED IN CREDITORS JEFF AND AMALIA HANNA PROPOSED COMBINED PLAN OF REORGANIZATION** |

　　　Having considered the Renewed Ex Parte Application for Order Shortening Time [Dkt. No. 217] filed by creditors Jeff and Amalia Hanna for a hearing on approval of the Disclosure Statement contained in their Proposed Combined Plan of Reorganization ("the Hannas' Plan") [Dkt. No. 212] and finding good cause therefore, the Court hereby orders as follows:

////

////

1. The Renewed Ex Parte Application is GRANTED;

2. The hearing on the approval of the Disclosure Statement contained in the Hannas' Plan shall take place on September 2, 2021 at 1:30 p.m.

3. Creditors Jeff and Amalia Hanna shall file and serve a notice of hearing in compliance with the provisions of Bankruptcy Local Rule ~~3017(a)~~ 3017-1(a). except as modified herein:

~~IT IS SO ORDERED~~.

    a. The Hannas shall file and serve notice of hearing no later than August 17, 2021.
    b. Any objection to the disclosure statement shall be filed no later than August 30, 2021.

***END OF ORDER***