SELWYN D. WHITEHEAD, ESQ. (CSB No. 236391)
**LAW OFFICES OF SELWYN D. WHITEHEAD**
4650 Scotia Avenue
Oakland, CA 94605
Tel: (510) 632-7444
Fax: (510) 856-5180
Email: selwynwhitehead@yahoo.com

JULYN M. PARK (CSB No. 213429)
DEIRDRE M. DIGRANDE (CSB No. 199766)
**LOCKHART PARK, LLP**
5201 Great America Parkway, Suite 320
Santa Clara, CA 95054
Tel: (408) 416-2929
Fax: (855) 368-1020
Email: jpark@lockhartpark.com
ddigrande@lockhartpark.com

Attorneys for Creditors
JEFF HANNA and AMALIA HANNA

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re: | Case No. **20-50469-SLJ** |
| **MORDECHAI KOKA**, | Chapter 11 |
| Debtor-in-Possession. | **NOTICE OF HEARING ON THE DISCLOSURE STATEMENT ASPECTS OF PLAN PROPONENTS JEFF AND AMALIA HANNAS' PROPOSED COMBINED PLAN OF REORGANIZATION AND TENTATIVELY APPROVED DISCLOSURE STATEMENT (AUGUST 10, 2021)** |
| | [11 U.S.C. §§ 1122, 1123, 1125, 1129; Fed. R. Bankr. P. 2002, 3017; and B.L.R. 3017-1] |
| | **HEARING:**<br>Date: September 2, 2021<br>Time: 1:30 p.m.<br>Location: Telephonic/Videoconference<br>Judge: Hon. Stephen L. Johnson |

- 1 -

Notice of Hearing on Disclosure Statement Aspects of the Hannas' Proposed Combined Plan of Reorganization
Case No. 20-50469-SLJ

Case: 20-50469   Doc# 219   Filed: 08/17/21   Entered: 08/17/21 09:58:48   Page 1 of 3

**TO THE HONORABLE STEPHEN L. JOHNSON, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR, CREDITORS, AND ALL OTHER INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on September 2, 2021 at the hour of 1:30 p.m. or as soon thereafter as counsel may be heard, **JEFF HANNA and AMALIA HANNA** (hereinafter "the Hannas"), Plan Proponents herein, by and through their counsel of record shall appear before the Honorable Stephen L. Johnson, Bankruptcy Judge, or before any other bankruptcy judge who may be sitting in his place and stead, and shall then and there present and defend the disclosure aspects of their Proposed Combined Plan of Reorganization and Tentatively Approved Disclosure Statement (August 10, 2021), which was filed as Dkt. No. 212 on August 10, 2021.

**PLEASE TAKE FURTHER NOTICE** that copies of the Hannas' Proposed Combined Plan of Reorganization and Tentatively Approved Disclosure Statement (August 10, 2021) were served upon all interested parties on August 11, 2021. [See Dkt. No. 215.] If you did not receive a copy or require an additional copy, it may be obtained by: contacting counsel for the Hannas listed on the caption page above; contacting the Office of the Clerk of the Bankruptcy Court for the Northern District of California, San Jose Division, located at U.S. Federal Building, 280 S. First Street, Suite 268, San Jose, California 95113-3004; or via PACER.

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding the deadline set forth in Bankruptcy Local Rule 3017-1(a), **the deadline for filing objections is August 30, 2021** pursuant to order of the Court dated August 16, 2021 [Dkt. No. 218].

**PLEASE TAKE FURTHER NOTICE** that failure to file and serve a written opposition or objection by the deadline may result in entry of an order approving the disclosure aspects of the Hannas' Proposed Combined Plan of Reorganization and Tentatively Approved Disclosure Statement (August 10, 2021) or the preclusion of oral opposition at the hearing.

**PLEASE TAKE FURTHER NOTICE** that said hearing will be conducted remotely by telephonic or video conference. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic and how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling

- 2 -

Notice of Hearing on Disclosure Statement Aspects of the Hannas' Proposed Combined Plan of Reorganization
Case No. 20-50469-SLJ

Case: 20-50469    Doc# 219    Filed: 08/17/21    Entered: 08/17/21 09:58:48    Page 2 of 3

(888) 821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Dated: August 17, 2021  LAW OFFICES OF SELWYN D. WHITEHEAD

/s/ *Selwyn D. Whitehead*
Selwyn D. Whitehead
Attorney for Creditors
JEFF HANNA and AMALIA HANNA

Dated: August 17, 2021  LOCKHART PARK, LLP

/s/ *Deirdre M. Digrande*
Deirdre M. Digrande
Attorneys for Creditors
JEFF HANNA and AMALIA HANNA