Christopher Hayes
23 Railroad Avenue #1238
Danville, CA 94526
Telephone: (925) 854-2311

Subchapter V Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re <br><br> Mordechai Koka, <br><br> Debtor and Debtor-in-Possession. | Case No. 20-50469 SLJ <br><br> Chapter 11 |

<u>Chapter 11 Subchapter V Trustee's Report of No Distribution</u>

I, Christopher Hayes, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00. The case was converted to a traditional Chapter 11 on June 22, 2021 (Docket Text Order) with no plan confirmed and no plan payments made to the trustee. Pursuant to 11 U.S.C. 330(a), on August 2, 2021 the Court ordered compensation of $9,717.00 be awarded to the trustee. These funds have not yet been paid by the debtor to the trustee. I hereby certify that the estate of the above-named debtor has been fully administered through the date of conversion. I request that I be discharged from any further duties as trustee.

Dated: August 16, 2021         /S/ *Christopher Hayes*
                               Christopher Hayes,
                               Chapter 11 Subchapter V Trustee