SELWYN D. WHITEHEAD, ESQ. (CSB No. 236391)
**LAW OFFICES OF SELWYN D. WHITEHEAD**
4650 Scotia Avenue
Oakland, CA 94605
Tel: (510) 632-7444
Fax: (510) 856-5180
Email: selwynwhitehead@yahoo.com

JULYN M. PARK (CSB No. 213429)
DEIRDRE M. DIGRANDE (CSB No. 199766)
**LOCKHART PARK, LLP**
5201 Great America Parkway, Suite 320
Santa Clara, CA 95054
Tel: (408) 416-2929
Fax: (855) 368-1020
Email: jpark@lockhartpark.com
ddigrande@lockhartpark.com

Attorneys for Creditors
JEFF HANNA and AMALIA HANNA

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re: | Bk. Case No. 20-50469-SLJ |
| MORDECHAI KOKA, | Chapter 11 |
| Debtor/Debtor-in-Possession. | **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, Deirdre M. Digrande, certify that:

I am over the age of 18 years and not a party to this action. I am employed by Lockhart Park, LLP, whose business address is 5201 Great America Parkway, Suite 320, Santa Clara, California 95054. I am readily familiar with the business practices of Lockhart Park, LLP for the collection and service of documents in the federal courts of the United States by the use of the Case Management/Electronic Case Filing system.

On August 31, 2021, I served the documents titled

**CREDITORS JEFF AND AMALIA HANNAS' OBJECTION TO MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY ON 1702 PARU STREET, ALAMEDA, CA AND MOTION FOR ORDER CONTINUING HEARING TO COINCIDE WITH DEBTOR'S MOTION TO ENCUMBER REAL PROPERTY**

on the individuals listed below via the CM/ECF system only in accordance with Lockhart Park, LLP's ordinary business practices.

| | |
|---|---|
| Jared A. Day, Esq.<br>OFFICE OF THE U.S. TRUSTEE<br>300 Booth Street, Suite 3009<br>Reno, NV 89509<br>Tel: (775) 784-5335<br>Email: jared.a.day@usdoj.gov<br>Email: ankey.to@usdoj.gov<br>***on Behalf of the Office of the U.S. Trustee/SJ*** | U.S. Trustee<br>Office of the U.S. Trustee/SJ<br>U.S. Federal Building<br>280 S. 1st Street, Suite 268<br>San Jose, CA 95113-3004<br>Email: USTPRegion17.SJ.ECF@usdoj.gov |
| Brent D. Meyer, Esq.<br>MEYER LAW GROUP, LLP<br>268 Bush Street, Suite 3639<br>San Francisco, CA 94104<br>Tel: (415) 765-1588<br>Fax: (415) 762-5277<br>Email: brent@meyerllp.com<br>***on Behalf of Creditors Dale & Melissa Gardner*** | Craig V. Winslow, Esq.<br>LAW OFFICES OF CRAIG V. WINSLOW<br>630 N. San Mateo Drive<br>San Mateo, CA 94401<br>Tel: (650) 347-5445<br>Email: craig@cvwlaw.com<br>***on Behalf of Creditors Dale & Melissa Gardner*** |

Case: 20-50469    Doc# 227    Filed: 08/31/21    Entered: 08/31/21 23:52:31    Page 2 of 4

| | |
|---|---|
| Lars T. Fuller, Esq.<br>THE FULLER LAW FIRM, PC<br>60 No. Keeble Avenue<br>San Jose, CA 95126<br>Tel: (408) 295-5595<br>Fax: (408) 295-9852<br>Email: fullerlawfirmecf@aol.com,<br>larsfullerecf@aol.com<br>***on Behalf of Debtor***<br>***Mordechai Koka aka Moti Koka dba Green Bay Builders, Inc.*** | Edward A. Treder, Esq.<br>BARRETT, DAFFIN, FRAPPIER, TREDER & WEISS<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA 91765<br>Tel: (626) 915-5714<br>Email: ndcaecf@BDFGroup.com<br>***on Behalf of Creditor***<br>***HSBC Bank USA, National Association*** |
| David S. Hoffman, Esq.<br>David S. Hoffman, Attorney at Law<br>1500 E. Hamilton Avenue, Suite 118<br>Campbell, CA 95008<br>Tel: (408) 412-8427<br>Email: dshoffmanesq@aol.com<br>***on Behalf of Requestors***<br>***Allan & Nicole Hulgan*** | Kelly M. Kaufmann, Esq.<br>MCCARTHY & HOLTHUS LLP<br>1770 4th Avenue<br>San Diego, CA 92101<br>Tel: (619) 685-4800, ext. 1834<br>Email: bknotice@mccarthyholthus.com<br>***on Behalf of Creditor***<br>***Deutsche Bank National Trust Company as Indenture Trustee for the Impac CMB Trust Series 2007-A*** |
| Arasto Farsad, Esq.<br>Nancy Weng, Esq.<br>FARSAD LAW OFFICE, P.C.<br>1625 The Alameda, Suite 525<br>San Jose, CA 95126<br>Tel: (408) 641-9966<br>Fax : 408-866-7334<br>Email: farsadecf@gmail.com<br>Email: farsadecf@ecf.courtdrive.com<br>Email: nancy@farsadlaw.com<br>***on Behalf of Debtor***<br>***Mordechai Koka aka Moti Koka dba Green Bay Builders, Inc.*** | Selwyn D. Whitehead, Esq.<br>LAW OFFICES OF SELWYN D. WHITEHEAD<br>4650 Scotia Avenue<br>Oakland, CA 94605<br>Tel: (510) 632-7444<br>Fax: (510) 856-5180<br>Email: selwynwhitehead@yahoo.com<br>***on Behalf of***<br>***Creditors Jeff and Amalia Hanna*** |

////

////

////

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

- 3 -

Certificate of Service

| | |
|---|---|
| 1 | Executed on this 31st day of August, 2021 at San Francisco, California |
| 2 | |
| 3 | /s/ *Deirdre M. Digrande*<br>Deirdre M. Digrande |