LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA<br><br><br>Debtor | CASE No. 20-50469-SLJ<br><br>Chapter 11<br>(Subchapter V)<br><br>**DECLARATION OF DEBTOR IN SUPPORT OF AMENDED SCHEDULES** |

I, Mordechai Koka, declare and say:

1. I am the Debtor herein having caused to be filed the herein case on March 10, 2020.

2. Filed concurrent herewith is an amended petition and amended schedules.

3. Though I individually have a contractor's license identified as License No. 1015144, it has always been associated with Green Bay Builders, Inc. My license expired on June 30, 2020. I have never used my license in an individual capacity and hence I delete the reference to a sole proprietorship in my amended petition.

4. I have amended Schedules A/B, D, E/F and H. *These amendments are as of today's date, not as of the petition date.* Hence, the following explanations are in order:

   a. <u>Vicky Ave., Napa</u>. I no longer own the Napa Property. It was sold after entry of an order authorizing sale from this Court. Hence I no longer show the Napa Property in my

1
DECLARATION OF DEBTOR IN SUPPORT OF AMENDED SCHEDULES

Schedule A/B. Instead, I reflect the $99,832.31 of remaining net proceeds held in the Farsad Law Offices, Trust account . All deductions were with approval from this Court as follows:

| | |
|---|---|
| Net proceeds | $198,502.31 |
| Farsad Law interim Compensation | $18,670 |
| Gardner settlement | $50,000 |
| Retainer-Fuller Law Firm, P.C. | $30,000 |
| | <u>$98,670</u> |
| Net Proceeds | $99,832.31 |

b.   Since the Napa Property was sold, the obligation to FCI Lender Services was paid off and is deleted from Schedule D.

c.   <u>Alameda Property</u>.  The Alameda Property is valued at $1,750,000. After extensive market exposure, this appears to be the best valuation of the Alameda Property in that it reflects the latest and best offer to date.

d.   <u>Lafayette Property</u>.  The Lafayette Property value was increased to the value reported by Zillow.com on today's date.

e.   Since post-petition payments were not made on the Lafayette Property (now that I am employed I will resume payments), the loan balance was updated to the estimated current balance.

f.   As to the claims of Hulgan, Hoang, Morgan and Hanna, I am not an obligor under the underlying contracts. However, I stipulated to allow the Gardner and Hanna claims and want them as well as Hoang and Hulgan, to share in any distributions consistent with any confirmed plan. Also, I am the sole shareholder of Green Bay Builders, Inc. Hence, these are scheduled with Green Bay Builders, Inc. as co-obligors. I am no longer scheduling them as contingent claims.

g.   I have deleted the "contingent" designation from all other liabilities except for tenant security deposits.  Though my liability, if any there may be may be dependent on Green Bay Builders, Inc.'s failure to pay, Green Bay Builder's Inc. is defunct.  It lacks the ability to pay.

h.   I have deleted the pre-petition bank accounts and inserted the post-petition DIP

2
DECLARATION OF DEBTOR IN SUPPORT OF AMENDED SCHEDULES

account and the Bank of America account.

    i.    I have deleted the MacKenzie security deposit obligation because this tenant has vacated and the deposit has been dispositioned.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

DATED:    August 31, 2021    /s/ Mordechai Koka

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95125
(408) 295-5595

3
DECLARATION OF DEBTOR IN SUPPORT OF AMENDED SCHEDULES