LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
Lars@fullerlawfirm.net

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA<br><br><br>Debtor | CASE NO. 20-50469-SLJ<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY ON 1702 PARU STREET, ALAMEDA, CA**<br><br>Chapter 11<br><br>Date:  Sept. 28, 2021<br>Time:  11:00 AM<br>Court:  Telephone or Video Only\*\*\* |

COMES NOW Debtor Mordechai Koka by and through The Fuller Law Firm, P.C. his attorneys of record and respectfully submits the herein Memorandum of Points and Authorities in support of Debtor's motion to sell his real property at 1702 Paru St., Alameda, CA ("Alameda Property" hereinafter) as follows:

## I.  Background

Memorandum of Points and Authorities in Support of
Motion Authorizing Sale of Real Property at 1702 Paru St., Alameda, CA
Case: 20-50469  Doc# 235  Filed: 09/16/21  Entered: 09/16/21 16:27:32  Page 1 of 3

FULLER LAW FIRM, P.C.
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

FULLER LAW FIRM, P.C.
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

Debtor is the owner of the Alameda Property. The Alameda Property is a Victorian style tri-plex property consisting of 13 bedrooms and 5 bathrooms in a total of 5,033 square feet on a 6,011 square foot lot.  The middle floor tenant has vacated.

The Property is difficult to sell.  It does not show well.  It has structural pest control issues that need to be addressed or negotiated. The tenants are paying less than fair market rent and make it difficult to show the Property. The City of Alameda has enacted a rent control ordinance.

Premier, Debtor's broker, has now procured Alex Krem that offered to purchase the Alameda Property for $1,750,000 payable with cash to a new loan of $875,000. .  However, the offer is contingent on the Alameda Property being delivered vacant. Its intended use is as a non-profit for the disabled- specifically for three families with disabled children. Hence, the Property is ideal for this buyer.

Premier will negotiate for the removal of the two remaining tenants. The Buyer will pay for any relocation costs, subject to being reimbursed on closing.

Loan and appraisal contingency have been removed.  The inspection contingency is to be removed by Sept. 10, 2021.  The repairs costs are significant and negotiated concessions are anticipated.  The estimated proceeds of sale, before repair concession and tenant relocation expenses are estimated as follows:

| | | | |
|---|---|---|---|
| Sales Price | | | $1,750,000 |
| Encumbrances | | 952,794[1] | |
| Closing costs | | | |
| Commissions | 105,000 | | |
| Transfer taxes | 12,425 | | |
| Escrow, title, notary & recording | 685 | | |
| East Bay Muni Utilities | 8,467.78 | | |
| | | 126,577.78 | |
| | | | $1,079,371.78 |
| **Estimated Proceeds** | | | **$   670,628** |

---

[1] Figures from Orange Title Co. estimated closing statement.

Memorandum of Points and Authorities in Support of
Motion Authorizing Sale of Real Property at 1702 Paru St., Alameda, CA

Case: 20-50469    Doc# 235    Filed: 09/10/21    Entered: 09/10/21 16:27:32    Page 2 of 3

FULLER LAW FIRM, P.C.
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

1

2

3

4

## II. Legal Analysis

Debtor is bringing this motion under 11 U.S.C. §363 which provides in pertinent part as follows:

> The trustee , after notice and a hearing, may use, sell or
> lease, other than in the ordinary course of business,
> property of the estate… 11 U.S.C. §363 (b)(1)

The instant transaction is not in the ordinary course of debtor's business. Though Debtor was in the business of renting property, he was not in the business of selling or flipping property. The sale is consistent with the Joint Gardner/Koka proposed plan.

WHEREFORE, Debtor prays for an order: (1) authorizing debtor to sell the Alameda Property to Alex Krem and/or assignees for $1,750,000 unless a higher and better offer is obtained before the hearing date; (2) to allow ordinary closing costs, including commissions, credits for relocating tenants and creditor for repairs, as set forth in the motion; and (3) for such other and further relief as is just.

DATED: Sept. 10, 2021                THE FULLER LAW FIRM, P.C.


By:    /s/ *Lars T. Fuller*
       LARS T. FULLER
       Attorney for Debtor

Memorandum of Points and Authorities in Support of
Motion Authorizing Sale of Real Property at 1702 Baru St., Alameda, CA