In re: **Mordechai Koka**
BK Case No.: **20-50469-SLJ**

# CERTIFICATE OF SERVICE

I, Lars T. Fuller, declare that I am a citizen and resident of the United States of America and over 18 years of age and not a party to the within entitled litigation. My business address is The Fuller Law Firm, P.C., 60 North Keeble Avenue, San Jose, California 95126. On this date I served the following documents on the person named below by faxing a true copy thereof to the fax number indicated below or by placing a true copy thereof in a sealed envelope with first class postage thereon, fully prepaid, in the United States mail at San Jose, California addressed as addressed below or by e-mail or by electronic filing, as set forth below:

1) Motion Authorizing Sale of Real Property at 1702 Paru St., Alameda, CA
2) Memorandum of Points and Authorities in Support of Motion Authorizing Sale of Real Property at 1702 Paru St., Alameda, CA
3) Supplemental Declaration of Debtor in Support of Motion Authorizing Sale of Real Property at 1702 Paru St. Alameda, CA

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on **September 10, 2021** at San Jose, California.

_____/s/ *Lars T. Fuller*_____

**ELECTRONIC SERVICE LIST:**

Office of the U.S. Trustee, Attn: Jared A. Day, 300 Booth St. #3009, Reno, NV 89509
Christopher Hayes, Subchapter V Trustee, 23 Railroad Ave, #1238, Danville, CA 94526
All ECF Participants

**CERTIFIED-MAIL SERVICE LIST:**

Deutsche Bank National Trust Company
1761 East St. Andrew Place, 2nd Floor
Santa Ana, CA 92705
Attn: Michael Caro, Vice President

Deutsche Bank National Trust Company
1011 Centre Road, Suite 200
Wilmington, DE 19805
Attn: Michael Caro, Vice President

Citibank (West), FSB
One Sansome Street, 22nd Floor
San Francisco, CA 94104
Attn: Sunil Garg, CEO

Citibank, N.A.
5800 S. Corporate Place
Sioux Falls, SD 57108
Attn: Sunil Garg, CEO

HSBC Bank USA, National Association
1800 Tysons Blvd, Ste 50
Tysons, VA 22102
Attn: Michael M. Roberts, CEO

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

**MAIL SERVICE LIST:**

Deutsche Bank National Trust Company
c/o McCarthy & Holthus, LLP
411 Ivy Street
San Diego, CA 92101

Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Deutsche Bank National Trust Company
3 Park Plaza, 16th Floor
Irvine, CA 92614
Attn: Michael Caro, Vice President

HSBC Bank USA, N.A.
c/o C T Corporation System
330 N. Brand Blvd, Ste 700
Glendale, CA 91203
Attn: Amanda Garcia

See list attached.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 20-50469<br>California Northern Bankruptcy Court<br>San Jose<br>Fri Sep 10 15:49:21 PDT 2021 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Deutsche Bank National Trust Company, as Ind<br>c/o McCarthy & Holthus, LLP<br>2763 Camino Del Rio South<br>San Diego, CA 92108-3708 | Green Bay Builders, Inc.<br>858 Acalanes Rd<br>Lafayette, CA 94549-3302 | HSBC Bank USA, National Association<br>c/o BDFTW, LLP<br>4004 Belt Line Rd Ste. 100<br>Addison, TX 75001-4320 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 |
| U.S. Bankruptcy Court<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113-3099 | Aldridge Pite, LLP<br>4375 Jutland Dr Ste 200P<br>San Diego, CA 92117-3600 | Alexander & Scott Beuscher<br>1702 Paru St.<br>Alameda, CA 94501-1273 |
| Allan and Nicole Hulgan<br>549 Papac Way<br>San Jose, CA 95117-1567 | Arnaldo Catolos and Tate Arron Catolos<br>1702 Paru St.<br>Alameda, CA 94501-1273 | CBA Collection Bureau<br>25954 Eden Landing Rd.<br>Hayward, CA 94545-3837 |
| Citi Visa (Costco)<br>P.O. Box 6217<br>Sioux Falls, SD 57117-6217 | CitiMortgage, Inc.<br>1000 Technology Dr.<br>MS 504A<br>O Fallon, MO 63368-2240 | Contractors State License Board<br>Sacramento Intake/Mediation<br>Center<br>P.O. Box 269116<br>Sacramento, CA 95826-9116 |
| Credit Collection<br>P.O. Box 607<br>Norwood, MA 02062-0607 | Credit Collection Services<br>PO Box 607<br>Norwood, MA 02062-0607 | Dale Gardener and Melissa Gardner<br>442 Fulton Court<br>Santa Clara, California 95051-6307 |
| Daniel Morgan<br>c/o Philip C. Zvonicek<br>1880 Century Park East, Suite 1200<br>Los Angeles, CA 90067-1621 | Darlene C. Vigil<br>Barrett Daffin Frappier Treder & Weiss,<br>3990 Concours Ste 350<br>Ontario, CA 91764-7971 | |
| Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Deutsche Bank National Trust Company<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | Employment Development Department<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| FCI Lender Services, Inc.<br>P.O. Box 272370<br>Anaheim, CA 92809-0112 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Franchise Tax Board<br>PO Box 942867<br>Sacramento, CA 94267-0001 |

