LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
Lars@fullerlawfirm.net

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA<br><br>Debtor | CASE NO. 20-50469-SLJ<br><br>**SUPPLEMENTAL DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO ENCUMBER REAL PROPERTY**<br><br>Chapter 11<br><br>Date: Sept. 21, 2021<br>Time: 2:00 PM<br>Court: Telephone or Video Only*** |

I, Mordechai Koka, declare and say:

1. I am the Debtor herein having caused to be filed the herein case on March 10, 2020 to stay the foreclosure sale of my Lafayette home.

2. I am the owner of 858 Acalanes Rd. Lafayette, CA ("Lafayette Property" hereinafter). The Lafayette Property consists of a single family residence of 1788 square feet built in 1939 together with two accessory dwelling units (ADUs) on a 25,265 square foot lot. The Lafayette Property has substantial deferred maintenance including the following:

Supplemental Declaration of Debtor in Support of Motion to Encumber Real Property

a. Foundation- the ground is settling causing foundation problems. The house needs to be jacked up, piers drilled and pier and grade beam foundation poured;

b. Plumbing – the house has water flow problems resulting from buildup in the water pipes, some of which are galvanized;

c. Electrical – though functional, it is not up to current code;

d. Roof – the roof is about 35 years old and leaks in a few places;

e. Landscaping – there is virtually no landscaping;

f. Stucco – the stucco is cracked and deteriorating;

g. Paint – the house needs to be painted inside and outside

h. The driveway is functional but gravel

i. Tree work; Trees need to be cut and trimmed and trees too close to the house need to be removed;

3. Zillow.com currently values the Lafayette Property at $1,605,600.[1] After consulting with Rick Dahnken, my Realtor on my property in Alameda, CA, I opine that the Lafayette Property is not likely to sell for more than $1,550,000.

4. The Lafayette Property is encumbered by a first deed of trust serviced by Mr. Cooper. Pursuant to Proof of claim No. 4 filed in the herein case on June 19, 2020, the balance of the 1st loan was $965,095.64 inclusive of arrears in the amount of $428,325.78. I am approximately $95,000 post-petition delinquent in payments. However, now being employed, I can resume payments in Oct. 2021.

5. On July 20, 2021 the Gardners and I filed a joint plan ("Joint Plan") which provides for me to turn over the proceeds of sale of real property at 1702 Paru St., Alameda, CA to

---

[1] The redlined Joint Debtor/Gardner Plan values the Lafayette Property, for liquidation value purposes, at $1,621,500, the Zillow valuation at the time of drafting.

Supplemental Declaration of Debtor in Support of Motion to Encumber Real Property

creditors, but for me to retain the Lafayette Property. In order to cure the substantial arrears on the Lafayette Property, the Joint Plan proposes that I place a new second loan on the Lafayette Property with the proceeds used to cure the arrears to Mr. Cooper.

6. I am now employed earning $12,000/month. I receive my first check this Friday. With this employment income, I believe that I will be able to debt service the Lafayette Property and retain my home.

7 El Dorado Consulting, a Wyoming Corporation, as Lender, through Sharron Drake, Legacy Real Estate Services, has agreed to extend new financing secured by a junior deed of trust on the Lafayette Property in an amount not to exceed $550,000 under various options. I have selected the option of a 3 year loan payable in interest only payments of $5400.15/month representing monthly interest only payments at 11.782%. The cost of the loan is 3.98% of the loan amount.

8 In addition, I need to pay a broker loan fee of .50%, a broker processing fee of $1,000.00, collateral review of $1,050.00, a underwriting fee of $550.00 a processing fee of $750.00 and recording/lender title endorsement fees of $405.00.

9. This loan will not adversely impact creditors and will allow me to retain the family residence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: Sept. 14, 2021

/s/ Mordechai Koka

Supplemental Declaration of Debtor in Support of Motion to Encumber Real Property