Selwyn D. Whitehead, Esq. (CSB No. 236391)
**LAW OFFICES OF SELWYN D. WHITEHEAD**
4650 Scotia Avenue
Oakland, CA 94605
Tel: (510) 632-7444
Fax: (510) 856-5180
Email: selwynwhitehead@yahoo.com

Julyn M. Park (CSB No. 213429)
Deirdre M. DiGrande (CSB No. 199766)
**LOCKHART PARK, LLP**
4655 Old Ironsides Drive, Suite 250
Santa Clara, CA 95054-1854
Tel: (408) 416-2929
Fax: (855) 368-1020
Email: jpark@lockhartpark.com
ddigrande@lockhartpark.com

Attorneys for Creditors
JEFF HANNA and AMALIA HANNA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 20-50469-SLJ |
| MORDECHAI KOKA, | Chapter 11 |
| Debtor. | **CREDITORS JEFF AND AMALIA HANNAS' EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO FILE OBJECTION TO MOTION FOR ORDER AUTHORIZING DEBTOR TO ENCUMBER REAL PROPERTY** |
| | Date: None scheduled<br>Time:<br>Location:<br>Judge: Hon. Stephen L. Johnson |

Creditors Jeff Hanna and Amalia Hanna ("the Hannas") submit this ex parte application for an order extending the time to object to the Motion for Order Authorizing Debtor to Encumber Real Property ("Encumbrance Motion") [Dkt. No. 172] on the grounds that Debtor filed a supplemental memorandum of points and authorities and declaration earlier on evening of September 14, 2021 [Dkt. No. 238] that contains additional facts and law. The Hannas require

- 1 -

sufficient opportunity to address these additional facts and legal arguments and, therefore, request that the time to file their objection be extended to Thursday, September 16, 2021. The Hannas submit that allowing them this additional time will provide the Court with all the necessary information with which to make a reasoned decision.

Respectfully submitted,

Dated: September 14, 2021

LAW OFFICES OF SELWYN D. WHITEHEAD

/s/ *Selwyn D. Whitehead*
Selwyn D. Whitehead
Attorney for Creditors
JEFF HANNA and AMALIA HANNA

Dated: September 14, 2021

LOCKHART PARK, LLP

/s/ *Deirdre M. Digrande*
Deirdre M. Digrande
Attorneys for Creditors
JEFF HANNA and AMALIA HANNA

- 2 -
The Hannas' Ex Parte Application for Order Extending Time to File Objection to Encumbrance Motion
Case No. 20-50469-SLJ

Case: 20-50469    Doc# 242    Filed: 09/14/21    Entered: 09/14/21 23:04:57    Page 2 of 2