SELWYN D. WHITEHEAD, ESQ. (CSB No. 236391)
**LAW OFFICES OF SELWYN D. WHITEHEAD**
4650 Scotia Avenue
Oakland, CA 94605
Tel: (510) 632-7444
Fax: (510) 856-5180
Email: selwynwhitehead@yahoo.com

JULYN M. PARK (CSB No. 213429)
DEIRDRE M. DIGRANDE (CSB No. 199766)
**LOCKHART PARK, LLP**
4655 Old Ironsides Drive, Suite 250
Santa Clara, CA 95054-1854
Tel: (408) 416-2929
Fax: (855) 368-1020
Email: jpark@lockhartpark.com
ddigrande@lockhartpark.com

Attorneys for Creditors
JEFF HANNA and AMALIA HANNA

*The following constitutes the order of the Court.*
*Signed: September 16, 2021*

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MORDECHAI KOKA,<br><br>      Debtor. | Case No. 20-50469-SLJ<br><br>Chapter 11<br><br>**ORDER EXTENDING TIME FOR CREDITORS JEFF AND AMALIA HANNA TO FILE OBJECTION TO MOTION FOR ORDER AUTHORIZING DEBTOR TO ENCUMBER REAL PROPERTY** |

Having considered the Ex Parte Application of creditors Jeff and Amalia Hanna for an order extending time to file an objection [Dkt. No. 242] to the Motion for Order Authorizing Debtor to Encumber Real Property [Dkt. No. 172] and finding good cause therefore, the Court hereby orders as follows:

////

////

- 1 -

1. The Ex Parte Application is GRANTED;

2. Creditors Jeff and Amalia Hanna shall file and serve their objection to the Motion for Order Authorizing Debtor to Encumber Real Property no later than September 16, 2021.

**\*\*\*END OF ORDER\*\*\***