Entered on Docket
September 17, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: September 16, 2021

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA,<br><br>        Debtor. | Case No.: 20-50469 SLJ<br><br>Chapter 11 |

## ORDER CONTINUING HEARINGS

In separate instances, the court continued the hearings on the Objection to Homestead Exemption (DKT 145) and the Motion to Encumber Property (DKT 172) to September 21, 2021, and the Motion to Sell the Alameda Property (DKT 202) to September 28, 2021. In the interest of judicial economy,

IT IS HEREBY ORDERED that the hearings on the Objection to Homestead Exemption and the Motion t Encumber Property is CONTINUED from September 21, 2021, to **September 28, 2021, at 11:00 a.m.**, to be heard concurrently with the Motion to Sell the Alameda Property. No appearance is necessary on September 21, 2021.

*** END OF ORDER***

**COURT SERVICE LIST**

ECF Notifications