**DAVID S. HOFFMAN, Attorney at Law**
**1500 E. Hamilton Ave. #118**
**Campbell, CA 95008**

David S. Hoffman     State Bar No: 151656

**Telephone: 408/412-8427**
**Telefax:      408/412-8425**

Attorneys for ALLAN R. HULGAN
and NICOLE A. HULGAN

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE BRANCH

| | |
|---|---|
| IN RE:<br><br>MORDECHAI KOKA<br><br>Debtor. | NO:   20-50469 SLJ<br>Chapter 11<br><br>**JOINDER OF CREDITORS ALLAN AND NICOLE HULGAN INJEFF AND AMALIA HANNAS' OBJECTION TO MOTION FOR ORDER AUTHORIZING DEBTOR TO ENCUMBER REAL PROPERTY**<br><br>Date:   September 21, 2021<br>Time:   2:00 p.m.<br>Location: Telephonic/Videoconference<br>Judge:  Hon. Stephen L. Johnson |

**TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR, CREDITORS DALE GARDNER AND MELISSA GARDNER, AND ALL OTHER INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that creditors Allan and Nicole Hulgan hereby join the objection filed by creditors Jeff and Amalia Hanna [Dkt. No. 244] to the Motion for Order Authorizing Debtor to

///

///

In re: Koka
20-50469-SLJ
JOINDER OF CREDITORS ALLAN AND NICOLE HULGAN INJEFF AND AMALIA HANNAS' OBJECTION TO MOTION FOR ORDER AUTHORIZING DEBTOR TO ENCUMBER REAL PROPERTY

-1-

Encumber Real Property [Dkt. No. 172] and incorporate by this reference all arguments and requests for relief stated therein.

Respectfully submitted,

Dated: September 17, 2021          **DAVID S. HOFFMAN**, *Attorney at Law*

By: /s/ David S. Hoffman

David S. Hoffman, Attorney for Allan R. Hulgan and Nicole A. Hulgan

In re: Koka
20-50469-SLJ
JOINDER OF CREDITORS ALLAN AND NICOLE HULGAN INJEFF AND AMALIA HANNAS' OBJECTION TO MOTION FOR ORDER AUTHORIZING DEBTOR TO ENCUMBER REAL PROPERTY

Case: 20-50469   Doc# 246   Filed: 09/17/21   Entered: 09/17/21 10:32:02   Page 2 of 4      -2-

# CERTIFICATE OF SERVICE BY ECF AND MAIL

State of California            }
County of Santa Clara     }

I, the undersigned, declare as follows:

    I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is 1500 E. Hamilton Ave. #115, Campbell, CA 95008.

    On September 17, 2021, I served the foregoing document described as **REQUEST FOR NOTICE AND INCLUSION IN MAILING GRID** on the interested parties via ECF or at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Jose, California, addressed as follows:

| | |
|---|---|
| Jared A. Day, Esq.<br>OFFICE OF THE U.S. TRUSTEE<br>300 Booth Street, Suite 3009<br>Reno, NV 89509<br>Tel: (775) 784-5335<br>Email: jared.a.day@usdoj.gov<br>Email: ankey.to@usdoj.gov<br>*on Behalf of the Office of the U.S. Trustee/SJ*<br><br>*U.S. Trustee* Via ECF | Mordechai Koka<br>1409 Enderby Way<br>Sunnyvale, CA 95113-3004<br><br>Debtor - Via US Mail |
| U.S. Trustee<br>Office of the U.S. Trustee/SJ<br>U.S. Federal Building<br>280 S. 1st Street, Suite 268<br>San Jose, CA 95113-3004<br>Email: ustpregion17.sj.ecf@usdoj.gov<br><br>*U.S. Trustee* Via ECF | Arasto Farsad<br>Farsad Law Office<br>1625 The Alameda, #525<br>San Jose, CA 89509<br>Email: farsadecf@gmail.com<br>Email: farsadecf@ecf.courtdrive.com<br>Email: nancy@farsadlaw.com<br>*on Behalf of Debtor Mordechai Koka aka Moti Koka dba Green Bay Builders, Inc.*<br><br>Attorney for Debtor Via ECF |
| Lars T. Fuller, Esq.<br>THE FULLER LAW FIRM, PC<br>60 No. Keeble Avenue<br>San Jose, CA 95126<br>Tel: (408) 295-5595<br>Fax: (408) 295-9852<br>Email: fullerlawfirmecf@aol.com,<br>larsfullerecf@aol.com<br>*on Behalf of Debtor*<br>*Mordechai Koka aka Moti Koka*<br>Attorney for Debtor Via ECF | Brent D. Meyer, Esq.<br>MEYER LAW GROUP, LLP<br>268 Bush Street, Suite 3639<br>San Francisco, CA 94104<br>Tel: (415) 765-1588<br>Fax: (415) 762-5277<br>Email: brent@meyerllp.com<br>*on Behalf of Creditors*<br>*Dale & Melissa Gardner*<br>Attorney for Creditor Via ECF |

