Selwyn D. Whitehead, Esq. (CSB No. 236391)
LAW OFFICES OF SELWYN D. WHITEHEAD
4650 Scotia Avenue
Oakland, CA 94605
Tel: (510) 632-7444
Fax: (510) 856-5180
Email: selwynwhitehead@yahoo.com

Julyn M. Park (CSB No. 213429)
Deirdre M. DiGrande (CSB No. 199766)
LOCKHART PARK, LLP
5201 Great America Parkway, Suite 320
Santa Clara, CA 95054
Tel: (408) 416-2929
Fax: (855) 368-1020
Email: jpark@lockhartpark.com
       ddigrande@lockhartpark.com

Attorneys for Creditors
JEFF HANNA and AMALIA HANNA

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>MORDECHAI KOKA,<br><br>       Debtor-in-Possession. | Case No. 20-50469-SLJ<br><br>Chapter 11<br><br>**NOTICE OF ERRATA RE CREDITORS JEFF AND AMALIA HANNAS' OBJECTION TO MOTION FOR ORDER AUTHORIZING DEBTOR TO ENCUMBER REAL PROPERTY**<br><br>Date: September 21, 2021<br>Time: 2:00 p.m.<br>Location: Telephonic/Videoconference<br>Judge: Hon. Stephen L. Johnson |

**TO THE HONORABLE STEPHEN L. JOHNSON, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR, CREDITORS, AND ALL OTHER INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the Objection to Motion for Order Authorizing Debtor to Encumber Real Property filed by creditors Jeff and Amalia Hanna on September 16, 2021 [Dkt. No. 244] contains the following errors that they correct as follows:

| Page | Line | Error | Correction |
|------|------|-------|------------|
| 3 | 27 | Once | One |
| 4 | 2 | n | in |

Dated: September 18, 2021             LAW OFFICES OF SELWYN D. WHITEHEAD


/s/ *Selwyn D. Whitehead*
    Selwyn D. Whitehead
    Attorney for Creditors
    JEFF HANNA and AMALIA HANNA


Dated: September 18, 2021             LOCKHART PARK, LLP


/s/ *Deirdre M. Digrande*
    Deirdre M. Digrande
    Attorneys for Creditors
    JEFF HANNA and AMALIA HANNA