JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811
jwong@mccarthyholthus.com

Attorneys for
Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series 2007-A, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Mordechai Koka,<br>aka Moti Koka,<br>dba Green Bay Builders, Inc.,<br><br>    Debtor. | Case No. 20-50469 SLJ<br><br>Chapter 11<br><br>**NOTICE AND OPPORTUNITY FOR HEARING ON MOTION TO APPROVE <u>AMENDED</u> STIPULATION FOR PLAN TREATMENT ON FIRST LIEN SECURED BY REAL PROPERTY LOCATED AT 1702 PARU STREET, ALAMEDA, CA 94501**<br><br>[no hearing]<br><br>Judge: Stephen L. Johnson |

1

TO: Debtor, Mordechai Koka; United States Trustee; Debtor's Attorney of Record, Lars T. Fuller; and Other Interested Parties:

NOTICE IS HEREBY GIVEN that Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series 2007-A, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc. ("Secured Creditor") and Mordechai Koka ("Debtor") by and through their attorneys of record have agreed to amend the Chapter 11 Plan treatment of Secured Creditor's lien secured by the real property at 1702 Paru Street, Alameda, CA 94501 ("Property"). The terms of the <u>Amended</u> Agreement are attached to this Motion as "**Exhibit 1**."

FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Rule 9014-1(b)(3), any objection to the requested relief or request for hearing on the matter shall be in writing and shall be served upon moving party and filed with the Court by the responding party within twenty-one (21) days of mailing this notice. The objection or request for hearing must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position. In the event an objection or request for hearing is timely made, the moving party will give at least seven (7) days written notice of the hearing to the objecting or requesting party and to any trustee or committee appointed in this case.

Failure of the responding party to timely file written opposition or request a hearing may be deemed a waiver of any opposition and the Motion may be granted without further hearing.

Dated: 9/17/2021                                    McCarthy & Holthus, LLP

By:  /s/ Jennifer C. Wong
Jennifer C. Wong, Esq.
Attorney for Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series 2007-A, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.

2

File No. CA-20-161454
Notice of Motion, Case No. 20-50469 SLJ
Case: 20-50469    Doc# 249    Filed: 09/20/21    Entered: 09/20/21 10:21:32    Page 2 of 2