**Daniel Morgan**
1040 W. Edmundson Avenue
Morgan Hill, CA 95037
(408) 476-3625
morgman83@gmail.com



September 18, 2021

The Hon. Stephen L. Johnson, Courtroom 9
U.S. Bankruptcy Court, Northern District of California
280 South First Street, Room 3035
San Jose, CA 95113-3099

      Re:   In re Mordechai Koka
               Case No. 20-50469-SLJ

Dear Judge Johnson:

      I am one of the unsecured creditors of Mordechai "Moti" Koka. I filed a proof of claim in the amount of $100,682.36. I hired Mr. Koka's company, Green Bay Builders, to build an addition onto my residence and paid him $80,000.00. Green Bay Builders demolished part of my house, did not adhere to the agreed schedule, did not pull the necessary permits, did shoddy work, walked off the job, misappropriated the money given to him for building materials and spent it instead on purchasing a property for himself in Napa. I had to expend an additional $34,890 on another contractor to correct Green Bay Builders' shoddy work.

      I have read some of the documents filed by Moti Koka and the other creditors in the last few months and I see that the Hannas (Jeff and Amalia) and I are in the same position: we are small creditors who will receive a small percentage of what Mr. Koka owes us if he and the large creditor, Dale Gardner, get their way. I agree with Mr. and Mrs. Hanna that Mr. Koka should be not be allowed to continue to live in his Lafayette house when he lied to us, took our money, destroyed our homes (the Hannas' and mine), and forced us to pay a steep price to other contractors to repair them. I agree with the Hannas that Mr. Koka should be forced to sell his Lafayette house (instead of his rental property in Alameda) and should not be allowed to obtain a second loan on it or claim it as a homestead. It appears that he is doing his best to make it impossible for small creditors like me to receive a fair payout. By "fair," I mean in the relative sense. What would be truly fair is for Mr. Koka to refund us all the money he pocketed and pay for the damage he and his workmen caused.

      I've been on the sidelines of this case until now. I am speaking up now for justice to be properly served against this despicable lying thief. I feel now that Your Honor and the other parties should know where I stand.

                                    Sincerely,

                                    Daniel Morgan, M.D.

RECEIVED
US BANKRUPTCY COURT
2021 SEP 20 P 8:17
280 SOUTH FIRST ST
SAN JOSE, CA 95113

The Hon. Stephen L. Johnson
U.S. Bankruptcy Court, Northern District of CA
280 South First Street, Room 3035
San Jose, CA 95113-3099