SELWYN D. WHITEHEAD, ESQ. (CSB No. 236391)
**LAW OFFICES OF SELWYN D. WHITEHEAD**
4650 Scotia Avenue
Oakland, CA 94605
Tel: (510) 632-7444
Fax: (510) 856-5180
Email: selwynwhitehead@yahoo.com

JULYN M. PARK (CSB No. 213429)
DEIRDRE M. DIGRANDE (CSB No. 199766)
**LOCKHART PARK, LLP**
4655 Old Ironsides Drive, Suite 250
Santa Clara, CA 95054-1854
Tel: (408) 416-2929
Fax: (855) 368-1020
Email: jpark@lockhartpark.com
ddigrande@lockhartpark.com

Attorneys for Creditors
JEFF HANNA and AMALIA HANNA

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA,**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>MORDECHAI KOKA,<br><br>      Debtor. | Case No. 20-50469-SLJ<br>Chapter 11<br><br>**CREDITORS JEFF AND AMALIA HANNAS'** *EX PARTE* **APPLICATION FOR AN ORDER CONTINUING THE HEARINGS ON: (1) CREDITORS' OBJECTION TO DEBTOR'S REQUEST FOR AN ORDER ALLOWING A HOMESTEAD EXEMPTION ON THE LAFAYETTE PROPERTY [DKT. NO. 145]; (2) DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE ENCUMBERENCE OF THE LAFAYETTE PROPERTY [DKT. NO. 172]; AND, (3) DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE SALE OF THE ALAMEDA PROPERTY [DKT. NO. 202]; CERTIFICATE OF SERVICE**<br><br>**Proposed Continued Hearing:**<br>Date: October 19, 2021<br>Time: 2:00 PM<br>Location: Telephonic/Videoconference<br>Judge: Hon. Stephen L. Johnson |

1

The Hannas' *Ex Parte* Application for an Order Continuing Hearings to October 19, 2021; Certificate of Service
Case No. 20-50469-SLJ

Case: 20-50469    Doc# 252    Filed: 09/22/21    Entered: 09/22/21 16:21:05    Page 1 of 4

Creditors Jeff Hanna and Amalia Hanna (hereinafter, "the Hannas") submit this *ex parte* application for an order continuing the hearings on the Creditors' Objection to Homestead Exemption [Dkt. No. 145], the Debtor's Motion to Encumber the Lafayette Property [Dkt. No. 172] and the Debtor's Motion to Sell the Alameda Property [Dkt. No. 202].

The Hannas' rationale for this application is that their lead counsel, Ms. Whitehead, has an unavoidable conflict on the date these matters are currently set for hearing, September 28, 2021. Ms. Whitehead's conflict is more fully described and articulated in her letter to the court, dated September 21, 2021. [See Dkt. No. 251.] As such, the Hannas respectfully request that this court issue an order granting their application continuing the hearings to October 19, 2021 at 2:00 PM.

Dated: September 22, 2021        Respectfully submitted by,

                                         **LAW OFFICES OF SELWYN D. WHITEHEAD**

                                       /**s**/ *Selwyn D. Whitehead*
                                       **SELWYN D. WHITEHEAD**
                                       **Attorney for Creditors**
                                       **JEFF HANNA and AMALIA HANNA**

# CERTIFICATE OF SERVICE

I, Selwyn D. Whitehead the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 4650 Scotia Avenue Oakland, CA 94605. On the date stated below, I served the following document(s):

1. **CREDITORS JEFF AND AMALIA HANNAS' EX PARTE APPLICATION FOR AN ORDER CONTINUING THE HEARINGS ON: (1) CREDITORS' OBJECTION TO DEBTOR'S REQUEST FOR AN ORDER ALLOWING A HOMESTEAD EXEMPTION ON THE LAFAYETTE PROPERTY [DKT. NO. 145]; (2) DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE ENCUMBERENCE OF THE LAFAYETTE PROPERTY [DKT. NO. 172]; AND, DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE SALE OF THE ALAMEDA PROPERTY [DKT. NO. 202]; AND,**
2. **THIS CERTIFICATE OF SERVICE**

on each party listed below requesting or requiring special notice in the manner or manners described below:

*VIA THE COURT'S ECF SYSTEM ONLY:*

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SJjared.a.day@usdoj.gov

Deirdre M. Digrande on behalf of Creditor Amalia Hannaddigrande@lockhartpark.com, ddigrande@yahoo.com

Arasto Farsad on behalf of Defendant Mordechai Kokafarsadecf@gmail.com, farsadecf@ecf.courtdrive.com

Lars T. Fuller on behalf of Debtor Mordechai KokaFullerlawfirmecf@aol.com, Larsfullerecf@aol.com

Christopher Hayes on behalf of Trustee Christopher Hayeschayestrustee@gmail.com, ecf.alert+Hayes@titlexi.com

David S. Hoffman on behalf of Requestor Allan Hulgandshoffmanesq@aol.com

Kelly Marie Kaufmann on behalf of Creditor Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series2007-Abknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com

Christopher M. McDermott on behalf of Creditor HSBC Bank USA, National Associationecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com

Brent D. Meyer on behalf of Creditor Dale Gardnerbrent@meyerllp.com

Office of the U.S. Trustee / SJUSTPRegion17.SJ.ECF@usdoj.gov

3

The Hannas' *Ex Parte* Application for an Order Continuing Hearings to October 19, 2021; Certificate of Service

| | |
|---|---|
| 1 | |
| 2 | Edward A. Treder on behalf of Creditor HSBC Bank USA, National Associationndcaecf@BDFGroup.com |
| 3 | |
| 4 | Nancy Weng on behalf of Defendant Mordechai Kokanancy@farsadlaw.com |
| 5 | Selwyn D. Whitehead on behalf of Creditor Amalia Hannaselwynwhitehead@yahoo.com |
| 6 | Craig V Winslow on behalf of Plaintiff Dale Gardnercraig@cvwlaw.com |
| 7 | Jennifer C. Wong on behalf of Creditor Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series 2007-Abknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com |

     I am readily familiar with the business practices of the Law Offices of Selwyn D. Whitehead, for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail and/or electronic service via personal or business email and/or via the Court's ECF System, as indicated above.

     I declare under penalty of perjury that the foregoing is true and correct. Executed this 22<u>nd</u> day of September 2021 at Oakland, Alameda County, California.

                                            /s/ Selwyn D. Whitehead, Esq.
                                             SELWYN D. WHITEHAD, ESQ.