SELWYN D. WHITEHEAD, ESQ. (CSB No. 236391)
**LAW OFFICES OF SELWYN D. WHITEHEAD**
4650 Scotia Avenue
Oakland, CA 94605
Tel: (510) 632-7444
Fax: (510) 856-5180
Email: selwynwhitehead@yahoo.com

JULYN M. PARK (CSB No. 213429)
DEIRDRE M. DIGRANDE (CSB No. 199766)
**LOCKHART PARK, LLP**
4655 Old Ironsides Drive, Suite 250
Santa Clara, CA 95054-1854
Tel: (408) 416-2929
Fax: (855) 368-1020
Email: jpark@lockhartpark.com
ddigrande@lockhartpark.com

Attorneys for Creditors
JEFF HANNA and AMALIA HANNA

*The following constitutes the order of the Court.*
*Signed: September 24, 2021*

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 20-50469-SLJ |
| MORDECHAI KOKA, | Chapter 11 |
| Debtor. | **ORDER CONTINUING THE HEARINGS ON: (1) CREDITORS' OBJECTION TO DEBTOR'S REQUEST FOR AN ORDER ALLOWING A HOMESTEAD EXEMPTION ON THE LAFAYETTE PROPERTY [DKT. NO. 145]; (2) DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE ENCUMBERENCE OF THE LAFAYETTE PROPERTY [DKT. NO. 172]; AND, (3) DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE SALE OF THE ALAMEDA PROPERTY [DKT. NO. 202] TO OCTOBER 19, 2021 AT 2:00 PM** |

Having considered the *Ex Parte* Application of creditors Jeff and Amalia Hanna for an order continuing the hearings on the Creditors' Objection to Homestead Exemption [Dkt. No.

145], the Debtor's Motion to Encumber the Lafayette Property [Dkt. No. 172] and the Debtor's Motion to Sell the Alameda Property [Dkt. No. 202], and finding good cause therein; the court hereby orders as follows:

    1.    The Ex Parte Application is GRANTED;

    2.    The hearings on the above-stated pending objection and motions are continued to October 19, 2021 at 2:00 PM.

**\*\*\*END OF ORDER\*\*\***