LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>MORDECHAI KOKA<br><br>Debtor | CASE NO.: 20-50469-SLJ<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR SALE OF PROPERTY AT 1702 PARU ST. ALAMEDA, CA**<br><br>CHAPTER 11<br><br>Date: Oct. 19, 2021<br>Time: 2:00 PM<br>Court: Telephone or Video Only*** |

TO: Deutsche Bank National Trust Company, as Indenture Trustee for Impac CMB Trust Series 2007-A ("Deutsch Bank), Citibank West, FSB. the Office of the United States Trustee and all parties requesting special notice.

Please take notice that Debtor MORDECHAI KOKA. hereby withdraws his motion for sale of real property at 1702 Paru St., Alameda, CA 94501 ("Alameda Property" hereinafter) to Alex Krem.

1. Debtor filed a motion for order authorizing sale of the Property on August 2, 2021 as Docket No. 202.

2. The costs of repair are substantial making compromise difficult to attain.

3. The Hanna Creditors filed a competing plan in which they want Debtor to sell the Lafayette Property. Debtor accedes to their request.

WHEREFORE Debtor withdraws his motion for sale of the Property.

Respectfully Submitted,

Dated: Sept. 30, 2021

                                          THE FULLER LAW FIRM, P.C.

                                          By: *Lars T. Fuller*
                                              LARS T. FULLER
                                              Attorney for Debtor

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595