LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MORDECHAI KOKA<br><br>Debtor | CASE NO.: 20-50469-SLJ<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO ENCUMBER PROPERTY AT 858 ACALANES RD. LAFAYETTE, CA**<br><br>CHAPTER 11<br><br>Date:  Oct. 19, 2021<br>Time:  2:00 PM<br>Court:  Telephone or Video Only*** |

Please take notice that Debtor MORDECHAI KOKA. hereby withdraws his motion to encumber real property at 858 Acalanes Rd. Lafayette, CA ("Property" hereinafter) as follows:

1. Debtor filed a motion for order authorizing him to encumber his Property in an amount sufficient to cure the pre-petition and post-petition arrears. The motion was filed as Docket No. 172.

2. Debtor has now decided to sell the Property. On that basis no motion to encumber the property is necessary.

WHEREFORE Debtor withdraws his motion to encumber Property.

Respectfully Submitted,

1
Notice of Withdrawal of Motion to Encumber Property at 858 Acalanes Rd. Lafayette, CA

Dated: Sept. 30, 2021

THE FULLER LAW FIRM, P.C.

By: *Lars T. Fuller*
LARS T. FULLER
Attorney for Debtor