SELWYN D. WHITEHEAD, ESQ. (CSB No. 236391)
**LAW OFFICES OF SELWYN D. WHITEHEAD**
4650 Scotia Avenue
Oakland, CA 94605
Tel: (510) 632-7444
Fax: (510) 856-5180
Email: selwynwhitehead@yahoo.com

JULYN M. PARK (CSB No. 213429)
DEIRDRE M. DIGRANDE (CSB No. 199766)
**LOCKHART PARK, LLP**
4655 Old Ironsides Drive, Suite 250
Santa Clara, CA 95054-1854
Tel: (408) 416-2929
Fax: (855) 368-1020
Email: jpark@lockhartpark.com
ddigrande@lockhartpark.com

Attorneys for Creditors
JEFF HANNA and AMALIA HANNA

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA,**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re: <br><br> MORDECHAI KOKA, <br><br> Debtor. | Case No. 20-50469-SLJ <br> Chapter 11 <br><br> **CREDITORS JEFF AND AMALIA HANNAS' *EX PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO FILE CREDITORS' AMENDED COMPETING CHAPTER 11 PLAN; CERTIFICATE OF SERVICE** <br><br> **HEARING;** <br> Date: None Scheduled <br> Time: <br> Location: <br> Judge: Hon. Stephen L. Johnson |

Creditors Jeff Hanna and Amalia Hanna (hereinafter, "the Hannas") submit this *ex parte* application for an order extending the time for the Hannas to file their Amended Competing Chapter 11 Plan (hereinafter, the "Hannas Amended Competing Plan") from October 1, 2021 as Ordered by this court on September 3, 2021 [See Dkt. No.233] to October 8, 2021.

The Hannas' rationale for this application is that after their lead counsel, Selwyn D. Whitehead (hereinafter, "Ms. Whitehead"), became aware of the fact that the Debtor had filed

1

The Hannas' *Ex Parte* Application for an Order Extending the Time for the Hannas to file their Amended Competing Plan to October 8, 2021; Certificate of Service
Case No. 20-50469-SLJ

Case: 20-50469  Doc# 256  Filed: 10/01/21  Entered: 10/01/21 16:48:39  Page 1 of 4

Notices of the Withdrawals of his motions to sell the Alameda Property [Dkt. No. 254] and encumber the Lafayette Property [Dkt. No. 255], on the evening of September 30, 2021, for the sake of economy, judicial and otherwise; Ms. Whitehead reached out to Counsel for the Joint Koka-Gardners Plan Proponents (hereinafter, the "Joint Plan Proponents"], Lars Fuller, Esq. (hereinafter "Mr. Fuller) and Brent Meyers, Esq., (hereinafter, "Mr. Meyers") informing Counsel of the Hannas willingness to review the Joint Debtor-Gardner Plan (hereinafter, the "Joint Plan") to see if it met the Hannas' needs, with or without amendments, which said amendments if offered by the Hannas, the Joint Plan Proponents would be willing to consider in good faith.

Further, Ms. Whitehead made the offer on the condition that the Joint Plan Proponents agree that if the Joint-Plan Proponents did not accept the Hannas suggested amendments, if any; the Joint Plan Proponents agreed to stipulate to giving the Hannas a short extension of time to file the Hannas' Amended Competing Plan.

Counsel for the Joint-Plan Proponents agreed to the substance of Ms. Whitehead's proposal in writing, but as all Counsel face a filing deadline of today, October 1, 2021, they have not had the time to put the stipulation in writing and have it executed.

As such, the Hannas are requesting that the Court issue the requested order on an *ex parte* basis giving the Hannas until October 8, 2021 to file their Amended Competing Plan if the competing plan proponents cannot come to a consensual agreement concerning the content of the Joint Plan.

Dated: October 1, 2021        Respectfully submitted by,

            **LAW OFFICES OF SELWYN D. WHITEHEAD**


            /**s**/ *Selwyn D. Whitehead*
            **SELWYN D. WHITEHEAD**
            **Attorney for Creditors**
            **JEFF HANNA and AMALIA HANNA**

2

The Hannas' *Ex Parte* Application for an Order Extending the Time for the Hannas to file their Amended Competing Plan to October 8, 2021; Certificate of Service
Case No. 20-50469-SLJ

Case: 20-50469    Doc# 256    Filed: 10/01/21    Entered: 10/01/21 16:48:39    Page 2 of 4

# CERTIFICATE OF SERVICE

I, Selwyn D. Whitehead the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 4650 Scotia Avenue Oakland, CA 94605. On the date stated below, I served the following document(s):

1. **CREDITORS JEFF AND AMALIA HANNAS'** *EX PARTE* **APPLICATION FOR AN ORDER EXTENDING TIME TO FILE CREDITORS' AMENDED COMPETING CHAPTER 11 PLAN; CERTIFICATE OF SERVICE; AND,**
2. **THIS CERTIFICATE OF SERVICE**

on each party listed below requesting or requiring special notice in the manner or manners described below:

*VIA THE COURT'S ECF SYSTEM ONLY:*

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SJjared.a.day@usdoj.gov

Deirdre M. Digrande on behalf of Creditor Amalia Hannaddigrande@lockhartpark.com, ddigrande@yahoo.com

Arasto Farsad on behalf of Defendant Mordechai Kokafarsadecf@gmail.com, farsadecf@ecf.courtdrive.com

Lars T. Fuller on behalf of Debtor Mordechai KokaFullerlawfirmecf@aol.com, Larsfullerecf@aol.com

Christopher Hayes on behalf of Trustee Christopher Hayeschayestrustee@gmail.com, ecf.alert+Hayes@titlexi.com

David S. Hoffman on behalf of Requestor Allan Hulgandshoffmanesq@aol.com

Kelly Marie Kaufmann on behalf of Creditor Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series2007-Abknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com

Christopher M. McDermott on behalf of Creditor HSBC Bank USA, National Associationecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com

Brent D. Meyer on behalf of Creditor Dale Gardnerbrent@meyerllp.com

Office of the U.S. Trustee / SJUSTPRegion17.SJ.ECF@usdoj.gov

Edward A. Treder on behalf of Creditor HSBC Bank USA, National Associationndcaecf@BDFGroup.com

3

The Hannas' *Ex Parte* Application for an Order Extending the Time for the Hannas to file their Amended Competing Plan to October 8, 2021; Certificate of Service
Case No. 20-50469-SLJ

Nancy Weng on behalf of Defendant Mordechai Kokanancy@farsadlaw.com

Selwyn D. Whitehead on behalf of Creditor Amalia Hannaselwynwhitehead@yahoo.com

Craig V Winslow on behalf of Plaintiff Dale Gardnercraig@cvwlaw.com

Jennifer C. Wong on behalf of Creditor Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series 2007-Abknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

    I am readily familiar with the business practices of the Law Offices of Selwyn D. Whitehead, for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail and/or electronic service via personal or business email and/or via the Court's ECF System, as indicated above.

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of October 2021 at Oakland, Alameda County, California.

                                       /s/ Selwyn D. Whitehead, Esq.
                                        SELWYN D. WHITEHAD, ESQ.

4

The Hannas' *Ex Parte* Application for an Order Extending the Time for the Hannas to file their Amended Competing Plan to October 8, 2021; Certificate of Service

Case No. 20-50469-SLJ

Case: 20-50469    Doc# 256    Filed: 10/01/21    Entered: 10/01/21 16:48:39    Page 4 of 4