SELWYN D. WHITEHEAD, ESQ. (CSB No. 236391)
**LAW OFFICES OF SELWYN D. WHITEHEAD**
4650 Scotia Avenue
Oakland, CA 94605
Tel: (510) 632-7444
Fax: (510) 856-5180
Email: selwynwhitehead@yahoo.con

JULYN M. PARK (CSB No. 213429)
DEIRDRE M. DIGRANDE (CSB No. 199766)
**LOCKHART PARK, LLP**
4655 Old Ironsides Drive, Suite 250
Santa Clara, CA 95054-1854
Tel: (408) 416-2929
Fax: (855) 368-1020
Email: jpark@lockhartpark.com
ddigrande@lockhartpark.com

Attorneys for Creditors
JEFF HANNA and AMALIA HANNA

**The following constitutes the order of the Court.
Signed: October 6, 2021**

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

Except as ordered herein, all other deadlines and dates in the September 3, 2021 order (DKT 233) remain unchanged.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re: <br><br> MORDECHAI KOKA, <br><br> Debtor. | Case No. 20-50469-SLJ <br><br> Chapter 11 <br><br> **ORDER EXTENDING TIME FOR CREDITORS JEFF AND AMALIA HANNAS TO FILE THEIR AMENDED COMPETING CHAPTER 11 PLAN FROM OCTOBER 1, 2021 TO OCTOBER 8, 2021** |

The court having considered the *Ex Parte* Application of creditors Jeff and Amalia Hanna for an order extending time for them to file their Amended Competing Plan, if needs be, and finding good cause therein; the court hereby orders as follows:

1. The *Ex Parte* Application is **GRANTED**;

2. The Hannas will have until October 8, 2021 to file their Amended Competing Plan.

***END OF ORDER***

# COURT SERVICE LIST

2