| | |
|---|---|
| 1 | JaVonne M. Phillips, Esq. SBN 187474 |
| 2 | Jennifer C. Wong, Esq. SBN 246725 |
|   | **McCarthy & Holthus, LLP** |
| 3 | 2763 Camino Del Rio South, Suite 100 |
|   | San Diego, CA 92108 |
| 4 | Phone (877) 369-6122 |
| 5 | Fax (619) 685-4811 |
| 6 | Attorneys for |
| 7 | Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series 2007-A, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc. |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

Mordechai Koka,
aka Moti Kokam
dba Green Bay Builders, Inc.

Debtor.

) Case No. 20-50469 SLJ
)
) Chapter 11
)
) **DECLARATION THAT NO PARTY**
) **REQUESTED A HEARING ON MOTION**
) **TO APPROVE AMENDED STIPULATION**
) **FOR PLAN TREATMENT ON FIRST**
) **LIEN SECURED BY REAL PROPERTY**
) **LOCATED AT 1702 PARU STREET,**
) **ALAMEDA, CA 94501**
)
) [no hearing]
)
) Judge: Stephen L. Johnson

Declaration of No Opposition
File No. CA-20-161454 / Case No. 20-50469 SLJ

Case: 20-50469   Doc# 261   Filed: 10/14/21   Entered: 10/14/21 18:56:01   Page 1 of 2

1

I, Jennifer C. Wong, declare and state as follows:

1. I am the attorney for Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series 2007-A, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc. ("Secured Creditor").

2. On 9/20/2021, Secured Creditor filed a motion entitled Motion to Approve Amended Stipulation for Plan Treatment on First Lien Secured by Real Property Located At 1702 Paru Street, Alameda, CA 94501 ("Motion") [Dkt 248]. A Notice and Opportunity for Hearing on the Motion ("Notice") was also filed and served on the same date [Dkt 249]. Please see **Exhibit "1".**

3. Pursuant to LBR 9014-1(b)(3), the Notice provides that the deadline to file and serve a written response and request for a hearing is 21 days after the date of service of the Notice and Motion.

4. More than 21 days have passed after Secured Creditor served the Notice and Motion.

5. I checked the docket for this bankruptcy case, and no response and request for hearing was timely filed.

6. No response and request for hearing was timely served on Movant via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the Notice.

7. Based on the foregoing, and pursuant to LBR 9014-1(b)(4), a hearing is not required.

8. Secured Creditor requests the Court grant the Motion and enter an Order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed 10/14/2021, in San Diego, California.

By: /s/ Jennifer C. Wong
Jennifer C. Wong, Esq.