# File a Motion:

20-50469 Mordechai Koka

| Type: bk | Chapter: 11 v | Office: 5 (San Jose) |
| Assets: y | Judge: SLJ | Case Flag: DebtEd |

## U.S. Bankruptcy Court

## California Northern Bankruptcy Court

Notice of Electronic Filing

The following transaction was received from Jennifer C. Wong entered on 9/20/2021 at 10:17 AM PDT and filed on 9/20/2021

**Case Name:** Mordechai Koka
**Case Number:** 20-50469
**Document Number:** 248

**Docket Text:**
Motion to Approve Document *Amended Stipulation for Plan Treatment on First Lien Secured by Real Property Located at 1702 Paru Street, Alameda, CA 94501* Filed by Creditor Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series 2007-A (Attachments: # (1) Exhibit # (2) Certificate of Service) (Wong, Jennifer)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** MOTION.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=9/20/2021] [FileNumber=37511839-0] [7f2e864ba6c4ca71c5df0d63bbc7b2018c3127314fc45847d681fc9041b8dccc86 d9d4435aa2c5f98e5ab73b5224e87fb6d49ae9cc9f8a01135c1077fe062827]]
**Document description:** Exhibit
**Original filename:** C:\fakepath\EXHIBITS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=9/20/2021] [FileNumber=37511839-1] [2f135f4db3ab6ef1a4d9b0f2ef92a35f1560c66cd5235a43a455ea0b5ea6211a69 bd951070756967a18dd67e0ca5b5a24a89a8b76580dc957534b52fe8702526]]
**Document description:** Certificate of Service
**Original filename:** C:\fakepath\CERTIFICATE OF SERVICE.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=9/20/2021] [FileNumber=37511839-2] [56257bc503d747a4e0d306479264787a196bc3d48b069c59c86dc11c371be011dc fe4da2191d36b7140195a9a1d75a41c144e8c36782285e848e4538789a85cb]]

**20-50469 Notice will be electronically mailed to:**

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SJ
jared.a.day@usdoj.gov

Deirdre M. Digrande on behalf of Creditor Amalia Hanna
ddigrande@lockhartpark.com, ddigrande@yahoo.com

Arasto Farsad on behalf of Defendant Mordechai Koka
farsadecf@gmail.com, farsadecf@ecf.courtdrive.com

Lars T. Fuller on behalf of Debtor Mordechai Koka
Fullerlawfirmecf@aol.com, Larsfullerecf@aol.com

Christopher Hayes on behalf of Trustee Christopher Hayes
chayestrustee@gmail.com, ecf.alert+Hayes@titlexi.com

David S. Hoffman on behalf of Requestor Allan Hulgan
dshoffmanesq@aol.com

Kelly Marie Kaufmann on behalf of Creditor Deutsche Bank National Trust Company, as Indenture
Trustee for the Impac CMB Trust Series 2007-A
bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com

Christopher M. McDermott on behalf of Creditor HSBC Bank USA, National Association
ecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com

Brent D. Meyer on behalf of Creditor Dale Gardner
brent@meyerllp.com

Office of the U.S. Trustee / SJ
USTPRegion17.SJ.ECF@usdoj.gov

Edward A. Treder on behalf of Creditor HSBC Bank USA, National Association
ndcaecf@BDFGroup.com

Nancy Weng on behalf of Defendant Mordechai Koka
nancy@farsadlaw.com

Selwyn D. Whitehead on behalf of Creditor Amalia Hanna
selwynwhitehead@yahoo.com

Craig V Winslow on behalf of Plaintiff Dale Gardner
craig@cvwlaw.com

Jennifer C. Wong on behalf of Creditor Deutsche Bank National Trust Company, as Indenture Trustee
for the Impac CMB Trust Series 2007-A
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**20-50469 Notice will not be electronically mailed to:**

Richard Dahnken
Castlemont Realty

2760 Camino Diablo, Suite B
Walnut Creek, CA 94597

Green Bay Builders, Inc.
858 Acalanes Rd
Lafayette, CA 94549-3302

## File a Notice:

20-50469 Mordechai Koka

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 5 (San Jose) |
| Assets: y | Judge: SLJ | Case Flag: DebtEd |

