```
JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for
Deutsche Bank National Trust Company, as
Indenture Trustee for the Impac CMB Trust
Series 2007-A, its assignees and/or successors, by
and through its servicing agent Select Portfolio
Servicing, Inc.
```



The following constitutes the order of the Court.
Signed: October 25, 2021

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Mordechai Koka,<br>aka Moti Kokam<br>dba Green Bay Builders, Inc.<br><br>        Debtor. | ) Case No. 20-50469 SLJ<br>)<br>) Chapter 11<br>)<br>)<br>) **ORDER GRANTING MOTION TO**<br>) **APPROVE AMENDED STIPULATION**<br>) **FOR PLAN TREATMENT ON FIRST**<br>) **LIEN SECURED BY REAL PROPERTY**<br>) **LOCATED AT 1702 PARU STREET,**<br>) **ALAMEDA, CA 94501**<br>)<br>) [no hearing]<br>)<br>) Judge: Stephen L. Johnson<br>) |

The Parties agreed to the terms set forth in the fully executed Amended Stipulation for Plan Treatment On First Lien Secured by Real Property Located At 1702 Paru Street, Alameda, CA 94501("Stipulation") attached as **"Exhibit 1"** to the Motion to Approve Amended Stipulation for Plan Treatment on First Lien Secured By Real Property Located at 1702 Paru Street, Alameda, Ca 94501 ("Motion") filed on 09/20/2021 as Docket #248. The Court, having reviewed the Motion and the Stipulation,

IT IS ORDERED the Motion is granted, the Stipulation is APPROVED and the Parties are bound by the terms of their Stipulation.

**END OF ORDER**

**COURT SERVICE LIST**

NONE