**DAVID S. HOFFMAN, Attorney at Law**
**1500 E. Hamilton Ave. #118**
**Campbell, CA 95008**

**David S. Hoffman     State Bar No: 151656**

**Telephone: 408/412-8427**
**Telefax:     408/412-8425**

Attorneys for ALLAN R. HULGAN
and NICOLE A. HULGAN

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE BRANCH**

| | |
|---|---|
| IN RE:<br><br>MORDECHAI KOKA<br><br>Debtor. | NO:   20-50469 SLJ<br>Chapter 11<br><br>**JOINDER OF CREDITORS ALLAN AND NICOLE HULGAN TO JEFF AND AMALIA HANNAS' OBJECTION TO DISCLOSURE STATEMENT ASPECTS OF DEBTOR AND THE GARDNERS' JOINT PROPOSED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (October 1, 2021)**<br><br>Date:  November 4, 2021<br>Time:  1:30 p.m.<br>Location: Telephonic/Videoconference<br>Judge:  Hon. Stephen L. Johnson |

**TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR, CREDITORS DALE GARDNER AND MELISSA GARDNER, AND ALL OTHER INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that creditors Allan and Nicole Hulgan hereby join the Objection filed by creditors Jeff and Amalia Hanna [Dkt. No. 264] To Disclosure Statement Aspects of the Joint Proposed Combined Plan of Reorganization and Disclosure Statement (hereinafter "the Joint Proposed

Plan") [Dkt. No. 257] filed by Debtor Mordechai Koka and creditors Dale Gardner and Melissa Gardner, and incorporate by this reference all arguments and requests for relief stated therein.

Respectfully submitted,

Dated: October 26, 2021          **DAVID S. HOFFMAN**, *Attorney at Law*

By: _/s/ David S. Hoffman_

David S. Hoffman, Attorney for Allan R. Hulgan and Nicole A. Hulgan

In re: Koka
20-50469-SLJ

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE BY ECF AND MAIL** |
| 2 | State of California } |
| | County of Santa Clara } |
| 3 | |
| | I, the undersigned, declare as follows: |
| 4 | |
| 5 | I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is 1500 E. Hamilton Ave. #115, Campbell, CA 95008. |
| 6 | On October 26, 2021, I served the foregoing document described as **JOINDER OF CREDITORS ALLAN AND NICOLE HULGAN TO JEFF AND AMALIA HANNAS' OBJECTION TO DISCLOSURE STATEMENT ASPECTS OF DEBTOR AND THE GARDNERS' JOINT PROPOSED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (October 1, 2021)** on the interested parties via ECF or at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Jose, California, addressed as follows: |

| | | |
|---|---|---|
| 10 | Jared A. Day, Esq. | Mordechai Koka |
| 11 | OFFICE OF THE U.S. TRUSTEE | 1409 Enderby Way |
| | 300 Booth Street, Suite 3009 | Sunnyvale, CA 95113-3004 |
| 12 | Reno, NV 89509 | |
| | Tel: (775) 784-5335 | Debtor - Via US Mail |
| 13 | Email: jared.a.day@usdoj.gov | |
| | Email: ankey.to@usdoj.gov | |
| 14 | *on Behalf of the Office of* | |
| | *the U.S. Trustee/SJ* | |
| 15 | | |
| | *U.S. Trustee* Via ECF | |
| 16 | U.S. Trustee | Arasto Farsad |
| 17 | Office of the U.S. Trustee/SJ | Farsad Law Office |
| | U.S. Federal Building | 1625 The Alameda, #525 |
| 18 | 280 S. 1st Street, Suite 268 | San Jose, CA 89509 |
| | San Jose, CA 95113-3004 | Email: farsadecf@gmail.com |
| 19 | Email: ustpregion17.sj.ecf@usdoj.gov | Email: farsadecf@ecf.courtdrive.com |
| | | Email: nancy@farsadlaw.com |
| 20 | *U.S. Trustee* Via ECF | *on Behalf of Debtor Mordechai Koka aka Moti Koka dba Green Bay Builders, Inc*. |
| 21 | | Attorney for Debtor Via ECF |
| 22 | Lars T. Fuller, Esq. | Brent D. Meyer, Esq. |
| 23 | THE FULLER LAW FIRM, PC | MEYER LAW GROUP, LLP |
| | 60 No. Keeble Avenue | 268 Bush Street, Suite 3639 |
| 24 | San Jose, CA 95126 | San Francisco, CA 94104 |
| | Tel: (408) 295-5595 | Tel: (415) 765-1588 |
| 25 | Fax: (408) 295-9852 | Fax: (415) 762-5277 |
| | Email: fullerlawfirmecf@aol.com, | Email: brent@meyerllp.com |
| 26 | larsfullerecf@aol.com | *on Behalf of Creditors* |
| | *on Behalf of Debtor* | ***Dale & Melissa Gardner*** |
| 27 | ***Mordechai Koka aka Moti Koka*** | Attorney for Creditor Via ECF |
| | Attorney for Debtor Via ECF | |
| 28 | In re: Koka | |
| | 20-50469-SLJ | |

