# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| In re: Mordechai Koka | Case No. | 20-50469 SLJ |
|---|---|---|
| | **CHAPTER 11** **AMENDED - MONTHLY OPERATING REPORT** **(SMALL REAL ESTATE/INDIVIDUAL CASE)** | |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 05/31/21          **PETITION DATE:** 03/10/20

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| 2. **Asset and Liability Structure** | **End of Current Month** | **End of Prior Month** | **As of Petition Filing** |
|---|---|---|---|
| a. Current Assets | $152,347 | $11,048 | |
| b. Total Assets | $4,289,093 | $4,147,794 | $4,147,794 |
| c. Current Liabilities | $0 | | |
| d. Total Liabilities | $2,470,706 | $2,470,706 | $2,470,706 |

| 3. **Statement of Cash Receipts & Disbursements for Month** | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|
| a. Total Receipts | $8,995 | $9,045 | $965,564 |
| b. Total Disbursements | $8,564 | $15,638 | $788,882 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $431 | ($6,593) | $176,682 |
| d. Cash Balance Beginning of Month | $6,434 | $154,654 | $0 |
| e. Cash Balance End of Month (c + d) | $6,865 | $148,061 | $176,682 |

| | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6. **Post-Petition Liabilities** | $0 | | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

**At the end of this reporting month:**

| | | **Yes** | **No** |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | X | |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes   X ;          U.S. Trustee Quarterly Fees   X ; Check if filing is current for: Post-petition tax reporting and tax returns:   X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:   10/27/2021 0:00                    /s/ Mordechai Koka
                                          Responsible Individual

Revised 1/1/98

**BALANCE SHEET**
**(Small Real Estate/Individual Case)**
**For the Month Ended** ___05/31/21___

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | X | $22,615 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | $129,732 |
| 4 | Other: _____ | | |
| 5 | _____ | | |
| 6 | **Total Current Assets** | | $152,347 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | |
| 8 | Real property (rental or commercial) | | $4,106,345 |
| 9 | Furniture, Fixtures, and Equipment | X | $7,400 |
| 10 | Vehicles | X | $23,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | X | $1 |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: _____ | | |
| 16 | _____ | | |
| 17 | **Total Long Term Assets** | | $4,136,746 |
| 18 | **Total Assets** | | $4,289,093 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: _____ | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | $2,463,061 |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | $7,645 |
| 32 | **Total Pre-Petition Liabilities** | | $2,470,706 |
| 33 | **Total Liabilities** | | $2,470,706 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $1,818,387 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $4,289,093 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | **Property 1** | **Property 2** | **Property 3** |
|---|---|---|---|---|
| 1 | **Description of Property** | 1702 Paru Alameda | 858 Acalanes Road | 3190 Vichy |
| 2 | **Scheduled Gross Rents** | $7,645 | | |
| | **Less:** | | | |
| 3 | **Vacancy Factor** | | | |
| 4 | **Free Rent Incentives** | | | |
| 5 | **Other Adjustments** | | | |
| 6 | **Total Deductions** | $0 | $0 | $0 |
| 7 | **Scheduled Net Rents** | $7,645 | $0 | $0 |
| 8 | **Less: Rents Receivable (2)** | | | |
| 9 | **Scheduled Net Rents Collected (2)** | $7,645 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | **Account 1** | **Account 2** | **Account 3** |
|---|---|---|---|---|
| 10 | **Bank** | Wells Fargo | Wells Fargo | Bank of America |
| | | 2053 | 2061 | 4321 |
| 11 | **Account No.** | Paru Acct | Savings | EDD |
| 12 | **Account Purpose** | | | |
| 13 | **Balance, End of Month** | $4,445 | $1,913 | $507 |
| 14 | **Total Funds on Hand for all Accounts** | $6,865 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
#### For the Month Ended _____ 05/31/21 _____

