# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Mordechai Koka | **Case No.**     20-50469 SLJ |
| | **CHAPTER 11**<br>**AMENDED - MONTHLY OPERATING REPORT**<br>**(SMALL REAL ESTATE/INDIVIDUAL CASE)** |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**    06/30/21        **PETITION DATE:**     03/10/20

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in    $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $134,997 | $152,347 | |
| | b. Total Assets | $4,271,743 | $4,289,093 | $4,147,794 |
| | c. Current Liabilities | $0 | | |
| | d. Total Liabilities | $2,470,706 | $2,470,706 | $2,470,706 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $6,695 | $8,995 | $972,259 |
| | b. Total Disbursements | $8,295 | $8,564 | $797,177 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($1,600) | $431 | $175,082 |
| | d. Cash Balance Beginning of Month | $6,865 | $6,434 | $0 |
| | e. Cash Balance End of Month (c + d) | $5,265 | $6,865 | $175,082 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6. | **Post-Petition Liabilities** | $0 | | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

**At the end of this reporting month:**

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | X | |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes   X   ;     U.S. Trustee Quarterly Fees   X   ; Check if filing is current for: Post-petition tax reporting and tax returns:   X   .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:    10/27/2021 0:00         /s/ Mordechai Koka
                                      Responsible Individual

Revised 1/1/98

**BALANCE SHEET**
(Small Real Estate/Individual Case)
**For the Month Ended** __06/30/21__

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | X | $5,265 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | $129,732 |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $134,997 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | |
| 8 | Real property (rental or commercial) | | $4,106,345 |
| 9 | Furniture, Fixtures, and Equipment | X | $7,400 |
| 10 | Vehicles | X | $23,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | X | $1 |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: | | |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $4,136,746 |
| 18 | **Total Assets** | | $4,271,743 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | $2,463,061 |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | $7,645 |
| 32 | **Total Pre-Petition Liabilities** | | $2,470,706 |
| 33 | **Total Liabilities** | | $2,470,706 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $1,801,037 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $4,271,743 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | **Property 1** | **Property 2** | **Property 3** |
|---|---|---|---|---|
| 1 | **Description of Property** | 1702 Paru Alameda | 858 Acalanes Road | 3190 Vichy |
| 2 | **Scheduled Gross Rents** | $4,895 | | |
| | **Less:** | | | |
| 3 | **Vacancy Factor** | | | |
| 4 | **Free Rent Incentives** | | | |
| 5 | **Other Adjustments** | | | |
| 6 | **Total Deductions** | $0 | $0 | $0 |
| 7 | **Scheduled Net Rents** | $4,895 | $0 | $0 |
| 8 | **Less:  Rents Receivable (2)** | | | |
| 9 | **Scheduled Net Rents Collected (2)** | $4,895 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | **Account 1** | **Account 2** | **Account 3** |
|---|---|---|---|---|
| 10 | **Bank** | Wells Fargo | Wells Fargo | Bank of America |
| | | 2053 | 2061 | 4321 |
| 11 | **Account No.** | Paru Acct | Savings | EDD |
| 12 | **Account Purpose** | | | |
| 13 | **Balance, End of Month** | $3,031 | $427 | $1,807 |
| 14 | **Total Funds on Hand for all Accounts** | $5,265 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
#### For the Month Ended    06/30/21

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | $4,895 | $116,117 |
| 2 | Cash Received from Sales | $0 | $790,000 |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Deposits from odd jobs | $0 | $20,555 |
| 8 | Transfers | $0 | $14,250 |
| 9 | Returns | $0 | $281 |
| 10 | IRS | $0 | $1,400 |
| 11 | EDD | $1,800 | $29,656 |
| 12 | **Total Cash Receipts** | $6,695 | $972,259 |
| **Cash Disbursements** | | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | $0 | $50,000 |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $0 | $70,300 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Food, clothes, personal products, living expenses | $2,010 | $24,326 |
| 33 | CLSB Fines, withdrawals, expenses for Paru property | $5,909 | $37,432 |
| 34 | Insurance, Medical, Auto | $376 | $3,437 |
| 35 | Quarterly UST fees | $0 | $6,834 |
| 36 | Legal & professional fees | $0 | $604,848 |
| 37 | **Total Cash Disbursements:** | $8,295 | $797,177 |
| 38 | **Net Increase (Decrease) in Cash** | ($1,600) | $175,082 |
| 39 | **Cash Balance, Beginning of Period** | $6,865 | $0 |
| 40 | **Cash Balance, End of Period** | $5,265 | $175,082 |

