# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Mordechai Koka | **Case No.** _____20-50469 SLJ_____ |
| | **CHAPTER 11**<br>**MONTHLY OPERATING REPORT**<br>**(SMALL REAL ESTATE/INDIVIDUAL CASE)** |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** ___07/31/21___        **PETITION DATE:** ___03/10/20___

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in    $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $133,183 | $134,997 | |
| | b. Total Assets | $4,269,929 | $4,271,743 | $4,147,794 |
| | c. Current Liabilities | $0 | | |
| | d. Total Liabilities | $2,470,706 | $2,470,706 | $2,470,706 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $7,595 | $6,695 | $979,854 |
| | b. Total Disbursements | $9,409 | $8,295 | $806,586 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($1,814) | ($1,600) | $173,268 |
| | d. Cash Balance Beginning of Month | $5,265 | $6,865 | $0 |
| | e. Cash Balance End of Month (c + d) | $3,451 | $5,265 | $173,268 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6. | **Post-Petition Liabilities** | $0 | | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

**At the end of this reporting month:**

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | X | |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes   X  ;        U.S. Trustee Quarterly Fees   X  ; Check if filing is current for: Post-petition tax reporting and tax returns:   X  .
   (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

| | |
|---|---|
| Date:   10/27/2021 0:00 | /s/ Mordechai Koka |
| | Responsible Individual |

Revised 1/1/98

**BALANCE SHEET**
(Small Real Estate/Individual Case)
**For the Month Ended** ___07/31/21___

**Assets**

| | | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|:---:|---:|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | X | $3,451 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | $129,732 |
| 4 | Other: _____ | | |
| 5 | _____ | | |
| 6 | **Total Current Assets** | | $133,183 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | |
| 8 | Real property (rental or commercial) | | $4,106,345 |
| 9 | Furniture, Fixtures, and Equipment | X | $7,400 |
| 10 | Vehicles | X | $23,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | X | $1 |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: _____ | | |
| 16 | _____ | | |
| 17 | **Total Long Term Assets** | | $4,136,746 |
| 18 | **Total Assets** | | $4,269,929 |

**Liabilities**

**Post-Petition Liabilities**

| | | | |
|---|---|---|---:|
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: _____ | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | $2,463,061 |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | $7,645 |
| 32 | **Total Pre-Petition Liabilities** | | $2,470,706 |
| 33 | **Total Liabilities** | | $2,470,706 |

**Equity (Deficit)**

| | | | |
|---|---|---|---:|
| 34 | **Total Equity (Deficit)** | | $1,799,223 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $4,269,929 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |   | **Property 1** | **Property 2** | **Property 3** |
|---|---|---|---|---|
| 1 | **Description of Property** | 1702 Paru Alameda | 858 Acalanes Road | 3190 Vichy |
| 2 | **Scheduled Gross Rents** | $4,895 | | |
|   | **Less:** | | | |
| 3 | **Vacancy Factor** | | | |
| 4 | **Free Rent Incentives** | | | |
| 5 | **Other Adjustments** | | | |
| 6 | **Total Deductions** | $0 | $0 | $0 |
| 7 | **Scheduled Net Rents** | $4,895 | $0 | $0 |
| 8 | **Less:  Rents Receivable (2)** | | | |
| 9 | **Scheduled Net Rents Collected (2)** | $4,895 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|   |   | **Account 1** | **Account 2** | **Account 3** |
|---|---|---|---|---|
| 10 | **Bank** | Wells Fargo | Wells Fargo | Bank of America |
|   |   | 2053 | 2061 | 4321 |
| 11 | **Account No.** | Paru Acct | Savings | EDD |
| 12 | **Account Purpose** | | | |
| 13 | **Balance, End of Month** | $1,084 | $1,860 | $507 |
| 14 | **Total Funds on Hand for all Accounts** | $3,451 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended     07/31/21

