# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re: Mordechai Koka | **Case No.** _____20-50469 SLJ_____ |
|  | **CHAPTER 11**<br>**MONTHLY OPERATING REPORT**<br>**(SMALL REAL ESTATE/INDIVIDUAL CASE)** |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** ___08/31/21___    **PETITION DATE:** ___03/10/20___

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in ___$1___

| 2. **Asset and Liability Structure** | **End of Current Month** | **End of Prior Month** | **As of Petition Filing** |
|---|---|---|---|
| a. Current Assets | $134,891 | $133,183 | |
| b. Total Assets | $4,271,637 | $4,269,929 | $4,147,794 |
| c. Current Liabilities | $0 | | |
| d. Total Liabilities | $2,470,706 | $2,470,706 | $2,470,706 |

| 3. **Statement of Cash Receipts & Disbursements for Month** | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|
| a. Total Receipts | $11,195 | $7,595 | $991,049 |
| b. Total Disbursements | $9,487 | $9,409 | $816,072 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $1,708 | ($1,814) | $174,977 |
| d. Cash Balance Beginning of Month | $3,451 | $5,265 | $0 |
| e. Cash Balance End of Month (c + d) | $5,159 | $3,451 | $174,977 |

|  | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6. **Post-Petition Liabilities** | $0 | | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

| **At the end of this reporting month:** | **Yes** | **No** |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. Have any payments been made to professionals?  (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. Have any payments been made to officers, insiders, shareholders, relatives?  (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. Are a plan and disclosure statement on file? | X | |
| 14. Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ___X___ ;        U.S. Trustee Quarterly Fees ___X___ ; Check if filing is current for: Post-petition tax reporting and tax returns: ___X___ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

| Date: ___10/27/2021 0:00___ | /s/ Mordechai Koka |
|---|---|
|  | Responsible Individual |

Revised 1/1/98

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | X | $5,159 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | $129,732 |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $134,891 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | |
| 8 | Real property (rental or commercial) | | $4,106,345 |
| 9 | Furniture, Fixtures, and Equipment | X | $7,400 |
| 10 | Vehicles | X | $23,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | X | $1 |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: | | |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $4,136,746 |
| 18 | **Total Assets** | | $4,271,637 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | $2,463,061 |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | $7,645 |
| 32 | **Total Pre-Petition Liabilities** | | $2,470,706 |
| 33 | **Total Liabilities** | | $2,470,706 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $1,800,931 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $4,271,637 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

__List the Rental Information Requested Below By Properties (For Rental Properties Only)__

|  |  | __Property 1__ | __Property 2__ | __Property 3__ |
|---|---|---|---|---|
| 1 | **Description of Property** | 1702 Paru Alameda | 858 Acalanes Road | 3190 Vichy |
| 2 | **Scheduled Gross Rents** | $4,895 |  |  |
|  | **Less:** |  |  |  |
| 3 | **Vacancy Factor** |  |  |  |
| 4 | **Free Rent Incentives** |  |  |  |
| 5 | **Other Adjustments** |  |  |  |
| 6 | **Total Deductions** | $0 | $0 | $0 |
| 7 | **Scheduled Net Rents** | $4,895 | $0 | $0 |
| 8 | **Less: Rents Receivable (2)** |  |  |  |
| 9 | **Scheduled Net Rents Collected (2)** | $4,895 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|  |  | __Account 1__ | __Account 2__ | __Account 3__ |
|---|---|---|---|---|
| 10 | **Bank** | Wells Fargo | Wells Fargo | Bank of America |
|  |  | 2053 | 2061 | 4321 |
| 11 | **Account No.** | Paru Acct | Savings | EDD |
| 12 | **Account Purpose** |  |  |  |
| 13 | **Balance, End of Month** | $131 | $3,221 | $1,807 |
| 14 | **Total Funds on Hand for all Accounts** | $5,159 |  |  |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended ___08/31/21___

