# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:  Mordechai Koka

**Case No.**                20-50469 SLJ

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**    09/30/21          **PETITION DATE:**          03/10/20

1.  Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here
the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in    $1

| 2. **Asset and Liability Structure** | **End of Current Month** | **End of Prior Month** | **As of Petition Filing** |
|---|---|---|---|
| a.  Current Assets | $145,942 | $134,891 | |
| b.  Total Assets | $4,282,688 | $4,271,637 | $4,147,794 |
| c.  Current Liabilities | $0 | | |
| d.  Total Liabilities | $2,470,706 | $2,470,706 | $2,470,706 |

| 3. **Statement of Cash Receipts & Disbursements for Month** | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|
| a.  Total Receipts | $19,545 | $11,195 | $1,010,594 |
| b.  Total Disbursements | $8,494 | $9,487 | $864,652 |
| c.  Excess (Deficiency) of Receipts Over Disbursements (a - b) | $11,051 | $1,708 | $145,942 |
| d.  Cash Balance Beginning of Month | $134,891 | $133,183 | $0 |
| e.  Cash Balance End of Month (c + d) | $145,942 | $134,891 | $145,942 |

| | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|
| 4.  **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5.  **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6.  **Post-Petition Liabilities** | $0 | | |
| 7.  **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

**At the end of this reporting month:**

| | | **Yes** | **No** |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals?  (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives?  (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | X | |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15.  Check if paid:  Post-petition taxes    X ;          U.S. Trustee Quarterly Fees    X ;  Check if filing is current for: Post-petition
tax reporting and tax returns:     X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return
filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry
believe these documents are correct.

Date:    11/3/2021 0:00                              /s/ Mordechai Koka
                                                     Responsible Individual

Case: 20-50469   Doc# 271   Filed: 11/03/21   Entered: 11/03/21 17:22:34   Page 1 of 14

Revised 1/1/98

**BALANCE SHEET**
**(Small Real Estate/Individual Case)**
**For the Month Ended**    09/30/21

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | X | $145,942 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $145,942 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | |
| 8 | Real property (rental or commercial) | | $4,106,345 |
| 9 | Furniture, Fixtures, and Equipment | X | $7,400 |
| 10 | Vehicles | X | $23,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | X | $1 |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: | | |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $4,136,746 |
| 18 | **Total Assets** | | $4,282,688 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | $2,463,061 |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | $7,645 |
| 32 | **Total Pre-Petition Liabilities** | | $2,470,706 |
| 33 | **Total Liabilities** | | $2,470,706 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $1,811,982 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $4,282,688 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | **Property 1** | **Property 2** | **Property 3** |
|---|---|---|---|---|
| 1 | **Description of Property** | 1702 Paru Alameda | 858 Acalanes Road | 3190 Vichy |
| 2 | **Scheduled Gross Rents** | $4,895 | | |
| | **Less:** | | | |
| 3 | **Vacancy Factor** | | | |
| 4 | **Free Rent Incentives** | | | |
| 5 | **Other Adjustments** | | | |
| 6 | **Total Deductions** | $0 | $0 | $0 |
| 7 | **Scheduled Net Rents** | $4,895 | $0 | $0 |
| 8 | **Less: Rents Receivable (2)** | | | |
| 9 | **Scheduled Net Rents Collected (2)** | $4,895 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | **Account 1** | **Account 2** | **Account 3** |
|---|---|---|---|---|
| 10 | **Bank** | Wells Fargo | Wells Fargo | Bank of America |
| | | 2053 | 2061 | 4321 |
| 11 | **Account No.** | Paru Acct | Savings | EDD |
| 12 | **Account Purpose** | | | |
| 13 | **Balance, End of Month** | $157 | $13,997 | $2,057 |
| 14 | **Total Funds on Hand for all Accounts** | $145,942 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 1702 Paru Alameda | 858 Acalanes Road | 3190 Vichy |
| 2 | Scheduled Gross Rents | $7,645 | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $7,645 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $7,645 | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 4 | Account 5 | Account 6 |
|---|---|---|---|---|
| 10 | Bank | Wells Fargo | | |
| 11 | Account No. | Attorney IOLTA | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | $129,732 | $0 | $0 |
| 14 | Total Funds on Hand for all Accounts | $129,732 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended ____09/30/21____

