

The following constitutes the order of the Court.
Signed: November 5, 2021

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

MORDECHAI KOKA,

    Debtor.

Case No.: 20-50469 SLJ

Chapter 11

Date: November 4, 2021
Time: 1:30 p.m.
Ctrm: 9 (Remote)

## ORDER CONTINUING STATUS CONFERENCE

The court held a status conference in this chapter 11 case at the above-referenced date and time, concurrently with hearings on approval of disclosure statements of plans proposed by Debtor/Gardners and the Hannas. Appearances were noted on the record. The court having entered an order continuing the hearing on approval of the Debtor/Gardners' disclosure statement,

IT IS HEREBY ORDERED that the status conference is CONTINUED to January 13, 2022, at 1:30 p.m., to be heard concurrently with the hearing on approval of disclosure statement.

*** END OF ORDER***

**COURT SERVICE LIST**

ECF Notifications

ORDER CONTINUING STATUS CONFERENCE

-2-