**MEYER LAW GROUP LLP**
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone:  (415) 765-1588
Facsimile:   (415) 762-5277
Email:      brent@meyerllp.com

Attorneys for Plan Proponent
DALE GARDNER and
MELISSA GARDNER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA,<br><br>          Debtor in Possession. | BK Case No.: 20-50469-SLJ<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT CONTAINED IN JOINT PROPOSED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (DECEMBER 2, 2021)**<br><br>Date:      January 13, 2022<br>Time:     1:30 p.m.<br>Location:  Telephonic / Videoconference[1]<br>Judge:    Hon. Stephen L. Johnson |

---

[1] Paragraph 10 of General Order 38 (Seventh Amended) provides that "[u]nless otherwise ordered by the presiding judge, all notices of any motion or application filed with the court and served on any party which sets a hearing date for the motion or application must state that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video, and include the following language: 'All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.'" See *https://www.canb.uscourts.gov/sites/default/files/generalorders/Seventh GO38.pdf.*

BK CASE NO. 20-50469-SLJ
- 1 -
NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT CONTAINED IN JOINT PROPOSED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (DECEMBER 2, 2021)

Case: 20-50469   Doc# 276   Filed: 12/03/21   Entered: 12/03/21 20:59:42   Page 1 of 3

TO: THE HONORABLE STEPHEN L. JOHNSON, ALL PARTIES IN INTEREST, AND COUNSEL OF RECORD (IF ANY):

**PLEASE TAKE NOTICE** that on January 13, 2022 at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Stephen L. Johnson of the United States Bankruptcy Court, plan proponent Mordechai Koka and Dale Gardner and Melissa Gardner ("Plan Proponent") will move the Court for approval of the Disclosure Statement set forth in the Joint *Proposed Combined Plan of Reorganization and Disclosure Statement (December 2, 2021)* (the "Chapter 11 Plan") filed by Plan Proponent in the above-captioned matter.

**PLESAE TAKE FURTHER NOTICE** that notwithstanding the location of the hearing set forth above, Paragraph 10 of *General Order 38 (Seventh Amended)* provides that "[u]nless otherwise ordered by the presiding judge, all notices of any motion or application filed with the court and served on any party which sets a hearing date for the motion or application must state that **the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video, and include the following language**: 'All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.'" See *https://www.canb.uscourts.gov/sites/default/files/generalorders/SeventhAmendedGO38.pdf*.

**PLEASE TAKE FURTHER NOTICE** that the Court set December 30, 2021 as the deadline for any party-in-interest to file timely opposition (if any) to approval of those disclosures set forth in the Chapter 11 Plan. Any opposition filed must set forth all relevant facts and any relevant legal authority, must be supported by affidavits or declarations that conform to the provisions of Bankruptcy Local Rule 9013-1(d), and must be filed with the Bankruptcy Court and served on counsel for Plan Proponent at MEYER LAW GROUP LLP, Attn: Brent D. Meyer, Esq., 268 Bush Street #3639, San Francisco, California 94014.

**PLEASE TAKE FURTHER NOTICE** that failure to file and serve a written objection

BK CASE NO. 20-50469-SLJ - 2 -
NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT CONTAINED IN JOINT PROPOSED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (DECEMBER 2, 2021)

Case: 20-50469    Doc# 276    Filed: 12/03/21    Entered: 12/03/21 20:59:42    Page 2 of 3

to the disclosures set forth in the Chapter 11 Plan in a timely manner may result in entry of an order approving the Disclosure Statement set forth in the Chapter 11 Plan, and the Court may preclude oral opposition at the hearing on this matter.

Dated: December 3, 2021              **MEYER LAW GROUP, LLP**

                                            By:  /s/ BRENT D. MEYER
                                            Brent D. Meyer
                                            Attorneys for Plan Proponent
                                            DALE GARDNER and
                                            MELISSA GARDNER

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

BK CASE NO. 20-50469-SLJ

- 3 -

NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT CONTAINED IN JOINT PROPOSED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (DECEMBER 2021)

Case: 20-50469    Doc# 276    Filed: 12/03/21    Entered: 12/03/21 20:59:42    Page 3 of 3