# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| In re: Mordechai Koka | Case No. | 20-50469 SLJ |
|---|---|---|
| | **CHAPTER 11**<br>**MONTHLY OPERATING REPORT**<br>**(SMALL REAL ESTATE/INDIVIDUAL CASE)** | |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 10/31/21          **PETITION DATE:** 03/10/20

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). —
   Dollars reported in    $1

| 2. | **Asset and Liability Structure** | **End of Current Month** | **End of Prior Month** | **As of Petition Filing** |
|---|---|---|---|---|
| | a. Current Assets | $142,505 | $145,942 | |
| | b. Total Assets | $4,279,251 | $4,282,688 | $4,147,794 |
| | c. Current Liabilities | $0 | | |
| | d. Total Liabilities | $2,470,706 | $2,470,706 | $2,470,706 |

| 3. | **Statement of Cash Receipts & Disbursements for Month** | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|---|
| | a. Total Receipts | $4,895 | $19,545 | $1,015,489 |
| | b. Total Disbursements | $8,332 | $8,494 | $872,984 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($3,437) | $11,051 | $142,505 |
| | d. Cash Balance Beginning of Month | $145,942 | $134,891 | $0 |
| | e. Cash Balance End of Month (c + d) | $142,505 | $145,942 | $142,505 |

| | | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6. | **Post-Petition Liabilities** | $0 | | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

| | At the end of this reporting month: | **Yes** | **No** |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | X | |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes    X ;          U.S. Trustee Quarterly Fees    X ;  Check if filing is current for: Post-petition tax reporting and tax returns:    X .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 11/15/2021 0:00          /s/ Mordechai Koka
                               Responsible Individual

Revised 1/1/98

# BALANCE SHEET
## (Small Real Estate/Individual Case)
### For the Month Ended   10/31/21

| Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|
| **Current Assets** | | |
| 1   Cash and cash equivalents (including bank accts., CDs, ets.) | X | $142,505 |
| 2   Accounts receivable (net) | | |
| 3   Retainer(s) paid to professionals | | |
| 4   Other: | | |
| 5 | | |
| 6   **Total Current Assets** | | $142,505 |
| **Long Term Assets (Market Value)** | | |
| 7   Real Property (residential) | | |
| 8   Real property (rental or commercial) | | $4,106,345 |
| 9   Furniture, Fixtures, and Equipment | X | $7,400 |
| 10   Vehicles | X | $23,000 |
| 11   Partnership interests | | |
| 12   Interest in corportations | X | $1 |
| 13   Stocks and bonds | | |
| 14   Interests in IRA, Keogh, other retirement plans | | |
| 15   Other: | | |
| 16 | | |
| 17   **Total Long Term Assets** | | $4,136,746 |
| 18   **Total Assets** | | $4,279,251 |
| **Liabilities** | | |
| **Post-Petition Liabilities** | | |
| **Current Liabilities** | | |
| 19   Post-petition not delinquent (under 30 days) | | |
| 20   Post-petition delinquent other than taxes (over 30 days) | | |
| 21   Post-petition delinquent taxes | | |
| 22   Accrued professional fees | | |
| 23   Other: | | |
| 24 | | |
| 25   **Total Current Liabilities** | | $0 |
| 26   **Long-Term Post Petition Debt** | | |
| 27   **Total Post-Petition Liabilities** | | $0 |
| **Pre-Petition Liabilities (allowed amount)** | | |
| 28   Secured claims (residence) | | |
| 29   Secured claims (other) | | $2,463,061 |
| 30   Priority unsecured claims | | |
| 31   General unsecured claims | | $7,645 |
| 32   **Total Pre-Petition Liabilities** | | $2,470,706 |
| 33   **Total Liabilities** | | $2,470,706 |
| **Equity (Deficit)** | | |
| 34   **Total Equity (Deficit)** | | $1,808,545 |
| 35   **Total Liabilities and Equity (Deficit)** | | $4,279,251 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 1702 Paru Alameda | 858 Acalanes Road | 3190 Vichy |
| 2 | Scheduled Gross Rents | $4,895 | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $4,895 | $0 | $0 |
| 8 | Less:  Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $4,895 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Wells Fargo | Wells Fargo | Bank of America |
| | | 2053 | 2061 | 4321 |
| 11 | Account No. | Paru Acct | Savings | EDD |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | $297 | $10,419 | $2,057 |
| 14 | Total Funds on Hand for all Accounts | $142,505 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

