# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re: Mordechai Koka | **Case No.** _____20-50469 SLJ_____ |
|  | **CHAPTER 11**<br>**MONTHLY OPERATING REPORT**<br>**(SMALL REAL ESTATE/INDIVIDUAL CASE)** |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** ___11/30/21___          **PETITION DATE:** ___03/10/20___

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in ___$1___

| 2. **Asset and Liability Structure** | **End of Current Month** | **End of Prior Month** | **As of Petition Filing** |
|---|---|---|---|
| a. Current Assets | $144,195 | $142,505 |  |
| b. Total Assets | $4,280,941 | $4,279,251 | $4,147,794 |
| c. Current Liabilities | $0 |  |  |
| d. Total Liabilities | $2,470,706 | $2,470,706 | $2,470,706 |

| 3. **Statement of Cash Receipts & Disbursements for Month** | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|
| a. Total Receipts | $9,895 | $4,895 | $1,025,384 |
| b. Total Disbursements | $8,205 | $8,332 | $881,189 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $1,690 | ($3,437) | $144,195 |
| d. Cash Balance Beginning of Month | $142,505 | $145,942 | $0 |
| e. Cash Balance End of Month (c + d) | $144,195 | $142,505 | $144,195 |

|  | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | $0 |  |  |
| 6. **Post-Petition Liabilities** | $0 |  |  |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 |  |  |

**At the end of this reporting month:**

|  | **Yes** | **No** |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) |  | X |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) |  | X |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? |  |  |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) |  | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | X |  |
| 13. Are a plan and disclosure statement on file? | X |  |
| 14. Was there any post-petition borrowing during this reporting period? |  | X |

15. Check if paid: Post-petition taxes ___X___ ;          U.S. Trustee Quarterly Fees ___X___ ; Check if filing is current for: Post-petition tax reporting and tax returns: ___X___ . (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

| Date: ___12/23/2021 0:00___ | /s/ Mordechai Koka |
|---|---|
|  | Responsible Individual |

Revised 1/1/98

**BALANCE SHEET**
(Small Real Estate/Individual Case)
**For the Month Ended**   11/30/21

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|:---:|---:|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | X | $144,195 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $144,195 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | |
| 8 | Real property (rental or commercial) | | $4,106,345 |
| 9 | Furniture, Fixtures, and Equipment | X | $7,400 |
| 10 | Vehicles | X | $23,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | X | $1 |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: | | |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $4,136,746 |
| 18 | **Total Assets** | | $4,280,941 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | $2,463,061 |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | $7,645 |
| 32 | **Total Pre-Petition Liabilities** | | $2,470,706 |
| 33 | **Total Liabilities** | | $2,470,706 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $1,810,235 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $4,280,941 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | **Property 1** | **Property 2** | **Property 3** |
|---|---|---|---|---|
| 1 | Description of Property | 1702 Paru Alameda | 858 Acalanes Road | 3190 Vichy |
| 2 | Scheduled Gross Rents | $4,895 | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $4,895 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $4,895 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | **Account 1** | **Account 2** | **Account 3** |
|---|---|---|---|---|
| 10 | Bank | Wells Fargo | Wells Fargo | Bank of America |
| | | 2053 | 2061 | 4321 |
| 11 | Account No. | Paru Acct | Savings | EDD |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | $439 | $11,968 | $2,057 |
| 14 | Total Funds on Hand for all Accounts | $144,195 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

**Schedule A**
**Rental Income Information**

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 1702 Paru Alameda | 858 Acalanes Road | 3190 Vichy |
| 2 | Scheduled Gross Rents | $0 | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

**Schedule B**
**Recapitulation of Funds Held at End of Month**

| | | Account 4 | Account 5 | Account 6 |
|---|---|---|---|---|
| 10 | Bank | Wells Fargo | | |
| 11 | Account No. | Attorney IOLTA | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | $129,732 | $0 | $0 |
| 14 | Total Funds on Hand for all Accounts | $129,732 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
#### For the Month Ended    11/30/21

| | | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | $4,895 | $140,592 |
| 2 | Cash Received from Sales | $0 | $790,000 |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Deposits from odd jobs | $5,000 | $44,255 |
| 8 | Transfers | $0 | $14,250 |
| 9 | Returns | $0 | $281 |
| 10 | IRS | $0 | $1,400 |
| 11 | EDD | $0 | $34,606 |
| 12 | **Total Cash Receipts** | $9,895 | $1,025,384 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | $0 | $50,000 |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $0 | $70,300 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Food, clothes, personal products, living expenses | $1,615 | $47,887 |
| 33 | CLSB Fines, withdrawals, expenses for Paru property | $5,753 | $66,599 |
| 34 | Insurance, Medical, Auto | $837 | $6,531 |
| 35 | Quarterly UST fees | $0 | $6,834 |
| 36 | Transfers to other account | $0 | $633,038 |
| 37 | **Total Cash Disbursements:** | $8,205 | $881,189 |
| 38 | **Net Increase (Decrease) in Cash** | $1,690 | $144,195 |
| 39 | **Cash Balance, Beginning of Period** | $142,505 | $0 |
| 40 | **Cash Balance, End of Period** | $144,195 | $144,195 |

