LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

|  |  |
|---|---|
| In re | CASE No.: 20-50469-SLJ |
|  | CHAPTER 11 |
| MORDECHAI KOKA | **APPLICATION FOR ORDER UNDER 11 USC §327(A) AUTHORIZING EMPLOYMENT OF PREMIER AGENT NETWORK, INC. AS REAL ESTATE BROKER** |
| Debtor | Date:    None Set<br>Time:    None Set<br>Court:   None Set |

Mordechai Koka as Debtor-in-possession in the above-referenced proceeding ("Debtor" hereinafter) applies to the Court for an order under Sections 327(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), authorizing the employment of Premier Agent Network, Inc. as broker to list debtor's real property at 858 Acalanes Road Lafayette, CA ["Property].

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95125
(408) 295-5595

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95125
(408) 295-5595

# BACKGROUND

1.  Debtor filed the herein petition on March 10, 2020.

2.  Debtor is the owners of the Property, currently his residence.

3.  Debtor acquired the real property at 858 Acalanes Rd. Lafayette, CA ("Lafayette Property" hereinafter) on April 3, 2007. The Property consists of a single family residence of 1788 square feet built in 1939 together with two accessory dwelling units (ADUs) on a 25,265 square foot lot. The property has substantial deferred maintenance and foundation problems. These repairs could exceed $200,000.

4.  The Lafayette Property is encumbered by a first deed of trust in favor of HSBC Bank USA, NA as Trustee for Merrill Lynch Mortgage Investor, Inc. Mortgage Pass-through Certificates, MANA Series 2007-AF1. It is currently serviced by Mr. Cooper

5.  Pursuant to Proof of claim No. 4 filed in the herein case on June 19, 2020, the balance of the 1st loan was $965,095.64 inclusive of arrears in the amount of $428,325.78

6.  Pursuant to POC 4, the regular monthly payments are $5,238.29 including escrow. Debtor is post-petition delinquent 21 payments or $110,003 through December 2021.

7.  About four months ago, the proposed agent opined that the value of the Property is $1,700,000 'as is". However, he proposes to list the Property at $1,899,000 anticipating an offer with significant credit backs.

8.  No official committee has yet been appointed in the case.

9.  The Court has jurisdiction over the Motion under 28 U.S.C. §§157 and 1334. Venue is proper under 28 U.S.C. §§1408 and 1409. The Motion is a core proceeding under 28 U.S.C. §157(b)(2). The statutory predicates for the relief requested in the Motion are Sections 105(a), 331, 503(b) of the Bankruptcy Code.

Application for Order Authorizing Employment of Premier Agent Network, Inc. as Listing Broker

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95125
(408) 295-5595

## RELIEF REQUESTED

10.     By his application, the Debtor seeks to employ and retain Premier Agent Network, Inc. ["Broker" hereinafter] and Rick Dahnken as his Realtor with regard to the listing the Property. Accordingly, the Debtor respectfully request entry of an order under Bankruptcy Code §327 authorizing the Debtor to employ and retain Broker as his broker to list, market and sell the Property.

11.     Debtor has selected Mr. Danhken because he had listed debtor's other property, appears knowledgeable and motivated to maximize the proceeds to debtor and the estate.

## SERVICES TO BE RENDERED

12     Broker will be required to render, among others, the following services to the Debtors:

(a)     advise the Debtor with respect to preparing the Property for sale.

(b)     Act as listing agent to market and sell the Property.

## DISINTERESTEDNESS OF PROFESSIONALS

13     As set forth in the Declaration of Richard Danhken, to the best of his knowledge and belief:

(a)     Neither Richard Dahnken or, after inquiry anyone working at Broker's office, holds or represents an interest adverse to the Debtor's estate.

(b)     Neither Richard Dahnken nor any real estate licensee within Broker nor any of its employees are or were a creditor, an equity security holder, or an insider of the Debtor.

3

Application for Order Authorizing Employment of Premier Agent Network, Inc. as Listing Broker

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95125
(408) 295-5595

(c)     Neither Richard Dahnken, nor any of the Broker's licensees have any interest materially adverse to the interest of the estate nor of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in the Debtor nor for any other reason;

(d)     Neither Richard Dahnken nor any Broker's licensees or employees is related in any way to any United States Bankruptcy Judge, any District Court Judge nor to anyone within the Office of the United States Trustee.

## PROFESSIONAL COMPENSATION

14.     In accordance with the terms of the proposed Listing Agreement, Broker is seeking to be compensated at the rate of 6% of the gross sales price. This commission is to be split between Broker and the office procuring the buyer.

15.     Other than described above, no arrangement is proposed between the Debtor and Broker for compensation to be paid in this case.

WHEREEFORE, the Debtor requests that the Court enter an order granting the relief requested above and any additional relief the Court deems appropriate.

DATED: Dec. 29, 2021                THE FULLER LAW FIRM, PC


By:   */s/ Lars T. Fuller*_____
        LARS T. FULLER
        Attorney for Debtor

4