SELWYN D. WHITEHEAD, ESQ. (CSB No. 236391)
**LAW OFFICES OF SELWYN D. WHITEHEAD**
4650 Scotia Avenue
Oakland, CA 94605
Tel: (510) 632-7444
Fax: (510) 856-5180
Email: selwynwhitehead@yahoo.com

JULYN M. PARK (CSB No. 213429)
DEIRDRE M. DIGRANDE (CSB No. 199766)
**LOCKHART PARK, LLP**
4655 Old Ironsides Drive, Suite 250
Santa Clara, CA 95054-1854
Tel: (408) 416-2929
Fax: (855) 368-1020
Email: jpark@lockhartpark.com
ddigrande@lockhartpark.com

Attorneys for Creditors
JEFF HANNA and AMALIA HANNA

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MORDECHAI KOKA,<br><br>　　Debtor. | Bk. Case No. 20-50469-SLJ<br><br>Chapter 11<br><br>**NOTICE OF TRIAL SETTING CONFERENCE REGARDING CREDITORS JEFF HANNA AND AMALIA HANNA'S OBJECTION TO DEBTOR'S CLAIM OF HOMESTEAD EXEMPTION, AND IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE TO OAKLAND DIVISION; CERTIFICATE OF SERVICE**<br><br>**HEARING:**<br>Date:　　February 1, 2022<br>Time:　　2:00 p.m.<br>Location:　Videoconference/Teleconference<br>Judge:　　The Hon. Stephen L. Johnson |

**TO THE HONORABLE STEPHEN L. JOHNSON, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, DEBTOR MORDECHAI KOKA, HIS COUNSEL, AND ALL PARTIES IN INTEREST AND THEIR COUNSEL OF RECORD:**

-1-

Notice of Trial Setting Conference Regarding Creditors Jeff and Amalia Hanna's Objection to Debtor's Claim of Homestead Exemption, And In the Alterative, Motion to Transfer Venue to Oakland Division; Certificate of Service
KOKA/CASE NO.: 20-50469

Case: 20-50469　Doc# 285　Filed: 01/04/22　Entered: 01/04/22 17:14:41　Page 1 of 3

**PLEASE TAKE NOTICE** that on **February 1, 2022 at the hour of 2:00 P.M**. or as soon thereafter as the matter may be heard, the Honorable Stephen L. Johnson, Bankruptcy Judge, for the United States Bankruptcy Court for the Northern District of California, San Jose Division, or any other bankruptcy judge who may be sitting in his place and stead will hold a Trial Setting Conference via Tele/Videoconference regarding Creditors **JEFF AND AMALIA HANNA**'s *Objection to the Debtor's Claim of Homestead Exemption, And in the Alternative, Motion to Transfer venue to Oakland Division*. [See Dkt. Nos. 145; 158.]

**AT WHICH TIME AND PLACE YOU MAY APPEAR AS YOU SEE FIT**

**PLESAE TAKE FURTHER NOTICE** that notwithstanding the location of the court as set forth above, Paragraph 6 of General Order 38 (Eighth Amended) provides that "[u]nless otherwise ordered by the presiding judge, all notices of any motion or application filed with the court and served on any party which sets a hearing date for the motion or application must state that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video, and include the following language:

> 'All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.'"

See https://www.canb.uscourts.gov/sites/default/files/generalorders/SixthAmendedGO38March521corrected.pdf.

Dated:  January 4, 2022     Respectfully submitted by,

**LAW OFFICES OF SELWYN D. WHITEHEAD**

By:     /s/ Selwyn D. Whitehead
        SELWYN D. WHITEHEAD
        Attorneys for Creditors
        JEFF HANNA and AMALIA HANNA

-2-

Notice of Trial Setting Conference Regarding Creditors Jeff and Amalia Hanna's Objection to Debtor's Claim of Homestead Exemption, And In the Alterative, Motion to Transfer Venue to Oakland Division; Certificate of Service
KOKA/CASE NO.: 20-50469

Case: 20-50469    Doc# 285    Filed: 01/04/22    Entered: 01/04/22 17:14:41    Page 2 of 3

# CERTIFICATE OF SERVICE

I, Selwyn D. Whitehead the undersigned, declare:

    I am employed in the City of Oakland, County of <u>Alameda</u>, California. I am over the age of 18 years and not a party to this action. My business address is 4650 Scotia Avenue Oakland, CA 94605. On the date stated below, I served the following document(s):

    1.     **NOTICE OF TRIAL SETTING CONFERENCE REGARDING CREDITORS JEFF HANNA AND AMALIA HANNA'S OBJECTION TO DEBTOR'S CLAIM OF HOMESTEAD EXEMPTION, AND IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE TO OAKLAND DIVISION; AND,**

    2.     **THIS CERTIFICATE OF SERVICE**

on each party listed below requesting or requiring special notice in the manner or manners described below:

***VIA THE COURT'S ECF SYSTEM (NOTICE OF ELECTRONIC FILING-NEF) ONLY:***
- Jared A. Day jared.a.day@usdoj.gov, ankey.to@usdoj.gov
- Deirdre M. Digrande ddigrande@lockhartpark.com
- Arasto Farsad farsadecf@gmail.com, farsadecf@ecf.courtdrive.com
- David S. Hoffman dshoffmanesq@aol.com
- Kelly Marie Kaufmann bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- Brent D. Meyer brent@meyerllp.com
- Office of the U.S. Trustee / SJ USTPRegion17.SJ.ECF@usdoj.gov
- Edward A. Treder ndcaecf@BDFGroup.com
- Nancy Weng nancy@farsadlaw.com
- Selwyn D. Whitehead selwynwhitehead@yahoo.com
- Craig V Winslow craig@cvwlaw.com
- Lars T. Fuller Fullerlawfirmecf@aol.com, Larsfullerecf@aol.com
- Christopher Hayes chayestrustee@gmail.com, ecf.alert+Hayes@titlexi.com
- Christopher M. McDermott ecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com

    I am readily familiar with the business practices of the Law Offices of Selwyn D. Whitehead, for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail and/or electronic service via personal or business email and/or via the Court's ECF System.

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 4<u>th</u> day of January 2022 at Oakland, Alameda County, California.

                                    /s/ ***Selwyn D. Whitehead***
                                    SELWYN D. WHITEHAD, ESQ.

-3-
Notice of Trial Setting Conference Regarding Creditors Jeff and Amalia Hanna's Objection to Debtor's Claim of Homestead Exemption, And In the Alterative, Motion to Transfer Venue to Oakland Division; Certificate of Service
KOKA/CASE NO.: 20-50469
Case: 20-50469   Doc# 285   Filed: 01/04/22   Entered: 01/04/22 17:14:41   Page 3 of 3