**DAVID S. HOFFMAN**, Attorney at Law
1500 E. Hamilton Ave. #118
Campbell, CA 95008

David S. Hoffman      State Bar No: 151656

**Telephone: 408/412-8427**
**Telefax:      408/412-8425**

Attorneys for ALLAN R. HULGAN
and NICOLE A. HULGAN

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE BRANCH

| | |
|---|---|
| IN RE:<br><br>MORDECHAI KOKA<br><br>Debtor. | NO:  20-50469 SLJ<br>Chapter 11<br><br>**JOINDER OF CREDITORS ALLAN AND NICOLE HULGAN TO JEFF AND AMALIA HANNAS' CORRECTED OBJECTION TO DISCLOSURE STATEMENT ASPECTS OF DEBTOR AND THE GARDNERS' JOINT PROPOSED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (December 2, 2021)**<br><br>Date: January 13, 2022<br>Time: 1:30 p.m.<br>Location: Telephonic/Videoconference<br>Judge: Hon. Stephen L. Johnson |

**TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR, CREDITORS DALE GARDNER AND MELISSA GARDNER, AND ALL OTHER INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that creditors Allan and Nicole Hulgan hereby join the Objection filed by creditors Jeff and Amalia Hanna [Dkt. No. 282] **CREDITORS JEFF AND AMALIA HANNAS' CORRECTED OBJECTION TO DISCLOSURE STATEMENT ASPECTS OF DEBTOR AND**

1. **THE GARDNERS' JOINT PROPOSED COMBINED PLAN OF REORGANIZATION AND
2. DISCLOSURE STATEMENT (December 2, 2021)** (hereinafter "the Third Joint Proposed Plan")
3. [Dkt. No. 275] filed by Debtor Mordechai Koka and creditors Dale Gardner and Melissa Gardner, and
4. incorporate by this reference all arguments and requests for relief stated therein.
5. Respectfully submitted,

7. Dated:   January 7, 2022              ***DAVID S. HOFFMAN**, Attorney at Law*

   By: _/s/ *David S. Hoffman*_

   David S. Hoffman, Attorney for Allan R. Hulgan and Nicole A. Hulgan

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE BY ECF AND MAIL** |
| 2 | State of California            } |
|   | County of Santa Clara     } |
| 3 | |
|   | I, the undersigned, declare as follows: |
| 4 | |
| 5 | I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is 1500 E. Hamilton Ave. #115, Campbell, CA 95008. |
| 6 | On January 7, 2022, I served the foregoing document described as **JOINDER OF CREDITORS ALLAN AND NICOLE HULGAN TO JEFF AND AMALIA HANNAS' OBJECTION TO DISCLOSURE STATEMENT ASPECTS OF DEBTOR AND THE GARDNERS' JOINT PROPOSED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (October 1, 2021)** on the interested parties via ECF or at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Jose, California, addressed as follows: |

