

LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

The following constitutes the order of the Court.
Signed: January 7, 2022

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA<br><br>Debtor | CASE NO.: 20-50469-SLJ<br><br>**ORDER EMPLOYING PREMIER AGENT NETWORK, INC. AS LISTING BROKER**<br><br>CHAPTER 11 |

Upon the application of Debtor Mordechai Koka for an order employing Premier Agent Network, Inc. as broker to market, list for sale and sell debtors' real property at 858 Acalanes Rd. Lafayette, CA ["Property"], good cause appearing, it is hereby ordered that Premier Agent Network, Inc. be and hereby is employed as the listing agent for the Property on the terms set forth in the application and proposed listing agreement,

IT IS FURTHER ORDERED THAT Premier Agent Network, Inc. shall not take any fee without separate order from this Court.

***END OF ORDER***

**COURT SERVICE LIST**

All electronic service.