LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
**THE FULLER LAW FIRM, P.C.**
60 No. Keeble Avenue
San Jose, California 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
Lars@fullerlawfirm.net

Attorneys for Debtor
MORDECHAI KOKA

**MEYER LAW GROUP LLP**
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone:   (415) 765-1588
Facsimile:   (415) 762-5277
Email:       brent@meyerllp.com

Attorneys for Creditors
DALE GARDNER and
MELISSA GARDNER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA,<br><br>Debtor in Possession. | BK Case No.: 20-50469-SLJ<br><br>Chapter 11<br><br>***EX PARTE* APPLICATION TO EXTEND DEADLINE TO CONFIRM CHAPTER 11 PLAN**<br><br>Date:      [NONE SCHEDULED]<br>Time:<br>Location:<br>Judge:     Hon. Stephen L. Johnson |

Debtor Mordechai Koka ("Debtor") and creditors Dale Gardner and Melissa Gardner (the "Gardners") hereby jointly submit this *ex parte* application (the "Application") to extend the deadline to confirm a Chapter 11 Plan of Reorganization in the above-referenced matter based on the following.

1. On March 10, 2020, debtor Mordechai Koka commenced a voluntary petition for relief under Title 11, Chapter 11 of the United States Code. See Dkt. No. 1.

2. On March 11, 2021, the Court entered an order that Debtor shall "have a plan of reorganization confirmed by August 5, 2021," which was subsequently extended by the Court to December 5, 2021 (the "Confirmation Deadline"). See Dkt. Nos. 112, 204.

3. On December 2, 2021, Debtor and the Gardners filed a *Joint Proposed Combined Plan of Reorganization and Disclosure Statement (December 2, 2021)* (the "Joint Plan"), in which the Court "tentatively" approved the disclosures set forth in the Joint Plan subject to several redline revisions that must be submitted to the Court on or before January 24, 2022. See Dkt No. 275, CM/ECF *generally*. The hearing on confirmation of the Joint Plan (with the requested revisions) is anticipated to be scheduled for April 7, 2022 at 1:30 p.m. Id.

4. Debtor and the Gardners request that the Court extend the Confirmation Deadline to April 29, 2022, in order to provide sufficient time to seek confirmation of the Joint Plan.

Based on the foregoing, Debtor and the Gardners respectfully request that the Court enter an order granting the Application in its entirety, set April 29, 2022 as the deadline for Debtor to confirm a Chapter 11 Plan of Reorganization, and for such other further relief as necessary.

Dated: January 18, 2022        **THE FULLER LAW FIRM, P.C.**
                               By: /s/ LARS FULLER
                               Lars T. Fuller
                               Attorneys for Debtor
                               MORDECHAI KOKA

Dated: January 18, 2022        **MEYER LAW GROUP, LLP**
                               By: /s/ BRENT D. MEYER
                               Brent D. Meyer
                               Attorneys for Creditors DALE
                               GARDNER and MELISSA GARDNER

BK CASE NO. 20-50469-SLJ
- 2 -
*EX PARTE* APPLICATION TO EXTEND DEADLINE TO CONFIRM CHAPTER 11 PLAN
Case: 20-50469    Doc# 288    Filed: 01/18/22    Entered: 01/18/22 21:48:59    Page 2 of 2