# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: Mordechai Koka

**Case No.**          20-50469 SLJ

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**          12/31/21          **PETITION DATE:**          03/10/20

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in    $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $146,374 | $144,195 | |
| b. Total Assets | $4,283,120 | $4,280,941 | $4,147,794 |
| c. Current Liabilities | $0 | | |
| d. Total Liabilities | $2,470,706 | $2,470,706 | $2,470,706 |

| 3. **Statement of Cash Receipts & Disbursements for Month** | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $9,895 | $9,895 | $1,035,279 |
| b. Total Disbursements | $7,716 | $8,205 | $888,905 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $2,179 | $1,690 | $146,374 |
| d. Cash Balance Beginning of Month | $144,195 | $142,505 | $0 |
| e. Cash Balance End of Month (c + d) | $146,374 | $144,195 | $146,374 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6. **Post-Petition Liabilities** | $0 | | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

| At the end of this reporting month: | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. Are a plan and disclosure statement on file? | X | |
| 14. Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes    X   ;          U.S. Trustee Quarterly Fees    X   ; Check if filing is current for: Post-petition tax reporting and tax returns:    X   .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:    1/23/2022 0:00          /s/ Mordechai Koka
                                  Responsible Individual

Revised 1/1/98

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | X | $146,374 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $146,374 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | |
| 8 | Real property (rental or commercial) | | $4,106,345 |
| 9 | Furniture, Fixtures, and Equipment | X | $7,400 |
| 10 | Vehicles | X | $23,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | X | $1 |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: | | |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $4,136,746 |
| 18 | **Total Assets** | | $4,283,120 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | $2,463,061 |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | $7,645 |
| 32 | **Total Pre-Petition Liabilities** | | $2,470,706 |
| 33 | **Total Liabilities** | | $2,470,706 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $1,812,414 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $4,283,120 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | **Property 1** | **Property 2** | **Property 3** |
|---|---|---|---|---|
| 1 | **Description of Property** | 1702 Paru Alameda | 858 Acalanes Road | 3190 Vichy |
| 2 | **Scheduled Gross Rents** | $4,895 | | |
| | **Less:** | | | |
| 3 | **Vacancy Factor** | | | |
| 4 | **Free Rent Incentives** | | | |
| 5 | **Other Adjustments** | | | |
| 6 | **Total Deductions** | $0 | $0 | $0 |
| 7 | **Scheduled Net Rents** | $4,895 | $0 | $0 |
| 8 | **Less:  Rents Receivable (2)** | | | |
| 9 | **Scheduled Net Rents Collected (2)** | $4,895 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | **Account 1** | **Account 2** | **Account 3** |
|---|---|---|---|---|
| 10 | **Bank** | Wells Fargo | Wells Fargo | Bank of America |
| | | 2053 | 2061 | 4321 |
| 11 | **Account No.** | Paru Acct | Savings | EDD |
| 12 | **Account Purpose** | | | |
| 13 | **Balance, End of Month** | $75 | $14,510 | $2,057 |
| 14 | **Total Funds on Hand for all Accounts** | $146,374 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |   | **Property 1** | **Property 2** | **Property 3** |
|---|---|---|---|---|
| 1 | **Description of Property** | 1702 Paru Alameda | 858 Acalanes Road | 3190 Vichy |
| 2 | **Scheduled Gross Rents** | $0 | | |
|   | **Less:** | | | |
| 3 | **Vacancy Factor** | | | |
| 4 | **Free Rent Incentives** | | | |
| 5 | **Other Adjustments** | | | |
| 6 | **Total Deductions** | $0 | $0 | $0 |
| 7 | **Scheduled Net Rents** | $0 | $0 | $0 |
| 8 | **Less: Rents Receivable (2)** | | | |
| 9 | **Scheduled Net Rents Collected (2)** | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|   |   | **Account 4** | **Account 5** | **Account 6** |
|---|---|---|---|---|
| 10 | **Bank** | Wells Fargo | | |
| 11 | **Account No.** | Attorney IOLTA | | |
| 12 | **Account Purpose** | | | |
| 13 | **Balance, End of Month** | $129,732 | $0 | $0 |
| 14 | **Total Funds on Hand for all Accounts** | $129,732 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
#### For the Month Ended    12/31/21

