**Entered on Docket
February 04, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



**The following constitutes the order of the Court.**
**Signed: February 4, 2022**

_Stephen Johnson_
_____

**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

**MEYER LAW GROUP LLP**
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone:    (415) 765-1588
Facsimile:    (415) 762-5277
Email:        brent@meyerllp.com

Attorneys for Plan Proponent
DALE GARDNER and
MELISSA GARDNER

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re | BK Case No.: 20-50469-SLJ |
| MORDECHAI KOKA, | Chapter 11 |
| Debtor in Possession. | **ORDER APPROVING DISCLOSURE STATEMENT CONTAINED IN PROPOSED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (JANUARY 24, 2022)** |
| | Date:          January 13, 2022 |
| | Time:          1:30 p.m. |
| | Location:      Telephonic / Videoconference[1] |
| | Judge:         Hon. Stephen L. Johnson |

---

[1] Paragraph 10 of General Order 38 (Seventh Amended) provides that "[u]nless otherwise ordered by the presiding judge, all notices of any motion or application filed with the court and served on any party which sets a hearing date for the motion or application must state that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video, and include the following language: 'All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic.  The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance.  If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.'" See *https://www.canb.uscourts.gov/sites/default/files/general-orders/Seventh AmendedGO38_1.pdf*

- 1 -

BK CASE NO. 20-50469-SLJ

ORDER APPROVING DISCLOSURE STATEMENT CONTAINED IN PROPOSED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (JANUARY 24, 2022)

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
w w w . m e y e r l l p

Case: 20-50469    Doc# 295    Filed: 02/04/22    Entered: 02/04/22 13:34:27    Page 1 of 4

MEYER LAW GROUP LLP

268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

1    On January 13, 2022, the Court held a hearing on approval of the Disclosure Statement

2 set forth in the *Proposed Combined Plan of Reorganization and Disclosure Statement*

3 *(December 2, 2021)* [Dkt. No. 275] jointly filed by Debtor in Possession Mordechai Koka

4 ("Debtor") and creditors Dale Gardner and Melissa Gardner (collectively, the "Plan Proponents")

5 in the above-captioned matter.

6    Brent D. Meyer of Meyer Law Group, LLP appeared on behalf of creditors Dale Gardner

7 and Melissa Gardner.  Lars Fuller of The Fuller Law Firm, PC appeared on behalf of debtor

8 Mordechai Koka.

9    Upon due consideration, and for the reasons set forth on the record at the hearing, the

10 Court hereby orders as follows:

11    (1)    The Disclosure Statement contained in the *Proposed Combined Plan of*

12 *Reorganization and Disclosure Statement (January 24, 2022)* [Dkt. No. 294] (the "Chapter 11

13 Plan") is **APPROVED**.

14    (2)    On or before March 3, 2022, Debtor shall serve on all creditors, the United States

15 Trustee, and other parties in interest each of the following:

16        A.    A copy of this Order;

17        B.    A copy of the Chapter 11 Plan;

18        C.    A ballot for acceptance or rejection of the Chapter 11 Plan consistent with

19 the requirements of *Official Form B314* and clearly identifying the deadline for submission of

20 the ballot consistent with Paragraph 3 of this Order; and

21        D.    A notice identifying the deadline for submission of ballots as set forth in

22 Paragraph 3 of this Order, the deadline to file timely objections to confirmation of the Chapter 11

23 Plan as set forth in Paragraph 4 of this Order, and the date of the hearing on confirmation of the

24 Chapter 11 Plan as set forth in Paragraph 5 of this Order.

25    (3)    Written ballots accepting or rejecting the Chapter 11 Plan must be received on or

26 before March 31, 2022 by counsel for the Plan Proponent as follows: (i) by mail: Meyer Law

27 Group, LLP, Attn: Brent D. Meyer, Esq, 268 Bush Street #3639, San Francisco, California

28 94104; (ii) by email: brent@meyerllp.com; or (iii) by facsimile: (415) 762-5277.

BK CASE NO. 20-50469-SLJ

ORDER APPROVING DISCLOSURE STATEMENT CONTAINED IN PROPOSED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT JANUARY 24, 2022)

1       (4)     Objections to confirmation of the Chapter 11 Plan shall be filed with the Court

2  and served on the Plan Proponent on or before March 31, 2022.

3       (5)     On April 7, 2022 at 1:30 p.m., the Court will hold a hearing on confirmation of

4  the Chapter 11 Plan.  If any objections to confirmation of the Chapter 11 Plan raise disputed

5  issues of fact, then this hearing will be treated as a status conference to set a schedule for

6  resolution of those factual disputes.

7                             **\*\*\* END OF ORDER \*\*\***

MEYER LAW GROUP LLP

268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

BK CASE NO. 20-50469-SLJ

ORDER APPROVING DISCLOSURE STATEMENT CONTAINED IN PROPOSED COMBINED PLAN OF REORGANIZATION AND
DISCLOSURE STATEMENT (JANUARY 24, 2022)

Case: 20-50469   Doc# 295   Filed: 02/04/22   Entered: 02/04/22 13:34:27   Page 3 of 4

## Court Service List

None

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BK CASE NO. 20-50469-SLJ

ORDER APPROVING DISCLOSURE STATEMENT CONTAINED IN PROPOSED COMBINED PLAN OF REORGANIZATION AND
DISCLOSURE STATEMENT JANUARY 24, 2022

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com