# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| In re: Mordechai Koka | **Case No.** | 20-50469 SLJ |
|---|---|---|
| | **CHAPTER 11**<br>**MONTHLY OPERATING REPORT**<br>**(SMALL REAL ESTATE/INDIVIDUAL CASE)** | |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 01/31/22                **PETITION DATE:** 03/10/20

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in  $1

| 2. **Asset and Liability Structure** | **End of Current Month** | **End of Prior Month** | **As of Petition Filing** |
|---|---|---|---|
| a. Current Assets | $151,830 | $146,374 | |
| b. Total Assets | $4,288,576 | $4,283,120 | $4,147,794 |
| c. Current Liabilities | $0 | | |
| d. Total Liabilities | $2,470,706 | $2,470,706 | $2,470,706 |

| 3. **Statement of Cash Receipts & Disbursements for Month** | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|
| a. Total Receipts | $14,895 | $9,895 | $1,050,174 |
| b. Total Disbursements | $9,439 | $7,716 | $898,344 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $5,456 | $2,179 | $151,830 |
| d. Cash Balance Beginning of Month | $146,374 | $144,195 | $0 |
| e. Cash Balance End of Month (c + d) | $151,830 | $146,374 | $151,830 |

| | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6. **Post-Petition Liabilities** | $0 | | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

| **At the end of this reporting month:** | **Yes** | **No** |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. Have any payments been made to professionals?  (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. Have any payments been made to officers, insiders, shareholders, relatives?  (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. Are a plan and disclosure statement on file? | X | |
| 14. Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes   X ;        U.S. Trustee Quarterly Fees   X ; Check if filing is current for: Post-petition tax reporting and tax returns:   X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:   2/20/2022 0:00                /s/ Mordechai Koka
                                      Responsible Individual

Revised 1/1/98

|  | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|:---:|---:|
|  | **Current Assets** |  |  |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | X | $151,830 |
| 2 | Accounts receivable (net) |  |  |
| 3 | Retainer(s) paid to professionals |  |  |
| 4 | Other: _____ |  |  |
| 5 | _____ |  |  |
| 6 | **Total Current Assets** |  | $151,830 |
|  | **Long Term Assets (Market Value)** |  |  |
| 7 | Real Property (residential) |  |  |
| 8 | Real property (rental or commercial) |  | $4,106,345 |
| 9 | Furniture, Fixtures, and Equipment | X | $7,400 |
| 10 | Vehicles | X | $23,000 |
| 11 | Partnership interests |  |  |
| 12 | Interest in corportations | X | $1 |
| 13 | Stocks and bonds |  |  |
| 14 | Interests in IRA, Keogh, other retirement plans |  |  |
| 15 | Other: _____ |  |  |
| 16 | _____ |  |  |
| 17 | **Total Long Term Assets** |  | $4,136,746 |
| 18 | **Total Assets** |  | $4,288,576 |
|  | **Liabilities** |  |  |
|  | **Post-Petition Liabilities** |  |  |
|  | **Current Liabilities** |  |  |
| 19 | Post-petition not delinquent (under 30 days) |  |  |
| 20 | Post-petition delinquent other than taxes (over 30 days) |  |  |
| 21 | Post-petition delinquent taxes |  |  |
| 22 | Accrued professional fees |  |  |
| 23 | Other: _____ |  |  |
| 24 | |  |  |
| 25 | **Total Current Liabilities** |  | $0 |
| 26 | **Long-Term Post Petition Debt** |  |  |
| 27 | **Total Post-Petition Liabilities** |  | $0 |
|  | **Pre-Petition Liabilities (allowed amount)** |  |  |
| 28 | Secured claims (residence) |  |  |
| 29 | Secured claims (other) |  | $2,463,061 |
| 30 | Priority unsecured claims |  |  |
| 31 | General unsecured claims |  | $7,645 |
| 32 | **Total Pre-Petition Liabilities** |  | $2,470,706 |
| 33 | **Total Liabilities** |  | $2,470,706 |
|  | **Equity (Deficit)** |  |  |
| 34 | **Total Equity (Deficit)** |  | $1,817,870 |
| 35 | **Total Liabilities and Equity (Deficit)** |  | $4,288,576 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 1702 Paru Alameda | 858 Acalanes Road | 3190 Vichy |
| 2 | Scheduled Gross Rents | $4,895 | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $4,895 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $4,895 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Wells Fargo | Wells Fargo | Bank of America |
| | | 2053 | 2061 | 4321 |
| 11 | Account No. | Paru Acct | Savings | EDD |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | ($7) | $20,048 | $2,057 |
| 14 | Total Funds on Hand for all Accounts | $151,830 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|  |  | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 1702 Paru Alameda | 858 Acalanes Road | 3190 Vichy |
| 2 | Scheduled Gross Rents | $0 |  |  |
|  | Less: |  |  |  |
| 3 | Vacancy Factor |  |  |  |
| 4 | Free Rent Incentives |  |  |  |
| 5 | Other Adjustments |  |  |  |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less:  Rents Receivable (2) |  |  |  |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|  |  | Account 4 | Account 5 | Account 6 |
|---|---|---|---|---|
| 10 | Bank | Wells Fargo |  |  |
| 11 | Account No. | Attorney IOLTA |  |  |
| 12 | Account Purpose |  |  |  |
| 13 | Balance, End of Month | $129,732 | $0 | $0 |
| 14 | Total Funds on Hand for all Accounts | $129,732 |  |  |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended   01/31/22

