**MEYER LAW GROUP LLP**
 A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone: (415) 765-1588
Facsimile: (415) 762-5277
Email: brent@meyerllp.com

Attorneys for Plan Proponent
DALE GARDNER and
MELISSA GARDNER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA,<br><br>Debtor in Possession. | BK Case No.: 20-50469-SLJ<br><br>Chapter 11<br><br>**NOTICE OF: (1) HEARING ON CONFIRMATION OF PROPOSED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (JANUARY 24, 2022); (2) DEADLINE TO OBJECT TO CONFIRMATION; AND (3) DEADLINE TO ACCEPT OR REJECT PLAN**<br><br>Date: April 7, 2022<br>Time: 1:30 p.m.<br>Location: Telephonic / Videoconference[1]<br>Judge: Hon. Stephen L. Johnson |

---

[1] Paragraph 10 of General Order 38 (Seventh Amended) provides that "[u]nless otherwise ordered by the presiding judge, all notices of any motion or application filed with the court and served on any party which sets a hearing date for the motion or application must state that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video, and include the following language: 'All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.'" See *https://www.canb.uscourts.gov/sites/default/files/generalorders/SeventhAmendedGO38.pdf*.

- 1 -

BK CASE NO. 20-50469-SLJ
NOTICE OF: (1) HEARING ON CONFIRMATION OF PROPOSED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (JANUARY 24, 2022); (2) DEADLINE TO OBJECT TO CONFIRMATION; AND (3) DEADLINE TO ACCEPT OR REJECT PLAN

TO: THE HONORABLE STEPHEN L. JOHNSON, ALL PARTIES IN INTEREST, AND COUNSEL OF RECORD (IF ANY):

**PLEASE TAKE NOTICE** that on April 7, 2022 at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Stephen L. Johnson of the United States Bankruptcy Court, debtor in possession Mordechai Koka and creditors Dale Gardner and Melissa Gardner (the "Plan Proponents") will move the Court for confirmation of the *Joint Proposed Combined Plan of Reorganization and Disclosure Statement (January 24, 2022)* [Dkt. No. 294] (the "Chapter 11 Plan") in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that **March 31, 2022** is the deadline to file objections to confirmation of the Chapter 11 Plan. Any objection must set forth all relevant facts and any relevant legal authority, must be supported by affidavits or declarations that conform to the provisions of Bankruptcy Local Rule 9013-1(d), and must be filed with the Bankruptcy Court and served on Meyer Law Group LLP, Attn: Brent D. Meyer, Esq., 268 Bush Street #3639, San Francisco, California 94014.

**PLEASE TAKE FURTHER NOTICE** that notwithstanding the location of the hearing set forth above, Paragraph 10 of *General Order 38 (Seventh Amended)* provides that "[u]nless otherwise ordered by the presiding judge, all notices of any motion or application filed with the court and served on any party which sets a hearing date for the motion or application must state that **the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video, and include the following language**: 'All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.'" See https://www.canb.uscourts.gov/sites/default/files/generalorders/SeventhAmendedGO38.pdf.

**PLEASE TAKE FURTHER NOTICE** that the *Order Approving Disclosure Statement Contained in Combined Plan and Disclosure Statement (January 24, 2022)* [Dkt. No. 295]

BK CASE NO. 20-50469-SLJ - 2 -
NOTICE OF: (1) HEARING ON CONFIRMATION OF PROPOSED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (JANUARY 24, 2022); (2) DEADLINE TO OBJECT TO CONFIRMATION; AND (3) DEADLINE TO ACCEPT OR REJECT PLAN

Case: 20-50469   Doc# 297   Filed: 03/01/22   Entered: 03/01/22 09:03:01   Page 2 of 3

provides that "[i]f any objections to the disclosure statement or to confirmation of the plan place disputed facts at issue, the hearing will also be a status conference to set a schedule for resolution of those factual disputes," a copy of which is enclosed with this Notice."

**PLEASE TAKE FURTHER NOTICE** that **March 31, 2022** is the deadline to submit a ballot and vote to accept or reject the Chapter 11 Plan, and a copy of the ballot is enclosed with this Notice. Ballots shall be sent to Meyer Law Group LLP, Brent D. Meyer, Esq., 268 Bush Street #3639, San Francisco, California 94014; brent@meyerllp.com; or (415) 762-5277 (fax).

**PLEASE TAKE FURTHER NOTICE** that failure to file and serve a written objection to confirmation of the Chapter 11 Plan in a timely manner may result in entry of an order confirming the Chapter 11 Plan, and the Court may preclude oral opposition at the hearing on confirmation of the Chapter 11 Plan.

Dated: March 1, 2022

**MEYER LAW GROUP LLP**

By: /s/ BRENT D. MEYER
Brent D. Meyer
Attorneys for Plan Proponent
DALE GARDNER and
MELISSA GARDNER

BK CASE NO. 20-50469-SLJ

NOTICE OF: (1) HEARING ON CONFIRMATION OF PROPOSED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (JANUARY 24, 2022); (2) DEADLINE TO OBJECT TO CONFIRMATION; AND (3) DEADLINE TO ACCEPT OR REJECT PLAN

Case: 20-50469    Doc# 297    Filed: 03/01/22    Entered: 03/01/22 09:03:01    Page 3 of 3