```
1    MEYER LAW GROUP LLP
       A Limited Liability Partnership
2    BRENT D. MEYER, Cal. Bar No. 266152
     268 Bush Street #3639
3    San Francisco, California 94104
     Telephone:   (415) 765-1588
4    Facsimile:   (415) 762-5277
     Email:       brent@meyerllp.com
5
     Attorney for Plan Proponent
6    DALE GARDNER and
     MELISSA GARDNER
7
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re | BK Case No.: 20-50469-SLJ |
| MORDECHAI KOKA, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

I, Brent D. Meyer, hereby declare as follows:

I am an active member of the State Bar of California and I am not a party to the above-captioned action; my business mailing address is 268 Bush Street #3639, San Francisco, California, 94104.

On the date set forth below, I served copies of the following document(s):

**JOINT PROPOSED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (JANUARY 24, 2022)** (served on February 1, 2022)

**NOTICE OF: (1) HEARING ON CONFIRMATION OF PROPOSED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (JANUARY 24, 2022); (2) DEADLINE TO OBJECT TO CONFIRMATION; AND (3) DEADLINE TO ACCEPT OR REJECT PLAN** (served on March 1, 2022)

in the following manner on the parties listed below:

☐ **BY FIRST CLASS MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(b), I enclosed said document(s) in a sealed envelope addressed to the persons at the address(es) listed below, placed first class postage fully prepaid thereon, and deposited said envelope in a United States mailbox.

☐ **BY CERTIFIED MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(h), I enclosed said document(s) in a sealed envelope addressed to the persons at the address(es) listed below, transported said envelope to a United States Post Office, placed first class postage fully prepaid thereon with certified and return receipt requested, and deposited said envelope with an agent of the United States Postal Service. The Certified Mail Receipt Number for each party served with the document(s) is as specified below.

☒ **BY NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to Bankruptcy Local Rule 9013-3(c), service of the document(s) was also effective on the following persons whom are registered participants of the Court's CM/ECF system, consented to electronic service, and received an electronic copy of the document(s) by the Clerk of the Court via Notice of Electronic Filing.

- **Jared A. Day**   jared.a.day@usdoj.gov, ankey.to@usdoj.gov
- **Deirdre M. Digrande**   ddigrande@lockhartpark.com
- **Arasto Farsad**   farsadecf@gmail.com, farsadecf@ecf.courtdrive.com
- **David S. Hoffman**   dshoffmanesq@aol.com
- **Kelly Marie Kaufmann**   bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- **Brent D. Meyer**   brent@meyerllp.com
- **Office of the U.S. Trustee / SJ**   USTPRegion17.SJ.ECF@usdoj.gov
- **Edward A. Treder**   ndcaecf@BDFGroup.com
- **Nancy Weng**   nancy@farsadlaw.com
- **Selwyn D. Whitehead**   selwynwhitehead@yahoo.com
- **Craig V Winslow**   craig@cvwlaw.com
- **Lars T. Fuller**   Fullerlawfirmecf@aol.com, Larsfullerecf@aol.com
- **Christopher Hayes**   chayestrustee@gmail.com, ecf.alert+Hayes@titlexi.com
- **Christopher M. McDermott**   ecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on March 2, 2022 at Alamo, California.

