# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| In re: Mordechai Koka | **Case No.** 20-50469 SLJ |
|---|---|
| | **CHAPTER 11**<br>**MONTHLY OPERATING REPORT**<br>**(SMALL REAL ESTATE/INDIVIDUAL CASE)** |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 02/28/22          **PETITION DATE:** 03/10/20

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here
the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| | | **End of Current Month** | **End of Prior Month** | **As of Petition Filing** |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $159,636 | $151,830 | |
| | b. Total Assets | $4,296,382 | $4,288,756 | $4,147,794 |
| | c. Current Liabilities | $0 | | |
| | d. Total Liabilities | $2,470,706 | $2,470,706 | $2,470,706 |

| | | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $16,395 | $14,895 | $1,066,569 |
| | b. Total Disbursements | $8,589 | $9,439 | $906,933 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $7,806 | $5,456 | $159,636 |
| | d. Cash Balance Beginning of Month | $151,830 | $146,374 | $0 |
| | e. Cash Balance End of Month (c + d) | $159,636 | $151,830 | $159,636 |

| | | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6. | **Post-Petition Liabilities** | $0 | | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

| **At the end of this reporting month:** | **Yes** | **No** |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. Are a plan and disclosure statement on file? | X | |
| 14. Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes __X__ ;          U.S. Trustee Quarterly Fees __X__ ; Check if filing is current for: Post-petition
tax reporting and tax returns: __X__ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return
filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry
believe these documents are correct.

| Date: 3/23/2022 0:00 | /s/ Mordechai Koka |
|---|---|
| | Responsible Individual |

Revised 1/1/98

|  | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|:---:|---:|
|  | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | X | $159,636 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $159,636 |
|  | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | |
| 8 | Real property (rental or commercial) | | $4,106,345 |
| 9 | Furniture, Fixtures, and Equipment | X | $7,400 |
| 10 | Vehicles | X | $23,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | X | $1 |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: | | |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $4,136,746 |
| 18 | **Total Assets** | | $4,296,382 |
|  | **Liabilities** | | |
|  | **Post-Petition Liabilities** | | |
|  | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
|  | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | $2,463,061 |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | $7,645 |
| 32 | **Total Pre-Petition Liabilities** | | $2,470,706 |
| 33 | **Total Liabilities** | | $2,470,706 |
|  | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $1,825,676 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $4,296,382 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | **Property 1** | **Property 2** | **Property 3** |
|---|---|---|---|---|
| 1 | **Description of Property** | 1702 Paru Alameda | 858 Acalanes Road | 3190 Vichy |
| 2 | **Scheduled Gross Rents** | $4,895 | | |
| | **Less:** | | | |
| 3 | **Vacancy Factor** | | | |
| 4 | **Free Rent Incentives** | | | |
| 5 | **Other Adjustments** | | | |
| 6 | **Total Deductions** | $0 | $0 | $0 |
| 7 | **Scheduled Net Rents** | $4,895 | $0 | $0 |
| 8 | **Less:  Rents Receivable (2)** | | | |
| 9 | **Scheduled Net Rents Collected (2)** | $4,895 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | **Account 1** | **Account 2** | **Account 3** |
|---|---|---|---|---|
| 10 | **Bank** | Wells Fargo | Wells Fargo | Bank of America |
| | | 2053 | 2061 | 4321 |
| 11 | **Account No.** | Paru Acct | Savings | EDD |
| 12 | **Account Purpose** | | | |
| 13 | **Balance, End of Month** | $136 | $27,711 | $2,057 |
| 14 | **Total Funds on Hand for all Accounts** | $159,636 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

__List the Rental Information Requested Below By Properties (For Rental Properties Only)__

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 4 | Account 5 | Account 6 |
|---|---|---|---|---|
| 10 | Bank | Wells Fargo | | |
| 11 | Account No. | Attorney IOLTA | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | $129,732 | $0 | $0 |
| 14 | Total Funds on Hand for all Accounts | $129,732 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended     02/28/22

