| | |
|---|---|
| 1 | SELWYN D. WHITEHEAD, ESQ. (CSB No. 236391)<br>**LAW OFFICES OF SELWYN D. WHITEHEAD** |
| 2 | 4650 Scotia Avenue<br>Oakland, CA 94605 |
| 3 | Tel: (510) 632-7444<br>Fax: (510) 856-5180 |
| 4 | Email: selwynwhitehead@yahoo.com |
| 5 | JULYN M. PARK (CSB No. 213429)<br>DEIRDRE M. DIGRANDE (CSB No. 199766) |
| 6 | **LOCKHART PARK, LLP**<br>4655 Old Ironsides Drive, Suite 250 |
| 7 | Santa Clara, CA 95054-1854<br>Tel: (408) 416-2929 |
| 8 | Fax: (855) 368-1020<br>Email: jpark@lockhartpark.com |
| 9 | ddigrande@lockhartpark.com |
| 10 | Attorneys for Creditors<br>JEFF HANNA and AMALIA HANNA |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA,**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>MORDECHAI KOKA,<br><br>    Debtor. | Case No. 20-50469-SLJ<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE RE: CREDITORS JEFF AND AMALIA HANNAS' OBJECTION TO THE DEBTOR'S AND THE GARDNERS' JOINT PROPOSED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (January 24, 2022)**<br><br>**CONFIRMATION HEARING:**<br>Date: April 7, 2022<br>Time: 1:30 p.m.<br>Location: Telephonic/Videoconference<br>Judge: Hon. Stephen L. Johnson |

**CERTIFICATE OF SERVICE**

I, Selwyn D. Whitehead the undersigned, declare:

    I am employed in the City of Oakland, County of <u>Alameda</u>, California. I am over the age of 18 years and not a party to this action. My business address is 4650 Scotia Avenue Oakland, CA 94605. On the date stated below, I served the following document(s):

**CREDITORS JEFF AND AMALIA HANNAS' OBJECTION TO THE DEBTOR'S AND**

1

**THE GARDNERS' JOINT PROPOSED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (January 24, 2022**

on each party listed below requesting or requiring special notice in the manner or manners described below:

***VIA THE COURT'S ECF SYSTEM ONLY:***

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SJjared.a.day@usdoj.gov

Deirdre M. Digrande on behalf of Creditor Amalia Hannaddigrande@lockhartpark.com, ddigrande@yahoo.com

Arasto Farsad on behalf of Defendant Mordechai Kokafarsadecf@gmail.com, farsadecf@ecf.courtdrive.com

Lars T. Fuller on behalf of Debtor Mordechai KokaFullerlawfirmecf@aol.com, Larsfullerecf@aol.com

Christopher Hayes on behalf of Trustee Christopher Hayeschayestrustee@gmail.com, ecf.alert+Hayes@titlexi.com

David S. Hoffman on behalf of Requestor Allan Hulgandshoffmanesq@aol.com

Kelly Marie Kaufmann on behalf of Creditor Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series2007-Abknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com

Christopher M. McDermott on behalf of Creditor HSBC Bank USA, National Associationecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com

Brent D. Meyer on behalf of Creditor Dale Gardnerbrent@meyerllp.com

Office of the U.S. Trustee / SJUSTPRegion17.SJ.ECF@usdoj.gov

Edward A. Treder on behalf of Creditor HSBC Bank USA, National Associationndcaecf@BDFGroup.com

Nancy Weng on behalf of Defendant Mordechai Kokanancy@farsadlaw.com

Selwyn D. Whitehead on behalf of Creditor Amalia Hannaselwynwhitehead@yahoo.com

Craig V Winslow on behalf of Plaintiff Dale Gardnercraig@cvwlaw.com

Jennifer C. Wong on behalf of Creditor Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series 2007-Abknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

   I am readily familiar with the business practices of the Law Offices of Selwyn D.

| | |
|---|---|
| 1 | Whitehead, for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail and/or electronic service via personal or business email and/or via the Court's ECF System, as indicated above. |
| 2 | |
| 3 | |
| 4 | |
| 5 | I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of March 2022 at Oakland, Alameda County, California. |

                                           /s/ Selwyn D. Whitehead, Esq.
                                           SELWYN D. WHITEHAD, ESQ.

3

Certificate of Service Re: the Hannas' Objection to Amended Joint Proposed Combined Plan of Reorganization
Case No. 20-50469-SLJ

Case: 20-50469   Doc# 303   Filed: 04/02/22   Entered: 04/02/22 17:18:47   Page 3 of 3