MEYER LAW GROUP LLP
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone:  (415) 765-1588
Facsimile:   (415) 762-5277
Email:       brent@meyerllp.com

Attorneys for Plan Proponent
DALE GARDNER and
MELISSA GARDNER

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re | BK Case No.: 20-50469-SLJ |
| MORDECHAI KOKA, | Chapter 11 |
| | **BALLOT TABULATION AND VOTING RESULTS FOR JOINT COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (JANUARY 24, 2022)** |
| Debtor in Possession. | Date:       April 7, 2022<br>Time:       1:30 p.m.<br>Location:  Telephonic / Videoconference[1]<br>Judge:     Hon. Stephen L. Johnson |

---

[1] Paragraph 10 of General Order 38 (Seventh Amended) provides that "[u]nless otherwise ordered by the presiding judge, all notices of any motion or application filed with the court and served on any party which sets a hearing date for the motion or application must state that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video, and include the following language: 'All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.'" See *https://www.canb.uscourts.gov/sites/default/files/generalorders/SeventhAmendedGO38.pdf*.

- 1 -

BK CASE NO. 20-50469-SLJ

BALLOT TABULATION AND VOTING RESULTS FOR JOINT COMBINED PLAN OF REORGANIZATIONAND DISCLOSURE STATEMENT (JANUARY 24, 2022)

Case: 20-50469    Doc# 304    Filed: 04/04/22    Entered: 04/04/22 13:35:56    Page 1 of 12

Debtor in Possession Mordechai Koka ("Debtor") and creditors Dale Gardner and Melissa Gardner (the "Gardners") hereby submits this Ballot Tabulation and Voting Results for the *Joint Combined Plan of Reorganization and Disclosure Statement (January 24, 2022)* [Dkt. No. 294] (the "Plan") pursuant to the terms of the *Order Tentatively Approving Disclosures in Combined Plan and Disclosure Statement* [Dkt. No. 296] (the "Order") issued by the Court in the above-captioned matter.

## I. BALLOT AND ELECTION TABLUATION

The voting results for the Plan were tabulated based upon all completed and signed ballots received by Debtor and/or the Gardners on or before March 31, 2022 as required by the Order. As of the date of this *Ballot Tabulation and Voting Results*, Debtor and the Gardners have not received any late-filed ballots either accepting or rejecting the Plan.

## II. BALLOT SUMMARY

**Secured Claims (Impaired)**

| | | | |
|---|---|---|---|
| Class 1(A): | HSBC Bank USA, N.A. | 1 Ballot Received; 1 Accepting; 0 Rejecting |
| Class 1(B): | Deutsche Bank, N.A. | 1 Ballot Received; 1 Accepting; 0 Rejecting |
| Class 1(C): | Citibank West, FSB | No Ballot Received |

**Unsecured Claims (Impaired)**

| | | | |
|---|---|---|---|
| Class 2: | General Unsecured Claims | 5 Ballots Received; 5 Accepting; 0 Rejecting |

**Priority and Administrative Claims (Not Entitled to Vote)**

| | | | |
|---|---|---|---|
| Part 3(A): | Professional Fees | No Ballots Received |
| Part 3(B): | Other Administrative Claims | No Ballots Received |
| Part 3(C): | Tax Claims | No Ballots Received |
| Part 3(D): | Priority Security Deposits | No Ballot Received |

**Executory Contacts / Unexpired Leases**

| | | | |
|---|---|---|---|
| Part 4(A): | Assumed Leases | No Ballot Received |
| Part 4(B): | Rejected Leases / Contracts | No Ballot Received |

///

///

BK CASE NO. 20-50469-SLJ

- 2 -

BALLOT TABULATION AND VOTING RESULTS FOR JOINT COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (JANUARY 24, 2022)

