LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA<br><br>Debtor | CASE NO.: 20-50469-SLJ<br><br>CHAPTER 11<br><br>**DECLARATION OF LG SERVICING IN SUPPORT OF CONFIRMATION**<br><br>Date: April 7, 2022<br>Time: 1:30 PM<br>Court: Telephonic/Videoconf. |

I, Daniel Shaw declare and say:

1. I am an employee of LG Servicing, Inc.

2. I am aware that Debtor Mordechai Koka is in a Chapter 11 case and have reviewed the Combined Plan and Disclosure Statement.

3. I have done my due diligence as to real property at 1702 Paru St. Alameda, CA 94501 ("Alameda Property").

4 LG Servicing is prepared to extend up to $200,000 in credit to Debtor secured by a third deed of trust on the Alameda Property.

5. Attached hereto as Exhibit "1" is a term sheet setting forth the terms of such a loan.

6. If before confirmation, LG Servicing will require an order authorizing debtor to incur debt.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

March 31, 2022

                                    LG SERVICING, INC.

                                    By: */s/ Daniel Shaw*
                                          DANIEL SHAW

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95125
(408) 295-5595

# EXHIBIT 1



March 29, 2022

Mr. Moti Koka
c/o Lars Fuller, Attorney
Fuller Law Firm
60 N. Keeble Avenue
San Jose, CA 95126

  Re: $200,000 Loan
    Real Property Security: 1702 Paru Street
               Alameda, CA 94501

Dear Mr. Koka:

  Based upon the information provided to date, LG Servicing, Inc. has approved and commits to making the loan described below, subject to the following terms, provisions, and conditions:

1.  Borrower(s): Moti Koka, an unmarried man

2.  Loan Amount: Not to exceed Two Hundred Thousand Dollars ($200,000).

3.  Interest Rate: Twelve percent (12.0%) per annum.

4.  Term and Payments: Interest-only payments will be due and payable in the amount of $2,000.00 on the first day of each month.

5.  Security: Repayment of the Note shall be secured by a THIRD deed of trust on the 1702 Paru Street, Alameda, CA 94501.

6.  Term: The loan term will be 24 months.

7.  Expenses: Borrower shall pay for all escrow costs, notary fees, title insurance, etc.

8.  Loan Fee: LG Servicing is due a fee of $8,000 at the funding of the loan.

9.  Closing Date: This loan will fund within 21 days of the borrowers signature/acceptance of this commitment letter.

Borrower acknowledges and understands that upon Borrowers execution of this letter, LG Servicing, Inc. will immediately prepare loan documents and thereby incur significant expenses. Upon execution, Borrower and LG Servicing, Inc. are bound by the terms of this letter. Such fees and costs represent a reasonable sum considering the circumstances on the date of this agreement and represent a fair and reasonable estimate of damages that will be sustained by LG Servicing, Inc. if Borrower defaults.

In the event of any litigation, arbitration or other dispute resolution proceedings between the parties hereto arising out of or relating to the transactions contemplated hereby, the party prevailing in such proceeding shall be entitled to recover from the other party the reasonable attorney fees and disbursements incurred by such prevailing party. Further, the Borrower shall indemnify, pay and hold harmless Lender, its successors and assigns from and against any and all liabilities, obligations, losses, damages, penalties, actions, judgments, suits, claims, and costs of any kind or nature that may be incurred by Lender relating to or arising out of any of the transactions contemplated by this Commitment.

If you have any questions in this regard, please feel free to contact our office. We appreciate the opportunity to work with you on this matter.

Very truly yours,

LG SERVICING, INC.

The undersigned hereby acknowledges and accepts the terms and conditions of the foregoing Commitment.

Dated: _____, 2022                    _____
                                             Moti Koka