LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA<br><br>Debtor | CASE No.: 20-50469-SLJ<br><br>CHAPTER 11<br><br>**DECLARATION OF BRANDON KOKA IN SUPPORT OF CONFIRMATION**<br><br>Date: April 7, 2022<br>Time: 1:30 PM<br>Court: Telephonic/Videoconf. |

I, Brandon Koka declare and say:

1. I am Debtor's son.

2. I am aware that Debtor Mordechai Koka is in a Chapter 11 case and have reviewed the Combined Plan and Disclosure Statement.

3. I am employed as a Program manager at AEI Consultants.

4. I earn about $4,100/mo.

5. If necessary, I am prepared to contribute not more than $1,000/mo to my father to assist him with meeting his Chapter 11 Plan obligations or the tax consequences of sale of his

///

1

residence in Lafayette, CA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

April 4, 2022

By: /s/ Brandon Koka

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95125
(408) 295-5595