LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA<br><br>Debtor | CASE NO.: 20-50469-SLJ<br><br>CHAPTER 11<br><br>**DECLARATION OF DEBTOR IN SUPPORT OF CONFIRMATION**<br><br>Date: April 7, 2022<br>Time: 1:30 PM<br>Court: Telephonic/Videoconf. |

I, Mordechai ("Moti") Koka declare and say:

1. I am the Debtor herein.

2. I currently reside at 858 Acalanes Rd. Lafayette, CA ["Residence"].

3. Consistent with the proposed plan and the earlier request of the Hana creditors, I have listed my Residence for sale and obtained an offer. A motion to approve the sale has been filed.

4. Again as earlier suggested by the Hanna Creditors, once escrow closes, my intent is to move into the one vacant unit at my triplex at 1702 Paru St., Alameda, CA ("Lafayette Property").

Effective Day Feasibility

5. Based on the Joint Plan dated Jan. 24, 2022, I need the following available funds to fund the Plan on the Effective Date:

Administrative Expenses

| | |
|---|---|
| Meyer Law | $25,000 |
| Fuller Law Firm | $30,000 |
| Farsad law | $ 5,000 |
| Hayes | $9,717 |
| Disbursing Agent | $2,000 (est.) |

                                      71,717.00

General Unsecured                      525,000.00

                                              $596,717

6. Just today escrow received the demand from Mr. Cooper, the current servicer of the note on my Residence. My motion estimated $1,096,053 through April 2022. This was over-estimated. The demand is $1,044,275 through April 28, 2022. Escrow estimates the payoff through April 2022 at $1,054,000. Therefore, using the payoff, the net proceeds of sale will be about $492,000.

7. I have about $27,000 in my Wells Fargo Bank DIP account.

8. Farsad Law is holding about $99,732 in their Attorney-client trust account.

9. Hence I estimate Effective Day funds of:

| | |
|---|---|
| Proceeds of Sale of Residence | $538,113 |
| WF Bank | $ 27,000 |
| Farsad Law | $ 99,732 |

                                                  $664,845

Even if the administrative fees come in 10% higher than budgeted, there are sufficient funds for Effective Day feasibility.

10. The modified stipulation with Deutsche bank, N.A. the holder of the 1st trust deed on the Alameda Property provides that I have to cure arrears within 30 days of the Effective Date. The monthly payments are $5,519.60. I am two payments delinquent. Hence, I will need an additional $11,040 within 30 days.

11. I also owe Farsad Law $10,000 for representation in a criminal case. I was not

permitted to pay Farsad Law from estate funds and hence it is owed the entire amount.

12. Based on the above, I also have sufficient funds available to meet my obligations 30 days after the Effective Date.

13. In the unlikely event that I am short, my backup plan is to pull any necessary equity from the Alameda Property. LG Funding has agreed to place a junior lien on my Alameda Property from which I can request advances up to $200,000. I only need to pay interest on money advanced to me.

Net Disposable Income

14. I am currently employed on a San Francisco construction project as a project manager. My earnings from that project have been as follows:

| Month | Amount |
| --- | --- |
| Oct. 2021 | 0 |
| Nov. 2021 | 5,000 |
| Dec. 2021 | 5,000 |
| Jan. 2022 | 10,000 |
| Feb. 2022 | 11,500 |
| Projected | $8,000-12,000 |

Admittedly I had a torn meniscus in my left knee which limited my income in late 2022. Though I still wear a brace, I can now walk and my earning ability is no longer substantially impaired.

15. My gross rents from the two occupied triplex units are $4,895/month.

16. My payment to the 1st lender (SPS Servicer) is $5,430.83/month including taxes and insurance.

17. My ordinary living expenses have been as follows:

| Month | Amount |
|---|---|
| Oct. 2021 | 1,309 |
| Nov. 2021 | 1,615 |
| Dec. 2021 | 1,388 |
| Jan. 2022 | 1,954 |
| Feb. 2022 | 2,028 |
| Budget | $2,828 |

However, these are increasing because of inflation and because as I return to work my expenses are increasing. I am budgeting $2,828, consistent with my proposed plan.

