

LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
Lars@fullerlawfirm.net

Attorneys for Debtor

**Not Signed: April 13, 2022**

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

*Service is defective. Under FRBP 6004(a), the notice for a motion to sell property must be served on all creditors. Debtor served only the lienholders (though some other creditors received ECF notifications) which satisfied FRBP 6004(c), but not FRBP 6004(a).*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA<br><br>Debtor | CASE NO. 20-50469-SLJ<br><br>**ORDER AUTHORIZING SALE OF REAL PROPERTY AT 858 ACALANES RD, LAFAYETTE, CA**<br><br>CHAPTER 11<br><br>Date:　None Set<br>Time:　None Set<br>Court:　Telephone or Video Only\*\*\* |

Debtor having filed a motion for an order authorizing sale of his real property at 858 Acalanes Rd. Lafayette, CA ("Property" hereinafter) under Bankruptcy Local Rule 9014-1(b)(3), more than 21 days having run since the service of the motion, no objection having been filed and good cause appearing,

IT IS ORDERED THAT

Debtor is authorized to sell the Property to Omri Duosin for $1,690,000 under the terms set forth in the motion.

IT IS FURTHER ORDERED THAT from the proceeds of sale, the note secured by a first deed of trust on the Property in favor of HSBC Bank USA, NA as Trustee for Merrill Lynch Mortgage Investors, Inc. Mortgage Pass through Certificates, MANA Series 2007-AF1 (currently serviced by Mr. Cooper) be paid in full pursuant to its demand to escrow.

IT IS FURTHER ORDERED THAT from the proceeds of sale, ordinary closing costs be allowed as set forth in the motion, including commissions in the amount of 6% of the sales price.

IT IS FURTHER ORDERED THAT the net proceeds of sale be disbursed to the IOLTA account of The Fuller Law Firm, P.C to be disbursed consistent with any confirmed plan or pursuant to further order from this Court. If however, a confirmation order is entered before the closing of escrow of the Property, then the net proceeds of sale shall be disbursed to Janina Hoskins, as disbursing agent who shall disburse these funds consistent with any confirmed plan.

***END OF ORDER***

**COURT SERVICE LIST**

All electronic service.