LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re: | CASE NO.: 20-50469-SLJ |
| MORDECHAI KOKA | **FIRST-AMENDED NOTICE OF OPPORTUNITY FOR HEARING ON MOTION AUTHORIZING SALE OF REAL PROPERTY AT 858 ACALANES RD. LAFAYETTE, CA** |
| Debtor | CHAPTER 11 |
| | Date:      None Set<br>Time:      None Set<br>Court:     Telephone or Video Only*** |

TO:     HSBC Bank USA, NA as Trustee for Merrill Lynch Mortgage Investors, Inc. Mortgage Pass Through Certificates, MANA Series 2007-AF1 serviced by Mr. Cooper, and Christopher McDermott, its attorney or record, the Office of the United States Trustee and all creditors:

Please take notice that Debtor MORDECHAI KOKA. will and hereby does move the Court to sell his real property commonly known as 858 Acalanes Rd. Lafayette, CA ("Lafayette Property" hereinafter) to Omri Duosin for $1,690,000.  The motion, memorandum of points and authorities and supporting declaration was heretofore served on creditors except for general unsecured creditors. Hence this First-amended Notice. There is no change in the terms of the sale.

Case: 20-50469    Doc# 314    Filed: 04/13/22    Entered: 04/13/22 13:49:50    Page 1 of 3

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Rule 9014-1(b)(3), any objection to the requested relief or request for hearing on the matter shall be in writing and shall be served upon moving party and filed with the Court by the responding party within twenty-one (21) days of mailing this notice. The objection or request for hearing must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position. In the event an objection or request for hearing is timely made, the moving party will give at least seven (7) days written notice of the hearing to the objecting or requesting party and to any trustee or committee appointed in this case.

Failure of the responding party to timely file written opposition or request a hearing may be deemed a waiver of any opposition and the Motion may be granted without further hearing.

This motion is brought pursuant to 11 U.S.C. §363.

| | |
|---|---|
| THE BANKRUPTCY COURT: | UNITED STATES BANKRUPCY COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>280 South First Street, 3rd Floor<br>San Jose, CA 95113 |
| DEBTOR'S COUNSEL: | LARS T. FULLER, ESQ.<br>THE FULLER LAW FIRM, P.C.<br>60 N. Keeble Avenue<br>San Jose, CA 95126 |
| DEBTOR: | MORDECHAI KOKA<br>858 Acalanes Road<br>Lafayette, CA 94549 |
| UNITED STATES TRUSTEE | Jared A. Day<br>Office of the U.S. Trustee<br>300 Booth St. #3009<br>Reno, NV 89509 |

2

Case: 20-50469    Doc# 314    Filed: 04/13/22    Entered: 04/13/22 13:49:50    Page 2 of 3

/ / /

/ / /

Respectfully Submitted,

Dated: April 13, 2022

THE FULLER LAW FIRM, P.C.

By: _Lars T. Fuller___
LARS T. FULLER
Attorney for Debtor

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

First-amended Notice of Opportunity for Hearing on Motion Authorizing Sale of Real Property
at 858 Acalanes Rd. Lafayette, CA