LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
Lars@fullerlawfirm.net

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA<br><br>Debtor | CASE NO. 20-50469-SLJ<br><br>**DECLARATION OF ATTORNEY RE PROCEEDS OF SALE OF PROPERTY AT 858 ACALANES RD, LAFAYETTE, CA FILED IN SUPPORT OF CONFIRMATION**<br><br>CHAPTER 11<br><br>Date:  None Set<br>Time:  None Set<br>Court: Telephone or Video Only*** |

I, Lars T. Fuller declare and say:

1. I am an attorney at law licensed to practice in the State of California and before this Court and a principal of The Fuller Law Firm, P.C., attorneys for Debtor herein.

2. On 4-8-2022 I contacted Roshon McDonald of Fidelity National Title Company requesting an updated closing statement as to the sale of real property at 858 Acalanes Rd. Lafayette, CA ["Property" hereinafter].

3. This afternoon, I received the updated closing statement. It is attached as Exhibit

Declaration of Attorney Re Proceeds of Sale of Real Property at 858 Acalanes Rd. Lafayette, CA Filed in Support of Confirmation

Case: 20-50469   Doc# 315   Filed: 04/13/22   Entered: 04/13/22 17:12:16   Page 1 of 5

"1" hereto.

4. Based thereon, I am informed and believe that the proceeds of sale will be $538,112.52 including interest through 4-28-2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: April 13, 2022     THE FULLER LAW FIRM, P.C.

By: /s/ *Lars T. Fuller*
LARS T. FULLER
Attorney for Debtor

Declaration of Attorney Re Proceeds of Sale of Real Property at 858 Acalanes Rd. Lafayette, CA
Filed in Support of Confirmation

Case: 20-50469    Doc# 315    Filed: 04/13/22    Entered: 04/13/22 17:12:16    Page 2 of 5

# EXHIBIT 1

# Fidelity National Title Company
1340 Treat Boulevard, Suite 130, Walnut Creek, CA 94597
Phone: (925)935-3210 | Fax: (925)934-4182

## ESTIMATED SELLER'S STATEMENT

**Settlement Date:** April 11, 2022  **Escrow Number:** FCHC-5012200081
**Disbursement Date:** April 11, 2022  **Escrow Officer:** Roshon McDonald
**Email:** Roshon.McDonald@fnf.com

**Buyer:** Omri Duosin

**Seller:** KoKa Moti
858 Acalanes Road
Lafayette, CA 94549

**Property:** 858 Acalanes Road
Lafayette, CA 94549
Parcel ID(s): 252-040-002-5

|  |  | $ DEBITS $ | CREDITS |
|---|---|---|---|
| **FINANCIAL CONSIDERATION** | | | |
| Sale Price of Property | | | 1,690,000.00 |
| **PRORATIONS/ADJUSTMENTS** | | | |
| County Taxes at $7,041.00 | 04/11/22 to 06/30/22 ($7,041.00 / 179 X 79 days) | | 3,107.48 |
| **COMMISSIONS** | | | |
| Commission - Listing Agent | Premier Agent Network, Inc $1,690,000.00 @ 3.5000% = $59,150.00 | 59,150.00 | |
| Commission - Selling Agent | Compass $1,690,000.00 @ 2.5000% = $42,250.00 | 42,250.00 | |
| **TITLE & ESCROW CHARGES** | | | |
| Title - CALFIRPTA Processing Fee | Fidelity National Title Company | 45.00 | |
| Title - Signing Fee - Seller | Fidelity National Title Company | 175.00 | |
| Title - Special Courier Fees | Fidelity National Title Company | 75.00 | |
| **GOVERNMENT CHARGES** | | | |
| Contra Costa County Transfer Tax ($1,859.00) | Fidelity National Title Company | 1,859.00 | |
| **PAYOFFS** | | | |
| Payoff of First Mortgage Loan | Mr. cooper | 1,044,275.72 | |
|    Principal Balance | | 596,726.97 | |
|    Interest To 04/28/22 | | 255,209.09 | |
|    Lender Paid Expenses | | 19,752.46 | |
|    Escrow Advances | | 172,318.20 | |
|    Quote Fee | | 25.00 | |
|    Expedited Delivery Fee | | 20.00 | |
|    County Recording Fee | | 184.00 | |
|    Third Party Reconveyance Prep | | 20.00 | |
|    Other Fees | | 20.00 | |
| **MISCELLANEOUS CHARGES** | | | |
| Property Taxes 2021-2022 -2nd Installment Property Taxes | CCC Tax Collector | 7,041.28 | |
| Natural Hazards Disclosure | TBD | 123.95 | |

|  | $ DEBITS | $ CREDITS |
|---|---:|---:|
| **MISCELLANEOUS CHARGES** | | |
| Estimate | | |
| **Subtotals** | 1,154,994.95 | 1,693,107.48 |
| **Balance Due TO Seller** | 538,112.53 | |
| **TOTALS** | 1,693,107.48 | 1,693,107.48 |

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements to be made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER:

_____
KoKa Moti