LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA<br><br>Debtor | CASE No.: 20-50469-SLJ<br><br>CHAPTER 11<br><br>**SUPPLEMENTAL DECLARATION OF RICHARD DAHNKEN IN SUPPORT OF CONFIRMATION**<br><br>Date: May 5, 2022<br>Time: 1:30 PM<br>Court: Telephonic/Videoconf. |

I, Richard Dahnken declare and say:

1. I am a licensed California real estate agent since August 19, 1997. My License No. is 01225792 and my license is with Premier Agent Network, Inc.

2. I was the listing agent for debtor's real property at 1702 Paru St., Alameda, CA ("Alameda Property"). I negotiated numerous offers for the sale of the Alameda Property and am very familiar with it and the local market.

3. The Alameda Property consists of 3 units as follows:

1
Supplemental Declaration of Richard Dahnken in Support of Confirmation

Case: 20-50469    Doc# 316    Filed: 04/15/22    Entered: 04/15/22 16:37:05    Page 1 of 2

| Location | Bedrooms-Baths | Rent |
|---|---|---|
| Downstairs (Unit A) | 5-2 | $3,000.00 |
| Middle (Unit B) | 5-2 | Vacant |
| Upstairs (Unit C) | 3-1 | $1,895 |
| **Total** | | **$4,895.00** |

4. The occupied units are subject to rent control.

5. Unit B is in fair condition. It is dated and is in need of new flooring, new bathrooms, new kitchen cabinets and new kitchen countertops.

6. However, the rental market is robust. In my opinion Unit B can be rented for $3,800-$3,900 "as is" within a few weeks.

7. Modernized, it would bring close to or perhaps as much as $5,000/month.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

April 14, 2022                             PREMIER AGENT NETWORK, INC.


                                           By: */s/ Richard Dahnken*
                                               RICHARD DAHNKEN
                                               Realtor