LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, PC
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re | CASE No.: 20-50469-SLJ |
| | CHAPTER 11 |
| MORDECHAI KOKA | **SUPPLEMENTAL DECLARATION OF DEBTOR IN SUPPORT OF CONFIRMATION** |
| Debtor | Date: May 5, 2022<br>Time: 1:30 PM<br>Court: Telephonic/Videoconf. |

I, Mordechai ("Moti") Koka declare and say:

1.    I am the Debtor herein.

2.    I currently reside at 858 Acalanes Rd. Lafayette, CA ["Residence"]. I am selling my Residence and anticipate moving in May 2022.

Past Income

3.    My brother Sam Koka and Michelle Koka, his wife own a rental property at 2139 Alameda Ave. Alameda. They are remodeling the property. A true and correct copy of the City Alameda Inspection Card and photographs of the remodel project are attached here to as Exhibit "1".

1
Supplemental Declaration of Debtor in Support of Confirmation

Case: 20-50469    Doc# 317    Filed: 04/15/22    Entered: 04/15/22 16:54:32    Page 1 of 33

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95125
(408) 295-5595

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95125
(408) 295-5595

4. My brother also owns a technology related business with Mr. Pollack.

5. I am acting as a consultant for my brother on his Alameda remodel project.

6. My brother has paid me by check, cashier's check or wire from Mr. Pollack as follows:

|  | Oct. | Nov. | Dec | Jan. | Feb. |
|---|---|---|---|---|---|
| Inc. per MOR | $0 | $5,000 | $5,000 | $10,000 | $11,500 |
| From Brother by check | $0 | $5,000 | $5,000 |  |  |
| From Brother by cashier's check | $0 |  |  |  |  |
| On behalf of Brother by wire | $0 |  |  | $10,000 | $10,000 |
| E-deposit from son[1] |  |  |  |  | $1,500 |

7. I also am consulting on a remodel job in San Francisco. However, because the owner was delayed in obtaining his permits and is indecisive as to the extent of his project and selection of materials, I have not yet been paid for services. However, I anticipate that I will be able to secure future revenue from this project if I continue to reside in the area.[2]

8. Evidence of my income from checks, cashier's check and wire is attached hereto and collectively marked as Exhibit "2"

9. My earning capacity is greater than the scheduled income. However, in June 2021, I injured my left knee. I suffered from a tear in my left meniscus. I sought treatment from Kaiser. I was on crutches but the injury is now resolving. Attached as Exhibit "3" is a Kaiser record evidencing my injury.

Future Income and Living Expenses

10. My mother who lives in Israel is ill. She is 80% blind and unable to ambulate. She is currently being care for by a brother. After the sale of my Residence. I intend to relocate to Israel for at least a year, possibly longer. While in Israel, I will have no living expenses

[1] This was reported as earned income but is a contribution from my son.

[2] However, as explained below, I intend to relocate to Israel.

2

1  abroad.

2      11.    After sale of the of my residence and upon return to the U.S., if indeed I return, I

3  intend to live with my son in Walnut Creek, California who has agreed to allow me to stay with

4  him rent-free unless I have the financial ability to assist with rent.

5      12.    While in Israel, I will still have to cover the following expenses:

6  | | |
|---|---|
| 1st mortgage- Alameda | $5,519.60(including tax and insurance) |
| 2nd mortgage – Alameda | $ 569.99 |
| Repairs and Maintenance | $1,000.00 |
| Cell phone | $ 100.00 |
| Car insurance (as non-op) | $ 100.00 (including registration fees) |
| Food and Misc. | $ 559.00 |
| Total | $7,848.59 |

10      13.    My Alameda Property is currently rented as follows:

| Location | Bedrooms-Baths | Rent |
|---|---|---|
| Downstairs (Unit A) | 5-2 | $3,000.00 |
| Middle (Unit B) | 5-2 | Vacant |
| Upstairs (Unit C) | 3-1 | $1,895.00 |
| **Total** | | **$4,895.00** |

14      14.    The existing units are rented below market rate but rental increases are restricted by

16  rent control.

17      15.    My Realtor, Rick Dahnken, who had marketed The Alameda Property for many

18  months, opines that Unit B can be rented for $3,800-$3,900 per month "as is" or with

19  modernization of the bathrooms and kitchen, at an anticipated cost of $20,000 (which I presently

20  lack), for close to $5,000.00 per month.

21      16.    I will rent Unit B "as is".  If it rents for $3,850/month, my gross rental income will

22  be $8,745, an amount sufficient to meet my ongoing monthly obligations, even without the $1,000

23  promised family contribution.

24      I declare under penalty of perjury under the laws of the United States of America that the

25  foregoing is true and correct.

26      April 15, 2022

27                      /s/      Mordechai Koka

28

3

# EXHIBIT 1

# CITY OF ALAMEDA

2263 Santa Clara Avenue, Rm. 190, Alameda, CA 94501

Call for Inspections: 7:30-8:30am M-Th:

Building (510) 747-6830 | Fire (510) 337-2120 | Planning (510) 747-6805 | Public Works (510) 747-7930

## INSPECTION CARD

Permit #: **463**    Address: 2139 ALAMEDA AVE    Issued: 09/13/2021    Expir

Owner: KOKA SAM & MICHELLE J TRS    Valuat

Applicant: TSE, LISA    Contractor: OWNI

Work Description: LIKE FOR LIKE REPLACEMENT OF EXISTING DRY-ROT DAMAGED FRONT PORCH, STAIRCASE AND RAILING, REPLACE EXISTING DAMAGED GARAGE DOOR (BLDG)

