

The following constitutes the order of the Court.
Signed: April 18, 2022

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA,<br><br>        Debtor. | Case No.: 20-50469 SLJ<br><br>Chapter 11 |

## ORDER EXTENDING CONFIRMATION DEADLINE

On January 20, 2022, the court entered an order setting a confirmation deadline of April 29, 2022. Finding that Debtor is making sufficient progress toward confirmation,

IT IS HEREBY ORDERED that the deadline to confirm a plan is extended through June 2, 2022.

*** END OF ORDER***

ORDER EXTENDING CONFIRMATION DEADLINE
-1-

**COURT SERVICE LIST**

ECF Notifications

ORDER EXTENDING CONFIRMATION DEADLINE
-2-