# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Mordechai Koka | **Case No.** 20-50469 SLJ |
| | **CHAPTER 11**<br>**MONTHLY OPERATING REPORT**<br>**(SMALL REAL ESTATE/INDIVIDUAL CASE)** |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 03/31/22          **PETITION DATE:** 03/10/20

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ☐ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| | **End of Current Month** | **End of Prior Month** | **As of Petition Filing** |
|---|---|---|---|
| 2.  **Asset and Liability Structure** | | | |
| a.  Current Assets | $167,055 | $159,636 | |
| b.  Total Assets | $4,303,801 | $4,296,382 | $4,147,794 |
| c.  Current Liabilities | $0 | | |
| d.  Total Liabilities | $2,470,706 | $2,470,706 | $2,470,706 |

| | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|
| 3.  **Statement of Cash Receipts & Disbursements for Month** | | | |
| a.  Total Receipts | $9,895 | $16,395 | $1,076,464 |
| b.  Total Disbursements | $2,476 | $8,589 | $909,409 |
| c.  Excess (Deficiency) of Receipts Over Disbursements (a - b) | $7,419 | $7,806 | $167,055 |
| d.  Cash Balance Beginning of Month | $159,636 | $151,830 | $0 |
| e.  Cash Balance End of Month (c + d) | $167,055 | $159,636 | $167,055 |

| | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|
| 4.  **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5.  **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6.  **Post-Petition Liabilities** | $0 | | |
| 7.  **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

**At the end of this reporting month:**

| | | **Yes** | **No** |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals?  (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives?  (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | X | |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes _X_ ;          U.S. Trustee Quarterly Fees _X_ ; Check if filing is current for: Post-petition tax reporting and tax returns: _X_ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 4/22/2022 0:00                    /s/ Mordechai Koka
                                        Responsible Individual

Revised 1/1/98

**BALANCE SHEET**
**(Small Real Estate/Individual Case)**
**For the Month Ended**  03/31/22

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | X | $167,055 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $167,055 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | |
| 8 | Real property (rental or commercial) | | $4,106,345 |
| 9 | Furniture, Fixtures, and Equipment | X | $7,400 |
| 10 | Vehicles | X | $23,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | X | $1 |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: | | |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $4,136,746 |
| 18 | **Total Assets** | | $4,303,801 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | $2,463,061 |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | $7,645 |
| 32 | **Total Pre-Petition Liabilities** | | $2,470,706 |
| 33 | **Total Liabilities** | | $2,470,706 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $1,833,095 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $4,303,801 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |   | **Property 1** | **Property 2** | **Property 3** |
|---|---|---|---|---|
| 1 | **Description of Property** | 1702 Paru Alameda | 858 Acalanes Road | 3190 Vichy |
| 2 | **Scheduled Gross Rents** | $4,895 | | |
|   | **Less:** | | | |
| 3 | **Vacancy Factor** | | | |
| 4 | **Free Rent Incentives** | | | |
| 5 | **Other Adjustments** | | | |
| 6 | **Total Deductions** | $0 | $0 | $0 |
| 7 | **Scheduled Net Rents** | $4,895 | $0 | $0 |
| 8 | **Less: Rents Receivable (2)** | | | |
| 9 | **Scheduled Net Rents Collected (2)** | $4,895 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|   |   | **Account 1** | **Account 2** | **Account 3** |
|---|---|---|---|---|
| 10 | **Bank** | Wells Fargo | Wells Fargo | Bank of America |
|   |   | 2053 | 2061 | 4321 |
| 11 | **Account No.** | Paru Acct | Savings | EDD |
| 12 | **Account Purpose** | | | |
| 13 | **Balance, End of Month** | $5,504 | $29,763 | $2,057 |
| 14 | **Total Funds on Hand for all Accounts** | $167,055 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |   | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
|   | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less:  Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|   |   | Account 4 | Account 5 | Account 6 |
|---|---|---|---|---|
| 10 | Bank | Wells Fargo | | |
| 11 | Account No. | Attorney IOLTA | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | $129,732 | $0 | $0 |
| 14 | Total Funds on Hand for all Accounts | $129,732 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended    03/31/22

