

**Entered on Docket**
**April 29, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the Court.
Signed: April 29, 2022

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA,<br><br>　　　　Debtor. | Case No.: 20-50469 SLJ<br><br>Chapter 11<br><br>Date: May 5, 2022<br>Time: 1:30 p.m.<br>Ctrm: remote |

### ORDER CONTINUING CONFIRMATION HEARING

A continued confirmation hearing on the joint plan proposed by Debtor and Dale and Melissa Gardner ("Joint Plan") is set for the above-referenced date and time. Jeff and Amalia Hanna have objected to the Joint Plan. The Joint Plan provides for different scenarios depending on whether the net proceeds from the sale of Debtor's real property in Lafayette, California ("Lafayette Property") achieve certain threshold amount. Debtor filed a motion to sell the Lafayette Property on March 17, 2022, but it was re-served on April 13, 2022, because the original service was defective. The latest notice period expires on May 4, 2022. Assuming there is no opposition and the sale closes, the amount of net proceeds from the sale will be determined which may narrow the issues for confirmation. Accordingly,

IT IS HEREBY ORDERED as follows:

1. The confirmation hearing on the Joint Plan is CONTINUED to **May 19, 2022, at 2:00 p.m.,** a date this is specially set and reserved for this matter.
2. By May 16, 2022, Debtor shall file three documents and serve them on interested parties and creditors who voted on the Joint Plan:
   a. A **Report of Sale** which discloses the sale price, adjustments, and final net figure paid to the estate for distribution to creditors, etc.[1] But, if the proposed sale has not closed, a statement to that effect which explains in detail the circumstances that caused the sale not to close and committing to a closing date;
   b. A **Status Report** for the case addressing:
      i. Whether the sale proceeds are sufficient to pay secured claims and the amounts due to unsecured creditors under the Joint Plan;
      ii. If the proceeds are not sufficient under (i), or the sale has not closed, Debtor's clear and specific proposal for consummation of the Joint Plan, taking into account that Debtor has not had the regular earnings he has claimed in this case, and has stated some intention to leave to the United States in the future; and
   c. A **declaration** from Debtor signed under penalty of perjury supporting the facts in paragraphs (a) and (b), above.

*** END OF ORDER***

---

[1] Debtor may attach a copy of the final closing statement for this purpose.

ORDER CONTINUING CONFIRMATION HEARING
-2-

**COURT SERVICE LIST**

ECF Notifications

ORDER CONTINUING CONFIRMATION HEARING
-3-