

The following constitutes the order of the Court.
Signed: May 2, 2022

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

MORDECHAI KOKA,

        Debtor.

Case No.: 20-50469 SLJ

Chapter 11

Date: May 5, 2022
Time: 1:30 p.m.
Ctrm: remote

## ORDER CONTINUING STATUS CONFERENCE

The court having continued the confirmation hearing to May 19, 2022, in the interest of judicial economy,

IT IS HEREBY ORDERED that the status conference is CONTINUED to May 19, 2022, at 2:00 p.m., to be heard concurrently with the confirmation hearing.

*** END OF ORDER***

ORDER CONTINUING STATUS CONFERENCE

-1-

**COURT SERVICE LIST**

ECF Notifications

ORDER CONTINUING STATUS CONFERENCE
-2-