LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
Lars@fullerlawfirm.net

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA<br><br>Debtor | CASE NO. 20-50469-SLJ<br><br>**DECLARATION OF ATTORNEY RE NO OPPOSITION TO MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY AT 858 ACALANES RD, LAFAYETTE, CA**<br><br>CHAPTER 11<br><br>Date: None Set<br>Time: None Set<br>Court: Telephone or Video Only*** |

I, Lars T. Fuller declare and say:

1. I am an attorney at law licensed to practice in the State of California and before this Court and a principal of The Fuller Law Firm, P.C., attorneys for Debtor herein.

2. On April 13, 2022 I re-noticed Debtor's motion for order authorizing sale of real property at 858 Acalanes Rd. Lafayette, CA and related pleadings which included service on all general unsecured creditors.

3. Yesterday was deadline to file an objection to the motion or request a hearing.

4. Before the filing of this declaration, I ran the docket for the herein case on PACER. No objection to the motion has been filed.

5. No party has contacted me requesting a hearing nor has my office received any objection in the mail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: May 5, 2022                    THE FULLER LAW FIRM, P.C.


By: /s/ *Lars T. Fuller*
LARS T. FULLER
Attorney for Debtor

Declaration of Attorney Re No Opposition to
Motion Authorizing Sale of Real Property at 858 Acalanes Rd, Lafayette, CA
Case: 20-50469    Doc# 325    Filed: 05/05/22    Entered: 05/05/22 09:23:21    Page 2 of 2