LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
Lars@fullerlawfirm.net

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA<br><br><br>Debtor | CASE NO. 20-50469-SLJ<br><br>**REPORT OF SALE**<br><br>CHAPTER 11<br><br>Date: May 19, 2022<br>Time: 2:00 PM<br>Court: Telephone or Video Only*** |

Come now Debtor Moti Koka and pursuant to the Order of this Court as set forth in Docket No. 323, represents as follows:

1. An Order Authorizing Sale was entered on May 6, 2022.

2. Counter Offer No. 1 to the Purchase and Sale Agreement (attached to the Declaration of Debtor in Support of motion authorizing sale) provides in pertinent part "Close of escrow to be 30 days after written bankruptcy court approval to move forward with the sale".

3. On information and belief based on counsel's conversation with the Selling Agent, Buyer moved expeditiously to lock his loan and an appraisal was promptly ordered. Mr. Dankhen met the appraiser on the Property on May 13, 2022. The appraisal report is expected by May 17, 2022.

Report of Sale

4. The closing is projected to occur on May 31, 2022, within the 30 days of entry of an order authorizing the sale.

5. There have been no changes to the purchase price nor any other changes to the terms of the sale. The purchase price remains at $1,690,000. The net proceeds of sale are estimated at $534,273.94. The latest estimated closing statement from the escrow holder is attached hereto as Exhibit "1".

Respectfully submitted,

DATED: May 16, 2022            THE FULLER LAW FIRM, P.C.


By:  /s/ *Lars T. Fuller*
     LARS T. FULLER
     Attorney for Debtor

# EXHIBIT 1

Case: 20-50469   Doc# 327   Filed: 05/16/22   Entered: 05/16/22 17:15:09   Page 3 of 5

# Fidelity National Title Company

1340 Treat Boulevard, Suite 130, Walnut Creek, CA 94597
Phone: (925)935-3210 | Fax: (925)934-4182

## ESTIMATED SELLER'S STATEMENT

**Settlement Date:** May 31, 2022  **Escrow Number:** FCHC-5012200081
**Disbursement Date:** May 31, 2022  **Escrow Officer:** Roshon McDonald
                                     **Email:** Roshon.McDonald@fnf.com
**Buyer:** Omri Duosin

**Seller:** KoKa Moti
858 Acalanes Road
Lafayette, CA 94549
**Property:** 858 Acalanes Road
Lafayette, CA 94549
Parcel ID(s): 252-040-002-5

| | | $ DEBITS $ | CREDITS |
|---|---|---|---|
| **FINANCIAL CONSIDERATION** | | | |
| Sale Price of Property | | | 1,690,000.00 |
| **PRORATIONS/ADJUSTMENTS** | | | |
| County Taxes at $7,041.28 | 05/31/22 to 06/30/22 ($7,041.28 / 179 X 29 days) | | 1,140.77 |
| **COMMISSIONS** | | | |
| Commission - Listing Agent | Premier Agent Network, Inc $1,690,000.00 @ 3.5000% = $59,150.00 | 59,150.00 | |
| Commission - Selling Agent | Compass $1,690,000.00 @ 2.5000% = $42,250.00 | 42,250.00 | |
| **TITLE & ESCROW CHARGES** | | | |
| Title - CALFIRPTA Processing Fee | Fidelity National Title Company | 45.00 | |
| Title - Signing Fee - Seller | Fidelity National Title Company | 175.00 | |
| Title - Special Courier Fees | Fidelity National Title Company | 75.00 | |
| **GOVERNMENT CHARGES** | | | |
| Contra Costa County Transfer Tax ($1,859.00) | Fidelity National Title Company | 1,859.00 | |
| **PAYOFFS** | | | |
| Payoff of First Mortgage Loan | Mr. Cooper | 1,046,147.60 | |
| Principal Balance | | 596,726.97 | |
| Interest To 04/28/22 | | 255,209.09 | |
| Additional Interest (From 04/28/22 To 05/31/22 @ $49.260000 Per Diem) plus 5 Extra Days | | 1,871.88 | |
| Lender Paid Expenses | | 19,752.46 | |
| Escrow Advances | | 172,318.20 | |
| Quote Fee | | 25.00 | |
| Expedited Delivery Fee | | 20.00 | |
| County Recording Fee | | 184.00 | |
| Third Party Reconveyance Prep | | 20.00 | |
| Other Fees | | 20.00 | |
| **MISCELLANEOUS CHARGES** | | | |
| Property Taxes 2021-2022 -2nd | CCC Tax Collector | 7,041.28 | |
Case: 20-50469  Doc# 327  Filed: 05/16/22  Entered: 05/16/22 17:15:09  Page 4 of 5

|  | $ DEBITS | $ CREDITS |
|---|---|---|
| **MISCELLANEOUS CHARGES** | | |
| Installment Property Taxes  TBD | | |
| Natural Hazards Disclosure Estimate | | 123.95 |
| **Subtotals** | 1,156,866.83 | 1,691,140.77 |
| **Balance Due TO Seller** | 534,273.94 | |
| **TOTALS** | 1,691,140.77 | 1,691,140.77 |

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements to be made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER:

_____
KoKa Moti