LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
Lars@fullerlawfirm.net

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re | CASE NO. 20-50469-SLJ |
| MORDECHAI KOKA | **STATUS REPORT** |
| | CHAPTER 11 |
| Debtor | Date: May 19, 2022 |
| | Time: 2:00 PM |
| | Court: Telephone or Video Only*** |

Come now Debtor Mordechai Koka and pursuant to the Order of this Court as set forth in Docket No. 323, presents the following status report:

1.  <u>The Estimated Proceeds of Sale together with cash on hand are Sufficient to pay the secured claims, general unsecured creditors and estimated administrative costs consistent with the Plan.</u>

   a.  Per the Estimated Seller's Statement obtained from Fidelity National Title Company on May 15, 2022, the projected proceeds of sale as of a May 31, 2022 projected closing date are $534,273.94.

   b.  As of May 13, 2022, Debtor's total cash in his DIP account is $34,520.99

Case: 20-50469   Doc# 328   Filed: 05/16/22   Entered: 05/16/22 17:17:22   Page 1 of 6

FULLER LAW FIRM, P.C.
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

FULLER LAW FIRM, P.C.
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

c.      The net proceeds of sale from the Vickey Property being held by Farsad Law, P.C. are $99,732.31.

d.      Hence, there are sufficient proceeds to fund the plan as set forth below:

| | |
|---|---|
| Estimated Sales Proceeds | $534,273.94 |
| Cash in DIP | 34,520.99 |
| Vickey sale proceeds held by Farsad Law | 99,732.31 |
| Post-petition retainer held by Fuller Law Firm, P.C. | 30,000.00 |
| Total Funds | $698,527.24 |

| | |
|---|---|
| Class 1(B) arrears | $    4,662.02 |
| Class 2 General Unsecured Creditors (min) | $553,854.00 |

Admin claims

| | |
|---|---|
| Chris Hayes, Sub V Trustee | 9,717.00 |
| Farsad Law Firm (Est. per Plan) | 5,000.00 |
| Meyer Law Group (Est. per Plan) | 35,000.00 |
| Fuller Law Firm, P.C. (Est. per Plan) | 45,000.00 |
| Possible Post-conf. fees to Disbursing agent | 10,000.00 |
| | $104,717.00 |

| | |
|---|---|
| United States Trustee Fees | $  25,949.66 |
| Total Disbursements | $ 689,182.68 |
| **Estimated Overage** | **$      9,344.56** |

2.      Proposal for consummation of the Joint Plan

Counter Offer No. 1 to the Purchase and Sale Agreement (attached to the Declaration of Debtor in Support of motion authorizing sale) provides in pertinent part "Close of escrow to be 30 days after written bankruptcy court approval to move forward with the sale". The order authorizing sale was entered on May 6, 2022.  Hence, Buyers are within the terms of their contract and indeed project a closing date of May 31, 2022. Debtor proposes that the confirmation hearing be continued to sometime on or after June 5, 2022 and the confirmation deadline be likewise extended.

FULLER LAW FIRM, P.C.
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

1

2   3.  A copy of the updated Estimated Closing Statement is attached hereto as Exhibit

3 "1".

4

5 DATED: May 16, 2022     THE FULLER LAW FIRM, P.C.

6

7           By: /s/ *Lars T. Fuller*

8             LARS T. FULLER

             Attorney for Debtor

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

# Fidelity National Title Company

1340 Treat Boulevard, Suite 130, Walnut Creek, CA 94597
Phone: (925)935-3210 | Fax: (925)934-4182

## ESTIMATED SELLER'S STATEMENT

**Settlement Date:** May 31, 2022
**Disbursement Date:** May 31, 2022

**Escrow Number:** FCHC-5012200081
**Escrow Officer:** Roshon McDonald
**Email:** Roshon.McDonald@fnf.com

**Buyer:** Omri Duosin

**Seller:** KoKa Moti
858 Acalanes Road
Lafayette, CA 94549

**Property:** 858 Acalanes Road
Lafayette, CA 94549
Parcel ID(s): 252-040-002-5

| | | $ DEBITS | $ CREDITS |
|---|---|---|---|
| **FINANCIAL CONSIDERATION** | | | |
| Sale Price of Property | | | 1,690,000.00 |
| **PRORATIONS/ADJUSTMENTS** | | | |
| County Taxes at $7,041.28 | 05/31/22 to 06/30/22 ($7,041.28 / 179 X 29 days) | | 1,140.77 |
| **COMMISSIONS** | | | |
| Commission - Listing Agent | Premier Agent Network, Inc $1,690,000.00 @ 3.5000% = $59,150.00 | 59,150.00 | |
| Commission - Selling Agent | Compass $1,690,000.00 @ 2.5000% = $42,250.00 | 42,250.00 | |
| **TITLE & ESCROW CHARGES** | | | |
| Title - CALFIRPTA Processing Fee | Fidelity National Title Company | 45.00 | |
| Title - Signing Fee - Seller | Fidelity National Title Company | 175.00 | |
| Title - Special Courier Fees | Fidelity National Title Company | 75.00 | |
| **GOVERNMENT CHARGES** | | | |
| Contra Costa County Transfer Tax ($1,859.00) | Fidelity National Title Company | 1,859.00 | |
| **PAYOFFS** | | | |
| Payoff of First Mortgage Loan | Mr. Cooper | | 1,046,147.60 |
| Principal Balance | | 596,726.97 | |
| Interest To 04/28/22 | | 255,209.09 | |
| Additional Interest (From 04/28/22 To 05/31/22 @ $49.260000 Per Diem) plus 5 Extra Days | | 1,871.88 | |
| Lender Paid Expenses | | 19,752.46 | |
| Escrow Advances | | 172,318.20 | |
| Quote Fee | | 25.00 | |
| Expedited Delivery Fee | | 20.00 | |
| County Recording Fee | | 184.00 | |
| Third Party Reconveyance Prep | | 20.00 | |
| Other Fees | | 20.00 | |
| **MISCELLANEOUS CHARGES** | | | |
| Property Taxes 2021-2022 -2nd | CCC Tax Collector | 7,041.28 | |

Case: 20-50469   Doc# 328   Filed: 05/16/22   Entered: 05/16/22 17:17:22   Page 5 of 6

(FCHC-5012200081/29) May 14, 2022 09:08 AM

|  | $ DEBITS | $ CREDITS |
|---|---|---|
| **MISCELLANEOUS CHARGES** | | |
| Installment Property Taxes | | |
| Natural Hazards Disclosure Estimate    TBD | | 123.95 |
| **Subtotals** | 1,156,866.83 | 1,691,140.77 |
| **Balance Due TO Seller** | **534,273.94** | |
| **TOTALS** | 1,691,140.77 | 1,691,140.77 |

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements to be made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER:

_____

KoKa Moti