LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
Lars@fullerlawfirm.net

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

In re

MORDECHAI KOKA

Debtor

CASE NO. 20-50469-SLJ

**DECLARATION OF DEBTOR IN SUPPORT OF CONFIRMATION**

CHAPTER 11

Date:     May 19, 2022
Time:     2:00 PM
Court:    Telephone or Video Only***

I, Mordechai Koka declare and say:

1.      I am the Debtor herein and am a proponent of the Joint Plan and Disclosure Statement dated Jan. 24, 2022.

2.      I am the owner of 858 Acalanes Rd. Lafayette, CA ("Property" hereinafter). The Property is in escrow. Pursuant to the terms of the purchase and sale agreement, the Buyers have until 30 days from the date of the order authorizing sale to close escrow.  The order authorizing sale was entered on May 6, 2022.  Hence, absent a re-negotiated agreement, Buyers have until June 5, 2022 to close escrow. There have been no adjustments to the sales price.  I am informed and believe that Buyers are striving to close escrow on May 31, 2022.

Case: 20-50469    Doc# 329    Filed: 05/16/22    Entered: 05/16/22 17:19:15    Page 1 of 8

FULLER LAW FIRM, P.C.
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

FULLER LAW FIRM, P.C.
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

3.      My real estate agent met the buyer's appraiser on the Property on May 13, 2022. On information and belief, the appraisal report will be available by May 17, 2022. However, the appraisal, though necessary for the loan, is not a contingency of the sale.

4.      On information and belief, buyers locked their loan for a 30 day lock on or about May 10, 2022.

5      As of May 13, 2022, I had $34,520.99 in my DIP accounts. A true and correct copy of the Wells Fargo Bank screenshot is attached hereto as Exhibit "1".

6.      Attached hereto as Exhibit "2" is the latest escrow settlement statement.

7.      Based on Exhibit "2" the net proceeds of sale of my Property are $534,273.94.

8.      I expect to receive additional earned income before the end of May. Such income is not necessary to fund the Plan on the Effective Date.

9.      Without any additional earned income, assuming a May 31, 2022 closing date, the total amount available to fund the plan is $698,527.24.

10.     Other than secured claims which will be paid off concurrent with the Closing of the sale of the Property and other than some administrative claims which have not yet been determined the amount necessary to fund the plan is as follows:

| | |
|---|---|
| Class 1 B (Paru St) | $   4,662.02 |
| Class 2 General Unsecured | 553,854.00 |
| Chris Hayes | 9,717.00 |
| UST Fees | 25,949.66 |
| Total | 594,182.68 |
| Balance for admin claims | $104,344.56 |

The brief filed in support of confirmation projects the remaining admin claims at $95,000 Hence there is a projected surplus of about $9,000 after payment of the unliquidated administrative claims.

11.     As set forth in my prior declarations, I expect to have minimal living expenses are close of escrow on the Property.  The rents on my Alameda Property will be more than sufficient to cover my mortgage payments on the Alameda property.

---

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: May 16, 2022

By:   /s/ *Mordechai Koka*

FULLER LAW FIRM, P.C.
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

# EXHIBIT 1

**6:54**      LTE 

# WELLS FARGO

## Account Summary

### Paru
…2053

$7,336.12

Available balance

### Personal Account
…2061

$27,184.87

Available balance

# EXHIBIT 2

# Fidelity National Title Company

1340 Treat Boulevard, Suite 130, Walnut Creek, CA 94597
Phone: (925)935-3210 | Fax: (925)934-4182

## ESTIMATED SELLER'S STATEMENT

| | |
|---|---|
| **Settlement Date:** May 31, 2022 | **Escrow Number:** FCHC-5012200081 |
| **Disbursement Date:** May 31, 2022 | **Escrow Officer:** Roshon McDonald |
| | **Email:** Roshon.McDonald@fnf.com |

**Buyer:** Omri Duosin

**Seller:** KoKa Moti
858 Acalanes Road
Lafayette, CA 94549

**Property:** 858 Acalanes Road
Lafayette, CA 94549
Parcel ID(s): 252-040-002-5

| | | $ DEBITS $ | CREDITS |
|---|---|---:|---:|
| **FINANCIAL CONSIDERATION** | | | |
| Sale Price of Property | | | 1,690,000.00 |
| **PRORATIONS/ADJUSTMENTS** | | | |
| County Taxes at $7,041.28 | 05/31/22 to 06/30/22 ($7,041.28 / 179 X 29 days) | | 1,140.77 |
| **COMMISSIONS** | | | |
| Commission **-** Listing Agent | Premier Agent Network, Inc<br>$1,690,000.00 @ 3.5000% = $59,150.00 | 59,150.00 | |
| Commission **-** Selling Agent | Compass<br>$1,690,000.00 @ 2.5000% = $42,250.00 | 42,250.00 | |
| **TITLE & ESCROW CHARGES** | | | |
| Title **-** CALFIRPTA Processing Fee | Fidelity National Title Company | 45.00 | |
| Title **-** Signing Fee **-** Seller | Fidelity National Title Company | 175.00 | |
| Title **-** Special Courier Fees | Fidelity National Title Company | 75.00 | |
| **GOVERNMENT CHARGES** | | | |
| Contra Costa County Transfer Tax ($1,859.00) | Fidelity National Title Company | 1,859.00 | |
| **PAYOFFS** | | | |
| Payoff of First Mortgage Loan | Mr. Cooper | 1,046,147.60 | |
|    Principal Balance | | 596,726.97 | |
|    Interest To 04/28/22 | | 255,209.09 | |
|    Additional Interest (From 04/28/22 To 05/31/22 @ $49.260000 Per Diem) plus 5 Extra Days | | 1,871.88 | |
|    Lender Paid Expenses | | 19,752.46 | |
|    Escrow Advances | | 172,318.20 | |
|    Quote Fee | | 25.00 | |
|    Expedited Delivery Fee | | 20.00 | |
|    County Recording Fee | | 184.00 | |
|    Third Party Reconveyance Prep | | 20.00 | |
|    Other Fees | | 20.00 | |
| **MISCELLANEOUS CHARGES** | | | |
| Property Taxes 2021-2022 -2nd | CCC Tax Collector | 7,041.28 | |

Case: 20-50469    Doc# 329    Filed: 05/16/22    Entered: 05/16/22 17:19:15    Page 7 of 8

| | | $ DEBITS | $ CREDITS |
|---|---|---|---|
| **MISCELLANEOUS CHARGES** | | | |
| Installment Property Taxes | | | |
| Natural Hazards Disclosure Estimate | TBD | 123.95 | |
| **Subtotals** | | 1,156,866.83 | 1,691,140.77 |
| **Balance Due TO Seller** | | **534,273.94** | |
| **TOTALS** | | 1,691,140.77 | 1,691,140.77 |

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements to be made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER:

_____

KoKa Moti