U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

In re: **Mordechai Koka**
BK Case No.: **20-50469-SLJ**

# CERTIFICATE OF SERVICE

    I, Lars T. Fuller, declare that I am a citizen and resident of the United States of America and over 18 years of age and not a party to the within entitled litigation. My business address is The Fuller Law Firm, P.C., 60 North Keeble Avenue, San Jose, California 95126. On this date I served the following documents on the person named below by faxing a true copy thereof to the fax number indicated below or by placing a true copy thereof in a sealed envelope with first class postage thereon, fully prepaid, in the United States mail at San Jose, California addressed as addressed below or by e-mail or by electronic filing, as set forth below:

1) **Report of Sale**
2) **Status Report**
3) **Declaration of Debtor in Support of Confirmation**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on *May 16, 2022* at San Jose, California.

                                                                    _____/s/ *Lars T. Fuller*_____

**ELECTRONIC SERVICE LIST:**

Office of the U.S. Trustee, Attn: Jared A. Day, 300 Booth St. #3009, Reno, NV 89509
Christopher Hayes, Subchapter V Trustee, 23 Railroad Ave, #1238, Danville, CA 94526
All ECF Participants

**MAIL SERVICE LIST:**

Dale and Melissa Gardner
442 Fulton Court
Santa Clara, CA 95051

Dale and Melissa Garner
c/o Brent D. Meyer, Esq.
Meyer Law Group, LLP
268 Bush Street #3639
San Francisco, California 94104

Jeff and Amalia Hanna
161 Cherry Ave.
Campbell, CA 95008-3415

Jeff and Amalia Hanna
c/o Lockhart Park, LLP
5201 Great America Parkway, Suite 320
Santa Clara, CA 95054

HSBC Bank USA, N.A.
Attn: Michal Michael Roberts, CEO
1800 Tysons Blvd, Suite 50
Tysons, VA 22102

HSBC Bank USA, N.A.
c/o Nationstar Mortgage LLC
d/b/a Mr. Cooper
Attn: Bankruptcy Department
PO Box 619096
Dallas, TX 75261-9741

HSBC Bank USA, N.A.
c/o Nationstar Mortgage LLC
Attn: Christopher Coppell
8950 Cypress Waters Blvd
Dallas, TX 75019

Aldridge Pite, LLP
Attn: Christopher M. McDermott
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

HSBC Bank USA, N.A.
c/o Nationstar Mortgage LLC
P.O Box 619089
Dallas, TX 75261

HSBC Bank USA, N.A.
1610 R Street, Suite 300 (Office 326)
Sacramento, CA 95811

HSBC Bank USA, N.A.
c/o BDFTW, LLP
4004 Belt Line Rd Ste. 100
Addison, TX 75001-4320

Deutsche Bank, N.A.
c/o Jennifer Wong, Esq.
McCarthy & Holthus LLP
2763 Camino Del Rio, #100
San Diego, CA 92108

Deutsche Bank, N.A.
c/o Select Portfolio Servicing, Inc.
Attn: Legal Department
P.O. Box 65250
Salt Lake City, UT 84165-0250

Allan and Nicole Hulgan
549 Papac Way
San Jose, CA 95117

Mai Houng
9814 Davona Drive
San Ramon, CA 94583

United Site Services
Attn: Christina Belknap
P.O. Box 660475
Dallas, TX 75266

Collect. Bureau of America
Attn: Marian Malmstrom
25954 Eden Landing Road
Hayward, CA 94545