

The following constitutes the order of the Court.
Signed: May 18, 2022

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA,<br><br>      Debtor. | Case No.: 20-50469 SLJ<br><br>Chapter 11<br><br>Date: May 19, 2022<br>Time: 2:00 p.m.<br>Ctrm: remote |

## ORDER CONTINUING CONFIRMATION HEARING

A continued confirmation hearing on the joint plan proposed by Debtor and Dale and Melissa Gardner ("Joint Plan") is set for the above-referenced date and time. Jeff and Amalia Hanna have objected to the Joint Plan. The Joint Plan provides for different scenarios depending on whether the net proceeds from the sale of Debtor's real property in Lafayette, California ("Lafayette Property") achieve certain threshold amount. Debtor filed a Status Report indicating that sale of the Lafayette Property was not complete but it is expected to close May 31, 2022. Assuming the sale closes and further that the purchase price remains unchanged, the amount of net proceeds from the sale will be determined which may narrow the issues for confirmation.

Accordingly,

IT IS HEREBY ORDERED as follows:

1. The confirmation hearing on the Joint Plan is CONTINUED to **June 7, 2022, at 1:00 p.m.,** a date that is specially set and reserved for this matter.

2. No later than **June 3, 2022, at 12:00 p.m**., Debtor shall file three documents and serve both on interested parties and creditors who voted on the Joint Plan:

   a. A **Report of Sale** which discloses the sale price, adjustments, and final net figure paid to the estate for distribution to creditors, etc.[1] But, if the proposed sale has not closed, a statement to that effect which explains in detail the circumstances that caused the sale not to close and committing to a closing date; and

   b. A **Status Report** for the case addressing:

      i. Whether the sale proceeds are sufficient to pay secured claims and the amounts due to unsecured creditors under the Joint Plan;

      ii. If the proceeds are not sufficient under (i), **or the sale has not closed,** Debtor's clear and specific proposal for consummation of the Joint Plan, taking into account that Debtor has not had the regular earnings he has claimed in this case, and has stated some intention to leave the United States in the future.

   c. A **declaration** from Debtor signed under penalty of perjury supporting the facts in paragraphs (a) and (b), above.

*** END OF ORDER***

---

[1] Debtor may attach a copy of the final closing statement for this purpose.

ORDER CONTINUING CONFIRMATION HEARING
-2-

Case: 20-50469    Doc# 331    Filed: 05/18/22    Entered: 05/18/22 13:36:51    Page 2 of 3

**COURT SERVICE LIST**

ECF Notifications

ORDER CONTINUING CONFIRMATION HEARING

-3-