LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
**THE FULLER LAW FIRM, P.C.**
60 No. Keeble Avenue
San Jose, California 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
Lars@fullerlawfirm.net

Attorneys for Debtor
MORDECHAI KOKA

**MEYER LAW GROUP LLP**
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone:  (415) 765-1588
Facsimile:  (415) 762-5277
Email:     brent@meyerllp.com

Attorneys for Creditors
DALE GARDNER and
MELISSA GARDNER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | BK Case No.: 20-50469-SLJ |
| MORDECHAI KOKA, | Chapter 11 |
| Debtor in Possession. | ***EX PARTE* APPLICATION TO EXTEND DEADLINE TO CONFIRM CHAPTER 11 PLAN** |
| | Date:      [NONE SCHEDULED]<br>Time:<br>Location:<br>Judge:     Hon. Stephen L. Johnson |

BK CASE NO. 20-50469-SLJ

- 1 -

*EX PARTE* APPLICATION TO EXTEND DEADLINE TO CONFIRM CHAPTER 11 PLAN
Case: 20-50469   Doc# 333   Filed: 06/01/22   Entered: 06/01/22 14:46:56   Page 1 of 2

Debtor Mordechai Koka ("Debtor") and creditors Dale Gardner and Melissa Gardner (the "Gardners") hereby jointly submit this *ex parte* application (the "Application") to extend the deadline to confirm a Chapter 11 Plan of Reorganization in the above-referenced matter based on the following.

1. On March 10, 2020, debtor Mordechai Koka commenced a voluntary petition for relief under Title 11, Chapter 11 of the United States Code. See Dkt. No. 1.

2. On March 11, 2021, the Court entered an order that Debtor shall "have a plan of reorganization confirmed by August 5, 2021," which has been subsequently extended by the Court to June 2, 2022 (the "Confirmation Deadline"). See Dkt. Nos. 112, 204, 319.

3. On December 2, 2021, Debtor and the Gardners filed a *Joint Proposed Combined Plan of Reorganization and Disclosure Statement (December 2, 2021)* (the "Joint Plan"), which this Court subsequently approved the disclosures setforth therein with certain requested revisions. See Dkt Nos. 275, 294-295. The hearing on confirmation of the Joint Plan (with the requested revisions) has been continued to June 7, 2022 at 1:00 p.m. See Dkt. No. 331.

4. Debtor and the Gardners request that the Court extend the Confirmation Deadline to June 17, 2022, in order to provide sufficient time to seek confirmation of the Joint Plan.

Based on the foregoing, Debtor and the Gardners respectfully request that the Court enter an order granting the Application in its entirety, setting June 17, 2022 as the deadline for Debtor to confirm a Chapter 11 Plan of Reorganization, and for such other further relief as necessary.

Dated: June 1, 2022　　　　　　　　　　**THE FULLER LAW FIRM, P.C.**
　　　　　　　　　　　　　　　　　　　By: /s/ LARS FULLER
　　　　　　　　　　　　　　　　　　　　Lars T. Fuller
　　　　　　　　　　　　　　　　　　　　Attorneys for Debtor
　　　　　　　　　　　　　　　　　　　　MORDECHAI KOKA

Dated: June 1, 2022　　　　　　　　　　**MEYER LAW GROUP, LLP**
　　　　　　　　　　　　　　　　　　　By: /s/ BRENT D. MEYER
　　　　　　　　　　　　　　　　　　　　Brent D. Meyer
　　　　　　　　　　　　　　　　　　　　Attorneys for Creditors DALE
　　　　　　　　　　　　　　　　　　　　GARDNER and MELISSA GARDNER