

**Entered on Docket
June 02, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

The following constitutes the order of the Court.
Signed: June 2, 2022

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
**THE FULLER LAW FIRM, P.C.**
60 No. Keeble Avenue
San Jose, California 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
Lars@fullerlawfirm.net

Attorneys for Debtor
MORDECHAI KOKA

**MEYER LAW GROUP LLP**
 A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone:   (415) 765-1588
Facsimile:   (415) 762-5277
Email:       brent@meyerllp.com

Attorneys for Creditors
DALE GARDNER and
MELISSA GARDNER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | BK Case No.: 20-50469-SLJ |
| MORDECHAI KOKA, | Chapter 11 |
| Debtor in Possession. | **ORDER APPROVING *EX PARTE* APPLICATION TO EXTEND DEADLINE TO CONFIRM CHAPTER 11 PLAN** |
| | Date:     [NO HEARING HELD] |
| | Time: |
| | Location: |
| | Judge:    Hon. Stephen L. Johnson |

- 1 -

On June 1, 2022, debtor Mordechai Koka ("Debtor") and creditors Dale Gardner and Melissa Gardner (the "Gardners") jointly filed an *Ex Parte Application to Extend the Deadline to Confirm Chapter 11 Plan* (the "Application") [Dkt. No. 333] in the above-captioned matter.

Upon due consideration, and for good cause shown, the Court hereby orders as follows:

(1) The Application is **APPROVED** in its entirety.

(2) The *Order Extending Confirmation Deadline* [Dkt. No. 319] shall be modified to provide as follows: "IT IS HEREBY ORDERED that the deadline to confirm a plan is extended through June 17, 2022."

(3) The extension of the deadline set forth in Paragraph (2) of this Order is *without* prejudice to Debtor, the Gardners, or any other party in interest seeking a further extension of time to confirm a plan of reorganization.

**\*\*\* END OF ORDER \*\*\***

## COURT SERVICE LIST

None