LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
Lars@fullerlawfirm.net

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA<br><br><br>Debtor | CASE NO. 20-50469-SLJ<br><br>**REPORT OF SALE**<br><br>CHAPTER 11<br><br>Date:    June 7, 2022<br>Time:    1:00 PM<br>Court:   Telephone or Video Only*** |

Come now Debtor Moti Koka and pursuant to the Order of this Court as set forth in Docket No. 331, represents as follows:

1.    An Order Authorizing Sale was entered on May 6, 2022.

2.    On information and belief based on counsel's conversation with the Listing Agent, Buyer moved expeditiously to lock his loan and an appraisal was promptly ordered. Mr. Dankhen met the appraiser on the Property on May 13, 2022. There are no known appraisal issues.

3.    The closing was projected to occur on May 31, 2022. Apparently because of processing delays, it did not.

4.    The Buyer signed Closing Disclosures on June 1, 2022.

5.    There have been no changes to the purchase price nor any other changes to the

Report of Sale

terms of the sale. The purchase price remains at $1,690,000. The net proceeds of sale are estimated at $529,914.27. The latest estimated closing statement from the escrow holder is attached to Debtor's declaration filed concurrent herewith.

6. If there are no scheduling or drafting glitches, escrow may close as soon as Tuesday June 7, 2022. It is possible that this date will slip by a few days.

Respectfully submitted,

DATED: June 3, 2022    THE FULLER LAW FIRM, P.C.

By: /s/ *Lars T. Fuller*
LARS T. FULLER
Attorney for Debtor

Report of Sale