LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
Lars@fullerlawfirm.net

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA<br><br>Debtor | CASE NO. 20-50469-SLJ<br><br>**STATUS REPORT**<br><br>CHAPTER 11<br><br>Date:    June 7, 2022<br>Time:   1:00 PM<br>Court:  Telephone or Video Only*** |

Come now Debtor Mordechai Koka and pursuant to the Order of this Court as set forth in Docket No. 331, presents the following status report:

1. <u>The Estimated Proceeds of Sale together with cash on hand are Sufficient to pay the secured claims, general unsecured creditors and estimated administrative costs consistent with the Plan.</u>

    a.    Per the Estimated Seller's Statement obtained from Fidelity National Title Company on June 3, 2022, the projected proceeds of sale as of a June 10, 2022 projected closing date are $529,914.27.

    b.    As of June 2, 2022, Debtor's total cash in his DIP accounts is $36,804.36.

c. The net proceeds of sale from the Vickey Property being held by Farsad Law, P.C. are $99,732.31.

d. Hence, there are sufficient proceeds to fund the plan as set forth below:

| | | |
|---|---:|---:|
| Estimated Sales Proceeds | $529,914.27 | |
| Cash in DIP | 36,804.36 | |
| Vickey sale proceeds held by Farsad Law | 99,732.31 | |
| Post-petition retainer held by Fuller Law Firm, P.C. | 30,000.00 | |
| Total Funds | | $696,450.94 |
| | | |
| Class 1(B) arrears | | $ 4,662.02 |
| Class 2 General Unsecured Creditors (min) | | $553,854.00 |
| Admin claims | | |
|    Chris Hayes, Sub V Trustee | 9,717.00 | |
|    Farsad Law Firm (Est. per Plan) | 5,000.00 | |
|    Meyer Law Group (Est. per Plan) | 35,000.00 | |
|    Fuller Law Firm, P.C. (Est. per Plan) | 45,000.00 | |
|    Possible Post-conf. fees to Disbursing agent | 10,000.00 | |
| | | $104,717.00 |
| United States Trustee Fees | | $ 25,949.66 |
| Total Disbursements | | $ 689,182.68 |
| **Estimated Overage** | | **$ 7,268.26** |

2. <u>Proposal for consummation of the Joint Plan</u>

Escrow was previously projected to close on May 31, 2022. It did not. Based on conversations with the listing agent (who conferred with Kyle, the loan officer at First Republic Bank that is handling the buyer's loan), the following is the current schedule.

a. Closing disclosures were signed by the Buyer on June 1, 2022[1]

b. The time for closing disclosures to run is Friday June 3, 2022 if these were

---

[1] 72 hours must run from the date the closing disclosures are <u>returned</u> before loan documents may be signed. It is unclear if the closing disclosures were returned on June 1, 2022 or the next morning.

FULLER LAW FIRM, P.C.
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

1 promptly returned on the date signed rather than the next morning.

2     c.    The earliest date that loan documents may be signed is Saturday June 4, 2022.

3     d.    If loan documents are signed by Saturday June 4, 2022, the loan can fund on Monday June 6, 2022.

5     e.    If the loan funds on Monday June 6, 2022, escrow may close on Tuesday June 7, 2022.

If there are any scheduling issues these dates will slip by a day or a few days.

3. A copy of the updated Estimated Closing Statement is attached to the declaration of debtor filed concurrent herewith. In case any of the dates set forth above slip, the estimated closing statement uses a closing date of June 10, 2022.

Debtor respectfully suggests that counsel be permitted to file a statement by 2:00 PM on Monday June 6, 2022 informing the Court and the parties whether the loan has funded so the Court may determine whether to proceed with the confirmation hearing.

DATED: June 3, 2022     THE FULLER LAW FIRM, P.C.

By:  /s/ *Lars T. Fuller*
    LARS T. FULLER
    Attorney for Debtor