LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
Lars@fullerlawfirm.net

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA<br><br>Debtor | CASE NO. 20-50469-SLJ<br><br>**DECLARATION OF DEBTOR IN SUPPORT OF CONFIRMATION**<br><br>CHAPTER 11<br><br>Date: June 7, 2022<br>Time: 1:00 PM<br>Court: Telephone or Video Only*** |

I, Mordechai Koka declare and say:

1.    I am the Debtor herein and am a proponent of the Joint Plan and Disclosure Statement dated Jan. 24, 2022.

2.    I am the owner of 858 Acalanes Rd. Lafayette, CA ("Property" hereinafter). The Property is in escrow. There have been no adjustments to the sales price. I am informed and believe that escrow will close at best on June 7, 2022 or if any unforeseen delays, a few days thereafter.

3.    My real estate agent met the buyer's appraiser on the Property on May 13, 2022. Appraised value was not a contingency of the sale.

Declaration of Debtor in Support of Confirmation

FULLER LAW FIRM, P.C.
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

4. On information and belief, buyers locked their loan for a 30 day lock on or about May 10, 2022. On that basis, the buyers have an incentive to fund the loan no later than June 9, 2022.

5 As of June 2, 2022, I had $36,804.36 in my DIP accounts. A true and correct copy of the Wells Fargo Bank screenshot is attached hereto as Exhibit "1".

6. Attached hereto as Exhibit "2" is the latest escrow settlement statement. It uses a June 10, 2022 closing date.

7. Based on Exhibit "2" the net proceeds of sale of my Property are $529,914.27. The Plan contemplates net proceeds of $525,000. Hence, the net proceeds appear to be sufficient. In the event the net proceeds are a few thousand short of $525,000, I have asked by listing agent to make commission concessions not to exceed a few thousand dollars. He appears amenable subject to approval of his broker. However, at this time this does not appear necessary.

8. I expect to receive additional earned income before the end of June. I do not know if this will be before or after confirmation. However, such income is not necessary to fund the Plan on the Effective Date.

9. Without any additional earned income, assuming a June 10, 2022 closing date, the total amount available to fund the plan is $696,450.94.

10. Other than secured claims which will be paid off concurrent with the Closing of the sale of the Property and other than some administrative claims which have not yet been determined the amount necessary to fund the plan is as follows:

| | |
|---|---:|
| Class 1 B (Paru St) | $ 4,662.02 |
| Class 2 General Unsecured | 553,854.00 |
| Chris Hayes | 9,717.00 |
| UST Fees | 25,949.66 |
| Total | 594,182.68 |
| Balance for admin claims | $102,268.26 |

The brief filed in support of confirmation projects the remaining admin claims at $95,000 Hence there is a projected surplus of about $7,268 after payment of the unliquidated

Declaration of Debtor in Support of Confirmation

administrative claims.

11. As set forth in my prior declarations, I expect to have minimal living expenses after close of escrow on the Property. The rents on my Alameda Property will be more than sufficient to cover my mortgage payments on the Alameda property.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 3, 2022

By: /s/ *Mordechai Koka*

# EXHIBIT 1

Case: 20-50469　　Doc# 337　　Filed: 06/03/22　　Entered: 06/03/22 11:44:47　　Page 4 of 8

# WELLS FARGO

## Account Summary

**Paru**
...2053

$6,800.29
Available balance

**Personal Account**
...2061

$30,004.07
Available balance

View your FICO® Credit Score >



Want to buy a home?

NeighborhoodLIFT could help with your down payment

See if you qualify

My Wells Fargo Deals   ?                More Deals

Case: 20-50469   Doc# 337   Filed: 06/03/22   Entered: 06/03/22 11:44:47   Page 5 of 8

# EXHIBIT 2

# Fidelity National Title Company

1340 Treat Boulevard, Suite 130, Walnut Creek, CA 94597
Phone: (925)935-3210 | Fax: (925)934-4182

## ESTIMATED SELLER'S STATEMENT

**Settlement Date:** June 10, 2022  **Escrow Number:** FCHC-5012200081
**Disbursement Date:** June 10, 2022  **Escrow Officer:** Roshon McDonald
  **Email:** Roshon.McDonald@fnf.com

**Buyer:** Omri Duosin
2461 Olympic Boulevard
Walnut Creek, CA 94595

**Seller:** Moti Koka
858 Acalanes Road
Lafayette, CA 94549

**Property:** 858 Acalanes Road
Lafayette, CA 94549
Parcel ID(s): 252-040-002-5

| | | $ DEBITS $ | CREDITS |
|---|---|---|---|
| **FINANCIAL CONSIDERATION** | | | |
| Sale Price of Property | | | 1,690,000.00 |
| **PRORATIONS/ADJUSTMENTS** | | | |
| County Taxes at $7,041.28 | 06/10/22 to 07/01/22 ($7,041.28 / 180 X 21 days) | | 821.48 |
| **COMMISSIONS** | | | |
| Commission - Listing Agent | Premier Agent Network, Inc $1,690,000.00 @ 3.5000% = $59,150.00 | 59,150.00 | |
| Commission - Selling Agent | Compass $1,690,000.00 @ 2.5000% = $42,250.00 | 42,250.00 | |
| **TITLE & ESCROW CHARGES** | | | |
| Title - CALFIRPTA Processing Fee | Fidelity National Title Company | 45.00 | |
| Title - Signing Fee - Seller | Fidelity National Title Company | 175.00 | |
| Title - Special Courier Fees | Fidelity National Title Company | 75.00 | |
| **GOVERNMENT CHARGES** | | | |
| Contra Costa County Transfer Tax ($1,859.00) | Fidelity National Title Company | 1,859.00 | |
| **PAYOFFS** | | | |
| Payoff of First Mortgage Loan | Mr. Cooper | 1,057,229.26 | |
| Principal Balance | | 596,726.97 | |
| Interest To 06/13/22 | | 257,925.35 | |
| Lender Paid Expenses | | 20,502.46 | |
| Escrow Advances | | 181,765.48 | |
| Quote Fee | | 25.00 | |
| Expedited Delivery Fee | | 20.00 | |
| County Recording Fee | | 184.00 | |
| Third Party Reconveyance Prep | | 20.00 | |
| Other Fees | | 60.00 | |
| **MISCELLANEOUS CHARGES** | | | |
| Property Taxes 2021-2022 -2nd Installment ALL PAID | CCC Tax Collector | | |
| $7,041.28 paid outside closing by Seller | | | |

Case: 20-50469   Doc# 337   Filed: 06/03/22   Entered: 06/03/22 11:44:47   Page 7 of 8

|  |  | **$ DEBITS** | **$ CREDITS** |
|---|---|---:|---:|
| **MISCELLANEOUS CHARGES** |  |  |  |
| Natural Hazards Disclosure Estimate | TBD |  | 123.95 |
| **Subtotals** |  | 1,160,907.21 | 1,690,821.48 |
| **Balance Due TO Seller** |  | 529,914.27 |  |
| **TOTALS** |  | 1,690,821.48 | 1,690,821.48 |

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements to be made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER:

_____

Moti Koka