

The following constitutes the order of the Court.
Signed: June 3, 2022

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

MORDECHAI KOKA,

    Debtor.

Case No.: 20-50469 SLJ

Chapter 11

Date: June 7, 2022
Time: 1:00 p.m.
Ctrm: remote

**ORDER CONTINUING CONFIRMATION HEARING AND STATUS CONFERENCE**

    A continued confirmation hearing on the joint plan proposed by Debtor and Dale and Melissa Gardner ("Joint Plan") is set for the above-referenced date and time. Jeff and Amalia Hanna have objected to the Joint Plan. The Joint Plan provides for different scenarios depending on whether the net proceeds from the sale of Debtor's real property in Lafayette, California ("Lafayette Property") achieve certain threshold amount. Debtor filed a Status Report indicating that the sale of the Lafayette Property was not completed but it is expected to close by June 10, 2022. Assuming there is no opposition and the sale closes, the amount of net proceeds from the sale will be determined which may narrow the issues for confirmation. Accordingly,

    IT IS HEREBY ORDERED as follows:

1. The confirmation hearing on the Joint Plan and the status conference are CONTINUED to **June 14, 2022, at 1:30 p.m.,** a date this is specially set and reserved for this matter.
2. No later than **June 10, 2022**, Debtor shall file a status report and report of sale as indicated in the previous Order Continuing Confirmation Hearing (DKT 331).

*** END OF ORDER***

**COURT SERVICE LIST**

ECF Notifications

ORDER CONTINUING CONFIRMATION HEARING
-3-