LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
Lars@fullerlawfirm.net

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA<br><br>Debtor | CASE NO. 20-50469-SLJ<br><br>**REPORT OF SALE**<br><br>CHAPTER 11<br><br>Date: June 14, 2022<br>Time: 1:30 PM<br>Court: Telephone or Video Only*** |

Come now Debtor Moti Koka and represents as follows:

1. An Order Authorizing Sale was entered on May 6, 2022.

2. Escrow closed on June 8, 2022.

3. There were no adjustments to the sales price. The sales price was $1,690,000.

4. The net proceeds of sale were $530,083.63.

5. These funds were wired to The Fuller Law Firm, P.C. IOLTA account and remain in the account undisbursed awaiting confirmation of a plan or further order from the Court.

Respectfully submitted,

Report of Sale

Case: 20-50469    Doc# 340    Filed: 06/10/22    Entered: 06/10/22 14:00:51    Page 1 of 2

| | |
|---|---|
| DATED: June 9, 2022 | THE FULLER LAW FIRM, P.C. |
| | By: /s/ *Lars T. Fuller*<br>LARS T. FULLER<br>Attorney for Debtor |

FULLER LAW FIRM, P.C.
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595