LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
Lars@fullerlawfirm.net

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA<br><br>Debtor | CASE NO. 20-50469-SLJ<br><br>**STATUS REPORT**<br><br>CHAPTER 11<br><br>Date: June 14, 2022<br>Time: 1:30 PM<br>Court: Telephone or Video Only*** |

Come now Debtor Mordechai Koka and pursuant to the Order of this Court as set forth in Docket No. 331, presents the following status report:

1. <u>The Proceeds of Sale together with cash on hand are Sufficient to pay the secured claims, general unsecured creditors and estimated administrative costs consistent with the Plan.</u>

    a. The net proceeds of sale of the Lafayette Property are $530,083.63

    b. As of June 2, 2022, Debtor's total cash in his DIP accounts is $35,927.52.

    c. The net proceeds of sale from the Vickey Property being held by Farsad Law, P.C. are $99,732.31.

    d. Hence, there are sufficient proceeds to fund the plan as set forth below:

Status Report

| | | |
|---|---|---|
| Estimated Sales Proceeds | | $530,083.63 |
| Cash in DIP | 37,429.26 | |
| Less May & Jun Paru mortgage pmt. | 10,861.56 | |
| | 26,567.70 | |
| Vickey sale proceeds held by Farsad Law | 99,732.31 | |
| Post-petition retainer held by Fuller Law Firm, P.C. | 30,000.00 | |
| Total Funds | | $686,383.64 |
| | | |
| Class 1(B) arrears | | $ 4,662.02 |
| Class 2 General Unsecured Creditors (min) | | $540,083.63[1] |
| Admin claims | | |
|     Chris Hayes, Sub V Trustee | 9,717.00 | |
|     Farsad Law Firm (Est. per Plan) | 5,000.00 | |
|     Meyer Law Group (Est. per Plan) | 35,000.00 | |
|     Fuller Law Firm, P.C. (Est. per Plan) | 45,000.00 | |
|     Possible Post-conf. fees to Disbursing agent | 10,000.00[2] | |
| | | $104,717.00 |
| United States Trustee Fees | | $ 25,949.66 |
|     Total Disbursements | | $ 670,750.29 |
| **Estimated Excess** | | **$ 15,633.35** |

DATED: June 9, 2022        THE FULLER LAW FIRM, P.C.

By:  /s/ *Lars T. Fuller*
     LARS T. FULLER
     Attorney for Debtor

---

[1] Plan provides for minimum net proceeds from sale of Acalanes property of $525,000 plus $10,000 cash on Effective Date. In fact the net proceeds of sale were $530,083.63. Hence, arguably unsecured creditors are to receive the net proceeds plus $10,000.

[2] Since the Acalanes Property was sold pre-confirmation, the private trustee services may not be required in which event these fees may be substantially lower.