LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852
Lars@fullerlawfirm.net

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA<br><br>Debtor | CASE NO. 20-50469-SLJ<br><br>**DECLARATION OF DEBTOR IN SUPPORT OF CONFIRMATION**<br><br>CHAPTER 11<br><br>Date: June 14, 2022<br>Time: 1:30 PM<br>Court: Telephone or Video Only*** |

I, Mordechai Koka declare and say:

1. I am the Debtor herein and am a proponent of the Joint Plan and Disclosure Statement dated Jan. 24, 2022.

2. I was the owner of 858 Acalanes Rd. Lafayette, CA ("Property" hereinafter). Escrow on the sale of the Property closed on June 7, 2022. The net proceeds of sale are $530,083.63. A true and correct copy of the final closing statement is attached hereto as Exhibit "1".A true and correct copy of the Deed is attached hereto as Exhibit "2".

3 As of June 9, 2022, I had $37,429.26 in my DIP accounts. However, today I made the May and June 2022 mortgage payment on my Paru property in the amount of $10,861.56. My

Declaration of Debtor in Support of Confirmation

DIP account balances amount to $25,890.29. A true and correct copy of the Wells Fargo Bank screenshot is attached hereto as Exhibit "3".

4. As set forth in the Status Report filed concurrent herewith, after payment of Class 1(B) arrears of $4,662.02 and payment of the minimum distribution to general unsecured of $540,083.63 and projected administrative expenses, there remains an excess of $15,633.35. Hence I contend that the Plan has Effective Date feasibility.

5. As set forth in my prior declarations, I expect to have minimal living expenses. I can stay with my son rent free or with my mother in Israel rent free. The rents on my Alameda Property will be more than sufficient to cover my mortgage payments on the Alameda property.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 9, 2022

By: /s/ *Mordechai Koka*

# EXHIBIT 1

# Fidelity National Title Company

1340 Treat Boulevard, Suite 130, Walnut Creek, CA 94597
Phone: (925)935-3210 | Fax: (925)934-4182

## FINAL SELLER'S STATEMENT

**Settlement Date:** June 7, 2022
**Disbursement Date:** June 7, 2022

**Escrow Number:** FCHC-5012200081
**Escrow Officer:** Roshon McDonald
**Email:** Roshon.McDonald@fnf.com

**Buyer:** Omri Duosin
2461 Olympic Boulevard
Walnut Creek, CA 94595

**Seller:** Moti Koka
858 Acalanes Road
Lafayette, CA 94549

**Property:** 858 Acalanes Road
Lafayette, CA 94549
Parcel ID(s): 252-040-002-5

| | | $ DEBITS $ | CREDITS |
|---|---|---:|---:|
| **FINANCIAL CONSIDERATION** | | | |
| Sale Price of Property | | | 1,690,000.00 |
| **PRORATIONS/ADJUSTMENTS** | | | |
| County Taxes at $7,041.28 | 06/07/22 to 07/01/22 ($7,041.28 / 180 X 24 days) | | 938.84 |
| **COMMISSIONS** | | | |
| Commission - Listing Agent | Premier Agent Network, Inc $1,690,000.00 @ 3.5000% = $59,150.00 | 59,150.00 | |
| Commission - Selling Agent | Compass $1,690,000.00 @ 2.5000% = $42,250.00 | 42,250.00 | |
| **TITLE & ESCROW CHARGES** | | | |
| Title - CALFIRPTA Processing Fee | Fidelity National Title Company | 45.00 | |
| Title - Signing Fee - Seller | Libuska Bonnat Erich | 175.00 | |
| **GOVERNMENT CHARGES** | | | |
| Recording Fees | Fidelity National Title Company | 23.00 | |
| Contra Costa County Transfer Tax ($1,859.00) | Fidelity National Title Company | 1,859.00 | |
| **PAYOFFS** | | | |
| Payoff of First Mortgage Loan | Mr. Cooper | | 1,057,229.26 |
|    Principal Balance | | 596,726.97 | |
|    Interest To 06/13/22 | | 257,925.35 | |
|    Lender Paid Expenses | | 20,502.46 | |
|    Escrow Advances | | 181,765.48 | |
|    Quote Fee | | 25.00 | |
|    Expedited Delivery Fee | | 20.00 | |
|    County Recording Fee | | 184.00 | |
|    Third Party Reconveyance Prep | | 20.00 | |
|    Other Fees | | 60.00 | |
| **MISCELLANEOUS CHARGES** | | | |
| Property Taxes 2021-2022 -2nd Installment ALL PAID | CCC Tax Collector | | |
| $7,041.28 paid outside closing by Seller | | | |

