**Entered on Docket**
**June 16, 2022**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



The following constitutes the order of the Court.
Signed: June 16, 2022

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case No.: 20-50469 SLJ |
| | ) |
| | ) Chapter 11 |
| MORDECHAI KOKA, | ) |
| | ) |
| Debtor. | ) Date: June 14, 2022 |
| | ) Time: 1:30 p.m. |
| | ) Ctrm: remote |
| | ) |

### ORDER SETTING BRIEFING SCHEDULE ON MOTION TO ALLOW LATE OBJECTION TO CONFIRMATION

A continued confirmation hearing on the joint plan proposed by Debtor and Dale and Melissa Gardner ("Joint Plan") was heard at the above-referenced date and time. On the evening of June 13, 2022, Jeff and Amalia Hanna filed a Pre-Confirmation Hearing Statement in the Furtherance and Substantiation of Their Continuing Objection to the Confirmation of [the Joint Plan] ("Pre-Hearing Statement"), asserting that the Joint Plan does not comply with § 1129(a)(15), § 1129(b)(1), and the absolute priority rule. As the court stated at the hearing, these appear to be new objection points and not a summary of previous arguments as alleged by the Hannas.[1] As new arguments, they are untimely.

---

[1] The court approved the disclosure statement on February 4, 2022. The Hannas filed their first confirmation objection (DKT 302) on March 31, 2022, alleging lack of adequate information,

ORDER SETTING BRIEFING SCHEDULE…

-1-

UNITED STATES BANKRUPTCY COURT
for the Northern District of California

1     Accordingly, for reasons stated at the confirmation hearing,

2     IT IS HEREBY ORDERED as follows:

3     1.  No later than June 28, 2022, the Hannas shall file a motion to allow the untimely

4         objection filed on June 13, 2022, including relevant legal authority and legal

5         standard. If the Hannas contend that some or all of the arguments were raised in

6         previous objections, they shall include the docket number(s) and page number(s) of

7         the pleadings where these arguments first appeared. Failure to file the motion by the

8         deadline will be deemed a withdrawal of the Pre-Hearing Statement, which the court

9         will no longer consider.

10    2.  Opposition to the motion shall be filed by July 12, 2022. Reply, if any, shall be filed

11        by July 19, 2022, at which time the motion will be taken under submission.

12    3.  If the court grants the motion and permits the late filing, it will set a deadline and

13        give the plan proponents an opportunity to respond.

14

15                        \*\*\* END OF ORDER\*\*\*

16

17

18

19

20

21

22

23

24

25

---

26    lack of feasibility, and lack of or contradictory evidence provided by Debtor. At the
confirmation hearing on April 7, 2022, the court ordered Debtor to file supplemental

27    declarations and allowed the Hannas to file a supplemental objection. In that objection (DKT

28    320), the Hannas reiterated the lack of feasibility and added lack of good faith to their original
objection.

ORDER SETTING BRIEFING SCHEDULE…

-2-

UNITED STATES BANKRUPTCY COURT
for the Northern District of California

1

**COURT SERVICE LIST**

2

3

4    ECF Notifications

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER SETTING BRIEFING SCHEDULE…

-3-