

The following constitutes the order of the Court.
Signed: June 16, 2022

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No.: 20-50469 SLJ |
| | Chapter 11 |
| MORDECHAI KOKA, | |
| Debtor. | |

## ORDER EXTENDING CONFIRMATION DEADLINE

For reasons stated on the record at the confirmation hearing on June 14, 2022,

IT IS HEREBY ORDERED that the deadline to confirm a plan is extended through October 6, 2022.

*** END OF ORDER***

ORDER EXTENDING CONFIRMATION DEADLINE
-1-

**COURT SERVICE LIST**

ECF Notifications

ORDER EXTENDING CONFIRMATION DEADLINE