# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re. Mordechai Koka

§
§
§
§

Debtor(s)

Case No. 20-50469

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 05/31/2022

Petition Date: 03/10/2020

Months Pending: 27

Industry Classification: ☐ 0 0 0 0

Reporting Method: Accrual Basis ○   Cash Basis ◉

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Mordechai Koka

Signature of Responsible Party

06/21/2022

Date

Mordechai Koka

Printed Name of Responsible Party

858 Acalanes Rd, Lafayette, CA 94549

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)

| Debtor's Name Mordechai Koka | | Case No. 20-50469 |
|---|---|---|

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $166,654 | |
| b. Total receipts (net of transfers between accounts) | $13,750 | $1,087,268 |
| c. Total disbursements (net of transfers between accounts) | $8,751 | $920,614 |
| d. Cash balance end of month (a+b-c) | $171,653 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $8,751 | $920,614 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $0 |
| d Total current assets | $171,653 |
| e. Total assets | $4,308,399 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $2,463,061 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $7,645 |
| n. Total liabilities (debt) (j+k+l+m) | $2,470,706 |
| o. Ending equity/net worth (e-n) | $1,837,693 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)

**Part 5:  Professional Fees and Expenses**

|   |   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
|   | *Itemized Breakdown by Firm* | | | | | |
|   | Firm Name | Role | | | | |
|   | i | | | | | |
|   | ii | | | | | |
|   | iii | | | | | |
|   | iv | | | | | |
|   | v | | | | | |
|   | vi | | | | | |
|   | vii | | | | | |
|   | viii | | | | | |
|   | ix | | | | | |
|   | x | | | | | |
|   | xi | | | | | |
|   | xii | | | | | |
|   | xiii | | | | | |
|   | xiv | | | | | |
|   | xv | | | | | |
|   | xvi | | | | | |
|   | xvii | | | | | |
|   | xviii | | | | | |
|   | xix | | | | | |
|   | xx | | | | | |
|   | xxi | | | | | |
|   | xxii | | | | | |
|   | xxiii | | | | | |
|   | xxiv | | | | | |
|   | xxv | | | | | |
|   | xxvi | | | | | |
|   | xxvii | | | | | |
|   | xxviii | | | | | |
|   | xxix | | | | | |
|   | xxx | | | | | |
|   | xxxi | | | | | |
|   | xxxii | | | | | |
|   | xxxiii | | | | | |
|   | xxxiv | | | | | |
|   | xxxv | | | | | |
|   | xxxvi | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)

| | xcif | | | | | |
|---|---|---|---|---|---|---|
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)  Yes ○  No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)  Yes ○  No ◉

c. Were any payments made to or on behalf of insiders?  Yes ○  No ◉

d. Are you current on postpetition tax return filings?  Yes ◉  No ○

e. Are you current on postpetition estimated tax payments?  Yes ◉  No ○

f. Were all trust fund taxes remitted on a current basis?  Yes ○  No ◉

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ○  No ◉

h. Were all payments made to or on behalf of professionals approved by the court?  Yes ○  No ◉  N/A ○

i. Do you have:    Worker's compensation insurance?  Yes ○  No ◉

   If yes, are your premiums current?  Yes ○  No ○  N/A ◉  (if no, see Instructions)

  Casualty/property insurance?  Yes ◉  No ○

   If yes, are your premiums current?  Yes ○  No ○  N/A ◉  (if no, see Instructions)

  General liability insurance?  Yes ○  No ◉

   If yes, are your premiums current?  Yes ○  No ○  N/A ◉  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?  Yes ◉  No ○

k. Has a disclosure statement been filed with the court?  Yes ◉  No ○

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ◉  No ○

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $8,855 |
| c. | Gross income from all other sources | $4,895 |
| d. | Total income in the reporting period (a+b+c) | $13,750 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $8,436 |
| h. | All other expenses | $315 |
| i. | Total expenses in the reporting period (e+f+g+h) | $8,751 |
| j. | Difference between total income and total expenses (d-i) | $4,999 |
| k. | List the total amount of all postpetition debts that are past due | |

l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?   Yes ◯  No ⦿

m. If yes, have you made all Domestic Support Obligation payments?   Yes ◯  No ◯  N/A ⦿

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/Mordechai Koka

Signature of Responsible Party

N/A

Title

Mordechai Koka

Printed Name of Responsible Party

06/21/2022

Date



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

UST Form 11-MOR (12/01/2021)

