The following constitutes the order of the Court.
Signed: July 27, 2022

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA,<br><br>          Debtor. | Case No.: 20-50469 SLJ<br><br>Chapter 11<br><br>Date: August 4, 2022<br>Time: 1:30 p.m.<br>Ctrm: remote |

## ORDER CONTINUING STATUS CONFERENCE

The court having continued the confirmation hearing to September 1, 2022, in the interest of judicial economy,

IT IS HEREBY ORDERED that the status conference is CONTINUED to September 1, 2022, at 1:30 p.m., to be heard concurrently with the confirmation hearing.

*** END OF ORDER***

**COURT SERVICE LIST**

ECF Notifications