

**MEYER LAW GROUP LLP**
 A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone: (415) 765-1588
Facsimile: (415) 762-5277
Email: brent@meyerllp.com

Attorney for Plan Proponent
DALE GARDNER and
MELISSA GARDNER

The following constitutes the order of the Court.
Signed: August 2, 2022

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | BK Case No.: 20-50469-SLJ |
| MORDECHAI KOKA, | Chapter 11 |
| Debtor. | **ORDER APPROVING *EX PARTE* APPLICATION FOR AUTHORITY TO SPECIALLY SET HEARING ON MOTION TO STRIKE LATE-FILED OBJECTION TO CONFIRMATION** |
| | Date: NONE SCHEDULED<br>Time:<br>Location: Telephonic / Videoconference<br>Judge: Hon. Stephen L. Johnson |

On July 29, 2022, debtor Mordechai Koka ("Debtor") and plan proponents Dale Gardner and Melissa Gardener (the "Gardners") (collectively, the "Plan Proponents") filed an *Ex Parte Application for Authority to Specially Set Hearing on Motion to Strike Late-Filed Objection to Confirmation* (the "Application") [Dkt. No. 353] in the above-captioned matter.

Upon due consideration, and for good cause shown, the Court hereby orders as follows:

(1) The Application is **APPROVED** in its entirety.

(2) The Plan Proponents shall be authorized to set a hearing on a Motion to Strike (as defined in the Motion) on September 1, 2022 at 1:30 p.m. to be heard concurrently with the continued hearing on confirmation of the Joint Plan (as defined in the Motion) in the above-captioned matter.

**\*\*\* END OF ORDER \*\*\***

**COURT SERVICE LIST**

None