**MEYER LAW GROUP LLP**
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone:   (415) 765-1588
Facsimile:   (415) 762-5277
Email:       brent@meyerllp.com

Attorney for Plan Proponent
DALE GARDNER and
MELISSA GARDNER

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA,<br><br>Debtor. | BK Case No.: 20-50469-SLJ<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION TO STRIKE LATE-FILED OBJECTION TO CONFIRMATION FILED BY JEFF HANNA AND AMALIA HANNA**<br><br>Date:       September 1, 2022<br>Time:       1:30 p.m.<br>Location:   Telephonic / Videoconference[1]<br>Judge:      Hon. Stephen L. Johnson |

---

[1] Paragraph 10 of General Order 38 (Seventh Amended) provides that "[u]nless otherwise ordered by the presiding judge, all notices of any motion or application filed with the court and served on any party which sets a hearing date for the motion or application must state that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video, and include the following language: 'All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.'" See *https://www.canb.uscourts.gov/sites/default/files/ generalorders/SeventhAmendedGO38.pdf*

- 1 -

BK CASE NO. 20-50469-SLJ
NOTICE OF HEARING ON MOTION TO STRIKE LATE-FILED OBJECTION TO CONFIRMATION

TO: THE HONORABLE STEPHEN L. JOHNSON, UNITED STATES BANKRUPTCY COURT, JEFF HANNA AND AMALIA HANNA, AND THEIR COUNSEL OF RECORD, AND ALL PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that on September 1, 2022 at 1:30 p.m. or as soon thereafter as the matter may be heard, before the Honorable Stephen L. Johnson of the United States Bankruptcy Court, debtor Mordechai Koka ("Debtor") and plan proponents Dale Gardner and Melissa Gardener (the "Gardners") (collectively, the "Plan Proponents") will move (the "Motion") the Court to strike the first late-filed objection to confirmation of the *Proposed Combined Plan of Reorganization and Disclosure Statement (January 24, 2022)* (the "Joint Plan") filed by creditors Jeff Hanna and Amalia Hanna on April 22, 2022 after the deadline (March 31, 2022) set by the Court to file timely objections to confirmation of the Joint Plan.

The Motion is brought pursuant to 11 U.S.C. § 105(a), 11 U.S.C. § 1128, Federal Rule of Bankruptcy Procedure 3020(b)(1), and Bankruptcy Local Rule 9014-1(c)(1).

**PLESAE TAKE FURTHER NOTICE** that notwithstanding the location of the hearing set forth above, Paragraph 10 of *General Order 38 (Seventh Amended)* provides that "[u]nless otherwise ordered by the presiding judge, all notices of any motion or application filed with the court and served on any party which sets a hearing date for the motion or application must state that **the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video, and include the following language**: 'All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.'" See https://www.canb.uscourts.gov/sites/default/files/general-orders/SeventhAmendedGO38.pdf

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Local Rule 9014-1(c)(1), **any opposition shall be filed and served on the initiating party at least fourteen (14) days prior to the hearing on the Motion.** Any opposition must set forth all

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 74104
www.meyerllp.com

relevant facts and any relevant legal authority, must be supported by affidavits or declarations that conform to the provisions of Bankruptcy Local Rule 9013-1(d), and must be filed with the Bankruptcy Court and served on counsel for Debtor, MEYER LAW GROUP LLP, Attn: Brent D. Meyer, Esq., 268 Bush Street #3639, San Francisco, California 94014.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and all supporting documents are available on the Public Access to Court Electronic Records (PACER) website https://www.pacer.gov.

**PLEASE TAKE FURTHER NOTICE** that failure to file and serve a written objection to the Motion in a timely manner may result in entry of an order granting the requested relief by default, and the Court may preclude oral opposition to the Motion at the hearing.

Dated: August 4, 2022  **MEYER LAW GROUP, LLP**

By: /s/ BRENT D. MEYER
Brent D. Meyer
Attorney for Plan Proponent
DALE GARDNER and
MELISSA GARDNER