**MEYER LAW GROUP LLP**
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone:   (415) 765-1588
Facsimile:    (415) 762-5277
Email:         brent@meyerllp.com

Attorney for Plan Proponent
DALE GARDNER and
MELISSA GARDNER

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA,<br><br>     Debtor. | BK Case No.: 20-50469-SLJ<br><br>Chapter 11<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF CONFIRMATION OF JOINT COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (JANUARY 24, 2022)**<br><br>Date:       September 1, 2022<br>Time:       1:30 p.m.<br>Location:  Telephonic / Videoconference[1]<br>Judge:     Hon. Stephen L. Johnson |

---

[1] Paragraph 10 of General Order 38 (Seventh Amended) provides that "[u]nless otherwise ordered by the presiding judge, all notices of any motion or application filed with the court and served on any party which sets a hearing date for the motion or application must state that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video, and include the following language: 'All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.'" See *https://www.canb.uscourts.gov/sites/default/files/ generalorders/SeventhAmendedGO38.pdf*.



- 1 -

BK CASE NO. 20-50469-SLJ

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF CONFIRMATION OF JOINT COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (JANUARY 24, 2022)

Case: 20-50469    Doc# 358-1    Filed: 08/18/22    Entered: 08/18/22 20:34:47    Page 1 of 13

Pursuant to Federal Rule of Evidence 201, creditors Dale Gardener and Melissa Gardner and debtor Mordechai Koka (collectively, the "Plan Proponents") hereby requests that the Court take judicial notice of the following in support of the *Second Supplemental Brief in Support of Confirmation of Joint Combined Plan of Reorganization and Disclosure Statement (January 24, 2022)* (the "Objection") filed concurrently herewith in the above-captioned matter:

1. *Median Family Income Based on State/Territory and Family Size* issued by the Office of the United States Trustee for cases filed between November 1, 2019 and March 31, 2020 and available at https://www.justice.gov/ust/eo/bapcpa/20191101/bci_data/median_income_table.htm, a true and correct copy of which is attached hereto as **Exhibit A**.

2. *IRS Data & General Information for Completing Bankruptcy Forms* issued by the Office of the United States Trustee for cases filed between November 1, 2019 and March 31, 2020, available at https://www.justice.gov/ust/means-testing/20191101, including but not limited to, each of the following:

   A. National Standards for Food, Clothing, and Other Expenses, a true and correct copy of which is attached hereto as **Exhibit B**;

   B. National Standards for Healthcare (Out of Pocket Expenses), a true and correct copy of which is attached hereto as **Exhibit C**;

   C. National Standards for Transportation Expenses, a true and correct copy of which is attached hereto as **Exhibit D**; and

   D. National Standards for Housing and Utilities Expenses, a true and correct copy of which is attached hereto as **Exhibit E**.

Dated: August 18, 2022　　　　　　　　　　　**MEYER LAW GROUP, LLP**

　　　　　　　　　　　　　　　　　　　　　By: /s/ BRENT D. MEYER
　　　　　　　　　　　　　　　　　　　　　　　Brent D. Meyer
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Creditors
　　　　　　　　　　　　　　　　　　　　　　　DALE GARDNER and
　　　　　　　　　　　　　　　　　　　　　　　MELISSA GARDNER

BK CASE NO. 20-50469-SLJ　　　　　　　　　- 2 -

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF CONFIRMATION OF JOINT COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (JANUARY 24, 2022)

Case: 20-50469    Doc# 358-1    Filed: 08/18/22    Entered: 08/18/22 20:34:47    Page 2 of 13



# EXHIBIT A

Census Bureau Median Family Income By Family Size

# (Cases Filed Between November 1, 2019 and March 31, 2020, Inclusive)

The following table provides median family income data reproduced in a format designed for ease of use in completing Bankruptcy Forms 122A-1 and 122C-1.

