# UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA

In Re. Mordechai Koka

§
§
§
§

Debtor(s)

Case No. 20-50469

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 06/30/2022

Petition Date: 03/10/2020

Months Pending: 28

Industry Classification: | 0 | 0 | 0 | 0 |

Reporting Method:    Accrual Basis ○    Cash Basis ◉

Debtor's Full-Time Employees (current):    0

Debtor's Full-Time Employees (as of date of order for relief):    0

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Mordechai Koka

Signature of Responsible Party

08/22/2022

Date

Mordechai Koka

Printed Name of Responsible Party

858 Acalanes Rd, Lafayette, CA 94549

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $171,653 | |
| b. Total receipts (net of transfers between accounts) | $10,647 | $1,111,665 |
| c. Total disbursements (net of transfers between accounts) | $38,092 | $967,457 |
| d. Cash balance end of month (a+b-c) | $144,208 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $38,092 | $967,457 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ◯   Market ◯   Other ◉   (attach explanation)) | $0 |
| d Total current assets | $144,208 |
| e. Total assets | $4,280,954 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $2,463,061 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $7,645 |
| n. Total liabilities (debt) (j+k+l+m) | $2,470,706 |
| o. Ending equity/net worth (e-n) | $1,810,248 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)

**Part 5:  Professional Fees and Expenses**

|  |  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* |  |  |  |  |  |
|  | *Itemized Breakdown by Firm* |  |  |  |  |  |
|  | Firm Name | Role |  |  |  |  |
| i |  |  |  |  |  |  |
| ii |  |  |  |  |  |  |
| iii |  |  |  |  |  |  |
| iv |  |  |  |  |  |  |
| v |  |  |  |  |  |  |
| vi |  |  |  |  |  |  |
| vii |  |  |  |  |  |  |
| viii |  |  |  |  |  |  |
| ix |  |  |  |  |  |  |
| x |  |  |  |  |  |  |
| xi |  |  |  |  |  |  |
| xii |  |  |  |  |  |  |
| xiii |  |  |  |  |  |  |
| xiv |  |  |  |  |  |  |
| xv |  |  |  |  |  |  |
| xvi |  |  |  |  |  |  |
| xvii |  |  |  |  |  |  |
| xviii |  |  |  |  |  |  |
| xix |  |  |  |  |  |  |
| xx |  |  |  |  |  |  |
| xxi |  |  |  |  |  |  |
| xxii |  |  |  |  |  |  |
| xxiii |  |  |  |  |  |  |
| xxiv |  |  |  |  |  |  |
| xxv |  |  |  |  |  |  |
| xxvi |  |  |  |  |  |  |
| xxvii |  |  |  |  |  |  |
| xxviii |  |  |  |  |  |  |
| xxix |  |  |  |  |  |  |
| xxx |  |  |  |  |  |  |
| xxxi |  |  |  |  |  |  |
| xxxii |  |  |  |  |  |  |
| xxxiii |  |  |  |  |  |  |
| xxxiv |  |  |  |  |  |  |
| xxxv |  |  |  |  |  |  |
| xxxvi |  |  |  |  |  |  |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxviii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)

| | xcix | | | | | |
|---|---|---|---|---|---|---|
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| **Part 6: Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt? (if yes, see Instructions)   Yes ○   No ●

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions)   Yes ○   No ●

c. Were any payments made to or on behalf of insiders?   Yes ○   No ●

d. Are you current on postpetition tax return filings?   Yes ●   No ○

e. Are you current on postpetition estimated tax payments?   Yes ●   No ○

f. Were all trust fund taxes remitted on a current basis?   Yes ○   No ●

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○   No ●

h. Were all payments made to or on behalf of professionals approved by the court?   Yes ○   No ●   N/A ○

i. Do you have:       Worker's compensation insurance?   Yes ○   No ●

        If yes, are your premiums current?   Yes ○   No ○   N/A ●   (if no, see Instructions)

    Casualty/property insurance?   Yes ●   No ○

        If yes, are your premiums current?   Yes ○   No ○   N/A ○   (if no, see Instructions)

