# UNITED STATES BANKRUPTCY COURT

NORLERN DISTRICT OF CALIFORNIA

In Re. Mordechai Koka

§
§
§
§

Case No. 20-50469

Debtor(s)

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2022          Petition Date: 03/10/2020

Months Pending: 29          Industry Classification: [0] [0] [0] [0]

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Mordechai Koka
Signature of Responsible Party

08/22/2022
Date

Mordechai Koka
Printed Name of Responsible Party

858 Acalanes Rd, Lafayette, CA 94549
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $144,208 | |
| b. Total receipts (net of transfers between accounts) | $3,000 | $1,114,665 |
| c. Total disbursements (net of transfers between accounts) | $4,214 | $971,671 |
| d. Cash balance end of month (a+b-c) | $142,994 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $4,214 | $971,671 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ○   Market ○   Other ●   (attach explanation)) | $0 |
| d Total current assets | $142,994 |
| e. Total assets | $4,279,740 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $2,463,061 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $7,645 |
| n. Total liabilities (debt) (j+k+l+m) | $2,470,706 |
| o. Ending equity/net worth (e-n) | $1,809,034 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)

**Part 5:  Professional Fees and Expenses**

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxviii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| | xcix | | | | |
| | c | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ◯  No ◉

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)     Yes ◯  No ◉

c.  Were any payments made to or on behalf of insiders?     Yes ◯  No ◉

d.  Are you current on postpetition tax return filings?     Yes ◉  No ◯

e.  Are you current on postpetition estimated tax payments?     Yes ◉  No ◯

f.  Were all trust fund taxes remitted on a current basis?     Yes ◯  No ◉

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)     Yes ◯  No ◉

h.  Were all payments made to or on behalf of professionals approved by the court?     Yes ◯  No ◉  N/A ◯

i.  Do you have:          Worker's compensation insurance?     Yes ◯  No ◉

                    If yes, are your premiums current?     Yes ◯  No ◯  N/A ◉  (if no, see Instructions)

                    Casualty/property insurance?     Yes ◉  No ◯

                    If yes, are your premiums current?     Yes ◯  No ◯  N/A ◯  (if no, see Instructions)

                    General liability insurance?     Yes ◯  No ◉

                    If yes, are your premiums current?     Yes ◯  No ◯  N/A ◉  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?     Yes ◉  No ◯

k.  Has a disclosure statement been filed with the court?     Yes ◯  No ◉

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ◉  No ◯

UST Form 11-MOR (12/01/2021)

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $3,000 |
| d. | Total income in the reporting period (a+b+c) | $3,000 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $3,899 |
| h. | All other expenses | $315 |
| i. | Total expenses in the reporting period (e+f+g+h) | $4,214 |
| j. | Difference between total income and total expenses (d-i) | $-1,214 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Mordechai Koka | Mordechai Koka |
| Signature of Responsible Party | Printed Name of Responsible Party |
| N/A | 08/22/2022 |
| Title | Date |



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

UST Form 11-MOR (12/01/2021)

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)



PageThree



PageFour

UST Form 11-MOR (12/01/2021)

# Wells Fargo Combined Statement of Accounts



**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
CH11 CASE #20-50469 (NCA)
858 ACALANES RD
LAFAYETTE CA 94549-3302

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-742-4932**

 *En español:* 1-877-727-2932

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

**Other Wells Fargo Benefits**

**From Wells Fargo Home Mortgage**

Is a home purchase in your future? Competitive rates and low down payment options make now a great time to buy a home. Plus, as a Wells Fargo customer, you can count on personalized guidance and streamlined service every step of the way.

Get started with an online mortgage application that can pre-fill your Wells Fargo account information and save you time. Use your Wells Fargo Online® username and password at the start of the application. Go to wellsfargo.com/homepurchase or contact your local home mortgage consultant.

Case: 20-50469    Doc# 362    Filed: 08/26/22    Entered: 08/26/22 17:12:04    Page 13 of 19

(114)
Sheet Seq = 0352495
Sheet 00001 of  00004



# Summary of accounts

## *Checking and Savings*

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Everyday Checking | 2 | 22061 | 12,055.36 | 8,156.78 |
| Wells Fargo Everyday Checking | 5 | 22053 | 363.59 | 3,048.55 |
| | **Total deposit accounts** | | **$12,418.95** | **$11,205.33** |

# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $12,055.36 |
| Deposits/Additions | 361.50 |
| Withdrawals/Subtractions | - 4,260.08 |
| **Ending balance on 7/31** | **$8,156.78** |

