LARS T. FULLER (No. 141270)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, PC
60 North Keeble Avenue
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA<br><br>Debtor | CASE NO.: 20-50469-SLJ<br><br>**NOTICE OF DEBTOR'S CHANGE OF MAILING ADDRESS**<br><br>CHAPTER 11 |

**PLEASE TAKE NOTICE** that Debtor, MORDECHAI KOKA, has changed his mailing address. The new mailing address is:

**802 Pacific Ave**

**Alameda, CA 94501**

DATED: October 4, 2022           THE FULLER LAW FIRM, PC

                                 By: /s/ *Lars T. Fuller*
                                 LARS T. FULLER
                                 Attorneys for Debtor