United States Bankruptcy Court

Northern District of California

In re:                                                                                    Case No. 20-50469-SLJ

Mordechai Koka                                            Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-5                                    User: admin                                     Page 1 of 2

Date Rcvd: Oct 26, 2022                          Form ID: TRANSC                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

**Recip ID**                 **Recipient Name and Address**
       +    Selwyn Whitehead, Esq., Lockhart Park, LLP, 5201 Great America Parkway, Suite 320, Santa Clara, CA 95054-1140

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2022                                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arasto Farsad | on behalf of Defendant Mordechai Koka farsadecf@gmail.com farsadecf@ecf.courtdrive.com |
| Brent D. Meyer | on behalf of Creditor Dale Gardner brent@meyerllp.com |
| Christopher Hayes | on behalf of Trustee Christopher Hayes chayestrustee@gmail.com ecf.alert+Hayes@titlexi.com |
| Christopher M. McDermott | on behalf of Creditor HSBC Bank USA National Association ecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com |
| Craig V Winslow | on behalf of Plaintiff Dale Gardner craig@cvwlaw.com |
| David S. Hoffman | on behalf of Requestor Allan Hulgan dshoffmanesq@aol.com |

| | |
| --- | --- |
| Deirdre M. Digrande | on behalf of Creditor Amalia Hanna ddigrande@lockhartpark.com ddigrande@yahoo.com |
| Edward A. Treder | on behalf of Creditor HSBC Bank USA National Association ndcaecf@BDFGroup.com |
| Jared A. Day | on behalf of U.S. Trustee Office of the U.S. Trustee / SJ jared.a.day@usdoj.gov |
| Jennifer C. Wong | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee for the Impac CMB Trust Series 2007-A bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com |
| Kelly Marie Kaufmann | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee for the Impac CMB Trust Series 2007-A bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com |
| Lars T. Fuller | on behalf of Debtor Mordechai Koka Fullerlawfirmecf@aol.com Larsfullerecf@aol.com |
| Nancy Weng | on behalf of Defendant Mordechai Koka nancy@farsadlaw.com |
| Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| Selwyn D. Whitehead | on behalf of Creditor Amalia Hanna selwynwhitehead@yahoo.com |

TOTAL: 15

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In re Debtor(s): | Case No.: 20−50469 SLJ 11 |
|---|---|
| Mordechai Koka | Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on October 13, 2022 was filed on October 26, 2022. The following deadlines apply:

The parties have until Wednesday, November 2, 2022 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Wednesday, November 16, 2022.

If a request for redaction is filed, the redacted transcript is due Monday, November 28, 2022.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Tuesday, January 24, 2023, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Erik Lige
7590 East Gray Road, Suite 202
Scottsdale, AZ 85260

or you may view the document at the clerk's office public terminal.

Dated: 10/28/22

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court