

The following constitutes the order of the Court.
Signed: November 7, 2022

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No.: 20-50469 SLJ |
| | Chapter 11 |
| MORDECHAI KOKA, | |
| Debtor. | |

## ORDER EXTENDING CONFIRMATION DEADLINE

On June 16, 2022, the court entered an order setting a confirmation deadline of October 6, 2022. Prior to the deadline, the court set a trial for a contested confirmation and the trial was held and concluded on October 13, 2022. *See* Trial Scheduling Order, entered on September 5, 2022, Docket No. 364. The matter having been submitted,

IT IS HEREBY ORDERED that the deadline to confirm a plan is extended through February 9, 2023.

*** END OF ORDER***

**COURT SERVICE LIST**

ECF Notifications

ORDER EXTENDING CONFIRMATION DEADLINE
-2-