# UNITED STATES BANKRUPTCY COURT

NORTHERN  DISTRICT OF  CALIFORNIA

In Re. Mordechai Koka

§
§
§
§

Debtor(s)

Case No.  20-50469

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 08/31/2022

Petition Date: 03/10/2020

Months Pending: 30

Industry Classification: | 0 | 0 | 0 | 0 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):          0

## Supporting  Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Mordechai Koka
_____
Signature of Responsible Party

11/28/2022
_____
Date

Mordechai Koka
_____
Printed Name of Responsible Party

858 Acalanes Rd, Lafayette, CA 94549
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $673,078 | |
| b. Total receipts (net of transfers between accounts) | $16,872 | $1,661,621 |
| c. Total disbursements (net of transfers between accounts) | $23,002 | $994,673 |
| d. Cash balance end of month (a+b+c) | $666,948 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $23,002 | $994,673 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory     (Book ○   Market ○   Other ◉   (attach explanation)) | $0 |
| d  Total current assets | $666,948 |
| e. Total assets | $4,803,694 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $2,463,061 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $7,645 |
| n. Total liabilities (debt) (j+k+l+m) | $2,470,706 |
| o. Ending equity/net worth (e-n) | $2,332,988 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)

## Part 5:  Professional Fees and Expenses

|  |  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* |  |  |  |  |  |
|  | *Itemized Breakdown by Firm* |  |  |  |  |  |
|  | Firm Name | Role |  |  |  |  |
| i |  |  |  |  |  |  |
| ii |  |  |  |  |  |  |
| iii |  |  |  |  |  |  |
| iv |  |  |  |  |  |  |
| v |  |  |  |  |  |  |
| vi |  |  |  |  |  |  |
| vii |  |  |  |  |  |  |
| viii |  |  |  |  |  |  |
| ix |  |  |  |  |  |  |
| x |  |  |  |  |  |  |
| xi |  |  |  |  |  |  |
| xii |  |  |  |  |  |  |
| xiii |  |  |  |  |  |  |
| xiv |  |  |  |  |  |  |
| xv |  |  |  |  |  |  |
| xvi |  |  |  |  |  |  |
| xvii |  |  |  |  |  |  |
| xviii |  |  |  |  |  |  |
| xix |  |  |  |  |  |  |
| xx |  |  |  |  |  |  |
| xxi |  |  |  |  |  |  |
| xxii |  |  |  |  |  |  |
| xxiii |  |  |  |  |  |  |
| xxiv |  |  |  |  |  |  |
| xxv |  |  |  |  |  |  |
| xxvi |  |  |  |  |  |  |
| xxvii |  |  |  |  |  |  |
| xxviii |  |  |  |  |  |  |
| xxix |  |  |  |  |  |  |
| xxx |  |  |  |  |  |  |
| xxxi |  |  |  |  |  |  |
| xxxii |  |  |  |  |  |  |
| xxxiii |  |  |  |  |  |  |
| xxxiv |  |  |  |  |  |  |
| xxxv |  |  |  |  |  |  |
| xxxvi |  |  |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt? (if yes, see Instructions)   Yes ○   No ◉

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions)   Yes ○   No ◉

c. Were any payments made to or on behalf of insiders?   Yes ○   No ◉

d. Are you current on postpetition tax return filings?   Yes ◉   No ○

e. Are you current on postpetition estimated tax payments?   Yes ◉   No ○

f. Were all trust fund taxes remitted on a current basis?   Yes ○   No ◉

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○   No ◉

h. Were all payments made to or on behalf of professionals approved by the court?   Yes ○   No ◉   N/A ○

i. Do you have:     Worker's compensation insurance?   Yes ○   No ◉

       If yes, are your premiums current?   Yes ○   No ○   N/A ◉   (if no, see Instructions)

       Casualty/property insurance?   Yes ◉   No ○

       If yes, are your premiums current?   Yes ○   No ○   N/A ◉   (if no, see Instructions)

       General liability insurance?   Yes ○   No ◉

       If yes, are your premiums current?   Yes ○   No ○   N/A ◉   (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?   Yes ◉   No ○

k. Has a disclosure statement been filed with the court?   Yes ◉   No ○

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◉   No ○

UST Form 11-MOR (12/01/2021)

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $8,000 |
| b. | Gross income (receipts) from self-employment | $8,685 |
| c. | Gross income from all other sources | $187 |
| d. | Total income in the reporting period (a+b+c) | $16,872 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $11,076 |
| h. | All other expenses | $11,926 |
| i. | Total expenses in the reporting period (e+f+g+h) | $23,002 |
| j. | Difference between total income and total expenses (d-i) | $-6,130 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?  Yes ◯  No ⦿

m. If yes, have you made all Domestic Support Obligation payments?  Yes ◯  No ◯  N/A ⦿

