# UNITED STATES BANKRUPTCY COURT

## NORTHERN  DISTRICT OF  CALIFORNIA

In Re. Mordechai Koka

§
§
§
§

Case No.  20-50469

Debtor(s)

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 09/30/2022

Petition Date: 03/10/2020

Months Pending: 31

Industry Classification: | 0 | 0 | 0 | 0 |

Reporting Method:                 Accrual Basis ○            Cash Basis ◉

Debtor's Full-Time Employees (current):                          0

Debtor's Full-Time Employees (as of date of order for relief):   0

## Supporting  Documentation  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Mordechai Koka
_____
Signature of Responsible Party

11/28/2022
_____
Date

Mordechai Koka
_____
Printed Name of Responsible Party

858 Acalanes Rd, Lafayette, CA 94549
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R.
§ 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. | Cash balance beginning of month | $666,948 | |
| b. | Total receipts (net of transfers between accounts) | $5,145 | $1,666,766 |
| c. | Total disbursements (net of transfers between accounts) | $5,012 | $999,685 |
| d. | Cash balance end of month (a+b-c) | $667,081 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $5,012 | $999,685 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory      (Book ○   Market ○   Other ◉   (attach explanation)) | $0 |
| d | Total current assets | $667,081 |
| e. | Total assets | $4,803,827 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $2,463,061 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $7,645 |
| n. | Total liabilities (debt) (j+k+l+m) | $2,470,706 |
| o. | Ending equity/net worth (e-n) | $2,333,121 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

## Part 5:  Professional Fees and Expenses

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | | | | | |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxviii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○  No ◉

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○  No ◉

c.  Were any payments made to or on behalf of insiders?   Yes ○  No ◉

d.  Are you current on postpetition tax return filings?   Yes ◉  No ○

e.  Are you current on postpetition estimated tax payments?   Yes ◉  No ○

f.  Were all trust fund taxes remitted on a current basis?   Yes ○  No ◉

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○  No ◉

h.  Were all payments made to or on behalf of professionals approved by the court?   Yes ○  No ◉  N/A ○

i.  Do you have:          Worker's compensation insurance?   Yes ○  No ◉

                If yes, are your premiums current?   Yes ○  No ○  N/A ◉  (if no, see Instructions)

                Casualty/property insurance?   Yes ◉  No ○

                If yes, are your premiums current?   Yes ○  No ○  N/A ◉  (if no, see Instructions)

                General liability insurance?   Yes ○  No ◉

                If yes, are your premiums current?   Yes ○  No ○  N/A ◉  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?   Yes ◉  No ○

k.  Has a disclosure statement been filed with the court?   Yes ◉  No ○

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◉  No ○

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $4,895 |
| c. | Gross income from all other sources | $250 |
| d. | Total income in the reporting period (a+b+c) | $5,145 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $4,827 |
| h. | All other expenses | $185 |
| i. | Total expenses in the reporting period (e+f+g+h) | $5,012 |
| j. | Difference between total income and total expenses (d-i) | $133 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?  Yes ◯  No ⦿

m. If yes, have you made all Domestic Support Obligation payments?  Yes ◯  No ◯  N/A ⦿

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Mordechai Koka
_____
Signature of Responsible Party

N/A
_____
Title

Mordechai Koka
_____
Printed Name of Responsible Party

11/28/2022
_____
Date



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

UST Form 11-MOR (12/01/2021)

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)



PageThree



PageFour

UST Form 11-MOR (12/01/2021)

# Wells Fargo Combined Statement of Accounts



MORDECHAI KOKA
DEBTOR IN POSSESSION
CH11 CASE #20-50469 (NCA)
858 ACALANES RD
LAFAYETTE CA 94549-3302

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-742-4932**

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

**Other Wells Fargo Benefits**

**From Wells Fargo Home Mortgage**

Is a home purchase in your future? Competitive rates and low down payment options make now a great time to buy a home. Plus, as a Wells Fargo customer, you can count on personalized guidance and streamlined service every step of the way.

Get started with an online mortgage application that can pre-fill your Wells Fargo account information and save you time. Use your Wells Fargo Online® username and password at the start of the application. Go to wellsfargo.com/homepurchase or contact your local home mortgage consultant.

