LARS T. FULLER (No. 141270)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MORDECHAI KOKA<br><br>Debtor | CASE NO.: 20-50469-SLJ<br><br>**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**<br><br>CHAPTER 11<br><br>Date: Feb. 7, 2023<br>Time: 1:30 PM<br>Courtroom: 9 |

TO THE DEBTOR, ALL CREDITORS AND THE UNITED STATES TRUSTEE:

Please take Notice that The Fuller Law Firm, P.C. Attorney for Debtor Mordechai Koka has made application to the Court for approval of compensation of $105,891.50 in fees and $196.00 in costs. It also requests authority to record the order for compensation if fees are unpaid.

A hearing on the motion has been set for Feb. 7, 2023 at 1:30 PM in Courtroom 9 of the United States Bankruptcy Court, Northern District of California, San Jose Division.

PLEASE TAKE FURTHER NOTICE that notwithstanding the location of the hearing set forth above, Paragraph 6 of General Order 38 (Eighth Amended) provides that "[u]nless

1
Notice of Hearing on Application for Compensation

otherwise ordered by the presiding judge in their practices and procedures, all notices of any motion or application filed with the court and served on any party which sets a hearing date for the motion or application must state that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video, and include the following language:

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website

This motion is based on this Notice of Hearing on Application for Compensation, The Application for Compensation and the Declaration of Attorney in Support of Application for Compensation.

This motion is brought pursuant to Rule 2002 of the Bankruptcy Rules and B.L.R. 9029-1. If you oppose this motion, you may file a written opposition with the court and may appear at the hearing. Failure to file timely written opposition or appear at the hearing may result in the motion being granted.

Your opposition, if any, to the motion in addition to being filed with the Court, shall be served on Debtor's attorney, Debtor and the U.S. Trustee at the address set forth below:

| THE BANKRUPTCY COURT: | OFFICE OF THE UNITED STATES TRUSTEE |
| | 450 Golden Gate Ave., 5th Floor 05-0153 |
| | San Francisco, CA 94102 |

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

| | |
|---|---|
| DEBTOR'S COUNSEL: | LARS T. FULLER, ESQ.<br>THE FULLER LAW FIRM, P.C.<br>60 N. Keeble Avenue<br>San Jose, CA 95126 |
| DEBTOR: | MORDECHIA KOKA<br>802 Pacific Ave.<br>Alameda, CA 94501 |

Dated: Jan. 17, 2023

                          THE FULLER LAW FIRM, P.C.

                          By: *Lars T. Fuller*
                                LARS T. FULLER
                            Attorney for Debtor