MEYER LAW GROUP LLP
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone:   (415) 765-1588
Facsimile:    (415) 762-5277
Email:         brent@meyerllp.com

Attorneys for Plan Proponents
DALE GARDNER and
MELISSA GARDNER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MORDECHAI KOKA,<br><br>Debtor. | BK Case No.: 20-50469-SLJ<br><br>Chapter 11<br><br>**NOTICE OF HEARING MOTION FOR ALLOWANCE OF SUBSTANTIAL CONTRIBUTION CLAIM PURSUANT TO 11 U.S.C. § 503(b)(4) FILED BY MEYER LAW GROUP, LLP**<br><br>Date:           February 7, 2023<br>Time:          1:30 p.m.<br>Location:    Telephonic / Videoconference[1]<br>Judge:        Honorable Stephen L. Johnson |

---

[1] Paragraph 10 of General Order 38 (Seventh Amended) provides that "[u]nless otherwise ordered by the presiding judge, all notices of any motion or application filed with the court and served on any party which sets a hearing date for the motion or application must state that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video, and include the following language: 'All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic.  The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance.  If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.'" See *https://www.canb.uscourts.gov/sites/default/files/generalorders/SeventhAmendedGO38.pdf*

BK CASE NO. 20-50469-SLJ
- 1 -
NOTICE OF HEARING ON MOTION FOR ALLOWANCE OF SUBSTANTIAL CONTRIBUTION CLAIM PURSUANT TO 11 U.S.C. § 503(b)(4) FILED BY MEYER LAW GROUP, LLP

Case: 20-50469    Doc# 384    Filed: 01/17/23    Entered: 01/17/23 20:50:03    Page 1 of 3

**TO: THE HONORABLE STEPHEN L. JOHNSON; OFFICE OF THE UNITED STATES TRUSTEE; MORDECHAI KOKA; ALL PARTIES IN INTEREST AND THEIR ATTORNEY OF RECORD (IF ANY):**

**PLEASE TAKE NOTICE** that on February 7, 2023 at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Stephen L. Johnson of the United States Bankruptcy Court, Meyer Law Group, LLP ("MLG") will move (the "Motion") the above-referenced Court for allowance and payment of professional fees in the amount of $82,200.00 and reimbursement of costs in the amount of $681.03 pursuant to section 503(b)(4)(D) of the Bankruptcy Code based on the substantial contribution provided the estate and creditors for the period of April 10, 2021 through January 17, 2023 in the above-captioned matter.

The Motion is brought pursuant to 11 U.S.C. § 503(b), Federal Rules of Bankruptcy Procedure 2002(a)(6), 2002(c)(2), 2016, and Bankruptcy Local Rules 2002-1(a) and 9014-(b)(1)(B).

**PLESAE TAKE FURTHER NOTICE** that notwithstanding the location of the hearing set forth above, Paragraph 10 of *General Order 38 (Seventh Amended)* provides that "[u]nless otherwise ordered by the presiding judge, all notices of any motion or application filed with the court and served on any party which sets a hearing date for the motion or application must state that **the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video, and include the following language**: 'All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic.  The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance.  If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.'" See *https://www.canb.uscourts.gov/sites/default/files/general-orders/SeventhAmended GO38_1.pdf*

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Local Rule 9014-1(c)(2), **any opposition shall be filed and served on the initiating party at least seven**

BK CASE NO. 20-50469-SLJ - 2 -
NOTICE OF HEARING ON MOTION FOR ALLOWANCE OF SUBSTANTIAL CONTRIBUTION CLAIM PURSUANT TO 11 U.S.C. § 503(b)(4) FILED BY MEYER LAW GROUP, LLP

Case: 20-50469    Doc# 384    Filed: 01/17/23    Entered: 01/17/23 20:50:03    Page 2 of 3

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

**(7) days prior to the hearing on the Motion.** Any opposition must set forth all relevant facts and any relevant legal authority, must be supported by affidavits or declarations that conform to the provisions of Bankruptcy Local Rule 9013-1(d), and must be filed with the Bankruptcy Court and served on counsel MEYER LAW GROUP LLP, Attn: Brent D. Meyer, Esq., 268 Bush Street #3639, San Francisco, California 94014.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and all supporting documents are available on the *Public Access to Court Electronic Records* (PACER) website https://www.pacer.gov. Further, any party can request a copy of these documents by contacting counsel as follows: by email: brent@meyerllp.com; by telephone: (415) 765-1588; or by mail: Meyer Law Group, LLP, 268 Bush Street #3639, San Francisco, California 94104.

**PLEASE TAKE FURTHER NOTICE** that failure to file and serve a written objection to the Motion in a timely manner may result in entry of an order granting the requested relief by default, and the Court may preclude oral opposition to the Motion at the hearing.

Dated: January 17, 2023                     **MEYER LAW GROUP LLP**

By: /s/ BRENT D. MEYER
    Brent D. Meyer
    Attorneys for Plan Proponents
    DALE GARDNER and
    MELISSA GARDNER