Arasto Farsad, Esq. (SBN # 273118)
Nancy Weng, Esq. (SBN # 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda Suite 525
San Jose CA 95126
Tel: (408) 641-9966
Fax: (408) 866-7334
Email addresses: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor (former)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MORDECHAI KOKA,<br><br>Debtor / debtor in possession. | Case No. 20-50469 SLJ<br>Chapter 11<br><br>**DECLARATION OF NANCY WENG IN SUPPORT OF FINAL APPLICATION FOR COMPENSATION**<br><br>Date: February 21, 2023<br>Time: 1:30 p.m.<br>Place: **Hearing to be conducted by Tele / Video Conference<br><br>**Judge: Hon. Stephen L. Johnson (CHIEF JUDGE)** |

I, Nancy Weng, hereby declare:

1. I am an attorney duly licensed to practice in this State and before this Court, and am authorized by the law Firm of Farsad Law Office, P.C., "the Firm," or "Applicant", the <u>formerly</u> employed counsel for the Debtor in the above-captioned case, to submit this Final Application for Compensation ("Application") for the Firm.

1 –Declaration of Nancy Weng in Support of Final Application for Compensation

2. I have personal knowledge of the facts set forth in this declaration, and if called to testify, would and could testify competently thereto. As to those matters stated on information and belief, I believe them to be true. I submit this declaration in support of this Application counsel for the Debtor.

3. I have personally reviewed the information contained in the Application, and believe its contents to be true and correct to the best of my knowledge, information and belief.

4. Throughout the case, I was one of the primary attorneys working on this case, along with Arasto Farsad.

5. There are absolutely no fee splitting or fee sharing arrangements between the Firm (or any of its members or employees or agents) and anyone else or any other entities.

6. The Debtor paid the Firm $12,500.00 plus the court filing fee of $1,717.00. This filing fee was paid to the Court on the date of filing the instant case.

7. As for the $12,500.00 initial retainer, the $8,000.00 that remained in the Firm's operational account was applied to the Firm's Interim Fee Application filed on October 20, 2020 (Dkt. No. 87) with Order entered December 2, 2020 at Docket No. 101.

8. Farsad Law Office represented the Debtor from the filing date on March 10, 2020 until April 27, 2021 (Dkt No. 118), wherein an Order granting the Debtor a substitution of attorney was entered. Therefore, the Firm's services for the instant bankruptcy case ended on April 20, 2021 and the Firm is seeking compensation for the period after its interim fee application to the date of substitution via this Application.

9. Post-petition services to the Debtor covering the period of October 20, 2020 to April 20, 2021 (the "Billing Period") total $12,005.00 (with no costs incurred). The total award currently being sought is accordingly $12,005.00

10. My billing rate for this case is $350.00 per hour. The billing rates for the attorneys in the Farsad Law Office, P.C. are as follows: Arasto Farsad, $350.00 per hour.

11. There was no double billing in the case, even where Arasto Farsad and I conferred or worked on matters involving the case at the same time.

2 –Declaration of Nancy Weng in Support of Final Application for Compensation

12. I am an attorney licensed to practice law since 2007. I hold a B.A. from the University of Houston, and a J.D. from Golden Gate University School of Law.

13. Upon information and belief, my hourly billing rate of $350.00 per hour is normal for an attorney of like experience in the Bay Area, and the rates herein were billed at rates no less favorable than those customarily billed by the Firm and generally accepted by clients of the Firm.

14. A detailed breakdown of the project billing is attached hereto as **Exhibit A**. The project billing is generated from time kept contemporaneously on Excel.

15. I personally reviewed the project billing and time slips and attest that to the best of my knowledge that they are true, correct, and accurate. Exhibit A breaks down the professional working on each event by the initials of the attorney working on the project.

16. A copy of this Application and a cover letter is being mailed to the Debtor concurrently herewith. A copy of said cover letter is attached hereto as **Exhibit B**.

17. The Firm now respectfully requests that the Court grant the **Final** Application for Compensation after the Court's consideration and review.

