ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Emails: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor (former)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MORDECHAI KOKA,<br><br>Debtor / debtor-in-possession. | Case No.: 20-50469 SLJ<br>Chapter 11<br><br>**NOTICE OF HEARING ON FINAL APPLICATION FOR COMPENSATION; CERTIFICATE OF SERVICE**<br><br>Date: February 21, 2023<br>Time: 1:30 p.m.<br>Place: **<u>*Hearing to be conducted by Telephone or Video Conference</u>** (see page 2 below for instructions on how to arrange your appearance)<br><br>**Before: Hon. Stephen L. Johnson (CHIEF JUDGE)** |

      **TO THE HONORABLE CHIEF JUDGE STEPHEN L. JOHNSON, THE UNITED STATES TRUSTEE'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL CREDITORS / PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSEL(S) OF RECORD: <u>PLEASE TAKE NOTICE THAT</u>** that there will be a hearing on Farsad Law Office, P.C.'s Final Application for Compensation

1 –Notice of Hearing on Final Application for Compensation; Certificate of Service

(hereinafter, the "Application") set for **February 21, 2023** at **1:30 p.m.** before the **Honorable Chief Judge Stephen L. Johnson.**

      **The hearing** on this Application will **not** be conducted in the presiding Judge's Courtroom but, instead, **will be conducted by telephone or video.** All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 1-888-821- 7606 or by using the Live Chat feature on the Bankruptcy Court's website.

      Unless a party in interest desires to contest this Application, no appearance is required. If you do wish to contest this Application, you must file written opposition with this Court at least seven (7) days prior to the hearing date and you must appear at the Court on the day of the hearing pursuant to LBR 9014; otherwise, the Court may enter an order granting the Application without further consideration.

Respectfully submitted,

Dated: January 23, 2023, at San Jose, California.

FARSAD LAW OFFICE, P.C.

By: */s/ Nancy Weng*
Nancy Weng, Esq.
Attorneys for Debtor-in-possession

# CERTIFICATE OF SERVICE

I am at least 18 years of age and not a party to the within action; my business address is FARSAD LAW OFFICE, P.C., 1625 The Alameda, Suite 525, San Jose, CA 95126. On **January 23, 2023** I served the interested parties with the documents described as follows:

1. **NOTICE OF HEARING ON FINAL APPLICATION FOR COMPENSATION; CERTIFICATE OF SERVICE;**
2. **FINAL APPLICATION FOR COMPENSATION;**
3. **DECLARATION OF NANCY WENG IN SUPPORT OF FINAL APPLICATION FOR COMPENSATION,**

BY **USPS FIRST CLASS MAIL:** By placing TRUE COPIES thereof enclosed in a sealed envelope addressed to all addresses on the attached **Court Creditor Matrix**. The envelope was deposited in the United States Post Office in **San Jose, California**.

BY **NOTICE OF ELECTRONIC FILING:** I caused to be served the above-described document(s) by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the following parties and/or counsel who are registered ECF users: **All CM/ECF registered participants.**

I declare under penalty of perjury that the above statements are true and correct.

Executed on **January 23, 2023**, in **San Jose**, California.

FARSAD LAW OFFICE, P.C.

