Arasto Farsad, Esq. (SBN # 273118)
Nancy Weng, Esq. (SBN # 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda Suite 525
San Jose CA 95126
Tel: (408) 641-9966
Fax: (408) 866-7334
Email addresses: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor (former)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

MORDECHAI KOKA,

              Debtor / debtor in possession.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 20-50469 SLJ
Chapter 11

**SUPPLEMENTAL / MODIFIED PRAYER FOR RELIEF RE: FINAL APPLICATION FOR COMPENSATION**

Date: February 21, 2023
Time: 1:30 p.m.
Place: Hearing to be held via Tele / Video Conference

**Before: Hon. Stephen L. Johnson (CHIEF JUDGE)**

      **TO THE HONORABLE CHIEF JUDGE STEPHEN L JOHNSON, THE UNITED STATES TRUSTEE'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES IN INTEREST, AND THEIR RESPECTIVE COUNSEL(S) OF RECORD:** Now Comes the Farsad Law Office, P.C., hereinafter, the "Firm" or "Applicant", and hereby submits the instant SUPPLEMENTAL / MODIFIED PRAYER FOR RELIEF RE: FINAL APPLICATION FOR COMPENSATION regarding the Firm's Application for Compensation filed on January 23, 2023, at case docket number 385.

1 – Supplemental / Modified Prayer for Relief re: Final Application for Compensation

The Firm noticed one error in that it requested $12,355.00 when the actual total should be $12,005.00 It accordingly apologizes for the miscalculation and is requesting $12,005.00. (See attached **Exhibit A** detailing the correct description of event and time involved)

In addition, the current application's prayer for relief does not specify how the Firm would like the fees to be paid (if approved). The Firm would like to ask that the following be included in any order granted by the Honorable Court:

1. Allow total attorney fees and costs in the amount of $12,005.00;

2. Direct that Ms. Hoskins, the Private Trustee, disburse to The Farsad Law Office, P.C., if sufficient funds are on hand, the remaining fees and costs due or if insufficient funds are on hand that Ms. Hoskins be directed to disburse available funds as follows:

   a) First her estimated fees for work on this case as well as the approved fees of the Subchapter V Trustee;

   b) Then to all other administrative claims for professional fees, a pro-rata share of the remaining funds held by her (disbursed in the same ratio as each professional's approved fees after any retention bears to the total approved professional fees).

3. That the Court authorizes The Farsad Law Office, P.C. to record a copy of the Order Approving Compensation in Alameda County such that it operates as a lien on real property of the Debtor.


Respectfully submitted,

Executed on **February 2, 2023**, at **San Jose**, California


FARSAD LAW OFFICE, P.C.
*/s/ Nancy Weng, Esq.*
Nancy Weng
Attorneys for Debtor (former)

2 – Supplemental / Modified Prayer for Relief re: Final Application for Compensation

# EXHIBIT A

Case: 20-50469    Doc# 388    Filed: 02/02/23    Entered: 02/02/23 13:42:21    Page 3 of 5

## Case Administration

| date | event | hours | attorney | total |
|------|-------|-------|----------|-------|
| 2/27/2021 | draft CMC statement | 2 | af | 700 |
| 3/3/2021 | prepare for CMC | 0.5 | nw | 175 |
| 3/4/2021 | appear ata CMC | 0.5 | nw | 175 |
| 3/6/2021 | review order w deadlines with debtor | 1 | nw | 350 |
| 4/1/2021 | email with realtor re: offers and sale issues | 1 | nw | 350 |
| | **Total** | **5** | | **1750** |

## Claims and Asset Analysis

| date | event | hours | attorney | total |
|------|-------|-------|----------|-------|
| 10/20/2020 | draft 9019 motion for settlement with Gardner | 3.5 | af | 1225 |
| 10/21/2020 | review hanna joint stip to allow late filed claim | 1 | af | 350 |
| 12/10/2020 | draft debtor's report of sale | 1 | nw | 350 |
| 4/10/2021 | review final claims reg for all pocs | 0.5 | nw | 175 |
| 4/16/2021 | review Gardener's opposing plan | 3 | af | 1050 |
| | **Total** | **9** | | **3150** |

## Client Communications

| date | event | hours | attorney | total |
|------|-------|-------|----------|-------|
| 10/28/2020 | meeting w debtor re settlement | 2.5 | af | 875 |
| 11/12/2020 | meeting w debtor re financials and sale | 1 | af | 350 |
| 11/20/2020 | meeting w debtor re realtor and house sale | 1.5 | af | 525 |
| 12/8/2020 | meeting we debtor re house for sale/income | 1.5 | af | 525 |
| 12/9/2020 | call w debtor and realtor | 1 | af | 350 |
| 3/8/2021 | call w debtor re updated financials/ case updates | 1 | af | 350 |
| 3/9/2021 | call w realtor re isting agreement/fixing the hosue | 1.2 | af | 420 |
| 3/22/2021 | mtg w debtor re: new counsel and sale plan and foreclosure | 2 | af | 700 |
| 4/8/2021 | mtg w debor re new atty/ new ptl realtor/ paying settlemtn | 2.6 | af | 910 |
| **Total** | | **14.3** | | **5005** |

## Tax, Accounting, and MORS

| date | event | hours | attorney | total |
|------|-------|-------|----------|-------|
| 10/20/2020 | review September 2020 MOR | 0.5 | | 175 |
| 12/9/2020 | review August 2020 MOR | 1 | nw | 350 |

| date | event | hours | attorney | total |
|---|---|---|---|---|
| 12/9/2020 | review amended September 2020 MOR | 1 | nw | 350 |
| 12/9/2020 | review amended October 2020 MOR | 0.5 | nw | 175 |
| 12/10/2020 | review november 2020 mor | 0.5 | nw | 175 |
| 1/22/2021 | review December 2020 MOR | 0.5 | nw | 175 |
| 2/11/2021 | review January 2021 MOR | 0.5 | nw | 175 |
| 3/17/2021 | review February 2021 MOR | 0.5 | nw | 175 |
| | **Total** | **5** | | **1750** |

Retention of Professionals

| date | event | hours | attorney | total |
|---|---|---|---|---|
| | **All fees are waived as the Court did not approve employment / Pro Bono.** | | | 0 |

Draft Fee Application

| date | event | hours | attorney | total |
|---|---|---|---|---|
| 1/23/2023 | Draft fee application | 1 | nw | |
| | **Total** | **1** | | **350** |
| | Grand Total | 35.3 | | **12,005** |
| | Costs | 0 | | |
| | **Total** | | | **12,005** |