LARS T. FULLER (No. 141270)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

The following constitutes the order of the Court.
Signed: February 8, 2023

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

In re:

MORDECHAI KOKA

Debtor

CASE NO.: 20-50469-SLJ

**ORDER ON FINAL APPLICATION FOR COMPENSATION**

CHAPTER 11

Date: Feb. 7, 2023
Time: 1:30 PM
Court: 9

The Fuller Law Firm, P.C's application for compensation came on regularly for hearing on Feb. 7, 2023 in the above-entitled Court. Lars T. Fuller appeared for the applicant. There were no other appearances and no opposition was filed.

The application appearing to be adequate in form and substance, the fees being reasonable,

IT IS ORDERED THAT

Fees in the amount of $105,891.50 are approved and costs in the amount of $196.00 are approved for total approved fees and costs of $106,087.50. The Fuller Law Firm, P.C. is

authorized to withdraw the $30,000 held in trust. Ms. Haskins, the Private Trustee acting as disbursement agent, is directed to disburse to The Fuller Law Firm, P.C. a pro-rata share of the remaining funds held by her disbursed in the same ratio as each administrative professional's approved fees after any retention bears to the total approved administrative professional fees. Debtor is directed to pay The Fuller Law Firm, P.C. any unpaid balance forthwith.

***END OF ORDER***

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

**COURT SERVICE LIST**

No Parties Served