**CHANGES MADE BY COURT**

The following constitutes
the order of the court. Signed February 13, 2023

_Stephen Johnson_
_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

1  **MEYER LAW GROUP LLP**
    A Limited Liability Partnership
2  BRENT D. MEYER, Cal. Bar No. 266152
   268 Bush Street #3639
3  San Francisco, California 94104
   Telephone:   (415) 765-1588
4  Facsimile:   (415) 762-5277
   Email:        brent@meyerllp.com
5
6  Attorneys for Plan Proponents
   DALE GARDNER and
7  MELISSA GARDNER

8

9              **UNITED STATES BANKRUPTCY COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11                   **SAN JOSE DIVISION**

12

13

14  In re                              BK Case No.: 20-50469-SLJ

15  MORDECHAI KOKA,                    Chapter 11

16                                     **ORDER GRANTING MOTION FOR**
                                       **ALLOWANCE OF SUBSTANTIAL**
17        Debtor.                      **CONTRIBUTION CLAIM PURSUANT**
                                       **TO 11 U.S.C. § 503(b)(4) FILED BY**
18                                     **MEYER LAW GROUP, LLP**

19
                                       Date:        February 7, 2023
20                                     Time:        1:30 p.m.
                                       Location:    Telephonic / Videoconference[1]
21                                     Judge:       Honorable Stephen L. Johnson
22

23

24      [1] Paragraph 10 of General Order 38 (Seventh Amended) provides that "[u]nless otherwise ordered by the
presiding judge, all notices of any motion or application filed with the court and served on any party which sets a
25  hearing date for the motion or application must state that the hearing will not be conducted in the presiding judge's
courtroom but instead will be conducted by telephone or video, and include the following language: 'All interested
26  parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court
operations during the COVID-19 pandemic.  The Bankruptcy Court's website provides information regarding how
27  to arrange a telephonic or video appearance.  If you have any questions regarding how to appear at a court hearing,
you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the
28  Bankruptcy Court's website.'" See *https://www.canb.uscourts.gov/sites/default/files/generalorders/Seventh
AmendedGO38.pdf*

- 1 -

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

1    On February 7, 2023, the Court held a hearing on the *Motion for Allowance of*

2   *Substantial Contribution Claim Pursuant to 11 U.S.C. § 503(b)(4) Filed by Meyer Law Group,*

3   *LLP* (the "Motion") [Dkt. No. 383] filed by applicant Meyer Law Group, LLP ("Applicant") in

4   the above-captioned matter.

5            Attorney Brent D. Meyer appeared on behalf of Applicant.  All other appearances were

6   as set forth on the record at the hearing on the Motion.

7            Upon due consideration, for good cause shown and the reasons set forth on the record at

8   the hearing, the Court hereby orders as follows:

9            (1)    The Motion is **GRANTED** in its entirety.

10           (2)    Applicant is awarded professional fees in the amount of $82,200.00 and

11  reimbursement of actual costs incurred in the amount of $681.03, for a total award of

12  $82,881.03, for the period of April 10, 2021 through January 17, 2023 on an interim and final

13  basis pursuant to 11 U.S.C. § 503(b)(4)(D) (collectively, the "Approved Compensation").

14           (3)    Disbursing Agent Janina M. Hoskins (the "Disbursing Agent") is authorized to

15  pay the Approved Compensation directly to Applicant pursuant to the confirmed *Joint Chapter*

16  *11 Plan of Reorganization (January 24, 2022)* [Dkt. Nos. 294, 380] (the "Confirmed Plan") from

17  available cash reserves currently held by the Disbursing Agent.

18           (4)    To the extent that the Disbursing Agent does not have sufficient cash reserves

19  available to pay in full the approved administrative claims of: (a) Meyer Law Group, LLP

20  (Applicant); (b) The Fuller Law Firm, P.C.; and (c) Farsad Law Offices, P.C. (the

21  "Administrative Claimants"), after payment of all other allowed claims provided for in the

22  Confirmed Plan, then the Disbursing Agent shall make *pro-rata* distributions to each of the

23  Administrative Claimants consistent with Section IV (10:21 – 11:11) of the Motion.

24           ~~(5)    Debtor Mordechai Koka ("Debtor") shall be personally liable for the difference~~

25  ~~between the Approved Compensation ($82,881.03) set forth in Paragraph (2) of this Order and~~

26  ~~any *pro-rata* distribution made by the Disbursing Agent to Applicant pursuant to Paragraph (4)~~

27  ~~of this Order, and Debtor shall remit payment for such amount directly to Applicant.~~

28                          **\*\*\* END OF ORDER \*\*\***

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

## COURT SERVICE LIST

None

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com