Certificate Number: 05781-CAN-DE-037186742

Bankruptcy Case Number: 20-50469


05781-CAN-DE-037186742

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 15, 2023, at 4:19 o'clock PM PST, Mordechai Koka completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of California.

Date: February 15, 2023

By: /s/Allison M Geving

Name: Allison M Geving

Title: President