**Entered on Docket**
**February 23, 2023**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA




Arasto Farsad, Esq. (SBN # 273118)
Nancy Weng, Esq. (SBN # 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda Suite 525
San Jose CA 95126
Tel: (408) 641-9966
Fax: (408) 866-7334
Email addresses:
farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor /
debtor-in-possession

**The following constitutes the order of the Court.**
**Signed: February 22, 2023**

Stephen L. Johnson
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

In re:

MORDECHAI KOKA,

Debtor / debtor in possession.

Case No. 20-50469 SLJ
Chapter 11

**ORDER APPROVING FINAL APPLICATION FOR COMPENSATION**

Date: February 21, 2023
Time: 1:30 p.m.
Place: **Hearing conducted by Tele / Video Conference

**Judge: Honorable Stephen L. Johnson (CHIEF JUDGE)**

The Final Application for Compensation ("Application") filed by Farsad Law Office, P.C. came on regularly for hearing on February 21, 2023 at 1:30 pm before the Honorable Chief Judge Stephen L. Johnson. Appearances were noted on the record.

The Court reviewed the Application and finds it:

(1) was properly noticed and served; (2) appears proper in form and substance, and (3) is consistent with § 330. It is therefore ORDERED THAT:

1. The attorney's fees in the final amount of $12,005.00 are hereby approved;

2. Ms. Hoskins, the Private Trustee acting as disbursement agent, is directed to disburse to Farsad Law Office, P.C. a pro-rata share of the remaining funds held by her disbursed in the same ratio as each administrative professional's approved fees after any retention bears to the total approved administrative professional fees; and
3. Debtor is directed to pay Farsad Law Office, P.C. any unpaid balance forthwith.

**END OF ORDER**

<u>COURT SERVICE LIST</u>

****All CM / ECF Registrants****