| | | |
|---|---|---|
| In re ) | | Case No. 20-50469 |
| ) | | Chapter 11 |
| MORDECHAI KOKA, ) | | Hon. Stephen L. Johnson |
| ) | | |
| Debtor. ) | | |
| _____ )_ | | |

**NOTICE OF POST-CONFIRMATION ADMINISTRATIVE FEES AND EXPENSES
OF PLAN DISBURSING AGENT (Dec. 5. 2022- March 31, 2023)**
[No Hearing Date Required Unless Requested]

**TO THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES
TRUSTEE, THE DEBTOR, PARTIES ENTITLED TO NOTICE UNDER SECTION 7(g)
OF THE CONFIRMED JOINT PLAN OF REORGANIZATION AND PARTIES
REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that, per the term of the Joint Plan of Mordechai Koka, Dale Gardner and Melissa Gardner dated January 23, 2022 ("the Joint Plan") filed as Docket no. 294, confirmed by the Order entered on December 5, 2022, as Docket no. 380, Section 8(g),:

```
       "The Disbursing Agent and her professionals shall receive
reasonable compensation at their customarily rate consistent with
the standards set forth in sections 329 and 330 and reimbursement
of actual costs expended performing their duties under this Plan.

       No more frequently than on a quarterly basis, the Disbursing
Agent and her professionals shall file requests for approval of
compensation with the Court, and attach as exhibits, time records
for professional fees incurred and an itemization of costs
advanced. The Disbursing Agent shall provide at least ten (10)
days written notice for all requests for compensation to parties
entitled to receive notice pursuant to Part 8(j), and if no
timely opposition is filed, the Disbursing Agent may lodge orders
with the Court approving the requests for compensation."
```

For the time period December 5, 2022 (date of the entry of the Order confirming the Joint Plan) through March 31,2 023, the Disbursing Agent incurred the fees and costs summarized below and detailed in the attached invoices:

///

JANINA M. HOSKINS, PLAN DISBURSING AGENT (time sheets attached as Exhibit A)

| Fees: | $3,752.50 |
|---|---|
| Expenses: (postage) | $7.20 |
| Total Request | $3,759.70 |

**PLEASE TAKE NOTICE THAT**, that if you wish to object to fees requested above, the objection should be in writing and filed with the Clerk of the Court, United States Bankruptcy Court, per the instructions below and served upon the Plan Disbursing Agent at the address listed below within 10 days of the date of this notice. In the event of an objection, the Liquidating Agent will set a telephonic hearing.

**PLEASE TAKE NOTICE THAT** due to the shelter in place requirements caused by the COVID19 pandemic, all appearances will be by telephone, or, in the Court's sole discretion, by video conference. Instructions on how to file opposition, if any, and how to appear by phone are contained provided at the following link on the Court's website https://www.canb.uscourts.gov/content/page/court-operations-during-covid-19-outbreak and further detailed in the Court's Eighth Amended General Order 38, effective December 1, 2021. Information regarding Clerk's office Intake Counter hours of public operation, the electronic submission of documents, mailing addresses and the location of drop-boxes is available on the Court's website home page under the banner "Court Operations during the COVID-19 Outbreak Information about Hearings, Filings, and Operations": https://www.canb.uscourts.gov/content/page/court-operations-during-covid-19-outbreak.

ECF Registered Participants must continue to file all documents electronically. All other parties may submit documents for filing by mail, electronically via the Court's website, in designated drop-box locations or at the Clerk's office Intake Counter during the posted hours of public operation. Filing fee payments (no cash) may be submitted electronically, by mail or drop-box, or at the Clerk's office Intake Counter during the posted hours of public operation.

In-person hearings may be held in the sole discretion of the presiding judge and in accordance with practices and procedures adopted by each judge. No judge is required to conduct in-person hearings. Each judge will publish their practices and procedures for in-person hearings on their page on the court's website. All counsel, parties and other interested persons shall consult each judge's practices and procedures for in-person hearings (to be published on each judge's page on the court's website) for information concerning whether a given hearing or calendar will be conducted in-person and for other relevant instructions. All counsel, parties, and other interested persons shall comply with each judge's practices and procedures concerning in person hearings. Any failure to comply with such practices and procedures may result in the imposition of sanctions.

