JANINA M. HOSKINS
Plan Disbursing Agent
P.O. Box 158
Middletown, California 95461
Telephone: 707.483.2910

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                              Case No. 20-50469

MORDECHAI KOKA        .                             Chapter 11

    Debtor.
_____/

**PLAN DISBURSING AGENT'S APPLICATION FOR AN ORDER
BY DEFAULT APPROVING FEES AND EXPENSES (Dec. 5, 2022- March 31, 2023)**

    Janina M. Hoskins ("Hoskins"), the Plan Disbursing Agent, hereby applies for an order by default authorizing her to pay the post-confirmation administrative fees from December 5, 2022 through March 31, 2023

    On May 5, 2023, Hoskins' filed her Notice of Post-Confirmation Administrative Fees and Expenses of Plan Disbursing Agent (Dec. 5, 2022- March 31, 2023) ("the Notice"). On May 8, 2023, the Notice was served on parties in interest pursuant Section 8(J) of the Court approved Plan of Reorganization (Dckt. 294). It has been more than 10 days from the service of the Notice and neither an objection to the requested fees and expenses nor a request for hearing has been filed.

    WHEREFORE, Hoskins prays the court enter its order approving the fees and expenses set forth below and authorizing payment of the same:

| Fees:     | $3,752.40 |
|-----------|-----------|
| Expenses: | $7.20     |

| Total: | $3,759.70 |
|---|---|

Dated: May 23, 2023

/s/*Janina M. Hoskins*

_____
Janina M. Hoskins
Plan Disbursing Agent