```
JANINA M. HOSKINS
Plan Disbursing Agent
P.O. Box 158
Middletown, CA 95461
(707) 483.2910
Jmelder7@aol.com
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                              Case No. 20-50469

MORDECHAI KOKA,                                     Chapter 11

    Debtor.
_____/

**DECLARATION OF JANINA M. HOSKINS IN SUPPORT OF PLAN DISBURSING
AGENT'S APPLICATION FOR AN ORDER
<u>BY DEFAULT APPROVING FEES AND EXPENSES (Dec. 5, 2022- March 31, 2023)</u>**

    I, Janina M. Hoskins, declare that I am the duly appointed Plan Disbursing Agent for the Estate of Mordechai Koka and that I have personal knowledge of the matters herein. If called upon to testify, I would competently testify to the facts stated herein.

    On May 8, 2023, I filed my Notice of Post-Confirmation Administrative Fees and Expenses of Plan Disbursing Agent (Dec. 5, 2022- March 31, 2023) ("the Notice"- Dckt. 395). The Notice was served on parties in interest pursuant Section 8(J) of the Court approved Plan of Reorganization (Dckt. 294). The Notice was served on May 8, 2023. It has been more than 10 days from the service of the Notice and neither an objection to the requested fees and expenses nor a request for hearing has been filed.

    A true and correct copy of the Certificate of Service is attached hereto.

    I declare under penalty of perjury the foregoing is true and correct and that this declaration weas executed by me on May 23, 2023 at Middletown, California..

                                      /s/ *Janina M. Hoskins*
                                      _____
                                      Janina M. Hoskins, Plan Disbursing Agent

**PROOF OF SERVICE BY MAIL**

I, Janina M. Hoskins, certify that I am over the age of 18 years and that my business address is P.O. Box 158, Middletown, California, 95461; and that on May 8, 2023, I placed a true copy of the following:

**NOTICE OF POST-CONFIRMATION ADMINISTRATIVE FEES AND EXPENSES OF PLAN DISBURSING AGENT (Dec. 5. 2022- March 31, 2023)**

in an envelope, and caused it to be sealed and deposited in the United States Mail at Middletown, California, with postage fully prepaid thereon, addressed in the manner set forth below:

**See Attached
Service List**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED this __8th__ day of May, 2023, at Middletown, California.

/S/   Janina M. Hoskins
      JANINA M. HOSKINS

Service List- Koka
20-50469

| | |
|---|---|
| Office of the U.S. Trustee<br>280 1st Street #3268<br>San Jose, CA   95113-3004 | David S. Hoffman<br>1500 E. Hamilton Ave. #118<br>Campbell, CA 95008 |
| Julie Park, Esq.<br>Lockhard Park LLP<br>4655 Old Ironsides Dr., #250<br>Santa Clara, CA 95054-1854 | Selwyn D. Whitehead, Esq.<br>4650 Scotia Avenue<br>Oakland, CA 94605 |
| Aldridge Pite, LLP<br>P.O. Box 17933<br>San Diego, CA   92177-0933 | Mordechai Koka<br>858 Acalanes Rd.<br>Lafayette, CA 94549 |
| The Fuller Law Firm<br>Attn: Lars Fuller<br>60 N. Keeble Avenue<br>San Jose, CA   95126 | Dale and Melissa Gardner<br>442 Fulton Court<br>San Jose, CA 95051 |
| Meyer Law Group<br>Attn: Brent Meyer<br>268 Bush Street, #3339<br>San Francisco, CA 94104 | |