

JANINA M. HOSKINS
Plan Disbursing Agent
P.O. Box 158
Middletown, CA 95461
(707) 483.2910
Jmelder7@aol.com

**The following constitutes the order of the Court.**
**Signed: May 24, 2023**

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                              Case No. 20-50469

MORDECHAI KOKA                      Chapter 11

    Debtor.
_____/

**ORDER BY DEFAULT**
**AUTHORIZING PAYMENT, AND APPROVAL, OF DISBURSING AGENT'S FEES**
**AND EXPENSES (Dec. 5, 2022 – March 31, 2023)**

The Court having considered the Application of Janina M. Hoskins, the Plan Disbursing Agent, for an order by default pursuant to Sections 8(j) and 8(g) of the Court approved Joint Plan of Reorganization (Dckt. 294), the Declaration of Janina M. Hoskins in support of the Application, the documents filed in support thereof, and for good cause appearing, it is

ORDERED that Janina M. Hoskins' fees and expenses set forth below for December 5, 2022- March 31, 2023 are approve and may be paid in the ordinary course

| Fees: | $3,752.50 |
|---|---|
| Expenses: | $7.20 |
| Total: | $3,759.70 |

**END OF ORDER**

COURT SERVICE LIST