Janina M. Hoskins
P.O. Box 158
Middletown, CA 95461
(707) 483-2910
Plan Disbursing Agent



FILED

SEP 26 2023

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

**Koka, Mordechai**

Debtor(s)

Case No. **20-50469**

Chapter 11

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $1,561.15. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| Scheduled | CBA Collection Bureau<br>25954 Eden Landing Road<br>Hayward, CA 94545 | $2,530.00 | $871.90 |
| Scheduled | HOUZZ<br>285 Hamilton Ave., 4th Flr.<br>Palo Alto, CA 94301 | $2,000.00 | $689.25 |

Total Unclaimed Dividends: $1,561.15

Dated: September 25, 2023

JANINA M. HOSKINS, PLAN DISBURSING AGENT

Case: 20-50469    Doc# 399    Filed: 09/26/23    Entered: 09/26/23 14:19:57    Page 1 of 1