Edward A. Treder (CA Bar No. 116307)
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
3990 E. Concours Street, Suite 350
Ontario, California 91764
PH: (626) 371-7000
FX: (972) 661-7725
EMAIL: NDCAECF@BDFGroup.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re

**The updated address information shown below applies to the bankruptcy cases and adversary proceedings appearing on the attached list.**

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** the address of EDWARD A. TREDER has changed.  The new address is:

> BARRETT DAFFIN FRAPPIER
> TREDER & WEISS, LLP
> 3990 E. CONCOURS STREET, SUITE 350
> ONTARIO, CA 91764
> PH: (626) 371-7000,  FX: (972) 661-7725
> EMAIL: NDCAECF@BDFGroup.com

Please update your records accordingly.

Date: December 5, 2023

/s/ Edward A. Treder
_____
Signature

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|------|----------|-----------|------------------------|-----------|-----------|-------------|
| Treder, Edward A. (aty) | 14-31828 | Charles Henry Utzman and Anna Kathryn Utzman | 11 | 12/23/14 | N / A | N / A |
| | 16-31169 | Shelia Ann Wallace | 13 | 10/28/16 | N / A | N / A |
| | 16-40374 | Angela Eleanor Sanders | 13 | 02/11/16 | N / A | N / A |
| | 16-50855 | Alicia Beard | 11 | 03/23/16 | N / A | N / A |
| | 16-51731 | Godofredo S. Clemente | 13 | 06/12/16 | N / A | N / A |
| | 17-10769 | Eden Rodriguez | 13 | 10/11/17 | N / A | N / A |
| | 17-40173 | Emilio G Devera | 13 | 01/23/17 | N / A | N / A |
| | 17-42147 | Arthur Wayne Potter | 13 | 08/25/17 | N / A | N / A |
| | 17-50646 | Mario Nicholas Sancen and Barbara Ann Sancen | 13 | 03/17/17 | N / A | N / A |
| | 17-51128 | James Blake Sibley and Lisa Marie Sibley | 13 | 05/11/17 | N / A | N / A |
| | 17-51572 | Dale H. Manss and Jeanne M. Manss | 13 | 06/30/17 | N / A | N / A |
| | 17-52514 | Darryl Johnson and Jeanie Johnson | 13 | 10/16/17 | N / A | N / A |
| | 18-10604 | Ronald T Henon and Stephanie A Henon | 13 | 08/31/18 | N / A | N / A |
| | 18-10771 | Charles Hinds | 7 | 11/01/18 | N / A | N / A |
| | 18-10857 | Melinda Marie Maderious | 13 | 12/15/18 | N / A | N / A |
| | 18-30937 | Sally Rose Hopkins | 13 | 08/24/18 | N / A | N / A |
| | 18-30982 | Hernan Canas | 13 | 09/05/18 | N / A | N / A |
| | 18-31073 | Felicia Marie Anderson | 13 | 09/28/18 | N / A | N / A |
| | 18-31322 | Oscar Adriel Xocoxic Morales | 13 | 12/06/18 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 18-31366 | James Andrew Sullivan and Kelly Elizabeth Sullivan | 13 | 12/19/18 | N / A | N / A |
| 18-40598 | Rose Lynn Acosta | 13 | 03/12/18 | N / A | N / A |
| 18-41934 | Julieanna Nabil Wakileh | 13 | 08/21/18 | N / A | N / A |
| 18-42495 | Hasan Al Ale | 13 | 10/23/18 | N / A | N / A |
| 18-42537 | Lesmore Barker | 13 | 10/29/18 | N / A | N / A |
| 18-42582 | Jacqueline Cloudine Malic | 13 | 11/02/18 | N / A | N / A |
| 18-42583 | Phillip G. Edwards and Davina M. Edwards | 13 | 11/02/18 | N / A | N / A |
| 18-42714 | Don A. Ocampo | 13 | 11/19/18 | N / A | N / A |
| 18-42783 | Angelina F. Martinez | 13 | 11/27/18 | N / A | N / A |
| 18-42812 | Carol Lynn Mutter | 13 | 11/30/18 | N / A | N / A |