HOUZZ
285 Hamilton Ave., 4th Floor
Palo Alto, CA 94301-2540

HSBC Bank USA, National Association
c/o Barrett Daffin Frappier
Treder & Weiss LLP
4004 Belt Line Rd Ste. 100
Addison, TX 75001-4320

HSBC Bank USA, National Association
c/o Nationstar Mortgage LLC
Attention: Bankruptcy Department
PO Box 619096
Dallas, TX 75261-9096

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jeff and Amalia Hanna
161 Cherry Ave.
Campbell, CA 95008-3415

Julia Mackenzie; Lauren Mackenzie
Tammy Le; Elliott Allan
1702 Paru St.
Alameda, CA 94501-1273

Mai T. Hoang
9814 Davona Dr.
San Jose, CA 94583-2910

Manolo & Erlina Penaranda
Arnaldo Catolos & Tate Arron
Catolos
1702 Paru St.
Alameda, CA 94501-1273

Melissa Gardner
442 Fulton Ct.
Santa Clara, CA 95051-6307

Meyer Law Group, LLP
Attn: Brent D. Meyer, Esq.
268 Bush Street #3639
San Francisco, California 94104-3503

Mr. Cooper
8950 Cypress Waters Blvd.
Coppell, TX 75019-4620

Nationstar Mortgage, LLC DBA Mr. Cooper
PO Box 619094
Dallas, TX 75261-9094

Nicole and Alan Hulgan
549 Papac Way
San Jose, CA 95117-1567

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Office of the United States Trustee
Attn: Terri H. Didion
2500 Tulare Street, Suite 1401
Fresno, CA 93721-1326

SALES FORCE
415 Missioni St., 3rd Floor
San Francisco, CA 94105-2504

Select Portfolio Servicng
Attn: Legal Dept.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Selwyn D. Whitehead, Esq.
4650 Scotia Ave
Oakland, CA 94605-5655

Shimon Bouganim
c/o Michael D. Kolodzi, Esq.
433 North Camden Drive, #600
Beverly Hills, CA 90210-4416

Steve Frankel
315 Bryan Ct.
Palo Alto, CA 94301-1401

Tenant #1
1702 Paru St.
Alameda, CA 94501-1273

Tenant #2
1702 Paru St.
Alameda, CA 94501-1273

Tenant #3
1702 Paru St.
Alameda, CA 94501-1273

Thanh-Tam Morgan and Daniel
Morgan
1040 W. Edmundson Ave.
Ceres, CA 95307

United Site Services
P.O. Box 53267
Phoenix, AZ 85072-3267

Dale Gardner
442 Fulton Court
Santa Clara, CA 95051-6307

Jeff Hanna
161 Cherry Avenue
Campbell, CA 95008-3415

| Mordechai Koka | | Richard Dahnken |
| --- | --- | --- |
| 858 Acalanes Rd. | | Castlemont Realty |
| Lafayette, CA 94549 | | 2760 Camino Diablo, Suite B |
| | | Walnut Creek, CA 94597-3906 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

State Board of Equalization
Attn: Special Procedures Section, MIC:55
P.O. Box 942879
Sacramento, CA 94279


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)Nationstar Mortgage LLC d/b/a Mr. Cooper | (d)Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | (u)Allan Hulgan |
| --- | --- | --- |
| (u)Amalia Hanna | (u)Melissa Gardner | (u)Nicole Hulgan |

End of Label Matrix
Mailable recipients    62
Bypassed recipients     6
Total                  68