In re: Koka
20-50469-SLJ
JOINDER OF CREDITORS ALLAN AND NICOLE HULGAN INJEFF AND AMALIA HANNAS' OBJECTION TO MOTION FOR ORDER AUTHORIZING DEBTOR TO ENCUMBER REAL PROPERTY

-3-

| | |
|---|---|
| Craig V. Winslow, Esq.<br>LAW OFFICES OF CRAIG V. WINSLOW<br>630 N. San Mateo Drive<br>San Mateo, CA 94401<br>Tel: (650) 347-5445<br>Email: craig@cvwlaw.com<br>**on Behalf of Creditors Dale & Melissa Gardner**<br><br>Attorney for Creditor Via ECF<br><br>JULYN M. PARK (CSB No. 213429)<br>DEIRDRE M. DIGRANDE (CSB No. 199766)<br>LOCKHART PARK, LLP<br>5201 Great America Parkway, Suite 320<br>Santa Clara, CA 95054<br>Tel: (408) 416-2929<br>Fax: (855) 368-1020<br>Email: jpark@lockhartpark.com<br>Email: ddigrande@lockhartpark.com<br>**on Behalf of Creditors Jeff and Amalia Hanna**<br><br>Attorney for Creditor Via ECF<br><br>Kelly M. Kaufmann, Esq.<br>MCCARTHY & HOLTHUS LLP<br>1770 4th Avenue<br>San Diego, CA 92101<br>Tel: (619) 685-4800, ext. 1834<br>Email: bknotice@mccarthyholthus.com<br>**on Behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee for the Impac CMB Trust Series 2007-A**<br><br>Attorney for Creditor Via ECF | Edward A. Treder, Esq.<br>BARRETT, DAFFIN, FRAPPIER, TREDER & WEISS<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA 91765<br>Tel: (626) 915-5714<br>Email: ndcaecf@BDFGroup.com<br>**on Behalf of Creditor HSBC Bank USA, National Association**<br><br>Attorney for Creditor Via ECF<br><br>Selwyn D. Whitehead, Esq.<br>LAW OFFICES OF SELWYN D. WHITEHEAD<br>4650 Scotia Avenue<br>Oakland, CA 94605<br>Tel: (510) 632-7444<br>Fax: (510) 856-5180<br>Email: selwynwhitehead@yahoo.com<br>**on Behalf of Creditors Jeff and Amalia Hanna**<br><br>Attorney for Creditor Via ECF |

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U. S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 17th day of September, 2021 at , California

Dated: September 17, 2021          _____/s/ David S. Hoffman_____
                                                                  David S. Hoffman

In re: Koka
20-50469-SLJ
JOINDER OF CREDITORS ALLAN AND NICOLE HULGAN INJEFF AND AMALIA HANNAS' OBJECTION TO MOTION FOR ORDER AUTHORIZING DEBTOR TO ENCUMBER REAL PROPERTY

Case: 20-50469    Doc# 246    Filed: 09/17/21    Entered: 09/17/21 10:32:02    Page 4 of 4

-4-