**U.S. Bankruptcy Court**

**California Northern Bankruptcy Court**

Notice of Electronic Filing

The following transaction was received from Jennifer C. Wong entered on 9/20/2021 at 10:21 AM PDT and filed on 9/20/2021

| | |
|---|---|
| **Case Name:** | Mordechai Koka |
| **Case Number:** | 20-50469 |
| **Document Number:** | 249 |

**Docket Text:**
Notice and Opportunity for Hearing *on Motion to Approve Amended Stipulation for Plan Treatment on First Lien Secured by Real Property Located at 1702 Paru Street, Alameda, CA 94501* (RE: related document(s)[248] Motion to Approve Document *Amended Stipulation for Plan Treatment on First Lien Secured by Real Property Located at 1702 Paru Street, Alameda, CA 94501* Filed by Creditor Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series 2007-A (Attachments: # 1 Exhibit # 2 Certificate of Service)). Filed by Creditor Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series 2007-A (Attachments: # (1) Certificate of Service) (Wong, Jennifer)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** NOTICE AND OPPORTUNITY.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=9/20/2021] [FileNumber=37511851-0] [1f44ced909a9cb9260c931cdef35527205c0e017a7e8d4dd421a975ba7348be202dbefb651ad0692e23d76df3776389f7e69cd0ee50db4ca359f16f5ecf56c74]]
**Document description:** Certificate of Service
**Original filename:** C:\fakepath\CERTIFICATE OF SERVICE.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=9/20/2021] [FileNumber=37511851-1] [80c4f5000130802014c68d238740bb90d02344d4c93d0959c9539a60d82a6256f9e8d28af0750feaac45ae1eae905f43ede9134fed22c019723af31954a37699]]

**20-50469 Notice will be electronically mailed to:**

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SJ
jared.a.day@usdoj.gov

Deirdre M. Digrande on behalf of Creditor Amalia Hanna

ddigrande@lockhartpark.com, ddigrande@yahoo.com

Arasto Farsad on behalf of Defendant Mordechai Koka
farsadecf@gmail.com, farsadecf@ecf.courtdrive.com

Lars T. Fuller on behalf of Debtor Mordechai Koka
Fullerlawfirmecf@aol.com, Larsfullerecf@aol.com

Christopher Hayes on behalf of Trustee Christopher Hayes
chayestrustee@gmail.com, ecf.alert+Hayes@titlexi.com

David S. Hoffman on behalf of Requestor Allan Hulgan
dshoffmanesq@aol.com

Kelly Marie Kaufmann on behalf of Creditor Deutsche Bank National Trust Company, as Indenture
Trustee for the Impac CMB Trust Series 2007-A
bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com

Christopher M. McDermott on behalf of Creditor HSBC Bank USA, National Association
ecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com

Brent D. Meyer on behalf of Creditor Dale Gardner
brent@meyerllp.com

Office of the U.S. Trustee / SJ
USTPRegion17.SJ.ECF@usdoj.gov

Edward A. Treder on behalf of Creditor HSBC Bank USA, National Association
ndcaecf@BDFGroup.com

Nancy Weng on behalf of Defendant Mordechai Koka
nancy@farsadlaw.com

Selwyn D. Whitehead on behalf of Creditor Amalia Hanna
selwynwhitehead@yahoo.com

Craig V Winslow on behalf of Plaintiff Dale Gardner
craig@cvwlaw.com

Jennifer C. Wong on behalf of Creditor Deutsche Bank National Trust Company, as Indenture Trustee
for the Impac CMB Trust Series 2007-A
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**20-50469 Notice will not be electronically mailed to:**

Richard Dahnken
Castlemont Realty
2760 Camino Diablo, Suite B
Walnut Creek, CA 94597

Green Bay Builders, Inc.
858 Acalanes Rd
Lafayette, CA 94549-3302

JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811
jwong@mccarthyholthus.com