| | | |
|---|---|---|
| 1 | Craig V. Winslow, Esq.<br>LAW OFFICES OF CRAIG V. WINSLOW<br>630 N. San Mateo Drive<br>San Mateo, CA 94401<br>Tel: (650) 347-5445<br>Email: craig@cvwlaw.com<br>**on Behalf of Creditors Dale & Melissa Gardner**<br><br>Attorney for Creditor Via ECF | Edward A. Treder, Esq.<br>BARRETT, DAFFIN, FRAPPIER, TREDER & WEISS<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA 91765<br>Tel: (626) 915-5714<br>Email: ndcaecf@BDFGroup.com<br>**on Behalf of Creditor HSBC Bank USA, National Association**<br><br>Attorney for Creditor Via ECF |

Craig V. Winslow, Esq.
LAW OFFICES OF CRAIG V. WINSLOW
630 N. San Mateo Drive
San Mateo, CA 94401
Tel: (650) 347-5445
Email: craig@cvwlaw.com
**on Behalf of Creditors Dale & Melissa Gardner**

Attorney for Creditor Via ECF

JULYN M. PARK (CSB No. 213429)
DEIRDRE M. DIGRANDE (CSB No. 199766)
LOCKHART PARK, LLP
5201 Great America Parkway, Suite 320
Santa Clara, CA 95054
Tel: (408) 416-2929
Fax: (855) 368-1020
Email: jpark@lockhartpark.com
Email: ddigrande@lockhartpark.com
**on Behalf of Creditors Jeff and Amalia Hanna**

Attorney for Creditor Via ECF

Edward A. Treder, Esq.
BARRETT, DAFFIN, FRAPPIER, TREDER & WEISS
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765
Tel: (626) 915-5714
Email: ndcaecf@BDFGroup.com
**on Behalf of Creditor HSBC Bank USA, National Association**

Attorney for Creditor Via ECF

Selwyn D. Whitehead, Esq.
LAW OFFICES OF SELWYN D. WHITEHEAD
4650 Scotia Avenue
Oakland, CA 94605
Tel: (510) 632-7444
Fax: (510) 856-5180
Email: selwynwhitehead@yahoo.com
**on Behalf of Creditors Jeff and Amalia Hanna**

Attorney for Creditor Via ECF

Kelly M. Kaufmann, Esq.
MCCARTHY & HOLTHUS LLP
1770 4th Avenue
San Diego, CA 92101
Tel: (619) 685-4800, ext. 1834
Email: bknotice@mccarthyholthus.com
**on Behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee for the Impac CMB Trust Series 2007-A**

Attorney for Creditor Via ECF

    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U. S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on this 26th day of October, 2021 at , California

Dated: October 26, 2021                          _____*/s/ David S. Hoffman*_____
                                                         David S. Hoffman

In re: Koka
20-50469-SLJ