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | $7,645 | $111,222 |
| 2 | Cash Received from Sales | $0 | $790,000 |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Deposits from odd jobs | $0 | $20,555 |
| 8 | Transfers | $0 | $14,250 |
| 9 | Returns | $0 | $281 |
| 10 | IRS | $0 | $1,400 |
| 11 | EDD | $1,350 | $27,856 |
| 12 | **Total Cash Receipts** | $8,995 | $965,564 |
| **Cash Disbursements** | | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | $0 | $50,000 |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $0 | $70,300 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Food, clothes, personal products, living expenses | $2,238 | $22,316 |
| 33 | CLSB Fines, withdrawals, expenses for Paru property | $5,392 | $31,523 |
| 34 | Insurance, Medical, Auto | $282 | $3,061 |
| 35 | Quarterly UST fees | $653 | $6,834 |
| 36 | Legal & professional fees | $0 | $604,848 |
| 37 | **Total Cash Disbursements:** | $8,564 | $788,882 |
| 38 | **Net Increase (Decrease) in Cash** | $431 | $176,682 |
| 39 | **Cash Balance, Beginning of Period** | $6,434 | $0 |
| 40 | **Cash Balance, End of Period** | $6,865 | $176,682 |

Case: 20-50469   Doc# 267   Filed: 10/27/21   Entered: 10/27/21 17:00:07   Page 4 of 11

Revised 1/1/98

# Wells Fargo Combined Statement of Accounts



MORDECHAI KOKA
DEBTOR IN POSSESSION
CH11 CASE #20-50469 (NCA)

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS** (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☑ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

 IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

(114)
Sheet Seq = 0300855
Sheet 00001 of 00003



# Summary of accounts

## *Checking/Prepaid and Savings*

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Everyday Checking | 2 | 2061 | 241.75 | 1,913.19 |
| Wells Fargo Everyday Checking | 4 | 2053 | 6,191.97 | 4,445.39 |
| | **Total deposit accounts** | | **$6,433.72** | **$6,358.58** |

# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $241.75 |
| Deposits/Additions | 4,000.00 |
| Withdrawals/Subtractions | - 2,328.56 |
| **Ending balance on 5/31** | **$1,913.19** |

Account number: 2061

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/3 | | Online Transfer From Koka M Everyday Checking xxxxxx2053 Ref #Ib0Bdv59P6 on 05/02/21 | 2,000.00 | | |
| 5/3 | | Purchase authorized on 04/29 Tst* Melo S Pizza Pleasant Hill CA S381119753134039 Card 6361 | | 64.35 | |
| 5/3 | | Purchase authorized on 05/01 Metropcs Mobile We 888-863-8768 WA S581121687534219 Card 6361 | | 110.00 | |
| 5/3 | | Purchase authorized on 05/01 Sushi House Alameda CA S301121809442158 Card 6361 | | 47.71 | |
| 5/3 | | Recurring Payment authorized on 05/02 Sling.Com 888-388-6210 CO S581123141074806 Card 6361 | | 40.00 | 1,979.69 |
| 5/5 | | Purchase authorized on 05/04 Lima Concord CA S461124739437687 Card 6361 | | 80.34 | 1,899.35 |
| 5/6 | | Purchase authorized on 05/06 Trader Joe's # 115 Lafayette CA P0038112672472050O Card 6361 | | 43.02 | |
| 5/6 | | Purchase authorized on 05/06 Foodmaxx #481.C Concord CA P00000000282365974 Card 6361 | | 166.88 | |
| 5/6 | | Purchase authorized on 05/06 Sunnyvale Market Walnut Creek CA P00000000187160251 Card 6361 | | 29.89 | 1,659.56 |
| 5/10 | | Purchase authorized on 05/07 Kaiser 02090512 Walnut Creek CA S381127598115596 Card 6361 | | 15.00 | |
| 5/10 | | Purchase authorized on 05/09 Safeway #0783 Lafayette CA P00581129732268341 Card 6361 | | 98.47 | 1,546.09 |