Revised 1/1/98

# Wells Fargo Combined Statement of Accounts



MORDECHAI KOKA
DEBTOR IN POSSESSION
CH11 CASE #20-50469 (NCA)

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**   (1-800-869-3557)

 *En español:* 1-877-727-2932

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
         P.O. Box 6995
         Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

 IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

(114)
Sheet Seq = 0348325
Sheet 00001 of  00004



# Summary of accounts

## *Checking/Prepaid and Savings*

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Everyday Checking | 2 | 2061 | 1,913.19 | 427.18 |
| Wells Fargo Everyday Checking | 5 | 2053 | 4,445.39 | 3,030.93 |
| | **Total deposit accounts** | | **$6,358.58** | **$3,458.11** |

# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $1,913.19 |
| Deposits/Additions | 400.00 |
| Withdrawals/Subtractions | - 1,886.01 |
| **Ending balance on 6/30** | **$427.18** |

Account numbe **061**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 2

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/1 | | Purchase authorized on 05/28 International Food Concord CA S461148765936478 Card 6361 | | 47.46 | 1,865.73 |
| 6/2 | | Recurring Payment authorized on 06/01 Kaiser/Hps 844-524-7370 CA S581152604523210 Card 6361 | | 58.72 | 1,807.01 |
| 6/3 | | Recurring Payment authorized on 06/02 Sling.Com 888-388-6210 CO S461154141046565 Card 6361 | | 40.00 | |
| 6/3 | | Purchase authorized on 06/03 Safeway #2708 Alameda CA P00581154834740646 Card 6361 | | 37.21 | 1,729.80 |
| 6/4 | | Purchase authorized on 06/03 Metropcs Mobile We 888-863-8768 WA S381154634457907 Card 6361 | | 110.00 | |
| 6/4 | | Purchase authorized on 06/04 Pleasant Hill G Pleasant Hill CA P00000000273427423 Card 6361 | | 83.08 | |
| 6/4 | | Purchase authorized on 06/04 Foodmaxx #481.C Concord CA P00000000876897764 Card 6361 | | 48.91 | 1,487.81 |
| 6/7 | | Purchase authorized on 06/04 Sq *Gotta Eatta Pi Pleasant Hill CA S301155758211962 Card 6361 | | 21.74 | |
| 6/7 | | Purchase authorized on 06/07 Concord Produce Concord CA P00000000183632233 Card 6361 | | 69.83 | 1,396.24 |
| 6/8 | | Purchase authorized on 06/07 Kaiser 02090512 Walnut Creek CA S581158670870202 Card 6361 | | 15.00 | |
| 6/8 | | Purchase authorized on 06/07 Kaiser 02090512 Walnut Creek CA S581158725200803 Card 6361 | | 15.00 | 1,366.24 |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/9 | | Purchase authorized on 06/07 Sq *Plearn Thai PA Walnut Creek CA S581158773769677 Card 6361 | | 63.77 | |
| 6/9 | | Purchase authorized on 06/08 Chevron/Csi-097407/1516 Orinda CA P00301160186203069 Card 6361 | | 49.45 | 1,253.02 |
| 6/10 | | Purchase authorized on 06/10 Trader Joe's # 115 Lafayette CA P00461161748891687 Card 6361 | | 30.20 | |
| 6/10 | | Purchase authorized on 06/10 Safeway #0783 Lafayette CA P00301161761937543 Card 6361 | | 32.09 | 1,190.73 |
| 6/14 | | Purchase authorized on 06/12 Jiffy Lube #232 Lafayette CA P0000000285129780 Card 6361 | | 87.45 | |
| 6/14 | | Purchase authorized on 06/12 Lafayette Car Wash Lafayette CA P0000000682287114 Card 6361 | | 30.95 | |
| 6/14 | | Purchase authorized on 06/12 Lafayette Ace Hard Lafayette CA S301163828793178 Card 6361 | | 15.14 | |
| 6/14 | | Purchase authorized on 06/12 The Hideout Kitche Lafayette CA S381164043173549 Card 6361 | | 135.16 | 922.03 |
| 6/15 | | Purchase authorized on 06/15 Safeway #0783 Lafayette CA P00381166782010711 Card 6361 | | 12.77 | 909.26 |
| 6/17 | | Purchase authorized on 06/16 Kaiser 02090512 Walnut Creek CA S381167861340533 Card 6361 | | 75.00 | 834.26 |
| 6/18 | | Purchase authorized on 06/16 Sq *Genova Walnut Creek CA S381167842297314 Card 6361 | | 25.26 | |
| 6/18 | | Purchase authorized on 06/18 Safeway #0783 Lafayette CA P00381169799659699 Card 6361 | | 82.49 | |
| 6/18 | | Purchase authorized on 06/18 Beverages & Mor Lafayette CA P0000000186714580 Card 6361 | | 12.28 | 714.23 |
| 6/21 | | Recurring Payment authorized on 06/17 Apple.Com/Bill 866-712-7753 CA S461168545663121 Card 6361 | | 2.99 | |
| 6/21 | | Recurring Payment authorized on 06/18 Comcast California 800-Comcast CA S461169379064252 Card 6361 | | 118.18 | |
| 6/21 | | Recurring Payment authorized on 06/18 Comcast California 800-Comcast CA S581169441708223 Card 6361 | | 103.18 | |
| 6/21 | | Purchase authorized on 06/18 Peet's #02602 Lafayette CA S461169804649592 Card 6361 | | 11.70 | |
| 6/21 | | Purchase authorized on 06/19 Martis Place Alameda CA S381170696572116 Card 6361 | | 45.40 | |
| 6/21 | | Purchase authorized on 06/19 Neumann Ent - Alameda VA Alameda CA P00461170704730525 Card 6361 | | 60.00 | |
| 6/21 | | Purchase authorized on 06/19 Bettys Eat Inn Santa Cruz CA S581171051647530 Card 6361 | | 25.36 | 347.42 |
| 6/23 | | Purchase authorized on 06/21 IL Pollaio Restaur San Francisco CA S581173004184303 Card 6361 | | 52.66 | |
| 6/23 | | Purchase authorized on 06/22 Chevron/Csi-097407/1516 Orinda CA P00461174061870095 Card 6361 | | 19.45 | 275.31 |
| 6/24 | | Purchase authorized on 06/24 USPS PO 05403802 3641 MT Lafayette CA P00301175729057585 Card 6361 | | 37.40 | |
| 6/24 | | Purchase authorized on 06/24 Chevron/Csi-095890/1746 Lafayette CA P00301175732228000 Card 6361 | | 19.27 | |
| 6/24 | | Purchase authorized on 06/24 Safeway #0783 Lafayette CA P00381176016357134 Card 6361 | | 32.09 | 186.55 |
| 6/25 | | Purchase authorized on 06/25 Safeway #0783 Lafayette CA P00461176748929650 Card 6361 | | 33.81 | 152.74 |
| 6/28 | | Purchase authorized on 06/26 Fastrak Csc 415-486-8655 CA S581177505197698 Card 6361 | | 25.00 | |
| 6/28 | | Purchase authorized on 06/26 Trader Joe's # 115 Lafayette CA P00381178000315250 Card 6361 | | 36.73 | |
| 6/28 | | Purchase authorized on 06/28 Safeway #0783 Lafayette CA P00381179846942424 Card 6361 | | 18.72 | 72.29 |