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | $4,895 | $121,012 |
| 2 | Cash Received from Sales | $0 | $790,000 |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Deposits from odd jobs | $0 | $20,555 |
| 8 | Transfers | $0 | $14,250 |
| 9 | Returns | $0 | $281 |
| 10 | IRS | $0 | $1,400 |
| 11 | EDD | $2,700 | $32,356 |
| 12 | **Total Cash Receipts** | $7,595 | $979,854 |
| **Cash Disbursements** | | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | $0 | $50,000 |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $0 | $70,300 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Food, clothes, personal products, living expenses | $4,830 | $29,156 |
| 33 | CLSB Fines, withdrawals, expenses for Paru property | $4,442 | $41,874 |
| 34 | Insurance, Medical, Auto | $137 | $3,574 |
| 35 | Quarterly UST fees | $0 | $6,834 |
| 36 | Legal & professional fees | $0 | $604,848 |
| 37 | **Total Cash Disbursements:** | $9,409 | $806,586 |
| 38 | **Net Increase (Decrease) in Cash** | ($1,814) | $173,268 |
| 39 | **Cash Balance, Beginning of Period** | $5,265 | $0 |
| 40 | **Cash Balance, End of Period** | $3,451 | $173,268 |

Revised 1/1/98

# Wells Fargo Combined Statement of Accounts



MORDECHAI KOKA
DEBTOR IN POSSESSION
CH11 CASE #20-50469 (NCA)

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-742-4932**

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

# Summary of accounts

## *Checking/Prepaid and Savings*

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Everyday Checking | 2 | 2061 | 427.18 | 1,860.43 |
| Wells Fargo Everyday Checking | 4 | 2053 | 3,030.93 | 1,083.56 |
| **Total deposit accounts** | | | **$3,458.11** | **$2,943.99** |

Case: 20-50469   Doc# 269   Filed: 10/27/21   Entered: 10/27/21 17:03:18   Page 5 of 12



# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 7/1 | $427.18 |
| Deposits/Additions | 2,400.00 |
| Withdrawals/Subtractions | - 966.75 |
| **Ending balance on 7/31** | **$1,860.43** |

Account numbe **2061**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|---------|-------------|---------|
| 7/1 | | Purchase authorized on 06/30 City of Berkeley- Berkeley CA S301181688474129 Card 6361 | | 0.55 | 426.63 |
| 7/2 | | Recurring Payment authorized on 06/30 Kaiser/Hps 844-524-7370 CA S461181377970167 Card 6361 | | 29.86 | |
| 7/2 | | Purchase authorized on 06/30 Image Beauty Salon Berkeley CA S301181700299119 Card 6361 | | 30.00 | |
| 7/2 | | Purchase authorized on 07/01 Sushi House Alameda CA S581183098009779 Card 6361 | | 108.57 | 258.20 |
| 7/6 | | Recurring Payment authorized on 07/02 Sling.Com 888-388-6210 CO S301184141053954 Card 6361 | | 40.00 | |
| 7/6 | | Purchase authorized on 07/03 Metropcs Web 888-863-8768 WA S301184252600146 Card 6361 | | 110.00 | 108.20 |
| 7/9 | | Purchase authorized on 07/09 Walgreens Store 1916 Webs Alameda CA P00461190725304392 Card 6361 | | 14.39 | 93.81 |
| 7/12 | | Purchase authorized on 07/09 IN N Out Burger 30 Alameda CA S581190770313147 Card 6361 | | 8.86 | |
| 7/12 | | Purchase authorized on 07/11 Chevron/Csi-095890/1746 Lafayette CA P00381192592312181 Card 6361 | | 19.27 | 65.68 |
| 7/13 | | Online Transfer From Koka M Everyday Checking xxxxxx2053 Ref #Ib0Bx3Xc64 on 07/13/21 | 600.00 | | |
| 7/13 | | Purchase authorized on 07/12 Sq *Acme Bread Com Berkeley CA S461193709501024 Card 6361 | | 20.89 | |
| 7/13 | | Purchase authorized on 07/12 Chevron/Csi-090290/2213 Alameda CA P00581194162656118 Card 6361 | | 20.36 | 624.43 |
| 7/15 | | Purchase authorized on 07/14 Noah's Bagels #361 Walnut Creek CA S301195684426669 Card 6361 | | 7.08 | |
| 7/15 | | Purchase authorized on 07/15 Safeway #0783 Lafayette CA P00461196794617695 Card 6361 | | 74.86 | 542.49 |
| 7/19 | | Purchase authorized on 07/16 Peet's #28302 Alameda CA S581197602682384 Card 6361 | | 7.20 | |
| 7/19 | | Recurring Payment authorized on 07/17 Apple.Com/Bill 408-974-1010 CA S461198545905917 Card 6361 | | 2.99 | 532.30 |
| 7/20 | | Recurring Payment authorized on 07/17 Comcast California 800-Comcast CA S461199183858143 Card 6361 | | 118.18 | |
| 7/20 | | Recurring Payment authorized on 07/17 Comcast California 800-Comcast CA S301199246877017 Card 6361 | | 103.18 | 310.94 |
| 7/23 | | Purchase authorized on 07/23 Safeway #0783 Lafayette CA P00581204721919196 Card 6361 | | 39.32 | |