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $4,895 | $125,907 |
| 2 | Cash Received from Sales | $0 | $790,000 |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Deposits from odd jobs | $4,500 | $25,055 |
| 8 | Transfers | $0 | $14,250 |
| 9 | Returns | $0 | $281 |
| 10 | IRS | $0 | $1,400 |
| 11 | EDD | $1,800 | $34,156 |
| 12 | **Total Cash Receipts** | $11,195 | $991,049 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | $0 | $50,000 |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $0 | $70,300 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Food, clothes, personal products, living expenses | $1,596 | $30,752 |
| 33 | CLSB Fines, withdrawals, expenses for Paru property | $7,347 | $49,221 |
| 34 | Insurance, Medical, Auto | $543 | $4,117 |
| 35 | Quarterly UST fees | $0 | $6,834 |
| 36 | Legal & professional fees | $0 | $604,848 |
| 37 | **Total Cash Disbursements:** | $9,487 | $816,072 |
| 38 | **Net Increase (Decrease) in Cash** | $1,708 | $174,977 |
| 39 | **Cash Balance, Beginning of Period** | $3,451 | $0 |
| 40 | **Cash Balance, End of Period** | $5,159 | $174,977 |

Revised 1/1/98

# Wells Fargo Combined Statement of Accounts



MORDECHAI KOKA
DEBTOR IN POSSESSION
CH11 CASE #20-50469 (NCA)

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-742-4932**

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

# Summary of accounts

## *Checking/Prepaid and Savings*

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Everyday Checking | 2 | 2061 | 1,860.43 | 3,221.31 |
| Wells Fargo Everyday Checking | 5 | 2053 | 1,083.56 | 131.17 |
| **Total deposit accounts** | | | **$2,943.99** | **$3,352.48** |

Case: 20-50469   Doc# 270   Filed: 10/27/21   Entered: 10/27/21 17:04:26   Page 5 of 13



# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $1,860.43 |
| Deposits/Additions | 6,500.00 |
| Withdrawals/Subtractions | - 5,139.12 |
| **Ending balance on 8/31** | **$3,221.31** |