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $4,895 | $130,802 |
| 2 | Cash Received from Sales | $0 | $790,000 |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Deposits from odd jobs | $14,200 | $39,255 |
| 8 | Transfers | $0 | $14,250 |
| 9 | Returns | $0 | $281 |
| 10 | IRS | $0 | $1,400 |
| 11 | EDD | $450 | $34,606 |
| 12 | **Total Cash Receipts** | $19,545 | $1,010,594 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | $0 | $50,000 |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $0 | $70,300 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Food, clothes, personal products, living expenses | $2,315 | $44,963 |
| 33 | CLSB Fines, withdrawals, expenses for Paru property | $5,869 | $55,090 |
| 34 | Insurance, Medical, Auto | $310 | $4,427 |
| 35 | Quarterly UST fees | $0 | $6,834 |
| 36 | Transfers to other account | $0 | $633,038 |
| 37 | **Total Cash Disbursements:** | $8,494 | $864,652 |
| 38 | **Net Increase (Decrease) in Cash** | $11,051 | $145,942 |
| 39 | **Cash Balance, Beginning of Period** | $134,891 | $0 |
| 40 | **Cash Balance, End of Period** | $145,942 | $145,942 |

Revised 1/1/98

# Wells Fargo Combined Statement of Accounts

September 30, 2021 ■ Page 1 of 8



MORDECHAI KOKA
DEBTOR IN POSSESSION
CH11 CASE #20-50469 (NCA)

Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-742-4932**

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ✓ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## ☑ IMPORTANT ACCOUNT INFORMATION

**Revised USPS service standards effective 10/1/21**

Effective October 1, 2021, the United States Postal Service (USPS) has revised its service standards for certain First-Class Mail items, resulting in a delivery window of up to five days. Please note this may delay your receipt of mail from us and our receipt of mail from you. Please take this change into account when mailing items to us via USPS.

Consider signing into Wells Fargo Online® for quicker access to your account information.

Case: 20-50469    Doc# 271    Filed: 11/03/21    Entered: 11/03/21 17:22:34    Page 6 of 14

(114)
Sheet Seq = 0388374
Sheet 00001 of 00004



---

# Summary of accounts

## *Checking/Prepaid and Savings*

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Everyday Checking | 2 | 2061 | 3,221.31 | 13,996.63 |
| Wells Fargo Everyday Checking | 6 | 2053 | 131.17 | 157.14 |
| | **Total deposit accounts** | | **$3,352.48** | **$14,153.77** |

# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $3,221.31 |
| Deposits/Additions | 14,200.00 |
| Withdrawals/Subtractions | - 3,424.68 |
| **Ending balance on 9/30** | **$13,996.63** |

Account number: **2061**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**
*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/1 | | Recurring Payment authorized on 08/31 Kaiser/Hps 844-524-7370 CA S301243311072769 Card 6361 | | 29.86 | |
| 9/1 | | Purchase authorized on 08/31 Safeway #0783 Lafayette CA P00581244049285869 Card 6361 | | 59.87 | |
| 9/1 | | Purchase authorized on 09/01 O'Reilly Auto Parts 2755 Alameda CA P00381244700272122 Card 6361 | | 47.91 | 3,083.67 |
| 9/3 | | Purchase authorized on 09/01 IN N Out Burger 30 Alameda CA S301244792059290 Card 6361 | | 9.19 | |
| 9/3 | | Purchase authorized on 09/02 Metropcs Mobile 888-863-8768 WA S461245630326793 Card 6361 | | 110.00 | |
| 9/3 | | Recurring Payment authorized on 09/02 Sling.Com 888-388-6210 CO S301246141043931 Card 6361 | | 46.00 | 2,918.48 |
| 9/7 | | Purchase authorized on 09/02 Dragon Village Res Alameda CA S581246033864292 Card 6361 | | 33.52 | |
| 9/7 | | Purchase authorized on 09/04 Grocery Outlet Alameda CA P00000000581429550 Card 6361 | | 35.67 | |
| 9/7 | | Purchase authorized on 09/04 Chevron 0090290 Alameda CA S381248032491556 Card 6361 | | 90.00 | |
| 9/7 | | Purchase authorized on 09/06 Safeway #0783 Lafayette CA P00461250026643097 Card 6361 | | 34.32 | |
| 9/7 | | Purchase authorized on 09/06 Chevron/Csi-095890/1746 Lafayette CA P00301250029721949 Card 6361 | | 19.47 | 2,705.50 |