__List the Rental Information Requested Below By Properties (For Rental Properties Only)__

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 1702 Paru Alameda | 858 Acalanes Road | 3190 Vichy |
| 2 | Scheduled Gross Rents | $0 | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 4 | Account 5 | Account 6 |
|---|---|---|---|---|
| 10 | Bank | Wells Fargo | | |
| 11 | Account No. | Attorney IOLTA | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | $129,732 | $0 | $0 |
| 14 | Total Funds on Hand for all Accounts | $129,732 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended    10/31/21

| | | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | $4,895 | $135,697 |
| 2 | Cash Received from Sales | $0 | $790,000 |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Deposits from odd jobs | $0 | $39,255 |
| 8 | Transfers | $0 | $14,250 |
| 9 | Returns | $0 | $281 |
| 10 | IRS | $0 | $1,400 |
| 11 | EDD | $0 | $34,606 |
| 12 | **Total Cash Receipts** | $4,895 | $1,015,489 |
| **Cash Disbursements** | | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | $0 | $50,000 |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $0 | $70,300 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Food, clothes, personal products, living expenses | $1,309 | $46,272 |
| 33 | CLSB Fines, withdrawals, expenses for Paru property | $5,756 | $60,846 |
| 34 | Insurance, Medical, Auto | $1,267 | $5,694 |
| 35 | Quarterly UST fees | $0 | $6,834 |
| 36 | Transfers to other account | $0 | $633,038 |
| 37 | **Total Cash Disbursements:** | $8,332 | $872,984 |
| 38 | **Net Increase (Decrease) in Cash** | ($3,437) | $142,505 |
| 39 | **Cash Balance, Beginning of Period** | $145,942 | $0 |
| 40 | **Cash Balance, End of Period** | $142,505 | $142,505 |

Revised 1/1/98

# Wells Fargo Combined Statement of Accounts



MORDECHAI KOKA
DEBTOR IN POSSESSION
CH11 CASE #20-50469 (NCA)

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-742-4932**

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☑ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

 IMPORTANT ACCOUNT INFORMATION

**Revised USPS service standards effective 10/1/21**

Effective October 1, 2021, the United States Postal Service (USPS) has revised its service standards for certain First-Class Mail items, resulting in a delivery window of up to five days. Please note this may delay your receipt of mail from us and our receipt of mail from you. Please take this change into account when mailing items to us via USPS.

Consider signing into Wells Fargo Online® for quicker access to your account information.

(114)
Sheet Seq = 0326586
Sheet 00001 of 00004



---

# Summary of accounts

## *Checking/Prepaid and Savings*

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Everyday Checking | 2 | 2061 | 13,996.63 | 10,419.35 |
| Wells Fargo Everyday Checking | 5 | 2053 | 157.14 | 296.59 |
| | **Total deposit accounts** | | **$14,153.77** | **$10,715.94** |

# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $13,996.63 |
| Deposits/Additions | 18.00 |
| Withdrawals/Subtractions | - 3,595.28 |
| **Ending balance on 10/31** | **$10,419.35** |