Revised 1/1/98

# Wells Fargo Combined Statement of Accounts



MORDECHAI KOKA
DEBTOR IN POSSESSION
CH11 CASE #20-50469 (NCA)

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-742-4932**

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

# Summary of accounts

## Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Everyday Checking | 2 | 2061 | 10,419.35 | 11,967.81 |
| Wells Fargo Everyday Checking | 5 | 2053 | 296.59 | 438.81 |
| **Total deposit accounts** | | | **$10,715.94** | **$12,406.62** |

(114)
Sheet Seq = 0260276
Sheet 00001 of 00004



# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $10,419.35 |
| Deposits/Additions | 5,000.00 |
| Withdrawals/Subtractions | - 3,451.54 |
| **Ending balance on 11/30** | **$11,967.81** |

Account number: **2061**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/1 | | Purchase authorized on 10/28 IN N Out Burger 30 Alameda CA S581302012955860 Card 6361 | | 9.19 | |
| 11/1 | | Purchase authorized on 10/30 Safeway Fuel2941 Pleasant Hill CA S301303335531543 Card 6361 | | 91.01 | |
| 11/1 | | Purchase authorized on 11/01 Chevron/Csi-097407/1516 Orinda CA P581305778089612 Card 6361 | | 19.65 | 10,299.50 |
| 11/2 | | Recurring Payment authorized on 11/01 Kaiser/Hps 844-524-7370 CA S461305392500557 Card 6361 | | 29.86 | |
| 11/2 | | Purchase authorized on 11/01 Localkitchens 162-82449535 CA S461306014263477 Card 6361 | | 22.73 | |
| 11/2 | 100 | Deposited OR Cashed Check | 500.00 | | |
| 11/2 | | Purchase authorized on 11/02 Sunnyvale Market Walnut Creek CA P000000680286155 Card 6361 | | 16.85 | 9,730.06 |
| 11/3 | | Purchase authorized on 11/01 Image Beauty Salon Berkeley CA S581305804504131 Card 6361 | | 30.00 | |
| 11/3 | | Purchase authorized on 11/02 Metropcs Mobile 888-863-8768 WA S381306785331008 Card 6361 | | 90.50 | |
| 11/3 | | Recurring Payment authorized on 11/02 Sling.Com 888-388-6210 CO S301307141057866 Card 6361 | | 46.00 | |
| 11/3 | | Purchase authorized on 11/03 Safeway #0783 Lafayette CA P301307705062657 Card 6361 | | 19.57 | |
| 11/3 | | Purchase authorized on 11/03 Chevron/Csi-095890/1746 Lafayette CA P381307709714583 Card 6361 | | 19.47 | 9,524.52 |
| 11/5 | | Purchase authorized on 11/04 Sk Auto Alameda CA S381308813287649 Card 6361 | | 230.00 | |
| 11/5 | | Purchase authorized on 11/05 Foodmaxx #481.C Concord CA P000000389308702 Card 6361 | | 46.21 | 9,248.31 |
| 11/8 | | Purchase authorized on 11/05 3837 El Pollo Loco Concord CA S581309798360706 Card 6361 | | 11.95 | |
| 11/8 | | Purchase authorized on 11/07 Chevron/Csi-097407/1516 Orinda CA P301311811303658 Card 6361 | | 19.65 | |
| 11/8 | | Purchase authorized on 11/07 Walgreens Store 1916 Webs Alameda CA P381311826659138 Card 6361 | | 11.95 | |
| 11/8 | | Purchase authorized on 11/07 Monkey Thai Alameda CA S581312105415066 Card 6361 | | 34.35 | 9,170.41 |
| 11/9 | | Purchase authorized on 11/09 Chevron/Csi-097407/1516 Orinda CA P301313767534446 Card 6361 | | 19.65 | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/9 | | Purchase authorized on 11/09 Safeway #0967 Orinda CA P461314065544703 Card 6361 | | 11.04 | 9,139.72 |
| 11/12 | | Purchase authorized on 11/09 IN N Out Burger 30 Alameda CA S461313782722447 Card 6361 | | 12.51 | |
| 11/12 | | Purchase authorized on 11/12 Grocery Outlet Alameda CA P000000783824665 Card 6361 | | 46.56 | |
| 11/12 | | Online Transfer to Koka M Everyday Checking xxxxxx2053 Ref #Ib0Cv6Typd on 11/12/21 | | 1,000.00 | 8,080.65 |
| 11/15 | | Purchase authorized on 11/11 Burger King #4516 Walnut Creek CA S461315802862660 Card 6361 | | 13.78 | |