| | | |
|---|---|---|
| 10 | Jared A. Day, Esq. | Mordechai Koka |
| 11 | OFFICE OF THE U.S. TRUSTEE | 1409 Enderby Way |
|    | 300 Booth Street, Suite 3009 | Sunnyvale, CA 95113-3004 |
| 12 | Reno, NV 89509 | |
|    | Tel: (775) 784-5335 | Debtor - Via US Mail |
| 13 | Email: jared.a.day@usdoj.gov | |
|    | Email: ankey.to@usdoj.gov | |
| 14 | ***on Behalf of the Office of*** | |
|    | ***the U.S. Trustee/SJ*** | |
| 15 | | |
|    | *U.S. Trustee* Via ECF | |
| 16 | U.S. Trustee | Arasto Farsad |
| 17 | Office of the U.S. Trustee/SJ | Farsad Law Office |
|    | U.S. Federal Building | 1625 The Alameda, #525 |
| 18 | 280 S. 1st Street, Suite 268 | San Jose, CA 89509 |
|    | San Jose, CA 95113-3004 | Email: farsadecf@gmail.com |
| 19 | Email: ustpregion17.sj.ecf@usdoj.gov | Email: farsadecf@ecf.courtdrive.com |
|    | | Email: nancy@farsadlaw.com |
| 20 | *U.S. Trustee* Via ECF | ***on Behalf of Debtor Mordechai Koka aka Moti Koka dba Green Bay Builders, Inc.*** |
| 21 | | Attorney for Debtor Via ECF |
| 22 | Lars T. Fuller, Esq. | Brent D. Meyer, Esq. |
|    | THE FULLER LAW FIRM, PC | MEYER LAW GROUP, LLP |
| 23 | 60 No. Keeble Avenue | 268 Bush Street, Suite 3639 |
|    | San Jose, CA 95126 | San Francisco, CA 94104 |
| 24 | Tel: (408) 295-5595 | Tel: (415) 765-1588 |
|    | Fax: (408) 295-9852 | Fax: (415) 762-5277 |
| 25 | Email: fullerlawfirmecf@aol.com, | Email: brent@meyerllp.com |
|    | larsfullerecf@aol.com | ***on Behalf of Creditors*** |
| 26 | ***on Behalf of Debtor*** | ***Dale & Melissa Gardner*** |
|    | ***Mordechai Koka aka Moti Koka*** | Attorney for Creditor Via ECF |
| 27 | Attorney for Debtor Via ECF | |
| 28 | In re: Koka | |
|    | 20-50469-SLJ | |

| | |
|---|---|
| Craig V. Winslow, Esq.<br>LAW OFFICES OF CRAIG V. WINSLOW<br>630 N. San Mateo Drive<br>San Mateo, CA 94401<br>Tel: (650) 347-5445<br>Email: craig@cvwlaw.com<br>**on Behalf of Creditors Dale & Melissa Gardner**<br><br>Attorney for Creditor Via ECF | Edward A. Treder, Esq.<br>BARRETT, DAFFIN, FRAPPIER, TREDER & WEISS<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA 91765<br>Tel: (626) 915-5714<br>Email: ndcaecf@BDFGroup.com<br>**on Behalf of Creditor HSBC Bank USA, National Association**<br><br>Attorney for Creditor Via ECF |
| JULYN M. PARK (CSB No. 213429)<br>DEIRDRE M. DIGRANDE (CSB No. 199766)<br>LOCKHART PARK, LLP<br>5201 Great America Parkway, Suite 320<br>Santa Clara, CA 95054<br>Tel: (408) 416-2929<br>Fax: (855) 368-1020<br>Email: jpark@lockhartpark.com<br>Email: ddigrande@lockhartpark.com<br>**on Behalf of Creditors Jeff and Amalia Hanna**<br><br>Attorney for Creditor Via ECF | Selwyn D. Whitehead, Esq.<br>LAW OFFICES OF SELWYN D. WHITEHEAD<br>4650 Scotia Avenue<br>Oakland, CA 94605<br>Tel: (510) 632-7444<br>Fax: (510) 856-5180<br>Email: selwynwhitehead@yahoo.com<br>**on Behalf of Creditors Jeff and Amalia Hanna**<br><br>Attorney for Creditor Via ECF |
| Kelly M. Kaufmann, Esq.<br>MCCARTHY & HOLTHUS LLP<br>1770 4th Avenue<br>San Diego, CA 92101<br>Tel: (619) 685-4800, ext. 1834<br>Email: bknotice@mccarthyholthus.com<br>**on Behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee for the Impac CMB Trust Series 2007-A**<br><br>Attorney for Creditor Via ECF | |

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U. S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 7th day of January, 2022 at Campbell, California

Dated: January 7, 2022                     _____/s/ David S. Hoffman_____
                                                              David S. Hoffman

In re: Koka
20-50469-SLJ