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | $4,895 | $145,487 |
| 2 | Cash Received from Sales | $0 | $790,000 |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Deposits from odd jobs | $5,000 | $49,255 |
| 8 | Transfers | $0 | $14,250 |
| 9 | Returns | $0 | $281 |
| 10 | IRS | $0 | $1,400 |
| 11 | EDD | $0 | $34,606 |
| 12 | **Total Cash Receipts** | $9,895 | $1,035,279 |
| **Cash Disbursements** | | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | $0 | $50,000 |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $0 | $70,300 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Food, clothes, personal products, living expenses | $1,388 | $49,276 |
| 33 | CLSB Fines, withdrawals, expenses for Paru property | $5,758 | $72,357 |
| 34 | Insurance, Medical, Auto | $569 | $7,100 |
| 35 | Quarterly UST fees | $0 | $6,834 |
| 36 | Transfers to other account | $0 | $633,038 |
| 37 | **Total Cash Disbursements:** | $7,716 | $888,905 |
| 38 | **Net Increase (Decrease) in Cash** | $2,179 | $146,374 |
| 39 | **Cash Balance, Beginning of Period** | $144,195 | $0 |
| 40 | **Cash Balance, End of Period** | $146,374 | $146,374 |

Revised 1/1/98

# Wells Fargo Combined Statement of Accounts

December 31, 2021 ■ Page 1 of 8



MORDECHAI KOKA
DEBTOR IN POSSESSION
CH11 CASE #20-50469 (NCA)

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**  (1-800-869-3557)

 *En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
          P.O. Box 6995
          Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may
be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

Case: 20-50469    Doc# 293    Filed: 01/24/22    Entered: 01/24/22 13:31:11    Page 6 of 14

(114)
Sheet Seq = 0287887
Sheet 00001 of  00004



# Summary of accounts

## *Checking/Prepaid and Savings*

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Everyday Checking | 2 | 2061 | 11,967.81 | 14,510.41 |
| Wells Fargo Everyday Checking | 6 | 2053 | 438.81 | 75.44 |
| | **Total deposit accounts** | | **$12,406.62** | **$14,585.85** |

# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $11,967.81 |
| Deposits/Additions | 5,000.00 |
| Withdrawals/Subtractions | - 2,457.40 |
| **Ending balance on 12/31** | **$14,510.41** |