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | $4,895 | $150,382 |
| 2 | Cash Received from Sales | $0 | $790,000 |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Deposits from odd jobs | $10,000 | $59,255 |
| 8 | Transfers | $0 | $14,250 |
| 9 | Returns | $0 | $281 |
| 10 | IRS | $0 | $1,400 |
| 11 | EDD | $0 | $34,606 |
| 12 | **Total Cash Receipts** | $14,895 | $1,050,174 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | $0 | $50,000 |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $0 | $70,300 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Food, clothes, personal products, living expenses | $1,954 | $51,231 |
| 33 | CLSB Fines, withdrawals, expenses for Paru property | $6,677 | $79,034 |
| 34 | Insurance, Medical, Auto | $807 | $7,907 |
| 35 | Quarterly UST fees | $0 | $6,834 |
| 36 | Transfers to other account | $0 | $633,038 |
| 37 | **Total Cash Disbursements:** | $9,439 | $898,344 |
| 38 | **Net Increase (Decrease) in Cash** | $5,456 | $151,830 |
| 39 | **Cash Balance, Beginning of Period** | $146,374 | $0 |
| 40 | **Cash Balance, End of Period** | $151,830 | $151,830 |

Revised 1/1/98

# Wells Fargo Combined Statement of Accounts



MORDECHAI KOKA
DEBTOR IN POSSESSION
CH11 CASE #20-50469 (NCA)

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**   (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

Case: 20-50469    Doc# 296    Filed: 02/21/22    Entered: 02/21/22 18:40:18    Page 6 of 13



# Summary of accounts

## *Checking/Prepaid and Savings*

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Everyday Checking | 2 | 2061 | 14,510.41 | 20,048.00 |
| Wells Fargo Everyday Checking | 6 | 2053 | 75.44 | -6.68 |
| | **Total deposit accounts** | | **$14,585.85** | **$20,041.32** |

# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $14,510.41 |
| Deposits/Additions | 10,000.00 |
| Withdrawals/Subtractions | - 4,462.41 |
| **Ending balance on 1/31** | **$20,048.00** |