              /s/ BRENT D. MEYER
              Brent D. Meyer

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE:

MORDECHAI KOKA

CASE NO: 20-50469-SLJ

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 294

On 3/2/2022, a copy of the following documents, described below,

MORDECHAI KOKA, DALE GARDNER AND MELISSA GARDNER'S JOINT PROPOSED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (January 24, 2022) ECF Docket Reference No. 294

ORDER APPROVING DISCLOSURE STATEMENT CONTAINED IN PROPOSED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (JANUARY 24, 2022) 295

NOTICE OF: (1) HEARING ON CONFIRMATION OF PROPOSED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (JANUARY 24, 2022); (2) DEADLINE TO OBJECT TO CONFIRMATION; AND (3) DEADLINE TO ACCEPT OR REJECT PLAN 297

BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/2/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Brent Meyer
Meyer Law Group LLP
268 Bush Street #3639
San Francisco, CA 94104

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING           DEUTSCHE BANK NATIONAL TRUST COMPANY      GREEN BAY BUILDERS  INC
NCRS ADDRESS DOWNLOAD                      AS IND                                    858 ACALANES RD
CASE 20-50469-SLJ                          CO MCCARTHY  HOLTHUS  LLP                 LAFAYETTE  CA 94549-3302
NORTHERN DISTRICT OF CALIFORNIA            2763 CAMINO DEL RIO SOUTH
WED MAR 2 6-49-59 PST 2022                 SAN DIEGO  CA 92108-3708


                                           UNDELIVERABLE                             EXCLUDE
HSBC BANK USA  NATIONAL ASSOCIATION        (U)NATIONSTAR MORTGAGE LLC DBA MR         US BANKRUPTCY COURT
CO BDFTW  LLP                              COOPER                                    280 SOUTH FIRST STREET
4004 BELT LINE RD STE 100                                                            ROOM 3035
ADDISON  TX 75001-4320                                                               SAN JOSE  CA 95113-3099




ALDRIDGE PITE  LLP                         ALEXANDER  SCOTT BEUSCHER                 ALLAN AND NICOLE HULGAN
4375 JUTLAND DR STE 200P                   1702 PARU ST                              549 PAPAC WAY
SAN DIEGO  CA 92117-3600                   ALAMEDA  CA 94501-1273                    SAN JOSE  CA 95117-1567




ARNALDO CATOLOS AND TATE ARRON CATOLOS     CBA COLLECTION BUREAU                     CITI VISA (COSTCO)
1702 PARU ST                               25954 EDEN LANDING RD                     PO BOX 6217
ALAMEDA  CA 94501-1273                     HAYWARD  CA 94545-3837                    SIOUX FALLS  SD 57117-6217




CITIMORTGAGE  INC                          CONTRACTORS STATE LICENSE BOARD           CREDIT COLLECTION
1000 TECHNOLOGY DR                         SACRAMENTO INTAKEMEDIATION                PO BOX 607
MS 504A                                    CENTER                                    NORWOOD  MA 02062-0607
O FALLON  MO 63368-2240                    PO BOX 269116
                                           SACRAMENTO  CA 95826-9116