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | $4,895 | $155,277 |
| 2 | Cash Received from Sales | $0 | $790,000 |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Deposits from odd jobs | $11,500 | $70,755 |
| 8 | Transfers | $0 | $14,250 |
| 9 | Returns | $0 | $281 |
| 10 | IRS | $0 | $1,400 |
| 11 | EDD | $0 | $34,606 |
| 12 | **Total Cash Receipts** | $16,395 | $1,066,569 |
| **Cash Disbursements** | | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | $0 | $50,000 |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $0 | $70,300 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Food, clothes, personal products, living expenses | $2,028 | $53,260 |
| 33 | CLSB Fines, withdrawals, expenses for Paru property | $5,752 | $84,786 |
| 34 | Insurance, Medical, Auto | $808 | $8,715 |
| 35 | Quarterly UST fees | $0 | $6,834 |
| 36 | Transfers to other account | $0 | $633,038 |
| 37 | **Total Cash Disbursements:** | $8,589 | $906,933 |
| 38 | **Net Increase (Decrease) in Cash** | $7,806 | $159,636 |
| 39 | **Cash Balance, Beginning of Period** | $151,830 | $0 |
| 40 | **Cash Balance, End of Period** | $159,636 | $159,636 |

Revised 1/1/98

# Wells Fargo Combined Statement of Accounts



MORDECHAI KOKA
DEBTOR IN POSSESSION
CH11 CASE #20-50469 (NCA)

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-742-4932**

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

(114)
Sheet Seq = 0259872
Sheet 00001 of 00004



# Summary of accounts

## *Checking/Prepaid and Savings*

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Everyday Checking | 2 | 2061 | 20,048.00 | 27,710.89 |
| Wells Fargo Everyday Checking | 5 | 2053 | -6.68 | 136.20 |
| | **Total deposit accounts** | | **$20,041.32** | **$27,847.09** |

# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $20,048.00 |
| Deposits/Additions | 11,500.00 |
| Withdrawals/Subtractions | - 3,837.11 |
| **Ending balance on 2/28** | **$27,710.89** |