Case: 20-50469　Doc# 304　Filed: 04/04/22　Entered: 04/04/22 13:35:56　Page 2 of 12

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

## III. BALLOT TABLUATION

| Class | Claimant | Amount of Claim / Scheduled Debt | Accepts Plan | Rejects Plan |
|---|---|---|---|---|
| Class 1(A) | HSBC Bank USA, N.A.<br>Chris McDermott, Esq.<br>Aldridge \| Pite<br>1610 R Street, Suite 300<br>Sacramento, CA 95811 | $965,095.64 | Yes | |
| **TOTAL CLASS 1(A)** | 100% ACCEPTANCE | **$965,095.64** | | |
| Class 1(B) | Deutsche Bank, N.A.<br>Jennifer Wong, Esq.<br>McCarthy & Holthus LLP<br>2763 Camino Del Rio, #100<br>San Diego, CA 92108 | $824,543.99 | Yes | |
| **TOTAL CLASS 1(B)** | 100% ACCEPTANCE | **$824,543.99** | | |
| Class 2 | Dale and Melissa Gardner<br>442 Fulton Court<br>Santa Clara, CA 95051 | $1,285,810.91 | Yes | |
| Class 2 | Allan and Nicole Hulgan<br>549 Papac Way<br>San Jose, CA 95117 | $54,400.00 | Yes | |
| Class 2 | Mai Houng<br>9814 Davona Drive<br>San Ramon, CA 94583 | $18,125.00 | Yes | |
| Class 2 | United Site Services<br>Christina Belknap<br>P.O. Box 660475<br>Dallas, TX 75266 | $ 10,367.92 | Yes | |
| Class 2 | Collect. Bureau of America<br>Marian Malmstrom<br>25954 Eden Landing Road<br>Hayward, CA 94545 | $545.21 | Yes | |
| **TOTAL CLASS 2** | 100% ACCEPTANCE | **$1,369,249.04** | | |

BK CASE NO. 20-50469-SLJ

BALLOT TABULATION AND VOTING RESULTS FOR JOINT COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (JANUARY 24, 2022)

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

## IV. UNIMPARIED CLAIMS / CLAIMS NOT ENTITLED TO VOTE

| Class | Claimant | Amount of Claim / Scheduled Debt |
|---|---|---|
| Part 3(A) | The Fuller Law Firm, PC | $ 30,000.00 |
| Part 3(A) | Farsad Law Office, P.C. | $ 5,000.00 |
| Part 3(A) | Christopher Hayes | $ 9,717.00 |
| Part 3(B) | Meyer Law Group, LLP | $ 25,000.00 |
| Part 3(C) | [NONE] | $ 0.00 |
| Part 3(D) | Alexander Beuscher<br>Scott Beuscher | $ 1,895.00 |
| Part 3(D) | Manolo Penaranda<br>Erlina Penaranda<br>Arnaldo Catolos<br>Tate Aaron Catolos | $ 3,000.00 |
| Part 4(A) | [NONE] | $ 0.00 |
| Part 4(B) | [NONE] | $ 0.00 |

## V. COPIES OF BALLOTS

Copies of the ballots are attached hereto as **Exhibit A**, and Debtor and the Gardners will have these ballots available for inspection at the time of the hearing on confirmation for the Plan currently scheduled for April 7, 2022 at 1:30 p.m.

Dated: April 4, 2022

**MEYER LAW GROUP LLP**

By: /s/ BRENT D. MEYER

Brent D. Meyer
Attorneys for Plan Proponents
DALE GARDNER and
MELISSA GARDNER

BK CASE NO. 20-50469-SLJ

- 4 -

BALLOT TABULATION AND VOTING RESULTS FOR JOINT COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (JANUARY 24, 2022)

Case: 20-50469  Doc# 304  Filed: 04/04/22  Entered: 04/04/22 13:35:56  Page 4 of 12

# EXHIBIT A

- 5 -

BK CASE NO. 20-50469-SLJ
BALLOT TABULATION AND VOTING RESULTS FOR JOINT COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (JANUARY 24, 2022)


MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

Case: 20-50469    Doc# 304    Filed: 04/04/22    Entered: 04/04/22 13:35:56    Page 5 of 12

United States Bankruptcy Court
Northern District of California

In re:  Case No. 20-50469-SLJ
Chapter 11

MORDECHAI KOKA
_____/

**Class 1(A) Ballot for Accepting or Rejecting Plan of Reorganization**

Debtor in Possession Mordechai Koka and creditors Dale and Melissa Gardner (the "Plan Proponents") jointly filed a *Combined Plan and Disclosure Statement (January 24, 2022)* (the "Plan") in the above-captioned matter. The Court has approved the disclosures set forth in the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement or Plan, you may obtain a copy from Meyer Law Group LLP, Attn: Brent D. Meyer, 268 Bush Street #3639, San Francisco, California 94104; brent@meyerllp.com; or (415) 762-5277 (fax).

Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 1(A) under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Meyer Law Group LLP, Brent D. Meyer, Esq., 268 Bush Street #3639, San Francisco, California 94104; brent@meyerllp.com; or (415) 762-5277 (fax) on or before March 31, 2022, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned, the holder of a Class 1(A)* claim against the Debtor in the unpaid amount of $ 965,095.64*                    .

Check Only One Box:   [X] Accepts the Plan     [ ] Rejects the Plan

Dated: 3/28/22            Claimant:   HSBC Bank USA, National Association
Address:                  Print Name: Christopher M. McDermott
1610 R Street, Suite 300 (Office 326)  Signature: /s/ Christopher M. McDermott
Sacramento, CA 95811      Title:      Attorney for Creditor

**RETURN BALLOT ON OR BEFORE MARCH 31, 2022 TO:**
Meyer Law Group LLP              Email:      brent@meyerllp.com
Brent D. Meyer, Esq.             Facsimile:  (415) 762-5277
268 Bush Street #3639            Telephone:  (415) 765-1588
San Francisco, California 94104

*This claim amount reflects the amount included in HSBC's Proof of Claim and is not intended to reflect the current amount of the claim.

United States Bankruptcy Court
Northern District of California

In re:　　　　　　　　　　　　　　Case No. 20-50469-SLJ
　　　　　　　　　　　　　　　　　Chapter 11
MORDECHAI KOKA

_____/

### Class 1(B) Ballot for Accepting or Rejecting Plan of Reorganization

　　Debtor in Possession Mordechai Koka and creditors Dale and Melissa Gardner (the "Plan Proponents") jointly filed a *Combined Plan and Disclosure Statement (January 24, 2022)* (the "Plan") in the above-captioned matter. The Court has approved the disclosures set forth in the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement or Plan, you may obtain a copy from Meyer Law Group LLP, Attn: Brent D. Meyer, 268 Bush Street #3639, San Francisco, California 94104; brent@meyerllp.com; or (415) 762-5277 (fax).

　　Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

　　**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 1(B) under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

　　If your ballot is not received by Meyer Law Group LLP, Brent D. Meyer, Esq., 268 Bush Street #3639, San Francisco, California 94104; brent@meyerllp.com; or (415) 762-5277 (fax) on or before March 31, 2022, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

　　If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

　　The undersigned, the holder of a Class 1(B) claim against the Debtor in the unpaid amount of $ __824,543.99__ (Proof of Claim #5) .
(*Order and Stipulation for Plan Treatment [Dkt 265])

| Check Only One Box: | [X] Accepts the Plan | [ ] Rejects the Plan |
|---|---|---|

Dated: 3/18/2022　　　　　　　　　Claimant:　　　*Deutsche Bank National Trust
Address:　　　　　　　　　　　　　Print Name:　　Jennifer C. Wong
　McCarthy & Holthus, LLP　　　　Signature:　　　*[signature]*
　2763 Camino Del Rio S, #100　　Title:　　　　　Attorney for Secured Creditor*
　San Diego, CA 92108

**RETURN BALLOT ON OR BEFORE MARCH 31, 2022 TO:**
Meyer Law Group LLP　　　　　　　Email:　　　　brent@meyerllp.com
Brent D. Meyer, Esq.　　　　　　　Facsimile:　　(415) 762-5277
268 Bush Street #3639　　　　　　Telephone:　　(415) 765-1588
San Francisco, California 94104

*Deutsche Bank National Trust Company, as Indenture Trustee for the Impac CMB Trust Series 2007-A, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.