18. I am budgeting $500/month for Alameda Property critical repairs and maintenance.

19. Hence I estimate my disposable income as follows:

<u>Income</u>

| | |
|---|---|
| Earned | $8,000-12,000 |
| Taxes (25%) | <u>$2,000- 3,000</u> |
| | $6,000-$9,000 |
| Rent | $4,895 |
| TOTAL NET INCOME | $10,895-13,895.00 |

<u>Expenses</u>

| | |
|---|---|
| SLS 1st | 5,519.60 |
| 2nd-Citi | 569.99 |
| Ordinary Living Exp. | 2,828.00 |
| Contingency | <u>   500.00</u> |
| | $9,417.59 |
| Net Disposable | $1,478-4,478 |

<u>Income Tax Consequences of Sale of Lafayette and Napa Property</u>

20. The Plan estimates that the tax consequences of sale are $182,944.95. These will be due by April 15, 2023. These were based on the projected sales price of the Lafayette Property

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95125
(408) 295-5595

and the actual sales price of the Napa Property.

Lafayette Property

21.    . The basis for my capital gain tax calculation, using the actual pending sale price of the Lafayette Property of $1,690,000 is as follows:

A.    Historic Depreciation and Capital Improvements from my tax returns:

| Year | Depreciation | Capital Improvements |
|---|---|---|
| 2007 | 1071 | 0 |
| 2008 | 1713 | 0 |
| 2009 | 1755 | 1155 |
| 2010 | 1804 | 0 |
| 2011 | 1804 | 0 |
| 2012 | 1804 | 0 |
| 2013[1] | 1804 | 0 |
| 2014 | 1804 | 0 |
| 2015 | 2300 | 13640 |
| 2016 | 2887 | 16142 |
| 2017 | 2886 | 0 |
| 2018 | 2887 | 0 |
| 2019 | 125[2] | 0 |
| 2020 | 2762 | 0 |
| Total | 27,406 | 32,285 |

B.    Purchase Price-Lafayette

I purchased the Lafayette Property in or about March 2007 for $852,000.

---

[1] The figures for tax year 2013 are estimated because I cannot locate the tax return.

[2] This figure appears in error but is what was reported on the returns.

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95125
(408) 295-5595

C. Calculation of Basis

The basis in the Lafayette Property is:

| | |
|---|---|
| Purchase Price | $852,000 |
| Less Depreciation | 27,406 |
| Plus capital improvements | 32,285 |
| Basis | 856,879 |

D. Proceeds of sale

| | |
|---|---|
| Sales Price | $1,690,000 |
| Costs of sale | $ 101,695[3] |
| Proceeds | $1,588,305 |

E. Calculation of Gain

| | |
|---|---|
| Proceeds | $1,588,305 |
| Less Basis | 856,879 |
| Gain | $ 731,426 |
| Exclusion | $ 250,000 |
| Taxable Gain | $ 481,426 |

F. Calculation of Taxes

| | |
|---|---|
| Federal capital gain tax @ 20% | 96,285 |
| State Taxes @ 13.3% | 44,524.37[4] |
| Total tax | $140,809 |

Napa Property

22. I purchased the Napa Property on Nov. 25, 2019 for $660,000. I sold the Napa Property in August 2020 for $790,000 minus a $2,100 credit for a loan closing date extension. Hence there was negligible depreciation in 2019. There were no capital improvements. The closing costs on the sale were $11,850 because the Buyer, being the agent, waived commissions as

---

[3] From estimated closing statement per Fidelity National Title

[4] Amount per tax table

6

Declaration of Debtor in Support of Confirmation

Case: 20-50469    Doc# 310    Filed: 04/04/22    Entered: 04/04/22 17:31:08    Page 6 of 8

a credit to the purchase price.  Hence the calculation of gain is as follows:

| | |
|---|---|
| Sales Price | $770,000 |
| Costs of Sale | 11,850 |
| Net Proceeds of sale | $758,150 |
| Purchase Price | $660,000 |
| Gain: | $ 98,150 |

Because the Napa Property was "flipped" in less than a year, it, unlike the Lafayette Property, is subject to short term capital gain.  Based on Federal tax tables, Debtor owes $17,577 in Federal taxes and $9,127.95 for State and Federal liability of $26,704.

23. My total tax liability resulting from the sale of the Lafayette Property and Napa Property is therefore **$167,514.**

24. At best, my disposable income will allow me to accrue and pay $60,000 of that amount.

25. However, for this reason, I have been approved for a line of credit secured by a junior lien on The Alameda Property.

26. Worst case scenario, if I need to make a draw on my line of credit for the entire tax liability and the other post-confirmation expenses set forth hereinabove, my payments will be $1,885/month.  With the $500 contingency in my budget, even on the lower end of the income projections, I would be able to make the payments on the line of credit and the taxing authorities will have been resolved.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

March 31, 2022

By: /s/ Moti Koka
MOTI KOKA

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95125
(408) 295-5595

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

8
Declaration of Debtor in Support of Confirmation