| BUILDING | | MECHANICAL | |
|---|---|---|---|
| Footings: *land after Stringers OH 10-27* | | Furnace/Heat Pump: | |
| Grade Beams/Interior Footings: | | A/C: | |
| Anchor Bolts: | | Kitchen Hood (Smooth Pipe): | |
| Seismic Anchor: | | Bath Fan (Humidity Controlled): | |
| UFER: | | Dryer Duct: | |
| Piers: | | Fireplace/Chimney: | |
| Slab: | | Smoke/Fire Dampers: | |
| Sub-Floor: | | Above Grid: | |
| Exterior Sheathing: | | Rough Mechanical: | |
| Exterior Shear Walls: | | | |
| Interior Shear Walls: | | ELECTRICAL | |
| Windows/Doors: | | Service: | |
| Window/Door Flashing: | | Grounding Rod: | |
| House Wrap: | | Bonding: | |
| Exterior Lath: | | Sub-Panel: | |
| Stucco Scratch: | | Under Ground Electrical: | |
| Roof Sheathing: *11-10-21 ORLAND.* | | Transformer: | |
| Roofing: | | Temporary Power: | |
| Spark Arrestor: | | Solar: | |
| Insulation Walls: | | Battery Storage System: | |
| Insulation Floor: | | Car Charger: | |
| Insulation Attic: | | Light Meter Test: | |
| Sheetrock: | | Above Grid: | |
| Sheetrock Fire Rated: | | Rough Electrical: | |
| Shower Pan: | | | |
| Shower/Tub Wet Wall: | | FINALS | |
| Under Floor Framing: | | Building: | |
| Rated Shafts: | | Plumbing: | |
| Above Grid: | | Mechanical: | |
| Rough Framing: *11-16-21 SHIMP* | | Electrical: | |
| | | Smoke/CO Detectors: | |

## PLUMBING

| | | FINALS (cont.) | |
|---|---|---|---|
| Under Ground Sewer: | | Special Inspection: | |
| Under Floor Plumbing: | | Structural Observation: | |
| DWV (Water Test): | | Elevator Certification: | |
| | | ADA: | |

# CITY OF ALAMEDA

2263 Santa Clara Avenue, Rm. 190, Alameda, CA 94501

Call for Inspections: 7:30-8:30am M-Th:

Building (510) 747-6830 | Fire (510) 337-2121 | Planning (510) 747-6805 | Public Works (510) 747-7930

## INSPECTION CARD

**Permit #** 850    **Address:** 2139 ALAMEDA AVE    **Issued:** 02/24/2022    **Expires:**

**Valuation:**

**Owner:** KOKA SAM & MICHELLE J TRS

**Applicant:** KOKA SAM & MICHELLE J TRS     **Contractor:** OWNER

**Work Description:** LIKE FOR LIKE REAR DECK AND STEPS REPLACEMENT. (BLDG)

## BUILDING

Footings:

Grade Beams/Interior Footings:

Anchor Bolts:

Seismic Anchor:

UFER:

Piers: 3-22-22 10 PIERS JON GILBERG

Slab:

Sub-Floor:

Exterior Sheathing:

Exterior Shear Walls:

Interior Shear Walls:

Windows/Doors:

Window/Door Flashing:

House Wrap:

Exterior Lath:

Stucco Scratch:

Roof Sheathing:

Roofing:

Spark Arrestor:

Insulation Walls:

Insulation Floor:

Insulation Attic:

Sheetrock:

Sheetrock Fire Rated:

Shower Pan:

Shower/Tub Wet Wall:

Under Floor Framing:

Rated Shafts:

Above Grid:

Rough Framing:

## PLUMBING

Under Ground Sewer:

Under Floor Plumbing:

DWV (Water Test):

Tub Test:

Water Service:

Gas Sizing (Drawing Required):

## MECHANICAL

Furnace/Heat Pump:

A/C:

Kitchen Hood (Smooth Pipe):

Bath Fan (Humidity Controlled):

Dryer Duct:

Fireplace/Chimney:

Smoke/Fire Dampers:

Above Grid:

Rough Mechanical:

## ELECTRICAL

Service:

Grounding Rod:

Bonding:

Sub-Panel:

Under Ground Electrical:

Transformer:

Temporary Power:

Solar:

Battery Storage System:

Car Charger:

Light Meter Test:

Above Grid:

Rough Electrical:

## FINALS

Building:

Plumbing:

Mechanical:

Electrical:

Smoke/CO Detectors:

Special Inspection:

Structural Observation:

Elevator Certification:

ADA:

Planning:

Clean Water Dept. (IF applicable)











# EXHIBIT 2

From: **Wells Fargo Online**
alerts@notify.wellsfargo.com
Subject: **Wells Fargo Branch Transaction Record**
Date: **Nov 22, 2021 at 1:08:10 PM**
To: **MOTIGREENBAY@gmail.com**
MOTIGREENBAY@GMAIL.COM

**WELLS FARGO**

### Your transaction record

Here is the electronic transaction record you requested from a Wells Fargo branch.

```
        Wells Fargo Bank
        Transaction Receipt


Branch #0000270 23    Deposit

Account Number              2061
CHK 00114

Number of Checks              1
Total Checks Amount      $5,000.00
Total Deposit            $5,000.00

Deposit Availability
$2,500.00 of your deposit is
included in your available balance.

$2,500.00 will be available on
Tuesday, 11/23/21


Transaction # 027 0029
01:07PM 11/22/21
Deposit Credit Date: 11/22/21




Thank you, CARLOS
```

MICHELLE J. KOKA
802 PACIFIC AVENUE
ALAMEDA, CA 94501-2254

1170

11-4288/1210 4082

11/19/21
Date

Pay to the
Order of _Choti Koka_          | $ 5,000.00

_Fire thousand and_  00/100 —   Dollars

Wells Fargo Bank, N.A.
California

From: **Wells Fargo Online**
alerts@notify.wellsfargo.com

Subject: **Wells Fargo Branch Transaction Record**

Date: **Dec 27, 2021 at 3:49:09 PM**

To: **MOTIGREENBAY@gmail.com**

MOTIGREENBAY@GMAIL.COM

**WELLS FARGO**

## Your transaction record

Here is the electronic transaction record you requested from a Wells Fargo branch.

```
        Wells Fargo Bank
        Transaction Receipt


Branch #0000270 21   Deposit

Account Number          2061
CHK 00114

Number of Checks            1
Total Checks Amount     $5,000.00
Total Deposit           $5,000.00

Deposit Availability
$2,500.00 of your deposit is
included in your available balance.

$2,500.00 will be available on
Tuesday, 12/28/21


Transaction # 072 0074
03:49PM  12/27/21
Deposit Credit Date: 12/27/21




Thank you, TOMMI
```

MICHELLE J. KOKA
802 PACIFIC AVENUE
ALAMEDA, CA 94501-8254

1178
11-4288/1210 4082

12/23/21
Date

Pay to the
Order of _Moti Koka_          $ 5,000.00

_Five Thousand and 00/100_ —          Dollars

Wells Fargo Bank, N.A.