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | $4,895 | $160,172 |
| 2 | Cash Received from Sales | $0 | $790,000 |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Deposits from odd jobs | $5,000 | $75,755 |
| 8 | Transfers | $0 | $14,250 |
| 9 | Returns | $0 | $281 |
| 10 | IRS | $0 | $1,400 |
| 11 | EDD | $0 | $34,606 |
| 12 | **Total Cash Receipts** | $9,895 | $1,076,464 |
| **Cash Disbursements** | | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | $0 | $50,000 |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | $0 | $70,300 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Food, clothes, personal products, living expenses | $1,396 | $54,656 |
| 33 | CLSB Fines, withdrawals, expenses for Paru property | $527 | $85,313 |
| 34 | Insurance, Medical, Auto | $553 | $9,268 |
| 35 | Quarterly UST fees | $0 | $6,834 |
| 36 | Transfers to other account | $0 | $633,038 |
| 37 | **Total Cash Disbursements:** | $2,476 | $909,409 |
| 38 | **Net Increase (Decrease) in Cash** | $7,419 | $167,055 |
| 39 | **Cash Balance, Beginning of Period** | $159,636 | $0 |
| 40 | **Cash Balance, End of Period** | $167,055 | $167,055 |

Revised 1/1/98

# Wells Fargo Combined Statement of Accounts



MORDECHAI KOKA
DEBTOR IN POSSESSION
CH11 CASE #20-50469 (NCA)

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-742-4932**

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | |
|---|---|---|
| Online Banking | ☑ | Direct Deposit ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment ☐ |
| Online Statements | ☑ | Overdraft Protection ☐ |
| Mobile Banking | ☐ | Debit Card ☐ |
| My Spending Report | ☑ | Overdraft Service ☐ |

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

(114)
Sheet Seq = 0291492
Sheet 00001 of 00004



# Summary of accounts

## Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---------|------|----------------|-------------------------------|-------------------------------|
| Wells Fargo Everyday Checking | 2 | 2061 | 27,710.89 | 29,763.03 |
| Wells Fargo Everyday Checking | 6 | 2053 | 136.20 | 5,503.77 |
| | **Total deposit accounts** | | **$27,847.09** | **$35,266.80** |

# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $27,710.89 |
| Deposits/Additions | 5,000.00 |
| Withdrawals/Subtractions | - 2,947.86 |
| **Ending balance on 3/31** | **$29,763.03** |

Account number **2061**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 3/1 | | Recurring Payment authorized on 02/27 Kaiser/Hps 844-524-7370 CA S582059262142591 Card 6361 | | 50.38 | |
| 3/1 | | Purchase authorized on 02/28 Noah's Bagels #211 Lafayette CA S382059663590302 Card 6361 | | 13.00 | |
| 3/1 | | Purchase authorized on 02/28 76 - 76 Orinda Orinda CA S462059784830266 Card 6361 | | 90.00 | |
| 3/1 | | Purchase authorized on 03/01 Sunnyvale Market Walnut Creek CA P000000270132662 Card 6361 | | 22.19 | 27,535.32 |
| 3/2 | | Purchase authorized on 03/01 Metropcs Mobile We 888-863-8768 WA S462060640306483 Card 6361 | | 80.00 | |
| 3/2 | | Purchase authorized on 03/02 Chevron/Csi-095890/1746 Lafayette CA P302061675161284 Card 6361 | | 98.64 | |
| 3/2 | | Purchase authorized on 03/02 Safeway #0783 Lafayette CA P582062063032450 Card 6361 | | 32.00 | 27,324.68 |
| 3/3 | | Purchase authorized on 03/03 Foodmaxx #481.C Concord CA P000000785592614 Card 6361 | | 3.95 | 27,320.73 |
| 3/4 | | Recurring Payment authorized on 03/02 Sling.Com 888-388-6210 CO S582062141058789 Card 6361 | | 46.00 | |
| 3/4 | | Purchase authorized on 03/04 Safeway #0783 Lafayette CA P582063714058375 Card 6361 | | 15.97 | |
| 3/4 | | Purchase authorized on 03/04 Trader Joe's # 115 Lafayette CA P582063722344718 Card 6361 | | 40.22 | 27,218.54 |



### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/7 | | Purchase authorized on 03/05 Safeway #0967 Orinda CA P462064716808124 Card 6361 | | 18.04 | |
| 3/7 | | Purchase authorized on 03/07 Safeway #0783 Lafayette CA P462067001987517 Card 6361 | | 35.35 | 27,165.15 |
| 3/8 | | Purchase authorized on 03/07 Amarin Thai Cuisin Lafayette CA S302066773902093 Card 6361 | | 33.17 | |
| 3/8 | | Purchase authorized on 03/08 Safeway #3281 Alameda CA P382068052323819 Card 6361 | | 28.72 | 27,103.26 |
| 3/11 | | Purchase authorized on 03/10 Peets 13502 Orinda CA S462069650010833 Card 6361 | | 6.60 | |
| 3/11 | | Purchase authorized on 03/10 76 - 76 Orinda Orinda CA S382069652525915 Card 6361 | | 50.01 | |
| 3/11 | | Purchase authorized on 03/11 Safeway #0783 Lafayette CA P462070775376207 Card 6361 | | 51.07 | |
| 3/11 | | Purchase authorized on 03/11 Trader Joe's # 115 Lafayette CA P302070782553902 Card 6361 | | 14.74 | |
| 3/11 | | Purchase authorized on 03/11 Webster 76 Alameda CA P000000974808433 Card 6361 | | 71.91 | 26,908.93 |
| 3/14 | | Purchase authorized on 03/11 IN N Out Burger 30 Alameda CA S582070822489464 Card 6361 | | 9.19 | |
| 3/14 | | Purchase authorized on 03/12 Buffalo Wild Wings Concord CA S302072142085968 Card 6361 | | 11.21 | |
| 3/14 | | Purchase authorized on 03/12 The Home Depot #0634 Concord CA P582072151349062 Card 6361 | | 7.19 | |
| 3/14 | | Purchase authorized on 03/13 Safeway #3281 Alameda CA P382073003029513 Card 6361 | | 19.57 | |
| 3/14 | | Purchase authorized on 03/13 Webster 76 Alameda CA P000000732768020 Card 6361 | | 71.91 | 26,789.86 |
| 3/15 | | Purchase authorized on 03/15 Chevron/Csi-090290/2213 Alameda CA P382074818963633 Card 6361 | | 20.80 | 26,769.06 |
| 3/16 | | Purchase authorized on 03/15 Peet's #28302 Alameda CA S302074642369783 Card 6361 | | 7.30 | |
| 3/16 | | Purchase authorized on 03/15 Safeway #0783 Lafayette CA P382075055309364 Card 6361 | | 3.99 | |
| 3/16 | | Purchase authorized on 03/16 Berkeley Bowl P Berkeley CA P000000874319933 Card 6361 | | 34.05 | |
| 3/16 | | Purchase authorized on 03/16 Chevron/Aval CO., Inc. Berkeley CA P302075792999025 Card 6361 | | 25.80 | 26,697.92 |
| 3/17 | | Purchase authorized on 03/16 Bagel Street Cafe San Rafael CA S582075610688151 Card 6361 | | 5.94 | |
| 3/17 | | Purchase authorized on 03/16 Safeway #0967 Orinda CA P382076054303265 Card 6361 | | 9.99 | |
| 3/17 | | Purchase authorized on 03/17 Safeway #3281 Alameda CA P382077006917351 Card 6361 | | 21.98 | 26,660.01 |
| 3/18 | | Purchase authorized on 03/16 Image Beauty Salon Berkeley CA S462075765282187 Card 6361 | | 30.00 | |
| 3/18 | | Recurring Payment authorized on 03/17 Apple.Com/Bill 866-712-7753 CA S302076545957396 Card 6361 | | 2.99 | |
| 3/18 | | Purchase authorized on 03/18 Safeway #3281 Alameda CA P582077768202025 Card 6361 | | 71.91 | 26,555.11 |
| 3/21 | | Recurring Payment authorized on 03/17 Comcast California 800-Comcast CA S462077164599126 Card 6361 | | 107.23 | |
| 3/21 | | Recurring Payment authorized on 03/17 Comcast California 800-Comcast CA S462077165929507 Card 6361 | | 122.23 | |
| 3/21 | | Purchase authorized on 03/18 Peet's #28302 Alameda CA S302077633605458 Card 6361 | | 3.05 | |
| 3/21 | | Purchase authorized on 03/18 IN N Out Burger 30 Alameda CA S582077759545397 Card 6361 | | 9.19 | |
| 3/21 | | Purchase authorized on 03/19 Pagano's Hardware Alameda CA S582078851133128 Card 6361 | | 6.63 | |
| 3/21 | | Purchase authorized on 03/19 Chevron/Csi-090290/2213 Alameda CA P302079068156256 Card 6361 | | 20.80 | |