CERTIFIED COPY
Case: 20-50469   Doc# 342   Filed: 06/10/22   Entered: 06/10/22 14:03:34   Page 4 of 13

|  | $ DEBITS | $ CREDITS |
|---|---:|---:|
| **MISCELLANEOUS CHARGES** | | |
| Natural Hazards Disclosure Estimate        TBD | | 123.95 |
| **Subtotals** | 1,160,855.21 | 1,690,938.84 |
| **Balance Due TO Seller** | 530,083.63 | |
| **TOTALS** | 1,690,938.84 | 1,690,938.84 |

THIS IS A CERTIFIED COPY OF THE ORIGINAL DOCUMENT(S) BY
FIDELITY NATIONAL TITLE COMPANY

*R. McDonald*

Fidelity National Title Company, Settlement Agent

Page 2 of 2

Case: 20-50469   Doc# 342   Filed: 06/10/22   Entered: 06/10/22 14:03:34   Page 5 of 13
CERTIFIED COPY                                         (FCHC-5012200081/74) June 08, 2022 03:28 PM

# EXHIBIT 2



| RECORDING REQUESTED BY: | Electronically Recorded |
|---|---|
| Fidelity National Title Company | CONTRA COSTA Co Recorder Office |
| | DEBORAH COOPER, Clerk-Recorder |
| | **DOC - 2022-0095651** |
| | Wednesday, Jun 8, 2022 08:48 |
| | Transfer Tax Amount: $1859.00 |
| **When Recorded Mail Document** | Total Paid: $1,895.00    Receipt #:    6440 |
| **and Tax Statement To:** | 19 - eRecording Partners Network LLC    201 / WINDOW1 / 1-5 |
| Omri Duosin | |
| 858 Acalanes Road | |
| Lafayette, CA 94549 | |

SPACE ABOVE THIS LINE FOR RECORDER'S USE

**Escrow Order No.:** FCHC-5012200081

Exempt from fee per GC 27388.1(a)(2); This document is a transfer that is subject to Documentary Transfer Tax.

Property Address: 858 Acalanes Road, Lafayette, CA 94549
APN/Parcel ID(s): 252-040-002-5

# GRANT DEED

**The undersigned grantor(s) declare(s)**

☐ This transfer is exempt from the documentary transfer tax.
☑ **The documentary transfer tax is $1,859.00** and is computed on:
  ☑ the full value of the interest or property conveyed.
  ☐ the full value less the liens or encumbrances remaining thereon at the time of sale.
The property is located in ☑ the **City of Lafayette**.

**FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged**, Moti Koka, an unmarried man

**hereby GRANT(S) to** Omri Duosin, an unmarried man

**the following described real property in the** City of Lafayette, County of Contra Costa, State of California:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

**PROPERTY COMMONLY KNOWN AS:** 858 Acalanes Road, Lafayette, CA 94549

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**

# GRANT DEED
(continued)

APN/Parcel ID(s): 252-040-002-5

Dated: June 3, 2022

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.