Debtor's Name  Mordechai Koka                              Case No.  20-50469


Bankruptcy1to50


Bankruptcy51to100


NonBankruptcy1to50


NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)



PageThree



PageFour

UST Form 11-MOR (12/01/2021)

# Wells Fargo Combined Statement of Accounts



MORDECHAI KOKA
DEBTOR IN POSSESSION
CH11 CASE #20-50469 (NCA)
858 ACALANES RD
LAFAYETTE CA 94549-3302

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-742-4932**

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

(114)
Sheet Seq = 0280751
Sheet 00001 of 00005



---

# Summary of accounts

## *Checking and Savings*

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Everyday Checking | 2 | 2061 | 30,214.25 | 30,633.76 |
| Wells Fargo Everyday Checking | 8 | 2053 | 4,651.16 | 9,231.12 |
| | **Total deposit accounts** | | **$34,865.41** | **$39,864.88** |

# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $30,214.25 |
| Deposits/Additions | 8,942.45 |
| Withdrawals/Subtractions | - 8,522.94 |
| **Ending balance on 5/31** | **$30,633.76** |

Account number: **2061**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/2 | | Purchase authorized on 04/29 Tst* Coco Cabana B Greenacres FL S302119725142077 Card 6361 | | 65.20 | |
| 5/2 | | Purchase authorized on 04/30 Costco Whse #0345 Boca Raton FL P302120555237008 Card 6361 | | 145.73 | |
| 5/2 | | Purchase authorized on 05/01 Caffe Luna Rosa Delray Beach FL S382121846541510 Card 6361 | | 105.09 | |
| 5/2 | | Transfer to Koka Ilana on 05/02 Ref #Pp0Qf79Prv xxxxxx8156 | | 200.00 | 29,698.23 |
| 5/3 | | Recurring Payment authorized on 05/01 Kaiser/Hps 844-524-7370 CA S462122197853027 Card 6361 | | 50.38 | |
| 5/3 | | Purchase authorized on 05/03 Walgreens Store 6458 Lint Delray Beach FL P582124022236214 Card 6361 | | 87.50 | 29,560.35 |
| 5/4 | | Purchase authorized on 05/02 Houston's 561.998. Boca Raton FL S462123059903683 Card 6361 | | 339.60 | |
| 5/4 | | Recurring Payment authorized on 05/02 Sling.Com 888-388-6210 CO S462123141045626 Card 6361 | | 46.00 | |
| 5/4 | | Purchase authorized on 05/03 Metropcs Mobile 888-863-8768 WA S302123460765970 Card 6361 | | 80.00 | 29,094.75 |
| 5/5 | | Purchase authorized on 05/03 Chevron 0202682 Delray Beach FL S382124158648861 Card 6361 | | 76.00 | 29,018.75 |
| 5/9 | | Purchase authorized on 05/07 Jetblue 279219 Salt Lake Cty UT S462127257222866 Card 6361 | | 452.99 | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|------------|-------------|---------|
| 5/9 | | Purchase authorized on 05/09 Publix Super Mar 16130 Jo Delray Beach FL P302129743308836 Card 6361 | | 81.64 | 28,484.12 |
| 5/10 | | Purchase authorized on 05/08 Asta Parking 888-604-2782 FL S582129096062885 Card 6361 | | 20.00 | |
| 5/10 | | Purchase authorized on 05/10 Palm Bay Mart Palm Bay FL P000000977783875 Card 6361 | | 65.12 | 28,399.00 |
| 5/11 | | Purchase authorized on 05/11 Publix Super Mar 16130 Jo Delray Beach FL P582131768449087 Card 6361 | | 8.56 | 28,390.44 |
| 5/12 | | Purchase authorized on 05/11 Boca Raton Parking Boca Raton FL S302131861353866 Card 6361 | | 0.50 | |