| STATE | 1 EARNER | FAMILY SIZE | | |
|---|---|---|---|---|
| | | 2 PEOPLE | 3 PEOPLE | 4 PEOPLE * |
| ALABAMA | $47,680 | $55,905 | $67,334 | $81,514 |
| ALASKA | $62,858 | $76,208 | $100,494 | $101,221 |
| ARIZONA | $51,388 | $64,543 | $70,428 | $85,403 |
| ARKANSAS | $42,461 | $52,986 | $57,221 | $72,767 |
| CALIFORNIA | $59,286 | $77,860 | $86,665 | $99,512 |
| COLORADO | $60,819 | $79,711 | $92,517 | $105,947 |
| CONNECTICUT | $65,502 | $87,017 | $99,857 | $123,477 |
| DELAWARE | $54,589 | $71,351 | $83,079 | $100,799 |
| DISTRICT OF COLUMBIA | $62,285 | $113,034 | $127,467 | $138,112 |
| FLORIDA | $50,641 | $61,619 | $67,717 | $81,091 |
| GEORGIA | $49,236 | $63,850 | $72,426 | $85,763 |
| HAWAII | $64,803 | $76,240 | $98,829 | $112,345 |
| IDAHO | $51,189 | $60,814 | $66,222 | $76,536 |
| ILLINOIS | $53,900 | $71,301 | $82,268 | $101,240 |
| INDIANA | $47,965 | $61,811 | $72,228 | $86,076 |
| IOWA | $50,661 | $67,897 | $77,525 | $93,880 |
| KANSAS | $50,944 | $66,025 | $75,629 | $87,119 |
| KENTUCKY | $43,800 | $55,256 | $65,544 | $78,689 |
| LOUISIANA | $44,822 | $54,424 | $61,917 | $80,818 |
| MAINE | $50,537 | $63,734 | $76,984 | $93,912 |
| MARYLAND | $69,529 | $88,815 | $104,390 | $125,989 |
| MASSACHUSETTS | $65,924 | $82,628 | $106,206 | $132,026 |
| MICHIGAN | $52,168 | $63,281 | $76,825 | $91,986 |
| MINNESOTA | $57,017 | $76,319 | $95,919 | $112,291 |
| MISSISSIPPI | $41,659 | $50,980 | $57,431 | $68,491 |
| MISSOURI | $48,212 | $60,424 | $72,543 | $90,489 |
| MONTANA | $50,165 | $63,278 | $73,586 | $85,739 |
| NEBRASKA | $48,796 | $68,061 | $77,274 | $93,746 |
| NEVADA | $51,516 | $64,586 | $73,524 | $80,077 |
| NEW HAMPSHIRE | $65,400 | $78,998 | $100,278 | $120,342 |
| NEW JERSEY | $68,464 | $82,249 | $104,752 | $128,994 |
| NEW MEXICO | $44,833 | $55,325 | $59,538 | $66,358 |
| NEW YORK | $56,120 | $71,349 | $86,670 | $105,636 |
| NORTH CAROLINA | $47,904 | $60,946 | $67,931 | $85,948 |
| NORTH DAKOTA | $52,357 | $79,459 | $86,261 | $97,559 |

Case: 20-50469   Doc# 358-1   Filed: 08/18/22   Entered: 08/18/22 20:34:47   Page 4 of 13

| | | | | |
|---|---|---|---|---|
| OHIO | $50,384 | $63,514 | $76,260 | $91,580 |
| OKLAHOMA | $48,322 | $58,436 | $65,400 | $75,326 |
| OREGON | $55,943 | $70,559 | $79,262 | $97,311 |
| PENNSYLVANIA | $53,633 | $66,338 | $82,375 | $101,477 |
| RHODE ISLAND | $60,608 | $74,508 | $83,585 | $102,967 |
| SOUTH CAROLINA | $46,642 | $60,434 | $65,410 | $79,780 |
| SOUTH DAKOTA | $47,053 | $67,817 | $69,074 | $82,331 |
| TENNESSEE | $47,361 | $59,829 | $68,493 | $78,283 |
| TEXAS | $49,996 | $65,708 | $72,632 | $84,724 |
| UTAH | $63,653 | $67,778 | $81,167 | $91,810 |
| VERMONT | $56,829 | $74,256 | $80,232 | $101,783 |
| VIRGINIA | $60,925 | $77,999 | $90,358 | $110,000 |
| WASHINGTON | $66,309 | $78,823 | $90,921 | $105,568 |
| WEST VIRGINIA | $48,183 | $51,102 | $63,137 | $74,916 |
| WISCONSIN | $51,792 | $67,146 | $82,119 | $98,317 |
| WYOMING | $60,985 | $72,964 | $76,916 | $96,120 |