    General liability insurance?   Yes ○   No ●

        If yes, are your premiums current?   Yes ○   No ○   N/A ●   (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?   Yes ●   No ○

k. Has a disclosure statement been filed with the court?   Yes ○   No ●

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ●   No ○

UST Form 11-MOR (12/01/2021)

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $2,897 |
| c. | Gross income from all other sources | $3,000 |
| d. | Total income in the reporting period (a+b+c) | $5,897 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $16,724 |
| h. | All other expenses | $16,618 |
| i. | Total expenses in the reporting period (e+f+g+h) | $33,342 |
| j. | Difference between total income and total expenses (d-i) | $-27,445 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?   Yes ○  No ◉

m. If yes, have you made all Domestic Support Obligation payments?   Yes ○  No ○  N/A ◉

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**_I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate._**

| | |
|---|---|
| /s/ Mordechai Koka | Mordechai Koka |
| Signature of Responsible Party | Printed Name of Responsible Party |
| N/A | 08/22/2022 |
| Title | Date |



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

UST Form 11-MOR (12/01/2021)

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)



PageThree



PageFour

UST Form 11-MOR (12/01/2021)

# Wells Fargo Combined Statement of Accounts



**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
CH11 CASE #20-50469 (NCA)
858 ACALANES RD
LAFAYETTE CA 94549-3302

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-742-4932**

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

**Other Wells Fargo Benefits**

**From Wells Fargo Home Mortgage**

Is a home purchase in your future? Competitive rates and low down payment options make now a great time to buy a home. Plus, as a Wells Fargo customer, you can count on personalized guidance and streamlined service every step of the way.

Get started with an online mortgage application that can pre-fill your Wells Fargo account information and save you time. Use your Wells Fargo Online® username and password at the start of the application. Go to wellsfargo.com/homepurchase or contact your local home mortgage consultant.

(114)
Sheet Seq = 0376266
Sheet 00001 of 00005



---

# Summary of accounts

## *Checking and Savings*

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Everyday Checking | 2 | 2061 | 30,633.76 | 12,055.36 |
| Wells Fargo Everyday Checking | 9 | 2053 | 9,231.12 | 363.59 |
| | **Total deposit accounts** | | **$39,864.88** | **$12,418.95** |

---

# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $30,633.76 |
| Deposits/Additions | 2,897.25 |
| Withdrawals/Subtractions | - 21,475.65 |
| **Ending balance on 6/30** | **$12,055.36** |