Account number: **2061**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/1 | | Recurring Payment authorized on 06/29 Kaiser/Hps 844-524-7370 CA S582181198530420 Card 6361 | | 50.38 | 12,004.98 |
| 7/5 | | Recurring Payment authorized on 07/02 Sling.Com 888-363-1777 CO S382184141080236 Card 6361 | | 46.00 | |
| 7/5 | | Purchase authorized on 07/03 Metropcs Mobile We 888-863-8768 WA S302184596027540 Card 6361 | | 80.00 | |
| 7/5 | | Transfer to Koka Brandon on 07/03 Ref #Pp0Qjynqvj xxxxxx3086 | | 500.00 | |
| 7/5 | | Non-WF ATM Withdrawal authorized on 07/05 Bdo/00969458/Br458 ATM0 Solairemla Phl 462186327899260 ATM ID 00969458 Card 6361 | | 186.26 | |
| 7/5 | | Non-Wells Fargo ATM Transaction Fee | | 5.00 | 11,187.72 |
| 7/6 | | Non-WF ATM Withdrawal authorized on 07/05 0044Salcedo Makati City Phl 462187225966391 ATM ID 00180181 Card 6361 | | 184.93 | |
| 7/6 | | Non-Wells Fargo ATM Transaction Fee | | 5.00 | 10,997.79 |
| 7/7 | | Purchase authorized on 07/04 Amzn Mktp US*0R0Mb Amzn.Com/Bill WA S382186249630676 Card 6361 | | 36.27 | 10,961.52 |
| 7/12 | | Purchase Intl authorized on 07/09 Ideal Vision Green San Juan City Phl S382190416838834 Card 6361 | | 349.74 | |
| 7/12 | | International Purchase Transaction Fee | | 10.49 | 10,601.29 |
| 7/15 | | Purchase authorized on 07/07 Ana Air 205782 Seattle WA S382189234634265 Card 6361 | | 279.70 | 10,321.59 |
| 7/18 | | Transfer to Koka Ilana on 07/17 Ref #Pp0Qkrwygc xxxxxx8156 | | 1,500.00 | |



---

## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/18 | | Recurring Payment authorized on 07/17 Apple.Com/Bill 866-712-7753 CA S582198547403011 Card 6361 | | 2.99 | 8,818.60 |
| 7/19 | | Recurring Payment authorized on 07/18 Comcast California 800-Comcast CA S462199350078300 Card 6361 | | 146.73 | |
| 7/19 | | Recurring Payment authorized on 07/18 Comcast California 800-Comcast CA S302199357722417 Card 6361 | | 122.23 | 8,549.64 |
| 7/25 | | Non-WF ATM Withdrawal authorized on 07/25 0044Resorts World Garde Resorts Worl Phl 462206682265982 ATM ID 09250303 Card 6361 | | 182.81 | |
| 7/25 | | Non-Wells Fargo ATM Transaction Fee | | 5.00 | 8,361.83 |
| 7/26 | | Non-WF ATM Withdrawal authorized on 07/26 0008Qc_Dmfrco Quezon City Phl 302207345015883 ATM ID 10560001 Card 6361 | | 183.59 | |
| 7/26 | | Non-Wells Fargo ATM Transaction Fee | | 5.00 | 8,173.24 |
| 7/28 | | Non-WF ATM Withdrawal authorized on 07/28 Resorts World ATM 3 Pasay Phl 462209582997813 ATM ID 00001102 Card 6361 | | 184.41 | |
| 7/28 | | Non-Wells Fargo ATM Transaction Fee | | 5.00 | |
| 7/28 | | Purchase Return Intl authorized on 07/26 Ideal Vision Green San Juan City Phl S612209479091700 Card 6361 | 350.98 | | |
| 7/28 | | International Purch Trans Fee Reversal | 10.52 | | 8,345.33 |
| 7/29 | | Non-WF ATM Withdrawal authorized on 07/29 Resort World Pasay Phl 582210631372526 ATM ID 00001002 Card 6361 | | 183.55 | |
| 7/29 | | Non-Wells Fargo ATM Transaction Fee | | 5.00 | 8,156.78 |
| **Ending balance on 7/31** | | | | | **8,156.78** |
| **Totals** | | | **$361.50** | **$4,260.08** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2022 - 07/31/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $8,156.78 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC

# ✔ IMPORTANT ACCOUNT INFORMATION

Effective September 15, 2022, we are replacing the following paragraph in the "Special rules for new accounts" section of the Availability of Funds Policy in our Deposit Account Agreement:


Sheet Seq = 0352496
Sheet 00002 of 00004



---

The first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks, and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.