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Mordechai Koka                                          Mordechai Koka
_____                            _____
Signature of Responsible Party                             Printed Name of Responsible Party

N/A                                                        11/28/2022
_____                            _____
Title                                                      Date



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

UST Form 11-MOR (12/01/2021)

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)



PageThree



PageFour

UST Form 11-MOR (12/01/2021)

# Wells Fargo Combined Statement of Accounts



MORDECHAI KOKA
DEBTOR IN POSSESSION
CH11 CASE #20-50469 (NCA)
858 ACALANES RD
LAFAYETTE CA 94549-3302

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-742-4932**

 *En español:* 1-877-727-2932

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

---

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

---

**Other Wells Fargo Benefits**

**From Wells Fargo Home Mortgage**

Is a home purchase in your future? Competitive rates and low down payment options make now a great time to buy a home. Plus, as a Wells Fargo customer, you can count on personalized guidance and streamlined service every step of the way.

Get started with an online mortgage application that can pre-fill your Wells Fargo account information and save you time. Use your Wells Fargo Online® username and password at the start of the application. Go to wellsfargo.com/homepurchase or contact your local home mortgage consultant.

(114)
Sheet Seq = 0301105
Sheet 00001 of  00004



# Summary of accounts

## *Checking and Savings*

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Everyday Checking | 2 | 2061 | 8,156.78 | 5,080.91 |
| Wells Fargo Everyday Checking | 6 | 2053 | 3,048.55 | -5.49 |
| | **Total deposit accounts** | | **$11,205.33** | **$5,075.42** |

# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $8,156.78 |
| Deposits/Additions | 8,000.00 |
| Withdrawals/Subtractions | - 11,075.87 |
| **Ending balance on 8/31** | **$5,080.91** |