(114)
Sheet Seq = 0415480
Sheet 00001 of 00004



---

# Summary of accounts

## Checking and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Wells Fargo Everyday Checking | 2 | 2061 | 5,080.91 | 254.14 |
| Wells Fargo Everyday Checking | 6 | 2053 | -5.49 | 4,953.98 |
| | **Total deposit accounts** | | **$5,075.42** | **$5,208.12** |

# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $5,080.91 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 4,826.77 |
| **Ending balance on 9/30** | **$254.14** |

Account number: **2061**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/1 | | Recurring Payment authorized on 08/30 Kaiser/Hps 844-524-7370 CA S582243207031292 Card 6361 | | 50.38 | |
| 9/1 | | Non-WF ATM Withdrawal authorized on 09/01 0010ATM2 Entertainment Y Paranaque Phl 582244280063379 ATM ID 50085014 Card 6361 | | 111.18 | |
| 9/1 | | Non-Wells Fargo ATM Transaction Fee | | 5.00 | |
| 9/1 | | Online Transfer to Koka M Everyday Checking xxxxxx2053 Ref #Ib0G8Wjt39 on 09/01/22 | | 250.00 | 4,664.35 |
| 9/2 | | Non-WF ATM Withdrawal authorized on 09/02 0438 Makati Phl 382245258725871 ATM ID 91016994 Card 6361 | | 180.72 | |
| 9/2 | | Non-Wells Fargo ATM Transaction Fee | | 5.00 | |
| 9/2 | | Non-WF ATM Withdrawal authorized on 09/02 0438 Makati Phl 462245259303128 ATM ID 91016994 Card 6361 | | 180.72 | |
| 9/2 | | Non-Wells Fargo ATM Transaction Fee | | 5.00 | |
| 9/2 | | Non-WF ATM Withdrawal authorized on 09/02 0438 Makati Phl 382245259928856 ATM ID 91016994 Card 6361 | | 180.72 | |
| 9/2 | | Non-Wells Fargo ATM Transaction Fee | | 5.00 | |
| 9/2 | | Non-WF ATM Withdrawal authorized on 09/02 11th Ave. Bgc Taguig City Phl 302245669126633 ATM ID 07902919 Card 6361 | | 180.72 | |
| 9/2 | | Non-Wells Fargo ATM Transaction Fee | | 5.00 | 3,921.47 |
| 9/6 | | Recurring Payment authorized on 09/02 Sling.Com 888-363-1777 CO S462246141038133 Card 6361 | | 46.00 | |