Respectfully submitted,

Executed on **January 23, 2023**, at **San Jose**, California

FARSAD LAW OFFICE, P.C.
***/s/ Nancy Weng, Esq.***
Nancy Weng
Attorneys for Debtor (former)

3 –Declaration of Nancy Weng in Support of Final Application for Compensation

# EXHIBIT A

## Case Administration

| date | event | hours | attorney | total |
|---|---|---|---|---|
| 2/27/2021 | draft CMC statement | 2 | af | 700 |
| 3/3/2021 | prepare for CMC | 0.5 | nw | 175 |
| 3/4/2021 | appear ata CMC | 0.5 | nw | 175 |
| 3/6/2021 | review order w deadlines with debtor | 1 | nw | 350 |
| 4/1/2021 | email with realtor re: offers and sale issues | 1 | nw | 350 |
| | **Total** | **5** | | **1750** |

## Claims and Asset Analysis

| date | event | hours | attorney | total |
|---|---|---|---|---|
| 10/20/2020 | draft 9019 motion for settlement with Gardner | 3.5 | af | 1225 |
| 10/21/2020 | review hanna joint stip to allow late filed claim | 1 | af | 350 |
| 12/10/2020 | draft debtor's report of sale | 1 | nw | 350 |
| 4/10/2021 | review final claims reg for all pocs | 0.5 | nw | 175 |
| 4/16/2021 | review Gardener's opposing plan | 3 | af | 1050 |
| | **Total** | **9** | | **3150** |

## Client Communications

| date | event | hours | attorney | total |
|---|---|---|---|---|
| 10/28/2020 | meeting w debtor re settlement | 2.5 | af | 875 |
| 11/12/2020 | meeting w debtor re financials and sale | 1 | af | 350 |
| 11/20/2020 | meeting w debtor re realtor and house sale | 1.5 | af | 525 |
| 12/8/2020 | meeting we debtor re house for sale/income | 1.5 | af | 525 |
| 12/9/2020 | call w debtor and realtor | 1 | af | 350 |
| 3/8/2021 | call w debtor re updated financials/ case updates | 1 | af | 350 |
| 3/9/2021 | call w realtor re isting agreement/fixing the hosue | 1.2 | af | 420 |
| 3/22/2021 | mtg w debtor re: new counsel and sale plan and foreclosure | 2 | af | 700 |
| 4/8/2021 | mtg w debor re new atty/ new ptl realtor/ paying settlemtn | 2.6 | af | 910 |
| **Total** | | **14.3** | | **5005** |

## Tax, Accounting, and MORS

| date | event | hours | attorney | total |
|---|---|---|---|---|
| 10/20/2020 | review September 2020 MOR | 0.5 | | 175 |
| 12/9/2020 | review August 2020 MOR | 1 | nw | 350 |

| date | event | hours | attorney | total |
|---|---|---|---|---|
| 12/9/2020 | review amended September 2020 MOR | 1 | nw | 350 |
| 12/9/2020 | review amended October 2020 MOR | 0.5 | nw | 175 |
| 12/10/2020 | review november 2020 mor | 0.5 | nw | 175 |
| 1/22/2021 | review December 2020 MOR | 0.5 | nw | 175 |
| 2/11/2021 | review January 2021 MOR | 0.5 | nw | 175 |
| 3/17/2021 | review February 2021 MOR | 0.5 | nw | 175 |
| | **Total** | **5** | | **1750** |

Retention of Professionals

| date | event | hours | attorney | total |
|---|---|---|---|---|
| | **All fees are waived as the Court did not approve employment / Pro Bono.** | | | 0 |

Draft Fee Application

| date | event | hours | attorney | total |
|---|---|---|---|---|
| 1/23/2023 | Draft fee application | 1 | nw | |
| | **Total** | **1** | | **350** |

| | Grand Total | 35.3 | | **12,005** |
|---|---|---|---|---|
| | Costs | 0 | | |
| | **Total** | | | **12,005** |

# EXHIBIT B

# FARSAD LAW OFFICE, P.C.

Arasto Farsad (CA SBN 273118)
Nancy Weng (CA SBN 251215)
1625 the Alameda, Suite 525
San Jose, CA 95126
Telephone: (408) 641-9966
Facsimile: (408) 866-7334
Emails: farsadlaw1@gmail.com; nancy@farsadlaw.com

**January 23, 2023**

Mr. Mordechai Koka
1409 Enderby Way
Sunnyvale, CA 94087

Re: Final Application for Compensation (i.e., attorneys fees)
Chapter 11 Case Number: 20-50469
Case Title: *In re Mordechai Koka*

Dear Mr. Koka:

    Attached / enclosed herewith is our **Final Application for Compensation** (as your former counsel) for your case which will be filed with the Bankruptcy Court. The Court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees provides that a Debtor-in-Possession (you), a trustee, or an official committee, must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals.

    We invite you to discuss any objections, concerns, or questions you may have with us. The Office of the United States Trustee will also accept your objections / comments. The court will also consider timely filed objections by any party in interest at the time of the hearing. Please contact this office should you have any questions.

Yours truly,

*/s/ Nancy Weng*

Nancy Weng, Esq.