*/s/ Arasto Farsad*
Arasto Farsad, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 20-50469<br>California Northern Bankruptcy Court<br>San Jose<br>Mon Jan 23 09:54:55 PST 2023 | Aldridge Pite, LLP<br>4375 Jutland Dr Ste 200P<br>San Diego, CA 92117-3600 | Alexander & Scott Beuscher<br>1702 Paru St.<br>Alameda, CA 94501-1273 |
| Allan and Nicole Hulgan<br>549 Papac Way<br>San Jose, CA 95117-1567 | Arnaldo Catolos and Tate Arron Catolos<br>1702 Paru St.<br>Alameda, CA 94501-1273 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | CBA Collection Bureau<br>25954 Eden Landing Rd.<br>Hayward, CA 94545-3837 | Citi Visa (Costco)<br>P.O. Box 6217<br>Sioux Falls, SD 57117-6217 |
| CitiMortgage, Inc.<br>1000 Technology Dr.<br>MS 504A<br>O Fallon, MO 63368-2240 | Contractors State License Board<br>Sacramento Intake/Mediation Center<br>P.O. Box 269116<br>Sacramento, CA 95826-9116 | Credit Collection<br>P.O. Box 607<br>Norwood, MA 02062-0607 |
| Credit Collection Services<br>PO Box 607<br>Norwood, MA 02062-0607 | Richard Dahnken<br>Castlemont Realty<br>2760 Camino Diablo, Suite B<br>Walnut Creek, CA 94597-3906 | Richard Dahnken<br>Premier Agent Network Inc<br>P.O. Box 5203<br>Walnut Creek, CA 94596-1203 |
| Dale Gardener and Melissa Gardner<br>442 Fulton Court<br>Santa Clara, California 95051-6307 | Daniel Morgan<br>c/o Philip C. Zvonicek<br>1880 Century Park East, Suite 1200<br>Los Angeles, CA 90067-1621 | (p)BARRETT DAFFIN FRAPPIER TURNER & ENGEL LL<br>4004 BELT LINE ROAD SUITE 100<br>ADDISON TX 75001-4320 |
| Jared A. Day<br>Office of the U.S. Trustee<br>300 Booth St. #3009<br>Reno, NV 89509-1362 | Deidre Diugrande<br>Lockhardt Park LLP<br>4655 Old Ironsides Dr Ste 250<br>Santa Clara, CA 95054-1854 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 |
| Deutsche Bank National Trust Company<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | Deutsche Bank National Trust Company, as Ind<br>c/o McCarthy & Holthus, LLP<br>2763 Camino Del Rio South<br>San Diego, CA 92108-3708 | Deirdre M. Digrande<br>Lockhart Park, LLP<br>5201 Great America Parkway, Suite 320<br>Santa Clara, CA 95054-1140 |
| Employment Development Department<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | FCI Lender Services, Inc.<br>P.O. Box 272370<br>Anaheim, CA 92809-0112 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| Franchise Tax Board<br>PO Box 942867<br>Sacramento, CA 94267-0001 | Francois X. Sorba, Esq.<br>1611 Borel Place, #7<br>San Mateo, CA 94402-3504 | Lars T. Fuller<br>The Fuller Law Firm<br>60 N Keeble Ave.<br>San Jose, CA 95126-2723 |

Case: 20-50469   Doc# 387   Filed: 01/23/23   Entered: 01/23/23 10:47:15   Page 4 of 7

| | | |
|---|---|---|
| Dale Gardner<br>442 Fulton Court<br>Santa Clara, CA 95051-6307 | Green Bay Builders, Inc.<br>858 Acalanes Rd<br>Lafayette, CA 94549-3302 | HOUZZ<br>285 Hamilton Ave., 4th Floor<br>Palo Alto, CA 94301-2540 |
| HSBC Bank USA, National Association<br>c/o Nationstar Mortgage LLC<br>Attention: Bankruptcy Department<br>PO Box 619096<br>Dallas, TX 75261-9096 | Jeff Hanna<br>161 Cherry Avenue<br>Campbell, CA 95008-3415 | Christopher Hayes<br>23 Railroad Avenue #1238<br>Danville, CA 94526-1140 |
| David S. Hoffman<br>David S. Hoffman, Attorney at Law<br>1500 E. Hamilton Ave. #118<br>Campbell, CA 95008-0834 | David S. Hoffman<br>Law Offices of David S. Hoffman<br>1500 E. Hamilton Ave. #118<br>Campbell, CA 95008-0834 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jeff and Amalia Hanna<br>161 Cherry Ave.<br>Campbell, CA 95008-3415 | Julia Mackenzie; Lauren Mackenzie<br>Tammy Le; Elliott Allan<br>1702 Paru St.<br>Alameda, CA 94501-1273 |
| Julyn M. Park<br>Deirdre M. Digrande<br>Lockhart Park LLP<br>4655 Old Ironsides Drive, Suite 250<br>Santa Clara, CA 95054-1854 | Kelly Marie Kaufmann<br>McCarthy and Holthus LLP<br>2763 Camino Del Rio South<br>San Diego, CA 92108-3708 | Mordechai Koka<br>802 Pacific Ave<br>Alameda, CA 94501 |
| Mai T. Hoang<br>9814 Davona Dr.<br>San Jose, CA 94583-2910 | Mai T. Hoang<br>9814 Davona Drive<br>San Ramon, CA 94583-2910 | Manolo & Erlina Penaranda<br>Arnaldo Catolos & Tate Arron<br>Catolos<br>1702 Paru St.<br>Alameda, CA 94501-1273 |
| Christopher M. McDermott<br>Aldridge Pite, LLP<br>8880 Rio San Diego Drive<br>Ste 725<br>San Diego, CA 92108-1619 | Melissa Gardner<br>442 Fulton Ct.<br>Santa Clara, CA 95051-6307 | Brent D. Meyer<br>Meyer Law Group, LLP<br>268 Bush St. #3639<br>San Francisco, CA 94104-3503 |
| Meyer Law Group, LLP<br>Attn: Brent D. Meyer, Esq.<br>268 Bush Street #3639<br>San Francisco, California 94104-3503 | Daniel Morgan<br>1040 W. Edmundson Avenue<br>Morgan Hill, CA 95037-4731 | Mr. Cooper<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019-4620 |
| Nationstar Mortgage, LLC DBA Mr. Cooper<br>PO Box 619094<br>Dallas, TX 75261-9094 | Nicole and Alan Hulgan<br>549 Papac Way<br>San Jose, CA 95117-1567 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 |
| Office of the United States Trustee<br>Attn: Terri H. Didion<br>2500 Tulare Street, Suite 1401<br>Fresno, CA 93721-1326 | SALES FORCE<br>415 Missioni St., 3rd Floor<br>San Francisco, CA 94105-2504 | Select Portfolio Servicng<br>Attn: Legal Dept.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |

| | | |
|---|---|---|
| Selwyn D. Whitehead, Esq.<br>4650 Scotia Ave<br>Oakland, CA 94605-5655 | Shimon Bouganim<br>c/o Michael D. Kolodzi, Esq.<br>433 North Camden Drive, #600<br>Beverly Hills, CA 90210-4416 | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 |
| Steve Frankel<br>315 Bryan Ct.<br>Palo Alto, CA 94301-1401 | Tenant #1<br>1702 Paru St.<br>Alameda, CA 94501-1273 | Tenant #2<br>1702 Paru St.<br>Alameda, CA 94501-1273 |
| Tenant #3<br>1702 Paru St.<br>Alameda, CA 94501-1273 | Thanh-Tam Morgan and Daniel<br>Morgan<br>1040 W. Edmundson Ave.<br>Ceres, CA 95307 | Edward A. Treder<br>Barrett Daffin Frappier Treder and Weiss<br>20955 Pathfinder Rd. #300<br>Diamond Bar, CA 91765-4029 |
| (p)U S ATTORNEY'S OFFICE NORTHERN DISTRICT<br>450 GOLDEN GATE AVENUE<br>9TH FLOOR<br>SAN FRANCISCO CA 94102-3419 | United Site Services<br>P.O. Box 53267<br>Phoenix, AZ 85072-3267 | Selwyn D. Whitehead<br>Law Offices of Selwyn D. Whitehead<br>4650 Scotia Ave.<br>Oakland, CA 94605-5655 |
| (p)MCCARTHY & HOLTHUS LLP<br>2763 CAMINO DEL RIO S SUITE 100<br>SAN DIEGO CA 92108-3708 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Darlene C. Vigil<br>Barrett Daffin Frappier Treder & Weiss,<br>3990 Concours Ste 350<br>Ontario, CA 91764-7971 | (d)HSBC Bank USA, National Association<br>c/o BDFTW, LLP<br>4004 Belt Line Rd Ste. 100<br>Addison, TX 75001 | (d)HSBC Bank USA, National Association<br>c/o Barrett Daffin Frappier<br>Treder & Weiss LLP<br>4004 Belt Line Rd Ste. 100<br>Addison, TX 75001 |
| State Board of Equalization<br>Attn: Special Procedures Section, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3400 | Jennifer C. Wong<br>McCarthy & Holthus, LLP<br>2763 Camino Del Rio South<br>San Diego, CA 92108 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | (u)Melissa Gardner | (u)Amalia Hanna |

| | | |
|---|---|---|
| (u)Allan Hulgan | (u)Nicole Hulgan | (u)Nationstar Mortgage LLC d/b/a Mr. Cooper |

| | | | |
|---|---|---|---|
| (d)Selwyn D. Whitehead<br>Law Offices of Selwyn D. Whitehead<br>4650 Scotia Ave.<br>Oakland, CA 94605-5655 | End of Label Matrix<br>Mailable recipients<br>Bypassed recipients<br>Total | 72<br>7<br>79 | |