Unless otherwise instructed by the presiding judge in their practices and procedures concerning in-person hearings adopted pursuant to this order, all notices of any motion or application filed with the Court and served on any party which sets a hearing date for the motion or application must state that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video, and include the following language: "All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website."

DATED: May 5, 2023         By /s/ Janina M. Hoskins
                           Plan Disbursing Agent


Janina M. Hoskins
P.O. Box 158
Middletown, CA 95461
(707) 483-2910
Jmelder7@aol.com

# Timesheet Report - Confimation through 3/31/23

**Trustee: Janina M. Hoskins (007883)**

**Period: 12/05/22 - 03/31/23**

| | |
|---|---|
| **Case Number:** 20-50469 | **Case Name:** MORDECHAI KOKA |
| **Case Type:** Asset | **Judge:** |
| **Petition Date:** 12/02/20 | |

| Category | Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| Fee/Employment Applicants | 01/17/23 | Review and analyze, enter claim re creditor contribution claim | 0.20 | $475.00 | $95.00 |
| | 01/19/23 | Review and analyze, create claim, re Fuller firm fee application | 0.20 | $475.00 | $95.00 |
| | 01/24/23 | Review and analyze, create claim, re Farsad Law fee application | 0.20 | $475.00 | $95.00 |
| | 02/10/23 | Confirm entry of Order re Fuller Fee Application and amounts per claim | 0.10 | $475.00 | $47.50 |
| | 02/14/23 | Follow up review and confirm amounts, confirm claim amount re contribution claim | 0.10 | $475.00 | $47.50 |
| | 02/24/23 | Review and confirm Order, confirm claim amount, re Order approving Farsad firm fees | 0.10 | $475.00 | $47.50 |
| | 02/27/23 | Review and analyze Farsad fee Order and email re same and potential payment, prepare response email re same | 0.20 | $475.00 | $95.00 |
| **Subtotal for Category: Fee/Employment Applicants** | | | **1.10** | | **$522.50** |

| Category | Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| Banking | 12/07/22 | Prepare email to counsel for Debtor requesting TIN to open Estate bank account, follow up re same, review emails re same | 0.20 | $475.00 | $95.00 |
| | 12/09/22 | Review and respond to email from counsel for Debtor re wire transfer of funds to estate account re plan distributions | 0.10 | $475.00 | $47.50 |
| | 12/13/22 | Open estate bank account as Disbursing Agent, process wire transfer of funds into account, create asset re same | 0.20 | $475.00 | $95.00 |
| | 12/19/22 | Process and deposit check re turnover of funds from Fuller re plan distribution payments, confirm deposit | 0.10 | $475.00 | $47.50 |
| | 01/17/23 | Post and edit checks re initial Plan Distribution: Hayes, Deutsche Bank arrears and full payment to unsecured creditors, follow up re same | 0.50 | $475.00 | $237.50 |
| | 01/17/23 | Dec. 2022 bank account statement review and reconciliation | 0.10 | $475.00 | $47.50 |
| | 01/23/23 | Posted check review, follow up re paid checks, prepare email re same | 0.10 | $475.00 | $47.50 |
| | 02/15/23 | Review and reconcile Jan. 2023 bank statement, confirm outstanding checks | 0.25 | $475.00 | $118.75 |
| | 03/08/23 | Prepare analysis re outstanding checks pending from distribution to unsecured creditors | 0.10 | $475.00 | $47.50 |