| 18-42869 | Barbara Elaine Clark | 13 | 12/06/18 | N / A | N / A |
| 18-42900 | Jimmie Lett Williams, Jr. | 7 | 12/11/18 | N / A | N / A |
| 18-50183 | Ernest Martin Alnas | 13 | 01/26/18 | N / A | N / A |
| 18-51082 | Cara Reve McKinley | 13 | 05/11/18 | N / A | N / A |
| 18-51756 | Martin Grajeda and Maria Jaidy Garcia Grajeda | 13 | 08/07/18 | N / A | N / A |
| 18-51847 | Paul Andrew Chiprez | 13 | 08/20/18 | N / A | N / A |
| 18-52085 | Ana Maria Valdovinos | 13 | 09/17/18 | N / A | N / A |
| 18-52137 | Patricia Campbell | 13 | 09/20/18 | N / A | N / A |
| 18-52358 | Alfred H. Wikkeling and Jeannette E. Wikkeling | 11 | 10/21/18 | N / A | N / A |
| 18-52451 | Charles Marion LeQuieu, II | 13 | 10/31/18 | N / A | N / A |
| 18-52561 | Richard Huong Damone | 13 | 11/16/18 | N / A | N / A |
| 18-52685 | Erica De La Pena | 13 | 12/05/18 | N / A | N / A |
| 18-52709 | Sandra Valeria Heredia | 13 | 12/08/18 | N / A | N / A |
| 18-52779 | Humberto Castrejon | 13 | 12/18/18 | N / A | N / A |
| 18-52868 | Dolores Jean Valdez | 13 | 12/31/18 | N / A | N / A |
| 19-10007 | Antionette Paoli-Bates and Larry D Bates | 13 | 01/04/19 | N / A | N / A |
| 19-10230 | Katherine Ann Doyle | 13 | 04/08/19 | N / A | N / A |
| 19-30369 | Jose Romeo Gochez Chicas | 13 | 04/05/19 | N / A | N / A |
| 19-30840 | Menardo Arcilla Canaya | 13 | 08/08/19 | N / A | N / A |
| 19-31006 | Warren Richard Branson | 13 | 09/24/19 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 19-31109 | Mele Taukilangiola Fangupo | 13 | 10/23/19 | N / A | N / A |
| 19-31183 | John Daniel Thurrell and Maria Victoria Gonzales | 13 | 11/12/19 | N / A | N / A |
| 19-31268 | Luis A. Colom | 13 | 12/09/19 | N / A | N / A |
| 19-40064 | Mark A. Sutherland | 13 | 01/09/19 | N / A | N / A |
| 19-40099 | Brian David Quinonez and Deidre Nicole Molakides Quinonez | 13 | 01/14/19 | N / A | N / A |
| 19-40281 | Stephan Crowe and Scarlett Susan McCune | 13 | 02/05/19 | N / A | N / A |
| 19-40658 | Hebert Alberto Arostegui | 13 | 03/21/19 | N / A | N / A |
| 19-40766 | Adriana B Rodriguez | 13 | 04/02/19 | N / A | N / A |
| 19-40833 | Rajiv Prasher | 13 | 04/10/19 | N / A | N / A |
| 19-40999 | Corbett Gordon Redford, III and Melissa Margaret Ruth Avignon-Redford | 13 | 04/29/19 | N / A | N / A |
| 19-41146 | Sheila Denise Layton | 13 | 05/17/19 | N / A | N / A |
| 19-41210 | Carlos Rene Grijalva and Anabelle Gomez-Grijalva | 13 | 05/24/19 | N / A | N / A |
| 19-41281 | Nomer Clay Umali and Imee Rose D Umali | 13 | 05/31/19 | N / A | N / A |
| 19-41487 | Gloribel Guerrero Pastrana | 13 | 06/28/19 | N / A | N / A |
| 19-41582 | Vonnie Ann Briggs | 13 | 07/12/19 | N / A | N / A |
| 19-41827 | Josef Polk Corbin and Deirdre Denise Corbin | 13 | 08/12/19 | N / A | N / A |
| 19-42055 | Cora L. Robinson | 13 | 09/10/19 | N / A | N / A |
| 19-42124 | Darryl Steven Crowder, Sr. | 13 | 09/19/19 | N / A | N / A |
| 19-42199 | Roy Garcia Briones and Cherry Abad Briones | 13 | 09/27/19 | N / A | N / A |
| 19-42604 | Ajay Singh and Nayanika Sanyal | 13 | 11/18/19 | N / A | N / A |