Attorneys for
Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series 2007-A, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 20-50469 SLJ |
| Mordechai Koka, | |
| aka Moti Koka, | Chapter 11 |
| dba Green Bay Builders, Inc., | |
| Debtor. | **MOTION TO APPROVE <u>AMENDED</u> STIPULATION FOR PLAN TREATMENT ON FIRST LIEN SECURED BY REAL PROPERTY LOCATED AT 1702 PARU STREET, ALAMEDA, CA 94501** |
| | [no hearing] |
| | Judge: Stephen L. Johnson |

1

Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series 2007-A, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc. ("Secured Creditor") first lien holder of the loan secured by real property located at 1702 Paru Street, Alameda, CA 94501 ("Property") and Mordechai Koka ("Debtor") by and through their attorneys of record herein move this Honorable Court for an Order approving the Parties' <u>Amended</u> Stipulation to Claim Treatment under Debtor's Chapter 11 Plan. This motion is filed pursuant to Federal Rule of Bankruptcy Procedure 4001(d)(1)(A)(iii) and (d)(4). The parties are seeking approval of their <u>Amended</u> Stipulation which provides for adequate protection payments to Secured Creditor and establishes claim treatment under the proposed Chapter 11 plan of reorganization

## RECITALS

A. On or about 11/21/2003, Debtor, for valuable consideration, made, executed and delivered a Note secured by a First Deed of Trust both in the amount of $672,000.00 on the property commonly known as 1702 Paru Street, Alameda, CA 94501 ("Property").

B. On 3/10/2020, Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court, Northern District of California.

C. On 4/16/2020, Secured Creditor filed a Motion to Approve the Parties' Stipulation for Plan Treatment [Dkt. 36] and it was approved by the Court; Order entered on 6/15/2020 [Dkt. 54].

D. The parties have conferred and agreed to amend the terms of the Stipulation and those terms are reflected below.

### <u>Plan Treatment and Agreement</u>

1. Secured Creditor holds a fully secured first lien on the Subject Property.

2. **Continuing 8/1/2021, Debtor agrees to make contractual payments to Secured Creditor, including the escrow payment, currently in the amount of $5,519.60** (principal and interest $3,875.02 + taxes $1,257.32 + insurance $268.67 + escrow shortage $118.59). These payments will be applied contractually to the loan as they are

2

Case: 20-50469   Doc# 261-1   Filed: 10/14/21   Entered: 10/14/21 18:56:01   Page 8 of 25

received. Debtor is aware this payment may fluctuate and are responsible for confirming that payment with Secured Creditor as needed.

3. In addition to the current contractual payment due, within thirty (30) days of the effective date, Debtor agrees to cure any and all contractual loan arrears due on the loan.

4. Payments shall be made directly to Secured Creditor, Select Portfolio Servicing, Inc., Attn: Remittance Processing, P.O. Box 65450, Salt Lake City, UT 84165-0450, with reference to the last four digits of the Loan Number 1159, or as otherwise directed.

5. Secured Creditor will continue to impound this loan for taxes and insurance related to the Subject Property and charge a monthly escrow payment in addition to Debtor's monthly principal and interest payment. Debtor is obligated to make the monthly escrow payment in addition to principal and interest payments. Debtor understands that these amounts may fluctuate.

6. All escrow advances will remain due and owing on the loan and will be repaid through the escrow account on this loan.

7. All other terms of the Deed of Trust and Note not directly altered by this agreement will remain in full force and effect.

8. Secured Creditor has relief from the automatic stay as to the Subject Property upon confirmation of Debtor's Chapter 11 Plan.

9. In the event of a default on payments to Secured Creditor under the terms of this amended stipulation *prior to the entry of the confirmation order*, Secured Creditor shall notify Debtor and Debtor's counsel of the default in writing. Debtor shall have ten (10) calendar days from the date of the written notification to cure the default, and Debtor agrees to pay an additional $100.00 for attorneys' fees for each occurrence. If Debtor fails to cure the default, Secured Creditor may lodge a declaration of default and order terminating the automatic stay and include that the 14-day stay as provided in FRBP 4001(a)(3) is waived. Upon entry of the order the automatic stay shall be terminated and extinguished for purposes of allowing Secured Creditor to notice, proceed with, and hold a trustee's sale of the Subject Property, pursuant to applicable state law and without

File No. CA-20-161454
Motion for Approval of Stipulation, Case No. 20-50469 SLJ

further Court Order or proceeding being necessary, including any action necessary to obtain complete possession of the Subject Property, including unlawful detainer.