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/12 | | Recurring Payment authorized on 05/10 Kaiser/Hps 844-524-7370 CA S461131218309140 Card 6361 | | 1.00 | 1,545.09 |
| 5/14 | | Purchase authorized on 05/14 Foodmaxx #481.C Concord CA P00000000280327229 Card 6361 | | 120.55 | |
| 5/14 | | Quarterly Fee Payment 210513 6O9P27P9SE1 Moti Koka | | 652.99 | 771.55 |
| 5/17 | | Purchase authorized on 05/14 Chevron 0094640 Walnut Creek CA S461134771835074 Card 6361 | | 81.00 | |
| 5/17 | | Transfer to Koka Ilana on 05/15 Ref #Pp0Bhpcrqy xxxxxx8156 | | 30.00 | |
| 5/17 | | Purchase authorized on 05/17 Safeway #0783 Lafayette CA P00381137783540733 Card 6361 | | 51.97 | 608.58 |
| 5/18 | | Recurring Payment authorized on 05/17 Apple.Com/Bill 866-712-7753 CA S301137546002043 Card 6361 | | 2.99 | 605.59 |
| 5/19 | | Purchase authorized on 05/19 Safeway #0783 Lafayette CA P00461139748950656 Card 6361 | | 38.98 | 566.61 |
| 5/20 | | Recurring Payment authorized on 05/17 Comcast California 800-Comcast CA S301138195262064 Card 6361 | | 103.18 | |
| 5/20 | | Recurring Payment authorized on 05/17 Comcast California 800-Comcast CA S301138245845240 Card 6361 | | 118.18 | 345.25 |
| 5/21 | | Purchase authorized on 05/21 Trader Joe's # 115 Lafayette CA P00461141789599585 Card 6361 | | 29.47 | |
| 5/21 | | Purchase authorized on 05/21 Foodmaxx #481.C Concord CA P00000000373255032 Card 6361 | | 80.56 | 235.22 |
| 5/26 | | Online Transfer From Koka M Everyday Checking xxxxxx2053 Ref #Ib0Bksb3Nl on 05/26/21 | 2,000.00 | | |
| 5/26 | | Purchase authorized on 05/25 Sk Auto Alameda CA S301145850783097 Card 6361 | | 185.00 | |
| 5/26 | | Purchase authorized on 05/26 Trader Joe's # 115 Lafayette CA P00381146741709738 Card 6361 | | 29.88 | 2,020.34 |
| 5/28 | | Purchase authorized on 05/28 Foodmaxx #481.C Concord CA P00000000685814801 Card 6361 | | 80.88 | |
| 5/28 | | Purchase authorized on 05/28 Safeway #0783 Lafayette CA P00381148797515941 Card 6361 | | 26.27 | 1,913.19 |
| **Ending balance on 5/31** | | | | | **1,913.19** |
| **Totals** | | | **$4,000.00** | **$2,328.56** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2021 - 05/31/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| The bank has waived the fee for this fee period. | | |

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $235.22 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

RC/RC

Sheet Seq = 0300856
Sheet 00002 of  00003



 # IMPORTANT ACCOUNT INFORMATION

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $6,191.97 |
| Deposits/Additions | 7,645.00 |
| Withdrawals/Subtractions | - 9,391.58 |
| **Ending balance on 5/31** | **$4,445.39** |

Account number: **2053**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/3 | | Deposit Made In A Branch/Store | 3,000.00 | | |
| 5/3 | | Online Transfer to Koka M Everyday Checking xxxxxx2061 Ref #Ib0Bdv59P6 on 05/02/21 | | 2,000.00 | 7,191.97 |
| 5/6 | | Edeposit IN Branch/Store 05/06/21 02:16:13 Pm 2380 Monument Blvd Pleasant Hill CA 8191 | 1,895.00 | | |
| 5/6 | | Edeposit IN Branch/Store 05/06/21 02:24:07 Pm 821 Marina Village Pkwy Alameda CA | 2,750.00 | | 11,836.97 |
| 5/12 | | Purchase authorized on 05/11 State Farm Insura 800-956-6310 IL S301131336262201 Card 8191 | | 316.44 | 11,520.53 |
| 5/17 | | Loan Srvc Cntr Auto Draft 051421 0019551159 Moti Koka | | 5,075.14 | 6,445.39 |
| 5/26 | | Online Transfer to Koka M Everyday Checking xxxxxx2061 Ref #Ib0Bksb3Nl on 05/26/21 | | 2,000.00 | 4,445.39 |
| **Ending balance on 5/31** | | | | | **4,445.39** |
| **Totals** | | | **$7,645.00** | **$9,391.58** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.