Sheet Seq = 0348326
Sheet 00002 of  00004



---

### *Transaction history (continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 6/29 | | Online Transfer From Koka M Everyday Checking xxxxxx2053 Ref #Ib0Bsyxrqd on 06/29/21 | 400.00 | | |
| 6/29 | | Purchase authorized on 06/29 Concord Produce Concord CA P00000000980082485 Card 6361 | | 45.11 | 427.18 |
| **Ending balance on 6/30** | | | | | **427.18** |
| **Totals** | | | **$400.00** | **$1,886.01** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2021 - 06/30/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| The bank has waived the fee for this fee period. | | |

| **How to avoid the monthly service fee** | Minimum required | This fee period | |
|------|------|------|------|
| Have any **ONE** of the following account requirements | | | |
| · Minimum daily balance | $500.00 | $72.29 | ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 | ☐ |
| · Age of primary account owner | 17 - 24 | | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | | |

RC/RC



# IMPORTANT ACCOUNT INFORMATION

---

Effective September 1, 2021, the non-Wells Fargo ATM balance inquiry fee will increase from $2.00 to $2.50, and the non-Wells Fargo ATM transfer fee will increase from $2.00 to $2.50. To avoid these fees, monitor your balances and transfer money by accessing Wells Fargo ATMs, calling the number on the back of your card, and using Wells Fargo Online® or the Wells Fargo Mobile® app. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. These fees may not be applicable to all customers and may vary depending on the type of Account you have. For more details, refer to the applicable Wells Fargo Fee and Information Schedule for your Account.