## Transaction history  *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 7/23 | | Purchase authorized on 07/23 Chevron/Csi-095890/1746 Lafayette CA P0046120472811091 7 Card 6361 | | 19.27 | 252.35 |
| 7/26 | | Online Transfer From Koka M Everyday Checking xxxxxx2053 Ref #Ib0Bzv6Qz9 on 07/26/21 | 1,800.00 | | |
| 7/26 | | Purchase authorized on 07/24 Local Kitchens - L San Francisco CA S461206084805911 Card 6361 | | 38.61 | |
| 7/26 | | Purchase authorized on 07/25 Safeway #0783 Lafayette CA P00461207042944138 Card 6361 | | 43.45 | 1,970.29 |
| 7/27 | | Purchase authorized on 07/27 Chevron/Csi-095890/1746 Lafayette CA P00461208731874127 Card 6361 | | 29.18 | 1,941.11 |
| 7/30 | | Purchase authorized on 07/29 Sq *Levys Bagels C 94501 CA S301210560575645 Card 6361 | | 11.60 | |
| 7/30 | | Purchase authorized on 07/30 Foodmaxx #481.C Concord CA P00000000776867775 Card 6361 | | 50.34 | |
| 7/30 | | Purchase authorized on 07/30 Chevron/Csi-094640/1729 Walnut Creek CA P00301211750757584 Card 6361 | | 18.74 | 1,860.43 |
| **Ending balance on 7/31** | | | | | **1,860.43** |
| **Totals** | | | **$2,400.00** | **$966.75** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2021 - 07/31/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| The bank has waived the fee for this fee period. | | |

| **How to avoid the monthly service fee** Have any **ONE** of the following account requirements | Minimum required | This fee period |
|---|---|---|
| ·  Minimum daily balance | $500.00 | $65.68 ☐ |
| ·  Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| ·  Age of primary account owner | 17 - 24 | ☐ |
| ·  The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC

 # IMPORTANT ACCOUNT INFORMATION

Effective September 1, 2021, the non-Wells Fargo ATM balance inquiry fee will increase from $2.00 to $2.50, and the non-Wells Fargo ATM transfer fee will increase from $2.00 to $2.50. To avoid these fees, monitor your balances and transfer money by accessing Wells Fargo ATMs, calling the number on the back of your card, and using Wells Fargo Online® or the Wells Fargo Mobile® app. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. These fees may not be applicable to all customers and may vary depending on the type of Account you have. For more details, refer to the applicable Wells Fargo Fee and Information Schedule for your Account.

Sheet Seq = 0310362
Sheet 00002 of  00003



**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $3,030.93 |
| Deposits/Additions | 4,895.00 |
| Withdrawals/Subtractions | - 6,842.37 |
| **Ending balance on 7/31** | **$1,083.56** |

Account number **2053**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**
*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 2

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/1 | | Deposit Made In A Branch/Store | 3,000.00 | | 6,030.93 |
| 7/2 | | Edeposit IN Branch/Store 07/02/21 04:29:24 Pm 80 Moraga Way Orinda CA 8191 | 1,895.00 | | 7,925.93 |
| 7/9 | 2004 | Check | | 3,850.00 | 4,075.93 |
| 7/12 | | Purchase authorized on 07/09 Chevron 0090290 Alameda CA S461190717555458 Card 8191 | | 89.00 | |
| 7/12 | | Purchase authorized on 07/12 The Home Depot #0627 Emeryville CA P00381193729744331 Card 8191 | | 31.54 | 3,955.39 |
| 7/13 | | Purchase authorized on 07/13 Sunnyvale Market Walnut Creek CA P0000000637428985 Card 8191 | | 32.56 | |
| 7/13 | | Online Transfer to Koka M Everyday Checking xxxxxx2061 Ref #Ib0Bx3Xc64 on 07/13/21 | | 600.00 | 3,322.83 |
| 7/14 | | Recurring Payment authorized on 07/13 State Farm Insura 800-956-6310 IL S301194320341001 Card 8191 | | 316.44 | 3,006.39 |
| 7/16 | | NSF Return Item Fee for a Transaction Received on 07/15 $5,519.60 Loan Srvc Cntr Auto Draft 071421 0019551159 Moti Koka | | 35.00 | 2,971.39 |
| 7/26 | | Purchase authorized on 07/23 Kellymoorepaints # Lafayette CA S461204709734687 Card 8191 | | 18.38 | |
| 7/26 | | Purchase authorized on 07/26 Chevron/Csi-097407/1516 Orinda CA P0030120762081855 1 Card 8191 | | 69.45 | |
| 7/26 | | Online Transfer to Koka M Everyday Checking xxxxxx2061 Ref #Ib0Bzv6Qz9 on 07/26/21 | | 1,800.00 | 1,083.56 |
| **Ending balance on 7/31** | | | | | 1,083.56 |
| **Totals** | | | **$4,895.00** | **$6,842.37** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*