Account number: **2061**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/2 | | Purchase authorized on 08/01 Chevron/Csi-094640/1729 Walnut Creek CA P00581213768789538 Card 6361 | | 18.74 | 1,841.69 |
| 8/3 | | Purchase authorized on 08/01 Metropcs Mobile We 888-863-8768 WA S301214161658376 Card 6361 | | 110.00 | |
| 8/3 | | Recurring Payment authorized on 08/02 Kaiser/Hps 844-524-7370 CA S461214280854336 Card 6361 | | 29.86 | 1,701.83 |
| 8/4 | | Recurring Payment authorized on 08/02 Sling.Com 888-388-6210 CO S581215141028693 Card 6361 | | 46.00 | 1,655.83 |
| 8/5 | | Purchase authorized on 08/03 Amarin Thai Cuisin Lafayette CA S461216141359159 Card 6361 | | 53.62 | 1,602.21 |
| 8/6 | | Purchase authorized on 08/05 City of Berkeley- Berkeley CA S461217773802279 Card 6361 | | 1.30 | |
| 8/6 | | Purchase authorized on 08/06 Trader Joe's # 115 Lafayette CA P00461218847536580 Card 6361 | | 15.36 | 1,585.55 |
| 8/9 | | Purchase authorized on 08/05 Image Beauty Salon Berkeley CA S301217791316803 Card 6361 | | 30.00 | |
| 8/9 | | Purchase authorized on 08/07 Sunnyvale Market Walnut Creek CA P00000000634037978 Card 6361 | | 13.53 | |
| 8/9 | | Purchase authorized on 08/07 Chevron/Csi-094640/1729 Walnut Creek CA P00461219847342224 Card 6361 | | 68.74 | |
| 8/9 | | Purchase authorized on 08/08 Safeway #0783 Lafayette CA P00461221037412196 Card 6361 | | 33.35 | |
| 8/9 | | Purchase authorized on 08/09 Alameda Aac Inc. Alameda CA P00581221664507627 Card 6361 | | 73.00 | 1,366.93 |
| 8/11 | | Purchase authorized on 08/11 Target T- 2700 Fifth S Alameda CA P00000000536058609 Card 6361 | | 49.83 | |
| 8/11 | | Purchase authorized on 08/11 Berkeley Bowl P Berkeley CA P00000000974933392 Card 6361 | | 87.04 | |
| 8/11 | | Purchase authorized on 08/11 Chevron/Aval CO., Inc. Berkeley CA P00381223809745730 Card 6361 | | 11.49 | |
| 8/11 | | Purchase authorized on 08/11 Safeway #0967 Orinda CA P00461223821922891 Card 6361 | | 36.76 | 1,181.81 |
| 8/12 | | Purchase authorized on 08/07 Shp*Swanson Hlth P 800-437-4148 ND S461219818255717 Card 6361 | | 61.60 | |
| 8/12 | | Purchase authorized on 08/11 Peet's #28302 Alameda CA S381223702024910 Card 6361 | | 17.15 | |
| 8/12 | | Purchase authorized on 08/12 Pleasant Hill G Pleasant Hill CA P00000000473705881 Card 6361 | | 80.95 | 1,022.11 |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/13 | | Purchase authorized on 08/11 CA Dmv Fee 678-7315516 TN S461223727999687 Card 6361 | | 5.88 | |
| 8/13 | | Purchase authorized on 08/11 State of Calif Dmv 800-7770133 CA S381223728003969 Card 6361 | | 280.00 | |
| 8/13 | | Purchase authorized on 08/11 Koka Coaching Httpswww.Inst CA S381224151112892 Card 6361 | | 7.00 | |
| 8/13 | | Purchase authorized on 08/13 Trader Joe's # 115 Lafayette CA P00581225734295984 Card 6361 | | 32.46 | 696.77 |
| 8/16 | | Purchase authorized on 08/15 Sushi House Alameda CA S301227783048234 Card 6361 | | 56.84 | |
| 8/16 | | Purchase authorized on 08/16 Safeway #0783 Lafayette CA P00381228849274617 Card 6361 | | 27.49 | 612.44 |
| 8/17 | | Purchase authorized on 08/16 Localkitchens 162-82449535 CA S381228830806613 Card 6361 | | 9.69 | 602.75 |
| 8/18 | | Recurring Payment authorized on 08/17 Apple.Com/Bill 408-974-1010 CA S301229546485984 Card 6361 | | 2.99 | |
| 8/18 | | Debtmgmtservices Payment 210817 6Ockv5Tpel1 Mordechai Koka | | 247.29 | 352.47 |
| 8/19 | | Recurring Payment authorized on 08/18 Comcast California 800-Comcast CA S381230420794220 Card 6361 | | 103.18 | |
| 8/19 | | Recurring Payment authorized on 08/18 Comcast California 800-Comcast CA S461230500432720 Card 6361 | | 118.18 | |
| 8/19 | | Purchase authorized on 08/19 Chevron/Csi-097407/1516 Orinda CA P00381231746649283 Card 6361 | | 90.00 | |
| 8/19 | | Purchase authorized on 08/19 Safeway #0967 Orinda CA P00461231831033043 Card 6361 | | 28.44 | 12.67 |
| 8/20 | | Online Transfer From Koka M Everyday Checking xxxxxx2053 Ref #Ib0C7H2Rpm on 08/20/21 | 1,500.00 | | 1,512.67 |
| 8/23 | | Transfer From Koka Brandon on 08/23 Ref # Pp0C7Zts45 | 500.00 | | 2,012.67 |
| 8/24 | | Edeposit IN Branch/Store 08/24/21 02:17:53 Pm 80 Moraga Way Orinda CA 6361 | ==4,500.00== | | |
| 8/24 | | Purchase authorized on 08/24 Safeway #0783 Lafayette CA P00581236792588922 Card 6361 | | 83.03 | 6,429.64 |
| 8/26 | | Purchase authorized on 08/24 Reem'S Steaks Orinda CA S301236768772050 Card 6361 | | 29.47 | |
| 8/26 | | Online Transfer to Koka M Everyday Checking xxxxxx2053 Ref #Ib0C8K2Sk2 on 08/26/21 | | 3,000.00 | |
| 8/26 | | Purchase authorized on 08/26 Trader Joe's # 115 Lafayette CA P00581238805855673 Card 6361 | | 42.90 | |
| 8/26 | | Purchase authorized on 08/26 Safeway #0783 Lafayette CA P00461238816186299 Card 6361 | | 14.70 | |
| 8/26 | | Purchase authorized on 08/26 Safeway #0783 Lafayette CA P00301238816898897 Card 6361 | | 19.88 | 3,322.69 |
| 8/27 | | Purchase authorized on 08/27 Walgreens Store 1916 Webs Alameda CA P00461239780566101 Card 6361 | | 19.69 | 3,303.00 |
| 8/30 | | Purchase authorized on 08/27 Sq *Mariposa Bakin Oakland CA S301239789445964 Card 6361 | | 27.50 | |
| 8/30 | | Purchase authorized on 08/29 Chevron/Csi-095890/1746 Lafayette CA P00461241802363075 Card 6361 | | 19.27 | 3,256.23 |
| 8/31 | | Purchase authorized on 08/30 Monkey Thai Alameda CA S581242735069576 Card 6361 | | 15.45 | |
| 8/31 | | Purchase authorized on 08/30 Chevron/Csi-095890/1746 Lafayette CA P00301243119824496 Card 6361 | | 19.47 | 3,221.31 |
| **Ending balance on 8/31** | | | | | **3,221.31** |
| **Totals** | | | **$6,500.00** | **$5,139.12** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