## Transaction history  *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 9/8 | | Purchase authorized on 09/07 Chevron/Csi-090290/2213 Alameda CA P00581251092650763 Card 6361 | | 20.56 | 2,684.94 |
| 9/9 | | Purchase authorized on 09/09 Walgreens Store 3614 MT D Lafayette CA P00581252832396918 Card 6361 | | 28.87 | 2,656.07 |
| 9/10 | | Online Transfer to Koka M Everyday Checking xxxxxx2053 Ref #Ib0Cczhdll on 09/10/21 | | 1,000.00 | |
| 9/10 | | Purchase authorized on 09/10 Chevron/Csi-097407/1516 Orinda CA P00461253726251391 Card 6361 | | 19.65 | 1,636.42 |
| 9/13 | | Purchase authorized on 09/10 Ls Alameda Bicycle 510-5220070 CA S581253827421700 Card 6361 | | 27.15 | |
| 9/13 | | Purchase authorized on 09/11 Concord Produce Concord CA P0000000982818559 Card 6361 | | 38.73 | |
| 9/13 | | Purchase authorized on 09/12 Image Beauty Salon Berkeley CA S581255852811218 Card 6361 | | 30.00 | |
| 9/13 | | Purchase authorized on 09/12 Chevron/Csi-090290/2213 Alameda CA P00381256056830825 Card 6361 | | 20.56 | |
| 9/13 | | Purchase authorized on 09/13 Safeway #0783 Lafayette CA P00461256772604661 Card 6361 | | 59.39 | 1,460.59 |
| 9/14 | | Purchase authorized on 09/14 Chevron/Csi-090290/2213 Alameda CA P00461258015171426 Card 6361 | | 10.28 | 1,450.31 |
| 9/15 | | Edeposit IN Branch/Store 09/15/21 03:27:08 Pm 80 Moraga Way Orinda CA 6361 | 6,000.00 | | |
| 9/15 | | Purchase Bank Check OR Draft | | 3.00 | 7,447.31 |
| 9/17 | | Purchase authorized on 09/17 Concord Produce Concord CA P00000000984705407 Card 6361 | | 13.50 | |
| 9/17 | | Purchase authorized on 09/17 Pleasant Hill G Pleasant Hill CA P00000000577036659 Card 6361 | | 17.62 | 7,416.19 |
| 9/20 | | Recurring Payment authorized on 09/17 Apple.Com/Bill 866-712-7753 CA S581260547292066 Card 6361 | | 2.99 | |
| 9/20 | | Purchase authorized on 09/17 Walnut Creek Hardw Walnut Creek CA S461260783483198 Card 6361 | | 8.69 | |
| 9/20 | | Recurring Payment authorized on 09/17 Comcast California 800-Comcast CA S301261232547715 Card 6361 | | 103.18 | |
| 9/20 | | Recurring Payment authorized on 09/18 Comcast California 800-Comcast CA S381261256199309 Card 6361 | | 118.18 | |
| 9/20 | | Purchase authorized on 09/19 Peets 13502 Orinda CA S461262696651600 Card 6361 | | 7.20 | |
| 9/20 | | Purchase authorized on 09/19 Monkey Thai Alameda CA S301262859514376 Card 6361 | | 35.90 | |
| 9/20 | | Purchase authorized on 09/19 Aljazeera Market-Islan Alameda CA P00000000970903928 Card 6361 | | 14.48 | |
| 9/20 | | Purchase authorized on 09/20 Safeway #0783 Lafayette CA P00381264025899021 Card 6361 | | 32.04 | 7,093.53 |
| 9/22 | | Purchase authorized on 09/21 Allianz Travel Ins Allianzins.US VA S301264668596381 Card 6361 | | 22.75 | |
| 9/22 | | Purchase authorized on 09/21 Sushi House Alameda CA S301265142757386 Card 6361 | | 71.24 | |
| 9/22 | | Purchase authorized on 09/21 Arco#83388Dk AR Alameda CA P00000000679173546 Card 6361 | | 70.01 | 6,929.53 |
| 9/23 | | Purchase authorized on 09/21 Jetblue 279217 Salt Lake Cty UT S461264668490089 Card 6361 | | 286.80 | |
| 9/23 | | Purchase authorized on 09/21 Economybookings.CO Riga Lva S381265175830553 Card 6361 | | 35.30 | |
| 9/23 | | Purchase authorized on 09/22 Grocery Outlet Alameda CA P00000000275678011 Card 6361 | | 34.03 | 6,573.40 |
| 9/24 | | Purchase authorized on 09/22 Mountain Mikes Piz Alameda CA S581266066485909 Card 6361 | | 45.93 | 6,527.47 |
| 9/27 | | Purchase authorized on 09/25 Trader Joe's # 115 Lafayette CA P00301269092332943 Card 6361 | | 23.24 | |
| 9/27 | | Purchase authorized on 09/26 Monkey Thai Alameda CA S301270028065872 Card 6361 | | 19.61 | |