**Account number**     **2061**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/1 | | Purchase authorized on 09/29 Leann's Nails Alameda CA S461273002506204 Card 6361 | | 65.00 | |
| 10/1 | | Recurring Payment authorized on 09/30 Kaiser/Hps 844-524-7370 CA S301273259253137 Card 6361 | | 29.86 | |
| 10/1 | | Purchase authorized on 10/01 Grocery Outlet Alameda CA P00000000480046405 Card 6361 | | 50.85 | 13,850.92 |
| 10/4 | | Purchase authorized on 10/01 Chevron 0090290 Alameda CA S301274825263964 Card 6361 | | 98.00 | |
| 10/4 | | Purchase authorized on 10/02 Metropcs Mobile We 888-863-8768 WA S581275772987218 Card 6361 | | 110.00 | |
| 10/4 | | Purchase authorized on 10/02 City of Berkeley- Berkeley CA S301275811035499 Card 6361 | | 1.80 | |
| 10/4 | | Purchase authorized on 10/02 Image Beauty Salon Berkeley CA S381275826726328 Card 6361 | | 30.00 | |
| 10/4 | | Purchase authorized on 10/02 Grocery Outlet Alameda CA P00000000076507105 Card 6361 | | 5.37 | |
| 10/4 | | Recurring Payment authorized on 10/02 Sling.Com 888-388-6210 CO S581276141083674 Card 6361 | | 46.00 | 13,559.75 |
| 10/5 | | Purchase authorized on 10/05 Grocery Outlet Alameda CA P00000000272098166 Card 6361 | | 37.84 | 13,521.91 |
| 10/7 | | Purchase authorized on 10/06 Lyft *Ride Wed 8 Lyft.Com CA S381279458524145 Card 6361 | | 39.96 | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/7 | | Purchase authorized on 10/07 Kohls 1249 821 S Universi Plantation FL P0058128084824923 Card 6361 | | 29.95 | 13,452.00 |
| 10/8 | | Purchase authorized on 10/07 Priceln*Hertz Corp 800-774-2354 CT S461280577054839 Card 6361 | | 311.64 | 13,140.36 |
| 10/13 | | Purchase authorized on 10/12 Way Beyond Bagels Delray Beach FL S381285512069383 Card 6361 | | 14.40 | 13,125.96 |
| 10/14 | | Purchase authorized on 10/13 Chevron 0372260 Ft. Lauderdal FL S381286682830155 Card 6361 | | 40.00 | |
| 10/14 | | Purchase authorized on 10/13 Mash Gas & Food # 5 Orinda CA P0038128713922895 Card 6361 | | 46.52 | |
| 10/14 | | Purchase authorized on 10/14 Safeway #0783 Lafayette CA P0058128766547804 Card 6361 | | 19.89 | 13,019.55 |
| 10/15 | | Purchase authorized on 10/14 Chevron 0095890 Lafayette CA S381287657520903 Card 6361 | | 40.01 | |
| 10/15 | | Purchase authorized on 10/15 Chevron/Csi-095890/1746 Lafayette CA P00381288664606398 Card 6361 | | 21.74 | |