| 11/15 | | Purchase authorized on 11/13 Four Corners Aut Concord CA P000000583304254 Card 6361 | | 94.00 | |
| 11/15 | | Purchase authorized on 11/13 International Food Concord CA S301318008476537 Card 6361 | | 25.55 | |
| 11/15 | | Purchase authorized on 11/13 Concord Produce Concord CA P000000580404783 Card 6361 | | 10.91 | 7,936.41 |
| 11/16 | | Purchase authorized on 11/16 Chevron/Csi-097407/1516 Orinda CA P581320738819905 Card 6361 | | 19.65 | 7,916.76 |
| 11/18 | | Purchase authorized on 11/16 Swell Bar Alameda CA S581321079722589 Card 6361 | | 23.00 | |
| 11/18 | | Purchase authorized on 11/18 Trader Joe's # 115 Lafayette CA P381322862147229 Card 6361 | | 22.41 | 7,871.35 |
| 11/19 | | Recurring Payment authorized on 11/17 Apple.Com/Bill 866-712-7753 CA S581321582349433 Card 6361 | | 2.99 | |
| 11/19 | | Recurring Payment authorized on 11/17 Comcast California 800-Comcast CA S581322264911419 Card 6361 | | 118.18 | |
| 11/19 | | Recurring Payment authorized on 11/17 Comcast California 800-Comcast CA S461322264965074 Card 6361 | | 103.18 | |
| 11/19 | | Purchase with Cash Back $ 20.00 authorized on 11/19 Safeway #0783 Lafayette CA P301323819815860 Card 6361 | | 36.83 | 7,610.17 |
| 11/22 | | Edeposit IN Branch/Store 11/22/21 01:07:15 Pm 80 Moraga Way Orinda CA 6361 | 5,000.00 | | |
| 11/22 | | Purchase authorized on 11/22 Safeway #3281 Alameda CA P461326825611892 Card 6361 | | 11.33 | 12,598.84 |
| 11/23 | | Purchase authorized on 11/23 Chevron/Csi-090290/2213 Alameda CA P461327779150780 Card 6361 | | 20.56 | |
| 11/23 | | Purchase authorized on 11/23 Safeway #3281 Alameda CA P301327791778191 Card 6361 | | 12.75 | 12,565.53 |
| 11/24 | | Purchase authorized on 11/22 CA Dmv Fee 678-7315516 TN S581327000819675 Card 6361 | | 6.07 | |
| 11/24 | | Purchase authorized on 11/22 State of Calif Dmv 800-7770133 CA S381327000824352 Card 6361 | | 289.00 | |
| 11/24 | | Purchase authorized on 11/23 Alborz Walnut Cree Walnut Creek CA S461328088591359 Card 6361 | | 69.68 | 12,200.78 |
| 11/26 | | Purchase authorized on 11/26 Trader Joe's # 115 Lafayette CA P301330827839923 Card 6361 | | 13.26 | |
| 11/26 | | Purchase authorized on 11/26 Chevron/Csi-095890/1746 Lafayette CA P301330831320616 Card 6361 | | 19.47 | 12,168.05 |
| 11/29 | | Purchase authorized on 11/27 Pleasant Hill G Pleasant Hill CA P000000385966315 Card 6361 | | 53.36 | |
| 11/29 | | Purchase authorized on 11/27 New York Pizza and Pleasent Hill CA S381331858617256 Card 6361 | | 22.90 | |
| 11/29 | | Purchase authorized on 11/28 Oakland Kosher Foods I Oakland CA P581332806098076 Card 6361 | | 53.38 | |
| 11/29 | | Purchase authorized on 11/28 Chevron/Csi-090290/2213 Alameda CA P381332835659827 Card 6361 | | 20.56 | |
| 11/29 | | Purchase authorized on 11/28 Grocery Outlet Alameda CA P000000671074323 Card 6361 | | 21.20 | 11,996.65 |

Case: 20-50469   Doc# 278   Filed: 12/29/21   Entered: 12/29/21 16:33:35   Page 8 of 13



---

### *Transaction history* (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|----------|-------------|---------|
| 11/30 | | Purchase authorized on 11/28 IN N Out Burger 30 Alameda CA S461332826262912 Card 6361 | | 9.19 | |
| 11/30 | | Purchase authorized on 11/30 Chevron/Csi-097407/1516 Orinda CA P581334729496451 Card 6361 | | 19.65 | 11,967.81 |
| **Ending balance on 11/30** | | | | | **11,967.81** |
| Totals | | | **$5,000.00** | **$3,451.54** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|--------|------|--------|
| 100 | 11/2 | 500.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2021 - 11/30/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