Account number **2061**

**MORDECHAI KO**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

### Overdraft Protection
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/1 | | Purchase authorized on 11/29 Nations Giant Hamb Alameda CA S461334007002167 Card 6361 | | 24.70 | |
| 12/1 | | Recurring Payment authorized on 11/30 Kaiser/Hps 844-524-7370 CA S461334376158992 Card 6361 | | 29.86 | |
| 12/1 | 2002 | Check | | 250.50 | 11,662.75 |
| 12/2 | | Purchase authorized on 12/01 City of Berkeley- Berkeley CA S301335746073145 Card 6361 | | 1.05 | |
| 12/2 | | Purchase authorized on 12/01 Phnom Penh House I Alameda CA S301336099262790 Card 6361 | | 29.79 | |
| 12/2 | | Purchase authorized on 12/01 Webster 76 Alameda CA P000000134532267 Card 6361 | | 23.89 | |
| 12/2 | | Purchase authorized on 12/02 Office MA 2520 N Main Walnut Creek CA P000000187386123 Card 6361 | | 13.32 | 11,594.70 |
| 12/3 | | Purchase authorized on 12/02 Metropcs Mobile 888-863-8768 WA S461337024728766 Card 6361 | | 80.00 | |
| 12/3 | | Purchase authorized on 12/03 Chevron/Csi-097407/1516 Orinda CA P461337765249830 Card 6361 | | 19.65 | |
| 12/3 | | Purchase authorized on 12/03 Berkeley Bowl P Berkeley CA P000000279908759 Card 6361 | | 38.01 | |
| 12/3 | | Purchase authorized on 12/03 Grocery Outlet Alameda CA P000000174019714 Card 6361 | | 19.08 | 11,437.96 |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|---------|-------------|---------|
| 12/6 | | Recurring Payment authorized on 12/02 Sling.Com 888-388-6210 CO S581337141039007 Card 6361 | | 46.00 | |
| 12/6 | | Purchase authorized on 12/03 Chevron 0097407 Orinda CA S461337764498364 Card 6361 | | 91.00 | |
| 12/6 | | Purchase authorized on 12/03 Sq *Mariposa Bakin Oakland CA S461337775517559 Card 6361 | | 9.50 | |
| 12/6 | | Purchase authorized on 12/04 Safeway #0783 Lafayette CA P461339022406969 Card 6361 | | 25.18 | 11,266.28 |
| 12/7 | | Purchase authorized on 12/05 Shell Oil 57444676 Oakland CA S301340106996224 Card 6361 | | 20.93 | |
| 12/7 | | Purchase authorized on 12/07 Chevron/Csi-097407/1516 Orinda CA P381341789520869 Card 6361 | | 19.65 | 11,225.70 |
| 12/8 | | Purchase authorized on 12/07 Sushi Go Go Oakland CA S381342045247079 Card 6361 | | 39.45 | |
| 12/8 | | Purchase authorized on 12/08 Safeway #0783 Lafayette CA P381342863319427 Card 6361 | | 31.76 | |
| 12/8 | | Purchase authorized on 12/08 Chevron/Csi-095890/1746 Lafayette CA P581343003153806 Card 6361 | | 19.47 | 11,135.02 |
| 12/10 | | Purchase authorized on 12/10 Trader Joe's # 115 Lafayette CA P381344829073389 Card 6361 | | 38.82 | |
| 12/10 | | Purchase authorized on 12/10 Chevron/Csi-095890/1746 Lafayette CA P461344831804320 Card 6361 | | 19.47 | 11,076.73 |
| 12/13 | | Purchase authorized on 12/11 Walgreens Store 1916 Webs Alameda CA P461346046661988 Card 6361 | | 11.41 | |
| 12/13 | | Purchase authorized on 12/11 Grocery Outlet Alameda CA P000000670747913 Card 6361 | | 62.10 | |
| 12/13 | | Purchase authorized on 12/12 Lafayette Ace Hard Lafayette CA S581346778873313 Card 6361 | | 9.77 | |
| 12/13 | | Purchase authorized on 12/12 Chevron/Csi-095890/1746 Lafayette CA P461346784449940 Card 6361 | | 19.47 | |
| 12/13 | | Purchase authorized on 12/13 Safeway #0783 Lafayette CA P581347795933336 Card 6361 | | 20.09 | |
| 12/13 | | Purchase authorized on 12/13 Chevron/Csi-095890/1746 Lafayette CA P461347800386959 Card 6361 | | 97.33 | 10,856.56 |
| 12/14 | | Purchase authorized on 12/13 Noah's Bagels #211 Lafayette CA S301347766713231 Card 6361 | | 13.00 | 10,843.56 |
| 12/15 | | Purchase authorized on 12/15 Grocery Outlet Alameda CA P000000586904286 Card 6361 | | 36.73 | 10,806.83 |
| 12/16 | | Purchase authorized on 12/16 Foodmaxx #481.C Concord CA P000000387923311 Card 6361 | | 34.74 | |
| 12/16 | | Purchase authorized on 12/16 Diablo Foods Lafayette CA P461351004203139 Card 6361 | | 8.68 | 10,763.41 |
| 12/17 | | Purchase authorized on 12/16 International Food Concord CA S381350843872399 Card 6361 | | 63.56 | |
| 12/17 | | Purchase authorized on 12/17 Safeway #0967 Orinda CA P581352012519274 Card 6361 | | 39.94 | 10,659.91 |
| 12/20 | | Recurring Payment authorized on 12/17 Apple.Com/Bill 866-712-7753 CA S461351583128184 Card 6361 | | 2.99 | |
| 12/20 | | Purchase authorized on 12/17 Sq *Mariposa Bakin Oakland CA S381351776131166 Card 6361 | | 9.50 | |
| 12/20 | | Recurring Payment authorized on 12/17 Comcast California 800-Comcast CA S381352239219751 Card 6361 | | 103.18 | |
| 12/20 | | Recurring Payment authorized on 12/17 Comcast California 800-Comcast CA S301352244327051 Card 6361 | | 118.18 | |
| 12/20 | | Purchase authorized on 12/19 Peet's #28302 Alameda CA S581353818499281 Card 6361 | | 5.20 | |
| 12/20 | | Purchase authorized on 12/19 Diablo Foods Lafayette CA P461354056753688 Card 6361 | | 3.19 | |
| 12/20 | | Purchase authorized on 12/20 Kabab Burger Lafayette CA P000000575223515 Card 6361 | | 20.16 | |
| 12/20 | | Purchase authorized on 12/20 Trader Joe's # 115 Lafayette CA P301354792167911 Card 6361 | | 33.82 | 10,363.69 |

Case: 20-50469    Doc# 293    Filed: 01/24/22    Entered: 01/24/22 13:31:11    Page 8 of 14