Account number: **2061**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

### Overdraft Protection
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/3 | | Purchase authorized on 12/31 Safeway #0967 Orinda CA P582001196117459 Card 6361 | | 11.86 | |
| 1/3 | | Purchase authorized on 01/01 Safeway #0783 Lafayette CA P462001633981877 Card 6361 | | 40.10 | |
| 1/3 | | Purchase authorized on 01/01 Chevron/Csi-095890/1746 Lafayette CA P462001637048257 Card 6361 | | 19.47 | |
| 1/3 | | Purchase authorized on 01/02 Metropcs Mobile We 888-863-8768 WA S462002823073543 Card 6361 | | 80.00 | |
| 1/3 | | Recurring Payment authorized on 01/02 Sling.Com 888-388-6210 CO S382003141032643 Card 6361 | | 46.00 | |
| 1/3 | | Purchase authorized on 01/03 Safeway #0783 Lafayette CA P462003845002606 Card 6361 | | 23.07 | |
| 1/3 | | Purchase authorized on 01/03 Chevron/Csi-095890/1746 Lafayette CA P302003850628961 Card 6361 | | 98.64 | 14,191.27 |
| 1/4 | | Recurring Payment authorized on 01/02 Kaiser/Hps 844-524-7370 CA S382003270918216 Card 6361 | | 50.38 | |
| 1/4 | | Purchase authorized on 01/04 Berkeley Bowl P Berkeley CA P000000972127412 Card 6361 | | 38.92 | 14,101.97 |
| 1/5 | | Purchase authorized on 01/04 Chevron/Csi-090087/1512 San Francisco CA P462005202212693 Card 6361 | | 5.08 | 14,096.89 |
| 1/6 | | Purchase authorized on 01/04 Chevron 0090087 San Francisco CA S462005194772987 Card 6361 | | 94.00 | 14,002.89 |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/7 | | Purchase authorized on 01/06 Sq *Wrecking Ball Berkeley CA S462006790994932 Card 6361 | | 7.50 | |
| 1/7 | | Purchase authorized on 01/06 City of Berkeley- Berkeley CA S582006808684217 Card 6361 | | 1.30 | |
| 1/7 | | Purchase authorized on 01/07 Pleasant Hill G Pleasant Hill CA P000000972403174 Card 6361 | | 52.61 | |
| 1/7 | | Purchase authorized on 01/07 Trader Joe's # 115 Lafayette CA P382007830167075 Card 6361 | | 27.33 | 13,914.15 |
| 1/10 | | Purchase authorized on 01/06 Image Beauty Salon Berkeley CA S582006821794275 Card 6361 | | 30.00 | |
| 1/10 | | Purchase authorized on 01/07 New York Pizza and Pleasant Hill CA S382007809115988 Card 6361 | | 27.32 | |
| 1/10 | | Purchase authorized on 01/09 Sq *Neptune's Alameda CA S302009786409821 Card 6361 | | 5.50 | |
| 1/10 | | Purchase authorized on 01/09 Lucky #700Alame Alameda CA P000000786926784 Card 6361 | | 17.52 | |
| 1/10 | | Purchase authorized on 01/09 Mint Leaf Vietname Alameda CA S302010048323922 Card 6361 | | 61.21 | |