CREDIT COLLECTION SERVICES                 DALE GARDENER AND MELISSA GARDNER         DANIEL MORGAN
PO BOX 607                                 442 FULTON COURT                          CO PHILIP C ZVONICEK
NORWOOD  MA 02062-0607                     SANTA CLARA  CALIFORNIA 95051-6307        1880 CENTURY PARK EAST  SUITE 1200
                                                                                     LOS ANGELES  CA 90067-1621


DARLENE C VIGIL                            DEIDRE DIUGRANDE                          DEPARTMENT OF THE TREASURY
BARRETT DAFFIN FRAPPIER TREDER  WEISS      LOCKHARDT PARK LLP                        INTERNAL REVENUE SERVICE
3990 CONCOURS STE 350                      4655 OLD IRONSIDES DR STE 250             PO BOX 7346
ONTARIO  CA 91764-7971                     SANTA CLARA  CA 95054-1854                PHILADELPHIA PA 19101-7346


DEUTSCHE BANK NATIONAL TRUST COMPANY       EMPLOYMENT DEVELOPMENT DEPARTMENT         FCI LENDER SERVICES  INC
CO SELECT PORTFOLIO SERVICING  INC         PO BOX 826880                             PO BOX 272370
PO BOX 65250                               SACRAMENTO  CA 94280-0001                 ANAHEIM  CA 92809-0112
SALT LAKE CITY  UT 84165-0250


                                           EXCLUDE
FRANCHISE TAX BOARD                        (D)FRANCHISE TAX BOARD                    FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340                 BANKRUPTCY SECTION MS A340                PO BOX 942867
PO BOX 2952                                PO BOX 2952                               SACRAMENTO  CA 94267-0001
SACRAMENTO CA 95812-2952                   SACRAMENTO  CA 95812-2952
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| FRANCOIS X SORBA ESQ<br>1611 BOREL PLACE 7<br>SAN MATEO CA 94402-3504 | HOUZZ<br>285 HAMILTON AVE 4TH FLOOR<br>PALO ALTO CA 94301-2540 | HSBC BANK USA NATIONAL ASSOCIATION<br>CO BARRETT DAFFIN FRAPPIER<br>TREDER WEISS LLP<br>4004 BELT LINE RD STE 100<br>ADDISON TX 75001-4320 |
| HSBC BANK USA NATIONAL ASSOCIATION<br>CO NATIONSTAR MORTGAGE LLC<br>ATTENTION BANKRUPTCY DEPARTMENT<br>PO BOX 619096<br>DALLAS TX 75261-9096 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JEFF AND AMALIA HANNA<br>161 CHERRY AVE<br>CAMPBELL CA 95008-3415 |
| JULIA MACKENZIE LAUREN MACKENZIE<br>TAMMY LE ELLIOTT ALLAN<br>1702 PARU ST<br>ALAMEDA CA 94501-1273 | JULYN M PARK<br>DEIRDRE M DIGRANDE<br>LOCKHART PARK LLP<br>4655 OLD IRONSIDES DRIVE SUITE 250<br>SANTA CLARA CA 95054-1854 | MAI T HOANG<br>9814 DAVONA DR<br>SAN JOSE CA 94583-2910 |
| MAI T HOANG<br>9814 DAVONA DRIVE<br>SAN RAMON CA 94583-2910 | MANOLO ERLINA PENARANDA<br>ARNALDO CATOLOS TATE ARRON<br>CATOLOS<br>1702 PARU ST<br>ALAMEDA CA 94501-1273 | MELISSA GARDNER<br>442 FULTON CT<br>SANTA CLARA CA 95051-6307 |
| MEYER LAW GROUP LLP<br>ATTN BRENT D MEYER ESQ<br>268 BUSH STREET 3639<br>SAN FRANCISCO CALIFORNIA 94104-3503 | MR COOPER<br>8950 CYPRESS WATERS BLVD<br>COPPELL TX 75019-4620 | NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>PO BOX 619094<br>DALLAS TX 75261-9094 |