Account number: **2061**

**MORDECHAI KOKA
DEBTOR IN POSSESSION
CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/1 | | Purchase authorized on 01/30 Buffalo Wild Wings Concord CA S582031090353111 Card 6361 | | 31.53 | |
| 2/1 | | Recurring Payment authorized on 01/30 Kaiser/Hps 844-524-7370 CA S462031261519100 Card 6361 | | 50.38 | 19,966.09 |
| 2/2 | | Purchase authorized on 01/31 IN N Out Burger 30 Alameda CA S382032011619586 Card 6361 | | 9.19 | |
| 2/2 | | Purchase authorized on 02/01 Rang Dong Restaura Oakland CA S582033039786246 Card 6361 | | 25.15 | |
| 2/2 | | Purchase authorized on 02/02 Safeway #0783 Lafayette CA P382034011162188 Card 6361 | | 26.91 | 19,904.84 |
| 2/3 | | Purchase authorized on 02/01 Sushi House. Alameda CA S382032790164369 Card 6361 | | 20.83 | |
| 2/3 | | Purchase authorized on 02/02 Metropcs Mobile We 888-863-8768 WA S302034130468408 Card 6361 | | 80.00 | 19,804.01 |
| 2/4 | | Recurring Payment authorized on 02/02 Sling.Com 888-388-6210 CO S302034141028739 Card 6361 | | 46.00 | |
| 2/4 | | Purchase authorized on 02/04 Diablo Foods Lafayette CA P462035686283258 Card 6361 | | 3.19 | 19,754.82 |
| 2/7 | | Purchase authorized on 02/03 IN N Out Burger 30 Alameda CA S462034726086619 Card 6361 | | 9.19 | |
| 2/7 | | Purchase authorized on 02/05 Concord Produce Concord CA P000000884357220 Card 6361 | | 17.14 | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 2/7 | | Purchase authorized on 02/05 International Food Concord CA S382036660847783 Card 6361 | | 15.00 | |
| 2/7 | | Purchase authorized on 02/06 Safeway #3281 Alameda CA P462037782772540 Card 6361 | | 25.97 | 19,687.52 |
| 2/8 | | Purchase authorized on 02/08 Bonfare Market #25 Alameda CA P000000433317121 Card 6361 | | 8.66 | |
| 2/8 | | Purchase authorized on 02/08 Webster 76 Alameda CA P000000132749548 Card 6361 | | 71.94 | |
| 2/8 | 2003 | Check | | 250.00 | 19,356.92 |
| 2/9 | | Purchase authorized on 02/09 Safeway #0783 Lafayette CA P462040572242434 Card 6361 | | 11.57 | |
| 2/9 | | Purchase authorized on 02/09 Safeway #0783 Lafayette CA P302040806778048 Card 6361 | | 24.12 | 19,321.23 |
| 2/10 | | Purchase authorized on 02/08 Sushi House. Alameda CA S462040133853670 Card 6361 | | 96.39 | |
| 2/10 | | Purchase authorized on 02/09 Noah's Bagels #211 Lafayette CA S582040575481043 Card 6361 | | 8.99 | |
| 2/10 | | Purchase authorized on 02/09 Chevron/Csi-095890/1746 Lafayette CA P582041110408829 Card 6361 | | 101.64 | |
| 2/10 | 2004 | Check | | 150.00 | 18,964.21 |
| 2/11 | | Purchase authorized on 02/09 Image Beauty Salon Berkeley CA S302040775560569 Card 6361 | | 30.00 | |
| 2/11 | | Purchase authorized on 02/10 Chevron 0090290 Alameda CA S302042068291139 Card 6361 | | 76.00 | |
| 2/11 | | Purchase authorized on 02/10 Grocery Outlet Alameda CA P000000685568298 Card 6361 | | 33.84 | |
| 2/11 | | Purchase authorized on 02/11 Tires Direct - Lafayet Lafayette CA P000000686356984 Card 6361 | | 300.00 | |
| 2/11 | | Purchase authorized on 02/11 Safeway #0783 Lafayette CA P462042820851024 Card 6361 | | 50.05 | 18,474.32 |
| 2/14 | | Purchase authorized on 02/12 IN N Out Burger 30 Alameda CA S302043827344653 Card 6361 | | 9.19 | |
| 2/14 | | Purchase authorized on 02/12 Safeway #3281 Alameda CA P382044161438264 Card 6361 | | 2.89 | |
| 2/14 | | Purchase authorized on 02/14 Pleasant Hill G Pleasant Hill CA P000000471390864 Card 6361 | | 56.32 | |
| 2/14 | | Purchase authorized on 02/14 Safeway #0783 Lafayette CA P462046025130547 Card 6361 | | 9.40 | |
| 2/14 | 2005 | Check | | 200.00 | 18,196.52 |
| 2/15 | | Purchase authorized on 02/15 Grocery Outlet Alameda CA P000000137154272 Card 6361 | | 28.86 | 18,167.66 |
| 2/16 | | Purchase authorized on 02/14 New York Pizza and Pleasent Hill CA S382046009462259 Card 6361 | | 23.50 | |
| 2/16 | | Purchase authorized on 02/16 Trader Joe's # 115 Lafayette CA P382047836243168 Card 6361 | | 13.47 | |
| 2/16 | | Purchase authorized on 02/16 Kabab Burger Lafayette CA P000000279580958 Card 6361 | | 6.50 | 18,124.19 |
| 2/17 | | Purchase authorized on 02/17 Chevron/Csi-093805/1764 Alamo CA P582048695033815 Card 6361 | | 79.73 | 18,044.46 |
| 2/18 | | WT Fed#01046 Jpmorgan Chase Ban /Org=Meir Polack OR Karolina Polack Srf# 3079522049Es Trn#220218018386 Rfb# Ppl of 02/02/18 | 10,000.00 | | |
| 2/18 | | Wire Trans Svc Charge - Sequence: 220218018386 Srf# 3079522049Es Trn#220218018386 Rfb# Ppl of 02/02/18 | | 15.00 | |
| 2/18 | | Purchase authorized on 02/17 Peets 20402 Alamo CA S582048690979754 Card 6361 | | 7.30 | |
| 2/18 | | Purchase authorized on 02/17 Csj Smart Meters 4085353850 CA S462048757347966 Card 6361 | | 4.00 | |
| 2/18 | | Purchase authorized on 02/18 Grocery Outlet Alameda CA P000000687670292 Card 6361 | | 19.78 | |
| 2/18 | | Purchase authorized on 02/18 Chevron/Csi-090290/2213 Alameda CA P462050054311936 Card 6361 | | 20.80 | 27,977.58 |