United States Bankruptcy Court
Northern District of California

In re:  Case No. 20-50469-SLJ
        Chapter 11

MORDECHAI KOKA
_____/

**Class ___ Ballot for Accepting or Rejecting Plan of Reorganization**

Debtor in Possession Mordechai Koka and creditors Dale and Melissa Gardner (the "Plan Proponents") jointly filed a *Combined Plan and Disclosure Statement (January 24, 2022)* (the "Plan") in the above-captioned matter. The Court has approved the disclosures set forth in the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement or Plan, you may obtain a copy from Meyer Law Group LLP, Attn: Brent D. Meyer, 268 Bush Street #3639, San Francisco, California 94104; brent@meyerllp.com; or (415) 762-5277 (fax).

Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class ___ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Meyer Law Group LLP, Brent D. Meyer, Esq., 268 Bush Street #3639, San Francisco, California 94104; brent@meyerllp.com; or (415) 762-5277 (fax) on or before March 31, 2022, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class ___ claim against the Debtor in the unpaid amount of $ 545.21.

Check Only One Box:  ☒ Accepts the Plan     ☐ Rejects the Plan

Dated: 3/16/22         Claimant: Collection Bureau of America
Address:               Print Name: Marian Malmstrom
25954 Eden Landing Rd  Signature: M. Mal[...]
Hayward, CA 94545      Title: Sr. V.P.

**RETURN BALLOT ON OR BEFORE MARCH 31, 2022 TO:**
Meyer Law Group LLP           Email:     brent@meyerllp.com
Brent D. Meyer, Esq.          Facsimile: (415) 762-5277
268 Bush Street #3639         Telephone: (415) 765-1588
San Francisco, California 94104

United States Bankruptcy Court
Northern District of California

In re:  Case No. 20-50469-SLJ
 Chapter 11
MORDECHAI KOKA
_____/

**Class 2 Ballot for Accepting or Rejecting Plan of Reorganization**

Debtor in Possession Mordechai Koka and creditors Dale and Melissa Gardner (the "Plan Proponents") jointly filed a *Combined Plan and Disclosure Statement (January 24, 2022)* (the "Plan") in the above-captioned matter. The Court has approved the disclosures set forth in the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement or Plan, you may obtain a copy from Meyer Law Group LLP, Attn: Brent D. Meyer, 268 Bush Street #3639, San Francisco, California 94104; brent@meyerllp.com; or (415) 762-5277 (fax).

Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 2 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Meyer Law Group LLP, Brent D. Meyer, Esq., 268 Bush Street #3639, San Francisco, California 94104; brent@meyerllp.com; or (415) 762-5277 (fax) on or before March 31, 2022, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 2 claim against the Debtor in the unpaid amount of $ 1,285,810.91                .

| Check Only One Box: | [X] **Accepts the Plan** | [ ] **Rejects the Plan** |

Dated: March 18, 2022          Claimant: Dale Gardner and Melissa Gardner
Address:                       Print Name: Melissa Gardner
 442 Fulton Court              Signature: *Melissa Gardner*
 Santa Clara, California 95051 Title:

**RETURN BALLOT ON OR BEFORE MARCH 31, 2022 TO:**
Meyer Law Group LLP            Email:     brent@meyerllp.com
Brent D. Meyer, Esq.           Facsimile: (415) 762-5277
268 Bush Street #3639          Telephone: (415) 765-1588
San Francisco, California 94104

United States Bankruptcy Court
Northern District of California

In re:                              Case No. 20-50469-SLJ
                                    Chapter 11
MORDECHAI KOKA
_____/

Class _2_ Ballot for Accepting or Rejecting Plan of Reorganization

Debtor in Possession Mordechai Koka and creditors Dale and Melissa Gardner (the "Plan Proponents") jointly filed a *Combined Plan and Disclosure Statement (January 24, 2022)* (the "Plan") in the above-captioned matter. The Court has approved the disclosures set forth in the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement or Plan, you may obtain a copy from Meyer Law Group LLP, Attn: Brent D. Meyer, 268 Bush Street #3639, San Francisco, California 94104; brent@meyerllp.com; or (415) 762-5277 (fax).

Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class _2_ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Meyer Law Group LLP, Brent D. Meyer, Esq., 268 Bush Street #3639, San Francisco, California 94104; brent@meyerllp.com; or (415) 762-5277 (fax) on or before March 31, 2022, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class _2_ claim against the Debtor in the unpaid amount of $ _18,125.00_ .

| Check Only One Box:  [X] Accepts the Plan    [ ] Rejects the Plan |

Dated: _03/17/2022_         Claimant:
Address:                    Print Name: _Mai Hoang_
_9814 Davona Drive_         Signature: _/s/_
_San Ramon, CA 94583_       Title:

**RETURN BALLOT ON OR BEFORE MARCH 31, 2022 TO:**
Meyer Law Group LLP            Email:      brent@meyerllp.com
Brent D. Meyer, Esq.           Facsimile:  (415) 762-5277
268 Bush Street #3639          Telephone:  (415) 765-1588
San Francisco, California 94104

United States Bankruptcy Court
Northern District of California

In re:                                    Case No. 20-50469-SLJ
                                          Chapter  11
MORDECHAI KOKA
_____/

Class __2__ Ballot for Accepting or Rejecting Plan of Reorganization

Debtor in Possession Mordechai Koka and creditors Dale and Melissa Gardner (the "Plan Proponents") jointly filed a *Combined Plan and Disclosure Statement (January 24, 2022)* (the "Plan") in the above-captioned matter. The Court has approved the disclosures set forth in the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement or Plan, you may obtain a copy from Meyer Law Group LLP, Attn: Brent D. Meyer, 268 Bush Street #3639, San Francisco, California 94104; brent@meyerllp.com; or (415) 762-5277 (fax).

Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class ___ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Meyer Law Group LLP, Brent D. Meyer, Esq., 268 Bush Street #3639, San Francisco, California 94104; brent@meyerllp.com; or (415) 762-5277 (fax) on or before March 31, 2022, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class __2__ claim against the Debtor in the unpaid amount of $ __54,400.00__ .

| Check Only One Box: | [✓] Accepts the Plan | [ ] Rejects the Plan |

Dated: __03-20-2022__     Claimant: __Allan & Nicole Hulgan__
Address:                  Print Name: __Nicole Hulgan__
__549 Papac Way__         Signature: __Allan R Hulgan__
__San Jose CA 95117__     Title:

**RETURN BALLOT ON OR BEFORE MARCH 31, 2022 TO:**
Meyer Law Group LLP           Email:      brent@meyerllp.com
Brent D. Meyer, Esq.          Facsimile:  (415) 762-5277
268 Bush Street #3639         Telephone:  (415) 765-1588
San Francisco, California 94104

United States Bankruptcy Court
Northern District of California

In re:                                    Case No. 20-50469-SLJ
                                          Chapter 11
MORDECHAI KOKA
_____/

**Class __2__ Ballot for Accepting or Rejecting Plan of Reorganization**

Debtor in Possession Mordechai Koka and creditors Dale and Melissa Gardner (the "Plan Proponents") jointly filed a *Combined Plan and Disclosure Statement (January 24, 2022)* (the "Plan") in the above-captioned matter.  The Court has approved the disclosures set forth in the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement or Plan, you may obtain a copy from Meyer Law Group LLP, Attn: Brent D. Meyer, 268 Bush Street #3639, San Francisco, California 94104; brent@meyerllp.com; or (415) 762-5277 (fax).

Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Your claim has been placed in Class 2 under the Plan.  If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Meyer Law Group LLP, Brent D. Meyer, Esq., 268 Bush Street #3639, San Francisco, California 94104; brent@meyerllp.com; or (415) 762-5277 (fax) on or before March 31, 2022, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

<u>ACCEPTANCE OR REJECTION OF THE PLAN</u>

The undersigned, the holder of a Class __2__ claim against the Debtor in the unpaid amount of $ __10,367.92_____.

Check Only One Box:   ☑ **Accepts the Plan**      ☐ **Rejects the Plan**

Dated: 3/23/22            Claimant:   United Site Services
Address:                  Print Name: Christina Belknap
PO BOX 660475             Signature:  *Christina Belknap*
DALLAS TX 75266-0475      Title:      SR. ACCOUNT RESOLUTION SPECIALIST

**RETURN BALLOT ON OR BEFORE MARCH 31, 2022 TO:**

Meyer Law Group LLP              Email:      brent@meyerllp.com
Brent D. Meyer, Esq.             Facsimile:  (415) 762-5277
268 Bush Street #3639            Telephone:  (415) 765-1588
San Francisco, California 94104