# Wells Fargo Combined Statement of Accounts

WELLS FARGO

MORDECHAI KOKA
DEBTOR IN POSSESSION
CH11 CASE #20-50469 (NCA)

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS** (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Everyday Checking | 2 | 2061 | 14,510.41 | 20,048.00 |
| Wells Fargo Everyday Checking | 6 | 2053 | 75.44 | -6.68 |
| | Total deposit accounts | | $14,585.85 | $20,041.32 ✓ |

## Wells Fargo Everyday Checking

### Statement period activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $14,510.41 |
| Deposits/Additions | 10,000.00 |
| Withdrawals/Subtractions | - 4,462.41 |
| **Ending balance on 1/31** | **$20,048.00** |

Account number: **2061**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

### Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/3 | | Purchase authorized on 12/31 Safeway #0967 Orinda CA P582001196117459 Card 6361 | | 11.86 | |
| 1/3 | | Purchase authorized on 01/01 Safeway #0783 Lafayette CA P462001633981877 Card 6361 | | 40.10 | |
| 1/3 | | Purchase authorized on 01/01 Chevron/Csi-095890/1746 Lafayette CA P462001637048257 Card 6361 | | 19.47 | |
| 1/3 | | Purchase authorized on 01/02 Metropcs Mobile We 888-863-8768 WA S462002823073543 Card 6361 | | 80.00 | |
| 1/3 | | Recurring Payment authorized on 01/02 Sling.Com 888-388-6210 CO S382003141032643 Card 6361 | | 46.00 | |
| 1/3 | | Purchase authorized on 01/03 Safeway #0783 Lafayette CA P462003845002606 Card 6361 | | 23.07 | |
| 1/3 | | Purchase authorized on 01/03 Chevron/Csi-095890/1746 Lafayette CA P302003850628961 Card 6361 | | 98.64 | 14,191.27 |
| 1/4 | | Recurring Payment authorized on 01/02 Kaiser/Hps 844-524-7370 CA S382003270918216 Card 6361 | | 50.38 | |
| 1/4 | | Purchase authorized on 01/04 Berkeley Bowl P Berkeley CA P000000972127412 Card 6361 | | 38.92 | 14,101.97 |
| 1/5 | | Purchase authorized on 01/04 Chevron/Csi-090087/1512 San Francisco CA P462005202212693 Card 6361 | | 5.08 | 14,096.89 |
| 1/6 | | Purchase authorized on 01/04 Chevron 0090087 San Francisco CA S462005194772987 Card 6361 | | 94.00 | 14,002.89 |

Case: 20-50469    Doc# 317    Filed: 04/15/22    Entered: 04/15/22 16:54:32    Page 16 of 33