## *Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/21 | | Purchase authorized on 03/20 Safeway #3281 Alameda CA P462079849744838 Card 6361 | | 28.16 | |
| 3/21 | | Purchase authorized on 03/21 Chevron/Csi-090290/2213 Alameda CA P46208085606 7084 Card 6361 | | 20.80 | 26,237.02 |
| 3/22 | | Purchase authorized on 03/21 Peet's #28302 Alameda CA S582080602972608 Card 6361 | | 7.30 | |
| 3/22 | | Purchase authorized on 03/22 Safeway #3281 Alameda CA P582082005659614 Card 6361 | | 31.09 | 26,198.63 |
| 3/23 | | Purchase authorized on 03/23 Chevron/Csi-097407/1516 Orinda CA P46208259084 0916 Card 6361 | | 70.46 | 26,128.17 |
| 3/24 | | Purchase authorized on 03/23 Peets 13502 Orinda CA S302082596340733 Card 6361 | | 7.40 | |
| 3/24 | | Purchase authorized on 03/24 Webster 76 Alameda CA P000000183058028 Card 6361 | | 23.29 | 26,097.48 |
| 3/25 | | Purchase authorized on 03/23 IN N Out Burger 30 Alameda CA S462082750333831 Card 6361 | | 9.19 | |
| 3/25 | | Purchase authorized on 03/24 Peets 13502 Orinda CA S582083595810880 Card 6361 | | 6.90 | |
| 3/25 | | Purchase authorized on 03/24 Grocery Outlet Alameda CA P000000474893085 Card 6361 | | 60.78 | |
| 3/25 | | Purchase authorized on 03/25 Safeway #0967 Orinda CA P582084861621477 Card 6361 | | 15.33 | |
| 3/25 | | Purchase authorized on 03/25 Chevron/Csi-097407/1516 Orinda CA P302084863792875 Card 6361 | | 69.91 | 25,935.37 |
| 3/28 | | Purchase authorized on 03/27 Cvs/Pharmacy #09 09938--3 Lafayette CA P302086678851229 Card 6361 | | 8.13 | |
| 3/28 | | Purchase authorized on 03/28 Trader Joe's # 115 Lafayette CA P582087831372415 Card 6361 | | 26.94 | |
| 3/28 | | Purchase authorized on 03/28 Kabab Burger Lafayette CA P000000386055199 Card 6361 | | 6.75 | 25,893.55 |
| 3/29 | | Purchase authorized on 03/27 IN N Out Burger 30 Alameda CA S382087116955582 Card 6361 | | 17.55 | |
| 3/29 | | Purchase authorized on 03/27 Safeway Fuel3281 Alameda CA S462087134618690 Card 6361 | | 108.00 | 25,768.00 |
| 3/30 | | Online Transfer to Koka M Everyday Checking xxxxxx2053 Ref #Ib0Dxwcjcx on 03/30/22 | | 1,000.00 | |
| 3/30 | | Purchase authorized on 03/30 Diablo Foods Lafayette CA P382090033222250 Card 6361 | | 4.97 | 24,763.03 |
| 3/31 | | Edeposit IN Branch/Store 03/31/22 01:44:12 Pm 2959 College Ave Berkeley CA 6361 | 5,000.00 | | 29,763.03 |
| **Ending balance on 3/31** | | | | | **29,763.03** |
| **Totals** | | | **$5,000.00** | **$2,947.86** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2022 - 03/31/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $24,763.03 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |

Case: 20-50469   Doc# 322   Filed: 04/25/22   Entered: 04/25/22 17:39:51   Page 9 of 13



---

*Monthly service fee summary (continued)*

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

#  IMPORTANT ACCOUNT INFORMATION

---

**Elimination of Returned Item (Non-sufficient Funds/NSF) Fee for Consumer Accounts:** Under the terms of your account agreement, when certain transactions are presented for payment in an amount that is more than your available balance, Wells Fargo may either (1) pay the item into overdraft at our discretion and assess an overdraft fee, or (2) return the item unpaid and assess a Returned item/Non-sufficient funds (NSF) fee. **Effective March 7, 2022 (For Consumer Accounts Only),** we will no longer charge a NSF fee on items we return unpaid due to non-sufficient funds. **Overdraft fees will continue to apply to any items we pay into overdraft at our discretion, according to the terms of your account.** Third parties or other banks may still charge fees for returned items.