Moti Koka

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California
County of __Contra Costa__
On __6/4/2022__ before me, __Libuska Bonnat Erich__, Notary Public,
(here insert name and title of the officer)
personally appeared __Moti Koka__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

LIBUSKA BONNAT ERICH
Notary Public - California
Contra Costa County
Commission # 2275781
My Comm. Expires Feb 21, 2023

Grant Deed
SCA0000129.doc / Updated: 04.08.20

Printed: 06.03.22 @ 09:46 AM
CA-FT-FCHC-01500.081501-FCHC-5012200081

Case: 20-50469   Doc# 342   Filed: 06/10/22   Entered: 06/10/22 14:03:34   Page 8 of 13

# GRANT DEED
(continued)

APN/Parcel ID(s): 252-040-002-5

Dated: June 3, 2022

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

_____
Moti Koka

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California

County of _____

On _____ before me, _____, Notary Public,
(here insert name and title of the officer)

personally appeared _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature

SUBSTITUTION OF LEGIBLE ORIGINALS(GOV.CODE 27361.7)
I declare under penalty of perjury, that this handwritten or typewritten legible copy is a true copy of the original page(s).

_____
Signature

# TRUE COPY CERTIFICATION

(Government Code 27361.7)

_____**Concord**_____, California
Place of Execution (City and State)

I certify under penalty of perjury that this material is a true copy of the original material contained in this document.

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of **California**

County of **Contra Costa**

On **6/4/2022** before me, **Libuska Bonnat Erich**, Notary Public personally appeared **Moti Koka**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

eRecording Partners Network

**6/6/2022**
Date

By: _____
Signature of Declarant

**Vicky Kirwald**
Type or Print Name

# EXHIBIT "A"
Legal Description

**For APN/Parcel ID(s): 252-040-002-5**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF LAFAYETTE, COUNTY OF CONTRA COSTA, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

PORTION OF LOT 15, AS SHOWN ON THE MAP OF SUBDIVISION OF PORTION OF ACALANES RANCHO, FILED FEBRUARY 1, 1910, MAP BOOK 2, PAGE 44, IN THE OFFICE OF THE COUNTY RECORDER OF CONTRA COSTA COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTHEAST LINE OF ACALANES ROAD, AS SHOWN ON SAID MAP (2 M 44) DISTANT THEREON NORTH 21°45' EAST, 21.17 FEET FROM THE SOUTHWEST CORNER OF THE PARCEL OF LAND DESCRIBED IN THE DEED FORM GLENN PAGE, ET UX, TO PAUL H. WOODS, ET UX, DATED DECEMBER 30, 1947, RECORDED JANUARY 14, 1948, BOOK 1164, PAGE 209, OFFICIAL RECORDS; THENCE FROM SAID POINT OF BEGINNING, ALONG THE EXTERIOR LINE OF SAID WOODS PARCEL (1164 OR 209) AS FOLLOWS:

SOUTH 21° 45' WEST, 21.77 FEET; SOUTH 87° 19' EAST, 120.82 FEET; NORTH 72° 06' EAST, 37.82 FEET; SOUTH 70° 40' 30" EAST, 211.82 FEET; NORTH 4° 42' 10" EAST, 130.16 FEET AND NORTH 75° 15' WEST, 92.62 FEET; THENCE NORTH 75° 15' WEST, 58.61 FEET; THENCE NORTH 14° 45' WEST, 43.15 FEET; THENCE SOUTH 55° 20' WEST, 70.75 FEET; THENCE SOUTH 46° 15' EAST, 11.85 FEET; THENCE SOUTH 67° 42' WEST, 53.09 FEET; THENCE NORTH 87° 19' WEST, 110.27 FEET TO THE POINT OF BEGINNING.

# EXHIBIT 3

 **Ringer**

⚠ If you're experiencing an issue with our online services, we apologize for the inconvenience. We're working quickly to resolve it.

ℹ A new version of the app is now available. Update now

# Account Summary

**Paru**
...2053

$688.63
Available balance

**Personal Account**
...2061

$25,201.66
Available balance



View your FICO® Credit Score ›

Want to buy a home?

Case: 20-50469   Doc# 342   Filed: 06/10/22   Entered: 06/10/22 14:03:34   Page 13 of 13
Scanned with CamScanner