| 5/12 | | Purchase authorized on 05/11 Boca Raton Parking Boca Raton FL S462131862634563 Card 6361 | | 6.00 | 28,383.94 |
| 5/13 | | Purchase authorized on 05/11 Poppies Restaurant Delray Beach FL S462131551944514 Card 6361 | | 40.66 | |
| 5/13 | | Purchase authorized on 05/11 Office Depot #597 Delray Beach FL S382131584691038 Card 6361 | | 5.94 | |
| 5/13 | | Purchase authorized on 05/11 Delta Air 006231 Delta.Com CA S462131659011295 Card 6361 | | 617.20 | |
| 5/13 | | Purchase authorized on 05/11 Maxs Grille Boca Raton FL S302132056851215 Card 6361 | | 175.52 | |
| 5/13 | | Purchase authorized on 05/12 Sq *George Seda Atlanta GA S462132500561239 Card 6361 | | 33.50 | |
| 5/13 | | Purchase authorized on 05/12 Lyft *Cancel Fee Lyft.Com CA S462132607271375 Card 6361 | | 6.55 | 27,504.57 |
| 5/16 | | Purchase Return authorized on 05/12 Jetblue 279153 Salt Lake Cty UT S622134491462221 Card 6361 | 15.00 | | |
| 5/16 | | Purchase Return authorized on 05/12 Jetblue 279153 Salt Lake Cty UT S622134491462222 Card 6361 | 30.00 | | |
| 5/16 | | Purchase authorized on 05/12 Starbucks C Pbi West Palm Bea FL S302132349621153 Card 6361 | | 6.53 | |
| 5/16 | | Purchase authorized on 05/12 Cali Pizza Kitc IN Atlanta GA S382132592842629 Card 6361 | | 70.45 | |
| 5/16 | | Purchase authorized on 05/12 Lyft *2 Rides 05 Lyft.Com CA S302132305525157 Card 6361 | | 84.12 | |
| 5/16 | | Purchase authorized on 05/12 Sunctryair Vcu3Wk Minneapolis MN S582133138023863 Card 6361 | | 188.60 | |
| 5/16 | | Purchase authorized on 05/14 Lyft *2 Rides 05 Lyft.Com CA S462134486718987 Card 6361 | | 225.34 | |
| 5/16 | | Purchase authorized on 05/14 Sunctryair Vcu3Wk Minneapolis MN S302134530814720 Card 6361 | | 20.00 | |
| 5/16 | | Purchase authorized on 05/14 Fort Lauderdale Ai Fort Lauderda FL S582134551993114 Card 6361 | | 20.26 | |
| 5/16 | | Purchase authorized on 05/14 Sun Country - on B Eagan MN S382134707151840 Card 6361 | | 4.00 | |
| 5/16 | | Purchase authorized on 05/14 Hy-Vee Albert Le Hy Vee 1 Albert Lea MN P582134809741041 Card 6361 | | 4.88 | |
| 5/16 | | Purchase authorized on 05/14 Hy-Vee A Lea Carib Albert Lea MN S582134814183664 Card 6361 | | 18.86 | |
| 5/16 | | Purchase authorized on 05/15 Macarons By Maddie 7633233236 MN S582135814063676 Card 6361 | | 33.34 | |
| 5/16 | | Purchase authorized on 05/15 Kwik Trip 179 Eagan MN P302136221736692 Card 6361 | | 14.83 | |
| 5/16 | | Purchase authorized on 05/15 Kwik Trip 179 Eagan MN P302136217798123 Card 6361 | | 69.56 | |
| 5/16 | | Purchase authorized on 05/16 11330-MN Mall of Ameri Bloomington MN P000000082525909 Card 6361 | | 53.76 | |
| 5/16 | | Purchase authorized on 05/16 Buildabear Wrkshp 0200 Bloomington MN P000000582104221 Card 6361 | | 40.32 | 26,694.72 |
| 5/17 | | Purchase authorized on 05/15 Applebees Albe1921 Albert Lea MN S582135604670090 Card 6361 | | 34.25 | |
| 5/17 | | Purchase authorized on 05/15 Qdoba 1871 Albert Lea MN S582135747203288 Card 6361 | | 36.94 | |

Case: 20-50469    Doc# 347    Filed: 06/23/22    Entered: 06/23/22 16:21:15    Page 15 of 22