* *Add $9,000 for each individual in excess of 4.*

| COMMONWEALTH OR U.S. TERRITORY | 1 EARNER | FAMILY SIZE | | |
|---|---|---|---|---|
| | | 2 PEOPLE | 3 PEOPLE | 4 PEOPLE * |
| GUAM | $42,009 | $50,229 | $57,238 | $69,265 |
| NORTHERN MARIANA ISLANDS | $28,211 | $28,211 | $32,821 | $48,273 |
| PUERTO RICO | $24,261 | $24,261 | $25,560 | $33,501 |
| VIRGIN ISLANDS | $33,331 | $40,059 | $42,712 | $46,794 |

* *Add $9,000 for each individual in excess of 4.*

# EXHIBIT B

# 2019 Allowable Living Expense National Standards

| Expense | One Person | Two Persons | Three Persons | Four Persons |
|---|---:|---:|---:|---:|
| Food | $386 | $685 | $786 | $958 |
| Housekeeping supplies | $40 | $72 | $76 | $76 |
| Apparel & services | $88 | $159 | $169 | $243 |
| Personal care products & services | $43 | $70 | $76 | $91 |
| Miscellaneous | $170 | $302 | $339 | $418 |
| **Total** | **$727** | **$1,288** | **$1,446** | **$1,786** |

| More than four persons | Additional Persons Amount |
|---|---:|
| For each additional person, add to four-person total allowance: | **$420** |

| | One Person | Two Persons | Three Persons | Four Persons |
|---|---:|---:|---:|---:|
| Food & Clothing | $474 | $844 | $955 | $1,201 |
| 5% of Food & Clothing | $24 | $42 | $48 | $60 |

| | Additional Persons Amount |
|---|---:|
| More than 4 persons | |
| Food & Clothing | $282 |
| 5% of Food & Clothing | $14 |

# EXHIBIT C

# 2019 Allowable Living Expenses Health Care Standards

|              | Out of Pocket Costs |
|--------------|---------------------|
| Under 65     | $55                 |
| 65 and Older | $114                |

Case: 20-50469   Doc# 358-1   Filed: 08/18/22   Entered: 08/18/22 20:34:47   Page 9 of 13

# EXHIBIT D

2019 Allowable Living Expenses Transportation Standards

| Public Transportation | |
|---|---|
| **National** | $217 |

| Ownership Costs | | |
|---|---|---|
| | **One Car** | **Two Cars** |
| **National** | $508 | $1,016 |

| Operating Costs | | |
|---|---|---|
| | **One Car** | **Two Cars** |
| **Northeast Region** | $237 | $474 |
| Boston | $230 | $460 |
| New York | $319 | $638 |
| Philadelphia | $244 | $488 |
| | | |
| **Midwest Region** | $191 | $382 |
| Chicago | $208 | $416 |
| Cleveland | $191 | $382 |
| Detroit | $277 | $554 |
| Minneapolis-St. Paul | $197 | $394 |
| St. Louis | $190 | $380 |
| | | |
| **South Region** | $210 | $420 |
| Atlanta | $240 | $480 |
| Baltimore | $258 | $516 |
| Dallas-Ft. Worth | $281 | $562 |
| Houston | $287 | $574 |
| Miami | $316 | $632 |
| Tampa | $236 | $472 |
| Washington, D.C. | $242 | $484 |
| | | |
| **West Region** | $205 | $410 |
| Anchorage | $179 | $358 |
| Denver | $212 | $424 |
| Honolulu | $191 | $382 |
| Los Angeles | $273 | $546 |
| Phoenix | $233 | $466 |
| San Diego | $255 | $510 |
| San Francisco | $212 | $424 |
| Seattle | $268 | $536 |