Account number: **2061**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

### Overdraft Protection
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

---

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/1 | | Recurring Payment authorized on 05/30 Kaiser/Hps 844-524-7370 CA S582151201059200 Card 6361 | | 50.38 | |
| 6/1 | | Purchase authorized on 05/31 IN N Out Burger 22 San Leandro CA S382151263873956 Card 6361 | | 9.30 | |
| 6/1 | | Purchase authorized on 05/31 Pandora Nail Spa Lafayette CA S462152085126798 Card 6361 | | 95.00 | |
| 6/1 | | Purchase authorized on 05/31 Chevron/Csi-095890/1746 Lafayette CA P582152090137000 Card 6361 | | 20.10 | |
| 6/1 | | Purchase authorized on 06/01 Chevron/Csi-095890/1746 Lafayette CA P382152826975733 Card 6361 | | 100.49 | |
| 6/1 | | Purchase authorized on 06/01 Babushka Russian Deli Walnut Creek CA P462152860543921 Card 6361 | | 16.87 | 30,341.62 |
| 6/2 | | Purchase authorized on 05/31 Urban Remedy- Lafa Lafayette CA S302151857553385 Card 6361 | | 12.58 | |
| 6/2 | | Purchase authorized on 05/31 Tst* Tutus Lafayet Lafayette CA S582152031913287 Card 6361 | | 43.94 | |
| 6/2 | | Purchase authorized on 06/01 Alborz Walnut Cree Walnut Creek CA S462153078163396 Card 6361 | | 84.33 | |
| 6/2 | | Purchase authorized on 06/01 Chevron 0095595 Walnut Creek CA S382153139497050 Card 6361 | | 123.00 | 30,077.77 |
| 6/3 | | Purchase authorized on 06/01 Ol Beercafe Bottle Walnut Creek CA S582153132259050 Card 6361 | | 10.70 | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|-------------|------|------|------|
| 6/3 | | Purchase authorized on 06/02 Metropcs Mobile 888-863-8768 WA S582153577502278 Card 6361 | | 80.00 | |
| 6/3 | | Recurring Payment authorized on 06/02 Sling.Com 888-363-1777 CO S302154141040849 Card 6361 | | 46.00 | |
| 6/3 | | Purchase authorized on 06/03 Costco Whse #0663 Concord CA P582154664641638 Card 6361 | | 1.65 | |
| 6/3 | | Purchase authorized on 06/03 Berkeley Bowl P Berkeley CA P000000186491458 Card 6361 | | 54.80 | |
| 6/3 | | Purchase authorized on 06/03 Concord Produce Concord CA P000000787516089 Card 6361 | | 6.07 | 29,878.55 |
| 6/6 | | Purchase authorized on 06/03 Sq *Mariposa Bakin Oakland CA S302154700747473 Card 6361 | | 23.00 | |
| 6/6 | | Purchase authorized on 06/03 International Food Concord CA S382154755894704 Card 6361 | | 26.16 | |
| 6/6 | | Purchase authorized on 06/04 Tst* Lita - Walnut Walnut Creek CA S302156175919222 Card 6361 | | 64.38 | |
| 6/6 | | Purchase authorized on 06/04 1515 Restaurant Lo Walnut Creek CA S462156207573788 Card 6361 | | 21.20 | |