The new paragraph is as follows:

The first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks, and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit, if your deposit meets certain conditions. For example, the checks must be payable to you. If your deposit of these checks (other than U.S. Treasury checks) is not made in person to one of our employees, the first $5,525 may not be available until the second business day after the day of your deposit.

---

**Starting on August 7th, if your account is overdrawn, Extra Day Grace Period will give you more time to make deposits and avoid overdraft fees.**

Effective August 7, 2022, the section of the Deposit Account Agreement titled "Overdraft Rewind® Feature" is deleted and replaced with the following.

**Extra Day Grace Period (Consumer accounts only)**

With Extra Day Grace Period, if your account is overdrawn, you have an additional business day (extra day) to make covering deposits and/or transfers to avoid overdraft fees. If your available balance as of **midnight Eastern Time** on any business day is enough to cover the prior business day's overdraft items, the pending overdraft fees for those items will be waived. If your available balance as of midnight Eastern Time is enough to cover some, but not all, of the prior business day's overdraft items, the available balance will be applied to the transactions in the order they posted to your account (based on our posting order practices described in this Agreement). Any overdraft items that are not fully covered by midnight Eastern Time on your extra day will be subject to an overdraft fee that will be assessed during our nightly processing. You will not be charged more than three overdraft fees per business day. Note: deposits and transfers received by 9 a.m. local time on your extra day (based on where your account is located, as noted on your account statement) may also result in us reversing the prior business day's returned item decisions and paying the transaction(s).

Keep in mind that your available balance includes your deposits and transfers, less any pending withdrawals and debits. Deposits and transfers of funds are also subject to the Bank's Availability of Funds policy described in this Agreement, including any applicable deposit holds or cutoff times that may impact your available balance. If you're enrolled in Online Banking we will generally alert you on the morning of your extra day to any overdraft items that must be covered to avoid pending overdraft fees, so long as you have not opted out of receiving such alerts. Alerts are sent as a courtesy and may be delayed or prevented by factors affecting your internet/phone provider or other circumstances beyond the control of the Bank. The Bank has no liability arising from non-delivery, delayed delivery, or erroneous delivery of any alert. It is important for you to keep and rely on a personal record of your transactions to know when your account is overdrawn for purposes of making covering deposits or transfers during your extra day.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

---

**Other Wells Fargo Benefits**



**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

_____

**Other Wells Fargo Benefits**

Celebrate your love for the jersey with the new Wells Fargo Debit Card designs!

Visit wellsfargo.com/carddesignstudio today to choose a new design for your debit card, inspired by the Mexican National Team.

©2022 Mexican National Team™

# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $363.59 |
| Deposits/Additions | 3,000.00 |
| Withdrawals/Subtractions | - 315.04 |
| **Ending balance on 7/31** | **$3,048.55** |

Account number: **2053**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

_California account terms and conditions apply_

For Direct Deposit use
Routing Number (RTN):

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/1 | | Deposit Made In A Branch/Store | 3,000.00 | | 3,363.59 |
| 7/13 | | Recurring Payment authorized on 07/12 State Farm Insura 800-956-6310 IL S582193341826599 Card 8191 | | 315.04 | 3,048.55 |
| **Ending balance on 7/31** | | | | | **3,048.55** |
| **Totals** | | | **$3,000.00** | **$315.04** | |

_The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed._

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| | | |
|---|---|---|
| Fee period 07/01/2022 - 07/31/2022 | Standard monthly service fee $10.00 | You paid $0.00 |

Sheet Seq = 0352497
Sheet 00003 of  00004



*Monthly service fee summary (continued)*

| How to avoid the monthly service fee | Minimum required | This fee period | |
|---|---|---|---|
| Have any **ONE** of the following account requirements | | | |
| · Minimum daily balance | $500.00 | $3,048.55 | ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 | ☐ |
| · Age of primary account owner | 17 - 24 | | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | | ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

RC/RC



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement. $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal. = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

**E** **Subtract D from C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

= $ _____

## Important Information You Should Know

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:**
Wells Fargo Bank, N.A. may furnish information about deposit accounts to consumer reporting agencies. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:**
Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers:**
Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about other transactions (that are not electronic transfers):**
Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

©2021 Wells Fargo Bank, N.A. All rights reserved.Member FDIC. NMLSR ID 399801

Sheet Seq = 0352498
Sheet 00004 of 00004