Account number: **2061**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/1 | | Non-WF ATM Withdrawal authorized on 07/30 0438 Taguig Phl 302211555178575 ATM ID 91015146 Card 6361 | | 185.35 | |
| 8/1 | | Non-Wells Fargo ATM Transaction Fee | | 5.00 | |
| 8/1 | | Non-WF ATM Withdrawal authorized on 07/30 0438 Taguig Phl 462211556095847 ATM ID 91015146 Card 6361 | | 185.35 | |
| 8/1 | | Non-Wells Fargo ATM Transaction Fee | | 5.00 | |
| 8/1 | | Non-WF ATM Withdrawal authorized on 07/31 6776 Ayala Avenue Makati Cityph Phl 382212399490341 ATM ID 28880210 Card 6361 | | 185.35 | |
| 8/1 | | Non-Wells Fargo ATM Transaction Fee | | 5.00 | |
| 8/1 | | Non-WF ATM Withdrawal authorized on 07/31 6776 Ayala Avenue Makati Cityph Phl 382212425156454 ATM ID 28880210 Card 6361 | | 185.35 | |
| 8/1 | | Non-Wells Fargo ATM Transaction Fee | | 5.00 | 7,395.38 |
| 8/2 | | Purchase Intl authorized on 07/30 Dennys Uptown Bgc Taguig Phl S302211794975508 Card 6361 | | 46.38 | |
| 8/2 | | International Purchase Transaction Fee | | 1.39 | |
| 8/2 | | Recurring Payment authorized on 07/31 Kaiser/Hps 844-524-7370 CA S382213203672170 Card 6361 | | 50.38 | |
| 8/2 | | Purchase Intl authorized on 08/01 Manongs Muntinlupa Muntinlupa Phl S382213337159518 Card 6361 | | 98.10 | |
| 8/2 | | International Purchase Transaction Fee | | 2.94 | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/2 | | Recurring Payment authorized on 08/01 Metropcs Auto Pay 888-863-8768 WA S302213578238148 Card 6361 | | 80.00 | 7,116.19 |
| 8/3 | | Recurring Payment authorized on 08/02 Sling.Com 888-363-1777 CO S462215141030696 Card 6361 | | 46.00 | 7,070.19 |
| 8/5 | | Purchase authorized on 07/28 Ana Air 205782 Seattle WA S382210091284554 Card 6361 | | 151.00 | 6,919.19 |
| 8/10 | | Purchase authorized on 08/09 Trader Joe's # 174 San Carlos P302222079203674 Card 6361 | | 168.53 | |
| 8/10 | | Purchase authorized on 08/09 Walgreens Store 1414 El C San Carlos CA P302222086189982 Card 6361 | | 9.93 | |
| 8/10 | | Purchase authorized on 08/10 Webster 76 Alameda CA P000000685951287 Card 6361 | | 92.00 | |
| 8/10 | | Purchase authorized on 08/10 Luu Optometry Inc Redwood City CA P582222610973774 Card 6361 | | 95.00 | |
| 8/10 | | Purchase authorized on 08/10 Costco Whse #1042 Redwood City CA P382222635137606 Card 6361 | | 963.85 | |
| 8/10 | | Purchase authorized on 08/10 Costco Whse #1042 Redwood City CA P382222637358698 Card 6361 | | 1.65 | |
| 8/10 | | Purchase authorized on 08/10 Safeway #2856 Pleasanton CA P302222703629216 Card 6361 | | 21.81 | 5,566.42 |
| 8/11 | | Purchase authorized on 08/09 Panasonic- Avionic Lake Forest CA S462221267217278 Card 6361 | | 16.95 | |
| 8/11 | | Purchase authorized on 08/10 Peet's #28302 Alameda CA S582222559299391 Card 6361 | | 7.40 | |
| 8/11 | | Purchase authorized on 08/10 Tst* Sultans Kebab Pleasanton CA S302222710212781 Card 6361 | | 31.60 | |
| 8/11 | | Purchase authorized on 08/11 All Star Medical Suppl Walnut Creek CA P000000975667130 Card 6361 | | 83.13 | |
| 8/11 | | Purchase authorized on 08/11 Webster 76 Alameda CA P000000483172596 Card 6361 | | 22.79 | 5,404.55 |
| 8/12 | | Edeposit IN Branch/Store 08/12/22 03:59:09 Pm 3630 MT Diablo Blvd Lafayette CA 6361 | 3,000.00 | | |
| 8/12 | | Purchase authorized on 08/10 The Yakitori Bar Fremont CA S382223070851379 Card 6361 | | 82.77 | |
| 8/12 | | Purchase authorized on 08/12 Webster 76 Alameda CA P000000272544481 Card 6361 | | 12.78 | |
| 8/12 | | Purchase authorized on 08/12 Shell Service Station Orinda CA P302224713173807 Card 6361 | | 7.67 | |
| 8/12 | | Purchase authorized on 08/12 Chevron/Csi-095890/1746 Lafayette CA P382224829579613 Card 6361 | | 102.44 | 8,198.89 |
| 8/15 | | Purchase authorized on 08/11 Cheesecake Walnut Walnut Creek CA S462223769253833 Card 6361 | | 167.03 | |
| 8/15 | | Purchase authorized on 08/12 Sq *Levys Bagels C San Francisco CA S382224569975409 Card 6361 | | 21.80 | |
| 8/15 | | Purchase authorized on 08/12 Fedex Offic4620000 Alameda CA S462225049769477 Card 6361 | | 1.13 | |
| 8/15 | | Purchase authorized on 08/12 Fedex Offic4620000 Alameda CA S382225054614304 Card 6361 | | 0.94 | |
| 8/15 | | Purchase authorized on 08/12 Pal Air 079783 Burlingame CA S582225085786221 Card 6361 | | 4,813.47 | |
| 8/15 | | Purchase authorized on 08/12 Safeway #3281 Alameda CA P462225095213983 Card 6361 | | 27.44 | |
| 8/15 | | Purchase authorized on 08/13 Ross Stores #137 Walnut Creek CA P000000085536090 Card 6361 | | 68.54 | |
| 8/15 | | Purchase authorized on 08/13 Apple Store #R014 112 Walnut Creek CA P000000986652499 Card 6361 | | 1,195.16 | |
| 8/15 | | Purchase authorized on 08/13 Victoria's Secret 0005 Walnut Creek CA P302225744198755 Card 6361 | | 260.97 | |
| 8/15 | | Purchase authorized on 08/13 Victoria's Secret 0005 Walnut Creek CA P462225745541034 Card 6361 | | 108.70 | |
| 8/15 | | Purchase authorized on 08/13 Chevron 0093805 Alamo CA S462225784575025 Card 6361 | | 38.00 | |