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 9/6 | | Purchase authorized on 09/03 Sm Store-Bicutan Paranaque Phl S582246282387258 Card 6361 | | 42.46 | |
| 9/6 | | Non-WF ATM Withdrawal authorized on 09/04 0010ATM2 Entertainment Y Paranaque Phl 582247323023392 ATM ID 50085014 Card 6361 | | 180.53 | |
| 9/6 | | Non-Wells Fargo ATM Transaction Fee | | 5.00 | |
| 9/6 | | Recurring Payment authorized on 09/04 Tmobile*Auto Pay 800-937-8997 WA S582247366372311 Card 6361 | | 122.12 | |
| 9/6 | | Purchase authorized on 09/04 Emirates Ai 176783 New York NY S582247482159668 Card 6361 | | 221.70 | |
| 9/6 | | Purchase Intl authorized on 09/05 Beauty Republic-Ho Taguig Phl S582248334423123 Card 6361 | | 83.90 | |
| 9/6 | | International Purchase Transaction Fee | | 2.51 | |
| 9/6 | | Purchase Intl authorized on 09/05 The Landmark Makat Makati City Phl S382248418981855 Card 6361 | | 251.43 | |
| 9/6 | | International Purchase Transaction Fee | | 7.54 | 2,958.28 |
| 9/7 | | Purchase Intl authorized on 09/05 Pal Air Naia Psi1 Pasay Phl S382249151052026 Card 6361 | | 128.96 | |
| 9/7 | | International Purchase Transaction Fee | | 3.86 | 2,825.46 |
| 9/9 | | Purchase Intl authorized on 09/06 Flydubai Inflight Dubai Are S582250184914671 Card 6361 | | 9.53 | |
| 9/9 | | International Purchase Transaction Fee | | 0.28 | 2,815.65 |
| 9/13 | | Purchase Intl authorized on 09/11 Gmf*Y.N Services Pardes Hana - Isr S382254639595708 Card 6361 | | 63.45 | |
| 9/13 | | International Purchase Transaction Fee | | 1.90 | 2,750.30 |
| 9/16 | | Purchase Intl authorized on 09/14 Gluten Free Haifa Isr S382257489605395 Card 6361 | | 60.59 | |
| 9/16 | | International Purchase Transaction Fee | | 1.81 | |
| 9/16 | | Purchase Intl authorized on 09/14 DE Miraz Kiryat Ata Isr S382257524053805 Card 6361 | | 26.84 | |
| 9/16 | | International Purchase Transaction Fee | | 0.80 | |
| 9/16 | | Non-WF ATM Withdrawal authorized on 09/16 Leumi Card ATM Service Ramat-Gan Isr 382259399375527 ATM ID 10989 Card 6361 | | 150.72 | |
| 9/16 | | Non-Wells Fargo ATM Transaction Fee | | 5.00 | |
| 9/16 | | Non-WF ATM Withdrawal authorized on 09/16 Hapalmach Jerusalem Isr 382259403195170 ATM ID 95314110 Card 6361 | | 585.43 | |
| 9/16 | | Non-Wells Fargo ATM Transaction Fee | | 5.00 | 1,914.11 |
| 9/19 | | Purchase Intl authorized on 09/15 Gmf*Y.Y. Platiniom Jerusalem Isr S382258684265269 Card 6361 | | 31.04 | |
| 9/19 | | International Purchase Transaction Fee | | 0.93 | |
| 9/19 | | Recurring Payment authorized on 09/17 Apple.Com/Bill 866-712-7753 CA S582260546186265 Card 6361 | | 2.99 | |
| 9/19 | | Non-WF ATM Withdrawal authorized on 09/17 Leumi Card ATM Service Ramat-Gan Isr 382260632165305 ATM ID 10989 Card 6361 | | 150.53 | |
| 9/19 | | Non-Wells Fargo ATM Transaction Fee | | 5.00 | |
| 9/19 | | Recurring Payment authorized on 09/18 Comcast California 800-Comcast CA S382261346048752 Card 6361 | | 80.23 | 1,643.39 |
| 9/20 | | Purchase Intl authorized on 09/18 Tofiney Jerusalem Isr S382261378069065 Card 6361 | | 18.71 | |
| 9/20 | | International Purchase Transaction Fee | | 0.56 | |
| 9/20 | | Purchase Intl authorized on 09/18 Rut 44 Mishmar Hashi Isr S382261721900627 Card 6361 | | 12.86 | |
| 9/20 | | International Purchase Transaction Fee | | 0.38 | |
| 9/20 | | Purchase Intl authorized on 09/18 Rut 44 Mishmar Hashi Isr S382261747262553 Card 6361 | | 65.20 | |
| 9/20 | | International Purchase Transaction Fee | | 1.95 | |
| 9/20 | | Purchase Intl authorized on 09/18 Busi Givatayim Isr S382261821673179 Card 6361 | | 23.39 | |
| 9/20 | | International Purchase Transaction Fee | | 0.70 | |