# Timesheet Report - Confimation through 3/31/23
## Trustee: Janina M. Hoskins (007883)
### Period: 12/05/22 - 03/31/23

| Category | Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| | 03/22/23 | Feb. 2023 bank account review and reconciliation, follow up re outstanding distribution checks | 0.25 | $475.00 | $118.75 |
| **Subtotal for Category: Banking** | | | **1.90** | | **$902.50** |

| Category | Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| Post Confirmation Services | 12/05/22 | Post Confirmation Chapter 11 Trustee services to implement plan<br>Review and confirm entry of Order confirming Plan | 0.10 | $475.00 | $47.50 |
| | 12/12/22 | Post Confirmation Chapter 11 Trustee services to implement plan<br>Review and analyze confirmed Plan and Disclosure statement, follow up re effective date, plan payment analysis and payment re admin. claims | 1.75 | $475.00 | $831.25 |
| | 01/04/23 | Post Confirmation Chapter 11 Trustee services to implement plan<br>Telephone conference with Meyer re administrative claims and deadline to file applications to allow admin C. 11 claims | 0.20 | $475.00 | $95.00 |
| | 01/12/23 | Post Confirmation Chapter 11 Trustee services to implement plan<br>Review and analyze last filed MOR re distributions and Plan analysis | 0.20 | $475.00 | $95.00 |

# Timesheet Report - Confimation through 3/31/23
## Trustee: Janina M. Hoskins (007883)
## Period: 12/05/22 - 03/31/23

| Category | Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| | 01/16/23 | Post Confirmation Chapter 11 Trustee services to implement plan<br>Confirm Class 2 claims (unsecured) compare Plan to schedules, amended E/F and claims register (.75), Enter claims information/data re distribution (.25), Prepare Plan Distribution chart (.2), Prepare email to Meyer re same and review response (.1), Review Report of Sale (Dckt. 340) confirm payment re same under Plan (.1), revise distribution projections (.1) | 1.50 | $475.00 | $712.50 |
| | 01/17/23 | Post Confirmation Chapter 11 Trustee services to implement plan<br>Review and update claims distribution, confirm address and account information re Deutsche Bank arrears payment, prepare email to counsel for Plan proponents re distributions, run distribution calculator, confirm initial payments, post checks | 0.50 | $475.00 | $237.50 |
| | 02/07/23 | Post Confirmation Chapter 11 Trustee services to implement plan<br>Review and analyze email from Meyer re contribution claim approval, review and comment re proposed Order re same, follow up re same | 0.20 | $475.00 | $95.00 |

| Category | Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|---|
| | 02/28/23 | Post Confirmation Chapter 11 Trustee services to implement plan<br>Review and analyze notice from Select Portfolio Servicing re cure payment tendered for Deutsche Bank payment re Paru property, review Stipulation with creditor re requested information, prepare email to counsel for Debtor re full account number, etc. to resubmit payment | 0.25 | $475.00 | $118.75 |
| | 03/06/23 | Post Confirmation Chapter 11 Trustee services to implement plan<br>Prepare analysis re potential distribution re allowed admin claims, estimate agent claim re same | 0.20 | $475.00 | $95.00 |
| **Subtotal for Category: Post Confirmation Services** | | | **4.90** | | **$2,327.50** |
| | | **Total for case:** | **7.90** | | **$3,752.50** |
| | | **Grand Total:** | **7.90** | | **$3,752.50** |

# Expense Worksheet

**Period: 12/05/2022 - 03/31/2023**

**Trustee: Janina M. Hoskins**

| **Case Number:** | 20-50469 | **Case Name:** | MORDECHAI KOKA |
|---|---|---|---|
| **Case Type:** | Asset | **Judge:** | |
| **Petition Date:** | 12/02/2020 | **341a Meeting:** | |

**Category:** POST

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 01/17/2023 | Postage re distribution to general unsecured creditors, Hayes (Subchapter V trustee) and Duetsche Bank arrears payments | 12.0 | $ 0.600000 | $7.20 |
| | **Total for category POST** | **12.0** | | **$7.20** |

| | | |
|---|---|---|
| | **Total for case 20-50469:** | **$7.20** |

| | |
|---|---|
| **Grand Total:** | **$7.20** |