| 19-42716 | Monica Lynn Barnett | 13 | 11/27/19 | N / A | N / A |
| 19-42859 | Patricia Anne Alvarenga | 13 | 12/20/19 | N / A | N / A |
| 19-50038 | Anuradha Nikale | 13 | 01/09/19 | N / A | N / A |
| 19-50406 | Alfredo Lomas and Monique Lomas | 13 | 02/28/19 | N / A | N / A |
| 19-50735 | Alejandro Chavez and Irene Perez Chavez | 13 | 04/11/19 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 19-50788 | Santiago Ortiz Ramon, Jr. and Veronica Cruz Ramon | 13 | 04/18/19 | N / A | N / A |
| 19-51209 | John W Edgar and Kristen L Edgar | 13 | 06/13/19 | N / A | N / A |
| 19-51923 | Raul Carlos Vela | 13 | 09/23/19 | N / A | N / A |
| 19-51933 | Rita Jean Martinez | 13 | 09/24/19 | N / A | N / A |
| 19-52001 | Maurice Guillens Graciano | 13 | 10/02/19 | N / A | N / A |
| 19-52048 | Truong Hai Pham and Quynh Ngoc Nhu Vo | 13 | 10/08/19 | N / A | N / A |
| 19-52116 | Cynthia Diane Ector | 13 | 10/17/19 | N / A | N / A |
| 19-52136 | Daren Joseph Burke and Nicole Marie Burke | 13 | 10/21/19 | N / A | N / A |
| 19-52274 | Olivia Alexandra Ramandanes | 13 | 11/08/19 | N / A | N / A |
| 19-52337 | Angel Gabriel Sierra and Vanessa Monique Sierra | 13 | 11/18/19 | N / A | N / A |
| 19-52346 | Robin Carrie Erwin | 13 | 11/18/19 | N / A | N / A |
| 19-52426 | Yvonne Khan | 13 | 12/02/19 | N / A | N / A |
| 19-52489 | Miguel Hernandez and Monica Hernandez | 13 | 12/11/19 | N / A | N / A |
| 19-52533 | Timothy Sullivan and Jean Marie Sullivan | 13 | 12/17/19 | N / A | N / A |
| 19-52560 | Roy Steven Jones | 13 | 12/20/19 | N / A | N / A |
| 20-10013 | Russell C. Moxon | 13 | 01/09/20 | N / A | N / A |
| 20-10044 | Edward Leroy Wright | 13 | 01/22/20 | N / A | N / A |
| 20-30270 | Ronnie Olivarez Dela Cruz | 13 | 03/12/20 | N / A | N / A |
| 20-40035 | Lynn Dougherty | 13 | 01/07/20 | N / A | N / A |
| 20-40153 | Rosa Viridiana Portugal | 13 | 01/23/20 | N / A | N / A |
| 20-40182 | Barbara Jean Higginbotham | 13 | 01/27/20 | N / A | N / A |
| 20-40246 | Monica Kay Bonnington | 13 | 01/31/20 | N / A | N / A |
| 20-40272 | Cidonia Janet Alvarenga and Luis Roberto Alvarenga | 13 | 02/05/20 | N / A | N / A |
| 20-40389 | Satrina Nicole Jackson | 13 | 02/21/20 | N / A | N / A |
| 20-40534 | Anthony Mark Espinosa and Shelley Ann Espinosa | 13 | 03/07/20 | N / A | N / A |
| 20-40602 | Pablo Casillas | 13 | 03/17/20 | N / A | N / A |
| 20-40818 | Jorge Gonzalez and Deborah Ann Hotting | 13 | 04/29/20 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 20-41021 | Mark Daniel Dressor and Heather R Adelquist-Dressor | 13 | 06/11/20 | N / A | N / A |
| 20-41335 | Kenneth Dale Wells and Sunny L. Wells | 13 | 08/14/20 | N / A | N / A |
| 20-41500 | Renee Sheridan Mikus | 13 | 09/15/20 | N / A | N / A |
| 20-50294 | Ademar Enrique Arevalo | 13 | 02/18/20 | N / A | N / A |
| 20-50392 | Ahmed Youssef Zaki Abdelfattah | 13 | 02/28/20 | N / A | N / A |
| 20-50469 | Mordechai Koka | 11 | 03/10/20 | N / A | N / A |
| 20-50546 | Jasmin Ramirez | 13 | 03/19/20 | N / A | N / A |
| 20-50583 | Juan Manuel Jacinto | 13 | 03/30/20 | N / A | N / A |
| 20-50737 | Luis E. Romero | 13 | 05/07/20 | N / A | N / A |