10. In the event of a default on payments to Secured Creditor under the terms of this amended stipulation *after the entry of the confirmation order*, Secured Creditor may proceed pursuant to the terms of the underlying Note and Deed of Trust, and state and federal law, to obtain complete possession of the Subject Property, including unlawful detainer, without further Court Order or proceeding being necessary. Any and all default provisions included in Debtor's Chapter 11 Plan are not applicable to Secured Creditor with regard to the Subject Property, and Secured Creditor is only bound by the terms included in this amended stipulation.

11. Debtor agrees to incorporate the above agreed terms of lien treatment into any and all existing and future proposed Chapter 11 Plans and, if any terms in Debtor's Chapter 11 Plan conflict with the terms of this amended stipulation the terms of this amended stipulation will control. In the event that Debtor's Chapter 11 Plan does not reflect the language of this amended stipulation it will be incorporated into the confirmation order through exact language, attachment of a copy of this amended stipulation, or by reference of the filed amended stipulation with docket number.

12. Secured Creditor agrees to vote for Debtor's Chapter 11 Plan provided it reflects the agreed plan treatment contained in this amended stipulation, or the terms of this amended stipulation are incorporated into the confirmation order through exact language, attachment of a copy of this amended stipulation, or by reference of the filed amended stipulation with docket number.

13. If this Chapter 11 bankruptcy is dismissed or converted to another chapter under title 11, Secured Creditor's lien shall remain a valid secured lien for the full amount due under the original Promissory Note and all payments received under this agreement will be applied contractually under the original terms of the Deed of Trust and original Promissory Note.

14. The terms of this amended stipulation will supersede the terms of the stipulation for plan treatment entered at Dkt 36 and order entered at Dkt 54.

///

4

WHEREFORE, Secured Creditor prays for judgment as follows:

1. For an Order approving the Parties' Amended Stipulation for Plan Treatment under Debtor's Chapter 11 plan as described above and in the Amended Stipulation attached hereto as **Exhibit "1"**;

2. For any other such relief that this Honorable Court deems appropriate.


Dated: 9/17/2021                                        McCarthy & Holthus, LLP


                                        By:    /s/  Jennifer C. Wong
                                               Jennifer C. Wong, Esq.
                                               Attorney for Deutsche Bank National Trust
                                               Company, as Indenture Trustee for the Impac
                                               CMB Trust Series 2007-A, its assignees and/or
                                               successors, by and through its servicing agent
                                               Select Portfolio Servicing, Inc.

5

File No. CA-20-161454
Motion for Approval of Stipulation, Case No. 20-50469 SLJ

Case: 20-50469    Doc# 261-1    Filed: 10/14/21    Entered: 10/14/21 18:56:01    Page 11 of 25

EXHIBIT "1"

1  JaVonne M. Phillips, Esq. SBN 187474
2  Jennifer C. Wong, Esq. SBN 246725
   **McCarthy & Holthus, LLP**
3  2763 Camino Del Rio South, Suite 100
   San Diego, CA 92108
4  Phone (877) 369-6122
   Fax (619) 685-4811
5

6  Attorneys for
   Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series
7  2007-A, its assignees and/or successors, by and through its servicing agent Select Portfolio
   Servicing, Inc.
8

9

10              UNITED STATES BANKRUPTCY COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13

14  In re:                              ) Case No. 20-50469 SLJ
                                        )
15  Mordechai Koka,                     )
    aka Moti Koka,                      ) Chapter 11
16  dba Green Bay Builders, Inc.,       )
                                        )
17                                      )
          Debtor.                       ) **AMENDED STIPULATION FOR PLAN**
18                                      ) **TREATMENT ON FIRST LIEN SECURED**
                                        ) **BY REAL PROPERTY LOCATED AT**
19                                      ) **1702 PARU STREET, ALAMEDA, CA**
                                        ) **94501**
20                                      )
21                                      ) [no hearing]
                                        )
22                                      )
                                        )
23                                      )
                                        )
24                                      ) Judge: Stephen  L. Johnson
                                        )
25                                      )
                                        )
26                                      )
                                        )
27  _____ )
28

                               1

Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series 2007-A, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc. ("Secured Creditor") and Mordechai Koka ("Debtor"), by and through their attorneys of record, now enter into the below <u>amended</u> stipulation agreeing to plan treatment for the real property commonly known as 1702 Paru Street, Alameda, CA 94501.