## Monthly service fee summary (continued)

| Fee period 05/01/2021 - 05/31/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $4,445.39 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC

# ✔ IMPORTANT ACCOUNT INFORMATION



Great News! The daily purchase limit for each debit/ATM card linked to your checking account is being increased by $2,000. The increase becomes effective between May 1 and May 8, 2021. To view your daily card limits, go to wellsfargo.com/cardcontrol, then login and open the Card Details link for your card.

---

**Other Wells Fargo Benefits**

**Go paperless with online statements - the safe and convenient way to stay organized**

You'll get fast, secure, contactless delivery - plus easy online access up to the last seven years of your deposit account statements.*
We'll also send you an email alert when each statement is ready to view. You can securely view, download, print and save your statement with the peace of mind that you have an online backup. You can also switch back to paper statements at any time.

It's easy to set up online statements - on the Wells Fargo Mobile® app, choose Menu > Profile > Delivery Preferences or sign on to Wells Fargo Online®, click on "Accounts" and then "Manage Delivery Preferences" under "Statements & Documents."

If you have questions, please contact your local banker or call the number listed on this statement.

**Switch to online statements today and your statements will only be a few clicks away whenever you need them!**

Wells Fargo Bank, N.A. Member FDIC

*Online Statements require Adobe Acrobat® PDF reader. The length of time the specific product statements are available online can be found in Wells Fargo Online® in Statements & Documents. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.　$ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

\+ $ _____

**C** Add **A** and **B** to calculate the subtotal.　= $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

\- $ _____

**E** **Subtract** **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.　= $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC.


**BANK OF AMERICA**

Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

# Statement for June 01, 2021

EDD Debit Card

**Forward Service Requested**

MOTI KOKA
858 ACALANES RD
LAFAYETTE, CA 94549-3302

| | |
|---|---|
| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 4321 |
| Period Start Date: | 05/02/2021 |
| Period End Date: | 06/01/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $1,716.57 | $1,350.00 | $ -2,560.00 | $506.57 |

## Account Transaction Activity

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| CA EDD DEPOSIT CO.ENTDESC | 05/18/2021 | 137206920119 | ACH Load Credit | $450.00 | |
| BANK OF AMERICA *LAFAYETTE LAFAYETTE, California United States of America | 05/17/2021 | 11378631 | ATM Cash Withdrawal | | $ -400.00 |
| CA EDD DEPOSIT CO.ENTDESC | 05/10/2021 | 449423883819 | ACH Load Credit | $450.00 | |
| BANK OF AMERICA *LAFAYETTE LAFAYETTE, California United States of America | 05/09/2021 | 11296647 | ATM Cash Withdrawal | | $ -160.00 |
| BANK OF AMERICA *LAFAYETTE LAFAYETTE, California United States of America | 05/07/2021 | 11274295 | ATM Cash Withdrawal | | $ -1,000.00 |
| CA EDD DEPOSIT CO.ENTDESC | 05/04/2021 | 927744850060 | ACH Load Credit | $450.00 | |
| BANK OF AMERICA *CONCORD MAIN CONCORD, California United States of America | 05/04/2021 | 11245770 | ATM Cash Withdrawal | | $ -1,000.00 |
| | | | **Totals** | $1,350.00 | $ -2,560.00 |

## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $0.00 | $0.00 |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more

Scanned with CamScanner