---

Effective May 28, 2021, the document copy fee was eliminated and there is no longer a charge for this service. Thank you for banking with Wells Fargo. We appreciate your business.

---

### Can we reach you when it's really important?

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch



# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $4,445.39 |
| Deposits/Additions | 4,895.00 |
| Withdrawals/Subtractions | - 6,309.46 |
| **Ending balance on 6/30** | **$3,030.93** |

Account number: **2053**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**
*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/1 | | Deposit Made In A Branch/Store | 3,000.00 | | 7,445.39 |
| 6/3 | | Edeposit IN Branch/Store 06/03/21 04:00:42 Pm 2260 Otis Dr Alameda CA 8191 | 1,895.00 | | |
| 6/3 | | Purchase authorized on 06/03 USPS PO 05007201 1415 Web Alameda CA P00461154814805670 Card 8191 | | 4.15 | 9,336.24 |
| 6/14 | | Recurring Payment authorized on 06/11 State Farm Insura 800-956-6310 IL S581162324600384 Card 8191 | | 316.44 | 9,019.80 |
| 6/15 | | Loan Srvc Cntr Auto Draft 061421 0019551159 Moti Koka | | 5,519.60 | 3,500.20 |
| 6/28 | | Purchase authorized on 06/28 Chevron/Csi-095890/1746 Lafayette CA P00581179851505108 Card 8191 | | 69.27 | 3,430.93 |
| 6/29 | | Online Transfer to Koka M Everyday Checking xxxxxx2061 Ref #Ib0Bsyxrqd on 06/29/21 | | 400.00 | 3,030.93 |
| **Ending balance on 6/30** | | | | | 3,030.93 |
| **Totals** | | | **$4,895.00** | **$6,309.46** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your
transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a
link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2021 - 06/30/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $3,030.93 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |
| RC/RC | | |

Sheet Seq = 0348327
Sheet 00003 of  00004



 IMPORTANT ACCOUNT INFORMATION

**Other Wells Fargo Benefits**

**Go paperless with online statements - the safe and convenient way to stay organized**

You'll get fast, secure, contactless delivery - plus easy online access up to the last seven years of your deposit account statements.* We'll also send you an email alert when each statement is ready to view. You can securely view, download, print and save your statement with the peace of mind that you have an online backup. You can also switch back to paper statements at any time.

It's easy to set up online statements - on the Wells Fargo Mobile® app, choose Menu > Profile > Delivery Preferences or sign on to Wells Fargo Online®, click on "Accounts" and then "Manage Delivery Preferences" under "Statements & Documents."

If you have questions, please contact your local banker or call the number listed on this statement.

**Switch to online statements today and your statements will only be a few clicks away whenever you need them!**

Wells Fargo Bank, N.A. Member FDIC

*Online Statements require Adobe Acrobat® PDF reader. The length of time the specific product statements are available online can be found in Wells Fargo Online® in Statements & Documents. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.　$ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

➤ + $ _____

**C** **Add** A **and** B to calculate the subtotal.　= $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

➤ - $ _____

**E** **Subtract** D **from** C to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.　= $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801



Member FDIC.

Sheet Seq = 0348328
Sheet 00004 of 00004

# BANK OF AMERICA 

Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

**EDD Debit Card**

**Forward Service Requested**

MOTI KOKA
858 ACALANES RD
LAFAYETTE, CA 94549-3302

| | |
|---|---|
| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 4321 |
| Period Start Date: | 06/02/2021 |
| Period End Date: | 07/01/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ 506.57 | $ 1,800.00 | $ -500.00 | $ 1,806.57 |

## Account Transaction Activity

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| CA EDD DEPOSIT CO.ENTDESC | 06/16/2021 | 642135787730 | ACH Load Credit | $ 900.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 06/16/2021 | 642135756902 | ACH Load Credit | $ 900.00 | |
| BANK OF AMERICA *LAFAYETTE LAFAYETTE United States | 06/10/2021 | 11615767 | ATM Cash Withdrawal | | $ -500.00 |
| | | | **Totals** | $ 1,800.00 | $ -500.00 |

## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $ 0.00 | $ 0.00 |

**Privacy Notice -** Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**CARDHOLDERS WHO DO NOT RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after the earlier of the date you electronically access your Account, if the error

Scanned with CamScanner