**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|--------|------|--------|
| 2004 | 7/9 | 3,850.00 |

**Items returned unpaid**

| Date | Description | Amount |
|------|-------------|--------|
| 7/16 | Loan Srvc Cntr Auto Draft 071421 0019551159 Moti Koka  Reference #    021000028686734 | 5,519.60 |

**Summary of Overdraft and Returned Item Fees**

|  | Total this statement period | Total year-to-date |
|--|----------------------------|-------------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $35.00 | $35.00 |

*Year-to-date totals reflect fees assessed or reversed since the first full statement period of the calendar year.  Negative values indicate that fee reversals exceed fees assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2021 - 07/31/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|-----------------------------------|-------------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $1,083.56 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC

Sheet Seq = 0310363
Sheet 00003 of  00003



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.          $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

\+ $ _____

**C** Add **A** and **B** to calculate the subtotal.          = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

\- $ _____

**E** **Subtract** **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801



Member FDIC.



Bank Of America, N. A.

101 South Tryon Street

Charlotte, North Carolina 28255

EDD Debit Card

**Forward Service Requested**

MOTI KOKA

858 ACALANES RD

LAFAYETTE, CA 94549-3302

| | |
|---|---|
| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 4321 |
| Period Start Date: | 07/02/2021 |
| Period End Date: | 08/01/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ 1,806.57 | $ 2,700.00 | $ -4,000.00 | $ 506.57 |

## Account Transaction Activity

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| BANK OF AMERICA *LAFAYETTE LAFAYETTE United States | 07/28/2021 | 12095467 | ATM Cash Withdrawal | | $ -1,000.00 |
| CA EDD DEPOSIT CO.ENTDESC | 07/26/2021 | 023332884535 | ACH Load Credit | $ 900.00 | |
| BANK OF AMERICA *LAFAYETTE LAFAYETTE United States | 07/23/2021 | 12045375 | ATM Cash Withdrawal | | $ -1,000.00 |
| BANK OF AMERICA *LAFAYETTE LAFAYETTE United States | 07/19/2021 | 12003792 | ATM Cash Withdrawal | | $ -1,000.00 |
| BANK OF AMERICA *LAFAYETTE LAFAYETTE United States | 07/17/2021 | 11983499 | ATM Cash Withdrawal | | $ -1,000.00 |
| CA EDD DEPOSIT CO.ENTDESC | 07/15/2021 | 148353440792 | ACH Load Credit | $ 450.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 07/15/2021 | 148353410597 | ACH Load Credit | $ 900.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 07/13/2021 | 975032470381 | ACH Load Credit | $ 450.00 | |
| | | | Totals | $ 2,700.00 | $ -4,000.00 |

## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $ 0.00 | $ 0.00 |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**CARDHOLDERS WHO DO NOT RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**

**In Case of Errors or Questions About Your Electronic Transfers:**

Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think in your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after the earlier of the date you electronically access your Account, if the error could be viewed in your electronic history, or the date we sent the FIRST written history on which the error appeared; but in any event you must report the error no more than 120 days after the transaction allegedly in error was credited or debited to your Account:

1. Tell us your name and Account number.

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**eCommunications**

You may request that rather than receiving your monthly Account statement or notices by mail, you can review them on this website. Monthly Account statements posted to this website will be available for at least 12 months.

You can withdraw this request to not receive your monthly Account statement or notices by mail by calling us at (866) 692-9374. You may also obtain copies of your statements by calling us at (866) 692-9374. A fee may apply for copies.