Sheet Seq = 0331075
Sheet 00002 of  00004



**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2021 - 08/31/2021 | | Standard monthly service fee $10.00 | You paid $0.00 | |
|---|---|---|---|---|
| The bank has waived the fee for this fee period. | | | | |
| **How to avoid the monthly service fee** | | Minimum required | This fee period | |
| Have any **ONE** of the following account requirements | | | | |
| · Minimum daily balance | | $500.00 | $12.67 | ☐ |
| · Total amount of qualifying direct deposits | | $500.00 | $0.00 | ☐ |
| · Age of primary account owner | | 17 - 24 | | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | | | |
| RC/RC | | | | |

**Important Account Information**

Good news - When we modified the options to avoid the monthly service fee on your Everyday Checking account last year, we placed a temporary monthly service fee waiver on your account to help with the change. As a courtesy, we are extending this temporary fee waiver for an additional three consecutive fee periods. If you have converted or choose to convert this Everyday Checking account to another checking account type at any time during the temporary monthly service fee waiver period, the waiver will not be applied to that new converted account. The terms of that new account, including the applicable monthly service fee and options to avoid the fee, will apply at the time of conversion.

When your temporary monthly service fee waiver has reached the final two fee periods, there will be a message on your account statement under the Monthly Service Fee Summary section that will let you know it is coming to an end. When the temporary fee waiver expires, you'll need to meet one of the existing options to avoid the monthly service fee. The options to avoid the monthly service fee can be found on this statement under the Monthly Service Fee Summary section.

Thank you for being a valuable customer. If you have questions, please contact your local banker or call the number listed on this statement.

 # IMPORTANT ACCOUNT INFORMATION

We are updating the Deposit Account Agreement ("Agreement") dated May 28, 2021. Effective August 9, 2021, in the section of the Agreement titled "Closing Accounts," the subsection "Closing your account if the balance is zero" is deleted and replaced with the following:

**Accounts with a zero balance will continue to be charged applicable fees**       (like the monthly service fee) until you request to close your account. We may close an account (except analyzed business accounts) with a zero balance on the fee period ending date or at month end without prior notification to you. Once an account is closed (either by you or us), no fees will be assessed on the account.
- To prevent closure by us, an account with a zero balance must have a qualifying transaction posted within the last two months of the most recent fee period ending date. IOLTA and RETA accounts require a qualifying transaction within ten months of the most recent fee period ending date.
- Examples of qualifying transactions are deposits and withdrawals made at a branch, ATM, online, mobile, or via telephone; one-time and recurring transfers made at a branch, ATM, online, mobile, or via telephone; automatic or electronic deposits, such as from payroll or government benefits; automatic or electronic payments, including Bill Pay; one-time and recurring purchases or payments made using a card or mobile device; and checks paid from the account. IOLTA and RETA accounts are not eligible for ATM cards or debit cards.



- Bank-originated transactions, like monthly service or other fees, are not considered qualifying transactions that will prevent closure of an account with a zero balance.

All other aspects of the Agreement remain the same. If there is a conflict between the updated language above and the Agreement, the updated language will control. The most recent Deposit Account Agreement and related addenda are located online at wellsfargo.com/online-banking/consumer-account-fees.