Sheet Seq = 0388375
Sheet 00002 of  00004



---

## Transaction history  *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 9/27 | | Purchase authorized on 09/27 Grocery Outlet Alameda CA P00000000981161001 Card 6361 | | 43.13 | 6,441.49 |
| 9/28 | | Purchase authorized on 09/26 IN N Out Burger 30 Alameda CA S301269786013456 Card 6361 | | 9.19 | 6,432.30 |
| 9/29 | | Edeposit IN Branch/Store 09/29/21 11:26:44 Am 80 Moraga Way Orinda CA 6361 | 8,200.00 | | |
| 9/29 | | Purchase authorized on 09/28 Grocery Outlet Alameda CA P00000000081467812 Card 6361 | | 48.60 | |
| 9/29 | 2000 | Deposited OR Cashed Check | | 500.00 | 14,083.70 |
| 9/30 | | Purchase authorized on 09/29 Sushi House Alameda CA S581272752605181 Card 6361 | | 62.38 | |
| 9/30 | | Purchase authorized on 09/30 Safeway #0967 Orinda CA P00301274005232462 Card 6361 | | 24.69 | 13,996.63 |
| **Ending balance on 9/30** | | | | | **13,996.63** |
| **Totals** | | | **$14,200.00** | **$3,424.68** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|--------|------|--------|
| 2000 | 9/29 | 500.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2021 - 09/30/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

Your fee waiver is about to expire. You will need to meet one of the requirements to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $1,450.31 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

---

### Important Account Information

Good news - When we modified the options to avoid the monthly service fee on your Everyday Checking account last year, we placed a temporary monthly service fee waiver on your account to help with the change. As a courtesy, we are extending this temporary fee waiver for an additional three consecutive fee periods. If you have converted or choose to convert this Everyday Checking account to another checking account type at any time during the temporary monthly service fee waiver period, the waiver will not be applied to that new converted account. The terms of that new account, including the applicable monthly service fee and options to avoid the fee, will apply at the time of conversion.



When your temporary monthly service fee waiver has reached the final two fee periods, there will be a message on your account statement under the Monthly Service Fee Summary section that will let you know it is coming to an end. When the temporary fee waiver expires, you'll need to meet one of the existing options to avoid the monthly service fee. The options to avoid the monthly service fee can be found on this statement under the Monthly Service Fee Summary section.

Thank you for being a valuable customer. If you have questions, please contact your local banker or call the number listed on this statement.

# ✔ IMPORTANT ACCOUNT INFORMATION



We are updating the Deposit Account Agreement ("Agreement") dated May 28, 2021. Effective August 9, 2021, in the section of the Agreement titled "Closing Accounts," the subsection "Closing your account if the balance is zero" is deleted and replaced with the following:

**Accounts with a zero balance will continue to be charged applicable fees** (like the monthly service fee) until you request to close your account. We may close an account (except analyzed business accounts) with a zero balance on the fee period ending date or at month end without prior notification to you. Once an account is closed (either by you or us), no fees will be assessed on the account.
- To prevent closure by us, an account with a zero balance must have a qualifying transaction posted within the last two months of the most recent fee period ending date. IOLTA and RETA accounts require a qualifying transaction within ten months of the most recent fee period ending date.
- Examples of qualifying transactions are deposits and withdrawals made at a branch, ATM, online, mobile, or via telephone; one-time and recurring transfers made at a branch, ATM, online, mobile, or via telephone; automatic or electronic deposits, such as from payroll or government benefits; automatic or electronic payments, including Bill Pay; one-time and recurring purchases or payments made using a card or mobile device; and checks paid from the account. IOLTA and RETA accounts are not eligible for ATM cards or debit cards.
- Bank-originated transactions, like monthly service or other fees, are not considered qualifying transactions that will prevent closure of an account with a zero balance.