| 10/15 | | Purchase authorized on 10/15 O'Reilly Auto Parts 2949 Concord CA P0038128871031313 Card 6361 | | 107.86 | |
| 10/15 | | Purchase authorized on 10/15 Foodmaxx #481.C Concord CA P00000000785678885 Card 6361 | | 57.61 | |
| 10/15 | | Purchase Return authorized on 10/15 O'Reilly Auto Parts 2949 Concord CA P00301288714129349 Card 6361 | 18.00 | | |
| 10/15 | 2001 | Check | | 247.29 | 12,563.04 |
| 10/18 | | Purchase authorized on 10/15 Contra Costa Trans 925-458-9800 CA S581288678083086 Card 6361 | | 37.00 | |
| 10/18 | | Purchase authorized on 10/16 Advanced Auto Service Concord CA P00301289603073555 Card 6361 | | 467.50 | |
| 10/18 | | Purchase authorized on 10/16 Peet's #05702 Pleasant Hill CA S461289627697872 Card 6361 | | 6.75 | |
| 10/18 | | Purchase authorized on 10/16 Sushi House. Alameda CA S581289784774301 Card 6361 | | 70.13 | |
| 10/18 | | Purchase authorized on 10/16 Grocery Outlet Alameda CA P00000000480072443 Card 6361 | | 47.39 | |
| 10/18 | | Recurring Payment authorized on 10/17 Apple.Com/Bill 866-712-7753 CA S381290545490964 Card 6361 | | 2.99 | 11,931.28 |
| 10/19 | | Recurring Payment authorized on 10/17 Comcast California 800-Comcast CA S461291187213441 Card 6361 | | 118.18 | |
| 10/19 | | Recurring Payment authorized on 10/17 Comcast California 800-Comcast CA S461291222647733 Card 6361 | | 103.18 | 11,709.92 |
| 10/20 | | Online Transfer to Koka M Everyday Checking xxxxxx2053 Ref #Ib0Cnv9H97 on 10/20/21 | | 1,000.00 | 10,709.92 |
| 10/21 | | Purchase authorized on 10/20 Chevron/Csi-090290/2213 Alameda CA P0038129410790198 Card 6361 | | 23.35 | |
| 10/21 | | Purchase authorized on 10/20 Safeway #0967 Orinda CA P0046129412503640 Card 6361 | | 30.17 | 10,656.40 |
| 10/22 | | Purchase authorized on 10/20 Sushi House. Alameda CA S301293859280401 Card 6361 | | 45.98 | |
| 10/22 | | Purchase authorized on 10/22 Trader Joe's # 115 Lafayette CA P0046129582018492 Card 6361 | | 30.02 | 10,580.40 |
| 10/25 | | Purchase authorized on 10/25 Chevron/Csi-095890/1746 Lafayette CA P00581298852574203 Card 6361 | | 19.47 | 10,560.93 |
| 10/26 | | Purchase authorized on 10/26 USPS PO 05569403 29 Orind Orinda CA P581299730887619 Card 6361 | | 11.60 | 10,549.33 |
| 10/28 | | Purchase authorized on 10/26 Ohgane Alameda Alameda CA S381300149087178 Card 6361 | | 57.58 | |
| 10/28 | | Purchase authorized on 10/28 Chevron/Csi-090290/2213 Alameda CA P581302003004597 Card 6361 | | 20.56 | 10,471.19 |