This is the final period with the fee waived. For the next fee period, you need to meet one of the requirements to avoid the monthly service fee.

| How to avoid the monthly service fee Have any **ONE** of the following account requirements | Minimum required | This fee period |
|---|---|---|
| · Minimum daily balance | $500.00 | $7,610.17 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

 # IMPORTANT ACCOUNT INFORMATION

---

### Can we reach you when it's really important?

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch



# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $296.59 |
| Deposits/Additions | 5,895.00 |
| Withdrawals/Subtractions | - 5,752.78 |
| **Ending balance on 11/30** | **$438.81** |

Account number: **2053**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 1

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/1 | | Deposit Made In A Branch/Store | 3,000.00 | | 3,296.59 |
| 11/2 | | Edeposit IN Branch/Store 11/02/21 03:23:00 Pm 80 Moraga Way Orinda CA 8191 | 1,895.00 | | 5,191.59 |
| 11/12 | | Online Transfer From Koka M Everyday Checking xxxxxx2061 Ref #Ib0Cv6Typd on 11/12/21 | 1,000.00 | | |
| 11/12 | | Recurring Payment authorized on 11/11 State Farm Insura 800-956-6310 IL S381315354933004 Card 8191 | | 311.95 | 5,879.64 |
| 11/15 | | Select Portfolio Sps 0019551159 Moti Koka | | 5,430.83 | 448.81 |
| 11/30 | | Monthly Service Fee | | 10.00 | 438.81 |
| **Ending balance on 11/30** | | | | | **438.81** |
| **Totals** | | | **$5,895.00** | **$5,752.78** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of Overdraft and Returned Item Fees

| | Total this statement period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $35.00 |

*Year-to-date totals reflect fees assessed or reversed since the first full statement period of the calendar year. Negative values indicate that fee reversals exceed fees assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2021 - 11/30/2021 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|

Case: 20-50469   Doc# 278   Filed: 12/29/21   Entered: 12/29/21 16:33:35   Page 10 of 13

Sheet Seq = 0260278
Sheet 00003 of 00004



---

*Monthly service fee summary (continued)*

| How to avoid the monthly service fee | Minimum required | This fee period | |
|---|---|---|---|
| Have any **ONE** of the following account requirements | | | |
| · Minimum daily balance | $500.00 | $448.81 | ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 | ☐ |
| · Age of primary account owner | 17 - 24 | | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | | |

RC/RC



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.  $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.  = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

- $ _____

**E** **Subtract** **D** **from** **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.  = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect any automatic payments you receive. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801



Member FDIC.

BANK OF AMERICA **EDD Debit Card**

Click here (../Alerts/Manage) to setup alerts including fraud alerts.

Please Note: Bank of America has temporarily suspended mobile wallet provisioning. If you attempt to add your card to a mobile wallet, you will receive an error message. This suspension does not impact any other card functionality.

## Balance & Transactions

There's an app for this.

Download the BofA Prepaid mobile app



Download on the **App Store** (https://itunes.apple.com/us/app/bofa-prepaid-mobile/id1199213569?mt=8)

GET IT ON **Google Play** (https://play.google.com/store/apps/details?id=com.bankofamerica.prepaid)

There's an app for this.
Download the BofA Prepaid mobile app



Download on the **App Store** (https://itunes.apple.com/us/app/bofa-prepaid-mobile/id1199213569?mt=8)

GET IT ON **Google Play** (https://play.google.com/store/apps/details?id=com.bankofamerica.prepaid)

### Balance for MOTI KOKA

Available Balance ❓ **$ 2,056.57**

Actual Balance $ 2,056.57

### Transactions

Date - Newest to O

https://www.visaprepaidprocessing.com/eddcard/transactions/display/display

11/2/21, 12:20 PM
Page 1 of 4

| ▶ BANK OF AMERICA 09/27/2021 | $ -200.00 ATM Cash Withdrawal |
| ▶ CA EDD DEPOSIT 09/06/2021 | $ 450.00 ACH Load Credit |
| ▶ CA EDD DEPOSIT 08/23/2021 | $ 450.00 ACH Load Credit |
| ▶ CA EDD DEPOSIT 08/20/2021 | $ 450.00 ACH Load Credit |
| ▶ CA EDD DEPOSIT 08/10/2021 | $ 900.00 ACH Load Credit |
| ▶ BANK OF AMERICA 08/08/2021 | $ -500.00 ATM Cash Withdrawal |
| ▶ BANK OF AMERICA 08/08/2021 | $ 0.00 ATM Balance Inquiry |
| ▶ BANK OF AMERICA 07/28/2021 | $ -1,000.00 ATM Cash Withdrawal |
| ▶ CA EDD DEPOSIT 07/26/2021 | $ 900.00 ACH Load Credit |

Scanned with CamScanner