---

### *Transaction history (continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/22 | | Purchase authorized on 12/21 Peets 20402 Alamo CA S581355737511608 Card 6361 | | 3.05 | |
| 12/22 | | Purchase authorized on 12/21 Chevron 0093805 Alamo CA S461355739699666 Card 6361 | | 100.00 | |
| 12/22 | | Purchase authorized on 12/22 Safeway #0783 Lafayette CA P461357013791589 Card 6361 | | 29.82 | |
| 12/22 | | Purchase authorized on 12/22 Chevron/Csi-095890/1746 Lafayette CA P581357017903657 Card 6361 | | 97.33 | 10,133.49 |
| 12/23 | | Purchase authorized on 12/21 Dragon Village Res Alameda CA S581355861499457 Card 6361 | | 21.12 | |
| 12/23 | | Online Transfer to Koka M Everyday Checking xxxxxx2053 Ref #Ib0D6Pjxv6 on 12/23/21 | | 500.00 | 9,612.37 |
| 12/24 | | Purchase authorized on 12/23 Grocery Outlet Alameda CA P000000371227837 Card 6361 | | 16.32 | |
| 12/24 | | Purchase authorized on 12/24 Safeway #0967 Orinda CA P301359006257176 Card 6361 | | 11.62 | 9,584.43 |
| 12/27 | | Edeposit IN Branch/Store 12/27/21 03:49:07 Pm 80 Moraga Way Orinda CA 6361 | 5,000.00 | | |
| 12/27 | | Purchase authorized on 12/27 Walgreens Store 2900 N MA Walnut Creek CA P381362006445411 Card 6361 | | 9.25 | |
| 12/27 | | Purchase authorized on 12/27 Sunnyvale Market Walnut Creek CA P000000870531074 Card 6361 | | 22.73 | 14,552.45 |
| 12/28 | | Purchase authorized on 12/28 Grocery Outlet Alameda CA P000000280732958 Card 6361 | | 24.57 | 14,527.88 |
| 12/30 | | Purchase authorized on 12/29 Peets 13502 Orinda CA S301363554865411 Card 6361 | | 7.30 | |
| 12/30 | | Purchase authorized on 12/30 Diablo Foods Lafayette CA P301364595720949 Card 6361 | | 10.17 | 14,510.41 |
| **Ending balance on 12/31** | | | | | **14,510.41** |
| **Totals** | | | **$5,000.00** | **$2,457.40** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 2002 | 12/1 | 250.50 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2021 - 12/31/2021 | Standard monthly service fee $10.00 | You paid $0.00 | |
|---|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period | |
| Have any **ONE** of the following account requirements | | | |
| · Minimum daily balance | $500.00 | $9,584.43 | ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 | ☐ |
| · Age of primary account owner | 17 - 24 | | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | | |

Case: 20-50469   Doc# 293   Filed: 01/24/22   Entered: 01/24/22 13:31:11   Page 9 of 14



---

*Monthly service fee summary (continued)*

RC/RC

 IMPORTANT ACCOUNT INFORMATION

---

Periodically, it is necessary to update selected sections of the disclosures you received when you opened your account. These updates provide you with the most up to date account information and are very important; so please review this information carefully and feel free to contact us with any questions or concerns.

We are updating the Deposit Account Agreement ("Account Agreement") dated October 15, 2021. Effective February 15, 2022, the following applies to wire transfers transactions: the section titled "Funds Transfer Services" has revisions to the introductory paragraph, we added subsections titled "Funds Transfer Security Procedure" and "Rejecting a Funds Transfer Request", and the subsection titled "Your duty to report unauthorized or erroneous funds transfers" has been revised.

If you are enrolled in Wells Fargo Online®, Wells Fargo Business Online®, Wells Fargo Mobile®, or Wells Fargo Advisors® online services, you reviewed and accepted our Online Access Agreement ("OAA") when you enrolled in those services. We have added a new section 15(c) Transfers Security Procedures (Business Customers and Online Wire Transfers) to the OAA to provide more clarity regarding the security procedures that apply to certain online transactions and the various addenda agreements. The updated version of the OAA will go into effect on February 15, 2022.

No, you don't need to take any action. This notice is simply to let you know that certain terms in the Account Agreement and the OAA have been updated. Your continued use of your account and, if enrolled, in the above online services will be your acceptance to these updated terms. Please review the Account Agreement and OAA, and only continue to use the above online services if you agree to all terms.

For more details, please access the Consumer Account Addenda at www.wellsfargo.com/online-banking/consumer-account-fees/ or the complete OAA at www.wellsfargo.com/online-banking/online-access-agreement/upcoming.

---

Good News! The daily purchase limit for each debit/ATM card linked to your checking/prepaid account is being increased to $5,000 effective between December 1 and December 13, 2021. To view your card's daily dollar limits at any time, sign on at wellsfargo.com/cardcontrol and click on Card details. Note: your card and account must be in open status for the increase to be applied. If you recently updated your card's daily purchase limit above or below $5,000 before this change noted above occurs, the change will not be applied.