| 1/10 | | Purchase authorized on 01/09 Chevron/Csi-090290/2213 Alameda CA P302010052078358 Card 6361 | | 10.40 | |
| 1/10 | | Purchase authorized on 01/10 Safeway #0783 Lafayette CA P582010806512592 Card 6361 | | 24.38 | |
| 1/10 | | Purchase authorized on 01/10 Walgreens Store 3614 MT D Lafayette CA P462010815275065 Card 6361 | | 14.75 | 13,723.07 |
| 1/11 | | Purchase authorized on 01/10 Walgreens Store 3614 MT D Lafayette CA P302011074733177 Card 6361 | | 8.69 | |
| 1/11 | | Purchase authorized on 01/11 The Home Depot #0627 Emeryville CA P462011821444815 Card 6361 | | 16.48 | |
| 1/11 | | Purchase authorized on 01/11 Webster 76 Alameda CA P582012061925966 Card 6361 | | 12.33 | 13,685.57 |
| 1/13 | | Purchase authorized on 01/12 Chevron/Csi-095890/1746 Lafayette CA P582013156868758 Card 6361 | | 98.64 | 13,586.93 |
| 1/14 | | Purchase authorized on 01/12 Tcb*Mta Meter Mta San Francisco CA S582012682213987 Card 6361 | | 4.02 | |
| 1/14 | | Purchase authorized on 01/12 Tcb*Mta Meter Mta San Francisco CA S582012706645326 Card 6361 | | 0.75 | |
| 1/14 | | Purchase authorized on 01/14 Concord Produce Concord CA P000000877034292 Card 6361 | | 34.94 | |
| 1/14 | | Purchase authorized on 01/14 Pleasant Hill G Pleasant Hill CA P000000270363394 Card 6361 | | 25.06 | 13,522.16 |
| 1/18 | | Purchase authorized on 01/14 Five Guys CA 1131 Pleasant Hill CA S462014811269328 Card 6361 | | 17.25 | |
| 1/18 | | Purchase authorized on 01/15 Peets 13502 Orinda CA S582015576406262 Card 6361 | | 6.80 | |
| 1/18 | | Purchase authorized on 01/15 Tcb*Mta Meter Mta San Francisco CA S382015609994382 Card 6361 | | 1.50 | |
| 1/18 | | Purchase authorized on 01/15 Sushi House. Alameda CA S582015761033615 Card 6361 | | 42.66 | |
| 1/18 | | Purchase authorized on 01/15 Gypsy's Trattoria Berkeley CA S302016077153433 Card 6361 | | 23.71 | |
| 1/18 | | Purchase authorized on 01/16 Walgreens Store 1916 Webs Alameda CA P462016777669281 Card 6361 | | 18.83 | |
| 1/18 | | Purchase authorized on 01/16 IN N Out Burger 30 Alameda CA S582016839694801 Card 6361 | | 9.19 | |
| 1/18 | | Recurring Payment authorized on 01/17 Apple.Com/Bill 866-712-7753 CA S582017581509823 Card 6361 | | 2.99 | |
| 1/18 | | Purchase authorized on 01/17 Noah's Bagels #211 Lafayette CA S582017760502481 Card 6361 | | 13.00 | |
| 1/18 | | Online Transfer to Koka M Everyday Checking xxxxxx2053 Ref #Ib0DD9Mjyy on 01/18/22 | | 1,000.00 | |
| 1/18 | | Purchase authorized on 01/18 Safeway #0783 Lafayette CA P302019017882870 Card 6361 | | 44.08 | 12,342.15 |