| NICOLE AND ALAN HULGAN<br>549 PAPAC WAY<br>SAN JOSE CA 95117-1567 | OFFICE OF THE US TRUSTEE SJ<br>US FEDERAL BLDG<br>280 S 1ST ST 268<br>SAN JOSE CA 95113-3004 | ~~EXCLUDE~~<br>~~OFFICE OF THE UNITED STATES TRUSTEE~~<br>~~ATTN TERRI H DIDION~~<br>~~2500 TULARE STREET SUITE 1401~~<br>~~FRESNO CA 93721-1326~~ |
| SALES FORCE<br>415 MISSIONI ST 3RD FLOOR<br>SAN FRANCISCO CA 94105-2504 | SELECT PORTFOLIO SERVICNG<br>ATTN LEGAL DEPT<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 | SELWYN D WHITEHEAD ESQ<br>4650 SCOTIA AVE<br>OAKLAND CA 94605-5655 |
| SHIMON BOUGANIM<br>CO MICHAEL D KOLODZI ESQ<br>433 NORTH CAMDEN DRIVE 600<br>BEVERLY HILLS CA 90210-4416 | STEVE FRANKEL<br>315 BRYAN CT<br>PALO ALTO CA 94301-1401 | TENANT 1<br>1702 PARU ST<br>ALAMEDA CA 94501-1273 |
| TENANT 2<br>1702 PARU ST<br>ALAMEDA CA 94501-1273 | TENANT 3<br>1702 PARU ST<br>ALAMEDA CA 94501-1273 | THANHTAM MORGAN AND DANIEL<br>MORGAN<br>1040 W EDMUNDSON AVE<br>CERES CA 95307 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

|  | UNDELIVERABLE | UNDELIVERABLE |
|---|---|---|
| UNITED SITE SERVICES<br>PO BOX 53267<br>PHOENIX   AZ 85072-3267 | (U)ALLAN HULGAN | (U)AMALIA HANNA |
| DALE GARDNER<br>442 FULTON COURT<br>SANTA CLARA   CA 95051-6307 | DANIEL MORGAN<br>1040 W EDMUNDSON AVENUE<br>MORGAN HILL   CA 95037-4731 | JEFF HANNA<br>161 CHERRY AVENUE<br>CAMPBELL   CA 95008-3415 |
|  | UNDELIVERABLE | DEBTOR |
| LARS T FULLER<br>THE FULLER LAW FIRM<br>60 N KEEBLE AVE<br>SAN JOSE   CA 95126-2723 | (U)MELISSA GARDNER | MORDECHAI KOKA<br>858 ACALANES RD<br>LAFAYETTE   CA 94549 |
| UNDELIVERABLE |  |  |
| (U)NICOLE HULGAN | RICHARD DAHNKEN<br>CASTLEMONT REALTY<br>2760 CAMINO DIABLO   SUITE B<br>WALNUT CREEK   CA 94597-3906 | RICHARD DAHNKEN<br>PREMIER AGENT NETWORK INC<br>PO BOX 5203<br>WALNUT CREEK   CA 94596-1203 |

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

| | | |
|---|---|---|
| Terri H. Didion<br>Office of the U. S. Trustee - San Jose<br>United States Courthouse<br>2500 Tulare St. #1401<br>Fresno, CA 93721<br><br>terri.didion@usdoj.gov | (U.S. Trustee)<br>Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004<br>represented by:<br>Jared A. Day<br>Office of the U.S. Trustee<br>300 Booth St. #3009<br>Reno, NV 89509<br><br>jared.a.day@usdoj.gov | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>(Requestor)<br>represented by:<br>Christopher M. McDermott<br>Aldridge Pite, LLP<br>4375 Jutland Dr. #200<br>San Diego, CA 92117<br><br>ecfcanb@aldridgepite.com |
| (Creditor)<br>Daniel Morgan<br>1040 W. Edmundson Avenue<br>Morgan Hill, CA 95037 | Nancy Weng<br>Farsad Law Office, P.C.<br>1625 The Alameda, Suite 525<br>San Jose, CA 95126<br><br>nancy@farsadlaw.com | Arasto Farsad<br>Farsad Law Office, P.C.<br>1625 The Alameda, Suite 525<br>San Jose, CA 95126<br><br>farsadecf@gmail.com |
| (Debtor)<br>Mordechai Koka<br>858 Acalanes Rd.<br>Lafayette, CA 94549<br>represented by:<br>Lars T. Fuller<br>The Fuller Law Firm<br>60 N Keeble Ave.<br>San Jose, CA 95126<br><br>Fullerlawfirmecf@aol.com | Nicole Hulgan<br>(Requestor)<br>represented by:<br>David S. Hoffman<br>Law Offices of David S. Hoffman<br>1500 E. Hamilton Ave. #118<br>Campbell, CA 95008<br><br>dshoffmanesq@aol.com | Allan Hulgan<br>(Requestor)<br>represented by:<br>David S. Hoffman<br>David S. Hoffman, Attorney at Law<br>1500 E. Hamilton Ave. #118<br>Campbell, CA 95008<br><br>dshoffmanesq@aol.com |