Sheet Seq = 0259873
Sheet 00002 of  00004



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|--------------------|--------------------------|---------------------|
| 2/22 | | Recurring Payment authorized on 02/17 Apple.Com/Bill 408-974-1010 CA S582048582165922 Card 6361 | | 2.99 | |
| 2/22 | | Recurring Payment authorized on 02/18 Comcast California 800-Comcast CA S302049458030161 Card 6361 | | 107.23 | |
| 2/22 | | Recurring Payment authorized on 02/18 Comcast California 800-Comcast CA S462049524427948 Card 6361 | | 182.23 | |
| 2/22 | | Purchase authorized on 02/19 Peet's #28302 Alameda CA S382050610652730 Card 6361 | | 7.25 | |
| 2/22 | | Purchase authorized on 02/20 Foodmaxx #481.C Concord CA P000000330148298 Card 6361 | | 45.07 | |
| 2/22 | | Purchase authorized on 02/20 Safeway #0783 Lafayette CA P382052066224115 Card 6361 | | 22.42 | |
| 2/22 | | Purchase authorized on 02/20 Chevron/Csi-095890/1746 Lafayette CA P302052069877379 Card 6361 | | 51.92 | |
| 2/22 | | Purchase authorized on 02/21 Grocery Outlet Alameda CA P000000872279632 Card 6361 | | 26.56 | |
| 2/22 | | Purchase authorized on 02/21 Trader Joe's # 115 Lafayette CA P382052779323123 Card 6361 | | 21.46 | |
| 2/22 | | Purchase authorized on 02/21 Diablo Foods Lafayette CA P382052781516658 Card 6361 | | 3.29 | |
| 2/22 | | Purchase authorized on 02/22 Chevron/Csi-097407/1516 Orinda CA P462053696417048 Card 6361 | | 102.31 | |
| 2/22 | | Purchase authorized on 02/22 The Home Depot #0627 Emeryville CA P302053712848600 Card 6361 | | 26.43 | 27,378.42 |
| 2/23 | | Online Transfer to Koka M Everyday Checking xxxxxx2053 Ref #Ib0Dnfrkg3 on 02/23/22 | | 1,000.00 | |
| 2/23 | | Purchase authorized on 02/23 Safeway #0783 Lafayette CA P462055023152457 Card 6361 | | 15.61 | 26,362.81 |
| 2/28 | | Edeposit IN Branch/Store 02/28/22 01:45:20 Pm 80 Moraga Way Orinda CA 6361 | 1,500.00 | | |
| 2/28 | | Purchase authorized on 02/25 Contra Costa Trans 925-458-9800 CA S382056602764451 Card 6361 | | 58.50 | |
| 2/28 | | Purchase authorized on 02/27 Kitchen of Alameda Alameda CA S582059126459247 Card 6361 | | 64.05 | |
| 2/28 | | Purchase authorized on 02/28 Safeway #0783 Lafayette CA P302059667578093 Card 6361 | | 4.68 | |
| 2/28 | | Purchase authorized on 02/28 The Home Depot #0627 Emeryville CA P582059802966021 Card 6361 | | 5.66 | |
| 2/28 | | Purchase authorized on 02/28 Grocery Outlet Alameda CA P000000582875059 Card 6361 | | 19.03 | 27,710.89 |
| **Ending balance on 2/28** | | | | | **27,710.89** |
| **Totals** | | | **$11,500.00** | **$3,837.11** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 2003 | 2/8 | 250.00 | 2004 | 2/10 | 150.00 | 2005 | 2/14 | 200.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.



**Monthly service fee summary (continued)**

| Fee period 02/01/2022 - 02/28/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $18,044.46 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

 IMPORTANT ACCOUNT INFORMATION

---

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/1 | -$6.68 |
| Deposits/Additions | 5,895.00 |
| Withdrawals/Subtractions | - 5,752.12 |
| **Ending balance on 2/28** | **$136.20** |

Account number: **053**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/1 | | Deposit Made In A Branch/Store | 3,000.00 | | 2,993.32 |
| 2/7 | | Edeposit IN Branch/Store 02/05/22 10:39:32 Am 3630 MT Diablo Blvd Lafayette CA 8191 | 1,895.00 | | 4,888.32 |
| 2/14 | | Recurring Payment authorized on 02/11 State Farm Insura 800-956-6310 IL S582042353873126 Card 8191 | | 311.29 | 4,577.03 |
| 2/23 | | Online Transfer From Koka M Everyday Checking xxxxxx2061 Ref #Ib0Dnfrkg3 on 02/23/22 | 1,000.00 | | 5,577.03 |

Sheet Seq = 0259874
Sheet 00003 of 00004



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 2/24 | | Select Portfolio Sps 0019551159 Moti Koka | | 5,430.83 | 146.20 |
| 2/28 | | Monthly Service Fee | | 10.00 | 136.20 |
| **Ending balance on 2/28** | | | | | **136.20** |
| **Totals** | | | **$5,895.00** | **$5,752.12** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2022 - 02/28/2022 | Standard monthly service fee $10.00 | You paid $10.00 | |
|-------------------------------------|-------------------------------------|-----------------|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period | |
| Have any **ONE** of the following account requirements | | | |
| · Minimum daily balance | $500.00 | $146.20 | ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 | ☐ |
| · Age of primary account owner | 17 - 24 | | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | | |

RC/RC



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.   $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.   = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

- $ _____

**E** **Subtract** **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect any automatic payments you receive. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801



Member FDIC.

Sheet Seq = 0259875
Sheet 00004 of  00004