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|------|------|------|
| 1/7 | | Purchase authorized on 01/06 Sq *Wrecking Ball Berkeley CA S462006790994932 Card 6361 | | 7.50 | |
| 1/7 | | Purchase authorized on 01/06 City of Berkeley- Berkeley CA S582006808684217 Card 6361 | | 1.30 | |
| 1/7 | | Purchase authorized on 01/07 Pleasant Hill G Pleasant Hill CA P000000972403174 Card 6361 | | 52.61 | |
| 1/7 | | Purchase authorized on 01/07 Trader Joe's # 115 Lafayette CA P382007830167075 Card 6361 | | 27.33 | 13,914.15 |
| 1/10 | | Purchase authorized on 01/06 Image Beauty Salon Berkeley CA S582006821794275 Card 6361 | | 30.00 | |
| 1/10 | | Purchase authorized on 01/07 New York Pizza and Pleasent Hill CA S382007809115988 Card 6361 | | 27.32 | |
| 1/10 | | Purchase authorized on 01/09 Sq *Neptune's Alameda CA S302009786409821 Card 6361 | | 5.50 | |
| 1/10 | | Purchase authorized on 01/09 Lucky #700Alame Alameda CA P000000786926784 Card 6361 | | 17.52 | |
| 1/10 | | Purchase authorized on 01/09 Mint Leaf Vietname Alameda CA S302010048323922 Card 6361 | | 61.21 | |
| 1/10 | | Purchase authorized on 01/09 Chevron/Csi-090290/2213 Alameda CA P302010052078358 Card 6361 | | 10.40 | |
| 1/10 | | Purchase authorized on 01/10 Safeway #0783 Lafayette CA P582010806512592 Card 6361 | | 24.38 | |
| 1/10 | | Purchase authorized on 01/10 Walgreens Store 3614 MT D Lafayette CA P462010815275065 Card 6361 | | 14.75 | 13,723.07 |
| 1/11 | | Purchase authorized on 01/10 Walgreens Store 3614 MT D Lafayette CA P302011074733177 Card 6361 | | 8.69 | |
| 1/11 | | Purchase authorized on 01/11 The Home Depot #0627 Emeryville CA P462011821444815 Card 6361 | | 16.48 | |
| 1/11 | | Purchase authorized on 01/11 Webster 76 Alameda CA P582012061925966 Card 6361 | | 12.33 | 13,685.57 |
| 1/13 | | Purchase authorized on 01/12 Chevron/Csi-095890/1746 Lafayette CA P582013156868758 Card 6361 | | 98.64 | 13,586.93 |
| 1/14 | | Purchase authorized on 01/12 Tcb*Mta Meter Mta San Francisco CA S582012682213987 Card 6361 | | 4.02 | |
| 1/14 | | Purchase authorized on 01/12 Tcb*Mta Meter Mta San Francisco CA S582012706645326 Card 6361 | | 0.75 | |
| 1/14 | | Purchase authorized on 01/14 Concord Produce Concord CA P000000877034292 Card 6361 | | 34.94 | |
| 1/14 | | Purchase authorized on 01/14 Pleasant Hill G Pleasant Hill CA P000000270363394 Card 6361 | | 25.06 | 13,522.16 |
| 1/18 | | Purchase authorized on 01/14 Five Guys CA 1131 Pleasant Hill CA S462014811269328 Card 6361 | | 17.25 | |
| 1/18 | | Purchase authorized on 01/15 Peets 13502 Orinda CA S582015576406262 Card 6361 | | 6.80 | |
| 1/18 | | Purchase authorized on 01/15 Tcb*Mta Meter Mta San Francisco CA S382015609994382 Card 6361 | | 1.50 | |
| 1/18 | | Purchase authorized on 01/15 Sushi House. Alameda CA S582015761033615 Card 6361 | | 42.66 | |
| 1/18 | | Purchase authorized on 01/15 Gypsy's Trattoria Berkeley CA S302016077153433 Card 6361 | | 23.71 | |
| 1/18 | | Purchase authorized on 01/16 Walgreens Store 1916 Webs Alameda CA P462016777669281 Card 6361 | | 18.83 | |
| 1/18 | | Purchase authorized on 01/16 IN N Out Burger 30 Alameda CA S582016839694801 Card 6361 | | 9.19 | |
| 1/18 | | Recurring Payment authorized on 01/17 Apple.Com/Bill 866-712-7753 CA S582017581509823 Card 6361 | | 2.99 | |
| 1/18 | | Purchase authorized on 01/17 Noah's Bagels #211 Lafayette CA S582017760502481 Card 6361 | | 13.00 | |
| 1/18 | | Online Transfer to Koka M Everyday Checking xxxxxx2053 Ref #Ib0DD9Mjyy on 01/18/22 | | 1,000.00 | |
| 1/18 | | Purchase authorized on 01/18 Safeway #0783 Lafayette CA P302019017882870 Card 6361 | | 44.08 | 12,342.15 |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|---------|-------------|---------|
| 1/19 | | Recurring Payment authorized on 01/17 Comcast California 800-Comcast CA S582018257347007 Card 6361 | | 148.18 | |
| 1/19 | | Recurring Payment authorized on 01/17 Comcast California 800-Comcast CA S462018260171840 Card 6361 | | 103.18 | |
| 1/19 | | Purchase authorized on 01/19 Safeway #0783 Lafayette CA P462019818508426 Card 6361 | | 6.80 | |
| 1/19 | | Purchase authorized on 01/19 Kabab Burger Lafayette CA P000000276583310 Card 6361 | | 18.75 | 12,065.24 |
| 1/20 | | Purchase authorized on 01/19 Peet's #02602 Lafayette CA S302019794409346 Card 6361 | | 7.30 | |
| 1/20 | | Purchase authorized on 01/20 Chevron/Csi-094800/1784 Oakland CA P582020844835908 Card 6361 | | 22.16 | 12,035.78 |
| 1/21 | | WT Fed#00826 Citibank NA /Org=Meir Polack Srf# D0320211988601 Trn#220121235879 Rfb# | 10,000.00 | | |
| 1/21 | | Wire Trans Svc Charge - Sequence: 220121235879 Srf# D0320211988601 Trn#220121235879 Rfb# | | 15.00 | |
| 1/21 | | Purchase authorized on 01/20 Chevron 0097407 Orinda CA S382020696359800 Card 6361 | | 96.00 | |
| 1/21 | | Purchase authorized on 01/21 Foodmaxx #481.C Concord CA P000000373921739 Card 6361 | | 42.86 | 21,881.92 |
| 1/24 | | Purchase authorized on 01/21 International Food Concord CA S302021769645682 Card 6361 | | 24.07 | |
| 1/24 | | Purchase authorized on 01/22 Chevron/Csi-095890/1746 Lafayette CA P382022622329357 Card 6361 | | 98.64 | |
| 1/24 | | Purchase authorized on 01/22 Spwy66823501 Walnut Creek CA P000000070093390 Card 6361 | | 40.00 | |
| 1/24 | | Purchase authorized on 01/22 Contra Costa Trans 925-458-9800 CA S382022802363456 Card 6361 | | 58.00 | 21,661.21 |
| 1/26 | | Purchase authorized on 01/26 Sunnyvale Market Walnut Creek CA P000000284885241 Card 6361 | | 22.19 | |
| 1/26 | 2002 | Deposited OR Cashed Check | | 500.00 | 21,139.02 |
| 1/27 | | Purchase authorized on 01/25 Tcb*Mta Meter Mta San Francisco CA S582025616065988 Card 6361 | | 4.00 | |
| 1/27 | | Purchase authorized on 01/25 IN N Out Burger 30 Alameda CA S462026254653707 Card 6361 | | 9.19 | |
| 1/27 | | Purchase authorized on 01/27 Trader Joe's # 115 Lafayette CA P462027731245518 Card 6361 | | 34.27 | |
| 1/27 | | Purchase authorized on 01/27 Diablo Foods Lafayette CA P462027736355761 Card 6361 | | 7.18 | |
| 1/27 | | Purchase authorized on 01/27 Safeway #3281 Alameda CA P382028051697629 Card 6361 | | 4.99 | 21,079.39 |
| 1/28 | | Purchase authorized on 01/28 Concord Produce Concord CA P000000170971348 Card 6361 | | 29.38 | |
| 1/28 | | Purchase authorized on 01/28 Kabab Burger Lafayette CA P000000480028967 Card 6361 | | 6.50 | 21,043.51 |
| 1/31 | | Purchase authorized on 01/28 Contra Costa Trans 925-458-9800 CA S582028788767324 Card 6361 | | 38.50 | |
| 1/31 | | Purchase authorized on 01/28 China Palace Walnut Creek CA S382028833198870 Card 6361 | | 13.60 | |
| 1/31 | | Purchase authorized on 01/29 Rang Dong Restaura Oakland CA S582030040254146 Card 6361 | | 35.29 | |
| 1/31 | | Purchase authorized on 01/29 Grocery Outlet Alameda CA P000000239565778 Card 6361 | | 41.59 | |
| 1/31 | | Purchase authorized on 01/30 Sq *Headlands Brew Lafayette CA S382030847915348 Card 6361 | | 7.61 | |
| 1/31 | | Purchase authorized on 01/31 Chevron/Csi-095890/1746 Lafayette CA P582031516376786 Card 6361 | | 98.64 | |