For current versions of your Deposit Account Agreement, Fee and Information Schedule, and applicable addenda, please visit www.wellsfargo.com/online-banking/consumer-account-fees/.

---

**Elimination of Overdraft Protection transfer/advance fee(s) for Consumer Accounts:** Under the terms of your account agreement, we offer an optional Overdraft Protection service for checking accounts that allows you to link up to two eligible accounts (one savings, one credit) to authorize or pay transactions when you don't have enough money in your checking account. Transfers and advances of funds from these linked accounts may result in an Overdraft Protection transfer or advance Fee. **Effective March 7, 2022 (For Consumer Accounts only),** we will no longer charge transfer or advance fees for transfers/advances from accounts linked for Overdraft Protection. **For advances from a linked credit card or line of credit account, interest will continue to accrue from the date of each advance. Overdraft fees will continue to apply to any items we pay into overdraft that are not covered by transfers/advances from your linked account(s).**

For current versions of your Deposit Account Agreement, Fee and Information Schedule, and applicable addenda, please visit www.wellsfargo.com/online-banking/consumer-account-fees/.

---

Effective March 31, 2022, the sentence "Incoming wire transfers, electronic direct deposits, cash deposited at a teller window and at a Wells Fargo ATM, and the first $400 of a day's check deposits at a teller window and at a Wells Fargo ATM will be available on the day we receive the deposits" in the first paragraph of the "Your ability to withdraw funds" section under the "Availability of funds policy" in the Deposit Account Agreement will be replaced by "Incoming wire transfers, electronic direct deposits, cash deposited at a teller window and at a Wells Fargo ATM, and the first $400 of a day's check deposits at a teller window, at a Wells Fargo ATM, and with the Wells Fargo Mobile Banking app will be available on the day we receive the deposits."

---

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

Sheet Seq = 0291494
Sheet 00003 of 00004



# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 3/1 | $136.20 |
| Deposits/Additions | 5,915.07 |
| Withdrawals/Subtractions | - 547.50 |
| **Ending balance on 3/31** | **$5,503.77** |

Account number: **2053**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---:|---:|---:|
| 3/1 | | Deposit Made In A Branch/Store | 3,000.00 | | 3,136.20 |
| 3/7 | | Edeposit IN Branch/Store 03/05/22 11:36:47 Am 3630 MT Diablo Blvd Lafayette CA 8191 | 1,895.00 | | 5,031.20 |
| 3/14 | | Recurring Payment authorized on 03/11 State Farm Insura 800-956-6310 IL S582070352157466 Card 8191 | | 311.29 | 4,719.91 |
| 3/25 | | Purchase authorized on 03/23 Rubenstein Supply Oakland CA S302082735426890 Card 8191 | | 20.07 | |
| 3/25 | | Purchase authorized on 03/25 The Home Depot #0627 Emeryville CA P302084608060908 Card 8191 | | 107.54 | 4,592.30 |
| 3/28 | | Purchase Return authorized on 03/25 Rubenstein Supply Oakland CA S582084817742988 Card 8191 | 20.67 | | |
| 3/28 | | Purchase authorized on 03/25 Pagano's Hardware Alameda CA S302084697943822 Card 8191 | | 9.96 | |
| 3/28 | | Purchase authorized on 03/28 Chevron/Csi-095890/1746 Lafayette CA P302087834698564 Card 8191 | | 98.64 | 4,503.77 |
| 3/30 | | Online Transfer From Koka M Everyday Checking xxxxxx2061 Ref #Ib0Dxwcjcx on 03/30/22 | 1,000.00 | | 5,503.77 |
| **Ending balance on 3/31** | | | | | **5,503.77** |
| **Totals** | | | **$5,915.07** | **$547.50** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2022 - 03/31/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |



---

*Monthly service fee summary (continued)*

| How to avoid the monthly service fee | Minimum required | This fee period | |
|---|---|---|---|
| · Minimum daily balance | $500.00 | $3,136.20 | ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 | ☐ |
| · Age of primary account owner | 17 - 24 | | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | | |

RC/RC

Sheet Seq = 0291495
Sheet 00004 of  00004



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement. $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

**C** **Add A and B** to calculate the subtotal. = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

**E** **Subtract D from C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register. = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect any automatic payments you receive. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

 Member FDIC.