Sheet Seq = 0280752
Sheet 00002 of  00005



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/17 | | Purchase authorized on 05/15 Margaritaville Mal Bloomington TX S582135857734087 Card 6361 | | 62.83 | |
| 5/17 | | Purchase authorized on 05/15 Tst* Crave Food & Minneapolis MN S582136087450151 Card 6361 | | 197.41 | |
| 5/17 | | Purchase authorized on 05/15 Park & Shop Minneapolis MN S582136104556006 Card 6361 | | 7.00 | |
| 5/17 | | Purchase authorized on 05/16 Hy-Vee A Lea Carib Albert Lea MN S462136551355052 Card 6361 | | 17.21 | |
| 5/17 | | Purchase authorized on 05/16 Hotel Reservation Httpswww.Moby NY S462136717966017 Card 6361 | | 179.56 | |
| 5/17 | | Purchase authorized on 05/16 Fedex Offic6200000 West Saint PA MN S582136759972295 Card 6361 | | 1.29 | |
| 5/17 | | Purchase authorized on 05/16 Sq *Lululemon Fuel Bloomington MN S302136852644033 Card 6361 | | 15.05 | |
| 5/17 | | Purchase authorized on 05/17 Bp#1827427Bloom Bloomington MN P000000381040560 Card 6361 | | 21.30 | |
| 5/17 | | Purchase authorized on 05/17 Caseys #2 817 County R Melrose MN P000000874316986 Card 6361 | | 12.69 | |
| 5/17 | | Purchase authorized on 05/17 Barnesville Grocery Barnesville MN P462137801591356 Card 6361 | | 27.96 | 26,081.23 |
| 5/18 | | Purchase authorized on 05/14 American Inn Albert Lea MN S382134781503158 Card 6361 | | 243.90 | |
| 5/18 | | Purchase authorized on 05/16 The Copperfield Mendota Heigh MN S582136696805610 Card 6361 | | 75.49 | |
| 5/18 | | Purchase authorized on 05/17 Subway 16428 Maple Grove MN S582137668059601 Card 6361 | | 8.25 | |
| 5/18 | | Purchase authorized on 05/17 Simonson N Bismark Bismarck ND P302138072977787 Card 6361 | | 54.44 | |
| 5/18 | | Purchase authorized on 05/17 Cenex Superpump Belfield ND P000000385393247 Card 6361 | | 9.25 | |
| 5/18 | | Purchase authorized on 05/18 Forsyth #1200 Forsyth MT P000000870064710 Card 6361 | | 62.50 | 25,627.40 |
| 5/19 | | Purchase authorized on 05/17 Hyatt Hotels Bloomington MN S382136719769382 Card 6361 | | 124.29 | |
| 5/19 | | Recurring Payment authorized on 05/17 Apple.Com/Bill 866-712-7753 CA S382137545542605 Card 6361 | | 2.99 | |
| 5/19 | | Purchase authorized on 05/17 Caribou Coffee CO Maple Grove MN S382137677733684 Card 6361 | | 7.40 | |
| 5/19 | | Purchase authorized on 05/17 Caseys #2650 Melrose MN S302137729763888 Card 6361 | | 50.01 | |
| 5/19 | | Purchase authorized on 05/17 Tst* S&R Truck Pla Jamestown ND S302138019425669 Card 6361 | | 11.66 | |
| 5/19 | | Recurring Payment authorized on 05/18 Comcast California 800-Comcast CA S462138343174495 Card 6361 | | 107.23 | |
| 5/19 | | Recurring Payment authorized on 05/18 Comcast California 800-Comcast CA S582138374442303 Card 6361 | | 122.23 | |
| 5/19 | | Purchase authorized on 05/18 Seed of L Seed of Life Billings MT P000000485575834 Card 6361 | | 117.70 | |
| 5/19 | | Purchase authorized on 05/18 Juicity Vapor Billings MT P000000487114967 Card 6361 | | 19.95 | |
| 5/19 | | Purchase authorized on 05/18 Big Timber 2 103 Big Timber MT P582139150734850 Card 6361 | | 16.36 | |
| 5/19 | | Purchase authorized on 05/19 Community Food Bozeman MT P000000635913017 Card 6361 | | 58.17 | |
| 5/19 | | Purchase authorized on 05/19 The Home Depot #3104 Bozeman MT P462139611775133 Card 6361 | | 1.64 | |
| 5/19 | | Purchase authorized on 05/19 Super Save Conoc West Yellowst MT P000000870662331 Card 6361 | | 68.00 | |
| 5/19 | | Purchase authorized on 05/19 Target T- 2171 S 25th Idaho Falls ID P000000335212887 Card 6361 | | 21.19 | |
| 5/19 | | Purchase authorized on 05/19 Ulta #1123 Ammon ID P000000477698366 Card 6361 | | 172.08 | 24,726.50 |