# EXHIBIT E

| State Name | County | FIPS Code | Non-Mort 1 | Mort 1 | Non-Mort 2 | Mort 2 | Non-Mort 3 | Mort 3 | Non-Mort 4 | Mort 4 | Non-Mort 5+ | Mort 5+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| California | Alameda County | 06001 | $482.00 | $2,070.00 | $566.00 | $2,431.00 | $596.00 | $2,562.00 | $665.00 | $2,856.00 | $675.00 | $2,903.00 |
| California | Alpine County | 06003 | $342.00 | $1,629.00 | $401.00 | $1,914.00 | $423.00 | $2,016.00 | $471.00 | $2,248.00 | $479.00 | $2,284.00 |
| California | Amador County | 06005 | $502.00 | $1,200.00 | $590.00 | $1,409.00 | $621.00 | $1,485.00 | $693.00 | $1,655.00 | $704.00 | $1,682.00 |
| California | Butte County | 06007 | $480.00 | $1,059.00 | $563.00 | $1,245.00 | $594.00 | $1,311.00 | $662.00 | $1,462.00 | $672.00 | $1,486.00 |
| California | Calaveras County | 06009 | $549.00 | $1,247.00 | $645.00 | $1,465.00 | $679.00 | $1,544.00 | $757.00 | $1,722.00 | $770.00 | $1,749.00 |
| California | Colusa County | 06011 | $537.00 | $1,000.00 | $630.00 | $1,175.00 | $664.00 | $1,238.00 | $741.00 | $1,380.00 | $753.00 | $1,402.00 |
| California | Contra Costa County | 06013 | $495.00 | $1,930.00 | $581.00 | $2,267.00 | $612.00 | $2,389.00 | $682.00 | $2,664.00 | $693.00 | $2,707.00 |
| California | Del Norte County | 06015 | $495.00 | $934.00 | $581.00 | $1,097.00 | $613.00 | $1,155.00 | $683.00 | $1,288.00 | $694.00 | $1,309.00 |
| California | El Dorado County | 06017 | $559.00 | $1,561.00 | $657.00 | $1,833.00 | $692.00 | $1,932.00 | $771.00 | $2,155.00 | $784.00 | $2,189.00 |
| California | Fresno County | 06019 | $504.00 | $1,055.00 | $593.00 | $1,239.00 | $624.00 | $1,306.00 | $696.00 | $1,456.00 | $707.00 | $1,480.00 |
| California | Glenn County | 06021 | $450.00 | $1,000.00 | $528.00 | $1,175.00 | $557.00 | $1,238.00 | $621.00 | $1,380.00 | $631.00 | $1,403.00 |
| California | Humboldt County | 06023 | $457.00 | $1,169.00 | $536.00 | $1,373.00 | $565.00 | $1,447.00 | $630.00 | $1,613.00 | $641.00 | $1,639.00 |
| California | Imperial County | 06025 | $526.00 | $928.00 | $617.00 | $1,090.00 | $651.00 | $1,148.00 | $725.00 | $1,281.00 | $737.00 | $1,301.00 |
| California | Inyo County | 06027 | $531.00 | $1,228.00 | $624.00 | $1,442.00 | $657.00 | $1,520.00 | $733.00 | $1,694.00 | $745.00 | $1,722.00 |
| California | Kern County | 06029 | $484.00 | $1,011.00 | $569.00 | $1,187.00 | $599.00 | $1,251.00 | $668.00 | $1,395.00 | $679.00 | $1,417.00 |
| California | Kings County | 06031 | $480.00 | $959.00 | $563.00 | $1,127.00 | $594.00 | $1,187.00 | $662.00 | $1,324.00 | $673.00 | $1,345.00 |
| California | Lake County | 06033 | $550.00 | $1,001.00 | $645.00 | $1,176.00 | $680.00 | $1,239.00 | $758.00 | $1,382.00 | $770.00 | $1,404.00 |
| California | Lassen County | 06035 | $484.00 | $984.00 | $568.00 | $1,156.00 | $599.00 | $1,218.00 | $668.00 | $1,358.00 | $679.00 | $1,380.00 |