| 6/6 | | Purchase authorized on 06/04 1515 Restaurant Lo Walnut Creek CA S302156244482618 Card 6361 | | 84.79 | |
| 6/6 | | Purchase authorized on 06/06 Chevron/Csi-093805/1764 Alamo CA P302157683722566 Card 6361 | | 20.10 | 29,638.92 |
| 6/7 | | Purchase authorized on 06/06 Peets 20402 Alamo CA S582157679460361 Card 6361 | | 6.90 | |
| 6/7 | | Purchase authorized on 06/06 Csj Smart Meters 4085353850 CA S302157724035956 Card 6361 | | 3.50 | |
| 6/7 | | Purchase authorized on 06/07 Chevron/Csi-095890/1746 Lafayette CA P582158674798957 Card 6361 | | 100.49 | 29,528.03 |
| 6/8 | | Edeposit IN Branch/Store 06/08/22 05:00:06 Pm 3630 MT Diablo Blvd Lafayette CA 6361 | 2,897.25 | | |
| 6/8 | | Purchase authorized on 06/08 USPS PO 05064400 2705 Web Berkeley CA P382159735317116 Card 6361 | | 65.80 | |
| 6/8 | | Purchase authorized on 06/08 Kabab Burger Lafayette CA P000000170510209 Card 6361 | | 22.84 | 32,336.64 |
| 6/9 | | Purchase authorized on 06/08 Apple Store #R014 112 Walnut Creek CA P000000880120534 Card 6361 | | 1,585.52 | |
| 6/9 | | Purchase authorized on 06/08 Chevron/Csi-094640/1729 Walnut Creek CA P382160081522501 Card 6361 | | 10.05 | |
| 6/9 | | Purchase authorized on 06/08 Walgreens Store 2900 N MA Walnut Creek CA P302160143720888 Card 6361 | | 36.59 | |
| 6/9 | | Purchase authorized on 06/09 Arco#07144Arco Pittsburg CA P000000070121532 Card 6361 | | 16.38 | |
| 6/9 | | Online Transfer to Koka M Everyday Checking xxxxxx2053 Ref #Ib0Fkbkds4 on 06/09/22 | | 4,750.00 | 25,938.10 |
| 6/10 | | Purchase authorized on 06/08 Image Beauty Salon Berkeley CA S382159774062958 Card 6361 | | 35.00 | |
| 6/10 | | Purchase authorized on 06/08 City of Walnut Cre Walnut Creek CA S582160034240942 Card 6361 | | 1.50 | |
| 6/10 | | Purchase authorized on 06/08 Masses Billiards & Walnut Creek CA S382160093322348 Card 6361 | | 7.53 | |
| 6/10 | | Purchase authorized on 06/08 Masses Billiards & Walnut Creek CA S462160132894630 Card 6361 | | 30.10 | 25,863.97 |
| 6/13 | | Purchase authorized on 06/09 Bistro Vida Menlo Park CA S462161174990427 Card 6361 | | 432.01 | |
| 6/13 | | Purchase authorized on 06/09 Chevron 0204447 Menlo Park CA S302161198046848 Card 6361 | | 150.00 | |
| 6/13 | | Purchase authorized on 06/10 Amzn Mktp US*5N61U Amzn.Com/Bill WA S582161602498036 Card 6361 | | 165.30 | |
| 6/13 | | Purchase authorized on 06/10 Tst* Roam Artisan 925-385-0798 CA S382161799721203 Card 6361 | | 50.43 | |
| 6/13 | | Purchase authorized on 06/10 Tst* Tutus Lafayet Lafayette CA S582162165035378 Card 6361 | | 59.12 | |