---

### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|-------------|--------------------|--------------------------|---------------------|
| 8/15 | | Purchase authorized on 08/13 T-Mobile 552 Contra Costa Pleasant Hill CA P582225849318153 Card 6361 | | 35.00 | |
| 8/15 | | Purchase authorized on 08/13 MT Diablo 76 Lafayette CA P582226006170963 Card 6361 | | 15.83 | |
| 8/15 | | Purchase authorized on 08/13 Nordstrom-Rack # 1285 Mar San Leandro CA P462226061135233 Card 6361 | | 434.30 | |
| 8/15 | | Purchase authorized on 08/13 Nordstrom-Rack # 1285 Mar San Leandro CA P302226062730674 Card 6361 | | 11.04 | |
| 8/15 | | Purchase authorized on 08/13 Nikepos_US San Leandro CA S382226067049586 Card 6361 | | 71.96 | |
| 8/15 | | Purchase authorized on 08/13 Chevron/Csi-090290/2213 Alameda CA P582226153185662 Card 6361 | | 2.04 | |
| 8/15 | | Purchase authorized on 08/13 Dfs San Francisco San Francisco CA S302226221747494 Card 6361 | | 226.50 | 699.04 |
| 8/18 | | Recurring Payment authorized on 08/17 Apple.Com/Bill 866-712-7753 CA S382229546136786 Card 6361 | | 2.99 | 696.05 |
| 8/19 | | Recurring Payment authorized on 08/18 Comcast California 800-Comcast CA S382230343223417 Card 6361 | | 122.23 | |
| 8/19 | | Recurring Payment authorized on 08/18 Comcast California 800-Comcast CA S582230382648189 Card 6361 | | 80.23 | 493.59 |
| 8/22 | | Online Transfer to Koka M Everyday Checking xxxxxx2053 Ref #Ib0G6Jpzw2 on 08/22/22 | | 65.00 | 428.59 |
| 8/26 | | Purchase authorized on 08/18 Pal Air 079783 Burlingame CA S582231092697824 Card 6361 | | 28.00 | 400.59 |
| 8/29 | | Non-WF ATM Withdrawal authorized on 08/28 0010ATM2 Entertainment Y Paranaque Phl 382240700683520 ATM ID 50085014 Card 6361 | | 182.68 | |
| 8/29 | | Non-Wells Fargo ATM Transaction Fee | | 5.00 | |
| 8/29 | | Online Transfer to Koka M Everyday Checking xxxxxx2053 Ref #Ib0G7Zv6x6 on 08/28/22 | | 117.00 | 95.91 |
| 8/30 | | Online Transfer to Koka M Everyday Checking xxxxxx2053 Ref #Ib0G8Fwhd8 on 08/30/22 | | 5.00 | 90.91 |
| 8/31 | | Edeposit IN Branch/Store 08/31/22 04:27:10 Pm 460 Sutter St San Francisco CA | 5,000.00 | | |
| 8/31 | | Monthly Service Fee | | 10.00 | 5,080.91 |
| **Ending balance on 8/31** | | | | | **5,080.91** |
| **Totals** | | | **$8,000.00** | **$11,075.87** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*


### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2022 - 08/31/2022 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $90.91 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

Case: 20-50469    Doc# 376    Filed: 11/28/22    Entered: 11/28/22 16:27:01    Page 16 of 20



 IMPORTANT ACCOUNT INFORMATION

---

**Now with Early Pay Day, you can get paid earlier when you have Direct Deposit.**

**Effective September 19, 2022, the following information will be incorporated into the "Depositing Funds" section of your Deposit Account Agreement. (NOTE: As the bank launches Early Pay Day, the service may not be immediately available in all areas or for all accounts. Monitor your account activity after September 19th to determine whether any of your eligible direct deposits have been made available early. Until Early Pay Day is available for your account, and subject to the disclosures below, you should expect to receive your direct deposits on your normally scheduled pay dates.)**

**Early Pay Day (Consumer accounts only)**
For certain eligible direct deposits, we may make funds available for your use up to two days before we receive the funds from your payor. When funds are made available early, they will be reflected in your account's available balance. Whether we make funds available early depends on (1) when we receive the payor's payment instructions, (2) any limitations we set on the amount and frequency of early availability, and (3) standard fraud prevention screening. The criteria we use for making funds available early are determined in our sole discretion, based on confidential criteria necessary for maintaining the security of your account and our payment services, and is subject to change without notice.

Not all direct deposits are eligible for Early Pay Day. Eligible direct deposits are limited to electronic direct deposits such as your payroll, pension, and government benefit payments. Items such as deposits of funds from person-to-person payments services (e.g., Zelle, Venmo, or PayPal transfers) and other online transfers are not eligible for Early Pay Day. The Bank does not guarantee that any direct deposits will be made available before the date scheduled by the payor, and early availability of funds may vary between direct deposits from the same payor. For interest-bearing accounts, interest on your incoming direct deposit will begin accruing on the business day we receive credit for the deposit from your payor's bank. Direct deposits made available early with Early Pay Day will not count towards applicable options to avoid your account's monthly service fee until the deposit posts to your account and is no longer pending (e.g., the pay date scheduled by your payor). Except as expressly set forth herein, funds made available early are subject to the same terms and conditions as other deposits to your account.