Sheet Seq = 0415481
Sheet 00002 of  00004



## *Transaction history* (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|------------|--------------|------------|
| 9/20 | | Non-WF ATM Withdrawal authorized on 09/20 Talpiyot Jerusalem Isr 382263509679889 ATM ID 20117 Card 6361 | | 732.60 | |
| 9/20 | | Non-Wells Fargo ATM Transaction Fee | | 5.00 | 782.04 |
| 9/21 | | Purchase Intl authorized on 09/18 Shlomo A Angel Ltd Jerusalem Isr S382262021990115 Card 6361 | | 2.92 | |
| 9/21 | | International Purchase Transaction Fee | | 0.08 | 779.04 |
| 9/22 | | Purchase Intl authorized on 09/20 Parash - Caffe and Jerusalem Isr S302263356771917 Card 6361 | | 36.47 | |
| 9/22 | | International Purchase Transaction Fee | | 1.09 | |
| 9/22 | | Purchase Intl authorized on 09/20 Hanan Mahshirei Kt Jerusalim Isr S382263506541157 Card 6361 | | 22.67 | |
| 9/22 | | International Purchase Transaction Fee | | 0.68 | 718.13 |
| 9/26 | | Purchase Intl authorized on 09/17 Paz Oil Ltd Jerusalem Isr S302260287001541 Card 6361 | | 28.77 | |
| 9/26 | | International Purchase Transaction Fee | | 0.86 | |
| 9/26 | | Purchase Intl authorized on 09/17 Paz Oil Ltd Jerusalem Isr S302260287988287 Card 6361 | | 3.45 | |
| 9/26 | | International Purchase Transaction Fee | | 0.10 | 684.95 |
| 9/28 | | Purchase Intl authorized on 09/24 Hchvra Lpituach Hr Herzliya Isr S382267583756063 Card 6361 | | 11.51 | |
| 9/28 | | International Purchase Transaction Fee | | 0.34 | |
| 9/28 | | Purchase Intl authorized on 09/24 Haracif Ramat Gan Isr S382267767504479 Card 6361 | | 112.22 | |
| 9/28 | | International Purchase Transaction Fee | | 3.36 | 557.52 |
| 9/29 | | Purchase Intl authorized on 09/26 Sami Big Haifa Isr S582269801975031 Card 6361 | | 13.52 | |
| 9/29 | | International Purchase Transaction Fee | | 0.40 | |
| 9/29 | | Purchase Intl authorized on 09/27 Yanit Qiryat Yam Isr S382270564005589 Card 6361 | | 7.14 | |
| 9/29 | | International Purchase Transaction Fee | | 0.21 | |
| 9/29 | | Purchase Intl authorized on 09/27 Gorila Bat Yam Isr S382270783877114 Card 6361 | | 70.51 | |
| 9/29 | | International Purchase Transaction Fee | | 2.11 | |
| 9/29 | | Purchase Intl authorized on 09/27 Bali Skay Blue Ltd Givatayim Isr S382270795591408 Card 6361 | | 10.28 | |
| 9/29 | | International Purchase Transaction Fee | | 0.30 | 453.05 |
| 9/30 | | Purchase Intl authorized on 09/28 Gmf*Papaleon Beer Sheva Isr S382271413301622 Card 6361 | | 14.31 | |
| 9/30 | | International Purchase Transaction Fee | | 0.42 | |
| 9/30 | | Purchase Intl authorized on 09/28 S.A Kosmtika Givatayim Isr S382271476192762 Card 6361 | | 133.13 | |
| 9/30 | | International Purchase Transaction Fee | | 3.99 | |
| 9/30 | | Purchase Intl authorized on 09/28 Super Rhmht Hshcha Jerusalem Isr S382271602217892 Card 6361 | | 35.99 | |
| 9/30 | | International Purchase Transaction Fee | | 1.07 | |
| 9/30 | | Monthly Service Fee | | 10.00 | 254.14 |
| **Ending balance on 9/30** | | | | | **254.14** |
| **Totals** | | | **$0.00** | **$4,826.77** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.



---

***Monthly service fee summary (continued)***

| Fee period 09/01/2022 - 09/30/2022 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $264.14 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

#  IMPORTANT ACCOUNT INFORMATION

---

In consideration of the global COVID-19 pandemic, Wells Fargo temporarily paused exercising its right to setoff as otherwise allowable under your Deposit Account Agreement. Effective on or after January 1, 2023, Wells Fargo will resume exercising its right to setoff for overdrawn deposit account balances, where applicable. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/.

---

**Now with Early Pay Day, you can get paid earlier when you have Direct Deposit.**

**Effective September 19, 2022, the following information will be incorporated into the "Depositing Funds" section of your Deposit Account Agreement. (NOTE: As the bank launches Early Pay Day, the service may not be immediately available in all areas or for all accounts. Monitor your account activity after September 19th to determine whether any of your eligible direct deposits have been made available early. Until Early Pay Day is available for your account, and subject to the disclosures below, you should expect to receive your direct deposits on your normally scheduled pay dates.)**

**Early Pay Day (Consumer accounts only)**
For certain eligible direct deposits, we may make funds available for your use up to two days before we receive the funds from your payor. When funds are made available early, they will be reflected in your account's available balance. Whether we make funds available early depends on (1) when we receive the payor's payment instructions, (2) any limitations we set on the amount and frequency of early availability, and (3) standard fraud prevention screening. The criteria we use for making funds available early is determined in our sole discretion, based on confidential criteria necessary for maintaining the security of your account and your payment services, and is subject to change without notice.