| 20-51039 | Kimberly Suchada Anunta | 13 | 07/13/20 | N / A | N / A |
| 20-51445 | Christopher Corpuz Lazo and Tessie Estayo Lazo | 13 | 09/29/20 | N / A | N / A |
| 20-51525 | Jesus Hernandez Toto and Claudia Gabriela Pina Paz | 13 | 10/16/20 | N / A | N / A |
| 20-51697 | Ray Zavala | 13 | 11/30/20 | N / A | N / A |
| 21-10025 | Tanya Michelle Cinq-Mars and Carl Joseph Cinq-Mars | 13 | 01/18/21 | N / A | N / A |
| 21-10076 | Daniel G. Hyde | 13 | 02/15/21 | N / A | N / A |
| 21-10287 | Jason Eric Douglas Harden and Heather Noel Harden | 13 | 06/10/21 | N / A | N / A |
| 21-10357 | James Jose Muela, Jr. | 13 | 08/04/21 | N / A | N / A |
| 21-10538 | James A Clay and Cynthia A Clay | 13 | 12/31/21 | N / A | N / A |
| 21-30004 | John Kevranian and Patricia Jo Kevranian | 13 | 01/04/21 | N / A | N / A |
| 21-30011 | Robert O'Brien | 7 | 01/06/21 | N / A | N / A |
| 21-30304 | Victor Hugo Pena | 13 | 04/23/21 | N / A | N / A |
| 21-30793 | Steven Perun | 13 | 12/07/21 | N / A | N / A |
| 21-40110 | Eric C Hurtado and Esmeralda Hurtado | 13 | 01/26/21 | N / A | N / A |
| 21-40125 | Alex Zadeh | 13 | 01/28/21 | N / A | N / A |
| 21-40663 | Roger Eliot Shore and Barbara Samuel-Shore | 13 | 05/13/21 | N / A | N / A |
| 21-40744 | Sao Thi Nguyen | 13 | 05/28/21 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 21-41050 | Yusef Bozorg | 13 | 08/18/21 | N / A | N / A |
| 21-41105 | Frances Marie Wilson | 13 | 08/30/21 | N / A | N / A |
| 21-41115 | Marco Antonio Hernandez | 13 | 08/31/21 | N / A | N / A |
| 21-41117 | Sharonda Renee Grant | 13 | 09/01/21 | N / A | N / A |
| 21-41125 | Diane Evelyn Hansen | 13 | 09/06/21 | N / A | N / A |
| 21-41246 | Ilona Marie McGriff | 13 | 10/07/21 | N / A | N / A |
| 21-41488 | Robert Francis Alberti | 13 | 12/15/21 | N / A | N / A |
| 21-50013 | Virginia Marie Luna Hawkins | 13 | 01/05/21 | N / A | N / A |
| 21-50027 | Gustavo A. Trejo and Jaclyn K. Trejo | 13 | 01/08/21 | N / A | N / A |
| 21-50032 | Jose Anthony Bocanegra and Ana Isabel Bocanegra | 13 | 01/11/21 | N / A | N / A |
| 21-50215 | Anne Alagay Usal | 13 | 02/19/21 | N / A | N / A |
| 21-50245 | Audrey L Oliver | 13 | 02/25/21 | N / A | N / A |
| 21-50531 | Erik Donald Caton | 13 | 04/19/21 | N / A | N / A |
| 21-50814 | Nicholas Raymond Schmidt | 13 | 06/14/21 | N / A | N / A |
| 21-51210 | Clint Gabiera Applegate | 13 | 09/19/21 | N / A | N / A |
| 21-51236 | Rogelio Gurrola, Jr. | 13 | 09/24/21 | N / A | N / A |
| 21-51265 | Juan Carlos Gonzalez | 13 | 10/01/21 | N / A | N / A |
| 22-10080 | Michael Gregouris Ekkart and Lorna Gail Ekkart | 13 | 02/25/22 | N / A | N / A |
| 22-30162 | Jose Refugio Mejia | 13 | 03/30/22 | N / A | N / A |
| 22-30283 | Jason R. Gill | 13 | 06/08/22 | N / A | N / A |
| 22-40983 | Terrence Oneil Boyd | 13 | 10/05/22 | N / A | N / A |
| 22-41302 | Erik Scott Miller | 13 | 12/23/22 | N / A | N / A |
| 22-50115 | Alecia Shawn Kelley | 13 | 02/10/22 | N / A | N / A |
| 22-50241 | Adewale Oluyemi Doherty | 13 | 03/21/22 | N / A | N / A |
| 22-50416 | Terrance Paul Nielsen and Norma Olga Nielsen | 13 | 05/13/22 | N / A | N / A |