## RECITALS

A. On or about 11/21/2003, Debtor, for valuable consideration, made, executed and delivered a Note secured by a First Deed of Trust both in the amount of $672,000.00 on the property commonly known as 1702 Paru Street, Alameda, CA 94501 ("Subject Property").

B. On 3/10/2020, Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court, Northern District of California.

C. On 4/16/2020, Secured Creditor filed a Motion to approve the parties' stipulation for adequate protection and plan treatment [Dkt. 36] and it was approved by Bankruptcy Court Order entered on 6/15/2020 [Dkt. 54].

D. The parties have conferred and agreed upon <u>amended</u> treatment of Secured Creditor's first lien secured by the Subject Property for purposes of Debtor's Chapter 11 Plan and those terms are reflected below.

## THE PARTIES HERETO STIPULATE AND AGREE AS FOLLOWS:

1. Secured Creditor holds a fully secured first lien on the Subject Property.

2. **Continuing 8/1/2021, Debtor agrees to make contractual payments to Secured Creditor, including the escrow payment, currently in the amount of $5,519.60** (principal and interest $3,875.02 + taxes $1,257.32 + insurance $268.67 + escrow shortage $118.59). These payments will be applied contractually to the loan as they are received. Debtor is aware this payment may fluctuate and are responsible for confirming that payment with Secured Creditor as needed.

2

3. In addition to the current contractual payment due, within thirty (30) days of the effective date, Debtor agrees to cure any and all contractual loan arrears due on the loan.

4. Payments shall be made directly to Secured Creditor, Select Portfolio Servicing, Inc., Attn: Remittance Processing, P.O. Box 65450, Salt Lake City, UT 84165-0450, with reference to the last four digits of the Loan Number 1159, or as otherwise directed.

5. Secured Creditor will continue to impound this loan for taxes and insurance related to the Subject Property and charge a monthly escrow payment in addition to Debtor's monthly principal and interest payment. Debtor is obligated to make the monthly escrow payment in addition to principal and interest payments. Debtor understands that these amounts may fluctuate.

6. All escrow advances will remain due and owing on the loan and will be repaid through the escrow account on this loan.

7. All other terms of the Deed of Trust and Note not directly altered by this agreement will remain in full force and effect.

8. Secured Creditor has relief from the automatic stay as to the Subject Property upon confirmation of Debtor's Chapter 11 Plan.

9. In the event of a default on payments to Secured Creditor under the terms of this amended stipulation *prior to the entry of the confirmation order*, Secured Creditor shall notify Debtor and Debtor's counsel of the default in writing. Debtor shall have ten (10) calendar days from the date of the written notification to cure the default, and Debtor agrees to pay an additional $100.00 for attorneys' fees for each occurrence. If Debtor fails to cure the default, Secured Creditor may lodge a declaration of default and order terminating the automatic stay and include that the 14-day stay as provided in FRBP 4001(a)(3) is waived. Upon entry of the order the automatic stay shall be terminated and extinguished for purposes of allowing Secured Creditor to notice, proceed with, and hold a trustee's sale of the Subject Property, pursuant to applicable state law and without further Court Order or proceeding being necessary, including any action necessary to obtain complete possession of the Subject Property, including unlawful detainer.

3

Stipulation for Plan Treatment, Case No. 20-50469 SLJ

10. In the event of a default on payments to Secured Creditor under the terms of this amended stipulation *after the entry of the confirmation order*, Secured Creditor may proceed pursuant to the terms of the underlying Note and Deed of Trust, and state and federal law, to obtain complete possession of the Subject Property, including unlawful detainer, without further Court Order or proceeding being necessary. Any and all default provisions included in Debtor's Chapter 11 Plan are not applicable to Secured Creditor with regard to the Subject Property, and Secured Creditor is only bound by the terms included in this amended stipulation.