———————————

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 8/1 | $1,083.56 |
| Deposits/Additions | 7,895.00 |
| Withdrawals/Subtractions | - 8,847.39 |
| **Ending balance on 8/31** | **$131.17** |

Account number: **2053**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---:|---:|---:|
| 8/2 | | Deposit Made In A Branch/Store | 3,000.00 | | 4,083.56 |
| 8/5 | | Edeposit IN Branch/Store 08/05/21 03:18:49 Pm 2959 College Ave Berkeley CA 8191 | 1,895.00 | | 5,978.56 |
| 8/12 | | Recurring Payment authorized on 08/11 State Farm Insura 800-956-6310 IL S461223312814997 Card 8191 | | 316.44 | 5,662.12 |
| 8/16 | | Purchase authorized on 08/13 PG&E/EZ-Pay 800-743-5000 CA S301225839936528 Card 8191 | | 1,501.35 | 4,160.77 |
| 8/20 | | Online Transfer to Koka M Everyday Checking xxxxxx2061 Ref #Ib0C7H2Rpm on 08/20/21 | | 1,500.00 | 2,660.77 |
| 8/26 | | Online Transfer From Koka M Everyday Checking xxxxxxx2061 Ref #Ib0C8K2Sk2 on 08/26/21 | 3,000.00 | | 5,660.77 |
| 8/30 | | Select Portfolio Sps 0019551159 Moti Koka | | 5,519.60 | 141.17 |
| 8/31 | | Monthly Service Fee | | 10.00 | 131.17 |
| **Ending balance on 8/31** | | | | | **131.17** |
| **Totals** | | | **$7,895.00** | **$8,847.39** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

Sheet Seq = 0331076
Sheet 00003 of 00004



**Summary of Overdraft and Returned Item Fees**

|  | *Total this statement period* | *Total year-to-date* |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $35.00 |

*Year-to-date totals reflect fees assessed or reversed since the first full statement period of the calendar year. Negative values indicate that fee reversals exceed fees assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2021 - 08/31/2021 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $141.17 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.    $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.    = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801



Member FDIC.

Sheet Seq = 0331077
Sheet 00004 of 00004



Bank Of America, N. A.

101 South Tryon Street

Charlotte, North Carolina 28255

**Forward Service Requested**

MOTI KOKA

858 ACALANES RD

LAFAYETTE, CA 94549-3302

| | |
|---|---|
| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 4321 |
| Period Start Date: | 08/02/2021 |
| Period End Date: | 09/01/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ 506.57 | $ 1,800.00 | $ -500.00 | $ 1,806.57 |

## Account Transaction Activity

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| CA EDD DEPOSIT CO.ENTDESC | 08/23/2021 | 519615765110 | ACH Load Credit | $ 450.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 08/20/2021 | 257655893469 | ACH Load Credit | $ 450.00 | |
| CA EDD DEPOSIT CO.ENTDESC | 08/10/2021 | 395562361489 | ACH Load Credit | $ 900.00 | |
| BANK OF AMERICA *LAFAYETTE LAFAYETTE United States | 08/08/2021 | 12202826 | ATM Cash Withdrawal | | $ -500.00 |
| | | | **Totals** | $ 1,800.00 | $ -500.00 |

## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $ 0.00 | $ 0.00 |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**CARDHOLDERS WHO DO NOT RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN

Call or write us as soon as you can if you think in your statement or receipt is wrong or if you need more information about a transfer on the

statement or receipt. We must hear from you no later than 60 days after the earlier of the date you electronically access your Account, if the error could be viewed in your electronic history, or the date we sent the FIRST written history on which the error appeared; but in any event you must report the error no more than 120 days after the transaction allegedly in error was credited or debited to your Account:

1. Tell us your name and Account number.

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**eCommunications**

You may request that rather than receiving your monthly Account statement or notices by mail, you can review them on this website. Monthly Account statements posted to this website will be available for at least 12 months.

You can withdraw this request to not receive your monthly Account statement or notices by mail by calling us at (866) 692-9374. You may also obtain copies of your statements by calling us at (866) 692-9374. A fee may apply for copies.