All other aspects of the Agreement remain the same. If there is a conflict between the updated language above and the Agreement, the updated language will control. The most recent Deposit Account Agreement and related addenda are located online at wellsfargo.com/online-banking/consumer-account-fees.

**Other Wells Fargo Benefits**

Effective December 1, 2021, there is no outgoing wire fee when customers send an outgoing international wire in foreign currency using the Wells Fargo Mobile® app or Wells Fargo Online®. Otherwise, the outgoing international foreign currency wire fee is $35.

In addition to the transfer fee, Wells Fargo makes money when it converts one currency to another currency for you. For additional information related to Wires and foreign currency, please see wellsfargo.com/online-banking/transfers/online-wires-terms-upcoming.

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

Sheet Seq = 0388376
Sheet 00003 of  00004



---

# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $131.17 |
| Deposits/Additions | 5,895.00 |
| Withdrawals/Subtractions | - 5,869.03 |
| **Ending balance on 9/30** | **$157.14** |

Account number: **053**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**
*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/2 | | Deposit Made In A Branch/Store | 3,000.00 | | 3,131.17 |
| 9/8 | | Edeposit IN Branch/Store 09/08/21 12:25:43 Pm 2380 Monument Blvd Pleasant Hill CA 8191 | 1,895.00 | | 5,026.17 |
| 9/10 | | Online Transfer From Koka M Everyday Checking xxxxxx2061 Ref #Ib0Cczhdll on 09/10/21 | 1,000.00 | | 6,026.17 |
| 9/13 | | Recurring Payment authorized on 09/11 State Farm Insura 800-956-6310 IL S381254383402468 Card 8191 | | 316.44 | |
| 9/13 | | Select Portfolio Sps 0019551159 Moti Koka | | 5,519.60 | 190.13 |
| 9/30 | | Purchase authorized on 09/30 Sam Jin Roofing Supply Oakland CA P0000000985942024 Card 8191 | | 22.99 | |
| 9/30 | | Monthly Service Fee | | 10.00 | 157.14 |
| **Ending balance on 9/30** | | | | | **157.14** |
| **Totals** | | | **$5,895.00** | **$5,869.03** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of Overdraft and Returned Item Fees

| | Total this statement period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $35.00 |

*Year-to-date totals reflect fees assessed or reversed since the first full statement period of the calendar year. Negative values indicate that fee reversals exceed fees assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2021 - 09/30/2021 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|



## Monthly service fee summary (continued)

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $131.17 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.　$ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Total | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.　= $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.　= $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801



Member FDIC.

**BANK OF AMERICA** 

Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

**EDD Debit Card**

Forward Service Requested

MOTI KOKA

| | |
|---|---|
| **Customer Service:** | 866-692-9374 |
| **Card Number:** | **** **** **** 4321 |
| **Period Start Date:** | 09/02/2021 |
| **Period End Date:** | 10/01/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ 1,806.57 | $ 450.00 | $ -200.00 | $ 2,056.57 |

## Account Transaction Activity

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| BANK OF AMERICA *SOUTH SHORE ALAMEDA United States | 09/27/2021 | 12703668 | ATM Cash Withdrawal | | $ -200.00 |
| CA EDD DEPOSIT CO.ENTDESC | 09/06/2021 | 652954202154 | ACH Load Credit | $ 450.00 | |
| | | | **Totals** | $ 450.00 | $ -200.00 |

## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $ 0.00 | $ 0.00 |

**Privacy Notice** : Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish)

### CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared:
1. Tell us your name and Account number
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### CARDHOLDERS WHO DO NOT RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after the earlier of the date you electronically access your Account, if the error could be viewed in your electronic history, or the date we sent the FIRST written history on which the error appeared; but in any event you must report the error no more than 120 days after the transaction allegedly in error was credited or debited to your Account.

Case: 20-50469    Doc# 271    Filed: 11/03/21    Entered: 11/03/21 17:22:34    Page 14 of 14

Scanned with CamScanner