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 10/29 | | Purchase authorized on 10/29 Trader Joe's # 115 Lafayette CA P301302798096301 Card 6361 | | 32.37 | |
| 10/29 | | Purchase authorized on 10/29 Chevron/Csi-095890/1746 Lafayette CA P461302806689460 Card 6361 | | 19.47 | 10,419.35 |
| **Ending balance on 10/31** | | | | | **10,419.35** |
| **Totals** | | | **$18.00** | **$3,595.28** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|------|------|------|
| 2001 | 10/15 | 247.29 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2021 - 10/31/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|

Your fee waiver is about to expire. You will need to meet one of the requirements to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|------|------|------|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $10,419.35 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC



# ✔ IMPORTANT ACCOUNT INFORMATION

_____

### Other Wells Fargo Benefits

Effective December 1, 2021, there is no outgoing wire fee when customers send an outgoing international wire in foreign currency using the Wells Fargo Mobile® app or Wells Fargo Online®. Otherwise, the outgoing international foreign currency wire fee is $35.

In addition to the transfer fee, Wells Fargo makes money when it converts one currency to another currency for you. For additional information related to Wires and foreign currency, please see wellsfargo.com/online-banking/transfers/online-wires-terms-upcoming.

_____

### Can we reach you when it's really important?

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:



- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $157.14 |
| Deposits/Additions | 5,895.00 |
| Withdrawals/Subtractions | - 5,755.55 |
| **Ending balance on 10/31** | **$296.59** |

Account number: **2053**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/1 | | Deposit Made In A Branch/Store | 3,000.00 | | 3,157.14 |
| 10/5 | | Edeposit IN Branch/Store 10/05/21 10:43:23 Am 80 Moraga Way Orinda CA 6361 | 1,895.00 | | 5,052.14 |
| 10/13 | | Recurring Payment authorized on 10/12 State Farm Insura 800-956-6310 IL S381285329904960 Card 8191 | | 314.72 | 4,737.42 |
| 10/20 | | Online Transfer From Koka M Everyday Checking xxxxxx2061 Ref #Ib0Cnv9H97 on 10/20/21 | 1,000.00 | | 5,737.42 |
| 10/21 | | Select Portfolio Sps 0019551159 Moti Koka | | 5,430.83 | 306.59 |
| 10/29 | | Monthly Service Fee | | 10.00 | 296.59 |
| **Ending balance on 10/31** | | | | | **296.59** |
| **Totals** | | | **$5,895.00** | **$5,755.55** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of Overdraft and Returned Item Fees

| | Total this statement period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $35.00 |

*Year-to-date totals reflect fees assessed or reversed since the first full statement period of the calendar year. Negative values indicate that fee reversals exceed fees assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

Sheet Seq = 0326588
Sheet 00003 of  00004



*Monthly service fee summary (continued)*

| Fee period 10/01/2021 - 10/31/2021 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $306.59 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement. $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal. = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

**E** **Subtract** **D** **from** **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register. = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect any automatic payments you receive. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801



Member FDIC.

BANK OF AMERICA 🇺🇸     **EDD Debit Card**

Click here (../Alerts/Manage) to setup alerts including fraud alerts.

Please Note: Bank of America has temporarily suspended mobile wallet provisioning. If you attempt to add your card to a mobile wallet, you will receive an error message. This suspension does not impact any other card functionality.

## Balance & Transactions

There's an app for this.    Download the BofA Prepaid mobile app



Download on the **App Store** (https://itunes.apple.com/us/app/bofa-prepaid-mobile/id1199213569?mt=8)

GET IT ON **Google Play** (https://play.google.com/store/apps/details?id=com.bankofamerica.prepaid)

There's an app for this.
Download the BofA Prepaid mobile app



Download on the **App Store** (https://itunes.apple.com/us/app/bofa-prepaid-mobile/id1199213569?mt=8)



GET IT ON **Google Play** (https://play.google.com/store/apps/details?id=com.bankofamerica.prepaid)

### Balance for MOTI KOKA

Available Balance ❷     `$ 2,056.57`

Actual Balance     $ 2,056.57

## Transactions

Date - Newest to O

https://www.visaprepaidprocessing.com/eddcard/transactions/display/display

`11/2/21, 12:20 PM`
`Page 1 of 4`

| | |
|---|---|
| ▸ BANK OF AMERICA<br>09/27/2021 | $ -200.00<br>ATM Cash Withdrawal |
| ▸ CA EDD DEPOSIT<br>09/06/2021 | $ 450.00<br>ACH Load Credit |
| ▸ CA EDD DEPOSIT<br>08/23/2021 | $ 450.00<br>ACH Load Credit |
| ▸ CA EDD DEPOSIT<br>08/20/2021 | $ 450.00<br>ACH Load Credit |
| ▸ CA EDD DEPOSIT<br>08/10/2021 | $ 900.00<br>ACH Load Credit |
| ▸ BANK OF AMERICA<br>08/08/2021 | $ -500.00<br>ATM Cash Withdrawal |
| ▸ BANK OF AMERICA<br>08/08/2021 | $ 0.00<br>ATM Balance Inquiry |
| ▸ BANK OF AMERICA<br>07/28/2021 | $ -1,000.00<br>ATM Cash Withdrawal |
| ▸ CA EDD DEPOSIT<br>07/26/2021 | $ 900.00<br>ACH Load Credit |

Scanned with CamScanner