---

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

Sheet Seq = 0287889
Sheet 00003 of  00004



# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $438.81 |
| Deposits/Additions | 5,395.00 |
| Withdrawals/Subtractions | - 5,758.37 |
| **Ending balance on 12/31** | **$75.44** |

Account number: **2053**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/1 | | Deposit Made In A Branch/Store | 3,000.00 | | 3,438.81 |
| 12/8 | | Edeposit IN Branch/Store 12/08/21 12:30:29 Pm 3157 Danville Blvd Alamo CA 8191 | 1,895.00 | | 5,333.81 |
| 12/10 | | Purchase authorized on 12/08 Laz Parking 180125 San Jose CA S461342809821238 Card 8191 | | 6.25 | 5,327.56 |
| 12/13 | | Recurring Payment authorized on 12/11 State Farm Insura 800-956-6310 IL S301345414252150 Card 8191 | | 311.29 | 5,016.27 |
| 12/23 | | Online Transfer From Koka M Everyday Checking xxxxxx2061 Ref #Ib0D6Pjxv6 on 12/23/21 | 500.00 | | 5,516.27 |
| 12/27 | | Select Portfolio Sps 0019551159 Moti Koka | | 5,430.83 | 85.44 |
| 12/31 | | Monthly Service Fee | | 10.00 | 75.44 |
| **Ending balance on 12/31** | | | | | **75.44** |
| **Totals** | | | **$5,395.00** | **$5,758.37** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of Overdraft and Returned Item Fees

| | Total this statement period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $35.00 |

*Year-to-date totals reflect fees assessed or reversed since the first full statement period of the calendar year. Negative values indicate that fee reversals exceed fees assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.



*Monthly service fee summary (continued)*

| Fee period 12/01/2021 - 12/31/2021 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $85.44 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

Sheet Seq = 0287890
Sheet 00004 of  00004



---

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.    $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

▶ + $ _____

**C** Add **A** and **B** to calculate the subtotal.    = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

▶ - $ _____

**E** **Subtract** **D** **from** **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect any automatic payments you receive. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC.

BANK OF AMERICA 🇺🇸          **EDD Debit Card**

Click here (../Alerts/Manage) to setup alerts including fraud alerts.

Please Note: Bank of America has temporarily suspended mobile wallet provisioning. If you attempt to add your card to a mobile wallet, you will receive an error message. This suspension does not impact any other card functionality.

## Balance & Transactions

There's an app for this.

Download the BofA Prepaid mobile app



App Store
(https://itunes.apple.com/us/app/bofa-prepaid-mobile/id1199213569?mt=8)

Google Play
(https://play.google.com/store/apps/details?id=com.bankofamerica.prepaid)

There's an app for this.

Download the BofA Prepaid mobile app



App Store
(https://itunes.apple.com/us/app/bofa-prepaid-mobile/id1199213569?mt=8)



Google Play
(https://play.google.com/store/apps/details?id=com.bankofamerica.prepaid)

### Balance for MOTI KOKA

Available Balance ❓                    **$ 2,056.57**

Actual Balance                         $ 2,056.57

### Transactions

Date - Newest to O

https://www.visaprepaidprocessing.com/eddcard/transactions/display/display

11/2/21, 12:20 PM
Page 1 of 4

| | |
|---|---|
| ▸ BANK OF AMERICA<br>09/27/2021 | $ -200.00<br>ATM Cash Withdrawal |
| ▸ CA EDD DEPOSIT<br>09/06/2021 | $ 450.00<br>ACH Load Credit |
| ▸ CA EDD DEPOSIT<br>08/23/2021 | $ 450.00<br>ACH Load Credit |
| ▸ CA EDD DEPOSIT<br>08/20/2021 | $ 450.00<br>ACH Load Credit |
| ▸ CA EDD DEPOSIT<br>08/10/2021 | $ 900.00<br>ACH Load Credit |
| ▸ BANK OF AMERICA<br>08/08/2021 | $ -500.00<br>ATM Cash Withdrawal |
| ▸ BANK OF AMERICA<br>08/08/2021 | $ 0.00<br>ATM Balance Inquiry |
| ▸ BANK OF AMERICA<br>07/28/2021 | $ -1,000.00<br>ATM Cash Withdrawal |
| ▸ CA EDD DEPOSIT<br>07/26/2021 | $ 900.00<br>ACH Load Credit |

Scanned with CamScanner