Case: 20-50469    Doc# 296    Filed: 02/21/22    Entered: 02/21/22 18:40:18    Page 8 of 13

Sheet Seq = 0267278
Sheet 00002 of  00004



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/19 | | Recurring Payment authorized on 01/17 Comcast California 800-Comcast CA S582018257347007 Card 6361 | | 148.18 | |
| 1/19 | | Recurring Payment authorized on 01/17 Comcast California 800-Comcast CA S462018260171840 Card 6361 | | 103.18 | |
| 1/19 | | Purchase authorized on 01/19 Safeway #0783 Lafayette CA P462019818508426 Card 6361 | | 6.80 | |
| 1/19 | | Purchase authorized on 01/19 Kabab Burger Lafayette CA P000000276583310 Card 6361 | | 18.75 | 12,065.24 |
| 1/20 | | Purchase authorized on 01/19 Peet's #02602 Lafayette CA S302019794409346 Card 6361 | | 7.30 | |
| 1/20 | | Purchase authorized on 01/20 Chevron/Csi-094800/1784 Oakland CA P582020844835908 Card 6361 | | 22.16 | 12,035.78 |
| 1/21 | | WT Fed#00826 Citibank NA /Org=Meir Polack Srf# D0320211988601 Trn#220121235879 Rfb# | 10,000.00 | | |
| 1/21 | | Wire Trans Svc Charge - Sequence: 220121235879 Srf# D0320211988601 Trn#220121235879 Rfb# | | 15.00 | |
| 1/21 | | Purchase authorized on 01/20 Chevron 0097407 Orinda CA S382020696359800 Card 6361 | | 96.00 | |
| 1/21 | | Purchase authorized on 01/21 Foodmaxx #481.C Concord CA P000000373921739 Card 6361 | | 42.86 | 21,881.92 |
| 1/24 | | Purchase authorized on 01/21 International Food Concord CA S302021769645682 Card 6361 | | 24.07 | |
| 1/24 | | Purchase authorized on 01/22 Chevron/Csi-095890/1746 Lafayette CA P382022622329357 Card 6361 | | 98.64 | |
| 1/24 | | Purchase authorized on 01/22 Spwy66823501 Walnut Creek CA P000000070093390 Card 6361 | | 40.00 | |
| 1/24 | | Purchase authorized on 01/22 Contra Costa Trans 925-458-9800 CA S382022802363456 Card 6361 | | 58.00 | 21,661.21 |
| 1/26 | | Purchase authorized on 01/26 Sunnyvale Market Walnut Creek CA P000000284885241 Card 6361 | | 22.19 | |
| 1/26 | 2002 | Deposited OR Cashed Check | | 500.00 | 21,139.02 |
| 1/27 | | Purchase authorized on 01/25 Tcb*Mta Meter Mta San Francisco CA S582025616065988 Card 6361 | | 4.00 | |
| 1/27 | | Purchase authorized on 01/25 IN N Out Burger 30 Alameda CA S462026254653707 Card 6361 | | 9.19 | |
| 1/27 | | Purchase authorized on 01/27 Trader Joe's # 115 Lafayette CA P462027731245518 Card 6361 | | 34.27 | |
| 1/27 | | Purchase authorized on 01/27 Diablo Foods Lafayette CA P462027736355761 Card 6361 | | 7.18 | |
| 1/27 | | Purchase authorized on 01/27 Safeway #3281 Alameda CA P382028051697629 Card 6361 | | 4.99 | 21,079.39 |
| 1/28 | | Purchase authorized on 01/28 Concord Produce Concord CA P000000170971348 Card 6361 | | 29.38 | |
| 1/28 | | Purchase authorized on 01/28 Kabab Burger Lafayette CA P000000480028967 Card 6361 | | 6.50 | 21,043.51 |
| 1/31 | | Purchase authorized on 01/28 Contra Costa Trans 925-458-9800 CA S582028788767324 Card 6361 | | 38.50 | |
| 1/31 | | Purchase authorized on 01/28 China Palace Walnut Creek CA S382028833198870 Card 6361 | | 13.60 | |
| 1/31 | | Purchase authorized on 01/29 Rang Dong Restaura Oakland CA S582030040254146 Card 6361 | | 35.29 | |
| 1/31 | | Purchase authorized on 01/29 Grocery Outlet Alameda CA P000000239565778 Card 6361 | | 41.59 | |
| 1/31 | | Purchase authorized on 01/30 Sq *Headlands Brew Lafayette CA S382030847915348 Card 6361 | | 7.61 | |
| 1/31 | | Purchase authorized on 01/31 Chevron/Csi-095890/1746 Lafayette CA P582031516376786 Card 6361 | | 98.64 | |