| (Trustee)<br>Christopher Hayes<br>23 Railroad Avenue #1238<br>Danville, CA 94526<br>represented by:<br>Christopher Hayes<br>23 Railroad Avenue #1238<br>Danville, CA 94526<br><br>chayestrustee@gmail.com | Selwyn D. Whitehead<br>Law Offices of Selwyn D. Whitehead<br>4650 Scotia Ave.<br>Oakland, CA 94605<br><br>selwynwhitehead@yahoo.com | (Creditor)<br>Jeff Hanna<br>161 Cherry Avenue<br>Campbell, CA 95008<br>represented by:<br>Deirdre M. Digrande<br>Lockhart Park, LLP<br>5201 Great America Parkway, Suite 320<br>Santa Clara, CA 95054<br><br>ddigrande@lockhartpark.com |

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

| | | |
|---|---|---|
| Selwyn D. Whitehead<br>Law Offices of Selwyn D. Whitehead<br>4650 Scotia Ave.<br>Oakland, CA 94605<br><br>selwynwhitehead@yahoo.com | (Creditor)<br>Amalia Hanna<br>represented by:<br>Deirdre M. Digrande<br>Lockhart Park, LLP<br>5201 Great America Parkway, Suite 320<br>Santa Clara, CA 95054<br><br>ddigrande@lockhartpark.com | Edward A. Treder<br>Barrett Daffin Frappier Treder and Weiss<br>20955 Pathfinder Rd. #300<br>Diamond Bar, CA 91765<br><br>ndcaecf@BDFGroup.com |
| (Creditor)<br>HSBC Bank USA, National Association<br>c/o BDFTW, LLP<br>4004 Belt Line Rd Ste. 100<br>Addison, TX 75001<br>represented by:<br>Christopher M. McDermott<br>Aldridge Pite, LLP<br>4375 Jutland Dr. #200<br>San Diego, CA 92117<br><br>ecfcanb@aldridgepite.com | (Interested Party)<br>Green Bay Builders, Inc.<br>858 Acalanes Rd<br>Lafayette, CA 94549-3302 | (Creditor)<br>Melissa Gardner<br>represented by:<br>Brent D. Meyer<br>Meyer Law Group, LLP<br>268 Bush St. #3639<br>San Francisco, CA 94104<br><br>brent@meyerllp.com |
| (Creditor)<br>Dale Gardner<br>442 Fulton Court<br>Santa Clara, CA 95051<br>represented by:<br>Brent D. Meyer<br>Meyer Law Group, LLP<br>268 Bush St. #3639<br>San Francisco, CA 94104<br><br>brent@meyerllp.com | Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series 2007-A<br>c/o McCarthy & Holthus, LLP<br>2763 Camino Del Rio South<br>San Diego, CA 92108<br>(Requestor)<br>represented by:<br>Kelly Marie Kaufmann<br>McCarthy and Holthus LLP<br>2763 Camino Del Rio South<br>San Diego, CA 92108<br><br>bknotice@mccarthyholthus.com | Jennifer C. Wong<br>McCarthy & Holthus, LLP<br>2763 Camino Del Rio South<br>San Diego, CA 92108<br><br>bknotice@mccarthyholthus.com |
| (Creditor)<br>Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series 2007-A<br>c/o McCarthy & Holthus, LLP<br>2763 Camino Del Rio South<br>San Diego, CA 92108<br>represented by:<br>Kelly Marie Kaufmann<br>McCarthy and Holthus LLP<br>2763 Camino Del Rio South<br>San Diego, CA 92108<br><br>bknotice@mccarthyholthus.com | Richard Dahnken<br>Premier Agent Network Inc<br>P.O. Box 5203<br>Walnut Creek, CA 94596<br>(Broker) | Richard Dahnken<br>Castlemont Realty<br>2760 Camino Diablo, Suite B<br>Walnut Creek, CA 94597<br>(Broker) |