Case: 20-50469    Doc# 317    Filed: 04/15/22    Entered: 04/15/22 16:54:32    Page 18 of 33



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|----------|-------------|----------|
| 1/31 | | Online Transfer to Koka M Everyday Checking xxxxxx2053 Ref #Ib0Dh55Rc6 on 01/31/22 | | 700.00 | |
| 1/31 | | Purchase authorized on 01/31 Chevron/Csi-090290/2213 Alameda CA P582032000460922 Card 6361 | | 60.28 | 20,048.00 |
| Ending balance on 1/31 | | | | | 20,048.00 |
| Totals | | | **$10,000.00** | **$4,462.41** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|--------|------|--------|
| 2002 | 1/26 | 500.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2022 - 01/31/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|------------------------------------|-------------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $12,035.78 ✓ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

 # IMPORTANT ACCOUNT INFORMATION

Periodically, it is necessary to update selected sections of the disclosures you received when you opened your account. These updates provide you with the most up to date account information and are very important, so please review this information carefully and feel free to contact us with any questions or concerns.

We are updating the Deposit Account Agreement ("Account Agreement") dated October 15, 2021. Effective February 15, 2022, the following applies to wire transfers transactions: the section titled "Funds Transfer Services" has revisions to the introductory paragraph, we added subsections titled "Funds Transfer Security Procedure" and "Rejecting a Funds Transfer Request", and the subsection titled "Your duty to report unauthorized or erroneous funds transfers" has been revised.

If you are enrolled in Wells Fargo Online®, Wells Fargo Business Online®, Wells Fargo Mobile®, or Wells Fargo Advisors® online services, you reviewed and accepted our Online Access Agreement ("OAA") when you enrolled in those services. We have added a new section 15(c) Transfers Security Procedures (Business Customers and Online Wire Transfers) to the OAA to provide more clarity regarding the



security procedures that apply to certain online transactions and the various addenda agreements. The updated version of the OAA will go into effect on February 15, 2022.

No, you don't need to take any action. This notice is simply to let you know that certain terms in the Account Agreement and the OAA have been updated. Your continued use of your account and, if enrolled, in the above online services will be your acceptance to these updated terms. Please review the Account Agreement and OAA, and only continue to use the above online services if you agree to all terms.

For more details, please access the Consumer Account Addenda at www.wellsfargo.com/online-banking/consumer-account-fees/ or the complete OAA at www.wellsfargo.com/online-banking/online-access-agreement/upcoming.

---

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $75.44 |
| Deposits/Additions | 6,595.00 |
| Withdrawals/Subtractions | - 6,677.12 |
| **Ending balance on 1/31** | **-$6.68** |

Account number: **2053**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/4 | | Deposit Made In A Branch/Store | 3,000.00 | | |
| 1/4 | | Edeposit IN Branch/Store 01/04/22 03:02:43 Pm 2959 College Ave Berkeley CA 8191 | 1,895.00 | | 4,970.44 |
| 1/12 | | Recurring Payment authorized on 01/11 State Farm Insura 800-956-6310 IL S582011369945842 Card 8191 | | 311.29 | 4,659.15 |
| 1/18 | | Online Transfer From Koka M Everyday Checking xxxxxx2061 Ref #Ib0DD9Mjyy on 01/18/22 | 1,000.00 | | 5,659.15 |
| 1/20 | | Select Portfolio Sps 0019551159 Moti Koka | | 5,430.83 | 228.32 |
| 1/31 | | Online Transfer From Koka M Everyday Checking xxxxxx2061 Ref #Ib0Dh55Rc6 on 01/31/22 | 700.00 | | |



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|------------|-------------|---------|
| 1/31 | | Purchase authorized on 01/31 The Home Depot 1007 Oakland CA P302031815869293 Card 8191 | | 925.00 | |
| 1/31 | | Monthly Service Fee | | 10.00 | -6.68 |
| **Ending balance on 1/31** | | | | | **-6.68** |
| **Totals** | | | **$6,595.00** | **$6,677.12** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2022 - 01/31/2022 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $3.32 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.     $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

                                                    + $ _____

**C** Add **A** and **B** to calculate the subtotal.     = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

                                                    - $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

                                                    = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect any automatic payments you receive. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC. 

# Wells Fargo Combined Statement of Accounts



MORDECHAI KOKA
DEBTOR IN POSSESSION
CH11 CASE #20-50469 (NCA)

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-742-4932**

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**



---

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Everyday Checking | 2 | 2061 | 20,048.00 | 27,710.89 |
| Wells Fargo Everyday Checking | 5 | 2053 | -6.68 | 136.20 |
| | **Total deposit accounts** | | **$20,041.32** | **$27,847.09** |

## Wells Fargo Everyday Checking

### Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $20,048.00 |
| Deposits/Additions | 11,500.00 |
| Withdrawals/Subtractions | - 3,837.11 |
| **Ending balance on 2/28** | **$27,710.89** |