Case: 20-50469    Doc# 347    Filed: 06/23/22    Entered: 06/23/22 16:21:15    Page 16 of 22



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/20 | | Purchase authorized on 05/18 Asian Sea Grill Billings MT S462139040169036 Card 6361 | | 44.00 | |
| 5/20 | | Purchase authorized on 05/18 Asian Sea Grill Billings MT S302139105876937 Card 6361 | | 13.00 | |
| 5/20 | | Purchase authorized on 05/19 Feed Cafe Bozeman MT S582139568030467 Card 6361 | | 28.90 | |
| 5/20 | | Purchase authorized on 05/19 Feed Cafe Bozeman MT S382139583000884 Card 6361 | | 5.50 | |
| 5/20 | | Purchase authorized on 05/19 Sq *The Parlor at Island Park ID S462139735480266 Card 6361 | | 19.03 | |
| 5/20 | | Purchase authorized on 05/19 Sq *The Parlor at Island Park ID S582139772630120 Card 6361 | | 7.36 | |
| 5/20 | | Purchase authorized on 05/19 Target T- 2171 S 25th Idaho Falls ID P000000977328736 Card 6361 | | 72.71 | |
| 5/20 | | Purchase authorized on 05/19 Downtown Park If Idaho Falls ID S382140060195130 Card 6361 | | 2.00 | |
| 5/20 | | Purchase authorized on 05/19 Tst* Idaho Rib and Idaho Falls ID S462140068510578 Card 6361 | | 18.90 | |
| 5/20 | | Purchase authorized on 05/19 Tst* Idaho Rib and Idaho Falls ID S302140125684396 Card 6361 | | 120.55 | |
| 5/20 | | Purchase authorized on 05/19 Love's #123 Oklahoma City OK P382140196459609 Card 6361 | | 10.70 | |
| 5/20 | | Purchase authorized on 05/20 Golden Gate 68 Wells NV P000000787374258 Card 6361 | | 45.00 | |
| 5/20 | | Purchase authorized on 05/20 The Hideaway Battle Mounta NV P582140708601377 Card 6361 | | 25.51 | |
| 5/20 | | Non-WF ATM Withdrawal authorized on 05/20 33 St Lawrence Ave Reno NV 462141023655480 ATM ID Dat11537 Card 6361 | | 143.50 | |
| 5/20 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 24,167.34 |
| 5/23 | | Purchase Return authorized on 05/21 Bartons Club 93 Jackpot NV S382141309561285 Card 6361 | 42.00 | | |
| 5/23 | | Purchase authorized on 05/18 3 Rivers Hotel Bozeman MT S382139216412621 Card 6361 | | 162.92 | |
| 5/23 | | Purchase authorized on 05/19 Tst* Jamba Juice - Ammon ID S302140022936069 Card 6361 | | 17.83 | |
| 5/23 | | Purchase authorized on 05/20 Bartons Club 93 Jackpot NV S382140260192132 Card 6361 | | 128.00 | |
| 5/23 | | Purchase authorized on 05/20 Sq *Batch Reno NV S302140827573599 Card 6361 | | 7.75 | |
| 5/23 | | Purchase authorized on 05/20 Tst* Great Full GA Reno NV S462140845167631 Card 6361 | | 106.35 | |
| 5/23 | | Purchase authorized on 05/20 Tst* Great Full GA Reno NV S462140851735513 Card 6361 | | 52.72 | |
| 5/23 | | Purchase authorized on 05/20 Chevron 0205729 Verdi NV S582141033651291 Card 6361 | | 92.00 | |
| 5/23 | | Purchase authorized on 05/20 Tst* The Brass Tap Rocklin CA S462141127574197 Card 6361 | | 22.94 | |
| 5/23 | | Purchase authorized on 05/20 Webster 76 Alameda CA P000000981993598 Card 6361 | | 100.00 | |
| 5/23 | | Purchase authorized on 05/20 Safeway #0967 Orinda CA P582141222816900 Card 6361 | | 9.58 | |
| 5/23 | | Purchase authorized on 05/21 Hillsdale Auto C San Mateo CA P462141765744829 Card 6361 | | 20.96 | |
| 5/23 | | Purchase authorized on 05/22 International Food Concord CA S462142629515537 Card 6361 | | 32.61 | |
| 5/23 | | Purchase authorized on 05/22 Concord Produce Concord CA P000000687774723 Card 6361 | | 21.56 | |
| 5/23 | | Purchase authorized on 05/22 Chevron/Csi-097407/1516 Orinda CA P382143037356040 Card 6361 | | 20.29 | |
| 5/23 | | Purchase authorized on 05/23 Chevron/Csi-095890/1746 Lafayette CA P382143565771810 Card 6361 | | 100.49 | |