| California | Los Angeles County | 06037 | $517.00 | $1,741.00 | $607.00 | $2,045.00 | $640.00 | $2,155.00 | $713.00 | $2,403.00 | $725.00 | $2,442.00 |
| California | Madera County | 06039 | $484.00 | $1,008.00 | $568.00 | $1,184.00 | $599.00 | $1,247.00 | $668.00 | $1,390.00 | $679.00 | $1,413.00 |
| California | Marin County | 06041 | $496.00 | $2,643.00 | $583.00 | $3,104.00 | $614.00 | $3,271.00 | $685.00 | $3,647.00 | $696.00 | $3,706.00 |
| California | Mariposa County | 06043 | $523.00 | $1,100.00 | $615.00 | $1,292.00 | $648.00 | $1,361.00 | $722.00 | $1,518.00 | $734.00 | $1,542.00 |
| California | Mendocino County | 06045 | $492.00 | $1,273.00 | $579.00 | $1,495.00 | $610.00 | $1,575.00 | $680.00 | $1,756.00 | $691.00 | $1,785.00 |
| California | Merced County | 06047 | $477.00 | $960.00 | $560.00 | $1,128.00 | $591.00 | $1,188.00 | $659.00 | $1,325.00 | $669.00 | $1,347.00 |
| California | Modoc County | 06049 | $371.00 | $744.00 | $435.00 | $875.00 | $459.00 | $921.00 | $511.00 | $1,028.00 | $520.00 | $1,044.00 |
| California | Mono County | 06051 | $551.00 | $1,365.00 | $647.00 | $1,603.00 | $681.00 | $1,690.00 | $760.00 | $1,884.00 | $772.00 | $1,914.00 |
| California | Monterey County | 06053 | $466.00 | $1,599.00 | $547.00 | $1,879.00 | $577.00 | $1,979.00 | $643.00 | $2,207.00 | $654.00 | $2,242.00 |
| California | Napa County | 06055 | $480.00 | $1,848.00 | $563.00 | $2,171.00 | $594.00 | $2,287.00 | $662.00 | $2,550.00 | $673.00 | $2,591.00 |
| California | Nevada County | 06057 | $534.00 | $1,433.00 | $628.00 | $1,682.00 | $661.00 | $1,773.00 | $737.00 | $1,977.00 | $749.00 | $2,009.00 |
| California | Orange County | 06059 | $499.00 | $1,994.00 | $586.00 | $2,343.00 | $618.00 | $2,468.00 | $689.00 | $2,752.00 | $700.00 | $2,796.00 |
| California | Placer County | 06061 | $514.00 | $1,630.00 | $603.00 | $1,916.00 | $636.00 | $2,018.00 | $709.00 | $2,250.00 | $720.00 | $2,287.00 |
| California | Plumas County | 06063 | $494.00 | $1,068.00 | $580.00 | $1,254.00 | $612.00 | $1,321.00 | $682.00 | $1,473.00 | $693.00 | $1,497.00 |
| California | Riverside County | 06065 | $479.00 | $1,349.00 | $562.00 | $1,585.00 | $592.00 | $1,670.00 | $660.00 | $1,862.00 | $671.00 | $1,892.00 |
| California | Sacramento County | 06067 | $480.00 | $1,285.00 | $564.00 | $1,509.00 | $594.00 | $1,590.00 | $663.00 | $1,772.00 | $673.00 | $1,801.00 |
| California | San Benito County | 06069 | $546.00 | $1,699.00 | $641.00 | $1,996.00 | $676.00 | $2,103.00 | $754.00 | $2,345.00 | $766.00 | $2,383.00 |
| California | San Bernardino County | 06071 | $475.00 | $1,228.00 | $558.00 | $1,442.00 | $588.00 | $1,520.00 | $656.00 | $1,694.00 | $667.00 | $1,721.00 |
| California | San Diego County | 06073 | $501.00 | $1,796.00 | $588.00 | $2,110.00 | $620.00 | $2,223.00 | $691.00 | $2,479.00 | $702.00 | $2,519.00 |
| California | San Francisco County | 06075 | $543.00 | $2,572.00 | $638.00 | $3,020.00 | $673.00 | $3,182.00 | $750.00 | $3,548.00 | $762.00 | $3,606.00 |