Sheet Seq = 0376267
Sheet 00002 of  00005



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 6/13 | | Purchase authorized on 06/11 Chevron/Csi-097407/1516 Orinda CA P462163010959741 Card 6361 | | 17.69 | |
| 6/13 | | Purchase authorized on 06/11 Grocery Outlet Alameda CA P000000171944459 Card 6361 | | 37.83 | |
| 6/13 | | Purchase authorized on 06/11 Chevys Emeryville Emeryville CA S302163230602472 Card 6361 | | 8.40 | |
| 6/13 | | Purchase authorized on 06/11 Club Mallard Albany CA S462163246947691 Card 6361 | | 20.00 | |
| 6/13 | | Purchase authorized on 06/12 1515 Restaurant Lo Walnut Creek CA S462163281734841 Card 6361 | | 42.00 | |
| 6/13 | | Purchase authorized on 06/12 Safeway #0783 Lafayette CA P382164032851721 Card 6361 | | 50.77 | |
| 6/13 | | Purchase authorized on 06/13 Lafayette Car Wash Lafayette CA P000000471202759 Card 6361 | | 26.95 | |
| 6/13 | | Purchase authorized on 06/13 Lafayette Car Wash Lafayette CA P000000186428755 Card 6361 | | 6.42 | 24,797.05 |
| 6/14 | | Purchase authorized on 06/13 McDonald's F1991 Alameda CA S382164854436812 Card 6361 | | 10.29 | |
| 6/14 | | Purchase authorized on 06/13 Tap Haus Berkeley CA S462165073519086 Card 6361 | | 51.00 | |
| 6/14 | | Purchase authorized on 06/14 Cvs/Pharmacy #09 09761--2 Benicia CA P382165737424874 Card 6361 | | 4.09 | |
| 6/14 | | Purchase authorized on 06/14 Mercedes Benz of Wlnt Walnut Creek CA P382166002536892 Card 6361 | | 6.00 | |
| 6/14 | | Purchase authorized on 06/14 Sunnyvale Market Walnut Creek CA P000000533325384 Card 6361 | | 86.06 | 24,639.61 |
| 6/15 | | Purchase authorized on 06/13 Modern China Cafe 925-2896925 CA S462165241622714 Card 6361 | | 239.51 | |
| 6/15 | | Purchase authorized on 06/14 Peet's #02602 Lafayette CA S382165595980069 Card 6361 | | 3.15 | |
| 6/15 | | Purchase authorized on 06/14 Noah's Bagels #211 Lafayette CA S302165598136386 Card 6361 | | 11.35 | |
| 6/15 | | Purchase authorized on 06/14 Chevron 0097407 Orinda CA S302165779717362 Card 6361 | | 136.00 | |
| 6/15 | | Purchase authorized on 06/14 Shell Service Station Walnut Creek CA P582166140221108 Card 6361 | | 14.86 | |
| 6/15 | | Purchase authorized on 06/15 Berkeley City Club Berkeley CA P302166587556876 Card 6361 | | 224.12 | 24,010.62 |
| 6/16 | | Purchase authorized on 06/13 Berkeley City Club Berkeley CA S462165154865360 Card 6361 | | 112.06 | |
| 6/16 | | Purchase authorized on 06/14 Gypsy's Trattoria Berkeley CA S382166236597419 Card 6361 | | 17.55 | |
| 6/16 | | Purchase authorized on 06/15 Peet's #00203 Berkeley CA S582166596673500 Card 6361 | | 31.13 | |
| 6/16 | | Purchase authorized on 06/15 Alborz Walnut Cree Walnut Creek CA S302166762535423 Card 6361 | | 93.11 | |
| 6/16 | | Purchase authorized on 06/15 Caffe Central San Francisco CA S462167016878513 Card 6361 | | 16.24 | |
| 6/16 | | Purchase authorized on 06/15 Trader Joe's #200 Qps San Francisco CA P462167081592293 Card 6361 | | 14.10 | |
| 6/16 | | Purchase authorized on 06/15 Beverages & Mor San Francisc CA P000000934963322 Card 6361 | | 198.72 | |
| 6/16 | | Purchase authorized on 06/16 Nob Hill #632 2531 Bland Alameda CA P382167657330507 Card 6361 | | 6.37 | 23,521.34 |
| 6/17 | | Purchase authorized on 06/15 Impark00270103A San Francisco CA S382167031426181 Card 6361 | | 15.00 | |
| 6/17 | 2102 | Check | | 520.00 | 22,986.34 |
| 6/21 | | Purchase authorized on 06/16 Nob Hill #632 Alameda CA S462167654185474 Card 6361 | | 4.84 | |
| 6/21 | | Purchase authorized on 06/17 Cafe Colma 650-7582237 CA S462168298713496 Card 6361 | | 92.66 | |