If we've made funds available early and the payor reverses or requests a return of the deposit, or the funds are otherwise uncollected by the Bank, you understand and agree that we may debit your account up to the amount of the deposit that was previously made available - even if you have already withdrawn the funds or it creates an overdraft on your account. In this instance, you are responsible for any fees assessed - including those charged by merchants or third parties - as a result of the overdraft. Early Pay Day is offered at the discretion of the Bank, and we reserve the right to cancel the service at any time and without notice to you.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

**You no longer need to let us know when you travel**

Due to enhanced security technology, you no longer need to let us know when you plan to travel. Please make sure your contact information on Wells Fargo Online® is up to date so we may alert you if we find unusual activity.

---

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

Sheet Seq = 0301107
Sheet 00003 of  00004



**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may
be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $3,048.55 |
| Deposits/Additions | 8,872.00 |
| Withdrawals/Subtractions | - 11,926.04 |
| **Ending balance on 8/31** | **-$5.49** |

Account number: **2053**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/1 | | Deposit Made In A Branch/Store | 3,000.00 | | 6,048.55 |
| 8/12 | | Edeposit IN Branch/Store 08/12/22 04:00:08 Pm 3630 MT Diablo Blvd Lafayette CA 6361 | 3,790.00 | | |
| 8/12 | | Recurring Payment authorized on 08/11 State Farm Insura 800-956-6310 IL S382223309765171 Card 8191 | | 315.04 | 9,523.51 |
| 8/15 | | Edeposit IN Branch/Store 08/13/22 10:44:29 Am 3630 MT Diablo Blvd Lafayette CA 6361 | 1,895.00 | | 11,418.51 |
| 8/22 | | Online Transfer From Koka M Everyday Checking xxxxxx2061 Ref #Ib0G6Jpzw2 on 08/22/22 | 65.00 | | |
| 8/22 | | Purchase authorized on 08/18 House Ultra Lounge Pasay Phl S302230705979515 Card 8191 | | 499.78 | 10,983.73 |
| 8/23 | | Purchase Intl authorized on 08/21 Solaire Resort Paranaque Phl S302233769828397 Card 8191 | | 56.44 | |
| 8/23 | | International Purchase Transaction Fee | | 1.69 | 10,925.60 |
| 8/24 | | Select Portfolio Sps 0019551159 Moti Koka | | 10,861.66 | 63.94 |
| 8/29 | | Online Transfer From Koka M Everyday Checking xxxxxx2061 Ref #Ib0G7Zv6x6 on 08/28/22 | 117.00 | | |
| 8/29 | | Purchase Intl authorized on 08/27 Dennys Uptown Bgc Taguig Phl S462239846778428 Card 8191 | | 28.55 | |
| 8/29 | | International Purchase Transaction Fee | | 0.85 | |
| 8/29 | | Non-WF ATM Withdrawal authorized on 08/29 0010ATM2 Entertainment Y Paranaque Phl 382241254038911 ATM ID 50085014 Card 8191 | | 147.03 | |
| 8/29 | | Non-Wells Fargo ATM Transaction Fee | | 5.00 | -0.49 |



## *Transaction history* *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|------------|-------------|---------|
| 8/30 | | Online Transfer From Koka M Everyday Checking xxxxxx2061 Ref #Ib0G8Fwhd8 on 08/30/22 | 5.00 | | 4.51 |
| 8/31 | | Monthly Service Fee | | 10.00 | -5.49 |
| **Ending balance on 8/31** | | | | | **-5.49** |
| **Totals** | | | **$8,872.00** | **$11,926.04** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2022 - 08/31/2022 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | -$0.49 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

Sheet Seq = 0301108
Sheet 00004 of 00004

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.          $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.     = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.          = $ _____

## Important Information You Should Know

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:**
Wells Fargo Bank, N.A. may furnish information about deposit accounts to consumer reporting agencies. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:**
Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers:**
Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

**1.** Tell us your name and account number (if any).
**2.** Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
**3.** Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about other transactions (that are not electronic transfers):**
Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

©2021 Wells Fargo Bank, N.A. All rights reserved.Member FDIC. NMLSR ID 399801