Not all direct deposits are eligible for Early Pay Day. Eligible direct deposits are limited to electronic direct deposits such as your payroll, pension, and government benefit payments. Items such as deposits of funds from person-to-person payments services (e.g., Zelle, Venmo, or PayPal transfers) and other online transfers are not eligible for Early Pay Day. The Bank does not guarantee that any direct deposits will be made available before the date scheduled by the payor, and early availability of funds may vary between direct deposits from the same payor. For interest-bearing accounts, interest on your incoming direct deposit will begin accruing on the business day we receive credit for the deposit from your payor's bank. Direct deposits made available early with Early Pay Day will not count towards applicable options to avoid your account's monthly service fee until the deposit posts to your account and is no longer pending (e.g., the pay date scheduled by your payor). Except as expressly set forth herein, funds made available early are subject to the same terms and conditions as other deposits to your account.

If we've made funds available early and the payor reverses or requests a return of the deposit, or the funds are otherwise uncollected by the Bank, you understand and agree that we may debit your account up to the amount of the deposit that was previously made available - even if you have already withdrawn the funds or it creates an overdraft on your account. In this instance, you are responsible

Sheet Seq = 0415482
Sheet 00003 of  00004



for any fees assessed - including those charged by merchants or third parties - as a result of the overdraft. Early Pay Day is offered at the discretion of the Bank, and we reserve the right to cancel the service at any time and without notice to you.

———————————

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

———————————

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

———————————

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

———————————

**Other Wells Fargo Benefits**

**Extra Day Grace Period gives you an extra day to avoid overdraft fees**

If your personal checking or savings account is overdrawn, you now have an extra day to make a deposit to cover overdrafts and avoid fees*

Learn more at wellsfargo.com/extraday

*With Extra Day Grace Period, when your account is overdrawn, you have an additional business day (extra day) to make covering deposits and/or transfers to avoid the prior business day's overdraft fees. If your account's available balance as of midnight Eastern Time on your extra day is enough to cover the prior business day's overdraft items, the pending overdraft fees for those items will be waived. If your available balance as of midnight Eastern Time is enough to cover some, but not all, of the prior business day's overdraft items, we'll apply your available balance to the transactions in the order that they posted to your account. Any transactions not covered by midnight Eastern Time are subject to applicable overdraft fees. All deposits and transfers are subject to the Bank's Availability of Funds Policy.

# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/1 | -$5.49 |
| Deposits/Additions | 5,145.00 |
| Withdrawals/Subtractions | - 185.53 |
| **Ending balance on 9/30** | **$4,953.98** |

Account number: **2053**

**MORDECHAI KOKA**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-50469 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):



**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 9/1 | | Deposit Made In A Branch/Store | 3,000.00 | | |
| 9/1 | | Online Transfer From Koka M Everyday Checking xxxxxx2061 Ref #Ib0G8Wjt39 on 09/01/22 | 250.00 | | 3,244.51 |
| 9/6 | | Non-WF ATM Withdrawal authorized on 09/05 00419115-Ubp Solaire1 Pasay Phl 582248463585762 ATM ID 19019115 Card 8191 | | 180.53 | |
| 9/6 | | Non-Wells Fargo ATM Transaction Fee | | 5.00 | 3,058.98 |
| 9/8 | | Edeposit IN Branch/Store 09/08/22 12:40:11 Pm 821 Marina Village Pkwy Alameda CA | 1,895.00 | | 4,953.98 |
| **Ending balance on 9/30** | | | | | **4,953.98** |
| **Totals** | | | **$5,145.00** | **$185.53** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2022 - 09/30/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $3,058.98 ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |
| RC/RC | | |

Case: 20-50469    Doc# 377    Filed: 11/28/22    Entered: 11/28/22 16:29:28    Page 19 of 20

Sheet Seq = 0415483
Sheet 00004 of  00004



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.   $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** $ |  |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.   = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** $ |  |

- $ _____

**E** **Subtract** **D** **from** **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.   = $ _____

## Important Information You Should Know

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:**
Wells Fargo Bank, N.A. may furnish information about deposit accounts to consumer reporting agencies. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:**
Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers:**
Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about other transactions (that are not electronic transfers):**
Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

©2021 Wells Fargo Bank, N.A. All rights reserved.Member FDIC. NMLSR ID 399801