| 22-50561 | Anthony David Bocanegra | 13 | 06/30/22 | N / A | N / A |
| 22-50889 | Alfredo Sanchez Espinoza and Herminia Melgoza De Sanchez | 13 | 09/29/22 | N / A | N / A |
| 22-51001 | Alfred W Fasulo | 13 | 10/31/22 | N / A | N / A |
| 22-51114 | Hai Thanh To | 13 | 12/10/22 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| [23-10007](#) | Lawrence Solomon Torres, Jr. | 13 | 01/06/23 | N / A | N / A |
| [23-10146](#) | Willard Blackwell | 13 | 03/27/23 | N / A | N / A |
| [23-10298](#) | James William Byus, III and Maria Ximena Vera Vega | 13 | 06/15/23 | N / A | N / A |
| [23-10313](#) | Margarita Cisneros | 13 | 06/22/23 | N / A | N / A |
| [23-10423](#) | David Rey Silva | 13 | 08/15/23 | N / A | N / A |
| [23-10568](#) | Apollonia Mungai | 13 | 11/17/23 | N / A | N / A |
| [23-30067](#) | Charles A. Dougherty and Auralee A. Dougherty | 13 | 02/01/23 | N / A | N / A |
| [23-30281](#) | PSG Mortgage Lending Corp, a Delaware Corporation | 11 | 05/03/23 | N / A | N / A |
| [23-30323](#) | Latisha Taylor | 7 | 05/22/23 | N / A | N / A |
| [23-30398](#) | Anthony Robert Fisher | 7 | 06/21/23 | N / A | N / A |
| [23-30500](#) | Charles A. Dougherty | 13 | 07/26/23 | N / A | N / A |
| [23-30752](#) | Demetrice Jones | 13 | 11/02/23 | N / A | N / A |
| [23-30789](#) | Steven Perun | 13 | 11/20/23 | N / A | N / A |
| [23-40258](#) | Paula R. Jones-Perrin | 13 | 03/07/23 | N / A | N / A |
| [23-40276](#) | Maria Luisa Ceja | 13 | 03/10/23 | N / A | N / A |
| [23-40391](#) | Ana Zejak Davis | 13 | 04/05/23 | N / A | N / A |
| [23-40417](#) | Melissa Ann Minor | 13 | 04/13/23 | N / A | N / A |
| [23-40465](#) | Marinette Denise Root | 13 | 04/21/23 | N / A | N / A |
| [23-40806](#) | Eric Pernell Jackson | 13 | 07/06/23 | N / A | N / A |
| [23-41036](#) | Jeremy Ryan Musson | 13 | 08/22/23 | N / A | N / A |
| [23-41125](#) | Jorge A. Gomez Martinez and Maria Del Carmen Pino | 7 | 09/07/23 | N / A | N / A |
| [23-41126](#) | Jorge A. Gomez, Jr. | 7 | 09/07/23 | N / A | N / A |
| [23-41301](#) | Felicia Ann McDonald | 13 | 10/09/23 | N / A | N / A |
| [23-41365](#) | Daniel Anthony Gutierrez | 13 | 10/19/23 | N / A | N / A |
| [23-41473](#) | Frances Marie Wilson | 13 | 11/13/23 | N / A | N / A |
| [23-50013](#) | Artemio John Torres | 13 | 01/06/23 | N / A | N / A |
| [23-50135](#) | Marcial Sastre Zaguirre, III | 13 | 02/08/23 | N / A | N / A |
| [23-50617](#) | Jennifer Marquez Jean-Pierre | 13 | 06/12/23 | N / A | N / A |
| [23-50662](#) | Troy Daryl Murray and Andrea Carolyn Murray Elbert | 13 | 06/20/23 | N / A | N / A |
| [23-50685](#) | Maria Elena Cardona | 13 | 06/23/23 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| [23-50810](#) | Troy Anthony Correa | 13 | 07/25/23 | N / A | N / A |
| [23-50976](#) | Ahmad Masri | 13 | 08/31/23 | N / A | N / A |
| [23-51337](#) | Joel Sandoval | 13 | 11/17/23 | N / A | N / A |
| [23-51348](#) | Brandin Lee Abbott | 13 | 11/17/23 | N / A | N / A |
| [23-51349](#) | Maybel Bron Aspiras | 13 | 11/17/23 | N / A | N / A |
| [23-51358](#) | Jorge Isaac Alvarez Chavez and Petra Nayeli Hernandez Toto | 13 | 11/21/23 | N / A | N / A |