11. Debtor agrees to incorporate the above agreed terms of lien treatment into any and all existing and future proposed Chapter 11 Plans and, if any terms in Debtor's Chapter 11 Plan conflict with the terms of this amended stipulation the terms of this amended stipulation will control. In the event that Debtor's Chapter 11 Plan does not reflect the language of this amended stipulation it will be incorporated into the confirmation order through exact language, attachment of a copy of this amended stipulation, or by reference of the filed amended stipulation with docket number.

12. Secured Creditor agrees to vote for Debtor's Chapter 11 Plan provided it reflects the agreed plan treatment contained in this amended stipulation, or the terms of this amended stipulation are incorporated into the confirmation order through exact language, attachment of a copy of this amended stipulation, or by reference of the filed amended stipulation with docket number.

///
///
///
///
///
///
///
///

4

13. If this Chapter 11 bankruptcy is dismissed or converted to another chapter under title 11, Secured Creditor's lien shall remain a valid secured lien for the full amount due under the original Promissory Note and all payments received under this agreement will be applied contractually under the original terms of the Deed of Trust and original Promissory Note.

14. The terms of this <u>amended</u> stipulation will supersede the terms of the stipulation for plan treatment entered at Dkt 36 and order entered at Dkt 54.


IT IS SO STIPULATED:

Dated: _9 - 15 - 21_

_____
Lars Fuller, Esq.
Attorney for Debtor


Dated: _08/20/2021_

_/s/ Jennifer C. Wong_____
Jennifer C. Wong, Esq.
McCarthy & Holthus, LLP,
Attorneys for Deutsche Bank National Trust
Company, as Indenture Trustee for the
Impac CMB Trust Series 2007-A, its
assignees and/or successors, by and through
its servicing agent Select Portfolio
Servicing, Inc.

JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811
jwong@mccarthyholthus.com

Attorneys for
Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series 2007-A, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | ) Case No. 20-50469 SLJ |
| | ) |
| Mordechai Koka, | ) |
| aka Moti Koka, | ) Chapter 11 |
| dba Green Bay Builders, Inc., | ) |
| | ) |
| Debtor. | ) |
| | ) |
| | ) **CERTIFICATE OF SERVICE** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) [no hearing] |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) Judge: Stephen L. Johnson |
| | ) |
| | ) |

1

**CERTIFICATE OF SERVICE**

On 9/20/2021, I served the foregoing **NOTICE AND OPPORTUNITY FOR HEARING ON MOTION; MOTION TO APPROVE AMENDED STIPULATION FOR PLAN TREATMENT ON FIRST LIEN SECURED BY REAL PROPERTY LOCATED AT 1702 PARU STREET, ALAMEDA, CA 94501 AND EXHIBITS** on the following individuals by electronic means through the Court's ECF program

| **DEBTOR(S) COUNSEL** | **US TRUSTEE COUNSEL** | **US TRUSTEE** |
|---|---|---|
| Lars T. Fuller | Jared A. Day | USTPRegion17.SJ.ECF@us |
| Fullerlawfirmecf@aol.com | jared.a.day@usdoj.gov | doj.gov |

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Brenda Blanco-Ortiz
Brenda Blanco-Ortiz

On 9/20/2021, I served the foregoing **NOTICE AND OPPORTUNITY FOR HEARING ON MOTION; MOTION TO APPROVE AMENDED STIPULATION FOR PLAN TREATMENT ON FIRST LIEN SECURED BY REAL PROPERTY LOCATED AT 1702 PARU STREET, ALAMEDA, CA 94501 AND EXHIBITS** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR(S)**
Mordechai Koka, 858 Acalanes Rd., Lafayette, CA 94549