___

### *Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 1/31 | | Online Transfer to Koka M Everyday Checking xxxxxx2053 Ref #Ib0Dh55Rc6 on 01/31/22 | | 700.00 | |
| 1/31 | | Purchase authorized on 01/31 Chevron/Csi-090290/2213 Alameda CA P582032000460922 Card 6361 | | 60.28 | 20,048.00 |
| **Ending balance on 1/31** | | | | | **20,048.00** |
| **Totals** | | | **$10,000.00** | **$4,462.41** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|------|------|------|
| 2002 | 1/26 | 500.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2022 - 01/31/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| ·  Minimum daily balance | $500.00 | $12,035.78 ☑ |
| ·  Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| ·  Age of primary account owner | 17 - 24 | ☐ |
| ·  The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

 # IMPORTANT ACCOUNT INFORMATION

___

Periodically, it is necessary to update selected sections of the disclosures you received when you opened your account. These updates provide you with the most up to date account information and are very important; so please review this information carefully and feel free to contact us with any questions or concerns.

We are updating the Deposit Account Agreement ("Account Agreement") dated October 15, 2021. Effective February 15, 2022, the following applies to wire transfers transactions: the section titled "Funds Transfer Services" has revisions to the introductory paragraph, we added subsections titled "Funds Transfer Security Procedure" and "Rejecting a Funds Transfer Request", and the subsection titled "Your duty to report unauthorized or erroneous funds transfers" has been revised.

If you are enrolled in Wells Fargo Online®, Wells Fargo Business Online®, Wells Fargo Mobile®, or Wells Fargo Advisors® online services, you reviewed and accepted our Online Access Agreement ("OAA") when you enrolled in those services. We have added a new section 15(c) Transfers Security Procedures (Business Customers and Online Wire Transfers) to the OAA to provide more clarity regarding the

Sheet Seq = 0267279
Sheet 00003 of  00004



security procedures that apply to certain online transactions and the various addenda agreements. The updated version of the OAA will go into effect on February 15, 2022.

No, you don't need to take any action. This notice is simply to let you know that certain terms in the Account Agreement and the OAA have been updated. Your continued use of your account and, if enrolled, in the above online services will be your acceptance to these updated terms. Please review the Account Agreement and OAA, and only continue to use the above online services if you agree to all terms.

For more details, please access the Consumer Account Addenda at www.wellsfargo.com/online-banking/consumer-account-fees/ or the complete OAA at www.wellsfargo.com/online-banking/online-access-agreement/upcoming.

_____

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $75.44 |
| Deposits/Additions | 6,595.00 |
| Withdrawals/Subtractions | - 6,677.12 |
| **Ending balance on 1/31** | **-$6.68** |

Account number: **2053**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/4 | | Deposit Made In A Branch/Store | 3,000.00 | | |
| 1/4 | | Edeposit IN Branch/Store 01/04/22 03:02:43 Pm 2959 College Ave Berkeley CA 8191 | 1,895.00 | | 4,970.44 |
| 1/12 | | Recurring Payment authorized on 01/11 State Farm Insura 800-956-6310 IL S582011369945842 Card 8191 | | 311.29 | 4,659.15 |
| 1/18 | | Online Transfer From Koka M Everyday Checking xxxxxx2061 Ref #Ib0DD9Mjyy on 01/18/22 | 1,000.00 | | 5,659.15 |
| 1/20 | | Select Portfolio Sps 0019551159 Moti Koka | | 5,430.83 | 228.32 |
| 1/31 | | Online Transfer From Koka M Everyday Checking xxxxxx2061 Ref #Ib0Dh55Rc6 on 01/31/22 | 700.00 | | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 1/31 | | Purchase authorized on 01/31 The Home Depot 1007 Oakland CA P302031815869293 Card 8191 | | 925.00 | |
| 1/31 | | Monthly Service Fee | | 10.00 | -6.68 |
| **Ending balance on 1/31** | | | | | **-6.68** |
| **Totals** | | | **$6,595.00** | **$6,677.12** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2022 - 01/31/2022 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $3.32 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

Sheet Seq = 0267280
Sheet 00004 of  00004



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.     $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.     = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

- $ _____

**E** **Subtract** **D** **from** **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.     = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect any automatic payments you receive. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801



Member FDIC.