Account number: **2061**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

### Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/1 | | Purchase authorized on 01/30 Buffalo Wild Wings Concord CA S582031090353111 Card 6361 | | 31.53 | |
| 2/1 | | Recurring Payment authorized on 01/30 Kaiser/Hps 844-524-7370 CA S462031261519100 Card 6361 | | 50.38 | 19,966.09 |
| 2/2 | | Purchase authorized on 01/31 IN N Out Burger 30 Alameda CA S382032011619586 Card 6361 | | 9.19 | |
| 2/2 | | Purchase authorized on 02/01 Rang Dong Restaura Oakland CA S582033039786246 Card 6361 | | 25.15 | |
| 2/2 | | Purchase authorized on 02/02 Safeway #0783 Lafayette CA P382034011162188 Card 6361 | | 26.91 | 19,904.84 |
| 2/3 | | Purchase authorized on 02/01 Sushi House. Alameda CA S382032790164369 Card 6361 | | 20.83 | |
| 2/3 | | Purchase authorized on 02/02 Metropcs Mobile We 888-863-8768 WA S302034130468408 Card 6361 | | 80.00 | 19,804.01 |
| 2/4 | | Recurring Payment authorized on 02/02 Sling.Com 888-388-6210 CO S302034141028739 Card 6361 | | 46.00 | |
| 2/4 | | Purchase authorized on 02/04 Diablo Foods Lafayette CA P462035686283258 Card 6361 | | 3.19 | 19,754.82 |
| 2/7 | | Purchase authorized on 02/03 IN N Out Burger 30 Alameda CA S462034726086619 Card 6361 | | 9.19 | |
| 2/7 | | Purchase authorized on 02/05 Concord Produce Concord CA P000000884357220 Card 6361 | | 17.14 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|-------------|---------|---------|---------|
| 2/7 | | Purchase authorized on 02/05 International Food Concord CA S382036660847783 Card 6361 | | 15.00 | |
| 2/7 | | Purchase authorized on 02/06 Safeway #3281 Alameda CA P462037782772540 Card 6361 | | 25.97 | 19,687.52 |
| 2/8 | | Purchase authorized on 02/08 Bonfare Market #25 Alameda CA P000000433317121 Card 6361 | | 8.66 | |
| 2/8 | | Purchase authorized on 02/08 Webster 76 Alameda CA P000000132749548 Card 6361 | | 71.94 | |
| 2/8 | 2003 | Check | | 250.00 | 19,356.92 |
| 2/9 | | Purchase authorized on 02/09 Safeway #0783 Lafayette CA P462040572242434 Card 6361 | | 11.57 | |
| 2/9 | | Purchase authorized on 02/09 Safeway #0783 Lafayette CA P302040806778048 Card 6361 | | 24.12 | 19,321.23 |
| 2/10 | | Purchase authorized on 02/08 Sushi House. Alameda CA S462040133853670 Card 6361 | | 96.39 | |
| 2/10 | | Purchase authorized on 02/09 Noah's Bagels #211 Lafayette CA S582040575481043 Card 6361 | | 8.99 | |
| 2/10 | | Purchase authorized on 02/09 Chevron/Csi-095890/1746 Lafayette CA P582041110408829 Card 6361 | | 101.64 | |
| 2/10 | 2004 | Check | | 150.00 | 18,964.21 |
| 2/11 | | Purchase authorized on 02/09 Image Beauty Salon Berkeley CA S302040775560569 Card 6361 | | 30.00 | |
| 2/11 | | Purchase authorized on 02/10 Chevron 0090290 Alameda CA S302042068291139 Card 6361 | | 76.00 | |
| 2/11 | | Purchase authorized on 02/10 Grocery Outlet Alameda CA P000000685568298 Card 6361 | | 33.84 | |
| 2/11 | | Purchase authorized on 02/11 Tires Direct - Lafayet Lafayette CA P000000686356984 Card 6361 | | 300.00 | |
| 2/11 | | Purchase authorized on 02/11 Safeway #0783 Lafayette CA P462042820851024 Card 6361 | | 50.05 | 18,474.32 |
| 2/14 | | Purchase authorized on 02/12 IN N Out Burger 30 Alameda CA S302043827344653 Card 6361 | | 9.19 | |
| 2/14 | | Purchase authorized on 02/12 Safeway #3281 Alameda CA P382044161438264 Card 6361 | | 2.89 | |
| 2/14 | | Purchase authorized on 02/14 Pleasant Hill G Pleasant Hill CA P000000471390864 Card 6361 | | 56.32 | |
| 2/14 | | Purchase authorized on 02/14 Safeway #0783 Lafayette CA P462046025130547 Card 6361 | | 9.40 | |
| 2/14 | 2005 | Check | | 200.00 | 18,196.52 |
| 2/15 | | Purchase authorized on 02/15 Grocery Outlet Alameda CA P000000137154272 Card 6361 | | 28.86 | 18,167.66 |
| 2/16 | | Purchase authorized on 02/14 New York Pizza and Pleasent Hill CA S382046009462259 Card 6361 | | 23.50 | |
| 2/16 | | Purchase authorized on 02/16 Trader Joe's # 115 Lafayette CA P382047836243168 Card 6361 | | 13.47 | |
| 2/16 | | Purchase authorized on 02/16 Kabab Burger Lafayette CA P000000279580958 Card 6361 | | 6.50 | 18,124.19 |
| 2/17 | | Purchase authorized on 02/17 Chevron/Csi-093805/1764 Alamo CA P582048695033815 Card 6361 | | 79.73 | 18,044.46 |
| 2/18 | | WT Fed#01046 Jpmorgan Chase Ban /Org=Meir Polack OR Karolina Polack Srf# 3079522049Es Trn#220218018386 Rfb# Ppl of 22/02/18 | 10,000.00 | | |
| 2/18 | | Wire Trans Svc Charge - Sequence: 220218018386 Srf# 3079522049Es Trn#220218018386 Rfb# Ppl of 22/02/18 | | 15.00 | |
| 2/18 | | Purchase authorized on 02/17 Peets 20402 Alamo CA S582048690979754 Card 6361 | | 7.30 | |
| 2/18 | | Purchase authorized on 02/17 Csj Smart Meters 4085353850 CA S462048757347966 Card 6361 | | 4.00 | |
| 2/18 | | Purchase authorized on 02/18 Grocery Outlet Alameda CA P000000687670292 Card 6361 | | 19.78 | |
| 2/18 | | Purchase authorized on 02/18 Chevron/Csi-090290/2213 Alameda CA P462050054311936 Card 6361 | | 20.80 | 27,977.58 |