Sheet Seq = 0280753
Sheet 00003 of  00005



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/23 | | Purchase authorized on 05/23 Grocery Outlet Alameda CA P000000980180552 Card 6361 | | 29.05 | |
| 5/23 | | Purchase authorized on 05/23 Seregins Fine Timepieces San Francisco CA P302143796951916 Card 6361 | | 700.00 | 22,584.29 |
| 5/24 | | Purchase authorized on 05/23 IN N Out Burger 30 Alameda CA S582143267062963 Card 6361 | | 9.30 | |
| 5/24 | | Purchase authorized on 05/24 Patients Patients Mut Oakland CA P000000176127871 Card 6361 | | 204.41 | |
| 5/24 | | Purchase authorized on 05/24 Domenico's Italian Del Alameda CA P000000782284596 Card 6361 | | 14.72 | 22,355.86 |
| 5/25 | | Purchase authorized on 05/23 Bay Club Walnut CR Walnut Creek CA S382144082301590 Card 6361 | | 15.05 | |
| 5/25 | | Purchase authorized on 05/23 Modern China Cafe 925-2896925 CA S462144238425924 Card 6361 | | 82.19 | 22,258.62 |
| 5/26 | | Purchase authorized on 05/26 Safeway #0783 Lafayette CA P302146775061992 Card 6361 | | 15.98 | |
| 5/26 | | Purchase authorized on 05/26 Safeway #0783 Lafayette CA P302146782598479 Card 6361 | | 11.46 | 22,231.18 |
| 5/27 | | Edeposit IN Branch/Store 05/27/22 04:28:00 Pm 2959 College Ave Berkeley CA 6361 | 8,855.45 | | |
| 5/27 | | Purchase authorized on 05/27 Vcn*Contra Costa Counter Martinez CA P382147640088743 Card 6361 | | 24.50 | |
| 5/27 | | Purchase authorized on 05/27 Shell Service Station Berkeley CA P302148014242418 Card 6361 | | 11.25 | 31,050.88 |
| 5/31 | | Purchase authorized on 05/27 Shell Oil 57444678 San Francisco CA S462147301732235 Card 6361 | | 141.02 | |
| 5/31 | | Purchase authorized on 05/27 City of Martinez P Martinez CA S302147634043014 Card 6361 | | 0.50 | |
| 5/31 | | Purchase authorized on 05/27 Oakland Park Meter Oakland CA S302147699073992 Card 6361 | | 1.00 | |
| 5/31 | | Purchase authorized on 05/27 Alameda Cnty Clerk Oakland CA S582147709191235 Card 6361 | | 27.00 | |
| 5/31 | | Purchase authorized on 05/27 Walgreens Store 3614 MT D Lafayette CA P582148133961599 Card 6361 | | 27.84 | |
| 5/31 | | Purchase authorized on 05/27 Cvs/Pharmacy #09 09938--3 Lafayette CA P382148139541762 Card 6361 | | 14.13 | |
| 5/31 | | Purchase authorized on 05/28 Buffalo Wild Wings Concord CA S302148781936413 Card 6361 | | 24.72 | |
| 5/31 | | Purchase authorized on 05/28 Sq *Falafel Stop Sunnyvale CA S382148830028685 Card 6361 | | 61.55 | |
| 5/31 | | Purchase authorized on 05/28 Webster 76 Alameda CA P000000577117578 Card 6361 | | 25.34 | |
| 5/31 | | Purchase authorized on 05/29 Sushi House. Alameda CA S382150026339303 Card 6361 | | 30.69 | |
| 5/31 | | Purchase authorized on 05/29 Grocery Outlet Alameda CA P000000074798091 Card 6361 | | 18.75 | |
| 5/31 | | Purchase authorized on 05/29 Webster 76 Alameda CA P582150176642805 Card 6361 | | 22.35 | |
| 5/31 | | Purchase authorized on 05/30 Chevron/Csi-097407/1516 Orinda CA P302151036624864 Card 6361 | | 22.23 | 30,633.76 |
| **Ending balance on 5/31** | | | | | **30,633.76** |
| **Totals** | | | **$8,942.45** | **$8,522.94** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*