| California | San Joaquin County | 06077 | $493.00 | $1,269.00 | $580.00 | $1,490.00 | $611.00 | $1,570.00 | $681.00 | $1,751.00 | $692.00 | $1,779.00 |
| California | San Luis Obispo County | 06079 | $469.00 | $1,629.00 | $550.00 | $1,914.00 | $580.00 | $2,016.00 | $647.00 | $2,248.00 | $657.00 | $2,284.00 |
| California | San Mateo County | 06081 | $512.00 | $2,512.00 | $601.00 | $2,951.00 | $633.00 | $3,110.00 | $706.00 | $3,467.00 | $717.00 | $3,524.00 |
| California | Santa Barbara County | 06083 | $488.00 | $1,679.00 | $573.00 | $1,972.00 | $604.00 | $2,078.00 | $674.00 | $2,316.00 | $685.00 | $2,354.00 |
| California | Santa Clara County | 06085 | $500.00 | $2,383.00 | $588.00 | $2,798.00 | $619.00 | $2,949.00 | $690.00 | $3,288.00 | $702.00 | $3,341.00 |
| California | Santa Cruz County | 06087 | $505.00 | $2,015.00 | $593.00 | $2,367.00 | $625.00 | $2,494.00 | $697.00 | $2,781.00 | $708.00 | $2,826.00 |
| California | Shasta County | 06089 | $515.00 | $1,021.00 | $605.00 | $1,199.00 | $638.00 | $1,263.00 | $711.00 | $1,409.00 | $723.00 | $1,431.00 |
| California | Sierra County | 06091 | $455.00 | $974.00 | $534.00 | $1,144.00 | $563.00 | $1,205.00 | $628.00 | $1,343.00 | $638.00 | $1,365.00 |
| California | Siskiyou County | 06093 | $487.00 | $843.00 | $572.00 | $990.00 | $603.00 | $1,043.00 | $672.00 | $1,163.00 | $683.00 | $1,182.00 |
| California | Solano County | 06095 | $489.00 | $1,468.00 | $574.00 | $1,724.00 | $605.00 | $1,817.00 | $675.00 | $2,026.00 | $686.00 | $2,058.00 |
| California | Sonoma County | 06097 | $492.00 | $1,684.00 | $577.00 | $1,979.00 | $608.00 | $2,085.00 | $678.00 | $2,325.00 | $689.00 | $2,362.00 |
| California | Stanislaus County | 06099 | $514.00 | $1,081.00 | $603.00 | $1,270.00 | $636.00 | $1,338.00 | $709.00 | $1,492.00 | $721.00 | $1,516.00 |
| California | Sutter County | 06101 | $497.00 | $1,096.00 | $583.00 | $1,287.00 | $615.00 | $1,356.00 | $686.00 | $1,512.00 | $697.00 | $1,536.00 |
| California | Tehama County | 06103 | $488.00 | $898.00 | $574.00 | $1,054.00 | $604.00 | $1,111.00 | $674.00 | $1,238.00 | $685.00 | $1,258.00 |
| California | Trinity County | 06105 | $473.00 | $984.00 | $555.00 | $1,156.00 | $585.00 | $1,218.00 | $652.00 | $1,358.00 | $663.00 | $1,380.00 |
| California | Tulare County | 06107 | $492.00 | $911.00 | $577.00 | $1,071.00 | $609.00 | $1,128.00 | $679.00 | $1,258.00 | $689.00 | $1,279.00 |
| California | Tuolumne County | 06109 | $520.00 | $1,124.00 | $610.00 | $1,321.00 | $643.00 | $1,392.00 | $717.00 | $1,552.00 | $729.00 | $1,577.00 |
| California | Ventura County | 06111 | $489.00 | $1,837.00 | $574.00 | $2,158.00 | $605.00 | $2,274.00 | $675.00 | $2,535.00 | $686.00 | $2,576.00 |
| California | Yolo County | 06113 | $495.00 | $1,507.00 | $581.00 | $1,771.00 | $613.00 | $1,865.00 | $683.00 | $2,080.00 | $694.00 | $2,114.00 |
| California | Yuba County | 06115 | $477.00 | $1,108.00 | $560.00 | $1,302.00 | $590.00 | $1,372.00 | $658.00 | $1,530.00 | $669.00 | $1,554.00 |