Case: 20-50469    Doc# 361    Filed: 08/26/22    Entered: 08/26/22 17:11:19    Page 16 of 22



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 6/21 | | Recurring Payment authorized on 06/17 Apple.Com/Bill 408-974-1010 CA S582168545681305 Card 6361 | | 2.99 | |
| 6/21 | | Purchase authorized on 06/17 Eat at Thai Berkeley CA S382168811130484 Card 6361 | | 63.46 | |
| 6/21 | | Purchase authorized on 06/17 Kevin's Noodle Hou Walnut Creek CA S462169095828515 Card 6361 | | 63.14 | |
| 6/21 | | Purchase authorized on 06/17 Bay Club Walnut CR Walnut Creek CA S462169115564738 Card 6361 | | 32.63 | |
| 6/21 | | Purchase authorized on 06/17 Spwy66823501 Walnut Creek CA P000000535367032 Card 6361 | | 75.00 | |
| 6/21 | | Recurring Payment authorized on 06/18 Comcast California 800-Comcast CA S382169365188863 Card 6361 | | 71.04 | |
| 6/21 | | Recurring Payment authorized on 06/18 Comcast California 800-Comcast CA S302169385067491 Card 6361 | | 122.23 | |
| 6/21 | | Purchase authorized on 06/18 Buttercup Diner Walnut Creek CA S582169771220357 Card 6361 | | 75.47 | |
| 6/21 | | Purchase authorized on 06/18 Mens Wearhouse #2162 San Mateo CA P000000577403903 Card 6361 | | 158.81 | |
| 6/21 | | Purchase authorized on 06/18 Macy's 429 115 Hills San Mateo CA P582170139732173 Card 6361 | | 82.38 | |
| 6/21 | | Purchase authorized on 06/18 Safeway #0747 Redwood City CA P582170184862808 Card 6361 | | 55.59 | |
| 6/21 | | Purchase authorized on 06/19 Peet's #10702 Redwood City CA S382170503559923 Card 6361 | | 8.60 | |
| 6/21 | | Purchase authorized on 06/19 Costco Whse #0663 Concord CA P582170643492976 Card 6361 | | 279.19 | |
| 6/21 | | Purchase authorized on 06/19 Costco Whse #0663 Concord CA P582170644302289 Card 6361 | | 1.65 | |
| 6/21 | | Purchase authorized on 06/19 Concord Produce Concord CA P000000777897423 Card 6361 | | 18.18 | |
| 6/21 | | Purchase authorized on 06/19 Spwy66823501 Walnut Creek CA P000000674581938 Card 6361 | | 13.04 | |
| 6/21 | | Purchase authorized on 06/19 Spwy66823501 Walnut Creek CA P000000180989506 Card 6361 | | 75.00 | |
| 6/21 | | Purchase authorized on 06/20 Chevron/Csi-095890/1746 Lafayette CA P582171656993182 Card 6361 | | 25.10 | |
| 6/21 | | Purchase authorized on 06/20 Chevron 0095890 Lafayette CA S462171655630346 Card 6361 | | 162.01 | |
| 6/21 | | Purchase authorized on 06/20 Peet's #02602 Lafayette CA S382171663382413 Card 6361 | | 8.70 | |
| 6/21 | | Purchase authorized on 06/20 Noah's Bagels #211 Lafayette CA S302171668293075 Card 6361 | | 16.80 | |
| 6/21 | | Purchase authorized on 06/20 New York Pizza and Pleasent Hill CA S302171828961898 Card 6361 | | 33.68 | |
| 6/21 | | Purchase authorized on 06/21 Chevron/Csi-095890/1746 Lafayette CA P462172512477298 Card 6361 | | 100.49 | 21,343.66 |
| 6/22 | | Purchase authorized on 06/20 Pleasanton Marriot Pleasanton CA S582172044248857 Card 6361 | | 13.03 | |
| 6/22 | | Purchase authorized on 06/21 Peets 14202 S San Francis CA S462172618721976 Card 6361 | | 7.35 | 21,323.28 |
| 6/23 | | Purchase authorized on 06/21 West Wind Automoti San Francisco CA S382172732315266 Card 6361 | | 800.00 | |
| 6/23 | | Purchase authorized on 06/22 Shell Service Station Walnut Creek CA P582174159864056 Card 6361 | | 50.00 | |
| 6/23 | | Purchase authorized on 06/23 Walgreens Store 1916 Webs Alameda CA P462174718188276 Card 6361 | | 17.71 | 20,455.57 |
| 6/24 | | Purchase authorized on 06/23 Chevron 0090087 San Francisco CA S582174334819276 Card 6361 | | 24.32 | |
| 6/24 | | Purchase authorized on 06/23 Uc Hastings Parkin San Francisco CA S382174788507490 Card 6361 | | 16.00 | |
| 6/24 | | Purchase authorized on 06/23 Sq *Sokha Bun San Francisco CA S582174796130047 Card 6361 | | 9.57 | |