**20 LARGEST UNSECURED CREDITORS**
CBA Collection Bureau, 25954 Eden Landing Rd., Hayward, CA 94545

Citi Visa (Costco), P.O. Box 6217, Sioux Falls, SD 57117

Credit Collection, P.O. Box 607, Norwood, MA 02062

HOUZZ, 285 Hamiltgon Ave., 4th Floor, Palo Alto, CA 94301

Jeff and Amalia Hanna, 161 Cherry Ave., Campbell, CA 95008

Melissa Gardner, 442 Fulton Ct., Santa Clara, CA 95051

SALES FORCE, 415 Missioni St., 3rd Floor, San Francisco, CA 94105

Tenant #1, 1702 Paru St., Alameda, CA 94501

Tenant #2, 1702 Paru St., Alameda, CA 94501

2

Tenant #3, 1702 Paru St., Alameda, CA 94501

Thanh-Tam Morgan and Daniel Morgan, 1040 W. Edmundson Ave., Ceres, CA 95307

United Site Services, P.O. Box 53267, Phoenix, AZ 85072

**OTHER CREDITORS**
CitiMortgage, Inc., 1000 Technology Dr., MS 504A, O Fallon, MO 63368

Employment Development Department, P.O. Box 826880, Sacramento, CA 94280

FCI Lender Services, Inc., P.O. Box 272370, Anaheim, CA 92809

Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101

Franchise Tax Board, Bankruptcy Section MS A340, P.O. Box 2952, Sacramento, CA 95812

Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019

 

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 9/20/2021     /s/ Hue Banh _____
                           Hue Banh

File No. CA-20-161454
Certificate of Service, Case No. 20-50469 SLJ

1   JaVonne M. Phillips, Esq. SBN 187474
2   Jennifer C. Wong, Esq. SBN 246725
   **McCarthy & Holthus, LLP**
3   2763 Camino Del Rio South, Suite 100
   San Diego, CA 92108
4   Phone (877) 369-6122
   Fax (619) 685-4811
5   jwong@mccarthyholthus.com
6
7   Attorneys for
   Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series
8   2007-A, its assignees and/or successors, by and through its servicing agent Select Portfolio
   Servicing, Inc.
9

10

11             UNITED STATES BANKRUPTCY COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                SAN JOSE DIVISION

| | | |
|---|---|---|
| 14 | In re: | )   Case No. 20-50469 SLJ |
| 15 | | ) |
| | Mordechai Koka, | )   Chapter 11 |
| 16 | aka Moti Koka, | ) |
| | dba Green Bay Builders, Inc., | ) |
| 17 | | )   **NOTICE AND OPPORTUNITY FOR** |
| | Debtor. | )   **HEARING ON MOTION TO APPROVE** |
| 18 | | )   **AMENDED STIPULATION FOR PLAN** |
| 19 | | )   **TREATMENT ON FIRST LIEN** |
| | | )   **SECURED BY REAL PROPERTY** |
| 20 | | )   **LOCATED AT 1702 PARU STREET,** |
| | | )   **ALAMEDA, CA 94501** |
| 21 | | ) |
| 22 | | ) |
| 23 | | )   [no hearing] |
| 24 | | ) |
| 25 | | ) |
| 26 | | ) |
| 27 | | )   Judge: Stephen  L. Johnson |
| 28 | | ) |
| 29 | | |

1

File No. CA-20-161454
Notice of Motion- Case No. 20-50469 SLJ

TO: Debtor, Mordechai Koka; United States Trustee; Debtor's Attorney of Record, Lars T. Fuller; and Other Interested Parties:

NOTICE IS HEREBY GIVEN that Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series 2007-A, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc. ("Secured Creditor") and Mordechai Koka ("Debtor") by and through their attorneys of record have agreed to amend the Chapter 11 Plan treatment of Secured Creditor's lien secured by the real property at 1702 Paru Street, Alameda, CA 94501 ("Property"). The terms of the Amended Agreement are attached to this Motion as "**Exhibit 1**."

FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Rule 9014-1(b)(3), any objection to the requested relief or request for hearing on the matter shall be in writing and shall be served upon moving party and filed with the Court by the responding party within twenty-one (21) days of mailing this notice. The objection or request for hearing must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position. In the event an objection or request for hearing is timely made, the moving party will give at least seven (7) days written notice of the hearing to the objecting or requesting party and to any trustee or committee appointed in this case.

Failure of the responding party to timely file written opposition or request a hearing may be deemed a waiver of any opposition and the Motion may be granted without further hearing.