Sheet Seq = 0259673
Sheet 00002 of 00004



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|--------|-----------|---------|
| 2/22 | | Recurring Payment authorized on 02/17 Apple.Com/Bill 408-974-1010 CA S582048582165922 Card 6361 | | 2.99 | |
| 2/22 | | Recurring Payment authorized on 02/18 Comcast California 800-Comcast CA S302049458030161 Card 6361 | | 107.23 | |
| 2/22 | | Recurring Payment authorized on 02/18 Comcast California 800-Comcast CA S462049524427948 Card 6361 | | 182.23 | |
| 2/22 | | Purchase authorized on 02/19 Peet's #28302 Alameda CA S382050610652730 Card 6361 | | 7.25 | |
| 2/22 | | Purchase authorized on 02/20 Foodmaxx #481.C Concord CA P000000330148298 Card 6361 | | 45.07 | |
| 2/22 | | Purchase authorized on 02/20 Safeway #0783 Lafayette CA P382052066224115 Card 6361 | | 22.42 | |
| 2/22 | | Purchase authorized on 02/20 Chevron/Csi-095890/1746 Lafayette CA P302052069877379 Card 6361 | | 51.92 | |
| 2/22 | | Purchase authorized on 02/21 Grocery Outlet Alameda CA P000000872279632 Card 6361 | | 26.56 | |
| 2/22 | | Purchase authorized on 02/21 Trader Joe's # 115 Lafayette CA P382052779323123 Card 6361 | | 21.46 | |
| 2/22 | | Purchase authorized on 02/21 Diablo Foods Lafayette CA P382052781516658 Card 6361 | | 3.29 | |
| 2/22 | | Purchase authorized on 02/22 Chevron/Csi-097407/1516 Orinda CA P462053696417048 Card 6361 | | 102.31 | |
| 2/22 | | Purchase authorized on 02/22 The Home Depot #0627 Emeryville CA P302053712848600 Card 6361 | | 26.43 | 27,378.42 |
| 2/23 | | Online Transfer to Koka M Everyday Checking xxxxxx2053 Ref #Ib0Dnfrkg3 on 02/23/22 | | 1,000.00 | |
| 2/23 | | Purchase authorized on 02/23 Safeway #0783 Lafayette CA P462055023152457 Card 6361 | | 15.61 | 26,362.81 |
| 2/28 | | Edeposit IN Branch/Store 02/28/22 01:45:20 Pm 80 Moraga Way Orinda CA 6361 | 1,500.00 | | |
| 2/28 | | Purchase authorized on 02/25 Contra Costa Trans 925-458-9800 CA S382056602764451 Card 6361 | | 58.50 | |
| 2/28 | | Purchase authorized on 02/27 Kitchen of Alameda Alameda CA S582059126459247 Card 6361 | | 64.05 | |
| 2/28 | | Purchase authorized on 02/28 Safeway #0783 Lafayette CA P302059667578093 Card 6361 | | 4.68 | |
| 2/28 | | Purchase authorized on 02/28 The Home Depot #0627 Emeryville CA P582059802966021 Card 6361 | | 5.66 | |
| 2/28 | | Purchase authorized on 02/28 Grocery Outlet Alameda CA P000000582875059 Card 6361 | | 19.03 | 27,710.89 |

| | | | | | |
|---|---|---|---|---|---|
| **Ending balance on 2/28** | | | | | **27,710.89** |
| **Totals** | | | **$11,500.00** | **$3,837.11** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written**  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 2003 | 2/8 | 250.00 | 2004 | 2/10 | 150.00 | 2005 | 2/14 | 200.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

Case: 20-50469   Doc# 317   Filed: 04/15/22   Entered: 04/15/22 16:54:32   Page 26 of 33



## Monthly service fee summary (continued)

| Fee period 02/01/2022 - 02/28/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $18,044.46 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

 # IMPORTANT ACCOUNT INFORMATION

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:

- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/1 | -$6.68 |
| Deposits/Additions | 5,895.00 |
| Withdrawals/Subtractions | - 5,752.12 |
| **Ending balance on 2/28** | **$136.20** |

Account number: **053**

**MORDECHAI KOKA
DEBTOR IN POSSESSION
CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/1 | | Deposit Made In A Branch/Store | 3,000.00 | | 2,993.32 |
| 2/7 | | Edeposit IN Branch/Store 02/05/22 10:39:32 Am 3630 MT Diablo Blvd Lafayette CA 8191 | 1,895.00 | | 4,888.32 |
| 2/14 | | Recurring Payment authorized on 02/11 State Farm Insura 800-956-6310 IL S582042353873126 Card 8191 | | 311.29 | 4,577.03 |
| 2/23 | | Online Transfer From Koka M Everyday Checking xxxxxx2061 Ref #Ib0Dnfrkg3 on 02/23/22 | 1,000.00 | | 5,577.03 |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|---------|-----------|--------|
| 2/24 | | Select Portfolio Sps 0019551159 Moti Koka | | 5,430.83 | 146.20 |
| 2/28 | | Monthly Service Fee | | 10.00 | 136.20 |
| Ending balance on 2/28 | | | | | 136.20 |
| Totals | | | $5,895.00 | $5,752.12 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2022 - 02/28/2022 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $146.20 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement. $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| **Total** | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal. = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | $ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register. = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect any automatic payments you receive. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801



Member FDIC.

**From:** **Wells Fargo Online**
alerts@notify.wellsfargo.com

**Subject:** **Wells Fargo Branch Transaction Record**

**Date:** **Mar 31, 2022 at 1:44:14 PM**

**To:** **MOTIGREENBAY@gmail.com**
MOTIGREENBAY@GMAIL.COM



**WELLS FARGO**

Your transaction record

Here is the electronic transaction record you requested from a Wells Fargo branch.

```
        Wells Fargo Bank
        Transaction Receipt


Branch #0000129 27    Deposit

Account Number        XXXXXX2861
CHK 00114

Number of Checks              1
Total Checks Amount    $5,000.00
Total Deposit          $5,000.00

Deposit Availability
$2,500.00 of your deposit is
included in your available balance.

$2,500.00 will be available on
Friday, 04/01/22


Transaction #036 0040
01:44PM  03/31/22
Deposit Credit Date: 03/31/22


Thank you, DIANA
```

PRINTED ON LINEMARK PAPER · HOLD TO LIGHT TO VIEW · FOR ADDITIONAL SECURITY FEATURES SEE BACK

**CASHIER'S CHECK**                    0027004195

March 31, 2022

PAY TO THE ORDER OF  ***MOTI KOKA***

**Five Thousand and 00/100 -US Dollars **        **$5,000.00**

VOID IF OVER US $ 5,000.00

Payee Address
Branch

WELLS FARGO BANK, N.A.
80 MORAGA WAY
ORINDA, CA 94563

CONTROLLER

wellsfargo.com   |   Security Center   |   Contact Us

Please do not reply to this automated email.