---

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2022 - 05/31/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| ·  Minimum daily balance | $500.00 | $22,231.18 ☑ |
| ·  Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| ·  Age of primary account owner | 17 - 24 | ☐ |
| ·  The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

#  IMPORTANT ACCOUNT INFORMATION

---

**Elimination of Returned Item (Non-sufficient Funds/NSF) Fee for Consumer Accounts:**        Under the terms of your account agreement, when certain transactions are presented for payment in an amount that is more than your available balance, Wells Fargo may either (1) pay the item into overdraft at our discretion and assess an overdraft fee, or (2) return the item unpaid and assess a Returned item/Non-sufficient funds (NSF) fee.        **Effective March 7, 2022 (For Consumer Accounts Only),**      we will no longer charge a NSF fee on items we return unpaid due to non-sufficient funds.        **Overdraft fees will continue to apply to any items we pay into overdraft at our discretion, according to the terms of your account.**        Third parties or other banks may still charge fees for returned items.

For current versions of your Deposit Account Agreement, Fee and Information Schedule, and applicable addenda, please visit www.wellsfargo.com/online-banking/consumer-account-fees/.

---

**Elimination of Overdraft Protection transfer/advance fee(s) for Consumer Accounts:**        Under the terms of your account agreement, we offer an optional Overdraft Protection service for checking accounts that allows you to link up to two eligible accounts (one savings, one credit) to authorize or pay transactions when you don't have enough money in your checking account. Transfers and advances of funds from these linked accounts may result in an Overdraft Protection transfer or advance Fee.        **Effective March 7, 2022 (For Consumer Accounts only),**      we will no longer charge transfer or advance fees for transfers/advances from accounts linked for Overdraft Protection.        **For advances from a linked credit card or line of credit account, interest will continue to accrue from the date of each advance. Overdraft fees will continue to apply to any items we pay into overdraft that are not covered by transfers/advances from your linked account(s).**

For current versions of your Deposit Account Agreement, Fee and Information Schedule, and applicable addenda, please visit www.wellsfargo.com/online-banking/consumer-account-fees/.

---

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

---

Sheet Seq = 0280754
Sheet 00004 of  00005



---

**Other Wells Fargo Benefits**

June 15 is World Elder Abuse Awareness Day, and now is a great time to learn more about ways to help protect your loved ones from the rising risks of scams. Visit wellsfargo.com/scams.

---

**Other Wells Fargo Benefits**

**From Wells Fargo Home Mortgage**

Is a home purchase in your future? Competitive rates and low down payment options make now a great time to buy a home. Plus, as a Wells Fargo customer, you can count on personalized guidance and streamlined service every step of the way.

Get started with an online mortgage application that can pre-fill your Wells Fargo account information and save you time. Use your Wells Fargo Online® username and password at the start of the application. Go to wellsfargo.com/homepurchase or contact your local home mortgage consultant.

# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $4,651.16 |
| Deposits/Additions | 4,895.00 |
| Withdrawals/Subtractions | - 315.04 |
| **Ending balance on 5/31** | **$9,231.12** |

Account number: **2053**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/2 | | Deposit Made In A Branch/Store | 3,000.00 | | 7,651.16 |
| 5/12 | | Recurring Payment authorized on 05/11 State Farm Insura 800-956-6310 IL S302131315318892 Card 8191 | | 315.04 | 7,336.12 |
| 5/23 | | Edeposit IN Branch/Store 05/21/22 09:04:38 Am 999 E Hillsdale Blvd Foster City CA 8191 | 1,895.00 | | 9,231.12 |
| **Ending balance on 5/31** | | | | | **9,231.12** |
| **Totals** | | | **$4,895.00** | **$315.04** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*



---

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2022 - 05/31/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $4,651.16 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

Sheet Seq = 0280755
Sheet 00005 of  00005



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement. $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal. = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

**E** **Subtract** **D** **from** **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ _____

## Important Information You Should Know

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:**
Wells Fargo Bank, N.A. may furnish information about deposit accounts to consumer reporting agencies. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:**
Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers:**
Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about other transactions (that are not electronic transfers):**
Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

©2021 Wells Fargo Bank, N.A. All rights reserved.Member FDIC. NMLSR ID 399801