Case: 20-50469   Doc# 361   Filed: 08/26/22   Entered: 08/26/22 17:11:19   Page 17 of 22



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 6/24 | | Purchase authorized on 06/23 Hudson St2042 San Jose CA P582175036868085 Card 6361 | | 7.13 | |
| 6/24 | | Purchase authorized on 06/24 7-Eleven Los Angeles CA P000000683891081 Card 6361 | | 12.32 | 20,386.23 |
| 6/27 | | Purchase authorized on 06/23 Southwes 526213 800-435-9792 TX S302174838600163 Card 6361 | | 316.97 | |
| 6/27 | | Purchase authorized on 06/23 Southwes 526213 800-435-9792 TX S462174846352788 Card 6361 | | 357.96 | |
| 6/27 | | Purchase authorized on 06/24 Lyft 1 Ride 06-2 855-865-9553 CA S382175426134225 Card 6361 | | 37.84 | |
| 6/27 | | Purchase authorized on 06/24 Lax Sky Cali Pizza Los Angeles CA S582175471595033 Card 6361 | | 22.93 | |
| 6/27 | | Purchase authorized on 06/24 82858 - Terminal A San Jose CA S382175568471042 Card 6361 | | 18.00 | |
| 6/27 | | Purchase authorized on 06/24 76 - Sei 37953 San Jose CA S582175575846766 Card 6361 | | 100.00 | |
| 6/27 | | Purchase authorized on 06/24 San Francisco Pass San Francisco CA S462175732351322 Card 6361 | | 190.00 | |
| 6/27 | | Purchase authorized on 06/24 Uc Hastings Parkin San Francisco CA S382175842721540 Card 6361 | | 32.00 | |
| 6/27 | | Purchase authorized on 06/24 Amazon.Com*Lc9Kn53 Amzn.Com/Bill WA S302176160091506 Card 6361 | | 140.29 | |
| 6/27 | | Purchase authorized on 06/25 Nail Avenue & Waxi Los Angeles CA S462176697086376 Card 6361 | | 90.00 | |
| 6/27 | | Purchase authorized on 06/25 Carnival Restauran Sherman Oaks CA S382176777958464 Card 6361 | | 95.32 | |
| 6/27 | | Purchase authorized on 06/26 Rite Aid 05452 Los Angeles CA P000000387831862 Card 6361 | | 46.48 | |
| 6/27 | | Purchase authorized on 06/26 T J Maxx 8480 Beverly Los Angeles CA P000000686031814 Card 6361 | | 72.66 | |
| 6/27 | | Purchase authorized on 06/27 Hudson St1494 Burbank CA P462178690330237 Card 6361 | | 6.48 | |
| 6/27 | | Purchase authorized on 06/27 Chevron/Csi-090290/2213 Alameda CA P302178837227000 Card 6361 | | 21.18 | |
| 6/27 | | Purchase authorized on 06/27 Smart Foodservi Oakland CA P000000781082802 Card 6361 | | 199.74 | |
| 6/27 | | Purchase authorized on 06/27 Oakland Kosher Foods I Oakland CA P382179002598121 Card 6361 | | 41.59 | 18,596.79 |
| 6/28 | | Purchase authorized on 06/26 Aroma Los Angeles CA S462177789821785 Card 6361 | | 177.49 | |
| 6/28 | | Purchase authorized on 06/26 Southwes 526213 800-435-9792 TX S302177857313734 Card 6361 | | 119.98 | |
| 6/28 | | Purchase authorized on 06/26 Roman's Liquor Los Angeles CA S382177858915850 Card 6361 | | 38.84 | |
| 6/28 | | Purchase authorized on 06/26 Ana Air 205782 Seattle WA S382178038810715 Card 6361 | | 2,376.77 | |
| 6/28 | | Purchase authorized on 06/26 Jal Airline 131782 Seattle WA S382178038810908 Card 6361 | | 3,097.70 | |
| 6/28 | | Purchase authorized on 06/26 Tst* Molly Malone' Los Angeles CA S462178179611305 Card 6361 | | 92.00 | |
| 6/28 | | Purchase authorized on 06/27 Big Jim's Family R Sun Valley CA S382178660921940 Card 6361 | | 62.97 | |
| 6/28 | | Transfer to Koka Ilana on 06/28 Ref #Pp0Qjltbcj xxxxxx8156 | | 500.00 | 12,131.04 |



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|-----------|-------------|---------|
| 6/29 | | Purchase authorized on 06/27 Laz Pkg Oakland Oakland CA S462178763962956 Card 6361 | | 72.00 | |
| 6/29 | | Purchase authorized on 06/28 Noah's Bagels #211 Lafayette CA S302179523775446 Card 6361 | | 3.68 | 12,055.36 |
| **Ending balance on 6/30** | | | | | **12,055.36** |
| **Totals** | | | **$2,897.25** | **$21,475.65** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|--------|------|--------|
| 2102 | 6/17 | 520.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2022 - 06/30/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $12,055.36 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

# ☑ IMPORTANT ACCOUNT INFORMATION

**Elimination of Returned Item (Non-sufficient Funds/NSF) Fee for Consumer Accounts:**     Under the terms of your account agreement, when certain transactions are presented for payment in an amount that is more than your available balance, Wells Fargo may either (1) pay the item into overdraft at our discretion and assess an overdraft fee, or (2) return the item unpaid and assess a Returned item/Non-sufficient funds (NSF) fee.     **Effective March 7, 2022 (For Consumer Accounts Only),**    we will no longer charge a NSF fee on items we return unpaid due to non-sufficient funds.     **Overdraft fees will continue to apply to any items we pay into overdraft at our discretion, according to the terms of your account.**     Third parties or other banks may still charge fees for returned items.

For current versions of your Deposit Account Agreement, Fee and Information Schedule, and applicable addenda, please visit www.wellsfargo.com/online-banking/consumer-account-fees/.