Dated: 9/17/2021                      McCarthy & Holthus, LLP


                                      By:   /s/  Jennifer C. Wong
                                            Jennifer C. Wong, Esq.
                                            Attorney for Deutsche Bank National Trust
                                            Company, as Indenture Trustee for the Impac
                                            CMB Trust Series 2007-A, its assignees and/or
                                            successors, by and through its servicing agent
                                            Select Portfolio Servicing, Inc.

2

File No. CA-20-161454
Notice of Motion, Case No. 20-50469 SLJ

JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811
jwong@mccarthyholthus.com

Attorneys for
Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series 2007-A, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Mordechai Koka,<br>aka Moti Koka,<br>dba Green Bay Builders, Inc.,<br><br>        Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 20-50469 SLJ<br><br>Chapter 11<br><br><br><br>**CERTIFICATE OF SERVICE**<br><br><br><br><br>[no hearing]<br><br><br><br>Judge: Stephen L. Johnson |

File No. CA-20-161454
Certificate of Service, Case No. 20-50469 SLJ

## CERTIFICATE OF SERVICE

On 9/20/2021, I served the foregoing **NOTICE AND OPPORTUNITY FOR HEARING ON MOTION; MOTION TO APPROVE AMENDED STIPULATION FOR PLAN TREATMENT ON FIRST LIEN SECURED BY REAL PROPERTY LOCATED AT 1702 PARU STREET, ALAMEDA, CA 94501 AND EXHIBITS** on the following individuals by electronic means through the Court's ECF program

| **DEBTOR(S) COUNSEL** | **US TRUSTEE COUNSEL** | **US TRUSTEE** |
|---|---|---|
| Lars T. Fuller | Jared A. Day | USTPRegion17.SJ.ECF@us |
| Fullerlawfirmecf@aol.com | jared.a.day@usdoj.gov | doj.gov |

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Brenda Blanco-Ortiz
Brenda Blanco-Ortiz

On 9/20/2021, I served the foregoing **NOTICE AND OPPORTUNITY FOR HEARING ON MOTION; MOTION TO APPROVE AMENDED STIPULATION FOR PLAN TREATMENT ON FIRST LIEN SECURED BY REAL PROPERTY LOCATED AT 1702 PARU STREET, ALAMEDA, CA 94501 AND EXHIBITS** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR(S)**
Mordechai Koka, 858 Acalanes Rd., Lafayette, CA 94549

**20 LARGEST UNSECURED CREDITORS**
CBA Collection Bureau, 25954 Eden Landing Rd., Hayward, CA 94545

Citi Visa (Costco), P.O. Box 6217, Sioux Falls, SD 57117

Credit Collection, P.O. Box 607, Norwood, MA 02062

HOUZZ, 285 Hamiltgon Ave., 4th Floor, Palo Alto, CA 94301

Jeff and Amalia Hanna, 161 Cherry Ave., Campbell, CA 95008

Melissa Gardner, 442 Fulton Ct., Santa Clara, CA 95051

SALES FORCE, 415 Missioni St., 3rd Floor, San Francisco, CA 94105

Tenant #1, 1702 Paru St., Alameda, CA 94501

Tenant #2, 1702 Paru St., Alameda, CA 94501

2

File No. CA-20-161454
Certificate of Service, Case No. 20-50469 SLJ

Tenant #3, 1702 Paru St., Alameda, CA 94501

Thanh-Tam Morgan and Daniel Morgan, 1040 W. Edmundson Ave., Ceres, CA 95307

United Site Services, P.O. Box 53267, Phoenix, AZ 85072

**OTHER CREDITORS**
CitiMortgage, Inc., 1000 Technology Dr., MS 504A, O Fallon, MO 63368

Employment Development Department, P.O. Box 826880, Sacramento, CA 94280

FCI Lender Services, Inc., P.O. Box 272370, Anaheim, CA 92809

Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101

Franchise Tax Board, Bankruptcy Section MS A340, P.O. Box 2952, Sacramento, CA 95812

Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019

    **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 9/20/2021    /s/ Hue Banh
                          Hue Banh

3