# EXHIBIT 3

**Letters**

Other by Sosa, Robert Joseph (M.D.) on 6/18/2021

Send
Comments: Unread secure message

June 16, 2021

Moti Koka
888 Acalanes Rd
Lafayette CA 94549-1302

Dear Mr. Koka,

As of today, it appears you have not had the chance to read the e-mail I sent through the KP.org secure messaging system from the date listed below. Please check your spam filter to allow messages from KP.org and let me know if you have any questions about this information.

Secure message sent on 6.8.2021

Hello Mr. Moti. The blood tests show:
Blood sugar is in the prediabetes range. Please limit sweets, white rice and bread, and potatos (1-2 cup servings).
The white cell portion of the blood count has returned to normal.
The inflammatory markers (C-Reactive Protein CRP, and ESR) are still elevated. It may be related to inflammation in the knee. Let's await the MRI.

The cholesterol is very high, especially the "bad" LDL cholesterol. When the LDL is over 190, we recommend immediately starting a statin medication to control it and reduce the chance of heart attack or stroke. Based on your age, sex, smoking history and high cholesterol, your 10 year risk of heart attack is 17.4%, which is high. By taking a moderate dose of statin, your risk would reduce to 11%. If you also quit smoking, your risk goes down to 3.5%.

I recommend that you start the atorvastatin. I placed atorvastatin on file so that you can order it, and also placed an order to repeat the cholesterol in 3 months. If you decide not to take the atorvastatin, you should still repeat in 3 months to see if you can decrease the cholesterol. I copied some info on statins below.

Generated on 4/14/22 11.44 AM

---

**KAISER PERMANENTE.**

Koka, Moti
MRN          , DOB
Sex M
SSN
Visit date: 6/16/2021

**06/16/2021 - Letter (Out) in ADULT MEDICINE (continued)**

**Letters (continued)**

Take care. ROBERT SOSA MD

I have selected a statin class medicine (atorvastatin) to lower your cholesterol.
We use these medicines for our patients because of their proven long-term benefit and safety.
With all medications there is the issue of risk and benefit which must be weighed against each other.
Atorvastatin studies demonstrate clearly that its immense benefit greatly outweigh its rare complications.
Atorvastatin has been on the market for a long time and its safety has been proven in long-term studies.

Proven benefits include:
Decrease in heart disease-related deaths and overall deaths
Decrease in heart attacks
Decrease in the need for hospitalizations for heart-related problems and procedures such as angioplasty and heart surgery
In fact, the statins have been proven to save lives and to prevent other serious events such as heart attacks, strokes and the need for heart procedures such as angioplasty.

Two very rare side effects of all the statins are liver inflammation and muscle inflammation (myopathy). Liver inflammation is very rare (probably less than 1%), and goes away when the medicine is stopped. Call me if you experience nausea, vomiting and right sided abdominal pain.
The muscle inflammation is even more rare. It also corrects when the medicine is stopped. The symptoms of myopathy include muscle aches and sometimes weakness. The muscle aches may affect the legs, back, or the entire body. The pain may be accompanied by fever, nausea, vomiting, and passing of dark urine. Again, call if you experience these symptoms. We can check tests to confirm these issues and monitor as needed.

Again, overall I feel the benefits of lowering your cholesterol with a statin (Atorvastatin) far outweigh the potential risks.

Sincerely,

ROBERT JOSEPH SOSA MD

**KAISER PERMANENTE**

Koka, Moti
MRN:                    DOB:
Sex M
SSN
Visit date: 6/17/2021

## 06/17/2021 - Online Results Release in ADULT MEDICINE

### Visit Information

**Provider Information**

**Encounter Provider**
Sosa Robert Joseph (M D )

**Department**

| Name | Address | Phone |
|---|---|---|
| ADULT MEDICINE | 1515 NEWELL AVENUE Walnut Creek CA 94596-5120 | ! |

### Messages

**Your test results**

| From | To | Sent and Delivered |
|---|---|---|
| Robert Joseph (M D ) Sosa | Moti Koka | 6/17/2021  9 17 PM |

Last Delivery Agent
6/18/2021 11 14 AM by Moti Koka

Hi Moti: The MRI shows a tear of the medial meniscus. I placed a referral to the Orthopedics department for evaluation.
Take care, ROBERT  SOSA MD

### MR KNEE

Result Date: 6/17/2021
MRI LEFT KNEE WITHOUT CONTRAST ** HISTORY **: 59 years old, "fall in shower on about March 29. still with medial knee pain, some swelling", per eConsult referral. ** TECHNIQUE **: MR images of the left knee acquired without contrast. ** FINDINGS **: MENISCI: Signal abnormality seen within the posterior horn/root of the medial meniscus which is suspicious for tear. Lateral meniscus appears intact. LIGAMENTS: The ACL, PCL, MCL and lateral ligamentous complex appear intact. TENDONS: The distal quadriceps and patellar tendons appear intact. BONES: Fissuring/irregularity is seen in the cartilage in the medial tibiofemoral compartment with subchondral bone marrow edema, greater within the medial tibial plateau and medial femoral condyle. FLUID/OTHER:  Moderate joint effusion.

Tear of the medial meniscus

Generated on 4/14/22 11:44 AM

---

**KAISER PERMANENTE**

Koka, Moti
MRN:              , DOB:
Sex M
SSN  ____ ___ ____
Visit date: 6/18/2021

## 06/18/2021 - Patient Secure Message in ADULT MEDICINE

### Visit Information

**Provider Information**

**Encounter Provider**
Sosa Robert Joseph (M D )

**Department**

| Name | Address | Phone |
|---|---|---|
| ADULT MEDICINE | 1515 NEWELL AVENUE Walnut Creek CA 94596-5120 | 925-295-4070 |

### Messages

**follow up for knee**

| From | To | Sent and Delivered |
|---|---|---|
| Robert Joseph (M D ) Sosa | Moti Koka | 6/18/2021 10 18 AM |

Last Delivery Agent
7/1/2021  1 37 PM by Moti Koka

Hello again: The orthopedist reviewed the MRI and does not think that you would benefit from surgery. The orthopedist recommends a knee injection as a next step. If the pain is continuing, please set up an appointment with me through kp.org for the knee injection.
Take care, ROBERT  SOSA MD

Scanned with CamScanner