Case: 20-50469     Doc# 361     Filed: 08/26/22     Entered: 08/26/22 17:11:19     Page 19 of 22

Sheet Seq = 0376269
Sheet 00004 of 00005



---

**Starting on August 7th, if your account is overdrawn, Extra Day Grace Period will give you more time to make deposits and avoid overdraft fees.**

Effective August 7, 2022, the section of the Deposit Account Agreement titled "Overdraft Rewind® Feature" is deleted and replaced with the following.

**Extra Day Grace Period (Consumer accounts only)**

With Extra Day Grace Period, if your account is overdrawn, you have an additional business day (extra day) to make covering deposits and/or transfers to avoid overdraft fees. If your available balance as of **midnight Eastern Time** on any business day is enough to cover the prior business day's overdraft items, the pending overdraft fees for those items will be waived. If your available balance as of midnight Eastern Time is enough to cover some, but not all, of the prior business day's overdraft items, the available balance will be applied to the transactions in the order they posted to your account (based on our posting order practices described in this Agreement). Any overdraft items that are not fully covered by midnight Eastern Time on your extra day will be subject to an overdraft fee that will be assessed during our nightly processing. You will not be charged more than three overdraft fees per business day. Note: deposits and transfers received by 9 a.m. local time on your extra day (based on where your account is located, as noted on your account statement) may also result in us reversing the prior business day's returned item decisions and paying the transaction(s).

Keep in mind that your available balance includes your deposits and transfers, less any pending withdrawals and debits. Deposits and transfers of funds are also subject to the Bank's Availability of Funds policy described in this Agreement, including any applicable deposit holds or cutoff times that may impact your available balance. If you're enrolled in Online Banking we will generally alert you on the morning of your extra day to any overdraft items that must be covered to avoid pending overdraft fees, so long as you have not opted out of receiving such alerts. Alerts are sent as a courtesy and may be delayed or prevented by factors affecting your internet/phone provider or other circumstances beyond the control of the Bank. The Bank has no liability arising from non-delivery, delayed delivery, or erroneous delivery of any alert. It is important for you to keep and rely on a personal record of your transactions to know when your account is overdrawn for purposes of making covering deposits or transfers during your extra day.

---

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

---

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

---

**Other Wells Fargo Benefits**

June 15 is World Elder Abuse Awareness Day, and now is a great time to learn more about ways to help protect your loved ones from the rising risks of scams. Visit wellsfargo.com/scams.



# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $9,231.12 |
| Deposits/Additions | 7,750.00 |
| Withdrawals/Subtractions | - 16,617.53 |
| **Ending balance on 6/30** | **$363.59** |

Account number: **2053**

**MORDECHAI KOKA
DEBTOR IN POSSESSION
CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/1 | | Deposit Made In A Branch/Store | 3,000.00 | | |
| 6/1 | | Select Portfolio Sps 0019551159 Moti Koka | | 5,430.83 | 6,800.29 |
| 6/9 | | Online Transfer From Koka M Everyday Checking xxxxxx2061 Ref #Ib0Fkbkds4 on 06/09/22 | 4,750.00 | | 11,550.29 |
| 6/10 | | Select Portfolio Sps 0019551159 Moti Koka | | 10,861.66 | 688.63 |
| 6/13 | | Recurring Payment authorized on 06/11 State Farm Insura 800-956-6310 IL S462162366388206 Card 8191 | | 315.04 | 373.59 |
| 6/30 | | Monthly Service Fee | | 10.00 | 363.59 |
| **Ending balance on 6/30** | | | | | **363.59** |
| **Totals** | | | **$7,750.00** | **$16,617.53** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2022 - 06/30/2022 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| ·  Minimum daily balance | $500.00 | $373.59 ☐ |
| ·  Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| ·  Age of primary account owner | 17 - 24 | ☐ |
| ·  The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

Case: 20-50469    Doc# 361    Filed: 08/26/22    Entered: 08/26/22 17:11:19    Page 21 of 22

Sheet Seq = 0376270
Sheet 00005 of  00005



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.        $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.        = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

- $ _____

**E** **Subtract** **D** **from** **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.        = $ _____

## Important Information You Should Know

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:**
Wells Fargo Bank, N.A. may furnish information about deposit accounts to consumer reporting agencies. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:**
Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers:**
Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

**1.** Tell us your name and account number (if any).

**2.** Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

**3.** Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about other transactions (that are not electronic transfers):**
Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801